Stephen A. Swedlow (*pro hac vice forthcoming*)
 stephenswedlow@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
 Adam B. Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
 brantleypepperman@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Warren Postman (Bar No. 330869)
 wdp@kellerlenkner.com
Jason Ethridge (*pro hac vice forthcoming*)
 jason.ethridge@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, DC 20005
(202) 918-1123

Ashley Keller (*pro hac vice forthcoming*)
 ack@kellerlenkner.com
Benjamin Whiting (*pro hac vice forthcoming*)
 ben.whiting@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
(312) 741-5220

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

|  |  |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>*Defendant.* | Case No. 5:20-cv-08570<br><br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

## LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiffs Maximilian Klein, Sarah Grabert, and the putative Classes certify that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2020                    Respectfully submitted,

|  |  |
|---|---|
| | */s/ Adam B. Wolfson* |
| Stephen A. Swedlow (*pro hac vice forthcoming*) | Warren Postman (Bar No. 330869) |
|   stephenswedlow@quinnemanuel.com |   wdp@kellerlenkner.com |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Jason Ethridge (*pro hac vice forthcoming*) |
| 191 N. Wacker Drive, Suite 2700 |   jason.ethridge@kellerlenkner.com |
| Chicago, IL 60606-1881 | **KELLER LENKNER LLC** |
| (312) 705-7400 | 1300 I Street, N.W., Suite 400E |
| | Washington, DC 20005 |
| Kevin Y. Teruya (Bar No. 235916) | (202) 918-1123 |
|   kevinteruya@quinnemanuel.com | |
| Adam B. Wolfson (Bar No. 262125) | Ashley Keller (*pro hac vice forthcoming*) |
|   adamwolfson@quinnemanuel.com |   ack@kellerlenkner.com |
| Brantley I. Pepperman (Bar No. 322057) | Ben Whiting (*pro hac vice forthcoming*) |
|   brantleypepperman@quinnemanuel.com |   ben.whiting@kellerlenkner.com |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **KELLER LENKNER LLC** |
| 865 South Figueroa Street, 10th Floor | 150 N. Riverside Plaza, Suite 4270 |
| Los Angeles, CA 90017-2543 | Chicago, IL 60606 |
| (213) 443-3000 | (312) 741-5220 |

*Attorneys for Plaintiffs*

## ATTESTATION OF ADAM B. WOLFSON

This document is being filed through the Electronic Case Filing (ECF) system by attorney Adam B. Wolfson. By his signature, Mr. Wolfson attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: December 4, 2020                    By  */s/ Adam B. Wolfson*
                                           Adam B. Wolfson