| | |
|---|---|
| Stephen A. Swedlow (*pro hac vice forthcoming*)<br>  stephenswedlow@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000 | Warren Postman (Bar No. 330869)<br>  wdp@kellerlenkner.com<br>Jason Ethridge (*pro hac vice forthcoming*)<br>  jason.ethridge@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, DC 20005<br>(202) 918-1123<br><br>Ashley Keller (*pro hac vice forthcoming*)<br>  ack@kellerlenkner.com<br>Ben Whiting (*pro hac vice forthcoming*)<br>  ben.whiting@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, IL 60606<br>(312) 741-5220 |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>    vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>    *Defendant.* | Case No. 5:20-cv-08570<br><br>**NOTICE OF APPEARANCE OF BRANTLEY I. PEPPERMAN** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brantley I. Pepperman of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiffs. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Brantley I. Pepperman (Bar No. 322057)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017-2543
> (213) 443-3000
> brantleypepperman@quinnemanuel.com

Dated: December 4, 2020                    Respectfully submitted,

                                           /s/ *Brantley I. Pepperman*

Stephen A. Swedlow (*pro hac vice forthcoming*)          Warren Postman (Bar No. 330869)
  stephenswedlow@quinnemanuel.com              wdp@kellerlenkner.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**    Jason Ethridge (*pro hac vice forthcoming*)
191 N. Wacker Drive, Suite 2700                   jason.ethridge@kellerlenkner.com
Chicago, IL 60606-1881                         **KELLER LENKNER LLC**
(312) 705-7400                                 1300 I Street, N.W., Suite 400E
                                               Washington, DC 20005
Kevin Y. Teruya (Bar No. 235916)               (202) 918-1123
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)               Ashley Keller (*pro hac vice forthcoming*)
  adamwolfson@quinnemanuel.com                   ack@kellerlenkner.com
Brantley I. Pepperman (Bar No. 322057)         Ben Whiting (*pro hac vice forthcoming*)
  brantleypepperman@quinnemanuel.com             ben.whiting@kellerlenkner.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**    **KELLER LENKNER LLC**
865 South Figueroa Street, 10th Floor          150 N. Riverside Plaza, Suite 4270
Los Angeles, CA 90017-2543                     Chicago, IL 60606
(213) 443-3000                                 (312) 741-5220

                                               *Attorneys for Plaintiffs*