| Attorney or Party without Attorney: Stephen A. Swedlow (admitted pro hac vice)<br>stephenswedlow@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>Telephone No: (312) 705-7400<br><br>Attorney For: Plaintiffs | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Plaintiff: MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated
Defendant: FACEBOOK, INC., a Delaware corporation headquartered in California

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-cv-08570-LHK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (1) Court-issued Summons; (2) Class Action Complaint; (3) Civil Cover Sheet; (4) Notice of Plaintiffs' Declination of Magistrate Judge; (5) Order Setting Initial Case Management Conference; (6) Order Reassigning Case; (7) Standing Order for All Judges; (8) Form Joint Case Management Statement & Proposed Order; (9) Consent or Declination of Magistrate Judge Form; (10) Clerk's Notice Following Case Reassignment

3. a. Party served:     FACEBOOK, INC., a Delaware corporation headquartered in California
   b. Person served:    Kaitlyn Mannix, Client Rep/CSC Lawyers Incorporating Service, Registered Agent
                        [Served under F.R.C.P. Rule 4.]

4. Address where the party was served:   2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 09 2020 (2) at: 11:04 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2102-33, Sacramento)                    d. **The Fee** for Service was: $355.57
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/10/2020
(Date)                                                                                              (Signature)



PROOF OF SERVICE

5150627
(4525361)