| | |
|---|---|
| Stephen A. Swedlow (admitted *pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000 | Warren Postman (Bar No. 330869)<br>  wdp@kellerlenkner.com<br>Jason Ethridge (*pro hac vice forthcoming*)<br>  jason.ethridge@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, DC 20005<br>(202) 918-1123<br><br>Ashley Keller (*pro hac vice forthcoming*)<br>  ack@kellerlenkner.com<br>Benjamin Whiting (*pro hac vice forthcoming*)<br>  ben.whiting@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, IL 60606<br>(312) 741-5220 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>*Defendant.* | Case No. 5:20-cv-08570-LHK<br><br>**PLAINTIFFS' NOTICE OF FILING REGARDING FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF** |

**PLAINTIFFS' NOTICE OF FILING PURSUANT TO LOCAL RULE 3-12(e)**

On December 10, 2020, Defendant Facebook, Inc. ("Facebook") filed a motion for administrative relief to consider whether *Maximilian Klein, et al., v. Facebook, Inc.*, Case No. 5:20-cv-08570-LHK should be related to *Reveal Chat Holdco LLC*, *et al.*, *v. Facebook, Inc.*, 5:20-cv-00363-BLF.  *Reveal Chat*, Dkt. 85.  Plaintiffs Maximilian Klein and Sarah Grabert filed, in the *Reveal Chat* case, an opposition to Facebook's motion on December 14, 2020, requesting that the *Reveal Chat* Court deny Facebook's motion.  *Reveal Chat*, Dkt. 86.

For the Court's convenience, and pursuant to Civil L.R. 3-12(e), Plaintiffs hereby lodge:

1. As **Exhibit A**: Facebook's motion to relate and the materials Facebook filed in support of its motion, which were filed in the *Reveal Chat* case; and

2. As **Exhibit B**:  Plaintiffs' opposition to Facebook's motion and the materials Plaintiffs filed in support of their opposition to Facebook's motion, which were filed in the *Reveal Chat* case.

Dated: December 14, 2020                         Respectfully submitted,

|  |  |
|---|---|
| Stephen A. Swedlow (admitted *pro hac vice*) <br>  stephenswedlow@quinnemanuel.com <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606-1881 <br> (312) 705-7400 <br><br> Kevin Y. Teruya (Bar No. 235916) <br>  kevinteruya@quinnemanuel.com <br> Adam B. Wolfson (Bar No. 262125) <br>  adamwolfson@quinnemanuel.com <br> Brantley I. Pepperman (Bar No. 322057) <br>  brantleypepperman@quinnemanuel.com <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017-2543 <br> (213) 443-3000 | */s/ Stephen A. Swedlow* <br> Warren Postman (Bar No. 330869) <br>  wdp@kellerlenkner.com <br> Jason Ethridge (*pro hac vice forthcoming*) <br>  jason.ethridge@kellerlenkner.com <br> **KELLER LENKNER LLC** <br> 1300 I Street, N.W., Suite 400E <br> Washington, DC 20005 <br> (202) 918-1123 <br><br> Ashley Keller (*pro hac vice forthcoming*) <br>  ack@kellerlenkner.com <br> Ben Whiting (*pro hac vice forthcoming*) <br>  ben.whiting@kellerlenkner.com <br> **KELLER LENKNER LLC** <br> 150 N. Riverside Plaza, Suite 4270 <br> Chicago, IL 60606 <br> (312) 741-5220 <br><br> *Attorneys for Plaintiffs* |

**ATTESTATION OF STEPHEN A. SWEDLOW**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Stephen A. Swedlow.  By his signature, Mr. Swedlow attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: December 14, 2020        By   */s/ Stephen A. Swedlow*
                                          Stephen A. Swedlow

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.  In addition, I hereby certify that I have served the foregoing document on counsel for Facebook, Inc. by electronic mail.

By   */s/ Stephen A. Swedlow*
        Stephen A. Swedlow