1  Stephen A. Swedlow (admitted *pro hac vice*)
     stephenswedlow@quinnemanuel.com
2  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   191 N. Wacker Drive, Suite 2700
3  Chicago, IL 60606-1881
   (312) 705-7400
4
   Kevin Y. Teruya (Bar No. 235916)
5    kevinteruya@quinnemanuel.com
   Adam B. Wolfson (Bar No. 262125)
6    adamwolfson@quinnemanuel.com
   Brantley I. Pepperman (Bar No. 322057)
7    brantleypepperman@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
8  865 South Figueroa Street, 10th Floor
   Los Angeles, CA 90017-2543
9  (213) 443-3000

   Warren Postman (Bar No. 330869)
     wdp@kellerlenkner.com
   Jason Ethridge (*pro hac vice forthcoming*)
     jason.ethridge@kellerlenkner.com
   **KELLER LENKNER LLC**
   1300 I Street, N.W., Suite 400E
   Washington, DC 20005
   (202) 918-1123

   Ashley Keller (*pro hac vice forthcoming*)
     ack@kellerlenkner.com
   Benjamin Whiting (*pro hac vice forthcoming*)
     ben.whiting@kellerlenkner.com
   **KELLER LENKNER LLC**
   150 N. Riverside Plaza, Suite 4270
   Chicago, IL 60606
   (312) 741-5220

10 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>*Defendant.* | Case No. 5:20-cv-08570-LHK<br><br>**PLAINTIFFS' NOTICE OF FILING REGARDING FACEBOOK'S SECOND MOTION FOR ADMINISTRATIVE RELIEF** |

**PLAINTIFFS' NOTICE OF FILING PURSUANT TO LOCAL RULE 3-12(e)**

On December 16, 2020, Defendant Facebook, Inc. ("Facebook") filed a motion for administrative relief to consider whether *Maximilian Klein, et al., v. Facebook, Inc.*, Case No. 5:20-cv-08570-LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; and *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH should be related to *Reveal Chat Holdco LLC, et al., v. Facebook, Inc.*, 5:20-cv-00363-BLF.  Dkt. 87. Plaintiffs Maximilian Klein and Sarah Grabert filed, in the *Reveal Chat* case, an opposition to Facebook's motion on December 21, 2020, requesting that the *Reveal Chat* Court deny Facebook's motion.  *Reveal Chat*, Dkt. 91.

For the Court's convenience, and pursuant to Civil L.R. 3-12(e), Plaintiffs hereby lodge:

1. As **Exhibit A**: Facebook's second motion to relate and the materials Facebook filed in support of its motion, which were filed in the *Reveal Chat* case; and

2. As **Exhibit B**:  Plaintiffs' opposition to Facebook's second motion and the materials Plaintiffs filed in support of their opposition to Facebook's motion, which were filed in the *Reveal Chat* case.

Dated: December 21, 2020                              Respectfully submitted,

|  |  |
|---|---|
| Stephen A. Swedlow (admitted *pro hac vice*)<br>stephenswedlow@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Kevin Y. Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>brantleypepperman@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000 | */s/ Adam B. Wolfson*<br>Warren Postman (Bar No. 330869)<br>wdp@kellerlenkner.com<br>Jason Ethridge (*pro hac vice forthcoming*)<br>jason.ethridge@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, DC 20005<br>(202) 918-1123<br><br>Ashley Keller (*pro hac vice forthcoming*)<br>ack@kellerlenkner.com<br>Ben Whiting (*pro hac vice forthcoming*)<br>ben.whiting@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, IL 60606<br>(312) 741-5220 |

*Attorneys for Plaintiffs*

**ATTESTATION OF ADAM B. WOLFSON**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Adam B. Wolfson.  By his signature, Mr. Wolfson attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: December 21, 2020     By  */s/ Adam B. Wolfson*
                                                    Adam B. Wolfson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.  In addition, I hereby certify that I have served the foregoing document on counsel for Facebook, Inc. by electronic mail.

By  */s/ Adam B. Wolfson*
         Adam B. Wolfson