**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

[*Additional Counsel on Signature Page*]

*Counsel for Plaintiffs DEBORAH DAMES
and TIMOTHY MATHEWS, individually and
on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>***DAMES* PLAINTIFFS' NOTICE OF FILING RESPONSE IN OPPOSITION TO FACEBOOK, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

### *DAMES* PLAINTIFFS' NOTICE OF FILING PURSUANT TO LOCAL RULE 3-12(e)

On December 16, 2020, Defendant Facebook, Inc. ("Facebook") filed its Motion for Administrative Relief to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 (the "Motion"), requesting that *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; and *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH be related to *Reveal Chat Holdco LLC, et al., v. Facebook, Inc.*, 5:20-cv-00363-BLF. ECF No. 87. Non-parties Deborah Dames and Timothy Mathews ("the *Dames* Plaintiffs") filed, in the *Reveal Chat* case, an opposition to Facebook's Motion on December 21, 2020, requesting that the *Reveal Chat* Court deny the Motion. *Reveal Chat*, ECF No. 93 (the "Opposition").

For the Court's convenience, and pursuant to Civil L.R. 3-12(e), the *Dames* Plaintiffs hereby lodge:

1. As **Exhibit A**: Facebook's Motion and the materials Facebook filed in support of its Motion, which were filed in the *Reveal Chat* case; and

2. As **Exhibit B**: The *Dames* Plaintiffs' Opposition to Facebook's Motion and the materials the *Dames* Plaintiffs filed in support of their Opposition to Facebook's Motion, which were filed in the *Reveal Chat* case.

DATED: December 21, 2020

Respectfully submitted,

/s/ Jennifer L. Joost
**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
jjoost@ktmc.com

Joseph H. Meltzer*
Terence S. Ziegler*
Melissa L. Troutner*
Lauren McGinley*
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706

Fax: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com
mtroutner@ktmc.com
lmcginley@ktmc.com

**pro hac vice* forthcoming

*Counsel for Plaintiffs DEBORAH DAMES and TIMOTHY MATHEWS and the putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 21, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice List maintained by the Court.

DATED: December 21, 2020

/s/ Jennifer L. Joost
**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
jjoost@ktmc.com