Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Theodore W. Maya (SBN 223242)
Rachel R. Johnson (SBN 331351)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdtootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case no.: 5:20-cv-08570-LHK |
| VICKIE SHERMAN, LEZAH NEVILLE-MARRS, KATHERINE LOOPERS, and JARRED JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case no.: 3:20-cv-08721-LB<br><br>**ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO L.R. 3-12(b) and L.R. 7-11** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-12, Plaintiffs Vickie Sherman, Lezah Neville-Marrs, Katherine Loopers, and Jarred Johnson submit this Administrative Motion for the Court to consider whether *Sherman et al v. Facebook, Inc.,* No. 3:20-cv-08721-LB should be related to *Klein et al v. Facebook, Inc.,* No. 5:20-cv-08570-LHK, the lowest numbered case which is currently before this Court.

Under Local Rule 3-12(a), "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, both criteria are satisfied.

The *Klein* and *Sherman* actions are related because they concern substantially the same parties, property, transactions, or events. Both are proposed class actions against Facebook Inc. alleging that Facebook achieved dominance in the relevant antitrust social media and social networking markets by anticompetitive conduct including deceiving users about privacy practices, resulting in antitrust harms to Facebook's users. Plaintiffs in both actions are individuals and users of Facebook's products in the social media and social networking markets. Both actions assert claims of unjust enrichment and claims under federal antitrust laws, including the Sherman Act. Both actions request damages, restitution, and injunctive relief.

Given the common parties, allegations, and requested relief, adjudication of these actions separately would create an unduly burdensome duplication of labor and expense. Assignment of these cases to a single United States District Court Judge will conserve judicial resources and eliminate the potential for conflicting results. The actions are at a preliminary stage and thus assignment to a single judge would not prejudice any of the parties.

For the reasons set forth above, Plaintiffs respectfully request that the Court relate the *Sherman* action to the *Klein* action, pursuant to Local Rule 3-12(a).

Respectfully submitted,

Dated:  December 21, 2020

*/s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Theodore W. Maya (SBN 223242)
Rachel R. Johnson (SBN 331351)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdtootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Counsel for Plaintiff and the Proposed Class*

CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.5, I hereby certify that on December 21, 2020, I caused the foregoing * to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered on the CM/ECF.

DATED: December 21, 2020					AHDOOT & WOLFSON PC
							   */s/ Tina Wolfson*
							Tina Wolfson

							Tina Wolfson (SBN 174806)
							Robert Ahdoot (SBN 172098)
							Theodore W. Maya (SBN 223242)
							Rachel Johnson (SBN 331351)
							**AHDOOT & WOLFSON, PC**
							2600 West Olive Avenue, Suite 500
							Burbank, CA 91505
							Tel: (310) 474-9111
							Fax: (310) 474-8585
							twolfson@ahdootwolfson.com
							rahdoot@ahdtootwolfson.com
							tmaya@ahdootwolfson.com
							rjohnson@ahdootwolfson.com

							*Attorneys for Plaintiffs*