Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Theodore W. Maya (SBN 223242)
Rachel R. Johnson (SBN 331351)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdtootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case no.: 5:20-cv-08570-LHK |
| VICKIE SHERMAN, LEZAH NEVILLE-MARRS, KATHERINE LOOPERS, and JARRED JOHNSON, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case no.: 3:20-cv-08721-LB<br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES** |

I, Tina Wolfson, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a partner with the law firm Ahdoot & Wolfson PC and counsel for the Plaintiffs Vickie Sherman, Lezah Neville-Marrs, Katherine Loopers, and Jarred Johnson in *Sherman et al v. Facebook, Inc.,* No. 3:20-cv-08721-LB, filed in this District on December 9, 2020.

3. I submit this Declaration in support of Plaintiffs' Administrative Motion on to Relate Cases.

4. Civil Local Rule 3-12 requires that this Administrative Motion to Relate Cases be promptly filed. No counsel has yet formally appeared for Facebook, Inc. in either the *Klein* or the *Sherman* action. Thus a stipulation could not be obtained with Facebook's official counsel of record prior to filing of the Administrative Motion. However, Plaintiffs met and conferred with counsel representing Facebook in *Reveal Chat Holdco LLC, et al., v. Facebook, Inc.,* 5:20-cv-00363-BLF on December 16, 2020. Counsel for Facebook in *Reveal Chat* stated they did not know if they would be representing Facebook in the *Klein* and *Sherman* actions, but requested that Plaintiffs state Facebook's position as follows: "Facebook agrees that the *Sherman* and *Klein* cases meet the standard for related cases in Local Civil Rule 3-12, but believes that both cases are also related to a previously filed case pending before Judge Freeman: *Reveal Chat et al v. Facebook, Inc.*, No. 20-cv-00363-BLF. Consistent with the Local Rules, Facebook has already filed before Judge Freeman motions to relate both the *Klein* and *Sherman* cases with *Reveal Chat* and therefore respectfully requests that the court not rule on this motion until Judge Freeman has a chance to decide those motions." Plaintiffs in *Klein* have opposed Facebook's Motion For Administrative Relief To Consider Whether Cases Should Be Related Pursuant To Civil L.R. 3-12 filed by Facebook in *Reveal Chat*. Plaintiffs in *Sherman* are similarly opposing motions to relate to *Reveal Chat*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 21 December 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Tina Wolfson._