Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Theodore W. Maya (SBN 223242)
Rachel R. Johnson (SBN 331351)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdtootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case no.: 5:20-cv-08570-LHK |
| VICKIE SHERMAN, LEZAH NEVILLE-MARRS, KATHERINE LOOPERS, and JARRED JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case no.: 3:20-cv-08721-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |

On December 21, 2020, Plaintiffs in *Sherman et al v. Facebook, Inc.,* No. 3:20-cv-08721-LB filed an Administrative Motion to Relate Cases Pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS SO ORDERED that *Sherman et al v. Facebook, Inc.,* No. 3:20-cv-08721-LB is related to *Klein et al v. Facebook, Inc.,* No. 5:20-cv-08570-LHK. These actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

*Sherman* shall be reassigned to the undersigned judge pursuant to Local Rule 3-12.

Dated: _____       By: _____
                                   Hon. Lucy H. Koh
                                   United States District Judge