AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:20-cv-08570-LHK |
| FACEBOOK, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MAXIMILIAN KLEIN and SARAH GRABERT.

Date: 12/23/2020

/s/ Warren Postman
*Attorney's signature*

Warren Postman (#330869)
*Printed name and bar number*

Keller Lenkner LLC
1300 I Street, N.W., Suite 400E
Washington, DC 20005

*Address*

wdp@kellerlenkner.com
*E-mail address*

(312) 948-8463
*Telephone number*

(312) 971-3502
*FAX number*