AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Maximilian Klein, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:20-cv-8570 |
| Facebook, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Facebook, Inc.

Date: 12/23/2020

/s/ Sonal Mehta
*Attorney's signature*

Sonal Mehta (CA 222086)
*Printed name and bar number*

2600 El Camino Real, Suite 400
Palo Alto, CA 94306
*Address*

sonal.mehta@wilmerhale.com
*E-mail address*

(650) 600-5051
*Telephone number*

(650) 858-6100
*FAX number*