Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Warren Postman (Bar No. 330869)
  wdp@kellerlenkner.com
Jason Ethridge (*pro hac vice forthcoming*)
  jason.ethridge@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, DC 20005
(202) 918-1123

Ashley Keller (*pro hac vice forthcoming*)
  ack@kellerlenkner.com
Benjamin Whiting (*pro hac vice forthcoming*)
  ben.whiting@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
(312) 741-5220

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>*Defendant.* | Case No. 5:20-cv-08570-LHK<br><br>**PLAINTIFFS' RESPONSE REGARDING NON-PARTIES VICKIE SHERMAN, LEZAH NEVILLE-MARRS, KATHERINE LOOPERS, AND JARRED JOHNSON'S MOTION TO RELATE *SHERMAN* CASE TO *KLEIN* CASE** |

**PLAINTIFFS' RESPONSE PURSUANT TO LOCAL RULE 3-12(e)**

On December 10, 2020, Defendant Facebook, Inc. ("Facebook") filed a motion for administrative relief requesting that Judge Freeman consider whether this case—*Maximilian Klein, et al., v. Facebook, Inc.*, Case No. 5:20-cv-08570-LHK—should be related to *Reveal Chat Holdco LLC, et al., v. Facebook, Inc.*, 5:20-cv-00363-BLF. *Reveal Chat*, Dkt. 85. Plaintiffs in this case ("Plaintiffs") oppose that motion. *Reveal Chat*, Dkt. 86. As explained in Plaintiffs' opposition to Facebook's motion to relate *Klein* to *Reveal Chat*, *Klein* and *Reveal Chat* are not related because the cases differ in many material respects. Plaintiffs lodged copies of Facebook's motion and their opposition with this Court. Dkt. 16. Facebook's motion to relate *Klein* to *Reveal Chat* is currently pending before Judge Freeman.

On December 16, 2020, Facebook filed a second motion for administrative relief requesting that Judge Freeman consider whether later-filed cases—including *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB—should also be related to *Reveal Chat*. *Reveal Chat*, Dkt. 87. Plaintiffs filed an opposition to that motion to the extent it referenced this case, and Plaintiffs lodged copies of Facebook's second motion and their opposition with this Court. Dkt. 17. The *Sherman* plaintiffs oppose Facebook's motion to relate *Sherman* to *Reveal Chat*, *Reveal Chat*, Dkt. 94, and Facebook's motion to relate *Sherman* to *Reveal Chat* is also currently pending before Judge Freeman.

On December 21, 2020, the *Sherman* plaintiffs, non-parties in this case, filed a motion for administrative relief requesting that this Court consider whether the later-filed *Sherman* case is related to the *Klein* case. *See* Dkt. 19 ("Mot.").

With respect to the proper assignment of *Klein*, Plaintiffs maintain that *Klein* is not related to *Reveal Chat* given the many material differences between them. Regarding the assignment of *Sherman*, Plaintiffs do not oppose the *Sherman* plaintiffs' motion to relate their later-filed *Sherman* case to *Klein* rather than to *Reveal Chat*.

| | |
|---|---|
| Dated: December 28, 2020 | Respectfully submitted, |
| | _/s/ Adam B. Wolfson_ |
| Stephen A. Swedlow (admitted *pro hac vice*) | Warren Postman (Bar No. 330869) |
| stephenswedlow@quinnemanuel.com | wdp@kellerlenkner.com |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Jason Ethridge (*pro hac vice forthcoming*) |
| 191 N. Wacker Drive, Suite 2700 | jason.ethridge@kellerlenkner.com |
| Chicago, IL 60606-1881 | **KELLER LENKNER LLC** |
| (312) 705-7400 | 1300 I Street, N.W., Suite 400E |
| | Washington, DC 20005 |
| Kevin Y. Teruya (Bar No. 235916) | (202) 918-1123 |
| kevinteruya@quinnemanuel.com | |
| Adam B. Wolfson (Bar No. 262125) | Ashley Keller (*pro hac vice forthcoming*) |
| adamwolfson@quinnemanuel.com | ack@kellerlenkner.com |
| Brantley I. Pepperman (Bar No. 322057) | Ben Whiting (*pro hac vice forthcoming*) |
| brantleypepperman@quinnemanuel.com | ben.whiting@kellerlenkner.com |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **KELLER LENKNER LLC** |
| 865 South Figueroa Street, 10th Floor | 150 N. Riverside Plaza, Suite 4270 |
| Los Angeles, CA 90017-2543 | Chicago, IL 60606 |
| (213) 443-3000 | (312) 741-5220 |

*Attorneys for Plaintiffs*

## ATTESTATION OF ADAM B. WOLFSON

This document is being filed through the Electronic Case Filing (ECF) system by attorney Adam B. Wolfson. By his signature, Mr. Wolfson attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: December 28, 2020      By   _/s/ Adam B. Wolfson_
                                       Adam B. Wolfson

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be served on all attorneys of record in this case.

By   _/s/ Adam B. Wolfson_
       Adam B. Wolfson