SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice pending*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>              Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S RESPONSE TO ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO L.R. 3-12(b) AND L.R. 7-11** |
| VICKIE SHERMAN, LEZAH NEVILLE-MARRS, KATHERINE LOOPERS, and JARRED JOHNSON, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>              Defendant. | Case No. 3:20-cv-08721-LB |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. Facebook's motion to relate *Klein v. Facebook, Inc.* to *Reveal Chat Holdco, LLC v. Facebook, Inc.* is attached as Exhibit 1.

3. Facebook's motion to relate, among other cases, *Sherman v. Facebook, Inc.* to *Reveal Chat* is attached as Exhibit 2.

4. The *Sherman* plaintiffs' opposition to Facebook's motion to relate *Sherman* to *Reveal Chat* is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of December 2020 in Washington, District of Columbia.

By: /s/ David Z. Gringer

David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: December 28, 2020          */s/* Sonal N. Mehta
                                   Sonal N. Mehta