| | |
|---|---|
| Stephen A. Swedlow (admitted *pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Warren Postman (Bar No. 330869)<br>  wdp@kellerlenkner.com<br>Jason Ethridge (*pro hac vice forthcoming*)<br>  jason.ethridge@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, DC 20005<br>(202) 918-1123<br><br>*Attorneys for Plaintiffs*<br>*(Additional Counsel on Signature Page)* | SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>DAVID Z. GRINGER (*pro hac vice pending*)<br>  David.Gringer@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>                          Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**<br><br>Hon. Lucy H. Koh |

---

No. 5:20-cv-08570-LHK          STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME

1   WHEREAS, plaintiffs Maximilian Klein and Sarah Grabert served the Complaint (ECF
2   No. 1) on December 9, 2020;
3   WHEREAS, defendant Facebook, Inc.'s response to the Complaint is currently due
4   December 30, 2020;
5   WHEREAS, after the filing of this case, five other putative class action lawsuits[1] have
6   been filed against defendant Facebook, Inc. in this District in recent weeks alleging violations of
7   Section 2 of Sherman Act, 15 U.S.C. § 2;
8   WHEREAS, four of these lawsuits, including this case, are currently the subject of
9   contested motions pending before Judge Freeman to consider whether the cases should be related
10  to *Reveal Chat Holdco, LLC v. Facebook, Inc.*, No. 5:20-cv-00363-BLF;
11  WHEREAS, one of these lawsuits (*Sherman*) is currently the subject of a motion pending
12  before this Court to consider whether it should be related to this case (ECF No. 19);
13  ACCORDINGLY, pursuant to Civil Local Rules 6-1 and 7-12, Facebook and plaintiffs,
14  by and through their respective counsel, hereby stipulate and agree that good cause exists to
15  extend Facebook's time to answer or otherwise respond to the Complaint until the earlier of (a)
16  February 16, 2021, or (b) the date on which Facebook files its response to the Complaints in
17  *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-
18  08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*,
19  No. 3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW, or any
20  other case that a plaintiff or Facebook asserts is related to either *Reveal Chat*, *Klein*, or any of the
21  above matters.

---

[1] The lawsuits are:  *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW.

| | |
|---|---|
| Dated: December 23, 2020 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By:   /s/ Sonal N. Mehta |
| | SONAL N. MEHTA |
| | *Attorney for Defendant*<br>Facebook, Inc. |
| Dated: December 23, 2020 | Stephen A. Swedlow (admitted *pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br><br>Warren Postman (Bar No. 330869)<br>  wdp@kellerlenkner.com<br>Jason Ethridge (*pro hac vice forthcoming*)<br>  jason.ethridge@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, DC 20005<br>(202) 918-1123<br><br>Ashley Keller (*pro hac vice forthcoming*)<br>  ack@kellerlenkner.com<br>Benjamin Whiting (*pro hac vice forthcoming*)<br>  ben.whiting@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, IL 60606<br>(312) 741-5220 |

By: <u>*/s/* Warren Postman</u>

*Attorney for Plaintiffs*
Maximilian Klein and Sarah Grabert

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated:  December 23, 2020                    By:     */s/* Sonal N. Mehta
                                                                    Sonal N. Mehta

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED: Facebook's time to answer or otherwise respond to the Complaint is enlarged up to and including the earlier of (a) February 16, 2021, or (b) the date on which Facebook files its response to the Complaints in *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW, or any other case that a plaintiff or Facebook asserts is related to either *Reveal Chat*, *Klein*, or any of the above matters.

DATED: December 29, 2020

By: /s/ Lucy H. Koh

Hon. Lucy H. Koh
United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:    /s/ Sonal N. Mehta

*Attorney for Facebook, Inc.*