Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MAXIMILIAN KLEIN and SARAH GRABERT )
                 Plaintiff(s), )

v. )

FACEBOOK, INC. )
                 Defendant(s). )

Case No: 5:20-cv-08570

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Benjamin John Whiting, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Maximilian Klein And Sarah Grabert in the above-entitled action. My local co-counsel in this case is Adam B. Wolfson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 150 N. Riverside Plaza, Suite 4270<br>Chicago IL, 60606 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 280-5784 | (213) 443-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ben.whiting@kellerlenkner.com | adamwolfson@quinnemanuel.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6307321.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/30/20

                                                    Benjamin John Whiting
                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Benjamin John Whiting is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| One Prudential Plaza | 3161 West White Oaks Drive, Suite 301 |
| 130 East Randolph Drive, Suite 1500 | Springfield, IL 62704 |
| Chicago, Illinois 60601-6219 | (217) 546-3523  (800) 252-8048 |
| (312) 565-2600  (800) 826-8625 | Fax (217) 546-3785 |
| Fax (312) 565-2320 | |

Benjamin John Whiting
Keller Lenkner LLC
150 North Riverside Plaza
Suite 4270
Chicago, IL 60606

Chicago
Wednesday, December 02, 2020

In re:   Benjamin John Whiting
Admitted: 11/10/2011
Attorney No. 6307321

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

*Lisa Medina*

Lisa Medina
Deputy Registrar

lm