Case No. 5:20-cv-08570-LHK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

## INDEX OF ATTACHMENTS
## TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER
## WHETHER CONSUMER CASES SHOULD BE RELATED

| Exhibit | Description |
|---|---|
|  | Declaration of Brantley I. Pepperman In Support of Plaintiffs' Motion |
| 1 | *Klein* Plaintiffs' Complaint, filed on December 3, 2020 |
| 2 | *Kupcho* Plaintiff's Complaint, filed on December 11, 2020 |
| 3 | *Dames* Plaintiffs' Civil Cover Sheet, filed on December 11, 2020 |
| 4 | *Dames* Plaintiffs' Complaint, filed on December 11, 2020 |
| 5 | *Steinberg* Plaintiff's Civil Cover Sheet, filed on December 17, 2020 |
| 6 | *Steinberg* Plaintiff's Complaint, filed on December 17, 2020 |
| 7 | Email Exchange Between *Klein* Plaintiffs' Counsel and *Steinberg* Plaintiff's Counsel Regarding *Klein* Plaintiffs' Request for Stipulation |
| 8 | Email Exchange Between *Klein* Plaintiffs' Counsel and Facebook's Counsel Regarding *Klein* Plaintiffs' Request for Stipulation |
| 9 | Email Exchange Between *Klein* Plaintiffs' Counsel and *Kupcho* Plaintiff's Counsel Regarding *Klein* Plaintiffs' Request for Stipulation |
| 10 | Email Exchange Between *Klein* Plaintiffs' Counsel and *Dames* Plaintiffs' Counsel Regarding *Klein* Plaintiffs' Request for Stipulation |
|  | [PROPOSED] Order Granting *Klein* Plaintiffs' Motion |