# EXHIBIT 7

| | |
|---|---|
| **From:** | Ward, Sam M. <sward@barrack.com> |
| **Sent:** | Thursday, December 31, 2020 12:46 PM |
| **To:** | Brantley Pepperman |
| **Cc:** | Basser, Stephen R.; Bacine, Daniel; Gittleman, Jeffrey; Meghan J. Talbot; Stephen Swedlow; Kevin Teruya; Adam Wolfson; Michelle Schmit; Ashley Keller; Warren Postman; Ben Whiting; Jason Ethridge |
| **Subject:** | Re: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.) |

[EXTERNAL EMAIL]

We will accept service by email.

Thank you.

Sent from my iPhone

On Dec 31, 2020, at 12:32 PM, Brantley Pepperman <brantleypepperman@quinnemanuel.com> wrote:

?
Thanks, Sam. Can you please confirm that you will also accept service of our motion by email on behalf of Mr. Steinberg?

Thanks again.

Brant

Brantley Pepperman
Associate
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3561 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
brantleypepperman@quinnemanuel.com<mailto:brantleypepperman@quinnemanuel.com>
www.quinnemanuel.com<http://www.quinnemanuel.com>

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Ward, Sam M. [mailto:sward@barrack.com]
Sent: Thursday, December 31, 2020 11:20 AM
To: Brantley Pepperman <brantleypepperman@quinnemanuel.com>; Basser, Stephen R. <Sbasser@barrack.com>; Bacine, Daniel <DBACINE@barrack.com>; Gittleman, Jeffrey

\<JGITTLEMAN@barrack.com\>; Meghan J. Talbot \<mtalbot@barrack.com\>
Cc: Stephen Swedlow \<stephenswedlow@quinnemanuel.com\>; Kevin Teruya \<kevinteruya@quinnemanuel.com\>; Adam Wolfson \<adamwolfson@quinnemanuel.com\>; Michelle Schmit \<michelleschmit@quinnemanuel.com\>; Ashley Keller \<ack@kellerlenkner.com\>; Warren Postman \<wdp@kellerlenkner.com\>; Ben Whiting \<ben.whiting@kellerlenkner.com\>; Jason Ethridge \<jason.ethridge@kellerlenkner.com\>
Subject: Re: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

[EXTERNAL EMAIL]

Counsel -

Our client, Charles Steinberg, plaintiff in Steinberg v. Facebook, 3:20-cv-09130 (N.D. Cal.) will stipulate to relating his action to the Klein action.

Happy New year.

Sam Ward
Barrack Rodos & Bacine
One America Plaza
600 W. Broadway, Suite 900
San Diego, CA 92101
(619) 230-0800
Fax: (619) 230-1874
Email:sward@barrack.com\<mailto:sward@barrack.com\>

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any accompanying documents may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you receive this e-mail message in error, please notify the sender and immediately delete this message from your system.


From: Brantley Pepperman \<brantleypepperman@quinnemanuel.com\<mailto:brantleypepperman@quinnemanuel.com\>\>
Date: Wednesday, December 30, 2020 at 2:59 PM
To: Steve Basser \<Sbasser@barrack.com\<mailto:Sbasser@barrack.com\>\>, "Ward, Sam M." \<sward@barrack.com\<mailto:sward@barrack.com\>\>, "Bacine, Daniel" \<DBACINE@barrack.com\<mailto:DBACINE@barrack.com\>\>, "Gittleman, Jeffrey" \<JGITTLEMAN@barrack.com\<mailto:JGITTLEMAN@barrack.com\>\>, "Meghan J. Talbot" \<mtalbot@barrack.com\<mailto:mtalbot@barrack.com\>\>
Cc: Stephen Swedlow \<stephenswedlow@quinnemanuel.com\<mailto:stephenswedlow@quinnemanuel.com\>\>, Kevin Teruya \<kevinteruya@quinnemanuel.com\<mailto:kevinteruya@quinnemanuel.com\>\>, Adam Wolfson \<adamwolfson@quinnemanuel.com\<mailto:adamwolfson@quinnemanuel.com\>\>, Michelle Schmit \<michelleschmit@quinnemanuel.com\<mailto:michelleschmit@quinnemanuel.com\>\>, Ashley Keller \<ack@kellerlenkner.com\<mailto:ack@kellerlenkner.com\>\>, Warren Postman \<wdp@kellerlenkner.com\<mailto:wdp@kellerlenkner.com\>\>, Ben Whiting \<ben.whiting@kellerlenkner.com\<mailto:ben.whiting@kellerlenkner.com\>\>, Jason Ethridge \<jason.ethridge@kellerlenkner.com\<mailto:jason.ethridge@kellerlenkner.com\>\>
Subject: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

Counsel,

I am reaching out on behalf of the plaintiffs in the case captioned Klein et al., v. Facebook, Inc., Case No. 5:20-cv-08570-LHK. Northern District of California Local Rule 3-12(b) requires a party to "file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should Be Related" whenever the party learns that a later-filed action may be related to the earlier-filed action within the meaning of Local Rule 3-12(a). See Civil Local Rule 3-12(b).

Pursuant to Local Rule 3-12(b), the plaintiffs in Klein-the "lowest-numbered case"-plan to file an administrative motion to consider whether several later-filed consumer cases, including Steinberg, should be related to Klein. We note that you marked Klein as a related case on the cover sheet you filed in connection with the Steinberg case. Given the overlap between Klein and Steinberg, please let us know whether you will stipulate that Steinberg is related to Klein for the purposes of Local Rule 3-12.

Given the holiday, we respectfully request that you let us know whether you will agree to stipulate to relate Steinberg to Klein no later than Monday, January 4, 2021 at 12:00 PM (noon) Pacific Standard Time. We anticipate filing the motion later that day. Please also let us know if you will agree to accept service of our motion by e-mail and on behalf of your clients.

We look forward to hearing from you and wish you a happy new year.

Brant


Brantley Pepperman
Associate
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3561 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
brantleypepperman@quinnemanuel.com<mailto:brantleypepperman@quinnemanuel.com<mailto:brantleypepperman@quinnemanuel.com%3cmailto:brantleypepperman@quinnemanuel.com>>
www.quinnemanuel.com<http://www.quinnemanuel.com><http://www.quinnemanuel.com>

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.