# EXHIBIT 8

| | |
|---|---|
| **From:** | Brantley Pepperman |
| **Sent:** | Monday, January 4, 2021 7:30 PM |
| **To:** | Gringer, David |
| **Cc:** | Stephen Swedlow; Mehta, Sonal; Holtzblatt, Ari; Jennings, Molly; Kevin Teruya; Adam Wolfson; Michelle Schmit; Ashley Keller; Warren Postman; Ben Whiting; Jason Ethridge |
| **Subject:** | RE: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.) |

David,

We disagree with both your stated bases for opposing our motion.

This motion is not a "surreply" because we are filing the motion to comply with our obligations under Local Rule 3-12—to file in the "lowest-numbered case" (which is Klein, not Reveal Chat) an administrative motion to relate the **cases** that are related to Klein (Kupcho, Dames, and Steinberg). The motion is not "premature" because we are required to file it "promptly" under Local Rule 3-12(b), and because it expressly leaves to the Judges which motion to decide first and provides Judge Koh with a full statement on the various cases, should Judge Koh wish to decide the motion first.

We intend to file the motion in all of the cases identified in the motion. Given the filings across the cases to date, we believe the Judges in those cases should be provided with notice of the motion, so they are fully informed and able to consider to the extent they deem appropriate and useful.

We will include this email exchange, including your position, in the materials that we file. Should you wish to respond to Plaintiffs' motion and note the reasons why, you are free to do so in accordance with Local Rules 3-12(e) and 7-11.

Brant

**Brantley Pepperman**
Associate
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3561 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
brantleypepperman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Gringer, David [mailto:David.Gringer@wilmerhale.com]
**Sent:** Monday, January 4, 2021 5:11 PM
**To:** Brantley Pepperman <brantleypepperman@quinnemanuel.com>
**Cc:** Stephen Swedlow <stephenswedlow@quinnemanuel.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Jennings, Molly <Molly.Jennings@wilmerhale.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Michelle Schmit <michelleschmit@quinnemanuel.com>; Ashley Keller <ack@kellerlenkner.com>; Warren Postman <wdp@kellerlenkner.com>; Ben Whiting <ben.whiting@kellerlenkner.com>; Jason Ethridge <jason.ethridge@kellerlenkner.com>
**Subject:** RE: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

1

**[EXTERNAL EMAIL]**

Brant,

Facebook opposes the motion. Please state Facebook's position as follows:

Facebook presently opposes the motion for two reasons: First, it is a thinly-veiled (and improper) second surreply to Facebook's motion to relate Klein to Reveal Chat et al v. Facebook, Inc., No. 5:20-cv-00363-BLF (Freeman, J.). Second, the motion and the relief sought is premature while Facebook's motions to relate the cases (and several others) are pending before Judge Freeman.

Separately, we assume and expect that this motion will only be filed on the dockets for Klein and the cases which it seeks to relate thereto and will not be filed on the dockets for what you label the "Reveal Chat group" of cases.

Sincerely,

David

**David Gringer I WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6674 (o)
+1 917 747 0731 (c)
+1 202 663 6363 (f)
david.gringer@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Brantley Pepperman <brantleypepperman@quinnemanuel.com>
**Sent:** Monday, January 4, 2021 7:57 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>
**Cc:** stephenswedlow@quinnemanuel.com; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Jennings, Molly <Molly.Jennings@wilmerhale.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Michelle Schmit <michelleschmit@quinnemanuel.com>; Ashley Keller <ack@kellerlenkner.com>; Warren Postman <wdp@kellerlenkner.com>; Ben Whiting <ben.whiting@kellerlenkner.com>; Jason Ethridge <jason.ethridge@kellerlenkner.com>
**Subject:** RE: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

**EXTERNAL SENDER**

David,

Can you please let us know of Facebook's position by 6:00 PM PST? We intend to file thereafter.

