# EXHIBIT 10

| | |
|---|---|
| **From:** | Melissa Troutner <MTroutner@ktmc.com> |
| **Sent:** | Monday, January 4, 2021 8:08 AM |
| **To:** | Brantley Pepperman; Jennifer L. Joost; Joseph H. Meltzer; Terence S. Ziegler; Lauren McGinley |
| **Cc:** | Stephen Swedlow; Kevin Teruya; Adam Wolfson; Michelle Schmit; Ashley Keller; Warren Postman; Ben Whiting; Jason Ethridge |
| **Subject:** | RE: Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.) |

[EXTERNAL EMAIL]

Hi Brant,
We will stipulate that *Dames* is related to *Klein* for the purposes of Local Rule 3-12.  Happy New Year!

Best,
Melissa

Melissa Troutner



Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Rd
Radnor, PA 19087
Direct Dial: (484) 270-1409
General Firm Phone: (610) 667-7706
Fax: (610) 667-7056
Email: mtroutner@ktmc.com
Internet: www.ktmc.com

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited.  If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

**From:** Brantley Pepperman [mailto:brantleypepperman@quinnemanuel.com]
**Sent:** Wednesday, December 30, 2020 6:06 PM
**To:** Jennifer L. Joost <jjoost@ktmc.com>; Joseph H. Meltzer <jmeltzer@ktmc.com>; Terence S. Ziegler <tziegler@ktmc.com>; Melissa Troutner <MTroutner@ktmc.com>; Lauren McGinley <LMcGinley@ktmc.com>
**Cc:** Stephen Swedlow <stephenswedlow@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Michelle Schmit <michelleschmit@quinnemanuel.com>; Ashley Keller <ack@kellerlenkner.com>; Warren Postman <wdp@kellerlenkner.com>; Ben Whiting <ben.whiting@kellerlenkner.com>; Jason Ethridge <jason.ethridge@kellerlenkner.com>
**Subject:** Request for Stipulation in Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

*External E-Mail*

Counsel,

1

I am reaching out on behalf of the plaintiffs in the case captioned *Klein et al., v. Facebook, Inc.,* Case No. 5:20-cv-08570-LHK.  Northern District of California Local Rule 3-12(b) requires a party to "file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should Be Related" whenever the party learns that a later-filed action may be related to the earlier-filed action within the meaning of Local Rule 3-12(a).  *See* Civil Local Rule 3-12(b).

Pursuant to Local Rule 3-12(b), the plaintiffs in *Klein*—the "lowest-numbered case"—plan to file an administrative motion to consider whether several later-filed consumer cases, including *Dames*, should be related to *Klein*.  We note that you marked *Klein* as a related case on the cover sheet you filed in connection with the *Dames* case.  Given the overlap between *Klein* and *Dames*, please let us know whether you will stipulate that *Dames* is related to *Klein* for the purposes of Local Rule 3-12.

Given the holiday, we respectfully request that you let us know whether you will agree to stipulate to relate *Dames* to *Klein* no later than **Monday, January 4, 2021 at 12:00 PM (noon) Pacific Standard Time.**  We anticipate filing the motion later that day.

We look forward to hearing from you and wish you a happy new year.

Brant


**Brantley Pepperman**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3561 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
brantleypepperman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.