| | |
|---|---|
| Stephen A. Swedlow (admitted *pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000 | Warren Postman (Bar No. 330869)<br>  wdp@kellerlenkner.com<br>Jason Ethridge (admitted *pro hac vice*)<br>  jason.ethridge@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, DC 20005<br>(202) 918-1123<br><br>Ashley Keller (admitted *pro hac vice*)<br>  ack@kellerlenkner.com<br>Benjamin Whiting (admitted *pro hac vice*)<br>  ben.whiting@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, IL 60606<br>(312) 741-5220 |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>*Defendant.* | Case No. 5:20-cv-08570-LHK<br><br>**[PROPOSED] ORDER GRANTING *KLEIN* PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CONSUMER CASES SHOULD BE RELATED** |

**[PROPOSED] ORDER**

On January 4, 2021, Plaintiffs Maximilian Klein and Sarah Grabert ("the *Klein* Plaintiffs") filed a motion for administrative relief to consider whether the later-filed *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Dames et al. v. Facebook, Inc.*, No. 3:20-cv-08817-HSG; and *Steinberg v. Facebook, Inc.* 3:20-cv-09130-VC should be related to *Maximilian Klein et al. v. Facebook, Inc.*, Case No. 5:20-cv-08570-LHK.  Dkt. 34.

Having considered the *Klein* Plaintiffs' motion, the record, the arguments of counsel, and the relevant authorities, the Court concludes that *Kupcho*, *Dames*, and *Steinberg* are related to the earlier-filed *Klein* under the standard set forth in Civil L.R. 3-12.  For these reasons, the *Klein* Plaintiffs' motion is **GRANTED.**  *Kupch*o, *Dames*, and *Steinberg* shall be reassigned to the undersigned Judge.

**IT IS SO ORDERED.**

Dated: January__, 2021

Hon. Lucy H. Koh
United States District Judge

| | |
|---|---|
| Dated: January 4, 2021 | Respectfully submitted, |
| | <u>/s/ Adam B. Wolfson</u> |
| Stephen A. Swedlow (admitted *pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400 | Warren Postman (Bar No. 330869)<br>  wdp@kellerlenkner.com<br>Jason Ethridge (admitted *pro hac vice*)<br>  jason.ethridge@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, DC 20005<br>(202) 918-1123 |
| Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000 | Ashley Keller (admitted *pro hac vice*)<br>  ack@kellerlenkner.com<br>Ben Whiting (admitted *pro hac vice*)<br>  ben.whiting@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, IL 60606<br>(312) 741-5220 |

*Attorneys for Plaintiffs*

## **ATTESTATION OF ADAM B. WOLFSON**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Adam B. Wolfson. By his signature, Mr. Wolfson attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: January 4, 2021     By  <u>/s/ Adam B. Wolfson</u>
                                              Adam B. Wolfson