SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>      Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S RESPONSE TO MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CONSUMER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: Hon. Lucy H. Koh |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. The Federal Trade Commission's related case notices concerning *Klein*, *Reveal Chat*, *Sherman*, *Kupcho*, *Steinberg*, *Affilious*, and *Dames*, filed in *FTC v. Facebook, Inc.*, No. 1:20-cv-03590-CRC (D.D.C.), are attached as Exhibit 1.

3. The State Plaintiffs' related case notices concerning *Klein*, *Reveal Chat*, *Sherman*, *Kupcho*, and *Steinberg*, filed in *State of New York et al. v. Facebook, Inc.*, No. 1:20-cv-03589-JEB (D.D.C.), are attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of January 2021 in Washington, District of Columbia.

By: /s/ David Z. Gringer
David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: January 6, 2021                /s/ Sonal N. Mehta
Sonal N. Mehta