SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S [PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CONSUMER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: The Court's ruling on Plaintiffs' motion is DEFERRED. Should Facebook's pending motions to relate this case, *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW ("*Kupcho*"), *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-HSG ("*Dames*"), and *Steinberg v. Facebook, Inc.*, 3:20-cv-09130-VC ("*Steinberg*") to *Reveal Chat Holdco, LLC v. Facebook, Inc.*, No. 5:20-cv-00363-BLF ("*Reveal Chat*"), be denied, the Court will revisit the issue.

DATED: _____          By: _____

Hon. Lucy H. Koh

United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:     /s/ Sonal N. Mehta

*Attorney for Facebook, Inc.*