Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

*Counsel for Plaintiff Rachel Banks Kupcho*
[Additional Counsel Listed in Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant.<br><br>This document relates to:<br><br>*Banks Kupcho v. Facebook, Inc.,* No. 4:20-cv-08815-JSW;<br><br>*Steinberg v. Facebook, Inc.,* No. 3:20-cv-09130-VC;<br><br>*Dames v. Facebook, Inc.,* No. 3:20-cv-08817-TSH. | Case No. 5:20-cv-08570-LHK<br><br>**PLAINTIFF BANKS KUPCHO'S RESPONSE TO KLEIN PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CONSUMER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

Plaintiff Rachel Banks Kupcho ("Plaintiff" or "Banks Kupcho") submits her response to Klein Plaintiffs' administrative motion to relate their case to other consumer cases ("*Klein* Motion"). Banks Kupcho believes that the motion to relate is premature given the pendency of a motion to relate in the *Real Chat* matter, but does not generally oppose the relation or any necessary coordination among the cases.

**ARGUMENT**

The requested relief in the *Klein* Motion is premature at this time. As discussed in the *Klein* Motion, there are already pending motions filed by Facebook in *Reveal Chat Holdco LLC et al. v. Facebook, Inc.,* Case No. 5:20-cv-00363-BLF ("*Reveal Chat*") that seek to relate *Klein et al. v. Facebook, Inc.,* Case No. 5:20-cv-08570- LHK; *Banks Kupcho v. Facebook, Inc.,* No. 4:20-cv-08815-JSW; *Dames et al. v. Facebook, Inc.,* No. 3:20-cv-08817-HSG; *Steinberg v. Facebook, Inc.* 3:20-cv-09130-VC (collectively, the "Consumer Cases".)[1] Thus, the *Reveal Chat* Court's decision on the pending motions may grant the relief sought in the *Klein* Motion.

If this Court does find that that *Klein* Motion is timely, formal consolidation and a leadership structure would be necessary for the Consumer Cases and Plaintiff Banks Kupcho requests that a future briefing schedule be set to allow the parties to confer and file any respective motions. Finally, Plaintiff Banks Kupcho does not oppose any future relation of the Consumer Cases, including assigning a single Magistrate Judge to oversee discovery and other pre-trial matters as proposed by the *Klein* Motion.

---

[1] While Plaintiff Banks Kupcho opposed consolidation of the Consumer Cases with *Reveal Chat* based upon differences between the consumer and commercial case facts and allegations, she did not oppose coordination, including for discovery purposes.

## CONCLUSION

For the reasons stated above, this Court should deny the *Klein* Motion as premature without prejudice.

Dated: January 07, 2021    HAGENS BERMAN SOBOL SHAPIRO LLP

*s/ Steve W. Berman*
STEVE W. BERMAN

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail:   steve@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
E-Mail: shanas@hbsslaw.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
W. Joseph Bruckner *(pro hac vice)*
Brian D. Clark *(pro hac vice)*
Robert K. Shelquist *(pro hac vice)*
Rebecca A. Peterson (241858)
Arielle S. Wagner *(pro hac vice)*
Stephanie Chen *(pro hac vice)*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: wjbruckner@locklaw.com
         bdclark@locklaw.com
         rkshelquist@locklaw.com
         rapeterson@locklaw.com
         aswagner@locklaw.com
         sachen@locklaw.com

**Counsel for Plaintiff**

RESPONSE TO KLEIN PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CONSUMER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
2