Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Theodore W. Maya (SBN 223242)
Rachel R. Johnson (SBN 331351)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdtootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case no.: 5:20-cv-08570-LHK<br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF *SHERMAN* PLAINTIFFS' RESPONSE TO *KLEIN* PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CONSUMER CASES SHOULD BE RELATED** |

1

DECLARATION OF TINA WOLFSON ISO *SHERMAN* PLAINTIFFS' RESPONSE TO *KLEIN* PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CONSUMER CASES SHOULD BE RELATED

I, Tina Wolfson, declare:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a partner with the law firm Ahdoot & Wolfson PC and counsel for the Plaintiffs Vickie Sherman, Lezah Neville-Marrs, Katherine Loopers, and Jarred Johnson in *Sherman et al v. Facebook, Inc.,* No. 3:20-cv-08721-JSW, filed in this District on December 9, 2020.

3. I submit this Declaration in support of *Sherman* Plaintiffs' response to *Klein* Plaintiffs' Administrative Motion on to Relate Cases.

4. Affilious Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property Services, Mark Berney, and MarQuisha Cork, filed the case captioned *Affilious, Inc. et al. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW on December 18, 2020. A true and correct copy of the *Affilious* complaint is attached hereto as **Exhibit 1**.

5. **Exhibit 1** is a true and correct comparison of the *Affilious* complaint and the Amended Class Action Complaint filed in the case captioned *Reveal Chat Holdco LLC et al. v. Facebook, Inc.*, No.5:20-cv-00363-BLF on August 7, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 8 January 2021.

                                                                   /s/ *Tina Wolfson.*

DECLARATION OF TINA WOLFSON ISO *SHERMAN* PLAINTIFFS' RESPONSE TO *KLEIN* PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CONSUMER CASES SHOULD BE RELATED