SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO STAY**<br><br>Judge: Hon. Lucy H. Koh |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the order in in *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW granting the parties' stipulation to stay Facebook's time to respond to the complaint pending further order of the court.

3. Attached hereto as Exhibit 2 is a true and correct copy of the order in *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-JSW granting the parties' stipulation to stay Facebook's time to respond to the complaint pending further order of the court.

4. Attached hereto as Exhibit 3 is a true and correct copy of the order in *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-VC vacating Facebook's deadline to respond to the complaint and staying the case pending ruling on the motions to relate.

5. Attached hereto as Exhibit 4 is a true and correct copy of the order in *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK granting the parties' stipulation to extend Facebook's time to respond to the complaint.

6. Attached hereto as Exhibit 5 is a true and correct copy of the order in *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW granting the parties' initial stipulation to extend Facebook's time to respond to the complaint. On January 19, the parties agreed to a further 30-day extension.

7. Attached hereto as Exhibit 6 is a true and correct copy of the order in *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-HSG granting the parties' stipulation to extend Facebook's time to respond to the complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of January 2021 in Washington, District of Columbia.

By:   */s/ David Z. Gringer*
David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated:  January 19, 2021                                    */s/ Sonal N. Mehta*
                                                            Sonal N. Mehta