# EXHIBIT 1

| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Edward M. Grauman (*p.h.v. forthcoming*)<br>egrauman@bathaeedunne.com<br>Andrew C. Wolinsky (*p.h.v. forthcoming*)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 205-7668<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 462-2772<br><br>*Attorneys for Plaintiffs Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and MarQuisha Cork*<br><br>*(Additional Counsel on Signature Page)* | SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>DAVID Z. GRINGER (*pro hac vice pending*)<br>David.Gringer@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AFFILIOUS, INC., a California corporation, JESSYCA FREDERICK, NJ PREMIER INC., a New Jersey corporation, TIMOTHY MILLS, MARK YOUNG, DANNY COLLINS, JOSHUA JEON, 406 PROPERTY SERVICES, PLLC, a Montana professional limited liability company, MARK BERNEY, and MARQUISHA CORK, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>                  Defendant. | Case No. 4:20-cv-09217-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER AS MODIFIED TO STAY**<br><br>Hon. Kandis A. Westmore |

WHEREAS, six putative class action lawsuits[1] have been filed against defendant Facebook, Inc. in this District in recent weeks alleging violations of Section 2 of Sherman Act, 15 U.S.C. § 2;

WHEREAS, five of these lawsuits are currently the subject of contested motions pending before Judge Freeman to consider whether the cases should be related to *Reveal Chat Holdco, LLC v. Facebook, Inc.*, No. 5:20-cv-00363-BLF, and this case is the subject of a pending stipulated motion to the same effect;

WHEREAS, regardless of the outcome of Facebook's pending motions to relate the putative class action lawsuits that have been filed against Facebook to *Reveal Chat*, the cases themselves are likely to be the subject of motions to relate to one another;

WHEREAS, should Judge Freeman grant the pending motions to relate the cases, the court will need to determine the manner in which these cases will proceed;

WHEREAS, regardless of whether Judge Freeman grants the pending motions to relate the cases, one or more court in this District may need to decide issues around interim class counsel and/or whether to consolidate the cases;

WHEREAS, moving forward with responsive pleadings and other matters in this case may impose an unnecessary burden on the Court and parties until the threshold issues of case administration are resolved;

ACCORDINGLY, pursuant to Civil Local Rules 6-1 and 7-12, defendant Facebook, Inc. and plaintiffs Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and MarQuisha Cork, by and through their respective counsel, hereby stipulate and agree that good cause exists to stay Facebook's time to answer or otherwise respond to the Complaint until further order of the

---

[1] In addition to this case, the lawsuits are: *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-JSW; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-HSG; and *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-VC.

1 | Court, and until such time as the Court convenes a status conference and issues any necessary
2 | orders on how this case shall proceed.

Dated: January 4, 2021     WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ Sonal N. Mehta

SONAL N. MEHTA

*Attorney for Defendant*
Facebook, Inc.

Dated: January 4, 2021     **BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*p.h.v. forthcoming*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky (*p.h.v. forthcoming*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 205-7668

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

David R. Scott (*p.h.v. forthcoming*)
david.scott@scott-scott.com
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

Patrick J. McGahan (*p.h.v. forthcoming*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*p.h.v. forthcoming*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537


By:   /s/ Yavar Bathaee

Yavar Bathaee

*Attorney for Plaintiffs*
Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and MarQuisha Cork

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated:  January 4, 2021            By:    */s/ Sonal N. Mehta*
                                                           Sonal N. Mehta

[~~PROPOSED~~] ORDER AS MODIFIED

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED: Facebook's time to answer or otherwise respond to the Complaint is STAYED pending further order of the Court. ~~At the appropriate time the Court SHALL convene a status conference and issue any necessary orders on how this case shall proceed.~~ Initial cmc set as control date for 2/25/2021. Joint cmc statement due 2/18/2021.

DATED: January 7, 2021

By: _____
EDWARD M. CHEN
United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Sonal N. Mehta*

*Attorney for Facebook, Inc.*