# EXHIBIT 2

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Theodore W. Maya (SBN 223242)
Rachel R. Johnson (SBN 331351)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdtootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Attorneys for Plaintiffs*

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice pending*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKIE SHERMAN, LEZAH NEVILLE-MARRS, KATHERINE LOOPERS, and JARRED JOHNSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>            Defendant. | Case No. 3:20-cv-08721-LB<br><br>**STIPULATION AND ORDER TO STAY**<br><br>Hon. Laurel Beeler |

1  WHEREAS, six putative class action lawsuits[1] have been filed against defendant Facebook, Inc. in this District in recent weeks alleging violations of Section 2 of Sherman Act, 15 U.S.C. § 2;

WHEREAS, four of these lawsuits, including this case, are currently the subject of contested motions pending before Judge Freeman to consider whether the cases should be related to *Reveal Chat Holdco, LLC v. Facebook, Inc.*, No. 5:20-cv-00363-BLF;

WHEREAS, regardless of the outcome of Facebook's pending motion to relate the six putative class action lawsuits that have been filed against Facebook to *Reveal Chat*, those six cases themselves are likely to be the subject of motions to relate to one another;

WHEREAS, should Judge Freeman grant the pending motions to relate the cases, the court will need to determine the manner in which these cases will proceed;

WHEREAS, regardless of whether Judge Freeman grants the pending motions to relate the cases, one or more courts in this District may need to decide issues around interim class counsel and/or whether to consolidate the cases;

WHEREAS, moving forward with responsive pleadings and other matters in this case may impose an unnecessary burden on the Court and parties until the threshold issues of case administration are resolved;

ACCORDINGLY, pursuant to Civil Local Rules 6-1 and 7-12, defendant Facebook, Inc. and plaintiffs Vickie Sherman, Lezah Neville-Marrs, Katherine Loopers, and Jarred Johnson, by and through their respective counsel, hereby stipulate and agree that good cause exists to stay Facebook's time to answer or otherwise respond to the Complaint until further order of the Court, and until such time as the Court convenes a status conference and issues any necessary orders on how this case shall proceed.

---

[1] In addition to this case, the lawsuits are: *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW.

Dated:  December 22, 2020

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  */s/ Sonal N. Mehta*

SONAL N. MEHTA

*Attorney for Defendant*
Facebook, Inc.


Dated:  December 22, 2020

AHDOOT & WOLFSON PC

By:  */s/ Tina Wolfson*

Tina Wolfson

*Attorney for Plaintiffs*
Vickie Sherman, Lezah Neville-Marrs, Katherine Loopers, and Jarred Johnson

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: December 22, 2020          By:   */s/ Sonal N. Mehta*
                                            Sonal N. Mehta

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED: Facebook's time to answer or otherwise respond to the Complaint is STAYED pending further order of the Court. At the appropriate time the Court SHALL convene a status conference and issue any necessary orders on how this case shall proceed.

DATED:  December 23, 2020    By: _____

Hon. Laurel Beeler

United States Magistrate Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ *Sonal N. Mehta*

*Attorney for Facebook, Inc.*