# EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEINBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC,<br><br>        Defendant. | Case No. 20-cv-09130-VC<br><br>**ORDER GRANTING AS MODIFIED STIPULATION TO STAY**<br><br>Re: Dkt. No. 10 |

The deadline to respond to the complaint is vacated, and the case is stayed pending the rulings on both motions to relate. In the event both motions are denied, the Court will schedule a case management conference at which a deadline to respond will be set.

**IT IS SO ORDERED.**

Dated: January 5, 2021

VINCE CHHABRIA
United States District Judge