# EXHIBIT 5

| | |
|---|---|
| STEVE W. BERMAN<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>E-mail:    steve@hbsslaw.com<br><br>SHANA E. SCARLETT (SBN 217895)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile:  (510) 725-3001<br>E-Mail:  shanas@hbsslaw.com<br><br>*Attorneys for Plaintiff*<br>[Additional Counsel Listed in Signature Block] | SONAL N. MEHTA (SBN 222086)<br>   Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>DAVID Z. GRINGER (*pro hac vice pending*)<br>   David.Gringer@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RACHEL BANKS KUPCHO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>                    Defendant. | Case No. 4:20-cv-08815-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY**<br><br>Hon. Jeffrey S. White |

WHEREAS, six putative class action lawsuits[1] have been filed against defendant Facebook, Inc. in this District in recent weeks alleging violations of Section 2 of Sherman Act, 15 U.S.C. § 2;

WHEREAS, four of these lawsuits, including this case, are currently the subject of contested motions pending before Judge Freeman to consider whether the cases should be related to *Reveal Chat Holdco, LLC v. Facebook, Inc.*, No. 5:20-cv-00363-BLF;

WHEREAS, regardless of the outcome of Facebook's pending motion to relate the six putative class action lawsuits that have been filed against Facebook to *Reveal Chat*, those six cases themselves are likely to be the subject of motions to relate to one another;

WHEREAS, should Judge Freeman grant the pending motions to relate the cases, the court will need to determine the manner in which these cases will proceed;

WHEREAS, regardless of whether Judge Freeman grants the pending motions to relate the cases, one or more courts in this District may need to decide issues around interim class counsel and/or whether to consolidate the cases;

WHEREAS, moving forward with responsive pleadings and other matters in this case may impose an unnecessary burden on the Court and parties until the threshold issues of case administration are resolved;

ACCORDINGLY, pursuant to Civil Local Rules 6-1 and 7-12, defendant Facebook, Inc. and plaintiff Rachel Banks Kupcho, by and through their respective counsel, hereby stipulate and agree that good cause exists and that Facebook's time to answer or otherwise respond to the Complaint is stayed until the earlier of (1) the date when the court overseeing any related or coordinated proceedings orders a response, or (2) the date on which Facebook files its response to the Complaints in any of the following cases: *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-

---

[1] In addition to this case, the lawsuits are: *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW.

| | |
|---|---|
| 1 | LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW; or any subsequently-filed case in this District asserting federal antitrust claims against Facebook on behalf of Facebook users that either party in this case seeks to relate to any of the above-referenced cases. |

Dated: December 23, 2020

WILMER CUTLER PICKERING HALE AND DORR LLP

By:    /s/ Sonal N. Mehta

SONAL N. MEHTA

*Attorney for Defendant*
Facebook, Inc.

Dated: December 23, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By:    /s/ W. Joseph Bruckner

W. Joseph Bruckner (*pro hac vice*)
Brian D. Clark (*pro hac vice*)
Robert K. Shelquist (*pro hac vice*)
Rebecca A. Peterson (241858)
Arielle S. Wagner (*pro hac vice*)
Stephanie Chen (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: wjbruckner@locklaw.com
         bdclark@locklaw.com
         rkshelquist@locklaw.com
         rapeterson@locklaw.com
         aswagner@locklaw.com
         sachen@locklaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Shana E. Scarlett (SBN 217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
E-Mail: shanas@hbsslaw.com


*Attorney for Plaintiff*
Rachel Banks Kupcho

1   **[PROPOSED] ORDER**

2   PURSUANT TO STIPULATION, IT IS HEREBY ORDERED: Facebook's time to
3   answer or otherwise respond to the Complaint is STAYED until and including the earlier of (1)
4   the date when the court overseeing any related or coordinated proceedings orders a response, or
5   (2) the date on which Facebook files its response to the Complaints in any of the following cases:
6   *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-
7   08721-LB; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*, No.
8   3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW; or any
9   subsequently-filed case in this District asserting federal antitrust claims against Facebook on
10  behalf of Facebook users that either party in this case seeks to relate to any of the above-
11  referenced cases.

13  DATED: January 4, 2021                 By: /s/ Jeffrey S. White
14                                         Hon. Jeffrey S. White
15                                         United States District Judge

18  Submitted by:
19  WILMER CUTLER PICKERING HALE AND DORR LLP
20  By:     /s/ Sonal N. Mehta
21          *Attorney for Facebook, Inc.*