SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO STAY**<br><br>Judge: Hon. Lucy H. Koh |

|   |   |
|---|---|
| 1 | Having considered Defendant Facebook, Inc.'s motion to stay, the Court finds good cause to grant the motion. Accordingly, the Court orders that this case is stayed pending ruling on the relation motions involving this case, and pending a Case Management Conference and Case Management Order should this case remain in this Court. |

Having considered Defendant Facebook, Inc.'s motion to stay, the Court finds good cause to grant the motion. Accordingly, the Court orders that this case is stayed pending ruling on the relation motions involving this case, and pending a Case Management Conference and Case Management Order should this case remain in this Court.

**IT IS SO ORDERED.**

DATED: _____      _____

                                                Hon. Lucy H. Koh
                                                United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:     /s/ Sonal N. Mehta

*Attorney for Facebook, Inc.*