SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>                    Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SHORTEN TIME FOR HEARING OF FACEBOOK'S MOTION TO STAY**<br><br>Judge: Hon. Lucy H. Koh |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. On January 19, 2021, Facebook filed a motion to stay this case, including Facebook's response to the complaint, which is due on February 16, 2021, pending rulings on relation motions that involve this case and pending a Case Management Conference. Dkt. No. 38.

3. Facebook's motion to stay argues that Facebook should not be required to respond to the complaint in this action before important relation and case management decisions have been made. Because this case may be transferred to another court and may be consolidated for pretrial purposes with numerous other similar cases, requiring Facebook to respond to the complaint before those decisions have been made would be a waste of the Court's resources and would prejudice Facebook. *See* Dkt No. 38.

4. Plaintiffs have taken the position that no stay is warranted at this time.

5. The first available hearing date for Facebook's motion to stay was May 20, 2021.

6. Facebook respectfully requests that the Court shorten the time for a hearing on Facebook's motion to stay so as to protect Facebook from the burdens of responding to the complaint before rulings on relation and attendant case management issues that may require Facebook to respond to a consolidated complaint.

7. Absent an order shortening the time for a hearing, Facebook will be forced to engage in the very litigation sought to be stayed before this Court is able to rule on the motion to stay.

8. Facebook has attempted to reach an agreement with Plaintiffs' counsel regarding this request to shorten time. On January 13, I emailed Plaintiffs' counsel to obtain their position. The next day, Plaintiffs' counsel responded that Plaintiffs would not stipulate to shortening time for the hearing.

9. The time for Facebook to respond to the complaint has been extended once by stipulation. *See* Dkt. No. 27.

10. The requested time modification would have no effect on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of January 2021 in Washington, District of Columbia.

By:   */s/ David Z. Gringer*

David Z. Gringer

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: January 19, 2021          */s/ Sonal N. Mehta*
Sonal N. Mehta