SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>                    Defendant. | Case No. 5:20-cv-08570-LHK<br><br> **NOTICE REGARDING RULING ON MOTIONS TO RELATE CASES TO *REVEAL CHAT HOLDCO LLC V. FACEBOOK, INC.*, NO. 5:20-CV-00363-BLF**<br><br>Judge: Hon. Lucy H. Koh |

Defendant Facebook, Inc. hereby notifies the Court that on January 21, 2021, Judge Freeman denied the motions to relate this case and five other recently filed putative class action antirust lawsuits to *Reveal Chat Holdco LLC v. Facebook, Inc.*, No. 5:20-CV-00363-BLF. Two motions to relate four other cases to this one are still pending before this Court:

| Motions to Relate | | | Responses | | |
|---|---|---|---|---|---|
| Dkt. No. | Date Filed | Case Nos. | Dkt. No. | Date Filed | Position |
| 19[1] | 12/21/2020 | 5:20-cv-08570-LHK; 3:20-cv-08721-JSW | 24 | 12/28/2020 | Plaintiffs responded that they do not oppose relation. |
| | | | 25 | 12/28/2020 | Facebook responded that the cases should be related to *Reveal Chat*. |
| 34[2] | 1/04/2021 | 5:20-cv-08570-LHK; 4:20-cv-08815-JSW; 3:20-cv-08817-HSG; 3:20-cv-09130-VC | 35 | 1/06/2021 | Facebook responded that the cases should be related to *Reveal Chat*. |

Moreover, pursuant to Civil Local Rule 3-12(f)(2), this Court must determine whether any of the five other cases for which Judge Freeman denied relation to *Reveal Chat* are related to this one. Facebook also may file additional motions to relate other recently filed cases to this case

---

[1] This motion to relate was filed by Plaintiffs in No. 3:20-cv-08721-JSW.
[2] This motion to relate was filed by Plaintiffs in this action. It states that Plaintiffs in Nos. 3:20-cv-08817-HSG and 3:20-cv-09130-VC stipulated to relation, and that Plaintiffs in 4:20-cv-08815-JSW declined to take a position while the motions to relate were pending before Judge Freeman.

1 | and the others.  Those additional cases include: *Rosenman v. Facebook, Inc.*, No. 3:21-cv-00336-
2 | JSC; *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW; and *Layser v. Facebook, Inc.*,
3 | No. 5:21-cv-00337-LB.  Because this Court is tasked with determining whether multiple other
4 | cases are related to this one, and because additional relation motions will now need to be filed
5 | and determined in this case, the stay that Facebook has requested (Dkt. 38) remains necessary to
6 | avoid burdening Facebook and the Court with a potentially unnecessary and duplicative motion
7 | to dismiss.  As when Facebook filed its motion to stay, threshold issues involving relation and
8 | case management should be determined before proceeding any further.

Dated:  January 25, 2021                    Respectfully submitted,

By: */s/ Sonal N. Mehta*
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
david.gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

*/s/ Sonal N. Mehta*
Sonal N. Mehta