| | |
|---|---|
| Dena C. Sharp (State Bar No. 245869) | Keith J. Verrier (*pro hac vice* forthcoming) |
| Jordan Elias (State Bar No. 228731) | Austin B. Cohen (*pro hac vice* forthcoming) |
| Adam E. Polk (State Bar No. 273000) | **LEVIN SEDRAN & BERMAN LLP** |
| Scott M. Grzenczyk (State Bar No. 279309) | 510 Walnut Street, Suite 500 |
| **GIRARD SHARP LLP** | Philadelphia, PA 19106-3997 |
| 601 California Street, Suite 1400 | Telephone: (215) 592-1500 |
| San Francisco, CA 94108 | Facsimile: (215) 592-4663 |
| Tel: (415) 981-4800 | kverrier@lfsblaw.com |
| Fax: (415) 981-4846 | acohen@lfsblaw.com |
| dsharp@girardsharp.com | |
| jelias@girardsharp.com | |
| apolk@girardsharp.com | |
| sgrzenczyk@girardsharp.com | |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DENA C. SHARP IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**<br><br>**CIV. L.R. 3-12, 7-11** |
| JESSICA L. LAYSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case No. 3:21-cv-00337-LB |

1

DECLARATION OF DENA C. SHARP IN SUPPORT OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASE SHOULD BE RELATED
Case No. 5:20-cv-08570-LHK

I, Dena C. Sharp, declare as follows:

1. I am a partner at Girard Sharp LLP and one of the attorneys of record for Plaintiff Jessica Layser. I submit this declaration in support of Plaintiff's Administrative Motion to Consider Whether Case Should Be Related. I make this declaration based on my own personal knowledge, and if called to do so, could and would testify to the matters contained herein.

2. A stipulation pursuant to Local Rule 7-11 for Plaintiff's Motion to Relate could not be obtained. On January 22, 2021, I conferred telephonically with counsel for Facebook, who indicated that Facebook declines consent to the relief sought.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 26, 2021, in San Francisco, California.

*/s/ Dena C. Sharp*
Dena C. Sharp