**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |
| JESSICA L. LAYSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case No. 3:21-cv-00337-LB |

On January 26, 2021, Plaintiff Jessica L. Layser filed an Administrative Motion to Consider Whether Case Should Be Related pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, hereby GRANTS the motion.

Accordingly, *Layser v. Facebook, Inc.*, Case No. 3:21-cv-00337-LB, is deemed related to *Klein et al. v. Facebook, Inc.*, Case No. 5:20-cv-08570-LHK, and shall be assigned to the undersigned Judge.

**IT IS SO ORDERED.**

Dated:_____

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE