SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>                     Defendant. | Case No. 5:20-cv-08570-LHK<br><br> **DEFENDANT FACEBOOK, INC.'S RESPONSE TO JESSICA L. LAYSER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Lucy H. Koh |

1   On January 26, 2021, Plaintiff in *Layser v. Facebook, Inc.*, No. 3:21-cv-00337-LB, filed an
2   administrative motion to consider whether *Layser* should be related to this case. Dkt. No. 41.
3   Facebook agrees that *Layser* and *Klein* should be related for the reasons set forth in the motion
4   filed by counsel for plaintiff.[1]  *See* Dkt. No. 41.

6   Dated: January 27, 2021                        Respectfully submitted,

    By: */s/ Sonal N. Mehta*
    SONAL N. MEHTA (SBN 222086)
    sonal.mehta@wilmerhale.com
    WILMER CUTLER PICKERING HALE
    AND DORR LLP
    2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
    Telephone: (650) 858-6000

    DAVID Z. GRINGER (*pro hac vice*)
    david.gringer@wilmerhale.com
    WILMER CUTLER PICKERING HALE
    AND DORR LLP
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    Telephone: (202) 663-6000

---

[1] In the declaration in support of that motion, Ms. Layser's counsel stated that Facebook's counsel "indicated that Facebook declines to consent to the relief sought." Dkt. No. 41-2 ¶ 2. Facebook's counsel does not recall discussing that issue with counsel for *Layser*, and in any event did not give plaintiff's counsel any indication that Facebook opposes.

1

DEFENDANT FACEBOOK INC.'S RESPONSE TO ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED            No. 5:20-cv-08570-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

> */s/ Sonal N. Mehta*
> Sonal N. Mehta

2

DEFENDANT FACEBOOK INC.'S RESPONSE TO ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED                No. 5:20-cv-08570-LHK