SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STAY**<br><br>Judge: Hon. Lucy H. Koh |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. On January 27, 2021, I spoke with counsel for Plaintiffs in this action. On that telephone call, Plaintiffs' counsel stated that Plaintiffs are opposed to a single complaint comprising the putative consumer (Nos. 5:20-cv-08570-LHK, 4:20-cv-08817-HSG, 4:20-cv-08815-JSW, 3:21-cv-00336-VC, 3:20-cv-09130-VC, 4:21-cv-00618-KAW), advertiser (Nos. 3:21-cv-00337-VC, 3:20-cv-09217-EMC), and hybrid consumer/advertiser (No. 4:20-cv-08721-JSW) class cases. Counsel for plaintiffs acknowledged that there may be no formal conflicts between the two groups of classes, but stated that they believe "tensions" may arise. But counsel did not dispute my statement that the allegations in each of the complaints overlap .

3. Plaintiffs' counsel stated that they were not yet certain about which sets of putative class plaintiffs that they could speak on behalf of in the other consumer cases being considered for relation.

4. As of today, Facebook has not received a draft stipulation from any plaintiff's counsel regarding the organization of the cases. Today, I emailed Plaintiffs' counsel to inquire about the status of the draft stipulation, to which Plaintiffs' counsel responsed that they were still seeking the views of the  plaintiffs' counsel in the other consumer class cases before sharing the draft with Facebook.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of January 2021 in Washington, District of Columbia.


By: /s/ David Z. Gringer
David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: January 29, 2021                     */s/ Sonal N. Mehta*
                                            Sonal N. Mehta