Stephen A. Swedlow (admitted *pro hac vice*)
   stephenswedlow@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Warren Postman (Bar No. 330869)
   wdp@kellerlenkner.com
Jason Ethridge (*pro hac vice forthcoming*)
   jason.ethridge@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, DC 20005
(202) 918-1123

*Attorneys for Plaintiffs*
*(Additional Counsel on Signature Page)*

SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice pending*)
   David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>              Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**<br><br>Hon. Lucy H. Koh |

WHEREAS, plaintiffs Maximilian Klein and Sarah Grabert served the Complaint (ECF No. 1) on December 9, 2020;

WHEREAS, defendant Facebook, Inc.'s response to the Complaint is currently due February 16, 2021;

WHEREAS, after the filing of this case, seven other putative class action lawsuits[1] have been filed against defendant Facebook, Inc. in this District in recent weeks alleging violations of Section 2 of Sherman Act, 15 U.S.C. § 2;

WHEREAS, four of these lawsuits, including this case, are currently the subject of motions pending before this Court to consider whether the cases should be related to this case (ECF Nos. 19, 34);

WHEREAS, currently pending before this Court is Facebook's Motion to Stay this case pending ruling on the relation motions and a coordinated Case Management Conference (ECF No. 38);

WHEREAS, Facebook and the plaintiffs are in the process of discussing potential case management approaches including a possible stipulation (which plaintiffs intend to propose to Facebook) that would require a consolidated class action complaint or complaints and negate Facebook's current response deadline in this case;

ACCORDINGLY, pursuant to Civil Local Rules 6-1 and 7-12, Facebook and plaintiffs, by and through their respective counsel, hereby stipulate and agree that good cause exists to extend Facebook's time to answer or otherwise respond to the Complaint until the earlier of (a)

---

[1] The lawsuits are: *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-SK; *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW; *Layser v. Facebook, Inc.*, No. 3:21-cv-00337-VC; and *Garvin v. Facebook, Inc.*, No. 4:21-cv-00618-KAW. In addition, *Rosenman v. Facebook, Inc.*, No. 3:21-cv-00336-VC, was filed in state court, removed to this District, and makes similar allegations in support of its claims for violation of the California Unfair Competition Law.

1  March 18, 2021, or (b) the date on which Facebook files its response to the Complaints in
2  *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-
3  08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*,
4  No. 3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW, or any
5  other case that Facebook asserts is related to *Klein* or any of the above matters.  The parties'
6  positions on Facebook's pending Motion to Stay remain unchanged and will be unaffected by
7  this Court's entry of the requested stipulated enlargement of time.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  February 5, 2021 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 3 | | |
| 4 | | By:   /s/ Sonal N. Mehta |
| 5 | | SONAL N. MEHTA |
| 6 | | *Attorney for Defendant* |
| 7 | | Facebook, Inc. |

Dated:  February 5, 2021

Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Warren Postman (Bar No. 330869)
  wdp@kellerlenkner.com
Jason Ethridge (*pro hac vice forthcoming*)
  jason.ethridge@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, DC 20005
(202) 918-1123

Ashley Keller (*pro hac vice forthcoming*)
  ack@kellerlenkner.com
Benjamin Whiting (*pro hac vice forthcoming*)
  ben.whiting@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
(312) 741-5220

By: /s/ Warren Postman

*Attorney for Plaintiffs*
Maximilian Klein and Sarah Grabert

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: February 5, 2021                    By:   /s/ Sonal N. Mehta
                                                 Sonal N. Mehta

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED: Facebook's time to answer or otherwise respond to the Complaint is enlarged up to and including the earlier of (a) March 18, 2021, or (b) the date on which Facebook files its response to the Complaints in *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-SK; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW, or any other case that a plaintiff or Facebook asserts is related to *Klein* or any of the above matters.

DATED: _____   By: _____

Hon. Lucy H. Koh

United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Sonal N. Mehta

*Attorney for Facebook, Inc.*