SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. On January 25, 2021, as part of discussions on the potential relation of the recently filed putative class action antitrust lawsuits, I emailed counsel for plaintiffs in this action and asked how they proposed to treat *Rosenman*. The next day, counsel for the plaintiffs responded that they do not oppose assigning *Rosenman* to this Court so long as briefing on any motion to remand does not delay their case.

3. On February 3, 2021, my colleague Molly Jennings emailed counsel for plaintiffs in the *Rosenman* action and asked whether plaintiffs would stipulate to Facebook's motion for administrative relief to consider whether *Klein* and *Rosenman* should be related. The next morning, counsel for plaintiffs requested Facebook's draft motion so they could draft a statement of their position. Within two hours, Ms. Jennings provided further information about Facebook's reasoning for seeking to relate the cases and explained to counsel that they could support or oppose the motion, and if they opposed would have the opportunity to submit a response setting forth their position. That evening, Ms. Jennings sent a subsequent email requesting a response by 12pm PT on February 5. Plaintiffs' counsel has not responded as of the filing of this declaration.

4. The Complaint in *Rosenman* is attached as Exhibit 1 to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of February, 2021 in Washington, District of Columbia.

By:   /s/ *David Z. Gringer*
       David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: February 5, 2021                     */s/ Sonal N. Mehta*
                                                              Sonal N. Mehta