1  SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
  HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  DAVID Z. GRINGER (*pro hac vice*)
   David.Gringer@wilmerhale.com
7  ARI HOLTZBLATT (*pro hac vice*)
   Ari.Holtzblatt@wilmerhale.com
8  MOLLY M. JENNINGS (*pro hac vice*)
9     Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
10    HALE AND DORR LLP
1875 Pennsylvania Ave NW
11  Washington, DC 20006
12  Telephone: (202) 663-6000
Facsimile: (202) 663-6363
13

14  *Attorneys for Defendant*
FACEBOOK, INC.

15

16  **UNITED STATES DISTRICT COURT**

17  **NORTHERN DISTRICT OF CALIFORNIA**

18  **SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>                      Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S [PROPOSED] ORDER GRANTING FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Facebook, Inc's Motion for Administrative Relief to Consider Whether Cases Should Be Related is GRANTED as follows:

1. The action recently filed in this District and captioned *Rosenman v. Facebook, Inc.*, No. 3:21-cv-00336-VC is hereby related to the instant earlier-filed matter, *Klein v. Facebook, Inc.*, No 5:20-cv-008570-LHK; and

2. The *Rosenman* action is hereby reassigned to this Court, the Honorable Lucy H. Koh, accordingly.

DATED: _____                By: _____
                                         Hon. Lucy H. Koh
                                         United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:     */s/ Sonal N. Mehta*

*Attorney for Facebook, Inc.*