UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No. 20-CV-08570-LHK<br><br>**ORDER GRANTING MOTIONS TO RELATE; CONSOLIDATING CASES; SETTING CASE SCHEDULE; DENYING STIPULATION AND MOTIONS AS MOOT**<br><br>Re: Dkt. Nos. 19, 34, 38, 39, 41, 45, 46 |

The Court GRANTS: (1) Vickie Sherman, Lezah Neville-Marrs, Katherine Loopers, and Jarred Johnson's motion to relate *Sherman v. Facebook, Inc.*, No. 20-CV-08721-JSW (N.D. Cal. filed Dec. 9, 2020), to the above captioned case, ECF No. 19; (2) Plaintiffs' motion to relate *Kupcho v. Facebook, Inc.*, No. 20-CV-08815-JSW (N.D. Cal. filed Dec. 11, 2020); *Dames et al. v. Facebook, Inc.*, No. 20-cv-08817-HSG (N.D. Cal. filed Dec. 11, 2020); and *Steinberg v. Facebook, Inc.*, 20-CV-09130-VC (N.D. Cal. filed Dec. 17, 2020) to the above captioned case, ECF No. 34; (3) Jessica L. Layser's motion to relate *Layser v. Facebook, Inc.*, No. 21-CV-00337-VC (N.D. Cal. filed Jan. 13, 2021) to the above captioned case, ECF No. 41; and (4) Facebook's

1

Case No. 20-CV-08570-LHK
ORDER GRANTING MOTIONS TO RELATE; CONSOLIDATING CASES; SETTING CASE SCHEDULE;
DENYING STIPULATION AND MOTIONS AS MOOT

motion to relate *Rosenman v. Facebook, Inc.*, No. 21-CV-00336-VC (N.D. Cal. filed Feb. 5, 2021) to the above captioned case, ECF No. 46. The Court also concludes that *Affilious, Inc. et al. v. Facebook, Inc.*, No. 20-CV-09217-EMC (N.D. Cal. filed Dec. 18, 2020) is related to the above-captioned case pursuant to Civil Local Rule 3-12(b).

The Court consolidates all of these class action cases. The Court sets the following deadlines in these consolidated cases:

| | |
|---|---|
| Filing of Motions for Appointment of Interim Lead Plaintiffs' Counsel | Motions: March 5, 2021<br>Oppositions, if any: March 10, 2021<br>Hearing: March 18, 2021 at 1:30 p.m. |
| Initial Case Management Conference. The parties shall file a joint case management statement on March 31, 2021. | April 7, 2021 at 2 p.m. |
| Filing of Consolidated Class Action Complaint | April 22, 2021 |
| Filing of Response, likely a Motion to Dismiss | Motion to Dismiss: May 20, 2021<br>Opposition: June 17, 2021<br>Reply: July 1, 2021<br>Hearing: July 15, 2021 at 1:30 p.m. |

In the instant case, the Court denies as moot the parties' stipulation to extend the answer deadline, ECF No. 45; Facebook's motion to stay, ECF No. 38; and Facebook's motion to shorten time, ECF No. 39.

**IT IS SO ORDERED.**

Dated: February 9, 2021

_____
LUCY H. KOH
United States District Judge