Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Warren Postman (Bar No. 330869)
  wdp@kellerlenkner.com
Jason Ethridge (*pro hac vice forthcoming*)
  jason.ethridge@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, DC 20005
(202) 918-1123

*Attorneys for Plaintiffs Maximilian Klein and Sarah Grabert*

*(Additional counsel on Signature Page)*

Dennis J. Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

*Attorney for Plaintiff Joe Kovacevich*
*(Additional counsel on Signature Page)*

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice pending*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br>*(Consolidated with Nos. 4:20-cv-08817, 4:20-cv-08815, 3:21-cv-00337, 3:21-cv-00336, 3:20-cv-09217, 4:20-cv-08721, 3:20-cv-09130)*<br><br>**CIVIL LOCAL RULE 7-12 STIPULATION REGARDING DEFENDANT'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>Judge: Hon. Lucy H. Koh |

Pursuant to Civil Local Rule 7-12, defendant Facebook, Inc. and plaintiffs Maximilian Klein, Sarah Grabert, and Joe Kovacevich, by and through their respective counsel, hereby stipulate and agree that *Kovacevich v. Facebook, Inc.*, No. 3:21-cv-01117 ("*Kovacevich*") should be related to the above-captioned action under Civil Local Rule 3-12.

Dated: February 19, 2021                             Respectfully submitted,

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice pending*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

By:  /s/   Sonal N. Mehta

*Attorney for Defendant Facebook, Inc.*


Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

(213) 443-3000

Warren Postman (Bar No. 330869)
 wdp@kellerlenkner.com
Jason Ethridge (*pro hac vice forthcoming*)
 jason.ethridge@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, DC 20005
(202) 918-1123

Ashley Keller (*pro hac vice forthcoming*)
 ack@kellerlenkner.com
Benjamin Whiting (*pro hac vice forthcoming*)
 ben.whiting@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
(312) 741-5220

By: */s/  Warren Postman*

*Attorney for Plaintiffs Maximiliam Klein and Sarah Grabert*


Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel E. Gustafson
Daniel C. Hedlund
Catherine K. Smith
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
csmith@gustafsongluek.com
dnordin@gustafsongluek.com
lwang@gustafsongluek.com

2

Kenneth A. Wexler
Melinda J. Morales
Mark J. Tamblyn
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
mjm@wexlerwallace.com
mjt@wexlerwallace.com

Simon B. Paris, Esq.
Patrick Howard, Esq.
**SALTZ, MONGELUZZI & BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

Dianne M. Nast, Esquire
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19106
Telephone: (215) 923-9300
Fax: (215) 923-9302 dnast@nastlaw.com

By: */s/ Dennis Stewart*

*Attorney for Plaintiff Joe Kovacevich*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

| | |
|---|---|
| Dated: February 19, 2021 | By: /s/ *Sonal N. Mehta* <br> Sonal N. Mehta |