SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br>*(Consolidated with Nos. 4:20-cv-08817, 4:20-cv-08815, 3:21-cv-00337, 3:21-cv-00336, 3:20-cv-09217, 4:20-cv-08721, 3:20-cv-09130)*<br><br>**DEFENDANT FACEBOOK, INC.'S [PROPOSED] ORDER GRANTING FACEBOOK'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Facebook, Inc's Unopposed Motion for Administrative Relief to Consider Whether Cases Should Be Related is GRANTED as follows:

1. The action recently filed in this District and captioned *Kovacevich v. Facebook, Inc.*, No. 3:21-cv-01117 is hereby related to the instant earlier-filed matter, *Klein v. Facebook, Inc.*, No 5:20-cv-008570-LHK;

2. The *Kovacevich* action is hereby reassigned to this Court, the Honorable Lucy H. Koh, accordingly; and

3. *Kovacevich* is hereby consolidated with *Klein* and the other class action cases included in the Court's February 9, 2021 Order in this action.

DATED: _____    By: _____

                                                                     Hon. Lucy H. Koh

                                                                     United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   */s/ Sonal N. Mehta*

*Attorney for Facebook, Inc.*