Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400; Fax. (415) 986-1474
jennie@andrusanderson.com

Garrett D. Blanchfield
Brant Penney
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite W1099
St. Paul, MN 55101
Tel. (651) 287-2100; Fax. (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

*Counsel for Plaintiff*

David Gringer
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
Tel.: (202) 663-6600
Fax.: (202) 663-6363
david.gringer@wilmerhale.com

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>　　　　　Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**JOINT STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER**<br><br>**CIV. L.R. 3-12, 7-11** |
| RITA GARVIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>　　　　　Defendant. | Case No. 21-cv-00618-KAW |

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiff Rita Garvin and Defendant Facebook, Inc. ("Parties") hereby file this Joint Stipulated Administrative Motion to determine whether *Garvin v. Facebook, Inc.,* Case No. 21-cv-00618-KAW (filed January 26, 2021) (attached as Exhibit A), should be related to and consolidated with *Klein, et al. v. Facebook, Inc.,* Case No. 5:20-cv-08570-LHK and the other cases consolidated with *Klein* (collectively, "the *Klein* coordinated proceedings"). Plaintiffs in *Klein* do not oppose. By and through their undersigned counsel, the Parties agree to the following:

- The *Klein* coordinated proceedings and the instant case all involve the same parties, transactions, and events. Under Local Rule 3-12(a), "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, both criteria are satisfied.

- The *Garvin* and *Klein* actions arise from substantially the same transactions and events. Both allege that Facebook acquired and maintained illegal monopolies in social networking and connected markets through the same or similar conduct, including anticompetitive deception, misuse of data, and acquisitions.

- Because they involve similar issues of fact and law, it is appropriate to relate and consolidate these actions in order to avoid an unduly burdensome duplication of labor and expense or conflicting results. Civil Local Rule 3-12(a)(2).

SO STIPULATED.

Dated: February 19, 2021                Respectfully submitted,

                                        ANDRUS ANDERSON LLP

                                        By:    /s/ Jennie Lee Anderson
                                               Jennie Lee Anderson
                                        Jennie Lee Anderson (SBN 203586)

jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474


Garrett D. Blanchfield
Brant Penney
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Tel: (651) 287-2100
Fax: (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

*Attorneys for Plaintiff*


WILMERHALE

Dated: February 19, 2021                By: ___/s/ *David Gringer*___
                                                David Gringer
David Gringer
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
Tel.: (202) 663-6600
Fax.: (202) 663-6363
david.gringer@wilmerhale.com

*Attorney for Defendant*

# [PROPOSED] ORDER

Plaintiff Rita Garvin filed and Defendant Facebook, Inc. have filed a Joint Stipulated Administrative Motion to Consider Whether Case Should Be Related pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, hereby GRANTS the joint stipulated motion.

Accordingly, *Garvin v. Facebook, Inc.*, Case No. 21-cv-00618-KAW, is hereby deemed related to and consolidated with *Klein et al. v. Facebook, Inc.,* Case No. 5:20-cv-08570-LHK, and the other cases consolidated with *Klein*, and shall be assigned to the undersigned Judge.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that concurrence regarding the filing of this document has been obtained from the signatories above.

Date: _____                              By:  */s/ Jennie Lee Anderson*
                                                   Jennie Lee Anderson

-1-
JOINT STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER
Case No. 5:20-cv-08570-LHK