UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No. 20-CV-08570-LHK<br><br>**ORDER GRANTING MOTIONS TO RELATE AND CONSOLIDATING CASES**<br><br>Re: Dkt. Nos. 48, 49 |

The Court GRANTS: (1) Facebook's motion to relate *Kovacevich v. Facebook, Inc.*, No. 21-CV-01117-JCS (N.D. Cal. filed Feb. 15, 2021), to the above captioned case, ECF No. 48; and (2) Rita Garvin's motion to relate *Garvin v. Facebook, Inc.*, No. 21-CV-00618-KAW (N.D. Cal. filed Jan. 26, 2021) to the above captioned case, ECF No. 49. The Court consolidates these class action cases with the above captioned case.

**IT IS SO ORDERED.**

Dated: February 25, 2021

　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 20-CV-08570-LHK
ORDER GRANTING MOTIONS TO RELATE AND CONSOLIDATING CASES