Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXIMILIAN KLEIN and SARAH GRABERT

Plaintiff(s),

v.

FACEBOOK, INC.

Defendant(s).

Case No: 5:20-cv-08570

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jason Zweig, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Maximilian Klein and Sarah Grabert in the above-entitled action. My local co-counsel in this case is Adam B. Wolfson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
150 N. Riverside Plaza, Suite 4270
Chicago IL, 60606

MY TELEPHONE # OF RECORD:
(312) 216-8667

MY EMAIL ADDRESS OF RECORD:
jaz@kellerlenkner.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(213) 443-3000

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
adamwolfson@quinnemanuel.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6320010.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/02/21

Jason Zweig
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jason Zweig is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
3/2/2021

Re: Jason Allen Zweig
     Attorney No. 6320010

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Jason Allen Zweig was admitted to practice law in Illinois on 10/6/2015; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*
Andrew Oliva
Registrar