Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MAXIMILIAN KLEIN and SARAH GRABERT )
                Plaintiff(s), )
v. )
FACEBOOK, INC. )
                Defendant(s). )

Case No: 5:20-cv-08570

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Jason Zweig, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Maximilian Klein and Sarah Grabert in the above-entitled action. My local co-counsel in this case is Adam B. Wolfson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 150 N. Riverside Plaza, Suite 4270<br>Chicago IL, 60606 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 216-8667 | (213) 443-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jaz@kellerlenkner.com | adamwolfson@quinnemanuel.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6320010.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/02/21                                           Jason Zweig
                                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Jason Zweig is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 4, 2021

*Lucy H. Koh*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE