Case No. 5:20-cv-08570-LHK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

## *KLEIN* PLAINTIFFS' APPLICATION TO APPOINT STEPHEN A. SWEDLOW, WARREN POSTMAN, QUINN EMANUEL, AND KELLER LENKNER AS INTERIM CO-LEAD USER CLASS COUNSEL

### INDEX OF ATTACHMENTS

| Exhibit | Description |
|---|---|
|  | Declaration of Stephen A. Swedlow |
| A | Compilation of Quinn Emanuel Recognitions by Various Legal Publications |
| B | *Law360* Article entitled "How They Won It: Quinn Wins $12B DRAM Trial for Micron" |
| C | *Law360* Article entitled "10 Tips For A Successful Remote Arbitration Hearing" |
| D | *The National Journal* Article entitled "In Their Words: How Lawyers Are Handling Virtual Trials" |
| E | *The American Lawyer* Article entitled "Learning from the Pandemic, Quinn Emanuel Will Now Hire Attorneys Outside Its Footprint" |
|  | Declaration of Warren D. Postman |
| F | Excerpted Transcript for October 8, 2020 Hearing in *Intuit* Matter |
| G | Keller Lenkner Firm Resume |
|  | [PROPOSED] Order Granting *Klein* Plaintiffs' Application |