# EXHIBIT A




# THE American Lawyer (/americanlawyer/)
POWERED BY **LAW.COM** (/)

promoCode=TAL&source=https%3A%...

PROMOCODE=TAL&SOURCE=HTTP...

☰ Menu

🔍 Search (/americanlawyer/search/)

Publications ⌄ (/publications/)   Law Topics ⌄ (/topics/)   Surveys & Rankings ⌄ (/americanlawyer/rankings/)   Litigation Daily (/litigationdaily/)   Mid-Market Report (/mid-market-re

# Kirkland, Quinn Emanuel Beef Up in Boston

The litigation powerhouse is poised to join Kirkland & Ellis in Beantown, where the latter set up shop earlier this ye

By **Brian Baxter**   |   December 28, 2017 at 07:02 PM   |   Originally published on **Law.com (/)**

f

in

▾

📄 (htt...



Aerial view of downtown Boston and Hancock Tower.

Boston, already a **hotbed of Big Law activity in 2017 (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/11/dla-piper-nabs-nutter-practice-leader-in-boston/)**, is closing out the year strong with two top Am Law 100 firms either starting or expanding their operations in the city.

Quinn Emanuel Urquhart & Sullivan **announced Wednesday (http://www.quinnemanuel.com/the-firm/news-events/quinn-emanuel-to-open-boston-office/)** that it will open an office in Boston, one that will initially be led by New York-based intellectual property litigation partners Steven Cherny, Patrick Curran and Sandra Bresnick.

Kirkland & Ellis, **which opened a Boston office earlier this year (http://www.kirkland.com/sitecontent.cfm?contentID=230&itemId=12819)**, has hired McDermott Will & Emery private equity partner Michael Sartor in the city. Sartor joined his now former firm in 2014 after serving as a senior associate at Ropes

## Trending Stories

**1**   **Associates Assail 'Fraternity Culture' at Jones Day in $200M Sex Bias Suit (https://www.law.com/ameri-assail-fraternity-culture-at-jones-day-in-200m-sex-bias-suit/)**

THE AMERICAN LAWYER (/AMERICANLAWYER/)

**2**   **First Department Suspends Adam Leitman Bailey for 4 Months (https://www.law.com/new-department-suspends-adam-leitman-bailey-for-four-months/)**

NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)

**3**   **Fight Erupts Over Who Sho Replace Michael Avenatti in Appeal of $454M Verdict (https://www.law.com/there-erupts-over-who-should-replace-michael-avenatti-in-appeal-of-454m-verdict/)**

THE RECORDER (/THERECORDER/)

**4**   **Millennial Lawyers Want Partnership on Different Terms, Survey Finds (https://www.law.com/ameri-lawyers-want-partnership-o-different-terms-survey-finds)**

THE AMERICAN LAWYER (/AMERICANLAWYER/)

**5**   **Willkie's Gordon Caplan Appears in Court to Face College Admissions Charge (https://www.law.com/there...**

appears-in-boston-federal-court-for-college-admission charges/)

THE AMERICAN LAWYER (/AMERICANLAWYER/)

& Gray, itself a **longtime private equity rival (http://www.law.com/almID/1202464365469/)** of Kirkland. The latter has been busy this year **raiding Ropes & Gray (http://www.law.com/americanlawyer/almID/1202796995656/)**, having picked up a **five-partner team on three continents (http://www.law.com/international/sites/international/2017/08/22/kirkland-takes-five-partner-ropes-gray-team-on-three-continents/)** in August and returning to the firm in October for **Boston-based private equity partner Jason Serlenga (http://www.law.com/americanlawyer/sites/americanlawyer/2017/06/20/two-big-firms-raid-ropes-grays-partnership-ranks/)**.

It was not clear by the time of this story whether or not Sartor will have equity status at Kirkland—a firm known for its **large tier of income partners (http://www.law.com/americanlawyer/sites/americanlawyer/2017/10/09/what-happens-to-kirklands-legions-of-income-partners/)**—as he did not immediately respond to a request for comment about his decision to switch firms. Kirkland also did not respond to a request for comment on the matter.

Sartor heads to Kirkland a week after the firm **added Freshfields Bruckhaus Deringer partner David Higgins in London (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/18/freshfield private-equity-heavyweight-david-higgins-quits-to-join-kirkland-as-london-co-head/)** to serve as its new co-managing partner in the city, as well as **another high-profile lateral team in New York (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/01/just-in-time-for-the-holidays-kirkland-recruits-another-rainmaker/)** led by Debevoise & Plimpton's former investment management and funds head Erica Berthou and ex-deputy corporate chair Jordan Murray. Dentons capital markets counsel Diana Browne also left the global legal giant this month to join Kirkland's asset finance and securitization group as of counsel in New York, **where Kirkland reportedly inked a deal this month (http://therealdeal.com/2017/12/11/mega-law-firm-kirkland-ellis-expands-to-more-than-500k-sf-at-601-lex/)** to expand its office space in the Big Apple.

Kirkland, which saw **two commercial litigation partners peel away from its ranks (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/19/latham-picks-up-ex-kirkland-litigators-on-both-coasts/)** last week for Latham & Watkins (the only other Am Law 100 firm that **Kirkland trailed in gross revenue (http://www.law.com/almID/1202783501019/)** for 2016), has also recently hired Ropes & Gray associate Meghan Dolan as a litigation partner in Chicago; **Davis Polk & Wardwell associate Meng Ding (http://www.law.com/international/sites/international/2017/12/13/kirkland-ellis-adds-hong-kong-partner-from-davis-polk/)** as a corporate partner in Hong Kong; and Sullivan & Cromwell associate Carlo Zenkner as a corporate partner in New York.

As for Quinn Emanuel, which in mid-December **brought on Boies Schiller Flexner art industry litigation partner Luke Nikas (http://www.law.com/americanlawyer/sites/americanlawyer/2017/12/13/boies-schiller-partner-nikas-jumps-to-quinn-emanuel/)** in New York, it joins other large

Case 3:20-cv-08570-JD  Document 55-3  Filed 08/05/21  Page 4 of 38

firms such as **Hogan Lovells (http://www.law.com/americanlawyer/sites/americanlawyer/2017/06/15/hogan-lovells-heads-to-boston-after-local-merger/)** and **Womble Bond Dickinson (http://www.law.com/americanlawyer/sites/americanlawyer/2017/10/02/new-boston-base-of-womble-welcomes-three-new-hires/)**, both of which set up shop this year in Boston. But unlike those firms, Quinn Emanuel is focused purely on litigation work.

"We have been looking at Boston for a long time," said Quinn Emanuel managing partner John Quinn in a **statement sent to Bloomberg Law Big Law Business (http://biglawbusiness.com/quinn-emanuel-sets-up-shop-in-boston/)**, which noted that the litigation powerhouse's clients include technology giants like Google LLC; Johnson & Johnson; Qualcomm Inc.; Samsung Group; Sony Corp.; and Symantec Corp. "We are convinced there is a market for a top-tier litigation-only firm that is relatively free of the conflicts which full-service firms have. Boston is also a high-tech hotbed."

Peter Calamari, the managing partner of Quinn Emanuel's New York office, **told Forbes in November (http://www.forbes.com/sites/davidparnell/2017/11/28/peter-calamari-of-quinn-emanuel-succession/)** that his firm's all-disputes focus helps set it apart from the competition. Quinn Emanuel, **at $5.015 million (http://www.law.com/americanlawyer/almID/1202784617547/)**, trailed only Wachtell, Lipton, Rosen & Katz in profits per equity partner in 2016. Kirkland equity partners earned roughly $4.1 million last year, **according to the most recent Am Law 100 financial data (http://www.law.com/americanlawyer/almID/1202784597030/)**.

