# EXHIBIT G

# Keller | Lenkner

Firm Resume

**MARCH 5, 2021**

# Table of Contents

About Keller Lenkner ………………………………………………1

About Our Attorneys ………………………………………………2

Practice Areas ………………………………………………………3

Why Keller Lenkner …………………………………………………4

Antitrust Practice + Case Highlights ………………………………5

Arbitration Practice + Case Highlights ……………………………7

Privacy Practice + Case Highlights …………………………………9

Product-Liability Practice + Case Highlights …………………….10

Attorney Biographies ………………………………………………12

Keller|Lenkner

# About Keller Lenkner

**Keller Lenkner LLC** is one of the nation's leading complex litigation firms for plaintiffs. We represent a broad array of clients in class and mass actions, individual arbitrations, and multidistrict litigation matters at the trial and appellate levels in federal and state courts.

Serving hundreds of thousands of clients in litigation and arbitration, we have prosecuted high-profile antitrust, privacy, product-liability, employment, and consumer-rights cases and secured substantial settlements for our clients. Our firm also acts as plaintiffs' counsel in high-stakes public-enforcement actions.

## Our Mission

To achieve exceptional results for our clients, drive innovation in the practice of law, and pursue unparalleled excellence in everything we do. We are committed to excellence and innovation at every level. We act for clients who deserve to win—and we do everything we can to ensure that they do.

## Our Approach

Keller Lenkner seeks out complicated cases and takes on groundbreaking legal challenges where our legal and strategic counsel can add significant value. To successfully serve our many clients, we combine high-end legal expertise with best practices in business operations and technology to deliver superlative representation for plaintiffs.

Our founders' previous experience building the world's largest private litigation-finance firm means we take a disciplined approach to assessing the merits and litigation outcomes of every claim we pursue.

Our greatest asset is our team of smart, dedicated professionals. Keller Lenkner lawyers honed their skills at AmLaw 100 law firms, national trial boutiques, corporate in-house legal departments, prestigious government posts, and successful business startups. Every member of our team shares a commitment to client service and a spirit of entrepreneurship, creativity, and excellence.

### OUR TEAM

**9** PARTNERS

**14** ASSOCIATES

**14** STAFF ATTORNEYS & COUNSEL

**10** LEGAL SUPPORT TEAM MEMBERS

**22** CLIENT SERVICES TEAM MEMBERS

**13** CASE MANAGEMENT TEAM MEMBERS

**15** BUSINESS, OPERATIONS & IT TEAM MEMBERS

### OUR OFFICES

CHICAGO

WASHINGTON, D.C.

AUSTIN

Keller | Lenkner



# About Our Attorneys

We're powered by a talented team with top-notch credentials and real-world experience. Our lawyers have litigated "bet the company" cases for plaintiffs and defendants, studied and taught at some of the top law schools in the country, served at the highest levels of government, and managed more than $1 billion of litigation-related investments.

## Keller Lenkner is home to one of the most exceptional teams representing plaintiffs in the United States.

THE FIRM COMPRISES MORE THAN **THREE DOZEN LAWYERS** AND NEARLY **60 PROFESSIONAL STAFF** MEMBERS.

**79%** of Keller Lenkner's partners and associates hail from national defense-oriented law firms.

**60%** of our partners and associates have practiced at AmLaw 25 firms and elite trial boutiques.

**63%** of our partners and associates were law clerks at a federal appellate or district court.

**4** of Keller Lenkner's partners were law clerks at the Supreme Court of the United States.

Our lawyers embrace challenges—drawing on their unique backgrounds to litigate complicated matters. Our commitment to hiring the very best people allows us to serve all our clients' needs, from engagement and fact development to settlement negotiation or trial. Although we come from a wide range of backgrounds and experiences, we share an unwavering commitment to excellence in advocating on behalf of our clients.

# Practice Areas

At Keller Lenkner, we represent plaintiffs in complex litigation matters. Unlike many plaintiffs' firms, we don't limit our practice to certain types of claims or areas of law. Our diverse team has experience litigating cases across a wide variety of practice areas, which allows us to be flexible and responsive to our clients' needs. Regardless of the substantive claims involved, one thing is true about all our cases: they give us the opportunity to use our unique skills and resources to help our clients solve problems and vindicate their rights.

