STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
*sbasser@barrack.com*
*sward@barrack.com*

*[Additional Counsel on Signature Page]*
*Counsel for Charles Steinberg, individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MAXAMILLIAN KLEIN, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>FACEBOOK, INC.,<br><br>*Defendant.* | Case No. 20-CV-08570-LHK<br><br>**DECLARATION OF SAMUEL M. WARD IN SUPPORT OF *STEINBERG* PLAINTIFF'S BRIEF IN SUPPORT OF *KLEIN* PLAINTIFFS' APPLICATION TO APPOINT QUINN EMANUEL AND KELLER LENKNER AS INTERIM CO-LEAD USER CLASS COUNSEL**<br><br>Hearing Date: March 18, 2021<br>Time: 1:30 PM<br>Location: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

I, Samuel M. Ward, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and this Court. I am a partner in the firm Barrack, Rodos & Bacine and counsel for Charles Steinberg in the above- captioned action. I make this declaration in support of the motion of Maximillian Klein and Sarah Grabert seeking to appoint Quinn Emanuel Urquhart & Sullivan, LLP and Keller Lenkner LLC as interim co-lead class counsel on behalf of the proposed Class of Facebook users and appointing separate interim lead counsel on behalf of the proposed Class of advertisers on the Facebook platform. I have personal knowledge of these matters stated therein and, if called upon, I could and would competently testify thereto.

2. Attached is a true and correct copy of the following Exhibit:

**Exhibit A**: The firm resume of Barrack, Rodos & Bacine.

I declare under penalty of perjury the foregoing is true and correct. Executed this 5th day of March, 2021.

/s/ SAMUEL M. WARD
Samuel M. Ward

1

**Case No. 20-CV-08570-LHK**
DECLARATION OF SAMUEL M. WARD IN SUPPORT OF STEINBERG
PLAINTIFF'S MOTION FOR APPOINTMENT
OF INTERM LEAD COUNSEL