1
2
3
4
5

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

6

[*Additional Counsel on Signature Page*]

7
8

*Counsel for Plaintiffs DEBORAH DAMES and TIMOTHY MATHEWS, individually and on behalf of all others similarly situated*

9
10
11
12

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

13

| | |
|---|---|
| 14  MAXIMILLIAN KLEIN, et al., | Case No. 4:20-cv-08570-LHK |
| 15          Plaintiffs, | |
| 16      v. | **DECLARATION OF MELISSA L. TROUTNER IN SUPPORT OF THE *DAMES* PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD PLAINTIFFS' COUNSEL** |
| 17  FACEBOOK, INC., | |
| 18          Defendant. | |
| 19 | |
| 20 | Hearing Date: March 18, 2021 |
| 21 | Time: 1:30 p.m.<br>Judge: Lucy H. Koh |

22
23
24
25
26
27
28

I, Melissa L. Troutner, declare as follows:

1. I am a partner in the law firm of Kessler Topaz Meltzer & Check, LLP and am one of the attorneys representing Plaintiffs in the above-captioned matter. I submit this Declaration in Support of the *Dames* Plaintiffs' Notice of Motion and Motion for Appointment of Interim Lead Plaintiffs' Counsel. This Declaration is based upon information and belief and upon my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the firm resume of Kessler Topaz Meltzer & Check, LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of March 2021 in Radnor, Pennsylvania.

DATED: March 5, 2021    Respectfully submitted,

/s/ Melissa L. Troutner
Melissa L. Troutner (admitted *pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
mtroutner@ktmc.com

*Counsel for Plaintiffs DEBORAH DAMES and TIMOTHY MATHEWS and the putative Classes*