**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILLIAN KLEIN, et al., | Case No. 20-CV-08570-LHK |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING THE** ***DAMES*** **PLAINTIFFS' NOTICE OF MOTION** |
| v. | **AND MOTION FOR APPOINTMENT OF** **INTERIM LEAD PLAINTIFFS' COUNSEL** |
| FACEBOOK, INC., | |
| Defendant. | Hon. Lucy H. Koh |

On March 5, 2021, the *Dames* Plaintiffs filed a Motion for Appointment of Interim Lead Plaintiffs' Counsel. Having considered the Motion, the Opposition, the record, the arguments of counsel, and the relevant authorities, the *Dames* Plaintiffs' Motion is hereby **GRANTED**: Quinn Emanuel Urquhart & Sullivan, LLP and Keller Lenkner LLC are appointed Interim Co-Lead Counsel for the User Class, and Kessler Topaz Meltzer & Check LLP is appointed to assist Interim Co-Lead Counsel in representing the User Class.

**IT IS SO ORDERED**

Dated:  _____          _____
                                        Hon. Lucy H. Koh
                                        United States District Judge