# EXHIBIT C

HAGENS BERMAN SOBOL SHAPIRO LLP



**PARTNER**
# Elaine T. Byszewski

*Litigated Milk Antitrust from complaint filing to recent settlement of $52 million*

**CONTACT**

301 North Lake Ave.
Suite 920
Pasadena, CA 91101

(213) 330-7149 office
(213) 330-7152 fax
elaine@hbsslaw.com

**YEARS OF EXPERIENCE**
› 17

**PRACTICE AREAS**
› Consumer Protection
› Qui Tam
› Antitrust Litigation
› Appellate

**BAR ADMISSIONS**
› State Bar of California

**COURT ADMISSIONS**
› U.S. District Court for the Central District of California
› U.S. District Court for the Northern District of California
› U.S. District Court for the Southern District of California
› U.S. Court of Appeals for the Ninth Circuit
› U.S. District Court for the Eastern District of California

**EDUCATION**
› Harvard Law School, J.D., **cum laude**, 2002
› University of Southern California, B.S., Public Policy, summa **cum laude**, 1999

**CURRENT ROLE**

› Partner, Hagens Berman Sobol Shapiro LLP

› Ms. Byszewski has litigated a number of complex class actions on behalf of consumers, employees and whistleblowers resulting in multimillion-dollar settlements, including cases against Toyota, Ford, AstraZeneca Pharmaceuticals, Berkeley Premium Nutraceuticals, Solvay Pharmaceuticals, Costco, Apple and KB Homes.

› Currently, Ms. Byszewski is involved in:
  - Multi-state antitrust action against major dairy cooperatives for colluding in the premature slaughter of a half a million cows to drive up the price of milk
  - Deceptive advertising case against Mars, Nestle, and Hershey involving their undisclosed use of child and slave labor in Ivory Coast chocolate supply chains
  - Deceptive advertising case against the makers of Chicken of the Sea, Fancy Feast, Iams, and Meow Mix involving their undisclosed use of slave labor in Thai seafood supply chains
  - Hagens Berman's representation of the City of Los Angeles and other municipalities in litigation against major banks for discriminating against minority borrowers

**RECENT SUCCESS**

› Litigated **Milk Antitrust** from complaint filing to settlement of $52 million and received the American Antitrust Institute's 2018 award for Outstanding Antitrust Litigation Achievement in Private Law Practice

› Member of litigation team that settled **Toyota Unintended Acceleration Litigation** for $1.6 billion and was a finalist for Public Justice's 2014 Trial Lawyer of the Year award

**NOTABLE CASES**

› Dairy Cooperatives Antitrust Litigation
› SeaWorld Consumer Lawsuit
› Chocolate Child Labor Cases
› Seafood Slave Labor Cases
› Toyota Unintended Acceleration
› Ford Spark Plugs
› SunRun, Inc. Advertising Litigation
› AstraZeneca Pharmaceuticals (Nexium) Litigation
› Merck (Vioxx) Litigation
› Berkeley Nutraceuticals (Enzyte) Litigation
› Solvay Pharmaceuticals (Estratest) Litigation
› Apple iPod Litigation
› Costco Wage and Hour Litigation

HAGENS BERMAN SOBOL SHAPIRO LLP

**PARTNER**
# Elaine T. Byszewski

**EXPERIENCE**

> Prior to joining Hagens Berman, Ms. Byszewski focused her practice on labor and employment litigation and counseling. During law school she worked in the trial division of the office of the Attorney General of Massachusetts.

**RECOGNITION**

> Lawdragon 500 Leading Plaintiff Financial Lawyers, 2020

**PUBLICATIONS**

> "Valuing Companion Animals in Wrongful Death Cases: A Survey of Current Court and Legislative Action and A Suggestion for Valuing Loss of Companionship," Animal Law Review, 2003, Winner of the Animal Law Review's 5th Annual Student Writing Competition

> "What's in the Wine? A History of FDA's Role," Food and Drug Law Journal, 2002

> "ERISA and RICO: New Tools for HMO Litigators," Journal of Law, Medicine & Ethics, 2000

**PERSONAL INSIGHT**

Ms. Byszewski's proudest moment was teaching her older son to swim. Tennis is next on the agenda. Her biggest challenge is keeping her two-year-old out of trouble.