# EXHIBIT F



Before joining Hagens Berman, Jongukk served as a lecturer in a prestigious university in Korea and published various legal articles on tax policy in leading Korean scholarly journals.

| | |
|---|---|
| All › | |
| Current Role › | |
| Experience | |
| Activities | |
| Publications | |
| Languages | |
| Personal Insight | |

## CURRENT ROLE

- Staff Attorney, Hagens Berman Sobol Shapiro LLP

## EXPERIENCE

- Sookmyoung Women's University, Lecturer, March 2011 – December 2011
- SM Developing, LLC, Mattawa, WA, Legal/Project Manager, June 2008 – March, 2009
- Wright Firm, Dallas, TX, Legal Assistant, May 2002 – May 2005 and Summer 2006
- Seoul Ecological Science Institution, Seoul, South Korea, May 1997 – May 2001
  - Seoul Ecological Science Institution, Seoul, South Korea, May 1997 – May 2001

## ACTIVITIES

Catholic Human Rights Committee, Seoul, South Korea, Research Fellow, May 1996 - May 2001

- Assisted attorneys with client meetings and court filings with the South Korean District and Appellate Courts
- Assisted the investigation of suspicious deaths in Korean armed forces

Korean Army 15th Division, Hwacheon, South Korea, Sergeant, Oct 1989 - May 1992

- Honored as model solder by the 15th Division commander
- Honored as model soldier by the 39th Regiment commander

## PUBLICATIONS

- "Marriage Penalty in Discussion in Korea, in Dispute in the States," *Seol-rin Tax Law Society*, May 5, 2011

### EDUCATION



Tulane University School of Law, J.D., 2008



Southern Methodist University School of Law, Master of Law, Comparative Law, 2002



Korea University School of Law, Bachelor of Law, 2000