# EXHIBIT G



**STAFF ATTORNEY**
# Helen Y. Hsu

T 206-623-7292
F 206-623-0594
helenh@hbsslaw.com
Download vCard

SEATTLE

| All › |
|---|
| Current Role |
| Notable Cases |
| Languages |
| Personal Insight |

**YEARS OF EXPERIENCE**
21

**PRACTICE AREAS**
Antitrust Litigation
Price-fixing Cases

**BAR ADMISSIONS**
- Washington

**COURT ADMISSIONS**
- U.S. District Court, Western District of Washington

**EDUCATION**



Washington University in St. Louis School of Law, J.D.



University of Washington, B.A., Political Science

## CURRENT ROLE

- Staff Attorney, Hagens Berman Sobol Shapiro LLP
- Practice focuses on antitrust cases

## NOTABLE CASES

- *Optical Disk Drive Antitrust Litigation*
- *In re Lithium Ion Batteries Antitrust Litigation*
- *In re Broiler Chicken Antitrust Litigation*

## LANGUAGES

- Mandarin Chinese
- Taiwanese

## PERSONAL INSIGHT

In her spare time, Helen enjoys playing the piano and violin.