# EXHIBIT H



STAFF ATTORNEY

# Patrick Ryan

T 206-623-7292
F 206-623-0594
patrickr@hbsslaw.com
 Download vCard

**SEATTLE**

Mr. Ryan worked for many years in complex large corporate litigation, with experience in representing both plaintiffs and defendants. For several years he worked as part of defense team for a law firm representing Microsoft in various cases, usually antitrust

| All › |
|---|
| Current Role |
| Experience |
| Personal Insight › |

**YEARS OF EXPERIENCE**
24

**PRACTICE AREAS**
Antitrust Litigation
Class Action

**BAR ADMISSIONS**
- Washington
- Hawaii
- Washington, D.C.

**EDUCATION**



## CURRENT ROLE

- Staff attorney, Hagens Berman Sobol Shapiro LLP

- Mr. Ryan supports the firm's class-action litigation and reviews documents produced in a case pertaining to depositions, expert analysis, and in support of factual and legal assertions in court pleadings and correspondence.

- Reviews correspondence and other documents for class-action litigation. Assists economic expert review in locating relevant material for their analysis. Assists senior attorneys in preparing court pleadings or deposition preparation by searching for and analyzing, correlating and synthetizing information found within documents produced as part of case discovery.

## EXPERIENCE

Prior to joining Hagens Berman, Mr. Ryan has worked as a contract attorney and document reviewer at several firms including Seattle-area