# EXHIBIT A



**LOCKRIDGE GRINDAL NAUEN** P.L.L.P.
Attorneys at Law

**Brian D. Clark**
*Partner*
612-339-6900
bdclark@locklaw.com

## Practices

Antitrust Law
Business Litigation
E-Discovery

## Education

University of Minnesota Law School, 2009
*magna cum laude*, Order of the Coif

Luther College, 2005
*summa cum laude*, Phi Beta Kappa

## Bar Admissions

2009, Minnesota

## Court Admissions

Iowa
Minnesota
U.S. District Court, District of Minnesota
U.S. District Court, Eastern District of Wisconsin
U.S. Court of Appeals for the Seventh Circuit

# Brian D. Clark

Brian D. Clark is a partner in the firm, and focuses on plaintiffs-side antitrust class actions, practicing extensively in federal and state courts nationwide. Mr. Clark has led the charge in many recent antitrust cases in the agricultural area, including price-fixing cases involving chicken, pork, beef, turkey and peanuts.  To date, in these cases alone Mr. Clark has helped recover nearly $300 million.

Mr. Clark also leads the firm's e-discovery practice group in which he advises clients of all sizes on e-discovery matters. He frequently presents at CLEs regarding e-discovery, is a Member of the Sedona Conference Working Group 1, and teaches an e-discovery seminar at the University of Minnesota Law School. Mr. Clark also co-founded and is President of the Board of Directors for the Complex Litigation E-Discovery Forum, which is a forum for plaintiffs-side complex litigation attorneys to discuss and advance best practices for e-discovery.

Mr. Clark is a 2009 *magna cum laude* graduate of the University of Minnesota Law School where he was elected Co-Editor-in-Chief of the *Minnesota Journal of International Law* and was a member of the Order of the Coif. While in law school, Mr. Clark served as a Student Attorney for the Consumer Protection Clinic and interned with the Honorable Judge Patrick J. Schiltz of the United States District Court for the District of Minnesota. Before law school, Mr. Clark was an AmeriCorps volunteer in Alaska and a canoe guide in the Boundary Waters Canoe Area Wilderness of Northern Minnesota.

## Representative Cases

- *In re Peanut Farmers Antitrust Litig. (aka, "D&M Farms et al. v. Birdsong Corp. et al.")*, No. 2:19-cv-00463 (E.D. Va.). Personally appointed as co-lead counsel in this ongoing antitrust class action on behalf of peanut farmers accusing peanut shelling companies of price-fixing. Recovered $57.75 million for the class to date.

- *In re Broiler Chicken Antitrust Litig.*, No. 1:16-cv-08637 (N.D. Ill.). Firm appointed as co-lead counsel in this ongoing antitrust class action on behalf of direct purchaser plaintiffs against broiler chicken producers. Recovered $170 million for the class to date.

- *In re Pork Antitrust Litig.*, No. 0:18-cv-01776 (D. Minn.). Firm appointed as co-lead counsel in this ongoing antitrust class action on behalf of direct purchaser plaintiffs against pork producers. Recovered $24.5 million for the class to date.

From the Courtroom to the Capitol®

## Professional Associations

- Sedona Conference Working Group 1, Steering Committee Member
- Complex Litigation E-Discovery Forum, Co-Founder & President of the Board of Directors
- Twin Cities Diversity in Practice, Mentor
- American Bar Association, Antitrust Section
- American Antitrust Institute, Member
- Minnesota State Bar Association, Antitrust Law Section, Council Member

## Professional Recognition

- Named a Super Lawyer in 2020 by Super Lawyers®.
- Named a Minnesota Rising Star for 2015-2019 by Super Lawyers®.
- Named an "Up & Coming Attorney" by Minnesota Lawyer for 2015.

- *In re Turkey Antitrust Litig.*, No. 1:19-cv-08318 (N.D. Ill.). Firm appointed as co-lead counsel in this ongoing antitrust class action on behalf of direct purchaser plaintiffs against turkey producers.

- *Kleen Prods. LLC, et al. v. Int'l Paper Co., et al.*, No. 1:10-cv-5711 (N.D. Ill.). Represented plaintiffs in complex antitrust class action against manufacturers of Containerboard Products, including leading discovery of the second largest defendant. Recovered over $375 million.

- *In re Liquid Aluminum Sulfate Antitrust Litig.*, No. 2:16-md-02687 (D. N.J.). Represented 10 Minnesota municipalities and corporations regarding price-fixing and bid rigging by manufacturers of a water treatment chemical.

- *In re Resistors Antitrust Litig.*, No. 3:15-cv-03820 (N.D. Cal.). Represented indirect purchaser plaintiffs in complex antitrust class action against manufacturers of resistors.

- *In re Capacitors Antitrust Litig.*, No. 3:14-cv-03264 (N.D. Cal.). Represented indirect purchaser plaintiffs in complex antitrust class action against manufacturers of capacitors.

- *In re Lithium Batteries Antitrust Litig.*, MDL No. 2420 (N.D. Cal.). Represented direct purchaser plaintiffs in complex antitrust class action against manufacturers of lithium ion batteries. Recovered $68.85 million.

- *Miller & Graham v. Ramsey Cnty. Sheriff Matthew Bostrom & Cnty. of Ramsey*, No. 11-cv-2401 (D. Minn.). Represented defendants against claims of First Amendment retaliatory discharge by two former Ramsey County Sheriff's deputies. Obtained dismissal of Ramsey County and successfully defended Sheriff Bostrom in a jury trial in federal court.

## Presentations

- "Town Hall on Technology-Assisted Review," Moderator, Sedona Conference Working Group 1 (March 2, 2021)
- "Class Actions in the Digital Age," Speaker, American Antitrust Institute (June 2020)
- "Privacy and Cybersecurity," Panel Member, Federal Judicial Center's 5th Annual Judicial Training Symposium (Oct. 15, 2019)
- Hot Button Issues in Negotiating ESI Protocols, Moderator, Sedona Conference Working Group 1 Annual Meeting (Oct. 24, 2019)
- "2019 Antitrust Round Up: Information Exchange: Is Sharing Really Caring?", Panel Member, Minnesota State Bar Association Antitrust Section CLE (June 28, 2019)
- "E-Discovery & Antitrust Investigations: A Perspective from the Government, In-House and Outside Counsel," Minnesota State Bar Association Antitrust Section CLE (Dec. 12, 2017)
- "Hot Topics in eDiscovery for the Public Lawyer, Minnesota State Bar Association Public Law Section CLE (Nov. 17, 2017)
- "E-Discovery for the Solo and Small Firm Attorney: The Basics of Doing More With Less," MNCLE Solo & Small Firm Annual Conference (Aug. 7, 2017)
- "Examining Rule 34," Sedona Conference WG1 Mid-Year Meeting (May 5, 2017)
- "The Proof is on My Phone: Dealing with Discovery in the Era of Social Media & Smart Phone Apps," Legal Services State Support CLE (August 25, 2016)

From the Courtroom to the Capitol®

© Lockridge Grindal Nauen P.L.L.P. 2021 | Minneapolis, MN (612) 339–6900 | Washington, D.C. (202) 544–9840 | Bismarck, ND (701) 426-7940 | LOCKLAW.COM