# EXHIBIT B



**W. Joseph Bruckner**
*Partner*
612-339-6900
wjbruckner@locklaw.com

### Practices

Antitrust Law
Business Litigation

### Education

Creighton University School of Law, 1982, *cum laude*

University of Nebraska, 1978, *magna cum laude*

### Court and Bar Admissions

Minnesota State and Federal Courts
United States Supreme Court
U.S. Court of Appeals, Eighth Circuit
U.S. Court of Appeals, Seventh Circuit
U.S. Court of Appeals, Sixth Circuit
U.S. Court of Appeals, Third Circuit
Several U.S. District Courts

# W. Joseph Bruckner

For more than thirty years Joe Bruckner has litigated antitrust and competition matters, and practices in complex business litigation in federal and state courts nationwide. He is regularly appointed lead and co-lead class counsel by courts in nationwide antitrust litigation. Mr. Bruckner graduated with honors from Creighton University School of Law, and served as a law clerk to the Honorable Donald P. Lay, then Chief Judge of the United States Court of Appeals for the Eighth Circuit.

He serves on the Board of Directors and the Advisory Board of the American Antitrust Institute, and on the Antitrust Law Advisory Board of Strafford Publications and Seminars. He is a past chair of the Minnesota State Bar Association Antitrust Law Section, a past president of the Committee to Support the Antitrust Laws, and is regularly named a "Super Lawyer" in a peer review list of leading Minnesota attorneys. He is a contributing author to The International Handbook on Private Enforcement of Competition Law (2010), and Private Enforcement of Antitrust Laws in the United States (2012). He speaks at antitrust and complex litigation conferences and programs locally and nationwide.

### Recent Representative Cases

All United States Federal District Courts

- *In re Broiler Chicken Antitrust Litig.*, No. 1:16-cv-08637 (N.D. Ill.) (Co-Lead Counsel)
- *In re Pork Antitrust Litig.,* No. 18:cv-01776 (D. Minn.) (Co-Lead Counsel)
- *In re Turkey Antitrust Litig.,* No. 1:19-cv-08318 (N.D. Ill.) (Co-Lead Counsel)
- *In re Beef Purchasers Antitrust Litig.,* No. 0:19-cv-01129 (D. Minn.) (Co-Lead Counsel)
- *In re Peanut Farmers Antitrust Litig.,* No. 2:19-cv-00463 (E.D. Va.)
- *In re Surescripts Antitrust Litig.,* No. 1:19-cv-06627 (N.D. Ill.)
- *Precision Assocs., Inc., et al. v. Panalpina World Transp. (Holdings) Ltd., et al. (Freight Forwarder Antitrust Litig.)*, No. 1:08-cv-00042 (E.D.N.Y.) (Co-Lead Counsel)
- *In re Potash Antitrust Litig. (II)*, No. 1:08-md-06910 (N.D. Ill.) (Co-Lead Counsel)

# From the Courtroom to the Capitol®

### Professional Associations

- The American Antitrust Institute (AAI), Member, Board of Directors and Advisory Board
- The Committee to Support the Antitrust Laws (COSAL), Past President and Executive Committee Member
- Hennepin County Bar Association
- Minnesota State Bar Association Antitrust Law Section, Past Chair and Emeritus Member
- American Bar Association's Antitrust and Litigation Sections
- Strafford Publications and Seminars, Antitrust Law Advisory Board Member

### Professional Recognition

- Named a Minnesota Super Lawyer for 2008-2018 by Super Lawyers®
- Recognized for Trial Lawyer Excellence, 2013, by Jury Verdict Reporter®.

- *In re Wholesale Grocery Prods. Antitrust Litig.*, No. 0:09-md-2090 (D. Minn.) (Co-Lead Counsel)
- *In re Urethane Antitrust Litig. (Polyester Polyols)*, No. 2:04-md-01616 (D. Kans.) (Co- Lead Counsel)
- *In re Flat Glass Antitrust Litig*. (II), No. 2:08-mc-00180 (W.D. Pa.) (Co- Lead Counsel)
- *In re Air Cargo Shipping Services Antitrust Litig*., No. 1:06-md-1775 (E.D.N.Y.) (Co-Lead Counsel)
- *In re MSG Antitrust Litig.*, No. 00-md-01328 (D. Minn.) (Co-Lead Counsel)
- *In re Pressure Sensitive Labelstock Antitrust Litig.*, No 3:03-mdl-01556 (M.D. Pa.) (Co-Lead Counsel)

### Other Representative Cases

- *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, No. 1:05-md-01720 (E.D.N.Y.)
- *In re Automotive Parts Antitrust Litig.*, No. 2:12-md-02311 (E.D. Mich.)
- *Kleen Prods. LLC v. Packaging Corp. of Am. (Containerboard Antitrust Litig.)*, No. 10-cv-05711 (N.D. Ill.)
- *In re TFT-LCD (FLAT PANEL) Antitrust Litig.*, No. M:07-01827 (N.D. Cal.)
- *In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 3:7-cv-05944 (N.D. Cal.)
- *In re Lithium Ion Batteries Antitrust Litig.*, No. 4:13-md-02420 (N.D. Cal.)
- *In re Optical Disk Drive (ODD) Antitrust Litig.*, No. 3:10-md-2143 (N.D. Cal.)
- *In re Transpacific Passenger Air Transp. Antitrust Litig.*, No. C:07-05634 (N.D. Cal.)

### Presentations

- Fall 2013, 2014, 2016, 2017: Speaker and Panelist at the Cambridge Antitrust Litigation Forum.
- May 14, 2014: Speaker at the American Bar Association program, Civil Practice and Cartel & Criminal Practice Committees, on the Foreign Trade Antitrust Improvements Act.
- April 10-12, 2013: Speaker and Panelist at the American Bar Association Antitrust Law Section Annual Spring Meeting.

### Publications

- Contributing Author, *Private Enforcement of Antitrust Law in the United States,* A. Foer and R. Stutz, eds., Edward Elgar Publishing (UK) (October 2012).
- Contributing Author, *Plaintiffs' Remedies, International Handbook On Private Enforcement Of Competition Law*, American Antitrust Institute (Dec. 2010).



From the Courtroom to the Capitol®