# EXHIBIT C



**Robert K. Shelquist**
*Partner*
612-339-6900
rkshelquist@locklaw.com

**Practices**

Products Liability & Consumer Fraud Litigation
Antitrust Law
Business Litigation

**Education**

University of Minnesota Law School, 1990, *cum laude*

**Bar Admissions**

1990, Minnesota

**Court Admissions**

Minnesota
U.S. District Court, District of Minnesota
Eighth Circuit Court of Appeals
U.S. Supreme Court

# Robert K. Shelquist

Rob K. Shelquist is a partner in the firm, and heads the firm's consumer protection and products liability litigation practice groups. During the course of his career, he has represented individuals, small businesses, and corporations in a wide range of civil litigation including defective and mispriced products, securities and ERISA, anti-competitive conduct, privacy, and the use of sharp business practices, fraud, misrepresentations, and other statutory violations in conjunction with the sale of goods and services. Mr. Shelquist has represented plaintiffs as court-appointed counsel and was one of the trial attorneys in two national class actions tried to verdict. In *Peterson v. BASF Corp.*, a judgment in excess of $60 million was paid following a jury verdict, multiple state appellate opinions, and two trips to the U.S. Supreme Court.

Mr. Shelquist has been and continues to be named Lead, Executive Committee, Plaintiff Steering Committee, and Committee Chair in complex litigation in both federal and state courts throughout the United States. Over the course of his career, Mr. Shelquist has led cases which have collectively resulted in close to $1 billion worth of recoveries by way of judgment and settlement.

A 1987 graduate of the University of California at Berkeley with a double major in Legal Studies and Political Science (with high honors), Mr. Shelquist was elected to the Golden Key Society. He received his J.D. Degree from the University of Minnesota Law School, *cum laude*, in 1990. He continues to lecture at continuing legal education events on a variety of topics, has been involved in the leadership of the consumer section of the Bar Association, and is a member of a working group for Standards and Best Practices, Duke Law Center for Judicial Studies.

## Representative Cases

- *In re CertainTeed Corp. Roofing Shingle Prods. Liab. Litig.*, MDL 1817 (E.D. Pa.) (Co-Lead Counsel)
- *Eliason v. Gentek Building Prods., Inc., et al.*, No. 10-cv-2093 (N.D. Ohio) (Executive Committee)
- *In Re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.) (Lead Counsel)

**From the Courtroom to the Capitol®**

## Professional Associations

- AAJ
- Federal Bar Association
- Minnesota Bar Association

## Professional Recognition

- Named a Minnesota Super Lawyer® from 2003-2017
- Listed in the Guide to Leading American Attorneys
- Attorney of the Year (Syngenta litigation team) by Minnesota Lawyer in 2017

## Presentations

Mr. Shelquist lectures on a variety of legal topics.

## Community Involvement

Mr. Shelquist is involved with a number of community organizations as a volunteer.

- *In Re IKO Roofing Shingle Prods. Liab. Litig.*, MDL No. 2104 (C.D. Ill.) (Co-Lead Counsel)
- *In Re Kitec Plumbing Sys. Prods. Liab. Litig.*, MDL No. 2098 (N.D. Tex.) (Co-Lead Counsel)
- *McFerren v. AT&T Mobility LLC*, No. 2008-cv-151322 (Superior Court Fulton County, GA) (Chairman of Plaintiffs' Steering Committee)
- *In Re Medtronic, Inc. Sprint Fidelis Leads Prods. Liab. Litig.*, MDL 08-1905 (D. Minn.) (Liaison Counsel)
- *In Re Navistar Diesel Engine Prods. Liab. Litig.*, MDL No. 2223 (N.D. Ill.) (Plaintiffs' Steering Committee)
- *In Re Northstar Educ. Fin., Inc. Contract Litig.*, MDL 08-1990 (D. Minn.) (Co-Lead Counsel)
- *Cynthia Walker v. Cellfish Media, LLC*, No. 08 CH 40592 (Ill. Cir. Ct.) (Plaintiffs' Steering Committee)
- *Patricia Wright, et al. v. Owens Corning*, MDL No. 1567 (W.D. Pa) (Co-Lead Counsel)
- *In re Google Android Consumer Privacy Litig.*, MDL No. 2264 (N.D. Calif.) (Interim Co-Lead Counsel)
- *In Re Zurn Pex Prods. Liab. Litig.,* MDL 1958 (D. Minn.) (Co-Chair Plaintiffs' Steering Committee)
- *In Re Aredia and Zometa Prods. Liab. Litig.*, MDL 06-1760 (M.D. Tenn.) (Plaintiffs' Steering Committee)
- *In Re Baycol Prods. Litig.*, MDL No. 1431 (D. Minn.) (Discovery and Briefing Committees)
- *In Re Blue Cross Blue Shield Subscriber Litig.*, No. 19-C3-98-7780 (Dakota Cnty. Dist. Ct., Minn.) (Co-Chair Discovery Committee)
- *Davenport, et al. v. Illinois Farmers Ins. Co., et al.*, No. CIV-03-158-F (W.D. Okla.)
- *In Re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, MDL No. 05-1708 (DWF/AJB) (D. Minn.) (Trial Team)
- *In Re IPhone Application Litig.*, No. 10-CV-05878-LHK (N.D. Cal.) (Executive Committee)
- *In Re Medtronic, Inc., Inplantable Defibrillators Prods. Liab. Litig.*, MDL No. 05-1726 (JMR/AJB) (D. Minn.) (Trial Team)
- *In Re Meridia Prods. Liab. Litig.*, MDL 1481 (N.D. Ohio) (Co-Chair Discovery Committee)
- *In Re Milk Prods. Antitrust Litig.*, No. 3-96-458 (D. Minn.) (Co-Chair Discovery Committee)
- *In Re National Arbitration Forum Litig.*, No. 09-1939 (D. Minn.) (Plaintiffs' Lead Counsel Committee)
- *Robert Smale v. Sears Roebuck & Co. & Whirlpool Corp.*, No. C3-04-8891 (Hennepin Cnty. Dist. Court) (Liaison Counsel)
- *George v. Uponor Corp., et al.*, No. 12-249 (D. Minn.) (Co-Lead Counsel)



LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Attorneys at Law

From the Courtroom to the Capitol®