# EXHIBIT E



# Arielle S. Wagner

Arielle Strong Wagner concentrates her practice in the firm's antitrust, data breach, health care, and business practice groups. Arielle represents consumers, small businesses, and tribes in complex litigation throughout the United States. She plays a key role in plaintiff-side antitrust matters, including her work on the co-lead counsel team in the *In re Pork Antitrust Litigation* and on the discovery committee in the *In re Generic Pharmaceuticals Pricing Antitrust Litigation.*

Arielle currently serves as President of the Minnesota American Indian Bar Association, and as a Director on the Board of the National Native American Bar Association. She is passionate about issues related to diversity and inclusion in the legal industry and helps lead the firm's Diversity and Inclusion Committee.

Arielle is from the Lake Vermillion Reservation in Tower, Minnesota. She is an enrolled member of the Bois Forte Band of Chippewa in Northern Minnesota.

**Arielle S. Wagner**
*Associate*
612-596-4055
aswagner@locklaw.com

### Practices

Antitrust Law
Data Breach Litigation
Health Care Law
Business Litigation

### Education

University of Minnesota Law School, 2016, Concentrations in Labor & Employment Law and Business Law
University of Minnesota College of Liberal Arts, 2012, B.A. English and Sociology

### Bar Admissions

2016, Minnesota

### Court Admissions

Minnesota
U.S. District Court, District of Minnesota

## Representative Cases

- *In re Generic Pharms. Pricing Antitrust Litig.*, No. 16-md-2724 (E.D. Pa.)
- *In re Beef Antitrust Litig.*, No. 0:19-cv-01129-JRT-HB (D. Minn.)
- *In re Pork Antitrust Litig.*, No. 0:18-cv-01776-JRT-HB (D. Minn.)
- *In re: Juul Labs, Inc. Antitrust Litig.*, No. 3:20-cv-02345-WHO (N.D. Cal.)
- *Beck v. Austin*, No. 19-01453-PJS-SER (D. Minn.)
- *In re Cedar Shakes Antitrust Litig.*, No. 2:19-cv-00288-MJP (W.D. Wash.)
- *In re EpiPen ERISA Litig.*, No. 0:17-1884-PAM-SER (D. Minn.)
- *In re Fedloan Student Loan Servicing Litig.*, No. 18-md-02833-CDJ (E.D. Pa.)

## Presentations & Publications

- "Voting Rights and Native American Suffrage" CLE Co-Sponsored by the Ramsey County Bar Association and the Minnesota American Indian Bar Association (November 2020).
- "Remote Deposition Protocols" at the Complex Litigation E-Discovery Forum (October 2020).
- "LGN Leadership in the Law with Hennepin County District Court Chief Judge Todd Barnette," *Moderator*, Lockridge Grindal Nauen P.L.L.P. (October 2020).

### From the Courtroom to the Capitol®

© Lockridge Grindal Nauen P.L.L.P. 2021 | Minneapolis, MN (612) 339–6900 | Washington, D.C. (202) 544–9840 | Bismarck, ND (701) 426-7940 | locklaw.com

- "Tribal Food and Resource Sovereignty in the Context of Climate Change," *Moderator*, CLE Co-Sponsored by the Minnesota American Indian Bar Association, and the MSBA Environmental, Natural Resources, and Energy Law Section (June 2020).
- Arielle A. Dagen-Sunsdahl, Navigating Through *Hills & Dales*: Can Employers Abide by the NLRA While Maintaining Civil Work Environments?, 31 A.B.A. J. Lab & Emp. L 363 (2016).

### Professional Associations

- President, Minnesota American Indian Bar Association
- Director, National Native American Bar Association
- Minnesota Chapter of the Federal Bar Association, serving on the Diversity Committee
- American Bar Association
- Minnesota State Bar Association

### Recognition

- Named a "North Star Lawyer" by the Minnesota State Bar Association for 2018 and 2019 in recognition of pro bono work.

### Community Involvement

- Advocates for Human Rights
- American Constitution Society
- Reader/Writer Program



From the Courtroom to the Capitol®