# EXHIBIT F



# Stephanie A. Chen

**Stephanie A. Chen**
*Associate*
612-339-6900
sachen@locklaw.com

### Practices

Antitrust Law
Business Litigation
Data Breach Litigation
Products Liability & Consumer Fraud Litigation
Intellectual Property

### Education

University of Virginia School of Law, 2018
University of Southern California, 2015,
*magna cum laude*

### Bar Admissions

2018, Minnesota

### Court Admissions

Minnesota
U.S. District Court, District of Minnesota

Stephanie A. Chen is an associate at the firm, and practices primarily in the firm's antitrust, business, and consumer groups. Since joining the firm, she has been actively involved in a number of complex class action matters across different stages of litigation, especially in the discovery process. Stephanie serves on the firm's Diversity and Inclusion Committee, and also maintains an active pro bono practice representing foster care youths, entrepreneurs, and artists.

Stephanie graduated from the University of Virginia School of Law in 2018 where she served on the editorial board of the *Virginia Law and Business Review*. Prior to joining this firm, she worked at a boutique trial firm in Los Angeles and at an Am Law 100 firm.

## Representative Cases

- *In re Peanut Farmers Antitrust Litig.*, No. 2:19-cv-00463 (E.D. Va.)
- *In re Pork Antitrust Litig.*, No. 18-1776 (D. Minn.)
- *In re Generic Pharms. Pricing Antitrust Litig.*, No. 16-MD-2724 (E.D. Pa.)
- *In re Beef Purchasers Antitrust Litig.* (aka, *Peterson v. JBS USA Food Co. Holdings et al.*), No. 0:19-cv-01129 (D. Minn.)
- *Roley et al. v. Google LLC*, No. 5:18-cv-7537 (N.D. Cal.)
- *Winter Haven Store #1 et al. v. Steak 'n Shake Enters., Inc. et al.*, No. 49D11-2101-CT-000473 (Marion Cnty. Sup. Ct., Ind.)

## Presentations & Publications

- "LGN Leadership in the Law with Hennepin County District Court Chief Judge Todd Barnette," *Moderator*, Lockridge Grindal Nauen P.L.L.P. (October 2020).

## Professional Associations

- Minnesota Asian Pacific American Bar Association, Vice President of Communications
- Twin Cities Diversity in Practice, Emerging Leaders Group Outreach Lead
- Hennepin County Bar Association
- Federal Bar Association, Minnesota Chapter
- National Asian Pacific American Bar Association

### From the Courtroom to the Capitol®

### Recognition

- Named a "North Star Lawyer" by the Minnesota State Bar Association for 2018 and 2019 in recognition of pro bono work.

### Community Involvement

- Children's Law Center of Minnesota
- Springboard for the Arts
- LegalCORPS
- Reader/Writer



From the Courtroom to the Capitol®