# EXHIBIT G

# EXHIBIT G

---

**Time and Expense Billing Protocol**
*Klein, et al v. Facebook, Inc.*, Case No. 20-cv-08570-LHK (N.D. Cal.)

To efficiently manage and direct the prosecution of this case, Plaintiffs' Interim Co-Lead Counsel will prepare and review time and expense reports monthly.  Attached are Excel spreadsheet time and expense report forms to use for reporting your firm's time and expense data.

All time is to be reported at the billing rates in effect at the time the work was performed. Each firms' subsequent reports should be done on a monthly basis and submitted by the **20th day of the month** for the preceding month.  Please keep your time and expense reporting current. Failure to do so may be grounds for denying any subsequent request for fees or expense reimbursement.

Below are the task codes to use for time entry:

FB1 = Legal Research
FB2 = Investigation / Factual Research
FB3 = Discovery (Written, Deposition Taking & Defending, Meet & Confer, etc.)
FB4 = Document Review Tier 1 – subject to rate cap
FB5 = Document Review Tier 2 & Depo Prep – subject to rate cap[1]
FB6 = Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
FB7 = Class Certification & Class Notice
FB8 = Summary Judgment
FB9 = Appeals
FB10 = Court Appearances & Prep
FB11 = Experts
FB12 = Settlement & Mediation
FB13 = Case Management
FB14 = Trial Prep (Exhibit & Witness List, Jury Instructions, Voir Dire, Opening & Closing Statements, Arguments, Demonstratives, etc.)
FB15 = Trial

In your time and expense report, please adhere to these guidelines:

1.      Time is to be reported in tenths of an hour.

---

[1] Unless co-lead counsel has expressly approved use of the FB5 task code for a specific attorney, then it may not be used.

Plaintiff Counsel
Time & Expense Protocol
Page 2

2.  Time is to be recorded by task with a specific amount of time for each task described; do not submit "block billing" with one undifferentiated total time for multiple tasks.

3.  Time is to be recorded at the billing rate in effect when the work is performed.

4.  Time spent on Tier 1 reviewing documents is capped at $250 per hour.

5.  Time spent on Tier 2 document review and deposition preparation is capped at $350 per hour.

6.  Please do not submit time for any of the following.  It will not be compensated or included in any fee petition:

    •  work not performed at the request or under the direction of co-lead counsel;
    •  duplication of efforts within a firm;
    •  time spent in preparing and submitting time and expense reports;
    •  "read and review" time unrelated to preparation for or performance of work specifically assigned by co-lead counsel;
    •  routine clerical tasks (such as "file maintenance" by a paralegal or clerical staff); or
    •  time associated with work relating to any client or potential client that did not retain your firm for this case.

7.  Your expense report should itemize your out-of-pocket, case-related expenses.  If you have a "Miscellaneous/Other" expense item on a report, please describe it with sufficient detail to identify the expense and its relation to the case.

8.  Routine office supplies and regular secretarial time should *not* be included as a case expense.

9.  No surcharges should be reflected in or applied to any expenses, including telephone, faxes, and copying.

10.  Each expense claim must be properly documented by a sufficiently detailed receipt or some other form of proof of payment acceptable for ultimate presentation to and approval by the Court.  Each firm is to maintain and preserve all detailed receipts and expense documentation for production to Lead Counsel upon request.  Cash advances will not be considered for reimbursement without evidence of payment made for an expense related to the case.

11.  Travel expenses should follow these guidelines:

    •  Flights of less than six hours should be submitted at coach class rates; flights exceeding six hours may be submitted at business class rates;

Plaintiff Counsel
Time & Expense Protocol
Page 3

- All flights are to be booked at the lowest fare available;

- First class airfare should not be submitted and will not be reimbursed; and

- For overnight travel, counsel is to be mindful in selecting reasonable hotel accommodations and restaurants.

**IN RE FACEBOOK ANTITRUST LITIGATION**

**TIME REPORT** - *(To be submitted on the 20th of every month)*

**Firm Name:**        **Reporting Period:**

**Categories:**

**P1) Legal Research**

**P2) Investigation / Factual Research**

**P3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc. )**

**P4) Document Review Tier 1 - Subject to rate cap**

**P5) Document Review Tier 2 & Deposition Preparation - Subject to rate cap**

**P6) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)**

**P7) Class Certification & Class Notice**

**P8) Summary Judgment**

**P9) Appeals**

**P10) Court Appearances & Preparation**

**P11) Experts**

**P12) Settlements & Mediation**

**P13) Case Management**

**P14) Trial Prep (Exhibit & Witness List/Jury Instructions/Vior Dire/Opening & Closing Statements/Arguments/ Demonstratives/etc.)**

**P15) Trial**

**TITLE:**

**(P) Partner**

**(A)  Associate**

**(LC)  Law Clerk**

**(SPL) Senior Paralegal**

**(PL) Paralegal**

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |
| **GRAND TOTAL:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |

*IN RE FACEBOOK ANTITRUST LITIGATION*

**EXPENSE REPORT -** *(To be submitted on the 20th of each month* )

**FIRM NAME:**

**REPORTING PERIOD:**

| CATEGORY | DESCRIPTION (If necessary) | PRIOR COSTS | CURRENT COSTS | CUMULATIVE COSTS |
|---|---|---|---|---|
| Litigation Assessment | | $0.00 | $0.00 | $0.00 |
| Court Costs - Filing Fees | | $0.00 | $0.00 | $0.00 |
| Experts/consultants | | $0.00 | $0.00 | $0.00 |
| Federal Express / UPS /Ontrac | | $0.00 | $0.00 | $0.00 |
| Postage / U.S. Mail | | $0.00 | $0.00 | $0.00 |
| Service of Process | | $0.00 | $0.00 | $0.00 |
| Messenger/delivery | | $0.00 | $0.00 | $0.00 |
| Hearing Transcripts | | $0.00 | $0.00 | $0.00 |
| Investigation | | $0.00 | $0.00 | $0.00 |
| Lexis/westlaw | | $0.00 | $0.00 | $0.00 |
| Photocopies - in House | | $0.00 | $0.00 | $0.00 |
| Photocopies - Outside | | $0.00 | $0.00 | $0.00 |
| Telephone/telecopier | | $0.00 | $0.00 | $0.00 |
| Travel - Transportation (Airplanes - Coach Fares Only) | | $0.00 | $0.00 | $0.00 |
| Travel - Meals ($75 per person / day cap) | | $0.00 | $0.00 | $0.00 |
| Travel - Hotels | | $0.00 | $0.00 | $0.00 |
| Miscellaneous | | $0.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |
| **TOTAL EXPENSES** | | **$0.00** | **$0.00** | **$0.00** |
| **TOTAL LODESTAR** | | **$0.00** | **$0.00** | **$0.00** |
| **TOTAL EXPENSES & LODESTAR** | | **$0.00** | **$0.00** | **$0.00** |