SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S RESPONSE TO PLAINTIFFS' MOTIONS TO APPOINT INTERIM LEAD COUNSEL**<br><br>Judge: Hon. Lucy H. Koh |

Defendant Facebook, Inc. takes no position on the relief sought in the motions for appointment of interim lead counsel for the putative user and advertiser classes, including Plaintiffs' apparent decision to propose separate leadership structures for the two classes. Dkt. Nos. 55-59. Facebook writes only to address two important issues raised by the motions.

*First*, to the extent Plaintiffs' proposal for separate leadership structures is intended to suggest that Plaintiffs want to file multiple complaints, it should be rejected. The Court's decision to consolidate the user and advertiser cases in view of the overlapping issues of law and fact raised across the complaints was correct and should not be disturbed, even if the Court elects to appoint separate leadership structures for the two classes. *See* Fed. R. Civ. P. 42(a). Many plaintiffs acknowledged this substantial overlap in their many filings seeking to relate these cases to one another. Dkt. Nos. 19, 34, 41, 49. Indeed, there are some plaintiffs that are both users and advertisers. Given the substantial overlap in allegations and theories, principles of efficiency and judicial economy counsel strongly in favor of a single complaint for all the consolidated cases. (To be certain, no counsel has identified any actual conflict between the putative classes in their respective motions, and they acknowledge that any conflicts that may emerge could be addressed later through appointment of separate interim class counsel, *see, e.g.*, Dkt. No. 55 at 25.)

*Second*, the submissions raise important issues relating to the role of counsel in related or similar cases and coordination between cases that Facebook and interim class counsel will need to confer on and discuss with the Court. *See, e.g.*, Dkt. No. 59 at 19 n.7 (noting Quinn Emanuel's representation of Google in "a lawsuit similar to this one"); Dkt. No. 55 (noting Keller Lenkner's representation of Texas, North Dakota, and Idaho (which States are all also involved in an antitrust action against Facebook) in the multi-state antitrust case against Google). Although it will undoubtedly be important for there to be some coordination with the lawsuits filed by the FTC and various State Attorneys General against Facebook in the District Court for the District of Columbia

to enhance efficiency and lessen the burdens on the parties and the Court,[1] the parties and the Court will also need to closely manage information flow and access to confidential and strategic information by the various counsel, consultants, experts, and others involved.

Dated:  March 10, 2021                                      Respectfully submitted,


By: /s/ Sonal N. Mehta

Sonal N. Mehta (SBN: 222086)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
Email:  Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Email:  David.Gringer@wilmerhale.com


*Attorneys for Defendant Facebook, Inc.*

---

[1] Both the FTC and State Attorneys General have designated most of these cases as related to their cases. *See FTC v. Facebook, Inc.*, No. 1:20-cv-03590-JEB (D.D.C. filed Dec. 9, 2020), Dkt. Nos. 4, 10, 28, 31, 44, 45, 52, 53, 54, 55; *New York v. Facebook, Inc.*, No. 1:20-cv-03589-JEB (D.D.C. filed Dec. 9, 2020), Dkt. Nos. 5, 9, 14, 56, 85, 86, 109, 110.

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

/s/ Sonal N. Mehta
Sonal N. Mehta