**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
Robert Ahdoot (CA 172098)
Theodore W. Maya (CA 223242)
Rachel Johnson (CA 331351)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310-474-9111
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
David R. Scott (*pro hac vice* forthcoming)
Kristen M. Anderson (CA 246108)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-233-6444
david.scott@scott-scott.com
kanderson@scott-scott.com

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
Austin B. Cohen (p*ro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Telephone: 215-592-1500
kverrier@lfsblaw.com
acohen@lfsblaw.com

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 20-CV-08570-LHK <br><br> **ADVERTISER PLAINTIFFS' RESPONSE IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE TO REPRESENT PROPOSED ADVERTISER CLASS** <br><br> Date: March 18, 2021 <br> Time: 1:30 p.m. <br> Courtroom: 8 |
| VICKIE SHERMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 20-CV-08721-LHK |

| | |
|---|---|
| RACHEL BANKS KUPCHO,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>FACEBOOK, INC.,<br><br>                  Defendant. | Case No. 20-CV-08815-LHK |
| JESSICA L. LAYSER,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>FACEBOOK, INC.,<br><br>                  Defendant. | Case No. 21-CV-00337-LHK |
| AFFILIOUS, INC., et al.,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>FACEBOOK, INC.,<br><br>                  Defendant. | Case No. 20-CV-09217-LHK |
| DEBORAH DAMES, et al.,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>FACEBOOK, INC.,<br><br>                  Defendant. | Case No. 20-CV-08817-LHK |
| CHARLES STEINBERG,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>FACEBOOK, INC.,<br><br>                  Defendant | Case No. 20-CV-09130-LHK |

| | |
|---|---|
| RITA GARVIN,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 21-CV-00618-LHK |
| JOE KOVACEVICH,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 21-CV-01117-LHK |

Plaintiffs Katherine Loopers, Jarred Johnson, Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, MarQuisha Cork, Jessica L. Layser, and Mark K. Wasvary, P.C. (collectively, "Advertiser Plaintiffs") submit this Response in Support of their Motion for Appointment of Interim Co-Lead Counsel and Executive Committee to Represent the Proposed Advertiser Class.

The Court received five motions supporting three leadership slates[1] in response to its Order inviting firms to submit applications for appointment of interim lead counsel. While all plaintiffs recognize that the Court enjoys broad discretion in appointing interim lead counsel under Fed. R. Civ. P. 23(g), all applicants agree that because Facebook advertisers and users participate in different relevant markets and are seeking distinct relief, the appointment of separate interim class counsel for the advertiser and user cases would best serve the interests of proposed classes. *See* Advertiser Plaintiffs' Motion, ECF No. 58, at 2-6; Klein Plaintiffs' Motion, ECF No. 55, at 24-25; Steinberg Plaintiffs' Motion, ECF No. 56, at 3; Dames Plaintiffs' Motion, ECF No. 57, at 2; Kupcho Plaintiff's Motion, ECF No. 59, at 1, n.1.

Advertiser Plaintiffs' Motion seeks the appointment of Ahdoot & Wolfson, PC, Scott+Scott Attorneys at Law LLP, and Levin Sedran & Berman LLP as interim co-lead counsel to lead advertiser cases and an executive committee made up of Bathaee Dunne LLP and Reinhardt Wendorf & Blanchfield. ECF No. 58. Advertiser Plaintiffs' motion – a product of private ordering supported by all 14 Advertiser Plaintiffs – is unopposed. *See* MANUAL FOR COMPLEX LITIGATION (FOURTH) § 21.272 (private ordering is when "lawyers agree who should be lead class counsel and the court approves the selection after a review to ensure that the counsel selected is adequate to represent the class interests").

With regard to the user cases, two competing groups seek appointment as interim lead counsel: (1) plaintiffs Maximilian Klein and Sarah Grabert ("Klein Plaintiffs") seek appointment of Quinn Emmanuel Urquhart & Sullivan, LLP and Keller Lenkner LLC (ECF No. 55); and (2)

---

[1] Plaintiff Charles Steinberg ("Steinberg Plaintiff"), represented by Barrack, Rodos & Bacine, and plaintiffs Deborah Dames and Timothy Matthews ("Dames Plaintiffs"), represented by Kessler Topaz Meltzer & Check, LLP, each submitted separate motions in support of the Klein Plaintiffs' application. ECF Nos. 56, 57.

plaintiff Banks Kupcho ("Kupcho Plaintiff") seeks appointment of Hagens Berman Sobol Shapiro LLP and Lockridge Grindal Nauen P.L.L.P. (ECF No. 59).  However, all user plaintiffs agree that there should be separate interim lead counsel for the advertiser cases, and none of the user plaintiffs oppose the appointment of Proposed Advertiser Counsel as interim lead counsel for advertisers.

