Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400; Fax. (415) 986-1474
jennie@andrusanderson.com

Sonal N. Mehta (SBN 222086)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone:   650 858 6000
Facsimile:   650 858 6100
sonal.mehta@wilmerhale.com

*Counsel for Defendant*

Garrett D. Blanchfield
Brant Penney
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite W1099
St. Paul, MN 55101
Tel. (651) 287-2100; Fax. (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>   Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**JOINT STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER**<br><br>**CIV. L.R. 3-12, 7-11** |
| MARK K. WASVARY, P.C., individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>   Defendant. | Case No. 21-cv-001518-SK |

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiff Mark K. Wasvary, P.C. and Defendant Facebook, Inc. ("Parties") hereby file this Joint Stipulated Administrative Motion to determine whether *Mark K. Wasvary, P.C. v. Facebook, Inc.,* Case No. 21-cv-01518-SK (filed Mark 3, 2021) (attached as Exhibit A), should be related to the matter now pending before this Court, *Klein, et al. v. Facebook, Inc.,* Case No. 20-cv-08570-LHK.  By and through their undersigned counsel, the Parties agree to the following:

- Under Local Rule 3-12(a), "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Here, both criteria are satisfied.

- The *Wasvary* and *Klein* actions arise from substantially the same transactions and events. Both allege that Facebook acquired and maintained illegal monopolies in alleged social networking and connected markets through the same or similar conduct, including deception, misuse of data, and acquisitions.

- Because they involve similar issues of fact and law, it is appropriate to relate these actions in order to avoid an unduly burdensome duplication of labor and expense or conflicting results.  Civil Local Rule 3-12(a)(2).

SO STIPULATED.

Dated: March 12, 2021                    Respectfully submitted,

                                                      ANDRUS ANDERSON LLP

                                                     By:     */s/ Jennie Lee Anderson*
                                                            Jennie Lee Anderson
                                                   Jennie Lee Anderson (SBN 203586)
                                                 jennie@andrusanderson.com
                                                 **ANDRUS ANDERSON LLP**
                                                 155 Montgomery Street, Suite 900
                                                 San Francisco, CA  94104
                                                 Telephone:    (415) 986-1400
                                                 Facsimile:     (415) 986-1474

Garrett D. Blanchfield
Brant Penney
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Tel:     (651) 287-2100
Fax:    (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

**SPECTOR ROSEMAN & KODROFF, P.C.**
William G. Caldes (*Pro Hac Vice* forthcoming)
Jeffrey Spector (*Pro Hac Vice* forthcoming)
Mary Ann Geppert (*Pro Hac Vice* forthcoming)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
BCaldes@srkattorneys.com
JSpector@srkattorneys.com
MGeppert@ srkattorneys.com

*Attorneys for Plaintiff*


**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:     */s/ Sonal N. Mehta*

Sonal N. Mehta
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel:  (650) 858-6000
Fax:  (650) 858-6100
sonal.mehta@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP

*Attorneys for Defendant*

- 3 -    Case No. 5:20-cv-08570-LHK
JOINT STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

On March ____, 2021, Plaintiff Mark K. Wasvary, P.C. and Defendant Facebook, Inc. filed a Joint Stipulated Administrative Motion to Consider Whether Cases Should Be Related pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, hereby GRANTS the joint stipulated motion.

Accordingly, *Mark K. Wasvary, P.C. v. Facebook, Inc.*, Case No. 21-cv-01518-SK, is deemed related to *Klein et al. v. Facebook, Inc.,* Case No. 5:20-cv-08570-LHK, and shall be assigned to the undersigned Judge.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE