UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 20-CV-08570-LHK<br><br>**ORDER GRANTING MOTION TO RELATE AND CONSOLIDATING CASES**<br><br>Re: Dkt. No. 65 |

The Court GRANTS the joint motion of Mark K. Wasvary, P.C. and Facebook to relate *Wasvary, P.C. v. Facebook, Inc.*, No. 21-CV-01518-SK (N.D. Cal. filed Mar. 3, 2021), to the above captioned case, ECF No. 65. The Court consolidates this class action case with the above captioned case.

**IT IS SO ORDERED.**

Dated: March 16, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-08570-LHK
ORDER GRANTING MOTION TO RELATE AND CONSOLIDATING CASES