Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Maximilian Klein and Sarah Grabert )
) Case No: 5:20-cv-08570
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
FACEBOOK, INC. )
)
Defendant(s). )

I, Michelle R. Schmit, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Maximilian Klein and Sarah Grabert in the above-entitled action. My local co-counsel in this case is Adam Wolfson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 191 N. Wacker Dr., Ste 2700 | 865 S. Figueroa St., 10th Fl. |
| Chicago, IL 60606 | Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 705-7400 | (213) 443-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| michelleschmit@quinnemanuel.com | adamwolfson@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6313919.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/16/21                                                             Michelle R. Schmit
                                                                                          APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michelle R. Schmit is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 17, 2021                                             *Lucy H. Koh*
                                                                   UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE