Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Maximilian Klein and Sarah Grabert )
)
) Case No: 5:20-cv-08570
Plaintiff(s), )
)
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
FACEBOOK, INC. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Manisha M. Sheth, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Maximilian Klein and Sarah Grabert in the above-entitled action. My local co-counsel in this case is Adam Wolfson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 51 Madison Ave., 22nd Floor | 865 S. Figueroa St., 10th Fl. |
| New York, NY 10010 | Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 849-7441 | (213) 443-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| manishasheth@quinnemanuel.com | adamwolfson@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2990661.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/16/21

Manisha M. Sheth
APPLICANT

═══════════════════════════════════════

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Manisha M. Sheth is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 17, 2021

*Lucy H. Koh*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                    *October 2012*