UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. 20-CV-08570-LHK<br><br>**CASE MANAGEMENT ORDER** |

<u>Attorneys for Plaintiffs Maximilian Klein and Sarah Grabert</u>: Stephen Swedlow, Kevin Teruya, Manisha Sheth, Warren Postman, and Ashley Keller

<u>Attorney for Plaintiffs Deborah Dames and Timothy Mathews</u>: Melissa Troutner

<u>Attorney for Plaintiff Charles Steinberg</u>: Jeffrey Gittleman

<u>Attorneys for Plaintiff Rachel Banks Kupcho</u>: Shana Scarlett, Steve Berman, Brian Clark, and Joseph Bruckner

<u>Attorneys for Plaintiffs Vickie Sherman; Lezah Neville-Marrs; Jarred Johnson; and Katherine Loopers</u>: Tina Wolfson and Rachel Johnson

<u>Attorneys for Plaintiffs Affilious, Inc.; Jessyca Frederick; NJ Premier, Inc.; Timothy Mills; Mark Young; Danny Collins; Joshua Jeon; 406 Property Services, PLLC; Mark Berney; and MarQuisha Cork</u>: Yavar Bathaee, Brian Dunne, and Kristen Anderson

<u>Attorney for Plaintiff Jessica L. Layser</u>: Keith Verrier

<u>Attorneys for Plaintiff Mark K. Wasvary, P.C.</u>: Garrett Blanchfield

<u>Attorneys for Defendant</u>: Sonal Mehta and David Gringer accompanied by Facebook in-house counsel Eric Meiring and Natalie Naugle

On March 18, 2021, after a hearing, the Court appointed Interim Class Counsel and Plaintiffs' Executive Committees for the consumer class and for the advertiser class. ECF No.

The Court will permit one consolidated complaint for the consumer class and one consolidated complaint for the advertiser class.

The Court will permit only up to 10 claims to be litigated through resolution. Plaintiffs may select up to 5 claims, and Defendant may select up to 5 claims.

The Court will permit Facebook to file one consolidated motion to dismiss both complaints. The page limits for the motion to dismiss briefing are as follows: 35 pages for the motion, 35 pages for the opposition, and 20 pages for the reply.

The case schedule remains as set in the Court's February 9, 2021 Order. ECF No. 47. The Court reproduces the schedule below for the convenience of the parties.

| Initial Case Management Conference. The parties shall file a joint case management statement on March 31, 2021. | April 7, 2021 at 2 p.m. |
|---|---|
| Filing of Consolidated Class Action Complaint | April 22, 2021 |
| Filing of Motion to Dismiss | Motion to Dismiss: May 20, 2021<br>Opposition: June 17, 2021<br>Reply: July 1, 2021<br>Hearing: July 15, 2021 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: March 18, 2021

_____
LUCY H. KOH
United States District Judge

Case No. 20-CV-08570-LHK
CASE MANAGEMENT ORDER

2