SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S [PROPOSED] ORDER GRANTING FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED** |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED:  Defendant Facebook, Inc's Motion for Administrative Relief to Consider Whether Cases Should Be Related and Consolidated is GRANTED as follows:

1. The action captioned *Rosenman v. Facebook, Inc.*, 3:21-cv-02108 is hereby related to the instant earlier-filed matter, *Klein v. Facebook, Inc.*, No 5:20-cv-008570-LHK; and

2. The *Rosenman* action is hereby reassigned to this Court, the Honorable Lucy H. Koh, accordingly.

3. *Rosenman* is hereby consolidated with *Klein*.


DATED: _____          By: _____

                                       Hon. Lucy H. Koh

                                       United States District Judge



Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:      */s/ Sonal N. Mehta*

*Attorney for Facebook, Inc.*