1  SONAL N. MEHTA (SBN 222086)
     Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
3   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  DAVID Z. GRINGER (*pro hac vice*)
     David.Gringer@wilmerhale.com
7  WILMER CUTLER PICKERING
8   HALE AND DORR LLP
   1875 Pennsylvania Ave NW
9  Washington, DC 20006
   Telephone: (202) 663-6000
10 Facsimile: (202) 663-6363

11 *Attorneys for Defendant*
12 FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED** |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. On March 29, 2021, I emailed the interim co-lead counsel for plaintiffs in this action and asked whether plaintiffs would stipulate to Facebook's motion for administrative relief to consider whether *Klein* and *Ryan* should be related and consolidated. Counsel for the user plaintiffs have not responded to my inquiry; counsel for the advertiser plaintiffs agree that the cases should be related.

3. I also emailed counsel for plaintiff in the *Ryan* action and asked whether plaintiff would stipulate to Facebook's motion for administrative relief to consider whether *Klein* and *Rosenman* should be related and consolidated. Counsel for the plaintiff responded that they agree the cases should be related.

4. The Complaint in *Ryan* is attached as Exhibit 1 to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of April, 2021 in Washington, District of Columbia.

By: /s/ *David Z. Gringer*
David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

| | |
|---|---|
| Dated:  April 2, 2021 | */s/ Sonal N. Mehta*<br>Sonal N. Mehta |