1  SONAL N. MEHTA (SBN 222086)
     Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  DAVID Z. GRINGER (*pro hac vice*)
     David.Gringer@wilmerhale.com
7  WILMER CUTLER PICKERING
    HALE AND DORR LLP
8  1875 Pennsylvania Ave NW
9  Washington, DC 20006
   Telephone: (202) 663-6000
10 Facsimile: (202) 663-6363

11 *Attorneys for Defendant*
12 FACEBOOK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>                              Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S [PROPOSED] ORDER GRANTING FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED** |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Facebook, Inc's Motion for Administrative Relief to Consider Whether Cases Should Be Related and Consolidated is GRANTED as follows:

1. The action captioned *Ryan v. Facebook, Inc.*, 3:21-cv-02017 is hereby related to the instant earlier-filed matter, *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; and
2. The *Ryan* action is hereby reassigned to this Court, the Honorable Lucy H. Koh, accordingly.
3. *Ryan* is hereby consolidated with *Klein*.

DATED: _____          By: _____

                                                                   Hon. Lucy H. Koh

                                                                   United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   */s/ Sonal N. Mehta*

*Attorney for Facebook, Inc.*