UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILLIAN KLEIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendants. | Case No. 20-CV-08570-LHK<br><br>**CASE MANAGEMENT ORDER** |

On March 31, 2021, the parties filed a joint case management statement. ECF No. 34 ("JCMS"). The Court continues the April 7, 2021 Case Management Conference to July 7, 2021 at 2:00 p.m. The parties shall file a joint case management statement by June 30, 2021.

In the joint case management statement, Facebook contends that the Court should: (1) stay discovery in the instant case, and/or (2) bifurcate discovery between class discovery and merits discovery. JCMS at 22–28. The Court DENIES Facebook's request to stay discovery and DENIES Facebook's request to bifurcate discovery. The parties are directed to raise any discovery disputes before United States Magistrate Judge Virginia K. DeMarchi.

Facebook shall produce to Plaintiffs the documents Facebook produced to the Federal Trade Commission and the United States House of Representatives within 30 days.

The Court sets the following case schedule.

| Scheduled Event | Date |
|---|---|

1

Case No. 20-CV-08570-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Filing of Consolidated Class Action Complaint | April 22, 2021 |
| Filing of Motion to Dismiss | Motion: May 20, 2021<br>Opp'n: June 17, 2021<br>Reply: July 1, 2021<br>Hearing: July 15, 2021 at 1:30 p.m. |
| Further Case Management Conference | July 7, 2021 at 2:00 p.m. |
| Last Day to Amend the Pleadings/Add Parties | August 27, 2021 |
| Class Certification Motion | Motion: March 15, 2022<br>Opp'n: April 19, 2022<br>Reply: May 17, 2022<br>Hearing: June 2, 2022 at 1:30 p.m. |
| Close of Fact Discovery | September 2, 2022 |
| Opening Expert Reports | September 23, 2022 |
| Rebuttal Expert Reports | October 14, 2022 |
| Close of Expert Discovery | November 4, 2022 |
| Dispositive Motions<br>(one per side in the entire case) | Motion: November 18, 2022<br>Opp'n: December 9, 2022<br>Reply: December 21, 2022<br>Hearing: January 12, 2023 at 1:30 p.m. |
| Final Pretrial Conference | March 9, 2023 at 1:30 p.m. |
| Jury Trial | March 27, 2023 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: April 2, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge