AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Maximillian Klein | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-08570-LHK |
| Facebook, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and MarQuisha Cork.

Date: 04/06/2021

s/ Daniel J. Brockwell
*Attorney's signature*

Daniel J. Brockwell (CA 335983)
*Printed name and bar number*

600 W. Broadway
Suite 3300
San Diego, CA  92101
*Address*

dbrockwell@scott-scott.com
*E-mail address*

(619) 233-4565
*Telephone number*

(619) 233-0508
*FAX number*

Print   Save As...   Reset