UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 20-CV-08570-LHK<br><br>**ORDER GRANTING MOTIONS TO RELATE**<br><br>Re: Dkt. Nos. 79, 81 |

The Court GRANTS: (1) Facebook's motion to relate *Rosenman v. Facebook, Inc.*, No. 21-CV-02108-LB (N.D. Cal. filed Mar. 25, 2021), to the above captioned case, ECF No. 79; and (2) Facebook's motion to relate *Ryan v. Facebook, Inc.*, No. 21-CV-02017-SVK (N.D. Cal. filed Mar. 23, 2021) to the above captioned case, ECF No. 81. The Court consolidates *Rosenman v. Facebook* and *Ryan v. Facebook* with the above captioned case.

**IT IS SO ORDERED.**

Dated: April 9, 2021

                                                  *Lucy H. Koh*
LUCY H. KOH
United States District Judge

1