AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Maximillian Klein | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    20-cv-08570-LHK |
| Facebook, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, Jessica Layser, Katherine Looper, and Zahara Mossman                                                                    .

Date:      04/23/2021

s/ Hal D. Cunningham
*Attorney's signature*

Hal D. Cunningham (CA 243048)
*Printed name and bar number*

600 W. Broadway
Suite 3300
San Diego, CA  92101
*Address*

hcunningham@scott-scott.com
*E-mail address*

(619) 233-4565
*Telephone number*

(619) 233-0508
*FAX number*

| Print | Save As... | | Reset |