1  SONAL N. MEHTA (CA Bar No. 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  DAVID Z. GRINGER (*pro hac vice*)
   David.Gringer@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  1875 Pennsylvania Avenue, NW
9  Washington, D.C. 20006
   Telephone: (202) 663-6000
10 Facsimile: (202) 663-6363

11 *Attorneys for Defendant*
12 FACEBOOK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, SARAH GRABERT, AND RACHEL BANKS KUPCHO, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO DISQUALIFY KELLER LENKNER LLC**<br><br>Date:   September 30, 2021<br>Time:   1:30 p.m.<br>Ctrm:   8<br>Judge:  Hon. Lucy H. Koh |

# [PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO DISQUALIFY KELLER LENKNER LLC

On May 7, 2021, defendant Facebook, Inc. moved to disqualify Keller Lenkner LLC from representing the named plaintiffs and putative class. On September 30, 2021, this Court heard argument on the motion. After hearing this motion and considering the arguments and papers submitted, the Court concludes that Keller Lenkner is disqualified from representing the named plaintiffs and putative class in this matter.

Accordingly, it is hereby ORDERED that Facebook's motion is GRANTED. Keller Lenkner is therefore ORDERED to withdraw as counsel to the named plaintiffs and putative class in this case and shall have no further communications or exchange of information with the named plaintiffs, members of the putative class, or the firm's co-counsel regarding this matter except as is necessary to finalize Keller Lenkner's withdrawal. The named plaintiffs, putative class members, and all other interim class counsel for the user and advertiser classes in this matter shall return all documents and information received from Keller Lenkner in the course of its representation, and are ORDERED not to use any knowledge gained from Keller Lenkner's prior participation in this case.

**IT IS SO ORDERED.**

Dated: _____

San Jose, California

_____
United States District Judge Lucy H. Koh