1  SONAL N. MEHTA (SBN 222086)
     Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  950 Page Mill Road
4  Palo Alto, California 94303
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  DAVID Z. GRINGER (*pro hac vice*)
     David.Gringer@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  1875 Pennsylvania Ave NW
9  Washington, DC 20006
   Telephone: (202) 663-6000
10 Facsimile: (202) 663-6363

11 *Attorneys for Defendant*
12 FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>       v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>                        Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS**<br><br>Judge: Hon. Lucy H. Koh |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. Attached as Exhibit 1 is a true and correct copy of the June 29, 2011 New York Times article, *News Corporation Sells MySpace for $35 Million*, found at https://mediadecoder.blogs.nytimes.com/2011/06/29/news-corp-sells-myspace-to-specific-media-for-35-million.

3. Attached as Exhibit 2 is a true and correct copy of the October 6, 2020 CNBC article, *TikTok passes Instagram as second-most popular social app for U.S. teens*, found at https://www.cnbc.com/2020/10/06/tiktok-passes-instagram-as-second-most-popular-social-app-for-us-teens.html, which is cited at User Class Action Complaint ("UC"), Dkt. No. 87, n.51.

4. Attached as Exhibit 3 is a true and correct copy of the 2019 note by Dina Srinivasan, *The Antitrust Case Against Facebook: A Monopolist's Journey Towards Pervasive Surveillance In Spite of Consumers' Preference for Privacy*, 16:1 Berkley Bus. L. J. 39, cited at UC nn. 58, 71, 89, 101, 105, 171.

5. Attached as Exhibit 4 is a true and correct copy of the first presentation referenced in UC ¶ 77.

6. Attached as Exhibit 5 is a true and correct copy of the second presentation referenced in UC ¶ 77.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20 day of May, 2021, in Washington, District of Columbia.

By: /s/ David Z. Gringer

David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: May 20, 2021                                            /s/ Sonal N. Mehta

                                                                Sonal N. Mehta