# EXHIBIT 4

facebook

facebook

# The industry consolidates as it matures



# Facebook's 2011 growth in emerging markets



# Mobile is becoming THE way people log-in



Ratio of desktop/mobile in last 15 minutes

# 2012 brings a focus on three areas



Mobile Web Platform



Social Phones



Mobile Growth

# Vodafone + Facebook:

1. Ignite developer ecosystem: HTML 5 standardization

2. Frictionless payments: Operator billing

3. Improve business: Platform & Marketing integration

# Appendix



Global audience of
350 million Facebook mobile users


Multi-platform support for
Native and Web apps


Social discovery & distribution key to usage

# Spotify



# End to end platform for Mobile Operators marketing on facebook

350M mobile users



Unique Insights
(phones, services...)

More effective marketing for

- Brand Development

- Acquisition

- Retention

# Social phones

**Applications**

**Integrations into OS ...**

**and with hardware**







# Mobile is becoming THE way users use facebook



Last 15 minutes

# Facebook Platform for mobile

## Greater reach for developers

| Apps and Games | Less Friction in Development | Greater Reach for Developers |







# Facebook Market Update



# On Facebook, every day...



# Facebook Platform







Distribution

Engagement

Monetization

**500M**

Platform users

**200M**

Games players

**20M**

Apps installed daily



425,000
iPhone Apps

4,700,000
Facebook Apps

350,000,000
Websites



























LIVE**STRONG**℠.COM

# Successful social distribution



# A Recent Example



# Evolution of Web Discovery



# Evolution of Mobile Discovery



# Facebook Mobile Canvas

## Step 0.1: Launched on October 10

Mobile

Desktop





# Discovery Channels



