# EXHIBIT 5

# Everything is better when it's social

**Key Points**

- Social interactions are one of the most rewarding parts of the human experience.
- You live through the communication of things you care about to the people you care about: telling your story, and getting feedback to validate that your story is important.
- This is why technologies that enable people to connect and share can create tremendous value and transform industries.
- By building products that are social by design, with people and relationships at the center of every experience, we have changed how people connect and communicate.  Because Facebook creates social experiences that are powerful and universal, we have achieved a level of engagement unlike anything else on the web.

**Stories / Case Studies**

- Technological advances in history that have made it easier for people to connect and communicate: the telephone, the printing press
- Photos: when we built the ability to tag people in a photo, Facebook Photos quickly became the place where more photos were shared on the internet than everyone else combined
- People push the product ahead of us to meet their social needs (Groups, other?)
- Feedback loops from sharing, posting, friending, etc are extremely powerful

**Data**

- In 8 years, grown to over 900M users in almost every countries and 20 languages.  >85% penetration in certain countries
- In the last 24 hours:
  - over 500M DAUs, approximately 1 out of every 14 people in the world
  - 300M photos, 2B Likes, and 1B Comments shared
- Time spent: 6.8 hours per month for average user (comscore time spent)
- 1 in 7 page views on the internet (source: Nielsen US only)

**Personal Anecdotes**

- Reconnecting with an old friend
- Sharing a kids musical or Little League game with family and old friends and the comments and conversations that followed (not possible b4 Facebook)
- How my high school reunion was completely different because of the Facebook connections made prior, during, and after
- Facebook community support upon death of a friend
- Arab spring
- Organ donation?

Morgan Stanley

1

# We are in the early days of our journey

**Key Points**
- We still have a long way to go in connecting the world
- We also have a long way to go in creating more engaging experiences that enable people to share and discover
    - Sharing: We believe the amount of sharing will increase dramatically over time, and we build products like Timeline and Platform to enable this outcome
    - Discovery: One of the fundamental challenges/opportunities of our time is the exponential proliferation of information created and broadcast, since the time available to consume is fixed. Our solution is News Feed, a personalized newspaper, always on, in your pocket, published by the people you care about, and optimized based on your unique interests and relationships

**Stories / Case Studies**
- Timeline, which we launched in 2011, makes is easier and more rewarding to share and tell your story on Facebook. You can curate and organize your Timeline, and you have complete control over what you share and with whom you share it.
- Timeline apps make it easier for you to share what is important to you with the people you want to share with (music you're listening to, news you're reading, food you're cooking, guns you're repairing)

**Data**
- 7B people in the world; 2B internet users; we have "only" 500M daily users now. Growth potential in places like Brazil, Russia, Japan, Korea
- Penetration rates of 85% in certain countries suggest our product meets a universal human need and we have room to grow.
- 97% penetration of 25-34 year olds in U.S. Demographic trends favor us.
- We have 70% DAUs/MAUs in certain geographies and this % continues to grow.

**Personal Anecdote**
- The more I share with Facebook, the better my Facebook experience. The quality of my News Feed should be so much better in the future.
- Using new products like Groups to organize conversations on topics of mutual interest (e.g. music, reading) in a manner that you couldn't easily do before

**Morgan Stanley**

2

# Our largest impact lies ahead as Platform transforms industries

## Key Points
- Potential is enormous to rewire and transform almost every industry around people and relationships
- Facebook is 1 of 7 page views on the internet today (US stat). We believe most of the other 6 page views would be better if they were more personal and social.
- We want to be the social layer powering this transformation. Not just by the products we build, but by being a Partnerships company enabling others to create social experiences powered by Facebook.
- Platform is good for users because they should expect and demand that products will be personal and social
- Platform is good for Developers because if offers the opportunity for tremendous distribution and the opportunity to build better social experiences
- We want to help social businesses get big and big businesses get social
- An investment in Facebook enables you to gain exposure to all the entrepreneurs building social apps and experiences

## Data
- Platform
  – A set of tools that developers use to build software that is connected with your Facebook friends
  – As of March 2012, more than 9 million apps and websites were integrated with Facebook
  – Since the beginning of this year, we've seen the number of users publishing Open Graph actions through our developer apps increase 5x
- All of top 5 iOS apps offer Facebook log-in

## Stories / Case Studies
- Games: Zynga upended the gaming industry by making interactions between people a fundamental part of their game play
  - Velocity of getting to 100M users in less than a year and becoming most highly valued games company
- News: Traffic to the Guardian went up 4X when they implemented OG;
- Music: Through Spotify and other music apps, 5B songs have been shared since we launched OG ~8 months ago
- Travel: Discuss travel plans with friends and see where they have traveled on TripAdvisor
- Lifestyle apps: Share your favorite trails with the Nike running app, Cooking, 6M books reviewed on Goodreads

## Personal Anecdote
- I use Spotify to share playlists with friends, and discover new music from my friends
- I use Goodreads to find my next book to read
- Platform is complex and it takes time to build trust. My dad still clips news articles and mails them to me. But I know that will change.
- In 5 years, imagine if health care or banking had a social layer.

# Mobile is a Tremendous Opportunity for us

**Key Points**
- Mobile is an important part of this social transformation and offers great opportunities for us
  - The things you do on your phone are inherently personal and social, and fit with the experiences we know how to build. That's why our mobile growth has been so explosive.
  - Carrying a computer in your pocket with a high resolution phone in it means you can more easily connect, share, and discover what is going on in the world around you, whenever you want to. Facebook is most valuable to you if it is always there with you
  - The proliferation of smart phones around the world is great for us because engagement is so much easier and more robust
- We have a natural path to monetization on mobile because people are already spending time with their mobile News Feeds, and we just introduced Sponsored Stories in the mobile News Feed

**Stories / Case Studies**
- How Snaptu has fueled growth in countries like Indonesia
- Recently launched Local offers
- Our mobile product are still relatively young and early. Future opportunities to improve the experiences with location, etc.

