SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF KRISTIN ARMITAGE IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS**<br><br>Judge: Hon. Lucy H. Koh |

I, Kristin Armitage, declare as follows:

1. For the above-captioned matter, I submit this declaration in support of Defendant Facebook, Inc.'s Motion to Dismiss the Consolidated Consumer Class Action Complaint and Consolidated Advertiser Class Action Complaint. I have personal knowledge of the facts set forth herein unless otherwise noted, and if called to testify as a witness thereto, I could do so competently under oath.

2. I am a Case Manager on the eDiscovery and Information Governance team in the Legal Department at Facebook. My duties and responsibilities in this role include supporting litigation matters involving Facebook, Inc. As part of my current role, I am regularly involved in assisting to collect evidence about aspects of services across the company's platforms.

3. Individuals and companies can purchase advertising through Facebook's self-service advertising platform to promote their businesses. Facebook keeps records of those purchases in the normal course of its business. I consulted these records in identifying the information below.

4. According to Facebook's records, Plaintiff Mark Young d/b/a Dinkum Hair purchased advertisements on Facebook beginning in April 2016 and ending in April 2018. Attached as Exhibit 1 are Facebook's records of advertisements purchased by Plaintiff Mark Young d/b/a Dinkum Hair.

5. According to Facebook's records, Plaintiff 406 Property Services, PLLC purchased advertisements on Facebook beginning in June 2015. Attached as Exhibit 2 are Facebook's records of advertisements purchased by Plaintiff 406 Property Services, PLLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of May 2021 in Menlo Park, California.

By: /s/ Kristin Armitage
Kristin Armitage

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated:  May 20, 2021 　　　　　　　　　　　　　*/s/ Sonal N. Mehta*
　　　　　　　　　　　　　　　　　　　　　　　Sonal N. Mehta