# EXHIBIT 1

# Labels

## Page

Status:
**Active**
Alias: dinkumhair
ID: 768351586602017
Ads Count: 7
Manually Blacklisted From Showing Ads: No
Description: Dinkum Hair is a barbershop and hair salon in Buchanan, NY that provides haircuts, shaves and blowouts for men, women and children of all ages.
Deleted: No

## Ads

Created Time: Apr 3, 2018 (3 years ago)
Status: Paused (Campaign Group)
Spend: $13.00 USD
Ad Accounts: 6013471086704
Creator: Mark Geoffrey Young
Impressions: 1,136

Created Time: Jul 18, 2017 (4 years ago)
Status: Paused (Campaign Group)
Spend: $10.00 USD
Ad Accounts: 6013471086704
Creator: Mark Geoffrey Young
Impressions: 703

Created Time: Jun 1, 2017 (4 years ago)
Status: Edited (After Approved)
Spend: $0.00 USD
Ad Accounts: 6013471086704
Creator: Mark Geoffrey Young
Impressions: 0

Created Time: Jun 1, 2017 (4 years ago)
Status: Edited (Never Approved)
Spend: $0.00 USD
Ad Accounts: 6013471086704
Creator: Mark Geoffrey Young
Impressions: 0

Created Time: Jun 1, 2017 (4 years ago)
Status: Paused (Campaign Group)
Spend: $7.00 USD
Ad Accounts: 6013471086704
Creator: Mark Geoffrey Young
Impressions: 601

Created Time: Apr 9, 2016 (5 years ago)
Status: Edited (After Approved)
Spend: $0.00 USD
Ad Accounts: 6013471086704
Creator: Mark Geoffrey Young
Impressions: 0

Created Time: Apr 9, 2016 (5 years ago)
Status: Paused (Campaign Group)
Spend: $8.92 USD
Ad Accounts: 6013471086704
Creator: Mark Geoffrey Young
Impressions: 915