# EXHIBIT 2

## Labels

Ads

Created Time: Jul 6, 2018 (3 years ago)
Status: Paused (Campaign)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Jan 20, 2018 (3 years ago)
Status: Paused (Campaign)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Nov 29, 2017 (3 years ago)
Status: Paused (Campaign)
Spend: $46.89 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 7,795

Created Time: Nov 29, 2017 (3 years ago)
Status: Paused (Campaign)
Spend: $46.58 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 5,049

Created Time: Nov 29, 2017 (3 years ago)
Status: Paused (Campaign)
Spend: $46.69 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 6,583

Created Time: Nov 29, 2017 (3 years ago)
Status: Paused (Campaign)
Spend: $46.84 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 8,395

Created Time: Oct 7, 2017 (4 years ago)
Status: Paused (Campaign)
Spend: $30.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 2,751

Created Time: Oct 7, 2017 (4 years ago)
Status: Paused (Campaign)
Spend: $50.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 3,073

Created Time: Oct 7, 2017 (4 years ago)
Status: Paused (Campaign)
Spend: $75.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 7,760

Created Time: Oct 7, 2017 (4 years ago)
Status: Edited (Never Approved)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Oct 7, 2017 (4 years ago)
Status: Paused (Campaign)
Spend: $58.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 10,361

Created Time: Aug 30, 2017 (4 years ago)
Status: Paused (Adgroup)
Spend: $100.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 20,973

Created Time: Aug 22, 2017 (4 years ago)
Status: Edited (Never Approved)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Aug 22, 2017 (4 years ago)
Status: Edited (After Approved)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Aug 22, 2017 (4 years ago)

Status: Paused (Campaign)
Spend: $69.38 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 5,674

Created Time: Jul 31, 2017 (4 years ago)
Status: Edited (After Approved)
Spend: $29.54 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 3,153

Created Time: Sep 20, 2018 (3 years ago)
Status: Edited (Never Approved)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Sep 22, 2018 (3 years ago)
Status: Edited (Never Approved)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Sep 23, 2018 (3 years ago)
Status: Disabled
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Jul 30, 2017 (4 years ago)
Status: Paused (Campaign)
Spend: $79.10 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 9,193

Created Time: Jul 30, 2017 (4 years ago)
Status: Paused (Adgroup)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Jul 19, 2017 (4 years ago)
Status: Paused (Campaign)
Spend: $70.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 6,150

Created Time: Jun 8, 2017 (4 years ago)
Status: Paused (Adgroup)
Spend: $30.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 3,097

Created Time: Jun 8, 2017 (4 years ago)
Status: Disabled
Spend: $34.96 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 632

Created Time: Jun 8, 2017 (4 years ago)
Status: Disabled
Spend: $35.04 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 984

Created Time: Jan 12, 2016 (5 years ago)
Status: Paused (Campaign)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Jun 19, 2015 (6 years ago)
Status: Edited (After Approved)
Spend: $15.87 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 982

Created Time: Jun 24, 2015 (6 years ago)
Status: Paused (Campaign)
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Jun 19, 2015 (6 years ago)
Status: Paused (Campaign)
Spend: $46.71 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 36,678

Created Time: Jun 16, 2015 (6 years ago)
Status: Archived
Spend: $0.03 USD

Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 6

Created Time: Jun 16, 2015 (6 years ago)
Status: Archived
Spend: $0.00 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 0

Created Time: Jun 16, 2015 (6 years ago)
Status: Archived
Spend: $13.79 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 4,454

Created Time: Jun 17, 2015 (6 years ago)
Status: Archived
Spend: $48.05 USD
Ad Accounts: Mark Hans Berney
Creator: Mark Berney
Impressions: 16,884

Page

Status:
**Active**
Alias: 406PropertyService
ID: 893397174053946
Ads Count: 38
Manually Blacklisted From Showing Ads: No
Description: Property services in Whitefish Montana.
Deleted: No