Warren Postman (Bar No. 330869)
  wdp@kellerlenkner.com
Jason Ethridge (admitted *pro hac vice*)
  jason.ethridge@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, DC 20005
(202) 918-1123

Ashley Keller (admitted *pro hac vice*)
  ack@kellerlenkner.com
Benjamin Whiting (admitted *pro hac vice*)
  ben.whiting@kellerlenkner.com
Jason A. Zweig (admitted *pro hac vice*)
  jaz@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
(312) 741-5220

*Interim Counsel for the Consumer Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, SARAH GRABERT, and RACHEL BANKS KUPCHO, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>*Defendant.*<br><br>This Document Relates To: All Actions | Consolidated Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF ASHLEY KELLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FACEBOOK'S MOTION TO DISQUALIFY KELLER LENKNER LLC**<br><br>Hon. Lucy H. Koh<br>Date: September 30, 2021<br>Time: 1:30 p.m.<br>Courtroom: 8 |

I, Ashley Keller, declare as follows:

1. I am a Partner at Keller Lenkner LLC ("KL"). I have personal knowledge of the facts stated herein, and, if called upon as a witness, I could and would competently testify thereto.

2. I have never spoken with Albert Pak about the substance of his prior work for Facebook. He has never spoken with me about the substance of that work. I have never spoken with Mr. Pak about the case KL has brought against Facebook. He has never spoken with me about that case.

I declare that the foregoing is true and correct under penalty of perjury. Executed May 21, 2021, in Chicago, Illinois.

                                              */s/ Ashley Keller*
                                              Ashley Keller