Warren Postman (Bar No. 330869)
  wdp@kellerlenkner.com
Jason Ethridge (admitted *pro hac vice*)
  jason.ethridge@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, DC 20005
(202) 918-1123

Ashley Keller (admitted *pro hac vice*)
  ack@kellerlenkner.com
Benjamin Whiting (admitted *pro hac vice*)
  ben.whiting@kellerlenkner.com
Jason A. Zweig (admitted *pro hac vice*)
  jaz@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
(312) 741-5220

*Interim Counsel for the Consumer Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, SARAH GRABERT, and RACHEL BANKS KUPCHO, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>    vs.<br><br>FACEBOOK, INC.,<br><br>    *Defendant.*<br><br>This Document Relates To: All Actions | Consolidated Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF MARQUEL REDDISH LONGTIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FACEBOOK'S MOTION TO DISQUALIFY KELLER LENKNER LLC**<br><br>Hon. Lucy H. Koh<br>Date:  September 30, 2021<br>Time: 1:30 p.m.<br>Courtroom: 8 |

Case No. 5:20-cv-08570-LHK

MARQUEL REDDISH LONGTIN DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
FACEBOOK'S MOTION TO DISQUALIFY KELLER LENKNER LLC

1   I, Marquel Reddish Longtin, declare as follows:

2       1.      I am an Associate at Keller Lenkner LLC ("KL").  I have personal knowledge of the

3   facts stated herein, and, if called upon as a witness, I could and would competently testify thereto.

4       2.      I have never spoken with Albert Pak about the substance of his prior work for

5   Facebook.  He has never spoken with me about the substance of that work.  I have never spoken

6   with Mr. Pak about the case KL has brought against Facebook.  He has never spoken with me about

7   that case.

8

9   I declare that the foregoing is true and correct under penalty of perjury.

10  Executed May 21, 2021, in Chicago, Illinois.

11                                          */s/ Marquel Reddish Longtin*
                                            Marquel Reddish Longtin
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                            Case No. 5:20-cv-08570-LHK
_____
MARQUEL REDDISH LONGTIN DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
FACEBOOK'S MOTION TO DISQUALIFY KELLER LENKNER LLC