| | |
|---|---|
| Warren Postman (Bar No. 330869)<br>  wdp@kellerlenkner.com<br>Jason Ethridge (admitted *pro hac vice*)<br>  jason.ethridge@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, DC 20005<br>(202) 918-1123 | Ashley Keller (admitted *pro hac vice*)<br>  ack@kellerlenkner.com<br>Benjamin Whiting (admitted *pro hac vice*)<br>  ben.whiting@kellerlenkner.com<br>Jason A. Zweig (admitted *pro hac vice*)<br>  jaz@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, IL 60606<br>(312) 741-5220 |

*Interim Counsel for the Consumer Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, SARAH GRABERT, and RACHEL BANKS KUPCHO, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>*Defendant.*<br><br>This Document Relates To: All Actions | Consolidated Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF BENJAMIN J. WHITING IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FACEBOOK'S MOTION TO DISQUALIFY KELLER LENKNER LLC**<br><br>Hon. Lucy H. Koh<br>Date:  September 30, 2021<br>Time: 1:30 p.m.<br>Courtroom: 8 |

I, Benjamin J. Whiting, declare as follows:

1. I am a Partner at Keller Lenkner LLC ("KL"). I have personal knowledge of the facts stated herein, and, if called upon as a witness, I could and would competently testify thereto.

2. I have never spoken with Albert Pak about the substance of his prior work for Facebook. He has never spoken with me about the substance of that work. I have never spoken with Mr. Pak about the case KL has brought against Facebook. He has never spoken with me about that case.

I declare that the foregoing is true and correct under penalty of perjury. Executed May 21, 2021, in Chicago, Illinois.

*/s/ Benjamin J. Whiting*
Benjamin J. Whiting