1  SHANA E. SCARLETT
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile:  (510) 725-3001
4  shanas@hbsslaw.com

5  *Counsel for Plaintiff Rachel Banks Kupcho*
   [*Additional Counsel Listed in Signature Block*]
6

7  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE DIVISION**
8

9  MAXIMILLIAN KLEIN, *et al.*,
                                     Plaintiffs,
10          v.
    FACEBOOK, INC.,                                  Case No. 20-cv-08570-LHK
11
                                     Defendant.      **NOTICE OF CHANGE OF COUNSEL**
12
    This document relates to:
13  *Kupcho v. Facebook, Inc.*, No. 20-cv-08815-LHK

14  **TO:   THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

15         PLEASE TAKE NOTICE, pursuant to Local Rule 5-1(c)(2)(C), that effective May 3, 2021,

16  attorney Stephanie A. Chen (sachen@locklaw.com) is no longer with the firm Lockridge Grindal

17  Nauen P.L.L.P., and hereby withdraws as counsel for Plaintiff Rachel Banks Kupcho and all others

18  similarly situated in the above-referenced actions, and requests that she be removed from the Court's

19  service list.  Plaintiff Rachel Banks Kupcho and all others similarly situated will continue to be

20  represented by the undersigned counsel.

21                                                  Respectfully submitted,
22

23  Dated: May 28, 2021                             /s/Shana E. Scarlett
                                                    Shana E. Scarlett
24                                                  **HAGENS BERMAN SOBOL SHAPIRO LLP**
25                                                  715 Hearst Avenue, Suite 202
                                                    Berkeley, CA 94710
26                                                  Telephone: (510) 725-3000
                                                    Facsimile:  (510) 725-3001
27                                                  shanas@hbsslaw.com

28

| | |
|---|---|
| 1 | Steve W. Berman (*pro hac vice*) |
| 2 | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000 |
| 3 | Seattle, WA 98101<br>Telephone: (206) 623-7292 |
| 4 | Facsimile:  (206) 623-0594<br>steve@hbsslaw.com |

W. Joseph Bruckner (*pro hac vice*)
Robert K. Shelquist  (*pro hac vice*)
Brian D. Clark (*pro hac vice*)
Rebecca A. Peterson (SBN 241858)
Arielle S. Wagner (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
aswagner@locklaw.com

*Counsel for Plaintiff Rachel Banks Kupcho*