UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILLIAN KLEIN, et al., | Case No. 20-CV-08570-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| FACEBOOK, INC., | |
| Defendants. | |

On June 30, 2021, the parties filed a joint case management statement. ECF No. 114 ("JCMS"). The Court continues the July 7, 2021 Case Management Conference to September 1, 2021 at 2:00 p.m. The parties shall file a joint case management statement by August 25, 2021.

On June 28, 2021, the United States District Court for the District of Columbia issued decisions on the motions to dismiss in *FTC v. Facebook, Inc.*, Case No. 20-CV-03590-JEB, and *State of New York v. Facebook, Inc*., Case No. 20-CV-03589-JEB. Because these decisions were issued after Plaintiffs filed their opposition to Facebook's motion to dismiss, the Court permits Plaintiffs to file one supplemental brief regarding these decisions of no more than 5 pages by July 5, 2021. The Court extends Facebook's reply deadline to July 9, 2021.

The Court sets the following case schedule.

| Scheduled Event | Date |
|---|---|
| Filing of Consolidated Class Action Complaint | April 22, 2021 |
| Filing of Motion to Dismiss | Motion: May 20, 2021 |

1

Case No. 20-CV-08570-LHK
CASE MANAGEMENT ORDER

|  | Opp'n: June 17, 2021<br>Supplemental Brief: July 5, 2021<br>Reply: July 9, 2021<br>Hearing: July 15, 2021 at 1:30 p.m. |
|---|---|
| Rule 26(f) Conference Deadline | July 30, 2021 |
| Rule 26(f) Report Deadline | August 13, 2021 |
| Initial Disclosures Deadline | August 13, 2021 |
| Last Day to Amend the Pleadings/Add Parties | August 27, 2021 |
| Further Case Management Conference | September 1, 2021 at 2:00 p.m. |
| Class Certification Motion | Motion: March 15, 2022<br>Opp'n: April 19, 2022<br>Reply: May 17, 2022<br>Hearing: June 2, 2022 at 1:30 p.m. |
| Close of Fact Discovery | September 2, 2022 |
| Opening Expert Reports | September 23, 2022 |
| Rebuttal Expert Reports | October 14, 2022 |
| Close of Expert Discovery | November 4, 2022 |
| Dispositive Motions<br>(one per side in the entire case) | Motion: November 18, 2022<br>Opp'n: December 9, 2022<br>Reply: December 21, 2022<br>Hearing: January 12, 2023 at 1:30 p.m. |
| Final Pretrial Conference | March 9, 2023 at 1:30 p.m. |
| Jury Trial | March 27, 2023 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: July 1, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 20-CV-08570-LHK
CASE MANAGEMENT ORDER

2