Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>FACEBOOK, INC.<br><br>Defendant(s). | Case No: 5:20-cv-8570<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Mark C. Hansen**, an active member in good standing of the bar of **the District of Columbia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Facebook, Inc.** in the above-entitled action. My local co-counsel in this case is **Sonal N. Mehta**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 326-7904 | (650) 600-5051 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mhansen@kellogghansen.com | sonal.mehta@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **425930**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/09/21

Mark C. Hansen
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Mark C. Hansen** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 12, 2021

*Lucy H. Koh*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE