United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No. 20-CV-08570-LHK<br><br>**ORDER GRANTING MOTION TO DISQUALIFY**<br><br>Re: Dkt. No. 93 |

　　The hearing on Facebook's motion to dismiss is set for July 15, 2021. The hearing on Facebook's motion to disqualify Keller Lenkner LLC, ECF No. 93, is set for September 30, 2021. However, in the light of the importance of the issues raised, the Court rules on the motion to disqualify in advance of the July 15, 2021 motion to dismiss hearing.

　　Having considered the parties' submissions, the relevant law, and the record in this case, the Court GRANTS Facebook's motion to disqualify Keller Lenkner LLC, ECF No. 93. Currently, the Court is focusing on preparation for the motion to dismiss hearing, so the Court will issue a written decision on Facebook's motion to disqualify shortly.

1

Case No. 20-CV-08570-LHK
ORDER GRANTING MOTION TO DISQUALIFY

The Court notes, nonetheless, that the record does not reflect that there has been any disclosure of Facebook confidential information. However, such a disclosure is not required for disqualification. "The purpose of a disqualification order is prophylactic, not punitive." *Kirk v. First American Title Ins. Co.*, 183 Cal. App. 4th 776, 815 (2010).

**IT IS SO ORDERED.**

Dated: July 13, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 20-CV-08570-LHK
ORDER GRANTING MOTION TO DISQUALIFY