| | |
|---|---|
| **BATHAEE DUNNE LLP** <br> Yavar Bathaee (CA 282388) <br> yavar@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> Tel.: (332) 205-7668 | **SCOTT + SCOTT ATTORNEYS AT LAW LLP** <br> Kristen M. Anderson (CA 246108) <br> kanderson@scott-scott.com <br> 230 Park Avenue, 17th Floor <br> New York, NY 10169 <br> Tel.: (212) 223-6444 |
| **LEVIN SEDRAN & BERMAN LLP** <br> Keith J. Verrier (admitted *pro hac vice*) <br> kverrier@lfsblaw.com <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA 19106-3997 <br> Tel.: (215) 592-1500 | **AHDOOT & WOLFSON, PC** <br> Tina Wolfson (CA 174806) <br> twolfson@ahdootwolfson.com <br> 2600 West Olive Avenue, Suite 500 <br> Burbank, CA 91505 <br> Tel.: (310) 474-9111 |

*Interim Counsel for the Advertiser Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No.: 20-CV-08570-LHK <br><br> The Hon. Lucy H. Koh |
| JESSICA L. LAYSER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No.: 21-cv-00337-LHK <br><br> The Hon. Lucy H. Koh <br><br> **PLAINTIFF JESSICA L. LAYSER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Jessica L. Layser hereby voluntarily dismisses her claims in this action against Defendant Facebook, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has neither filed an answer, nor moved for summary judgment, and a class has not yet been certified.

DATED: August 5, 2021

Respectfully submitted,

By: /s/ Yavar Bathaee
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
Edward M. Grauman (admitted *pro hac vice*)
  egrauman@bathaeedunne.com
Andrew C. Wolinsky (admitted *pro hac vice*)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 206-7668

Brian J. Dunne (Bar No. 275689)
  bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

By: /s/ Keith J. Verrier
**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (admitted *pro hac vice*)
  kverrier@lfsblaw.com
Austin B. Cohen (admitted *pro hac vice*)
  acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
(215) 592-1500

By: /s/ Kristen M. Anderson
**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
  kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (Bar No. 214799)
  cburke@scott-scott.com
David H. Goldberger (Bar No. 225869)
  dgoldberger@scott-scott.com
Yifan (Kate) Lv (Bar No. 302704)
  klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

Patrick J. McGahan (admitted *pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (admitted *pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

By: /s/ Tina Wolfson
**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
  tmaya@ahdootwolfson.com
Rachel Johnson (Bar No. 331351)
  rjohnson@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111

*Interim Counsel for the Advertiser Class*

**ATTESTATION OF KEITH J. VERRIER**

This document is being filed through the Electronic Case Filing (ECF) system by Keith J. Verrier, who attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the signature block.

Dated:  August 5, 2021

_____
Keith J. Verrier

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

Dated:  August 5, 2021

_____
Keith J. Verrier

PLAINTIFF JESSICA L. LAYSER'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE