SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF JOINT MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1      I, David Z. Gringer, declare as follows:

2      1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

3      2.      On August 11, 2021, my colleague Molly Jennings emailed counsel for plaintiffs in this action and asked whether the plaintiffs in the above-captioned case ("*Klein*") would stipulate to Facebook's motion that *Loveland et al. v. Facebook et al.*, 3:21-cv-03300-CRB should be related to *Klein*. The Plaintiffs in *Loveland* support the motion. The next day, counsel for the *Klein* plaintiffs responded that neither User Plaintiffs nor Advertiser Plaintiffs take any position with respect to whether *Loveland* and *Klein* should be related. I was copied on these correspondences.

4      3.      The Complaint in *Loveland* is attached as Exhibit 1 to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of August, 2021 in Brooklyn, New York.

By:  /s/ *David Z. Gringer*
       David Z. Gringer

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: August 18, 2021        */s/ Sonal N. Mehta*
                              Sonal N. Mehta