BRADFORD L. GEYER (*pro hac vice*)
Brad@FormerFedsGroup.com
FORMERFEDSGROUP.COM LLC
2006 Berwick Drive
Cinnaminson, NJ 08077
Telephone:  (856) 607-5708

ROB HENNIG (SBN 174646)
Rob@employmentattorneyla.com
HENNIG, KRAMER, RUIZ & SINGH LLP
3600 Wilshire Blvd 1908
Los Angeles, CA 90010
Telephone:  (213) 292-5444

*Attorney for Plaintiffs in
No. 3:21-cv-03300-CRB*

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Facebook, Inc.'s and Plaintiffs in *Loveland et al. v. Facebook et al.*, 3:21-cv-03300-CRB's Joint Motion for Administrative Relief to Consider Whether Cases Should Be Related is GRANTED as follows:

1. The action pending in this District and captioned *Loveland et al. v. Facebook et al.*, 3:21-cv-03300-CRB is hereby related to the instant earlier-filed matter, *Klein v. Facebook, Inc.*, No 5:20-cv-008570-LHK; and

2. The *Loveland* action is hereby reassigned to this Court, the Honorable Lucy H. Koh, accordingly.

DATED: _____       By: _____

                                                                                   Hon. Lucy H. Koh

                                                                                   United States District Judge