**VIA CM/ECF FILING**

September 10, 2021

The Honorable Virginia K. DeMarchi
Robert F. Peckham Federal Building
Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, CA 95113

Re:   Joint Discovery Letter Informing the Court of Agreement on Privilege Log Exchange Dates in Maximilian Klein et al. v. Facebook, Inc., Case No. 5:20-cv-08570-LHK (N.D. Cal.)

Dear Judge DeMarchi:

Pursuant to the Court's instructions in its September 3, 2021 Interim Discovery Order, ECF No. 145, the parties in the above captioned matter ("Parties") write to inform the Court that they have reached an agreement on a schedule for exchanging privilege logs. The agreed schedule is:

- Exchange of interim privilege log 1: Thursday, January 20, 2022 (covering productions made on or before December 3, 2021);

- Exchange of interim privilege log 2: Thursday, April 7, 2022 (covering productions made on or before February 21, 2022);

- Exchange of interim privilege log 3: Wednesday, June 15, 2022 (covering productions made on or before May 1, 2022);

- For any productions that occur after May 1, 2022, the production of a privilege log will occur promptly, but in no event more than 60 days after a given production, unless otherwise agreed by the parties.

Absent an order to the contrary from the Court, the Parties intend to memorialize this agreement as part of the Joint Stipulated Privilege Protocol they will submit for the Court's consideration after the Parties or the Court have resolved the remaining disputed issues in that Protocol.

| | |
|---|---|
| DATED: September 10, 2021 | Respectfully submitted, |

By: */s/ Yavar Bathaee*
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
Edward M. Grauman (admitted *pro hac vice*)
  egrauman@bathaeedunne.com
Andrew C. Wolinsky (admitted *pro hac vice*)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 206-7668

Brian J. Dunne (Bar No. 275689)
  bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772


By: */s/ Kristen M. Anderson*
**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
  kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (Bar No. 214799)
  cburke@scott-scott.com
David H. Goldberger (Bar No. 225869)
  dgoldberger@scott-scott.com
Yifan (Kate) Lv (Bar No. 302704)
  klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

By: */s/ Stephen A. Swedlow*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
Michelle Schmit (admitted *pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (admitted *pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000


By: */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

| | |
|---|---|
| Patrick J. McGahan (admitted *pro hac vice*)<br>  pmcgahan@scott-scott.com<br>Michael P. Srodoski (admitted *pro hac vice*)<br>  msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>(860) 537-5537 | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (admitted *pro hac vice*)<br>  wjbruckner@locklaw.com<br>Robert K. Shelquist (admitted *pro hac vice*)<br>  rkshelquist@locklaw.com<br>Brian D. Clark (admitted *pro hac vice*)<br>  bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>  rapeterson@locklaw.com<br>Arielle S. Wagner (admitted *pro hac vice*)<br>  aswagner@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900 |
| **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (Bar No. 174806)<br>  twolfson@ahdootwolfson.com<br>Robert Ahdoot (Bar No. 172098)<br>  rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Bar No. 223242)<br>  tmaya@ahdootwolfson.com<br>Rachel Johnson (Bar No. 331351)<br>  rjohnson@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>(310) 474-9111 | *Interim Counsel for the Consumer Class*<br><br>By: /s/ *Sonal N. Mehta*<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Sonal N. Mehta (Cal. Bar No. 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, PA 94306<br>(650) 858-6000 |
| **LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (admitted *pro hac vice*)<br>  kverrier@lfsblaw.com<br>Austin B. Cohen (admitted *pro hac vice*)<br>  acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>(215) 592-1500<br><br>*Interim Counsel for the Advertiser Class* | David Z. Gringer (admitted *pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>*Attorneys for Defendant Facebook, Inc.* |

**ATTESTATION OF STEPHEN SWEDLOW**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Stephen Swedlow.  By his signature, Mr. Swedlow attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated:  September 10, 2021            By:   */s/ Stephen A. Swedlow*
                                                                       Stephen A. Swedlow

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

Dated:  September 10, 2021            By:   */s/ Stephen A. Swedlow*
                                                                        Stephen A. Swedlow