WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>                    Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br><br>Judge: Hon. Lucy H. Koh |

1  TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

2  **PLEASE TAKE NOTICE** of the following change of address, telephone number, and

3  facsimile number for David Z. Gringer, counsel for Defendant Facebook Inc.:

4      **7 World Trade Center**

5      **250 Greenwich Street**

6      **New York, New York 10007**

7      **Telephone:  (212) 230-8800**

8      **Facsimile:  (212) 230-8888**

9  David Gringer's email address has not changed.

10

11  Dated: September 16, 2021        By:   /s/ Sonal N. Mehta

12      WILMER CUTLER PICKERING
       HALE AND DORR LLP
13      SONAL N. MEHTA (SBN 222086)
        Sonal.Mehta@wilmerhale.com
14      2600 El Camino Real, Suite 400
       Palo Alto, California 94306
15      Telephone:  (650) 858-6000
       Facsimile:   (650) 858-6100
16

17      DAVID Z. GRINGER (*pro hac vice*)
        David.Gringer@wilmerhale.com
18      7 World Trade Center
       250 Greenwich Street
19      New York, New York 10007
       Telephone:  (212) 230-8800
20      Facsimile:   (212) 230-8888

21

22      ARI HOLTZBLATT (*pro hac vice*)
        Ari.Holtzblatt@wilmerhale.com
23      MOLLY M. JENNINGS (*pro hac vice*)
        Molly.Jennings@wilmerhale.com
24      1875 Pennsylvania Ave NW
       Washington, DC 20006
25      Telephone:  (202) 663-6000
       Facsimile:   (202) 663-6363
26

27      *Attorneys for Defendant Facebook, Inc.*

28