# EXHIBIT B

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*p.h.v. forthcoming*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky (*p.h.v. forthcoming*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, | Case No. 20-CV-08570-LHK |
| Plaintiffs, | The Hon. Lucy H. Koh |
| v. | **CLASS ACTION** |
| FACEBOOK, INC., | **ADVERTISER PLAINTIFFS' RULE 26(a)(1)(A) FIRST AMENDED INITIAL DISCLOSURES** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Advertiser Plaintiffs Affilious, Inc.; Jessyca Frederick; Mark Young; Joshua Jeon; 406 Property Services, PLLC; Mark Berney; Katherine Looper; and Zahara Mossman hereby provide their First Amended Initial Disclosures to Defendant Facebook, Inc. ("Defendant" or "Facebook").  Advertiser Plaintiffs (through their attorneys) continue their investigation into the claims alleged in this action and make these disclosures based solely on information reasonably available to them at this time.

As of the date of these amended initial disclosures, Defendants have not answered the Consolidated Advertiser Class Action Complaint ("CAC").  Pursuant to Federal Rule of Civil Procedure 26(e)(1), Advertiser Plaintiffs will supplement these amended initial disclosures, as appropriate, when additional information becomes known to them, and Advertiser Plaintiffs expressly reserve their right to do so.

Advertiser Plaintiffs do not waive any applicable privilege or protection and reserve the right to object to the production in discovery and/or admissibility at trial of any information contained in or derived from these disclosures.

## I.      FED. R. CIV. P. 26(a)(1)(A)(i): INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT ADVERTISER PLAINTIFFS MAY USE TO SUPPORT THEIR CLAIMS

Subject to the foregoing limitations, the tables below list persons who are likely to have discoverable information that Advertiser Plaintiffs may use to support their claims against Defendants.  Advertiser Plaintiffs reserve the right to rely on individuals identified in these disclosures for subjects other than those identified herein.

### A.      Advertiser Plaintiffs

| Name | Subject of Discoverable Information |
|------|-----------------------------------|
| Affilious, Inc.<br>c/o Scott+Scott Attorneys at Law LLP<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>and<br>Bathaee Dunne LLP<br>445 Park Avenue, 9th Floor | Information regarding Affilious Inc.'s purchase of advertising on Facebook's self-service advertising platform and knowledge of its causes of action |

| | |
|---|---|
| New York, NY 10022<br>(332) 322-8835 | |
| Jessyca Frederick<br>c/o Scott+Scott Attorneys at Law LLP<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>and<br>Bathaee Dunne LLP<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 | Information regarding Jessyca Frederick's purchase of advertising on Facebook's self-service advertising platform and knowledge of her causes of action |
| Mark Young<br>c/o Scott+Scott Attorneys at Law LLP<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>and<br>Bathaee Dunne LLP<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 | Information regarding Mark Young's purchase of advertising on Facebook's self-service advertising platform and knowledge of his causes of action |
| Joshua Jeon<br>c/o Scott+Scott Attorneys at Law LLP<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>and<br>Bathaee Dunne LLP<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 | Information regarding Joshua Jeon's purchase of advertising on Facebook's self-service advertising platform and knowledge of his causes of action |
| 406 Property Services, PLLC<br>c/o Scott+Scott Attorneys at Law LLP<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>and<br>Bathaee Dunne LLP<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 | Information regarding 406 Property Services, PLLC's purchase of advertising on Facebook's self-service advertising platform and knowledge of its causes of action |

| | |
|---|---|
| Mark Berney<br>c/o Scott+Scott Attorneys at Law LLP<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>and<br>Bathaee Dunne LLP<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 | Information regarding Mark Berney's purchase of advertising on Facebook's self-service advertising platform and knowledge of his causes of action |
| Katherine Looper<br>c/o Scott+Scott Attorneys at Law LLP<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>and<br>Bathaee Dunne LLP<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 | Information regarding Katherine Looper's purchase of advertising on Facebook's self-service advertising platform and knowledge of her causes of action |
| Zahara Mossman<br>c/o Scott+Scott Attorneys at Law LLP<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>and<br>Bathaee Dunne LLP<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 | Information regarding Zahara Mossman's purchase of advertising on Facebook's self-service advertising platform and knowledge of her causes of action |