2

Thank you,

Brant

**Brantley Pepperman**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3561 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
brantleypepperman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Gringer, David [mailto:David.Gringer@wilmerhale.com]
**Sent:** Monday, January 4, 2021 3:01 PM
**To:** Brantley Pepperman <brantleypepperman@quinnemanuel.com>
**Cc:** Stephen Swedlow <stephenswedlow@quinnemanuel.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Jennings, Molly <Molly.Jennings@wilmerhale.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Michelle Schmit <michelleschmit@quinnemanuel.com>; Ashley Keller <ack@kellerlenkner.com>; Warren Postman <wdp@kellerlenkner.com>; Ben Whiting <ben.whiting@kellerlenkner.com>; Jason Ethridge <jason.ethridge@kellerlenkner.com>
**Subject:** Re: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

**[EXTERNAL EMAIL]**

Brant,

We are evaluating now. Hope to be back to you in a few hours.


**David Gringer | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6674 (o)
+1 917 747 0731 (c)
+1 202 663 6363 (f)
david.gringer@wilmerhale.com


> On Jan 4, 2021, at 2:50 PM, Brantley Pepperman <brantleypepperman@quinnemanuel.com> wrote:

**EXTERNAL SENDER**

David,

3

Drafts of the motion, supporting declaration, and proposed order we intend to file today are attached. We may also add an index of exhibits.

As you can see from the motion, the motion explicitly takes no position on which judge should decide which motion first.

When you can today, please let us know if you agree that—separately from the question of whether *Reveal Chat* is a lower-numbered related case than *Klein*—*Kupcho*, *Dames*, and *Steinberg* are each related to *Klein*, in that they involve substantially the same parties, property, transaction, or event, and there will be an unduly burdensome duplication of labor and expense if the cases are conducted before different judges.

Thank you,

Brant

**Brantley Pepperman**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3561 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
brantleypepperman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Gringer, David [mailto:David.Gringer@wilmerhale.com]
**Sent:** Wednesday, December 30, 2020 7:31 PM
**To:** Stephen Swedlow <stephenswedlow@quinnemanuel.com>
**Cc:** Brantley Pepperman <brantleypepperman@quinnemanuel.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Jennings, Molly <Molly.Jennings@wilmerhale.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Michelle Schmit <michelleschmit@quinnemanuel.com>; Ashley Keller <ack@kellerlenkner.com>; Warren Postman <wdp@kellerlenkner.com>; Ben Whiting <ben.whiting@kellerlenkner.com>; Jason Ethridge <jason.ethridge@kellerlenkner.com>
**Subject:** Re: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

Thank you for the clarification. Look forward to reviewing the motion.

Sincerely,

David

**David Gringer | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6674 (o)

4

+1 917 747 0731 (c)
+1 202 663 6363 (f)
david.gringer@wilmerhale.com

On Dec 30, 2020, at 9:46 PM, Stephen Swedlow <stephenswedlow@quinnemanuel.com> wrote:

**EXTERNAL SENDER**

Thanks for considering this request. To clarify, the motion will literally state that we do not take a position on whether Judge Koh should enter an order before Judge Freeman decides the pending motions to relate.

Stephen Swedlow
Managing Partner - Chicago
312-705-7488
Cell 773-610-2512

 - - - -  Original message  - - - -
From: "Gringer, David" <David.Gringer@wilmerhale.com>
Date: 12/30/20 6:12 PM (GMT-06:00)
To: Brantley Pepperman <brantleypepperman@quinnemanuel.com>, "Mehta, Sonal" <Sonal.Mehta@wilmerhale.com>, "Holtzblatt, Are <Ari.Holtzblatt@wilmerhale.com>, "Jennings, Molly" <Molly.Jennings@wilmerhale.com>
Cc: Stephen Swedlow <stephenswedlow@quinnemanuel.com>, Kevin Teruya <kevinteruya@quinnemanuel.com>, Adam Wolfson <adamwolfson@quinnemanuel.com>, Michelle Schmit <michelleschmit@quinnemanuel.com>, Ashley Keller <ack@kellerlenkner.com>, Warren Postman <wdp@kellerlenkner.com>, Ben Whiting <ben.whiting@kellerlenkner.com>, Jason Ethridge <jason.ethridge@kellerlenkner.com>
Subject: RE: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