LEAN ADVISER LEGAL (/LEAN-ADVISER/STATIC/LEAN-ADVISER/?CMP=LARMLDC)

### Think Lean Daily Message

" As lawyers, we get taught black letter law, lots of it, in all disciplines many of which we shall never practice. But are we taught how to a... "

**Learn More (/lean-adviser/static/lean-adviser/?cmp=LARMLDC)**

f  SHARE        SHARE

## Dig Deeper

Legal Services (/topics/legal-services/)        Global Law Firms (/topics/global-law-firms/)

Law Firm Associates (/topics/law-firm-associates/)        Law Firm Hiring (/topics/law-firm-hiring/)

Law Firm Management (/topics/law-firm-management/)

Law Firm Partners (/topics/law-firm-partners/)        Litigators (/topics/litigators/)

## Featured Firms

**Law Offices of Mark E. Salomone**

2 OLIVER ST #608
BOSTON, MA 02109
857-444-6468  www.marksalomone.com

**Gary Martin Hays & Associates P.C.**

235 PEACHTREE ST NE #400
ATLANTA, GA 30303
800-898-4297 www.garymartinhays.com

**Smith & Hassler**

225 N LOOP W #525
HOUSTON, TX 77008
(877) 777-1529 www.smithandhassler.com

Presented by B

# More from ALM

Resources | CLE Center | Legal Compass | Events | Webcasts | Lawjobs | Professional Announcements

### Legal Analytics - The Secret Weapon of Successful Insurance Litigators (http://americanlawyer.tr

FROM LEX MACHINA

Take insurance litigation to the next level by learning how Legal Analytics can help you better predict the potential cost of a case, what strategy your opponent might employ, and what damages might be expected.

Download Now ›
(http://americanlawyer.tradepub.com/free/

### The Legal Reality of Artificial Intelligence (http://americanlawyer.tr

FROM VERITONE

Understand the true nature of Artificial Intelligence and how it can benefit your law firm by helping you improve productivity, reduce mounds of data and breeze through eDiscovery with audio and video evidence.

Download Now ›
(http://americanlawyer.tradepub.com/free/

### Devising a Disaster Recovery Plan: Key Considerations for La Firms (http://americanlawye

FROM ABACUSNEXT

Disaster down-time could cost your l firm hundreds of thousands of dolla revenue. This paper outlines key considerations and best practices to in devising your disaster recovery pl

Download Now ›
(http://americanlawyer.tradepub.com

**ALM Legal Publication Newsletters**

# Sign Up Today and Never Miss Another Story.

**Subscribe Now**

As part of your digital membership, you can sign up for an unlimited number of a wide range of complimentary newsletters. Visit your My Account (https://store.law.com/registration/login.aspx?promoCode=TAL) page to make your selections. Get the timely legal news and critical analysis you cannot afford to miss. Tailored just for you. In your inbox. Every day.

(https://store.law.com/registration
promoCode=TAL)
Privacy Policy (https://www.alm.com/pr
policy-new/)

 (/americanlawyer/)

**Publications (/publications/)** / **Law Topics (/topics/)** / **Survey & Rankings (/americanlawyer/rankings/)** / **Litigation Daily (/litigationdaily/)** / **Mid-Market Report (/mid-market-report/)** / **Recruiters Directory (https://recruiters.law.com/)** / **Legal Newswire (/legalnewswire/)** / **All Sections (/americanlawyer/sitemap/)**

About The American Lawyer (/americanlawyer/static/about-us/) / Contact Us (/americanlawyer/static/contact-us/) / Site Map (/americanlawyer/sitemap/) / Advertise With Us (/static/advertise-with-us/) / Customer Care (https://www.alm.com/contact-us/) / Terms of Service (https://www.alm.com/terms-of-use/) / FAQ (https://store.law.com/Registration/myAccount.aspx?promoCode=lc#/Help) / Privacy Policy (https://www.alm.com/privacy-policy-new)

 /()

https://www.law.com/americanlawyer/sites/americanlawyer/2017/12/28/kirkland-quinn-emanuel-beef-up-in-boston/
4/5

FOLLOW US

(https://www.facebook.com/LawdotcomALM/)　　(https://twitter.com/lawdotcom)　　(https://www.linkedin.com/company/law-com/)

(http://feeds.feedblitz.com/law/legal-news/)

| Publications | Law Topics | Rankings | More | Law.com |
|---|---|---|---|---|
| The American Lawyer (/americanlawyer/) | Litigation (/topics/litigation/) | Am Law 100 (/americanlawyer/rankings/the-2018-am-law-100-1/) | Events (/events/) | About Us (/static/abou |
| Corporate Counsel (/corpcounsel/) | Deals and Transactions (/topics/deals-and-transactions/) | Am Law 200 (/americanlawyer/rankings/the-2018-am-law-200--the-american-lawyer/) | Legal Compass (https://www.alm.com/intelligence/solutions-we-provide/business-of-law-solutions/legal-compass/) | Contact Us (/static/cont |
| National Law Journal (/nationallawjournal/) | Law Firm Management (/topics/law-firm-management/) | | | Site Map (/sitemap |
| New York Law Journal (/newyorklawjournal/) | Legal Practice Management (/topics/legal-practice-management/) | Global 100 (/americanlawyer/rankings/global-100/) | Editorial Calendar (/editorial-calendar/) | Advertise With Us (/static/ with-us/) |
| New Jersey Law Journal (/njlawjournal/) | Cybersecurity (/topics/cybersecurity/) | National Law Journal 500 (/nationallawjournal/rankings/the-nlj-500/) | Briefings (/static/briefings/) | Customer Suppor (https://www.alm.com/co |
| The Recorder (/therecorder/) | Intellectual Property (/topics/intellectual-property/) | Pro Bono Scorecard (/americanlawyer/rankings/pro-bono/) | Legal Dictionary (https://dictionary.law.com/) | Terms of Service (https://www.alm.com/terr |
| More Publications › (/publications/) | More Law Topics › (/topics/) | The A-List (/americanlawyer/rankings/a-list/) | Lawjobs.com (http://lawjobs.com/) | FAQ (/sites/almstaff/2017/10/20/ asked-questions/ |
| | | More Rankings › (/rankings/) | Law Firms (/law-firms/) | Privacy Policy (https://www.alm.com/priv new/) |
| | | | Law Schools (/topics/legal-education/) | |

Copyright © 2019 ALM Media Properties, LLC. All Rights Reserved.

Nov 28, 2017, 01:21pm EST

# Peter Calamari Of Quinn Emanuel: 'No One Here Is Worried About Succession Planning'



**David J. Parnell** Contributor ⓘ ⊕

Business

─────────────────────────────────────────

🕐 **This article is more than 3 years old.**

Hailed as a "global force in business litigation" by the *Wall Street Journal* and consistently ranked by *Vault*, *American Lawyer*, *Chambers*, *Legal500* and more as one of the top litigation outfits, Quinn Emanuel Urquhart & Sullivan, LLP sits among some of the world's most successful dispute resolution firms. And while the firm's all-litigation focus and standing among its peers make it unique, perhaps even more so is that it has achieved this in such a short period of time - it is only 32 years old - and all four of its name partners are still praticing.

Today we hear from Peter Calamari, the managing partner of Quinn Emanuel's NY office and chair of its national banking and financial institutions practice, as he reflects on leadership succession, firm strategy, compensation, culture, and how the firm's lack of bureaucracy and avoidance of committees has led to decision-making by consensus. He credits the strong organizational culture and transparent compensation model as the keys drivers of teamwork and collaboration among the firm's very talented young attorneys. Please see a revised and edited (for readability) version of our exchange below.