## Antitrust

We believe competition stimulates innovation, sparks improvements of products and services, and leads to more efficient means of delivery and production. We have brought antitrust claims against some of the largest and best-known corporations in the world—and we are confident in our team's vast experience, knowledge and capabilities to successfully litigate these cases.

## Arbitration

We help our clients level the playing field when contracts written by defendants force them into arbitration. Our team has successfully represented plaintiffs in complex arbitration proceedings throughout the United States, including wage-and-hour disputes, employee misclassification claims, consumer product disputes, and other types of contract-related disputes.

## Privacy

Technology continues to evolve and intertwine itself with our day-to-day. With these technological advances come a greater threat to privacy and data protection. Keller Lenkner is committed to protecting that fundamental right to privacy. Our attorneys' legal acumen matches our technical expertise, which allows us to skillfully litigate even the most complicated privacy claims.

## Product Liability

With extensive experience handling claims associated with products (including with suppliers, manufacturers, and sellers), our attorneys play key roles in some of the most significant product liability multidistrict litigation proceedings in the country. Our team continues to be selected to lead federal and state product-liability litigation through appointments to leadership positions.

# Why Keller Lenkner

**WE FIND INNOVATIVE SOLUTIONS TO COMPLEX PROBLEMS.**
Our work is cutting-edge. It is not enough merely to advocate for our clients. We prize creativity, develop and harness our own technology, and commit the resources necessary to succeed. We share an ambition to do things differently—and to do them better.

**WE ARE COMMITTED TO EXCELLENCE.**
We take pride in serving as trusted advisors and provide exceptional client service. We challenge ourselves to perform at the highest level and deliver outstanding results. And we have broken new ground in our approach to client service through building a dedicated, in-house client-services team.

**WE EMBRACE CHALLENGES.**
Adopting an entrepreneurial philosophy, our firm has successfully taken on cases that are legally, technically, and politically complex. Our team has the skills, experience, and resources to go head-to-head with deep-pocket defendants.

**WE ADD STRATEGIC VALUE.**
We offer comprehensive counsel, because our lawyers have experience on both sides of the courtroom and the negotiating table. This allows us to anticipate our opponents' moves and better understand their litigation and negotiation strategies.

## Industry Recognition

**THE NEW YORK TIMES**
Keller Lenkner is driven "by a legal reformist spirit and entrepreneurial zeal."

**LAWDRAGON MAGAZINE**
"In the blink of an eye, [Keller Lenkner] has moved to the forefront of litigation, from the nationwide opioid epidemic to wholesale assaults on venture-capital-backed companies exploiting workers."

**THE AMERICAN LAWYER**
"Part of the vision was to make plaintiff-side work attractive to folks with clerkship and Big Law experience like [Keller Lenkner's] founders. So far, the approach seems to be working."

**PUBLIC JUSTICE**
"This is like judo. You take the power of the other side and use it to throw them over your shoulders. [Keller Lenkner is doing] an exciting thing for workers' rights." - *Paul Bland, Executive Director*

## Awards

Lawdragon's 500 Leading Lawyers in America

The National Trial Lawyers' Top 100

National Law Journal's 2021 Plaintiffs' Lawyers Trailblazers

Martindale-Hubbell AV Preeminent Rating

American Association for Justice Leaders Forum

# Antitrust Practice

At Keller Lenkner, our attorneys **stand up as the voice for consumers against predatory business practices and work tenaciously to ensure fair competition** for all businesses in the market. Our team has experience litigating a wide variety of antitrust cases on behalf of competing businesses (which deserve an equal playing field) and consumers (who have a right to fair prices, more service choices, and better products).

#### CASE HIGHLIGHT: KLEIN V. FACEBOOK, INC.
Keller Lenkner represents a putative class of Facebook users in a class-action lawsuit against Facebook, Inc. for violating federal antitrust laws and California law. The suit, filed in the U.S. District Court for the Northern District of California, alleges that Facebook illegally obtained a monopoly by exploiting user data and deceiving consumers about data privacy. According to the complaint, Facebook did not achieve its monopoly through innovation or vigorous competition. Instead—and despite its public pledge to protect user privacy—Facebook lied to users and violated their trust in a scheme to build its empire. Facebook also acquired technology from smaller firms that it used to track consumer activity across the internet so it could identify and target competitors, with the intention of destroying or acquiring them.