As Advertiser Plaintiffs explained in their opening Memorandum and the filings of all other counsel support, the claims of Facebook advertisers and users allege distinct and unique harms in separate relevant markets; have an overlapping but different factual focus; will require separate expert analysis; will have different measures of damages; will seek differing, if not inconsistent, equitable or injunctive relief; and may diverge in the event of settlement.  Advertisers Plaintiffs' Motion, ECF No. 58, at 2-5.  These and other differences between the advertiser and user cases create tensions that strongly support appointing separate counsel to lead these separate tracks.

As set forth in Advertiser Plaintiffs' Motion (ECF No. 58), the recent Google and Apple app store cases pending in this District are highly instructive.  *Id*. at 4-5.  Under similar circumstances, in both cases, the district court appointed separate interim co-lead counsel to represent separate developer and user plaintiff tracks.  Advertisers Plaintiffs' Motion, ECF No. 58, at 4-5.  Further, in those cases, the courts ordered separate consolidated complaints on behalf of each of the two plaintiff groups.[2]  This approach follows a long line of cases in which courts, including those in the Ninth Circuit, have ordered the filing of separate consolidated complaints in the context of separately situated plaintiffs in related litigation, such as direct and indirect purchaser plaintiffs in antitrust actions.  *See, e.g.*, *In re Korean Air Lines Co., LTD., Antitrust*

---

[2]  Notes and Order, *In re Google Play Developer Antitrust Litig*., No. 3:20-cv-5792-JD, ECF No. 53, slip op. (N.D. Cal. Oct. 9, 2020) (ordering that plaintiffs in the developer cases will file a consolidated amended complaint); Notes and Order, *In re Google Play Consumer Antitrust Litig*., No. 3:20-cv-5761-JD, ECF No. 53, slip op. (N.D. Cal. Oct. 9, 2020) (ordering that plaintiffs in the consumer cases will file a consolidated amended complaint); Order Granting Stipulation Consolidating Related Developer Cases For All Purposes, *Cameron v. Apple Inc*., No. 4:19-cv-3074-YGR, ECF No. 72, slip op. at ¶¶2, 4 (N.D. Cal. Nov. 5, 2019) (designating one complaint as the operative complaint for all developer actions); Order Granting Stipulation Consolidating Related Consumer Cases For All Purposes, *In re Apple iPhone Antitrust Litig*., No. 11-cv-6714, ECF No. 183, slip op. at ¶¶2, 4 (N.D. Cal. Oct. 29, 2019) (designating one complaint as the operative complaint for all consumer actions).

*Litig.*, 642 F.3d 685, 690 (9th Cir. 2011) (noting the district court initially ordered direct and indirect purchasers to file one consolidated complaint and later accepted indirect purchasers' application to file a separate consolidated complaint on behalf of indirect purchasers only).[3]

Advertiser Plaintiffs respectfully submit that the filing of separate consolidated complaints would best advance the competing interests of the advertiser and user plaintiffs and proposed classes because the two plaintiff groups are likely to face pleading issues unique to each of them, such as, among other things, antitrust standing and market definition. Accordingly, Advertiser Plaintiffs seek to file a separate consolidated complaint on behalf of the proposed advertiser class. Advertiser Plaintiffs' Motion, ECF No. 58, at 2-3.

Finally, despite recognizing the agreed-upon differences in the two cases and supporting appointment of separate counsel, in the final sentence of their brief, the Klein Plaintiffs make an alternative request that Quinn Emanuel and Keller Lenkner be appointed as interim lead counsel for all plaintiffs in the event that the Court disagrees with their argument for separate appointments and decides to appoint common class counsel. *See* Klein Plaintiffs' Motion, ECF No. 55, at 25. Advertiser Plaintiffs oppose this request because the interests of the Advertiser Plaintiffs need to be represented by counsel who represent advertisers, and who have researched, advanced, and are most familiar with their claims. The Klein Plaintiffs' counsel (as well as counsel for the Steinberg, Dames, and Kupcho Plaintiffs) represent only Facebook users. Counsel for users made a considered choice to pursue damages and injunctive relief theories distinct from those likely to be pursued by the advertisers. Proposed Advertiser Counsel respectfully submit that one or more of their firms should be considered for a leadership role in a common representation structure, should the Court adopt one, and any common representation structure should contain equal representation for both sets of plaintiffs.

---

[3] *See also In re Lithium Ion Batteries Antitrust Litig.*, No. 13-MD-2420 YGR, 2014 WL 4955377, at *1–2 (N.D. Cal. Oct. 2, 2014) (separate consolidated amended complaints filed for direct and indirect purchasers); *In re Static Random Access Memory (SRAM) Antitrust Litig.*, 580 F. Supp. 2d 896, 898 (N.D. Cal. 2008) (same); *In re Flash Memory Antitrust Litig.*, No. C 07-0086 SBA, 2008 WL 62278, at *1 (N.D. Cal. Jan. 4, 2008) (same); *In re Graphics Processing Units Antitrust Litig.*, 540 F. Supp. 2d 1085, 1088 (N.D. Cal. 2007) (same).