**Data**
- Mobile
  - We're the #1 most downloaded free app on Android and Apple
  - Mobile MAUs were 488M on March 31, up 69% from the year prior, and passed 500M in April
- 5X engagement with Sponsored Stories in News Feed

**Personal Anecdote**
- My first check-in and discovering that a friend was at the restaurant next door
- Imagine what college would have been like if we had known where our friends were

Morgan Stanley

2

# Facebook advertising is effective for both large and small businesses

**Key Points**
- Facebook is where your customers are spending time
- We offer a unique value proposition: reach, relevance, social context and engagement. Together these enable a transformation of marketing:
    - 1-way to 2-way
    - 1-time to ongoing
    - anonymous to personal
    - word of mouth at scale -- business to consumer to friend to friend
    - ads to stories
- Facebook works for big and small advertisers
- We are still in the early days with our ads products. We can increase ad value over time by making ads more social, relevant, engaging and seamless part of user experience

**Data**
- Reach
    - 900+M MAUs
    - Average web user spends 6.8 hours per month on Facebook, more than any other web service
    - 2x the audience size of American Idol in the US
- Relevance
    - 90% - 95% accuracy rate vs. industry average of 72% for broadly targeted campaigns and 35% for narrowly targeted campaigns
- Social Context
    - Increases ad recall by 50%
    - Sponsored stories in the News Feed are performing 5x better than sponsored stories in the right hand side

**Stories / Case Studies**
- Global Ad Age 100
    - American Express – Small Business Saturday
    - Ben & Jerry's
    - Diageo – 20% increase in sales
    - Nike – 2.5B impressions of write the future
    - Movie studios
    - Secret
    - Home Depot
    - Chase, Burberry, Vitamin Water
- Small businesses
    - CM Photographics
    - 1-800-flowers
    - StorQuest
    - Local concert promoter
    - Sprinkles, PF Changs

**Personal Anecdote**
- I experienced the value of Facebook advertising first hand when …
    - Concert example
    - SF Giants playoffs clothing
    - Other?
- Our advertising has gotten so much better compared to X years ago. Over time, the more I share with Facebook, the better Facebook will be able to create cool connections for me to businesses I am interested in

Morgan Stanley

3

# Our business model works

**Key Points**
- Despite a primary focus on user growth and engagement, we have grown revenues to $3.7B without compromising user experience
- We gave been and will continue to disciplined financially, respecting that every dollar we spend should contribute to achievement of our mission and business goals
- We are pleased with the margins and FCF we have been able to deliver
    - In investment phase. Will sacrifice short-term margins to invest in strategic positioning in key areas.
    - Want to be aggressive in building the future rather than resting on our laurels too early
    - Tremendous long-term margin leverage in a business where the network creates the valuable content for free
- Scale of users and virality of network enables us to get into new businesses quickly and profitably (Payments)

**Data**
- ARPU in US/Canada $9.50 in 2011, up 33%; and up 15% in Q1. Global $5.11 in 2011. Up 33-55% in 4 geographies in 2011 and up 15-27% in Q1.
- CPM 50-100X lower than peak places on the internet
- COGS per user

**Stories / Case Studies**
- User acquisition costs are trivial
- High margin businesses based on network effects?
- CPMs have grown in the face of massive inventory expansion
- Platform creates leverage for ads and new areas of business
- Have grown headcount carefully to stay focused and protect culture
- Infrastructure investments to improve efficiency
- Tax opportunities

**Personal Anecdote**
- Imagine 10 years from now
- Better, personalized advertising example
- How many monetization ideas I receive from friends (ad network, search, crowd-sourcing)
- Local TV show asking an entrepreneur how he can hope to compete with Facebook

Morgan Stanley

# Facebook is uniquely positioned for long-term success and sustainability

**Key Points**

- We address an enduring human need to share and communicate – the need is not going away
- We believe we are set up to be the social layer that substantively addresses this need for decades based on the power of our network, our scale, our brand, and our platform
- We are well-positioned to work through whatever challenges we face, based on what we have learned over the past 8 years
- As long as we retain users and engagement, we believe business results will follow and we can build one of the most enduring and valuable companies in the world.

**Data**

- >85% penetration in certain countries
- In every country we've tipped, we have maintained high penetration
- Every user cohort is steady or increasing engagement

**Stories / Case Studies**

- What companies do you believe have the most enduring competitive advantage and the greatest chance to be successful and thriving in a decade? Coke? Wal-mart? Amazon? We believe we are right there with them.
    - Brand: Young users have grown up with us and our brand is as strong and well-known as any with that demographic
    - Scale: More people use Facebook daily than drink Coke
    - Network effects: Flywheel. People have invested a tremendous amount of time in building their Facebook identity and connections – increases our stickiness. Network effect gets stronger every day
- Initial competition with Google+: Facebook has ~125x the amount of minutes spent per user (ComScore)
- Proof point for value of network effects: Comparison to Paypal and the durability and value of their network effects. Having built the network, their recent financial performance has been excellent.
- Proof point for future business opportunities: We helped create a vibrant Games ecosystem and are able to share in the value created. We believe there should be options for future opportunities like this.

**Personal Anecdote**

- In thinking about relative competitive positioning and potential to succeed over 10+ year timeframe, what business would you rather be?

Morgan Stanley

4