### B.    Defendant

| Name | Subject of Discoverable Information |
|---|---|
| Facebook, Inc.<br>c/o Wilmer Cutler Pickering Hale and Dorr LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>(650) 858-6000 | As the sole defendant, Facebook has discoverable information relating to all allegations contained in Plaintiffs' CAC. |

In addition to Facebook, there are numerous current and former officers, directors, and employees of Facebook who are likely to have discoverable information that Advertiser Plaintiffs may use to support their claims.

| Name | Subject of Discoverable Information |
|------|-----------------------------------|
| Ime Archibong<br>Current Head of New Product Experimentation; Former VP, Product Partnerships | Mr. Archibong is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and its data collection and use practices; and/or Facebook's monetization strategy. |
| Jackie Chang<br>Current Director of Platform Product Partnerships; Former Head of Business Platform Partnerships; Former Manager, Internet.org and Mobile Inclusion Partnerships; Former Strategic Partner Manager, Social Commerce and Developer Platform; Former Global Account Manager, National Direct Sales; Former User Operations | Ms. Chang is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and its data collection and use practices; and/or Facebook's monetization strategy. |
| Christopher Cox<br>Chief Product Officer; VP of Product | Mr. Cox is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's mobile strategy; and/or Facebook's monetization strategy. |
| Calvin Chin<br>Current Data Science Analyst, WhatsApp; Former Market Strategist; Former Core Data Science Analyst, Onavo | Mr. Chin is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's and Onavo's |

| | |
|---|---|
| | data collection and use practices; Platform Policy and Partnership Agreements; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |
| Simon Cross<br>Current Director of Product, Community Integrity; Former Manager, Product Management, Workplace; Former Products Manager, Platform | Mr. Cross is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy, Programming, and Partnership Agreements; Facebook's data collection and use practices; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |
| Thomas Cunningham<br>Current Core Data Scientist and Economist; Former Data Scientist | Mr. Cunningham is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; and/or Facebook's data collection and use practices; |
| Chris Daniels<br>Former VP, WhatsApp; Former VP, Internet; Former VP, Partnerships; Former Director of Business Development | Mr. Daniels is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; and/or Facebook's monetization strategy. |
| Vladimir Federov<br>Current Senior VP of Privacy Engineering and Product; Former VP of Engineering; Former Engineering Director; Former Engineering Manager; Former Engineer on Platform | Mr. Federov is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy, Programming, and Partnership Agreements; and/or the representations Facebook made to the public |

| | |
|---|---|
| | regarding the Platform, and its data collection and use practices. |
| Allision Hendrix<br>Current Public Policy Director on Privacy and Data Policy; Former Head of Data Policy Management | Ms. Hendrix is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; and/or Facebook's monetization strategy. |
| Neha Jogani<br>Former Director, Consumer and Developer Marketing; Former Head of Developer Marketing; Former Monetization Marketing | Ms. Jogani is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; and/or Facebook's monetization strategy. |
| Johanna Peace<br>Current Manager, Technology Communications; Former Associate Manager, Technology Communications | Ms. Peace is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |
| Bryan Klimt | Mr. Klimt is likely to have discoverable |