**[EXTERNAL EMAIL]**

**Brant,**

**Thank you for your email.**

**Please send us a draft copy of your motion when it is ready so that we can evaluate the request in more detail. While you say that your motion will not take a position on whether Judge Koh should enter an order before Judge Freeman decides the pending**

5

motions to relate in front of her, that seems unlikely since you will be asking Judge Koh to enter an order. But we will reserve judgment until we see the motion.

Happy holidays.

Sincerely,

David

**David Gringer I WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6674 (o)
+1 917 747 0731 (c)
+1 202 663 6363 (f)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Brantley Pepperman <brantleypepperman@quinnemanuel.com>
**Sent:** Wednesday, December 30, 2020 6:24 PM
**To:** Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Jennings, Molly <Molly.Jennings@wilmerhale.com>
**Cc:** stephenswedlow@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Michelle Schmit <michelleschmit@quinnemanuel.com>; Ashley Keller <ack@kellerlenkner.com>; Warren Postman <wdp@kellerlenkner.com>; Ben Whiting <ben.whiting@kellerlenkner.com>; Jason Ethridge <jason.ethridge@kellerlenkner.com>
**Subject:** Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

**EXTERNAL SENDER**

Counsel,

I am reaching out on behalf of the plaintiffs in the case captioned Klein et al., v. Facebook, Inc., Case No. 5:20-cv-08570-LHK. Northern District of California Local Rule 3-12(b) requires a party to "file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should Be Related" whenever the party learns that a later-filed action may be related to the earlier-filed action within the meaning of Local Rule 3-12(a). See Civil Local Rule 3-12(b).

6

Pursuant to Local Rule 3-12(b), the plaintiffs in *Klein*—the "lowest-numbered case"—plan to file an administrative motion to consider whether several later-filed consumer cases—*Kupcho, Dames,* and *Steinberg*—should be related to *Klein.* From the papers you have filed to date in connection with the various motions to relate pending before both Judge Freeman and Judge Koh, we understand Facebook's positions to be that:

(1) Judge Koh should defer her ruling on any motion to relate until Judge Freeman decides the motions to relate that are pending before Judge Freeman; and

(2) that *Klein* and the later-filed cases *(Sherman, Kupcho, Dames, Steinberg,* and *Affilious)* are each related to *Reveal Chat.*

The *Klein* plaintiffs obviously disagree as to (2), and the motion we plan to file takes no position as to (1). Given the overlap between *Klein, Kupcho, Dames,* and *Steinberg,* please let us now if you agree that—separately from the question of whether *Reveal Chat* is a lower-numbered related case than *Klein*—*Kupcho, Dames,* and *Steinberg* are each related to *Klein,* in that they involve substantially the same parties, property, transaction, or event, and there will be an unduly burdensome duplication of labor and expense if the cases are conducted before different judges.

Given the holiday, we respectfully request that you let us know whether you will agree to stipulate as outlined above no later than Monday, January 4, 2021 at 12:00 PM (noon) Pacific Standard Time. We anticipate filing the motion later that day.

We look forward to hearing from you and wish you a happy new year.

Brant


**Brantley Pepperman**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3561 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
brantleypepperman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**<12485114_6_Klein** Plaintiffs_ Motion to Relate Later-Filed Consumer Cases....docx>
<12486165 1 Pepperman Decl. ISO Klein Plaintiffs_ Motion to Relate Later-....docx>
<12487147 2 [PROPOSED] Order Granting Klein Plaintiffs_ Administrative Mo....docx>