Cookie Preferences



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The 4 Firms That Scare General Counsel The Most

By **Aebra Coe**

Law360 (September 18, 2019, 3:20 PM EDT) -- Four law firms strike fear in the hearts of their litigation opponents more than any other in the industry, according to a report released Wednesday that dubs the firms the "fearsome foursome."

General counsel and other in-house leaders name-dropped, without prompting, Kirkland & Ellis LLP, Latham & Watkins LLP, Quinn Emanuel Urquhart & Sullivan LLP and Skadden Arps Slate Meagher & Flom LLP more than any other law firms when asked which they would least like to see as opposing counsel, **according to a report** by BTI Consulting Group.

"Clients tell [us] these are the firms they most fear seeing on the other side of the table because they are relentless, very smart, and play to win — and win big," the report said.

The report released Wednesday was compiled based on interviews BTI conducted between January and August with more than 350 legal decision makers — such as heads of litigation, general counsel and chief legal officers — at large organizations with $1 billion or more in revenue.

According to BTI President Michael Rynowecer, two of the firms have been on the list every year for the last decade: Kirkland and Quinn Emanuel.

Other law firms that garnered mentions from corporate clients as fearsome opponents in litigation include Boies Schiller Flexner LLP, Fish & Richardson PC, Gibson Dunn & Crutcher LLP, Jones Day, McKool Smith PC, Morgan Lewis & Bockius LLP, Morrison & Foerster LLP, Wachtell Lipton Rosen & Katz, Wheeler Trigg O'Donnell LLP and Williams & Connolly LLP.

"The things we heard about these law firms is that they have killer instinct. They go for the jugular," Rynowecer said. "Not only do they understand complexity, but they relish complexity. And they all seem to hunt in packs. One client described them as endless teams of excellent people who all have the same killer instinct."

Representatives of the firms that landed at the top of the list emphasized teamwork when asked what has contributed to their success in litigation.

"Our way of practicing is intensely collaborative — lawyers are always sharing ideas on what is new, what has worked and how to win," said name partner John Quinn of Quinn Emanuel. "This creates a dynamic

## THE FEARSOME FOUR

Kirkland & Ellis

Latham & Watkins

Quinn Emanuel

Skadden

## AWESOME OPPONENTS

'hothouse' environment in which the best litigation minds are always bringing forward cutting-edge ideas and approaches."

According to Kirkland partner Mark Filip, his law firm's litigation department is built on the diversity of its lawyers, the depth of its attorney teams and the breadth of their experience.

"In terms of experience, we have deep trial and government investigations experience handling enterprise risk-level matters, which allows us to understand where complex matters are likely to go and be prepared before events unfold," he said.

Latham litigation and trial department chair Michele Johnson pointed to her firm's partnerships and teamwork with clients as an aspect of its success.

"We've cultivated a formidable litigation department by partnering with our clients to understand their commercial goals and then fight tirelessly for them, in front of judges and juries, as well as in the boardroom," Johnson said. "As their roles evolve, we're able to team with them to find creative, efficient and effective solutions to their most complex and cutting-edge challenges."

--Editing by Alanna Weissman.

All Content © 2003-2021, Portfolio Media, Inc.

Boies Schiller

Fish & Richardson

Gibson Dunn

Jones Day

McKool Smith

Morgan Lewis

Morrison & Foerster

Wachtell

Wheeler Trigg

Williams & Connolly

# Honor Roll

Bartlit Beck
Choate Hall
Covington
Cravath
Crowell & Moring
Davis Polk
Dechert
Dentons
Duane Morris
Hogan Lovells

Ice Miller
Manko Gold
Much
Norton Rose
Reed Smith
Robbins Geller
Susman Godfrey
Weil
WilmerHale



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The 4 Firms In-House Counsel Fear The Most

By **Melissa Maleske**

Law360, New York (September 21, 2015, 10:09 PM EDT) -- General counsels have named four BigLaw powerhouses as the firms they least want to face across the table in litigation for fear that those firms' standout skills could lead to upended business operations, costly bills and reputational ruin.

| FEARSOME FOURSOME | | | | |
|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2016 |
| Jones Day | ☆ | ☆ | ☆ | ☆ |
| Kirkland & Ellis | ☆ | ☆ | ☆ | ☆ |
| Skadden | ☆ | ☆ | ☆ | ☆ |
| Quinn Emanuel | | ☆ | ☆ | ☆ |
| Boies Schiller | ☆ | | | |

The BTI Litigation Outlook 2016 **report** by BTI Consulting Group (Wellesley, Mass.) found that the firms that have racked up the records and reputations to stay ahead of the pack are Jones Day, Kirkland & Ellis LLP, Quinn Emanuel Urquhart & Sullivan LLP and Skadden Arps Slate Meagher & Flom LLP, which have been dubbed the "Fearsome Foursome" for three years running.

These firms are well-poised to take advantage of the **uptick in litigation spending** the report predicts for 2016.

The GCs who ranked them highly spoke of three central characteristics that set them apart from everybody else, says Michael Rynowecer, the president and founder of BTI, which named the four firms based on 322 telephone interviews with general counsels and other corporate legal decision makers at organizations with an average revenue of $18.2 billion.

First, the firms in the Fearsome Foursome consistently manage to make clients feel they are getting all the attention, as if they had no other clients or matters. While it may sound intuitive, clients told BTI it's a rare occurrence, Rynowecer says.

"They've got not only the lawyers' hearts and minds but their soul, their psychic energy — everything is going into representing and advocating the interests of their client," he says.

The quartet also bring plenty of resources to the table. Clients say they feel like they're tapping into a firmwide brain trust that allows them to benefit from all the relevant expertise in the firm, giving them the impression that every attorney in the firm is sitting down together to discuss their matters and to contribute valuable information, according to Rynowecer.

"It's certainly good to deal with an individual, but these clients will tell you that there's just this giant brain burst of energy, and they get the impression that everyone is trying to add their helpful two cents to make this a tremendous success," he says.

John Majoras, who has been a litigator at Jones Day for his entire 29-year career, says collaboration is one of the firm's hallmarks. And the firm's structure supports that mindset: It's organized not

based on client relationships or originating lawyers but on the basis of putting the best capabilities on a matter, he says.

As a result, the firm is able to achieve the best outcomes for clients in multifaceted matters. For example, the firm was lead restructuring counsel for the city of Detroit in its bankruptcy, a complex chapter 9 case that encompassed a multitude of issues, from litigating valuations to helping the city **design a plan** that didn't require it to sell off its museum's works of art.

"We want to bring the best capabilities to whatever the subject matter is," Majoras says. "In a trial setting, you need to have the technicals of top-notch trial skills as well as the substantive, the background."

Finally, clients say the four firms have the ability both to strategize and to implement. GCs told BTI that there are strategists and there are implementers, but to find people with both skills is rare.

"To add another dimension, the Fearsome Foursome can not only both strategize and implement, they can change as they go," Rynowecer says. "If there's a change in circumstance or an unexpected event, some firms get really rattled, and clients say the Fearsome Foursome don't miss a beat. It's like they anticipated it."

William Urquhart, who joined Quinn Emanuel in 1988, says it's a distinction that comes from the firm's trial-ready mentality and courtroom experience. Quinn Emanuel lawyers are accustomed to thinking on their feet, he says, because they take more cases to trial. Among them are the Joseph Siegelman case, which was the DOJ's first Foreign Corrupt Practices Act trial since 2012, and which ended with a guilty plea on one count and "not a minute of jail time," Urquhart says.