#### CASE HIGHLIGHT: THE STATE OF TEXAS V. GOOGLE LLC
Keller Lenkner represents the State of Texas, North Dakota, and Idaho in the States' antitrust litigation against Google. Filed in the U.S. District Court for the Eastern District of Texas, the suit alleges that Google monopolized products and services used by advertisers and publishers in online-display advertising. The complaint also alleges that Google engaged in false, misleading, and deceptive acts while selling, buying, and auctioning online-display ads. Google also entered into an unlawful agreement with rival Facebook to maintain control of the marketplace for header bidding. These anticompetitive and deceptive practices demonstrably diminished publishers' ability to monetize content, increased advertisers' costs to advertise, and directly harmed consumers.

#### CASE HIGHLIGHT: VAN IDERSTINE V. LIVE NATION ENTERTAINMENT, INC.
Keller Lenkner represents a putative class of Ticketmaster customers who allege that the company and its parent company, Live Nation, illegally monopolized the market for online ticket sales. The case, in the U.S. District Court for the Central District of California, alleges that Ticketmaster and Live Nation have used their dominance to stifle competition, control ticket sales, and inflate ticket prices. As the largest promoter of concerts at major U.S. venues, Live Nation purposely reinforces Ticketmaster's dominance by threatening to withhold shows from those venues that do not work with both companies.

# Antitrust Practice

**CASE HIGHLIGHT: JOLLY V. INTUIT INC.**

Keller Lenkner represents thousands of individuals pursuing antitrust and consumer-protection claims against Intuit, based on allegations that TurboTax colluded with H&R Block in the online tax filing market. The consumers allege they were steered into paying for Intuit's tax preparation services instead of receiving free services to which they were entitled. Intuit initially agreed to give consumers access to the IRS's Free File Program. But Intuit heavily marketed and purposely steered taxpayers to its own "Free Edition" tax filing program which, despite its title, required users to pay fees they would not have paid under the IRS's program.

# Arbitration Practice

Keller Lenkner has won numerous precedent-setting victories requiring defendants to comply with their obligation to arbitrate disputes individually. In just two years, we have secured more than **$200 million in settlements for more than 100,000 individual workers and consumers** in these matters.

Keller Lenkner's pioneering arbitration practice is a clear example of the innovation and creativity our firm brings to the plaintiff's bar. We believe in our clients' cases, first and foremost. Our team and vast resources ensure that defendants cannot use forced arbitration clauses to escape responsibility for their misconduct.

### REUTERS
"If Keller Lenkner [is] right—if companies imposed arbitration not as a good-faith way to expedite individual workers' claims, but as a way to assure that workers wouldn't assert their rights—then mass arbitration calls their bluff."

### CASE HIGHLIGHT: DOORDASH
Represented by Keller Lenkner, more than 6,000 underpaid DoorDash couriers filed demands for arbitration against the delivery service. United States District Judge William Alsup of the Northern District of California issued an order that compelled DoorDash to abide by the arbitration clause it imposed on workers after the firm failed to meet deadlines or pay fees. DoorDash was compelled to arbitration.

*"This hypocrisy will not be blessed… Faced with having to actually honor its side of the bargain, [DoorDash] now blanches at the cost of the filing fees it agreed to pay in the arbitration clause. No doubt, DoorDash never expected that so many would actually seek arbitration,"* said Judge Alsup.

### CASE HIGHLIGHT: POSTMATES
Represented by Keller Lenkner, more than 5,000 underpaid couriers for Postmates filed demands for arbitration against the delivery app. The court ordered Postmates to arbitrate with our clients. It also imposed sanctions under the new law, known as California Senate Bill 707—including requiring Postmates to pay our clients' attorneys' fees and costs in each individual arbitration, regardless of who wins.

*"I'm completely unsympathetic to [Postmates'] argument… Your complaint really is with AAA, and you chose them. You have agreements with these individual drivers, and they didn't do anything wrong from my vantage point,"* said Judge Paul Watford of the United States Court of Appeals for the Ninth Circuit in an early appellate hearing.