1  Moreover, it may be the case that a consolidated advertiser complaint will include
2  subclasses with separate representatives proposed for each, consistent with best practices. Ahdoot
3  & Wolfson, Scott+Scott, and Levin Sederin & Berman – the only firms representing advertisers –
4  are best suited to ensure that the Advertiser Plaintiffs' claims are presented in the best manner
5  possible.

6  As set out in Advertiser Plaintiffs' opening Memorandum, all three firms meet each of the
7  Rule 23(g)(1)(A) factors and possess the experience, knowledge, and resources to best represent
8  the proposed advertiser class.

9                   Respectfully submitted,

10 DATED: March 10, 2021  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

11                  */s/ Kristen M. Anderson*
David R. Scott (*pro hac vice* forthcoming)
12                  Kristen M. Anderson (CA 246108)
The Helmsley Building
13                  230 Park Avenue, 17th Floor
New York, NY 10169
14                  Telephone: 212-233-6444
Facsimile: 212-233-6334
15                  david.scott@scott-scott.com
kanderson@scott-scott.com
16

17                  Christopher M. Burke (CA 214799)
David H. Goldberger (CA 225869)
18                  Yifan (Kate) Lv (CA 302704)
600 W. Broadway, Suite 3300
19                  San Diego, CA 92101
Telephone: 619-233-4565
20                  Facsimile: 619-233-0508
cburke@scott-scott.com
21                  dgoldberger@scott-scott.com
klv@scott-scott.com

22                  Patrick J. McGahan (*pro hac vice*)
Michael P. Srodoski (*pro hac vice*)
23                  156 South Main Street, P.O. Box 192
Colchester, CT 06415
24                  Telephone: 860-537-5537
Facsimile: 860-537-4432
25                  pmcgahan@scott-scott.com
msrodoski@scott-scott.com
26

27                  *Attorneys for Plaintiffs Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property*
28

|   |   |
|---|---|
| 1 | *Services, PLLC, Mark Berney, and MarQuisha Cork* |
| 2 | |
| 3 | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (CA 174806)<br>Robert Ahdoot (CA 172098) |
| 4 | Theodore W. Maya (CA 223242)<br>Rachel Johnson (CA 331351) |
| 5 | 2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505 |
| 6 | Telephone: 310-474-9111<br>Facsimile:  310-474-8585 |
| 7 | twolfson@ahdootwolfson.com<br>rahdoot@ahdootwolfson.com |
| 8 | tmaya@ahdootwolfson.com<br>rjohnson@ahdootwolfson.com |
| 9 | |
| 10 | *Attorneys for Katherine Loopers and Jarred Johnson* |
| 11 | **LEVIN SEDRAN & BERMAN LLP** |
| 12 | Keith J. Verrier (*pro hac vice*)<br>Austin B. Cohen (*pro hac vice*) |
| 13 | 510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997 |
| 14 | Telephone: 215-592-1500<br>Facsimile:  215-592-4663 |
| 15 | kverrier@lfsblaw.com<br>acohen@lfsblaw.com |
| 16 | *Attorneys for Plaintiffs Jessica L. Layser* |
| 17 | **BATHAEE DUNNE LLP** |
| 18 | Yavar Bathaee (CA 282388)<br>Edward M. Grauman (*pro hac vice* forthcoming) |
| 19 | Andrew C. Wolinsky (*pro hac vice* forthcoming)<br>445 Park Avenue, 9th Floor |
| 20 | New York, NY 10022<br>Telephone: 332-205-7668 |
| 21 | yavar@bathaeedunne.com<br>egrauman@bathaeedunne.com<br>awolinsky@bathaeedunne.com |
| 22 | |
| 23 | Brian J. Dunne (CA 275689)<br>633 West Fifth Street, 26th Floor |
| 24 | Los Angeles, CA 90071<br>Telephone: 213-462-2772 |
| 25 | bdunne@bathaeedunne.com |
| 26 | *Attorneys for Plaintiffs Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property* |
| 27 | *Services, PLLC, Mark Berney, and MarQuisha Cork* |
| 28 | |

**REINHARDT WENDORF & BLANCHFIELD**
Garrett D. Blanchfield (*pro hac vice* forthcoming)
Brant Penney (*pro hac vice* forthcoming)
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Telephone: 651-287-2100
Facsimile:  651-287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

*Attorneys for Plaintiff Mark K. Wasvary, P.C.*