6

| | |
|---|---|
| Former Software Engineer | information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy, Programming, and Partnership Agreements; and/or the representations Facebook made to the public regarding the Platform, and its data collection and use practices. |
| <u>Kevin Lacker</u><br>Former Engineering Manager | Mr. Lacker is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy, Programming, and Partnership Agreements; and/or the representations Facebook made to the public regarding the Platform, and its data collection and use practices. |
| <u>Gareth Lambe</u><br>Current Head of Facebook Ireland; Current BOD; Former VP, International Sales Operations; Former Director, Sales, Planning, & Operations EMEA; Former Director, Advertising Operations EMEA | Mr. Lambe is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; and/or Facebook's monetization strategy. |
| <u>Francis Larkin</u><br>Former Director of Product Marketing | Mr. Larkin is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and |

| | |
|---|---|
| | Facebook's data collection and use practices; and/or Facebook's monetization strategy. |
| George Lee<br>Current Director of Product Management; Former Product Manager, Payments | Mr. Lee is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy, Programming, and Partnership Agreements; and/or the representations Facebook made to the public regarding the Platform, and its data collection and use practices. |
| Samuel Lessin<br>Former VP, Product Management; Former Director of Product Management, Identity Product Group | Mr. Lessin is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| Ling Bao<br>Former Product Manager; Former Data Scientist | Ms. Bao is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's data collection and use practices; Platform Policy and Partnership Agreements; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |
| Deb Liu<br>Former VP, Platform and Marketplace; Former Director, Product Management; | Ms. Liu is likely to have discoverable information regarding social networks and social media applications; Facebook's serial |

| | |
|---|---|
| Former Product Management; Product Marketing | acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; and/or Facebook's monetization strategy. |
| Monica Mosseri<br>Former Product Partnerships Manager; Former Platform Operations Team Lead; Former Platform Operations Associate; Former User Operations Specialist | Ms. Mosseri is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and its data collection and use practices; and/or Facebook's monetization strategy. |
| Javier Olivan<br>Current VP, Central Products; Former Head of International Growth | Mr. Olivan is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| Eddie O'Neil<br>Current Director of Product Management; Former Product Manager | Mr. O'Neil is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's |

| | |
|---|---|
| | Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and its data collection and use practices; and/or Facebook's monetization strategy. |
| <u>Justin Osofsky</u><br>Current COO of Instagram and VP of Global Operations; Former Director Partnerships & Operations | Mr. Osofsky is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and its data collection and use practices; and/or Facebook's monetization strategy. |
| <u>Konstantinos Papamiltiadis</u><br>Current VP, Platform Partnerships; Former Director, Platform Partnerships; Former Strategic Partner Manager | Mr. Papamiltiadis is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and its data collection and use practices; and/or Facebook's monetization strategy. |
| <u>David Poll</u><br>Former Software Engineer | Mr. Poll is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy, Programming, and Partnership Agreements; and/or the representations Facebook made to the public regarding the Platform, and its data collection and use practices. |

| Doug Purdy<br>Former Director of Engineering Platform /<br>Director of Engineering; Former Director of<br>Developer Relations | Mr. Purdy is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
|---|---|
| Tera Randall<br>Former Communications Director for Developer and Commerce Platforms | Ms. Randall is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |
| Dan Rose<br>Former VP, Partnerships | Mr. Rose is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that |

| | Facebook's conduct had on competing social networks and social media applications. |
|---|---|
| <u>Guy Rosen</u><br>Current VP, Integrity and Product Management; Founder and Former CEO, Onavo | Mr. Rosen is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's and Onavo's data collection and use practices; the representations Facebook made to the public regarding its data collection and use practices; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| <u>Sheryl Sandberg</u><br>Current COO | Mr. Rose is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's advertising business practices; Facebook's Platform Policy and Partnership Agreements; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| <u>Fidji Simo</u><br>Current Head of the Facebook App; Former VP of Video Games and Monetization; Former Director of Product Management; Former Product Management; Former Product Marketing | Ms. Simo is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's data collection and use practices; the representations Facebook made to the public regarding its data collection and use practices; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |

| | |
|---|---|
| Ilya Sukhar<br>Former Head of Developer Products | Mr. Sukhar is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy, Programming, and Partnership Agreements; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| David Swain<br>Former Head of Global Communications, IG;<br>Former Director of Technology Communications | Mr. Swain is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |
| Jennifer Taylor<br>Former Manager, Platform Product Marketing | Ms. Taylor is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |

13

| | |
|---|---|
| Jonathon "Jonny" Thaw<br>Former Director of Product Marketing, AR/VRTech Platforms, Privacy and Research; Former VP of Product Communications; Former Director of Executive and Product Communications; Former Director of Policy Communications; Director of Product and Tech Communications; Former Manager of Corporate and Financial Communications | Mr. Thaw is likely to have discoverable information regarding social networks and social media applications; Facebook's serial acquisition strategy; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |
| Roi Tiger<br>Current Director Engineering; Founder and Former CTO, Onavo | Mr. Tiger is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's and Onavo's data collection and use practices; the representations Facebook made to the public regarding its data collection and use practices; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| Mike Vernal<br>Former VP of Products & Engineering; Former Platform Policy Team Lead | Mr. Vernal is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| Ash Wahi | Mr. Wahi is likely to have discoverable information regarding social networks and |

| | |
|---|---|
| Former Advertising Manager; Former Product, Timeline, and Open Graph Partnerships | social media applications; Facebook's serial acquisition strategy; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's Platform Policy and Partnership Agreements; Facebook's data collection and use practices; and/or the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices. |
| Rose Yao<br>Current Senior Director of Product Management, Google; Former FB Group Project Manager; Former Open Graph Permissions for Apps Product Manager | Ms. Yao is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| Mark Zuckerberg<br>Founder and Current CEO | Mr. Zuckerberg is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; the effects |

15

| | |
|---|---|
| | that Facebook's conduct had on competing social networks and social media applications; and/or Facebook's monetization strategy. |
| Amin Zoufonoun<br>Current Vice President, Corporate Development | Mr. Zoufonoun is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| David Fisch<br>Former Director, Platform Partnerships;<br>Former Director, Business Development | Mr. Fisch is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| Sean Ryan<br>Former VP, Business Platform Partnerships;<br>Former Director, Games Partnerships | Mr. Ryan is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's |

16

| | competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
|---|---|
| David Wehner<br>Current CFO; Former VP Corporate Finance and Business Planning | Mr. Wehner is likely to have discoverable information regarding social networks and social media applications; Facebook's use of consumer data to evaluate Facebook's competitive performance; Facebook's serial acquisition strategy; Facebook's Platform Policy and Partnership Agreements; Facebook's advertising business practices; agreements with competitors and potential competitors (including the Google Network Bidding Agreement); Facebook's data collection and use practices; the representations Facebook made to the public regarding the Platform, and Facebook's data collection and use practices; Facebook's monetization strategy; and/or the effects that Facebook's conduct had on competing social networks and social media applications. |
| Daniel Su<br>Current Director and Associate General Counsel | Mr. Su is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Ash Jhaveri<br>Current VP, Emerging Platforms | Mr. Jhaveri is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |

| | |
|---|---|
| David Jakubowski <br> Former Head of Data & Analytics, Emerging Business & Partnerships; Former Employee, Adtech, Measurement, Data, Publisher Solutions | Mr. Jakubowski is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Brian Boland <br> Former VP Partnership Product Marketing, Strategic Operations, Partner Engineering and Analytics; Former VP Publisher Solutions; Former VP Advertising Technology; Former VP Ads Product Marketing and Atlas; Former Director, Product Marketing | Mr. Boland is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Henry Erskine Crum <br> Current Director of Product Management | Mr. Crum is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Doug Stotland <br> Former Director of Sales Operations for Marketing Science and Publisher Solutions; Former Product Marketing Director, Local and Pages; Former Head of Advertising Sales for Asia Pacific; Former Head of Global Pricing, Yield Management and Measurement | Mr. Stotland is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Eric Meyerson <br> Former Director of Marketing, Media, & Video | Mr. Meyerson is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Nick Grudin <br> Current VP, Media Partnerships | Mr. Grudin is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |

| | |
|---|---|
| Tom Channick<br>Current Corporate Communications Manager, Advertising and Business Integrity | Mr. Channick is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Eric Johnson<br>Current Data Scientist / Economist | Mr. Johnson is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Damian Burns<br>Former Senior Director of Gaming EMEA; Former Global Head of Sales, Atlas by Facebook | Mr. Burns is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Elliot Sharage<br>Current VP of Communications and Public Policy | Mr. Sharage is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Rob Goldman<br>Former VP, Ads; Former Director of Product Ads, and Pages; Former Ads Growth Employee | Mr. Goldman is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Ty Ahmad-Taylor<br>Current VP, Ads Product Marketing | Mr. Ahmad-Taylor is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding Agreement); and/or Facebook's advertising business practices. |
| Yoav Arnstein<br>Current Director of Product Management; Former Product Marketing Director – Facebook App; Former Product Marketing | Mr. Arnstein is likely to have discoverable information regarding agreements with competitors and potential competitors (including the Google Network Bidding |

| | |
|---|---|
| Director – Facebook Publisher Solutions; Former EMEA & LATAM Director – Facebook Publisher Solutions | Agreement); and/or Facebook's advertising business practices. |
| <u>Prashant Fuloria</u><br>Former Senior Director of Product Management | Mr. Fuloria is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Tim Kendall</u><br>Former Director of Monetization | Mr. Kendall is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Hongyan Zhou</u><br>Current Engineering Manager, Ads | Mr. Zhou is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Andrew Lackman</u><br>Current Data Scientist Manager; Former Data Scientist | Mr. Lackman is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Spencer Beecher</u><br>Current Data Scientist / Manager, Ads Delivery | Mr. Beecher is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Mary Ku</u><br>Current Director of Product Management, Ads Delivery | Ms. Ku is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Charlotte Naraez</u><br>Current Product Manager Director | Ms. Naraez is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Rob Goldman</u><br>Former VP, Ads; Former Director of Product, Ads, and Pages; Former Ads Growth Employee | Mr. Goldman is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Artur Abdullin</u><br>Current Senior Staff Data Scientist; Former Data Scientist, Ads | Mr. Abdullin is likely to have discoverable information regarding Facebook's advertising business practices. |
| <u>Jon Eide</u><br>Current Director, Head of Monetization Applied Research and Strategy | Mr. Eide is likely to have discoverable information regarding Facebook's advertising business practices. |

20

| | |
|---|---|
| Dan Levy<br>Current VP, Ads & Business Platform; Former VP, Small Business; Former Director – Payments, Risk, and Finance | Mr. Levy is likely to have discoverable information regarding Facebook's advertising business practices. |
| Jeff Kanter<br>Former Product Management Lead, Instagram; Former Product Management; Former Product Marketing Manager & Strategist | Mr. Kanter is likely to have discoverable information regarding Facebook's advertising business practices. |
| Greg Badros<br>Former VP of Engineering and Products | Mr. Badros is likely to have discoverable information regarding Facebook's advertising business practices. |
| Jeff Amlin<br>Former Data Analytics Manager | Mr. Amlin is likely to have discoverable information regarding Facebook's advertising business practices. |
| Will Carthcart<br>Current Head of WhatsApp; Former VP, Product Management | Mr. Carthcart is likely to have discoverable information regarding Facebook's advertising business practices. |
| Jinghao Yan<br>Current Software Engineeer, Ads | Mr. Yan is likely to have discoverable information regarding Facebook's advertising business practices. |
| Brian Hale<br>Former VP, Product Growth; Former Director, Product Growth; Former Manager, Growth Marketing & Analytics | Mr. Hale is likely to have discoverable information regarding Facebook's advertising business practices. |
| Matthew Idema<br>Former VP, Product Marketing, Ads and Business Products | Mr. Idema is likely to have discoverable information regarding Facebook's advertising business practices. |
| Emily White<br>Former Instagram Director of Business Operations; Former Facebook Director of Mobile Partnerships | Ms. White is likely to have discoverable information regarding Facebook's advertising business practices. |