"There are a lot of fine litigators at a lot of firms, but there's a difference between writing in the comfort of your office and arguing in front of a judge, where you don't know what the judge is going to say, or a jury, and you're trying to predict what they're thinking and what's going to motivate them to vote in your favor," Urquhart says. "It's just a different skill set, and our lawyers tend to have it."

"The key to being a good litigator is to embrace the challenges that you're confronted with and to be adaptable as they come along," Majoras says.

Along with the Fearsome Foursome, BTI named the next tier of highly regarded and fierce litigators, the so-called Awesome Opponents. They are Altshuler Berzon LLP, Baker & McKenzie LLP, Baker Botts LLP, Boies Schiller & Flexner LLP, Foley & Lardner LLP, Gibson Dunn, Greenberg Traurig LLP, Hogan Lovells, Jenner & Block LLP, Morrison & Foerster LLP, Paul Weiss Rifkind Wharton & Garrison LLP, Vinson & Elkins LLP and Williams & Connolly LLP.

--Editing by Katherine Rautenberg.

All Content © 2003-2021, Portfolio Media, Inc.



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The 4 Firms In-House Counsel Fear The Most

By **Jake Simpson**

Law360, New York (September 29, 2014, 6:09 PM EDT) -- A quartet of BigLaw powerhouses that clean up in the courtroom have been identified by in-house counsel as the firms they least like to see on the other side of the table in litigation proceedings, according to a recent survey.

The group of litigation powerhouses — Jones Day, Kirkland & Ellis LLP, Quinn Emanuel Urquhart & Sullivan LLP and Skadden Arps Slate Meagher & Flom LLP — are honored as the Fearsome Foursome in the **BTI Litigation Outlook 2015 report**, compiled by BTI Consulting Group Inc. BTI surveyed more than 300 general counsel and chief legal officers at major corporations, and more than half of them named one of the Fearsome Foursome as their most feared legal opponent.

"These firms have a history and a reputation of bringing every single resource to bear for their clients," BTI President Michael Rynowecer said. "They have an advantage just by showing up."

The quartet of well-known global firms were also singled out by corporate counsel in BTI's litigation outlook report **last year**, and their reputation as the best in the business is well-earned. The four firms earned some of the **largest jury awards** in the U.S. in 2014 and went a combined 5-1 in the most recent U.S. Supreme Court term, led by **Jones Day's spotless 4-0 record**.

Among the quartet, only Jones Day was honored as a powerhouse or standout firm in each of the eight subcategories in BTI's litigation report. Partner Daniel Reidy, who leads Jones Day's U.S. business and tort litigation practice, said the firm's consistent manifest of bet-the-company litigation and other serious matters has insulated it against the recent trend of companies allocating more of their legal spending budgets to in-house work.

"Most of the work that would be taken back in-house [by clients] that is active, live litigation is unlikely to be our bread and butter," Reidy said. "Our clients have said, 'We're not bringing the routine to Jones Day, we're bringing the special to Jones Day.' They can't possibly build an inside staff that could respond to any major, sudden need the way we can."

That capability has become more important in the wake of the financial crisis of 2008, which drove down overall legal budgets and has led to a consistent drawback of resources allocated to outside litigation counsel. The market for U.S. litigation services is projected to be $20.2 billion in 2014, according to BTI, a 1.8 percent decline from a year ago and a 6.2 percent dropoff from 2011.

As a result, clients expect their law firms to be more efficient than ever when it comes to litigation. And according to Gene Assaf, a senior litigation partner at Kirkland and a member of its global executive management committee, all four of the firms highlighted in BTI's report bring that ethos to all their cases.

"When we're in cases with them, generally things go more smoothly," Assaf said of the other members of the Fearsome Foursome, "because those firms are all focused on the key issues and themes of cases rather than extraneous motions or just moving paper around."

The firms enjoy a decided advantage when the opposing counsel is not part of their cohort, according to BTI. In-house attorneys surveyed by the legal industry consultant said they often find themselves playing defense in litigation proceedings when their opponent is represented by one of the four litigation powerhouses.

William Urquhart, a veteran litigator and name partner at Quinn Emanuel who has been with the firm since 1988, said the firm uses both its vast trial experience and its reputation to its advantage.

"If we say, 'We'll see you in court,' people take the threat seriously," Urquhart said. "I think it does give us leverage in negotiations against most firms."

None of the firms at the top of the corporate litigation world are resting on their laurels. Urquhart, Assaf and Reidy all said that maintaining a pipeline of talented, driven and experienced young litigators is a top priority so that they can avoid, as Urquhart put it, "being a one-generation law firm."

"We recruit talented, driven, creative young lawyers, and we give them an opportunity to develop their litigation craft," Assaf said of Kirkland's long-term strategy. "So four, five, six years from now, those lawyers are able to go out and legitimately tell our clients that they have real courtroom experience, as opposed to simply [being experienced at] motions practice."

In addition to the quartet of litigation standouts, six firms were honored as Awesome Opponents by BTI for being named by multiple corporate counsel as a most feared legal opponent. The firms are Gibson Dunn, Greenberg Traurig LLP, Jenner & Block LLP, Morrison & Foerster LLP, Paul Weiss Rifkind Wharton & Garrison LLP, and Vinson & Elkins LLP.

--Additional reporting by Jeff Sistrunk and Andrew Strickler. Editing by Jeremy Barker.

---

All Content © 2003-2021, Portfolio Media, Inc.



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The 4 Firms In-House Counsel Fear The Most

By **Ryan Davis**

Law360 (September 3, 2010, 3:21 PM EDT) -- When in-house counsel look across a courtroom, there are a few firms that they don't want to ever see as opponents, a new survey has found.

For its 2011 Litigation Outlook report, the BTI Consulting Group (Wellesley, Mass.) surveyed 240 corporate counsel about which firms they feel are the most formidable litigation opponents. Kirkland & Ellis LLP, Quinn Emanuel Urquhart & Sullivan LLP, Latham & Watkins LLP, and Skadden Arps Slate Meagher & Flom LLP were mentioned most often in the report, leading BTI to dub them the "Fearsome Foursome."

"They are the firms clients most fear and the ones they would least like to see on the other side of the courtroom," the report said.

The key attribute of the most feared firms is tenacity, BTI principal Marcie Shunk said, describing the firms as latching on to the case with the intensity of a pit bull and not letting go until they get the result they want.

"That intimidation factor puts opponents implicitly on the defensive and provides more direction about the way the case goes," BTI President Michael Rynowecer said. Often, the Fearsome Foursome are able to secure settlements through the sheer force of their imposing reputation, he added.

The most feared firms are not only relentless in seeking documents and making other requests that sap the resources of opponents, but they are also well-suited to respond to such requests made by opponents, according to Shunk.

Kirkland, Latham, Quinn Emanuel and Skadden have developed their reputation for fearsomeness by ensuring that everyone at the firm recognizes the importance of aggressive litigation, Rynowecer said.

"It's a cultural phenomenon," he said. "Associates see the senior partners living the example every day."

However, aggressiveness alone isn't enough to strike fear into the hearts of opponents, Rynowecer noted. The feared firms also display an agility and adaptability that benefits their clients.

"If what they're doing is not having the effect they want, they're comfortable changing," he said. "They have other approaches lined up and don't bank on only one strategy."

The four most feared firms have regularly turned up on other BTI reports about firms with exceptional client service, according to Rynowecer. They all set an example for being strategic, innovative and creative, he said.