# Arbitration Practice

**CASE HIGHLIGHT: INTUIT**

Keller Lenkner represents Intuit customers who allege that the company deceived them into paying for tax preparation services when they were eligible for a free version of Turbo Tax that the IRS required Intuit to provide. Los Angeles Superior Court Judge Terry Green ruled that Intuit cannot avoid arbitration with nearly 10,000 of our clients.

*"I enjoy this as an art form, as well as an intellectual exercise, as well as being committed to saying due process is done… Let's give the [Keller Lenkner firm], you know, a toast. Good work. It's good work,"* said Judge Green.

# Privacy Practice

As we become more dependent on technology, we are increasingly susceptible to companies that use illegal practices to access our data for their own commercial gain. At Keller Lenkner, we firmly believe that no one should have to sacrifice a reasonable expectation of privacy in exchange for modern convenience, particularly without knowledge or consent. **Our firm is committed to helping protect our clients' personal privacy through cases based on state and federal statutes.**

### CASE HIGHLIGHT: AMAZON ALEXA CLASS ACTIONS

In June 2019, Keller Lenkner filed class-action lawsuits in California and Washington against Amazon because its Alexa devices routinely record minor children without consent.

In addition to processing user commands, Amazon's Alexa technology permanently saves recordings of its users' voices on Amazon servers. These recordings are later analyzed to create "voiceprints" that are recognizable by all Alexa-enabled devices. Although Amazon purports to obtain consent from adult users through the device-registration process, children are also frequent users of these devices. Children are never required to provide consent to be recorded; nor are their parents required to give consent on their behalf. Amazon's voice-printing practice enables intensely invasive activities, such as tracking children's use of Alexa-enabled devices and matching those uses to their personal details, solely for the company's commercial benefit.

Recording a person's voice implicates a special privacy interest that many states have protected through specific statutes that prohibit recordings without consent. Our clients' class-action lawsuits seek money damages for each violation of those state laws as well as an order that would force Amazon to delete all existing voice recordings of minor children and discontinue its practice of recording minor children without consent.

### CASE HIGHLIGHT: ILLINOIS BIOMETRIC INFORMATION PRIVACY ACT

Biometric identifiers like fingerprints and retina scans are used for everything from unlocking computers to accessing ATMs. The Illinois Biometric Information Privacy Act, or BIPA, is the country's most stringent biometric privacy law. BIPA requires anyone who records biometric information to get informed consent before doing so, and to create a publicly available retention policy so people can be assured that their sensitive biometric data won't be disclosed without their knowledge. Although BIPA has existed for more than a decade, companies are still capturing biometric information in Illinois without explaining the implications of that capture to their employees and customers.

At Keller Lenkner, we represent groups of individuals who have had their biometric information wrongfully recorded without consent by employers and technology platforms alike. Our goal is to make sure that sensitive biometric information is only given up knowingly, and that employers and other firms take responsibility for protecting that information once it comes into their possession.

# Product-Liability Practice

Product-liability claims are as varied as the products available on the market. We represent plaintiffs in complex product-liability litigation, including class or mass actions in which multiple people were injured or affected by the same product or class of products. Our team has experience litigating product-liability claims involving pharmaceuticals, medical devices, and a wide variety of other consumer products.

**Our product-liability practice represents thousands of clients in a dozen consolidated actions throughout the country.** The firm litigates cases directly, receives referrals from co-counsel, and acts as co-counsel with other leading plaintiffs' firms.

Federal courts have also recognized Keller Lenkner's talents through appointments to plaintiffs' leadership positions in three product-liability MDLs:

- Partner Ashley Keller chairs the Law & Briefing Committee in the Zantac (Ranitidine) MDL.
- Partner Nicole Berg sits on the Law & Briefing Subcommittee in the 3M Combat Arms Earplug MDL and also the Plaintiffs' Executive Committee for the Paragard IUD Products Liability Litigation MDL.
- Associate Ashley Barriere leads the Law & Briefing Committee for the Onglyza and Kombiglyze XR MDL.