| | |
|---|---|
| Chuan She<br>Former User Experience Research Lead for FB Ads | Ms. She is likely to have discoverable information regarding Facebook's advertising business practices. |
| Joanna Lee<br>Former Business Development, Mobile Partnerships Employee | Ms. Lee is likely to have discoverable information regarding Facebook's advertising business practices. |
| Denise Moreno<br>Current VP, Product Growth | Ms. Moreno is likely to have discoverable information regarding Facebook's advertising business practices. |
| Koun Han<br>Former Product Manager, Pages; Former Monetization Analytics, Manager | Ms. Han is likely to have discoverable information regarding Facebook's advertising business practices. |
| Debbie Frost<br>Former VP, Global Communications and Public Affairs | Ms. Frost is likely to have discoverable information regarding Facebook's advertising business practices. |
| Nick Gianos<br>Former Manager, Strategic Partnerships – Marketing Technology; Former Monetization Partnerships Employee; Former Platform Developer Relations Employee; Former Analyst, User Privacy | Mr. Giano is likely to have discoverable information regarding Facebook's advertising business practices. |
| Brandon McCormick<br>Former Director of Global Communications – Monetization | Mr. McCormick is likely to have discoverable information regarding Facebook's advertising business practices. |
| Mike Fox<br>Former Director of Marketing | Mr. Fox is likely to have discoverable information regarding Facebook's advertising business practices. |
| Brad Smallwood<br>Current Head of Measurement and Pricing | Mr. Smallwood is likely to have discoverable information regarding Facebook's advertising business practices. |
| Mike Hoefflinger<br>Former Director of Global Business Marketing | Mr. Hoefflinger is likely to have discoverable information regarding Facebook's advertising business practices. |

22

| Mike Murphy<br>Current Account Manager | Mr. Murphy is likely to have discoverable information regarding Facebook's advertising business practices. |
| --- | --- |
| Reid Rokitta<br>Former Regional Director, Account Management – Sales | Mr. Rokitta is likely to have discoverable information regarding Facebook's advertising business practices. |
| Ami Vora<br>Former VP/Director, Ads; Former Director, Mobile Marketing; Former Manager, Ads; Former Facebook Platform Employee | Ms. Vora is likely to have discoverable information regarding Facebook's advertising business practices. |
| Kent Schoen<br>Former Lead Product Manager, Monetization; Former Director, Product Marketing; Former Director, Engineering | Mr. Schoen is likely to have discoverable information regarding Facebook's advertising business practices. |

### C.    Non-Parties

| Name | Subject of Discoverable Information |
| --- | --- |
| Airbiquity Inc.<br>1191 Second Avenue, Suite 1900<br>Seattle, WA 98101<br>(206) 219-2700 | Airbiquity is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| Foursquare Labs Inc.<br>50 West 23rd Street, 8th Floor<br>New York, NY 10010<br>(646) 380-4813 | Foursquare Labs is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| Google LLC<br>1600 Ampitheatre Parkway<br>Mountain View, California 94043<br>(650) 253-0000 | Google LLC is likely to have discoverable information related to social media networks and markets; agreements with Facebook (including the Google Network Bidding Agreement); Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |

| | |
|---|---|
| Hinge<br>c/o Match Group, Inc.<br>8750 North Central Expressway<br>Suite 1400<br>Dallas, Texas 75231<br>(214) 576-9352 | Hinge is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| Kakao<br>35 Hanbuk-ro, Jeju-si<br>Jeju , Jeju, 63309<br>South Korea<br>+82-18991326 | Kakao is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; competitively-motivated exclusion from Facebook advertising; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| LINE Corporation<br>c/o NAVER Corporation<br>NAVER Green Factory<br>6 Buljeong-ro, Bundang-gu<br>Seongnam-si, Gyeonggi Province,<br>South Korea<br>+82-3115883830 | LINE is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; competitively-motivated exclusion from Facebook advertising; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| LinkedIn Corp.<br>2029 Stierlin Court<br>Mountain View, CA 94043<br>(650) 687-3600 | LinkedIn is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| Netflix, Inc.<br>100 Winchester Cir.<br>Los Gatos, CA 95032(408) 540-3700 | Netflix is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| Pinterest, Inc.<br>505 Brannan Street<br>San Francisco, California 94107<br>(415) 762-7100 | Pinterest is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; jse of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |

| Royal Bank of Canada<br>200 Bay Street Toronto,<br>Ontario<br>M5J 2W7<br>+1-416-842-7575 | Royal Bank of Canada is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
|---|---|
| Snap Inc.<br>63 Market Street<br>Venice, California 90291<br>(310) 399-3339 | Snap Inc. is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| Tinder<br>c/o Match Group, Inc.<br>8750 North Central Expressway<br>Suite 1400<br>Dallas, Texas 75231<br>(214) 576-9352 | Tinder is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| Twitter, Inc.<br>1355 Market Street, Suite 900<br>San Francisco, California 94103<br>(415) 222-9670 | Twitter is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |
| WeChat<br>c/o Tencent Holdings Ltd. Tencent<br>Binhai Building, No. 33,<br>Haitian Second Road, Nanshan District,<br>Shenzhen<br>518054<br>China<br>+86-755-86013388 | WeChat is likely to have discoverable information related to social media networks and markets; agreements with Facebook; Facebook acquisitions; competitively-motivated exclusion from Facebook advertising; use of their data by Facebook; and/or Facebook's Platform Partnerships and Platform Policy. |

**II.     FED. R. CIV. P. 26(a)(1)(A)(i): DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT ADVERTISER PLAINTIFFS HAVE IN THEIR POSSESSION, CUSTODY, OR CONTROL AND MAY USE TO SUPPORT ITS CLAIMS**

Advertiser Plaintiffs disclose the following documents in their possession, custody, or control that they may use to support their claims:

i.      Documents concerning Advertiser Plaintiffs' purchases of social advertising.

25

     ii.    Documents produced to Advertiser Plaintiffs pursuant to the Court's April 2, 2021 order (ECF No. 82), maintained by counsel.

## III.  FED. R. CIV. P. 26(a)(1)(A)(iii): COMPUTATION OF DAMAGES CLAIMED BY ADVERTISER PLAINTIFFS

Advertiser Plaintiffs seek, on behalf of themselves and members of the Advertiser Classes (as defined in the Consolidated Advertiser Class Action Complaint ("CAC")), to recover compensatory damages (to be trebled), costs and attorneys' fees, pre- and post-judgment interest, and any other relief that the Court may deem just and proper.

Advertiser Plaintiffs allege that their damages arise from overcharges paid to Facebook for advertising on Facebook's social network.  Advertiser Plaintiffs bring claims under Sections 1 and 2 of the Sherman Act and are seeking damages arising from the alleged monopolist and conspirator, Facebook, imposing higher advertising costs than would be charged in a competitive market. Advertiser Plaintiffs' damages theory is widely accepted and can be expressed in simplified form as: [Dollar Overcharge = $(P_m - P_c) \times Q_m$] where $P_m$ is the price charged for advertising, $P_c$ is the but-for or competitive price charged for advertising, and $Q_m$ is the quantity of advertising sold by Facebook to class members during the class period.[1]  The difference between $P_c$ and $P_m$ is known as the "overcharge."

Considering the typical overcharge caused by anticompetitive conduct of the kind alleged in the CAC,[2] Plaintiffs presently believe that Facebook's anticompetitive conduct resulted in an overcharge of at least 20%, suggesting Advertiser Class Members' damages are at least $22.6 billion

---

[1]   Connor, John. (2014). Price-Fixing Overcharges: Revised 3rd Edition. SSRN Electronic Journal. 10.2139/ssrn.2400780 at 7.