"It's not just brute force; it's strategic thinking and a mindset of 'we are not going to lose,'" he said.

## Kirkland & Ellis

Jay Lefkowitz, a senior litigation partner at Kirkland & Ellis, said one of the reasons the firm has developed such a formidable litigation reputation is the intense focus it puts on sharpening the trial

skills of its attorneys.

Associates at the firm get a few weeks of trial advocacy training every year, participating in mock trials with actors playing witnesses and senior partners playing the judges, giving attorneys "a lot of real on-their-feet experience," he said.

Kirkland also has a deep bench of 15 to 20 attorneys who serve as first-chair counsel in trials each year and a long history of working with clients to deeply understand their cases and business objectives, he said.

"There are some very fine litigation firms that all have superb lawyers," Lefkowitz said. "What sets us apart is our tremendous depth of people with real track records."

Kirkland's litigation success stretches across numerous practice areas, as illustrated by some of its recent successes.

In August, the U.S. Court of Appeals for the Seventh Circuit affirmed a judge's decision to award an affirmative $15 million judgment and $10 million in attorneys' fees to Kirkland's client Metavante Corp. in a contract suit over its joint launch of an Internet direct bank with Emigrant Savings Bank. Emigrant had sought $250 million in damages, plus unspecified punitive damages.

In July, Kirkland won a $23.2 million jury verdict for the actor Don Johnson in a breach of contract suit over the syndication rights to his 1990s TV show "Nash Bridges."

Kirkland scored another significant victory in December when it represented Sears Holdings Chairman Edward Lampert in a securities suit over the merger between Sears and Kmart Corp., when the judge granted Lampert summary judgment.

## Quinn Emanuel

Bill Urquhart, a name partner at Quinn Emanuel, said one of the keys to the firm's imposing reputation is its intense focus on recruiting extremely smart attorneys with a great deal of common sense.

"Contrary to what the public may think, most litigation law is driven by common sense," he said. "We do as good a job as any firm of identifying bright young people with ability to make commonsense decisions."

Another factor is the sheer breadth of the firm's litigation experience, Urquhart said, which frequently leads clients to bring Quinn Emanuel in to replace its counsel just before a case goes to trial, he said.

Compared to most other large firms, Quinn Emanuel takes a disproportionate number of cases to trial, he said, noting that at one point in 2009 the firm was handling 12 trials at the same time while working on two other large matters that settled on the eve of trial.

"If you ask the question, who else could handle 14 trials simultaneously, the answer is no one," he said. "There isn't any law firm in the country that has as many first-chair trial lawyers as we do."

In the last three years, the firm has secured well in excess of $10 billion in settlements and judgments for its clients, according to Urquhart.

Among the firm's recent wins, Quinn Emanuel represented Google Inc. in a trial brought by patent-holding company Function Media LLC alleging infringement by Google's AdSense program that sought $600 million in damages. In January, a jury returned a verdict that Google did not infringe and that the plaintiffs' patents were invalid.

In June, a jury awarded Quinn Emanuel's client The Dow Chemical Co. Inc. nearly $62 million in a suit accusing Nova Chemicals Corp. of infringing two patents related to polyethylene resins used in packaging.

## Skadden

David M. Zornow, the global head of the litigation practice at Skadden, credits the firm's reputation to a decades-long culture and history of "walking through walls" to get the best results for clients.

"If I had to reduce it to one characteristic that I think explains both the reality of our success and the perception of our success, it's a passion for what we do," he said. "I don't think we go around trying to instill fear in people. It's a matter of doing the highest quality work, being creative and thinking outside the box."

From the early days of the firm, when it handled only a small range of cases, Skadden has prided itself on doing whatever it takes for clients, he said, and that culture remains intact, passed from lawyer to lawyer, now that the firm has developed a broad litigation platform.

"We approach cases with a degree of zealousness and passion that is appropriate to what are often bet-the-company situations," Zornow said.

The firm's vast size, with thousands of attorneys in 24 offices around the world, gives it the ability to marshal resources across geographic boundaries and disciplines to advise clients on many fronts in a seamless fashion, he said.

Among Skadden's significant recent victories, it successfully represented Merck & Co. in 2009 in a case brought by the Texas attorney general alleging Medicaid fraud in connection with the marketing of Vioxx.

In December, Skadden defended Broadcom Corp. ex-Chief Financial Officer William Ruehle against stock options backdating charges that were thrown out by the court on the ground of prosecutorial misconduct.

And in June, Skadden secured a deferred prosecution agreement for former Bristol-Myers Squibb Co. Chief Financial Officer Frederick Schiff that resulted in the dismissal of a five-year-old criminal case that alleged Schiff misled investors about incentives to spur wholesalers to buy more drugs than needed.

## Latham & Watkins

Peter Wald, chair of Latham's global litigation department, said that the firm's reputation is based on its ability to "out-think, outwit and out-fight our opponents."

To out-think adversaries, the firm is committed to hiring the country's best young lawyers, he said, while outwitting them involves placing a strong emphasis on strategy throughout the litigation and the ability to out-fight comes from the fact that "winning is in our DNA," Wald said.

Another key to the firm's reputation as a formidable opponent is its wide-ranging expertise in many practice areas, according to Wald.

"There are many firms that have expertise in one area or two or three areas," he said. "But I don't know another firm with our breadth and depth of experience across all the major practice areas."

He cited significant victories for the firm in practice areas as diverse as securities, product liability and international arbitration and its ability to try cases in forums ranging from state courts to the U.S. Supreme Court.

"We've built a great trial shop with a cadre of partners who are nationally recognized subject matter experts in all practices area," he said.

Wald said that to bolster the litigation skills of its young attorneys, Latham has rigorous training programs emphasizes to partners the value of getting young lawyer into the courtroom early in their career.

"People coming out of law school know that if they come to Latham, they will get enormous trial experience with some of the best lawyers in the country," he said.

Among Latham's recent victories, it successfully defended Omnicom Group Inc. in a securities fraud suit seeking billions of dollars and alleging improper financial reporting related to the company's investment in interactive advertising companies. Omnicom won summary judgment in 2008 and an appeals court affirmed the ruling earlier this year.

In August, a federal judge ruled that Latham's client Lundbeck Inc. did not violate antitrust laws by acquiring an exclusive license to manufacture drugs used to treat congenital heart defects in premature babies.

The firm also secured a victory for University of California Hastings College of the Law before the U.S. Supreme Court earlier this year in a case where the justices affirmed the school's policy of requiring school-funded student groups to admit all students.

A Christian group had challenged the school's policy of requiring it to accept gay students, but the high court ruled that the nondiscrimination policy was legal.

**Awesome Opponents**

In addition to the Fearsome Foursome, the report also listed 28 firms as "awesome opponents" that were frequently mentioned by corporate counsel as ones they prefer to steer clear of in litigation.

Those firms are Ahmad Zavitsanos & Anaipakos PC, Akin Gump Strauss Hauer & Feld LLP, Alston & Bird LLP, Bartlit Beck Herman Palenchar & Scott LLP, Boies Schiller & Flexner LLP, Cooley LLP, Fisher & Phillips LLP, Fulbright & Jaworski LLP, Gibson Dunn & Crutcher LLP, Goodwin Procter LLP, Greenberg Traurig LLP, Haynes and Boone LLP, Holland & Knight LLP, Jenner & Block LLP, Jones Day, Lavin O'Neil Ricci Cedrone & DiSipio, Lynch Cox Gilman & Goodman PSC, Milberg LLP, Morgan Lewis & Bockius LLP, Munger Tolles & Olson LLP, Patton Boggs LLP, Sidley Austin LLP, The Stanley Law Firm LLC, Susman Godfrey LLP, The Wolk Law Firm, Vinson & Elkins LLP, Wachtell Lipton Rosen & Katz and Williams & Connolly LLP.