**CASE HIGHLIGHT: 3M COMBAT ARMS EARPLUGS MULTIDISTRICT LITIGATION**
Keller Lenkner has filed lawsuits against manufacturer 3M and related companies on behalf of military service members who used Combat Arms Earplugs during training and while deployed on active duty. The suits allege that the earplugs failed to protect service members from hearing loss and other damage. Evidence suggests that the manufacturer was aware of a defect in the product's design and falsified test results to secure an exclusive contract with the U.S. Department of Defense. Potentially thousands more lawsuits may be filed, as records show that more than 800,000 service members suffer from hearing damage despite having used 3M's product.

**CASE HIGHLIGHT: ZANTAC (RANITIDINE) MULTIDISTRICT LITIGATION**
The Zantac MDL coordinates suits accusing Pfizer Inc., Sanofi SA, Boehringer Ingelheim Pharmaceuticals Inc. and GlaxoSmithKline LLC—as well as generic makers, distributors, pharmacies and others in the supply chain—of false advertising, failure to warn, and other claims associated with cancer-causing NDMA. The FDA has set an allowable daily limit of 96 nanograms of NDMA, but researchers have found more than 3 million nanograms in a single dose of Zantac.

# Product-Liability Practice

**CASE HIGHLIGHT: ONGLYZA AND KOMBIGLYZE XR MULTIDISTRICT LITIGATION**

This MDL involves individuals who took Onglyza (saxagliptin) and Kombiglyze XR (saxagliptin and metformin) to treat Type 2 diabetes. The plaintiffs represented by Keller Lenkner allege that the drugs caused serious cardiac complications. Defendants Bristol-Myers Squibb and AstraZeneca began selling the drugs in 2009 and 2010, before completing a cardiac risk study recommended by the U.S. Food and Drug Administration. The study was completed in 2013 and showed that saxagliptin users had a significantly increased risk of hospitalization due to heart failure.

**CASE HIGHLIGHT: PARAGARD IUD MULTIDISTRICT LITIGATION**

The Paragard IUD MDL coordinates suits accusing Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., The Cooper Companies Inc., and CooperSurgical Inc. of failing to warn users of the risks posed by the Paragard copper intrauterine device (IUD). The plaintiffs allege that their Paragard IUDs broke apart, leaving behind pieces of the device, which sometimes embedded in their uterus. The breakage caused serious complications and injuries, including surgeries to remove the broken pieces of the device, infertility, and pain.

# Attorney Biographies



# Ashley Keller
*Partner*

Ashley is a seasoned trial and appellate lawyer with deep substantive knowledge across a wide variety of practice areas and types of claims.

Through careful analysis of case law, Ashley has developed trailblazing arguments to stop defendants from using federal preemption to avoid responsibility for their wrongful conduct. His ability to detangle complex concepts within that doctrine and offer forceful, straightforward explanations of governing precedents has allowed his clients to overcome defendants' use of preemption to escape liability.

Before co-founding Keller Lenkner, Ashley also co-founded the litigation finance firm Gerchen Keller Capital, which grew to more than $1.3 billion in assets under management and was the world's largest private investment manager focused on legal and regulatory risk prior to being acquired by Burford Capital in 2016.

Before co-founding Gerchen Keller, Ashley was a partner at Bartlit Beck Herman Palenchar & Scott LLP, The American Lawyer's litigation boutique of the year. While there, he handled various trial and appellate matters involving multi-billion-dollar securities and patent cases, contract disputes, mass torts, and class actions.

Ashley also worked as an analyst at Alyeska Investment Group, a Chicago-based market-neutral hedge fund, where he focused on investments in companies facing litigation and other complicated regulatory matters.

Ashley is listed on Lawdragon's 500 Leading Lawyers in America, National Law Journal's 2021 Plaintiffs' Lawyers Trailblazers, and the National Trial Lawyers' Top 100.

Ashley graduated *magna cum laude* from Harvard College, received his M.B.A. from the University of Chicago Booth School of Business and received his J.D. from the University of Chicago Law School, where he graduated first in his class.

ack@kellerlenkner.com | 312.741.5222

## PRACTICE AREAS

Appellate
Antitrust Litigation
Arbitration
Class Actions
Consumer Rights
Mass Torts
Multi-District Litigation
Product Liability

## BAR ADMISSIONS

Illinois

## EDUCATION

J.D., University of Chicago
M.B.A., University of Chicago
B.S., Harvard College

## CLERKSHIPS

Hon. Anthony M. Kennedy, Supreme Court of the United States

Hon. Richard Posner, U.S. Court of Appeals for the Seventh Circuit



# Warren Postman
*Partner*

Warren combines a deep understanding of the civil litigation system with broad substantive expertise to solve complex litigation challenges for the firm's clients.