[2]   Lande, Robert H. and Connor, John M., Cartel Overcharges and Optimal Cartel Fines (October 16, 2008). SSRN Electronic Journal: http://dx.doi.org/10.2139/ssrn.1285455; European Commission, *Practical Guide: Quantifying Harm in Actions for Damages Based on Breaches of Article 101 or 102 of the Treaty on the Functioning of the European Union*, Nov. 6, 2013, https://ec.europa.eu/competition/antitrust/actionsdamages/quantification_en.html.

(before trebling) based on Facebook's publicly reported U.S. advertising revenues (over $135.7 bn) during the Class Period.[3]

Each named Plaintiff's damages (before trebling) are presently estimated to be equal to a 20% overcharge on the total value of advertising purchased by that Plaintiff from Facebook during the Class Period.  Based on their investigation to date, Plaintiffs believe that their total spend on affected Facebook advertising and associated damages (before trebling) to be at least:

| Plaintiff | Total value of Facebook advertising during Class Period[4] | Damages (before trebling) |
|---|---|---|
| Mark Young | $81.49 | $13.58 |
| Mark Berney | $770.00 | $128.33 |
| 406 Property Services LLC | $392.32 | $65.39 |
| Joshua Jeon | $6.98 | $1.16 |
| Katherine Looper | $1,101.23 | $183.54 |
| Jessyca Frederick | $211.01 | $35.17 |
| Affilious | $4,735.28 | $789.21 |

Advertiser Plaintiffs will produce separately before September 10 the records located to date of the named Plaintiffs' Class Period advertising purchases from Facebook, pursuant to Rule 26(a)(1)(A)(iii).

As Advertiser Plaintiffs' investigation proceeds, and as the necessary discovery from Facebook and non-parties is completed and the necessary information and data are disclosed, Advertiser Plaintiffs will supplement these First Amended Initial Disclosures.  Exact measures and computations of Advertiser Plaintiffs' and the proposed classes' damages will require expert analysis and testimony.  Advertiser Plaintiffs intend to provide an expert report on damages pursuant to Rule 26(a)(2) on or before September 23, 2022 (the date for opening expert reports – *see* ECF No. 82).  Advertiser Plaintiffs anticipate that their damages experts will use various econometric tools

---

[3]   Estimate derived from Facebook's Class Period Form 10-Ks filed with the SEC.  Facebook's Form 10-Ks report revenue derived from customers with a U.S. billing address and provide a break-down of the proportion of Facebook's total revenue derived from advertising sales as opposed to other revenue streams.

[4]   For the avoidance of doubt, Plaintiffs' investigation of their own records remains ongoing.  Consequently, Plaintiffs reserve their right to update and supplement these disclosures as appropriate as their investigation continues.

Advertiser Plaintiffs' Rule 26(a)(1) First Amended Initial Disclosures - Case No. 20-CV-08570-LHK

including, among other things, multivariate regressions to articulate a formula for computing damages.

## IV.    FED. R. CIV. P. 26(a)(1)(A)(iv): INSURANCE

Advertiser Plaintiffs aver that the information sought by Rule 26(a)(1)(A)(iv) is inapplicable to Advertiser Plaintiffs.

Dated: August 27, 2021

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Kristen M. Anderson
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA  92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Fax: (860) 537-4432

*Interim Co-Lead Counsel and Executive Committee for the Advertiser Class*

**BATHAEE DUNNE LLP**

/s/ Yavar Bathaee
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*p.h.v. forthcoming*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky (*p.h.v. forthcoming*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
Austin B. Cohen (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Telephone: 215-592-1500
Facsimile: 215-592-4663
kverrier@lfsblaw.com
acohen@lfsblaw.com

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
Robert Ahdoot (CA 172098)
Theodore W. Maya (CA 223242)
Rachel Johnson (CA 331351)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310-474-9111
Facsimile:  310-474-8585
twolfson@ahdootwolfson.com

rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28