---

All Content © 2003-2021, Portfolio Media, Inc.

# United States (National)

## Rankings

### Appellate

#### Tier 1

**Gibson Dunn & Crutcher**

Hogan Lovells

Kellogg Hansen Todd Figel & Frederick

**Kirkland & Ellis**

**Latham & Watkins**

Mayer Brown

**Paul Weiss Rifkind Wharton & Garrison**

Robbins Russell Englert Orseck Untereiner & Sauber

Sidley Austin

Williams & Connolly

WilmerHale

#### Tier 2

Covington & Burling

Goodwin Procter

Jones Day

**McDermott Will & Emery**

Morrison & Foerster

Orrick Herrington & Sutcliffe

**Proskauer**

**Quinn Emanuel Urquhart & Sullivan**

Vinson & Elkins

Hide tiers ^

## Commercial

| Tier 1 |
| --- |
| **Bartlit Beck** |
| **Cleary Gottlieb Steen & Hamilton** |
| **Cravath Swaine Moore** |
| **Davis Polk & Wardwell** |
| **Debevoise & Plimpton** |
| **Gibson Dunn & Crutcher** |
| **Holwell Shuster & Goldberg** |
| **Hueston Hennigan** |
| **King & Spalding** |
| **Kirkland & Ellis** |
| **Latham & Watkins** |
| O'Melveny & Myers |
| **Paul Weiss Rifkind Wharton & Garrison** |
| **Quinn Emanuel Urquhart & Sullivan** |
| **Simpson Thacher & Bartlett** |