Warren has helped build Keller Lenkner's arbitration practice, which devotes unparalleled resources to resolving the claims of consumers and employees who are subject to forced arbitration clauses. The firm's commitment to arbitration allows it to aggressively pursue individual arbitrations for tens of thousands of clients simultaneously and, as described by the *New York Times*, has left defendants "scared to death." Warren has won numerous precedent-setting victories requiring defendants to comply with their obligation to arbitrate under agreements they drafted.

Due in large part to the arbitration practice Warren has built at Keller Lenkner, the rise of "mass arbitrations" has been one of the most significant developments in civil litigation over the last two years.

Before joining Keller Lenkner, Warren was Vice President and Chief Counsel for Appellate Litigation at the U.S. Chamber Litigation Center. In that role, he managed appellate strategy for the U.S. Chamber of Commerce, which participates in more than 150 cases each year to shape the law on a wide range of issues affecting businesses. Working closely with senior in-house lawyers at some of the world's largest companies, Warren gained unique insight into the dynamics and trends that shape business litigation.

Warren was previously an attorney in the Issues & Appeals practice at Jones Day, where he helped guide trial and appellate strategy in some of the firm's most complex and high-stakes cases.

Warren is named to National Law Journal's list of 2021 Plaintiffs' Lawyers Trailblazers. He is also listed on the National Trial Lawyers' Top 100.

Warren graduated *magna cum laude* from Harvard Law School, where he was Articles Editor on the Harvard Law Review, and graduated *magna cum laude* and Phi Beta Kappa from Brandeis University.

**PRACTICE AREAS**

Appellate
Antitrust
Arbitration
Class Actions
Consumer Rights
Labor & Employment
Mass Torts
Multi-District Litigation
Privacy & Data Security

**BAR ADMISSIONS**

District of Columbia
California

**EDUCATION**

J.D., Harvard Law School
B.S., Brandeis University

**CLERKSHIPS**

Hon. David H. Souter, Supreme Court of the United States

Hon. William A. Fletcher,
U.S. Court of Appeals for the Ninth Circuit

wdp@kellerlenkner.com | 202.749.8334



# Ben Whiting
*Partner*

Ben is a seasoned trial attorney with extensive experience litigating complex, high-stakes matters on behalf of plaintiffs and defendants across a variety of practice areas, with clients consistently relying on Ben to present their cases to juries, judges, and arbitration panels.

At Keller Lenkner, Ben focuses on class action and arbitration matters. Based on his experience representing clients in complex litigation on both the plaintiff and defense side, Ben has demonstrated the ability to successfully advocate for individual clients in individual matters while simultaneously defending against parties looking to avoid litigation claims on a mass scale.

Before joining Keller Lenkner, Ben was a partner at Bartlit Beck LLP, an award-winning trial litigation boutique, where he spent nearly a decade focused on a wide range of matters at the trial and appellate levels, including mass torts, class actions, contractual disputes, and patent disputes.

At Bartlit Beck, Ben played a significant role in major trials for large corporate clients. For example, Ben was a trial lawyer for a major client in two separate confidential arbitrations (with stakes of one billion dollars and hundreds of millions of dollars, respectively). Ben was also a trial lawyer for Bayer's multidistrict litigation over certain birth control products. He also tried several cases for plaintiffs, including a jury trial in the U.S. District Court for the Eastern District of Texas where a jury awarded his client (a group of professors) more than $20 million.

More broadly, Ben has had significant roles in a broad range of practice areas including product liability, patents, professional negligence and accounting fraud, and commercial disputes.

Ben earned his law degree from the University of Chicago Law School, where he graduated with High Honors. Prior to law school, he taught philosophy and logic at multiple universities. Ben received a master's degree in philosophy from the University of Wyoming and an undergraduate degree in finance and philosophy from Trinity University.