Sullivan & Cromwell

Susman Godfrey

**Wachtell Lipton Rosen & Katz**

**Weil Gotshal & Manges**

**Wilkinson Stekloff**

Williams & Connolly

**Winston & Strawn**

**Tier 2**

Covington & Burling

**Glaser Weil**

**Kasowitz Benson Torres**

**Milbank**

**Mintz Levin Cohn Ferris Glovsky & Popeo**

**Patterson Belknap Webb & Tyler**

**Polsinelli**

**Proskauer**

**Robins Kaplan**

**Shearman & Sterling**

Sidley Austin

**Stroock & Stroock & Lavan**

White & Case

WilmerHale

Hide tiers ∧

## Insurance

**Tier 1**

Anderson Kill

Blank Rome

Covington & Burling

**Debevoise & Plimpton**

McKool Smith

**Simpson Thacher & Bartlett**

Steptoe & Johnson

**Tier 2**

Haynes and Boone

Jenner & Block

Lathrop GPM

**McDermott Will & Emery**

**Mintz Levin Cohn Ferris Glovsky & Popeo**

Morgan Lewis & Bockius

O'Melveny & Myers

Orrick Herrington & Sutcliffe

Perkins Coie

Pillsbury Winthrop Shaw Pittman

**Quinn Emanuel Urquhart & Sullivan**

Reed Smith

Sidley Austin

Willkie Farr & Gallagher

**Winston & Strawn**

Hide tiers ⌃

## International arbitration

**Tier 1**

**Cleary Gottlieb Steen & Hamilton**

**Debevoise & Plimpton**

Freshfields Bruckhaus Deringer

**King & Spalding**

**Milbank**

Sidley Austin

Skadden Arps Slate Meagher & Flom

White & Case

**Tier 2**

Chaffetz Lindsey

Cooley

Covington & Burling

Dan Tan Law

Dechert

Herbert Smith Freehills

**Shearman & Sterling**

Sullivan & Cromwell

**Wachtell Lipton Rosen & Katz**

Hide tiers ⌃

## Product liability and recall

**Tier 1**

**Bartlit Beck**

**Bradley Arant Boult Cummings**

Butler Snow

Covington & Burling

**Debevoise & Plimpton**

Dechert

Goldman Ismail Tomaselli Brennan & Baum

Greenberg Traurig

**King & Spalding**

**Kirkland & Ellis**

**Nelson Mullins Riley & Scarborough**

**Quinn Emanuel Urquhart & Sullivan**

Shook Hardy & Bacon

Sidley Austin

Skadden Arps Slate Meagher & Flom

Tucker Ellis

Venable

**Weil Gotshal & Manges**

Williams & Connolly

Tier 2

Alston & Bird

Arnold & Porter

Blackwell Burke

Bowman and Brooke

**Gibson Dunn & Crutcher**

Herbert Smith Freehills

Orrick Herrington & Sutcliffe

**Paul Weiss Rifkind Wharton & Garrison**

**Proskauer**

Reed Smith

Troutman Pepper

Wheeler Trigg O'Donnell

Hide tiers ^

## Top 20 Trial Law Firms

Active firms

**Bartlit Beck**

Cravath Swaine & Moore

**Gibbs & Bruns**

**Gibson Dunn & Crutcher**

Goldman Ismail Tomaselli Brennan & Baum

**Hueston Hennigan**

Keker Van Nest & Peters

**Kirkland & Ellis**

**Latham & Watkins**

**Lieff Cabraser Heimann & Bernstein**

**Lightfoot Franklin & White**

McKool Smith

**Paul Weiss Rifkind Wharton & Garrison**

**Quinn Emanuel Urquhart & Sullivan**

Reynolds Frizzell

Susman Godfrey

**Weil Gotshal & Manges**

**Wilkinson Stekloff**

Williams & Connolly

**Winston & Strawn**

## Top Plaintiffs

### Recommended

**Berman Tabacco**

**Bernstein Litowitz Berger & Grossmann**

**Cohen Milstein**

DiCello Levitt Gutzler

Hagens Berman Sobol Shapiro

**Hausfeld**

**Kessler Topaz Meltzer & Check**

**Labaton Sucharow**

**Lieff Cabraser Heimann & Bernstein**

**Pomerantz**

**Reid Collins & Tsai**

Robbins Geller Rudman & Dowd

## Bankruptcy

### Tier 1

Akin Gump Strauss Hauer & Feld

**Cleary Gottlieb Steen & Hamilton**

Jones Day

**Kirkland & Ellis**

**Milbank**

**Paul Weiss Rifkind Wharton & Garrison**

**Proskauer**

**Quinn Emanuel Urquhart & Sullivan**

Ropes & Gray

Sidley Austin

**Wachtell Lipton Rosen & Katz**

**Weil Gotshal & Manges**

White & Case

### Tier 2

Brown Rudnick

**Davis Polk & Wardwell**

**Kasowitz Benson Torres**

**Kramer Levin Naftalis & Frankel**

**Simpson Thacher & Bartlett**

**Stroock & Stroock & Lavan**

Sullivan & Cromwell

WilmerHale

---

Hide tiers ⌃

## Competition/antitrust

**Tier 1**

Arnold & Porter

**Cleary Gottlieb Steen & Hamilton**

Covington & Burling

**Cravath Swaine Moore**

**Davis Polk & Wardwell**

**Gibson Dunn & Crutcher**

**Kirkland & Ellis**

**Latham & Watkins**

**Paul Weiss Rifkind Wharton & Garrison**

**Quinn Emanuel Urquhart & Sullivan**

**Robins Kaplan**

**Shearman & Sterling**

**Simpson Thacher & Bartlett**

Skadden Arps Slate Meagher & Flom

Sullivan & Cromwell

Susman Godfrey

**Weil Gotshal & Manges**

White & Case

Williams & Connolly

WilmerHale

**Winston & Strawn**

**Tier 2**

**Cahill Gordon & Reindel**

**Debevoise & Plimpton**

Dechert

Eimer Stahl

**Hausfeld**

Hogan Lovells

Jones Day

**Kasowitz Benson Torres**

**Lieff Cabraser Heimann & Bernstein**

Mayer Brown

**McDermott Will & Emery**

**Milbank**

Morgan Lewis & Bockius

O'Melveny & Myers

**Patterson Belknap Webb & Tyler**

**Proskauer**

Sidley Austin

Sullivan & Cromwell

Hide tiers ⌃

## Intellectual property

**Tier 1**

Arnold & Porter

Durie Tangri

Fish & Richardson

**Gibson Dunn & Crutcher**

Keker Van Nest & Peters

**Kirkland & Ellis**

**Latham & Watkins**

McKool Smith

**Milbank**

Morrison & Foerster

Orrick Herrington & Sutcliffe

**Paul Hastings**

**Paul Weiss Rifkind Wharton & Garrison**

**Quinn Emanuel Urquhart & Sullivan**

**Reichman Jorgensen**

Sidley Austin

**Weil Gotshal & Manges**

Williams & Connolly

WilmerHale

**Winston & Strawn**

**Tier 2**

Choate Hall & Stewart

Ciresi Conlin

Cooley

Covington & Burling

**Cravath Swaine Moore**

**Davis Polk & Wardwell**

**Debevoise & Plimpton**

Desmarais

Fenwick & West

Finnegan Henderson Farabow Garrett and Dunner

Fisch Sigler

Goodwin Procter

Greenberg Traurig

Hughes Hubbard & Reed

Irell & Manella

Kelly IP

Kilpatrick Townsend & Stockton

Knobbe Martens

**McDermott Will & Emery**

**Proskauer**

**Robins Kaplan**

Sheppard Mullin Richter & Hampton

**Simpson Thacher & Bartlett**

Venable

---

Hide tiers ⌃

## Labor and employment

---

**Tier 1**

---

**Gibson Dunn & Crutcher**

Jones Day

Morgan Lewis & Bockius

Outten & Golden

**Proskauer**

**Sanford Heisler Sharp**

Seyfarth Shaw

**Weil Gotshal & Manges**

**Tier 2**

---

Greenberg Traurig

**Hunton Andrews Kurth**

Jackson Lewis

Littler Mendelson

**McDermott Will & Emery**

Ogletree Deakins Nash Smoak & Stewart

O'Melveny & Myers

Orrick Herrington & Sutcliffe

**Paul Hastings**

**Polsinelli**

---

Hide tiers ⌃

## Securities

---

**Tier 1**

---

**Bernstein Litowitz Berger & Grossmann**

**Cravath Swaine Moore**

**Davis Polk & Wardwell**

**Debevoise & Plimpton**

**Gibson Dunn & Crutcher**

**Kessler Topaz Meltzer & Check**

**Latham & Watkins**

**Milbank**

**Paul Weiss Rifkind Wharton & Garrison**

**Quinn Emanuel Urquhart & Sullivan**

**Shearman & Sterling**

**Simpson Thacher & Bartlett**

Skadden Arps Slate Meagher & Flom

Sullivan & Cromwell

**Wachtell Lipton Rosen & Katz**

**Weil Gotshal & Manges**

**Tier 2**

---

**Cahill Gordon & Reindel**

**Cleary Gottlieb Steen & Hamilton**

Freshfields Bruckhaus Deringer

Goodwin Procter

**Kasowitz Benson Torres**

**Labaton Sucharow**

O'Melveny & Myers

**Pomerantz**

Robbins Geller Rudman & Dowd

**Schulte Roth & Zabel**

Sidley Austin

Hide tiers ⌄

## Top Boutiques

### Active firms

**Gibbs & Bruns**

Goldman Ismail Tomaselli Brennan & Baum

**Hoguet Newman Regal & Kenney**

**Holwell Shuster & Goldberg**

**Hueston Hennigan**

**Kaplan Hecker & Fink**

Lynn Pinker Hurst & Schwegmann

**MoloLamken**

**Reichman Jorgensen**

**Reid Collins & Tsai**

Reynolds Frizzell

**Selendy & Gay**

**Smyser Kaplan & Veselka**

**Wilkinson Stekloff**

## White collar crime

### Tier 1

**Cleary Gottlieb Steen & Hamilton**

Covington & Burling

**Davis Polk & Wardwell**

**Debevoise & Plimpton**

Dechert

**Gibson Dunn & Crutcher**

**Hueston Hennigan**

Keker Van Nest & Peters

**King & Spalding**

**Kirkland & Ellis**

**Kramer Levin Naftalis & Frankel**

**Milbank**

**Morvillo Abramowitz Grand Iason & Anello**

**Paul Weiss Rifkind Wharton & Garrison**

**Quinn Emanuel Urquhart & Sullivan**

**Simpson Thacher & Bartlett**

Skadden Arps Slate Meagher & Flom

Williams & Connolly

Zuckerman Spaeder

### Tier 2

Arnold & Porter

Brune Law

Buckley

**Cahill Gordon & Reindel**

**Cravath Swaine Moore**

Goodwin Procter

Hogan Lovells

Kobre & Kim

Lankler Siffert & Wohl

**Latham & Watkins**

**Mintz Levin Cohn Ferris Glovsky & Popeo**

Morgan Lewis & Bockius

**Proskauer**

Ropes & Gray

**Schulte Roth & Zabel**

**Shearman & Sterling**

Sidley Austin

Steptoe & Johnson

Sullivan & Cromwell

**Wachtell Lipton Rosen & Katz**

Walden Macht & Haran

White & Case

Willkie Farr & Gallagher

WilmerHale

**Winston & Strawn**

Hide tiers ⌃

© Euromoney Institutional Investor PLC 2021

Registered Office: 8 Bouverie Street, London EC4Y 8AX, United Kingdom



**Awards**

# Quinn Emanuel Named "Antitrust Litigation Department of the Year"

*The Recorder* has named Quinn Emanuel "2015 Antitrust Litigation Department of the Year." The firm was chosen from a pool of more than 100 nominees based on the degree of difficulty, dollar value, and importance of the antitrust cases it litigated. In selecting the firm, *The Recorder* identified several key achievements. In connection with the successful defense of a significant patent infringement case, the firm obtained a $26 million monopolization jury verdict for its client Transweb on its *Walker Process* antitrust counterclaims—a rare and significant victory in the expanding interface between antitrust and intellectual property law. As a result of this victory, Los Angeles partners Michael Williams and Harold Barza were named "Litigators of the Week" by *The AmLaw Litigation Daily.* The firm was also recognized for its successful representation of DIRECTV in *BYBB v. DIRECTV,* where the firm obtained summary judgment on a Cartwright Act claim based on theories of monopsony, price fixing, group boycott, and market allocation. *The Recorder* also recognized the firm's appellate win for Samsung against Panasonic and SD-3C LCC in a case involving secure digital (SD) memory cards.



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Class Action Group Of The Year: Quinn Emanuel

By **Nathan Hale**

Law360, Miami (January 11, 2016, 6:27 PM EST) -- Quinn Emanuel Urquhart & Sullivan LLP scored major class action successes on both the plaintiff and defense sides in the past year, from a nearly $2 billion settlement in antitrust litigation against investment banks to defenses on behalf of Coca-Cola, Colgate-Palmolive and Hyundai, earning selection as one of **Law360's Class Action Practice Groups of the Year.**



The Los Angeles-based litigation's switch-hitting approach has led it get involved "on both sides of the 'v,' " as it puts it, defending major corporations from class actions but also being a leader on the plaintiffs' side in several major and cutting-edge litigation.