**ben.whiting@kellerlenkner.com** | 312.280.5784

**PRACTICE AREAS**

Appellate
Antitrust Litigation
Arbitration
Class Actions
Consumer Rights
Mass Torts
Multi-District Litigation

**BAR ADMISSIONS**

Illinois
New York

**EDUCATION**

J.D., University of Chicago
M.A., University of Wyoming
B.S., Trinity University



# Jason Zweig
*Partner*

Jason is a seasoned class-action lawyer with broad experience in antitrust, consumer, products-liability and securities matters. He has practiced in federal district and appellate courts throughout the country and has extensive experience in multidistrict litigation.

At Keller Lenkner, Jason focuses on various class-action matters, including antitrust and consumer protection.

Before joining Keller Lenkner, Jason was the managing partner of the Chicago office of Hagens Berman Sobol Shapiro LLP, a national class-action and complex litigation firm. He moved to Chicago in 2015, having joined Hagens Berman in 2011 to open and lead the firm's New York office.

At Hagens Berman, he litigated antitrust, consumer-rights, product-liability, and securities cases. Among other notable matters, he led the firm's representation of merchants who opted out of the class in In re Payment Card Interchange Fee and Merchant Discount Litigation, including FedEx, American Airlines, Southwest Airlines, Alaska Airlines, JetBlue, British Airways, Hawaiian Airlines, DSW, and The Minnesota Twins.

Prior to joining Hagens Berman, Jason was a partner at Kaplan Fox & Kilsheimer LLP in New York. At Kaplan Fox, he played significant roles in some of the largest antitrust class actions in history, including the High Fructose Corn Syrup Antitrust Litigation (recovered $531 million), Hydrogen Peroxide Antitrust Litigation (recovered $97 million), and the Plastics Additives Antitrust Litigation (recovered $46.8 million).

Jason started his legal career at Proskauer Rose LLP in New York. He earned his law degree from Columbia Law School where he was the Executive Editor for the Columbia Journal of Environmental Law, and his bachelor's degree from Indiana University.

jaz@kellerlenkner.com | 312.216.8667

## PRACTICE AREAS

Appellate
Antitrust Litigation
Products Liability Litigation
Class Actions
Consumer Rights
Mass Torts
Multi-District Litigation
Product Liability
Securities

## BAR ADMISSIONS

Illinois
New York

## EDUCATION

J.D., Columbia University
B.S., Indiana University

## INTERNSHIP

Hon. Jed S. Rakoff on the U.S. District Court for the Southern District of New York



# Jason Ethridge
## *Associate*

Jason's practice focuses on representing groups of individual plaintiffs, including consumers and small businesses, in a variety of large-scale commercial disputes against large corporations before courts and arbitration panels.

At Keller Lenkner, Jason has represented clients in several nationwide class actions, including cases involving unfair competition, consumer fraud, data privacy, and antitrust claims, primarily against large technology companies. Currently, Jason represents businesses who have been harmed by LinkedIn's misstated digital advertising metrics and consumers bringing claims against Drizly following a massive data breach.

Jason was an Associate at Kellogg, Hansen, Todd, Figel & Frederick PLLC in Washington, D.C., where he represented plaintiffs in multidistrict litigation, class actions, and arbitration. At Kellogg Hansen, he represented individual and class plaintiffs in the In re: Dealer Management Systems Antitrust Litigation MDL, where he took and defended depositions and worked with expert economists and damages experts.

Jason graduated *magna cum laude* from Harvard Law School, where he was a finalist in the Ames Moot Court Competition, a winner of an ABA mock trial tournament, and a winner of numerous writing awards.

An accomplished symphony orchestra conductor who has performed as a fellow at the Aspen Music Festival, Jason earned a master's degree in orchestral conducting from the University of Maryland and his undergraduate degree in double bass performance, *magna cum laude*, from Furman University.

**jason.ethridge@kellerlenkner.com | 202.918.1843**

### PRACTICE AREAS

Antitrust Litigation
Arbitration
Class Actions
Consumer Rights
Multi-District Litigation
Privacy & Data Security

### BAR ADMISSIONS

District of Columbia
New York

### EDUCATION

J.D., Harvard Law School
M.A., University of Maryland
B.S., Furman University

### CLERKSHIPS

Hon. Pamela Harris, U.S. Court of Appeals for the Fourth Circuit

Hon. Dabney Friedrich, U.S. District Court for the District of Columbia