While doing so imposes some limits on what cases the firm can pick up from would-be plaintiffs, partner Shon Morgan, chair of the firm's national class action practice group, said that can serve as a benefit, as the firm tends to focus instead on high-exposure cases with carefully weighed business risks.

"Home run cases as opposed to hitting a lot singles," he described the approach.

A prime example came this past year as Quinn Emanuel secured a **$1.86 billion settlement agreement** reached on behalf of a class in an antitrust suit against 15 of the largest investment banks over credit default swaps. It was one of the largest antitrust class action recoveries ever, and the deal also included injunctive relief to increase competition in multitrillion-dollar CDS market, the firm noted.

"This was one of the finest examples of efficient and effective lawyers that I have ever witnessed," a retired New York judge noted in a sworn statement of support of the deal, which gained preliminary approval in New York federal court in October.

Morgan said the case also provided an example of a case that smaller plaintiffs' firms would not be able to take on single-handedly.

"We're uniquely positioned because of our resources to get into fights that other plaintiffs' firms can't," he said.

The firm has also been a leader in litigation resulting from the recently exposed Volkswagen emissions scandal. It filed the **first action** on behalf of affected Volkswagen customers that had representatives from all 50 states and also filed the only class action on behalf of **120,000 South Korean buyers** and said it was working on filing a related class action in Australia.

Another notable plaintiffs representations included securing more than $430 million in settlements from nine defendants while serving as court-appointed co-lead counsel for direct purchaser plaintiffs in antitrust litigation in Ohio over flexible polyurethane foam.

The firm also achieved class counsel roles in a multi-district litigation against 14 banks accused of manipulating an interest rate benchmark known ISDAfix — with the claims stemming from research by Quinn Emanuel with expert economists — and in another class action regarding manipulation of a benchmark for gold prices known as the "London Fix."

Defense of major corporations in class actions remains a major part of Quinn Emanuel's class action work, which in the past year covered more than 100 cases in more than 20 states.

The firm obtain approval of a **nationwide settlement** in a multidistrict litigation over overstated mileage-per-gallon figures for more than 900,000 vehicles made by Hyundai Motor America. The case had to be handled against the backdrop of an Environmental Protection Agency investigation, Hyundai's voluntary reimbursement program and the automakers' public relations efforts.

Quinn Emanuel attorneys guided Coca-Cola and Colgate-Palmolive to injunctive relief settlements in cases over product benefit claims pertaining to Coca-Cola's **Vitaminwater** brand of drinks and Colgate-Palmolive's **Softsoap antibacterial soap**, respectively.

Persuading conservative corporations to enter into these types of settlements, which bring financial benefits but not without their assuming some risk, represents a sea change for companies of their size, Morgan said.

The relationships arising from handling both sides of class actions can also play an important role in smoothing the path to quick resolutions, Morgan said.

"If you have a degree of trust from either working together or even on opposite sides on other cases, that can translate into tremendous cost savings for our clients," he said. "We create as much value from what we don't litigate."

Without formal practice groups, Quinn Emanuel also has an incredibly deep bench upon which it can quickly draw talent and experience to litigate in almost any field. About half of its U.S.-based attorneys regularly participate in class action work, Morgan said.

--Editing by Patricia K. Cole.

---

All Content © 2003-2021, Portfolio Media, Inc.

1/31/2021
Case 3:20-cv-08570-JD Document 55-3 Filed 03/05/21 Page 37 of 38
Class Action Practice Group of the Year: Quinn Emanuel - Law360



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Class Action Practice Group of the Year: Quinn Emanuel

By **Greg Ryan**

Law360, New York (January 30, 2013, 7:06 PM EST) -- Quinn Emanuel Urquhart & Sullivan LLP secured major class action victories in 2012 on behalf of both plaintiffs, in antitrust litigation against the nation's largest railroad companies, and defendants, in a data disclosure suit against IBM Corp., making the firm's team one of Law360's Class Action Practice Groups of the Year.

The suit against IBM centered on the company's loss of nine server drives containing data it managed on behalf of Health Net of California Inc. The drives contained the personal and health information of more than 800,000 California residents. A group of plaintiffs sued the two companies on behalf of a proposed class of current and former Health Net members who were notified that their information was on the missing servers.

The stakes were high for IBM: plaintiffs were seeking roughly $2 billion in damages for the loss of the data, according to Quinn Emanuel. They sued IBM under the Confidentiality of Medical Information Act, a law that states a company is subject to penalties for the "improper use and disclosure of medical information" without specifying whether an injury must have occurred as a result of the loss of data.

A California federal judge ruled in January 2012 that the plaintiffs lacked standing because they failed to claim they suffered an injury in fact, saying the danger posed by the loss of data was "wholly conjectural and hypothetical." As Quinn Emanuel had argued in its dismissal motion, the data was lost, and there was no indication it was stolen, the judge said. She dismissed the case entirely.

"We made the very common-sense argument that the consequences of the damages would be disproportionate unless there were instances of people actually being injured by breaches," said Shon Morgan, chair of the firm's national class action practice group.

Quinn Emanuel's victory on the plaintiffs' side of the courtroom came on behalf of a class of direct purchasers suing railroad giants Union Pacific Railroad Co., BNSF Railway Co., CSX Transportation Inc. and Norfolk Southern Railway Co. in multidistrict litigation in Washington. The direct purchasers, which included Olin Corp., claim the railroad companies fixed shipping prices through an arbitrary fuel surcharge and refused to compete against one another.

The litigation is one of the largest pending antitrust cases in the U.S., according to the firm.

Quinn Emanuel sought to win the certification of a class of purchasers allegedly hit with the surcharge when they bought rail freight transportation from one of the four companies from July 1, 2003, to Dec. 31, 2008. The matter hinged on whether the court believed questions of law and fact common to the proposed class members predominated over questions pertaining to the members as individuals.

The railroad companies contended that evaluating the impact of the alleged conspiracy on the class members would necessitate an analysis specific to each plaintiff. But a judge certified the class and named Quinn Emanuel as co-lead class counsel in June. The plaintiffs had shown they could prove their Sherman Act claim through evidence common to the entire class at trial, he said.

The firm's representation of both plaintiffs and defendants in class actions gives it an advantage over its adversaries, according to Morgan.

"Being on both sides of the 'v,' as we say, you get perspective on what the other side is thinking," he said.

Most of Quinn Emanuel's class action work is in defense of companies, according to Morgan. Hyundai Motor America enlisted the firm to defend it in class actions stemming from the revelation in November that it had overstated car fuel economy estimates. The firm also represents The Coca-Cola Co. and Colgate-Palmolive Co. in consumer actions and Barnes & Noble Inc. in a wage and overtime action. It is defending Charles Schwab & Co. Inc. and Seiko Epson Corp. in cases on appeal to the Ninth Circuit.

More than half of the firm's partners are regularly involved in class actions.

"We don't have formal practice groups, so there are lots of people who have done lots of different kinds of cases," Morgan said. "There are lots of people with substantial experience in different areas they can bring to bear."

Quinn Emanuel has U.S. offices in Los Angeles, New York, San Francisco, Silicon Valley, Chicago and Washington, but its spread is wider than that. The firm is representing companies in class action in 30 states, Morgan estimated.

"We get hired constantly all over the country, in all aspects of our firm's work, but particularly in class action. Geography seems irrelevant," Morgan said.

--Additional reporting by Stewart Bishop. Editing by Eydie Cubarrubia.

---

All Content © 2003-2021, Portfolio Media, Inc.