**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*p.h.v. forthcoming*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky (*p.h.v. forthcoming*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 20-CV-08570-LHK<br><br>The Hon. Lucy H. Koh<br><br>**CLASS ACTION**<br><br>**ADMINISTRATIVE MOTION TO SEAL TEXT FROM JOINT DISCOVERY LETTER BRIEF RE: PRIVILEGE DISPUTE** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order ("Protective Order") entered on June 21, 2021 (ECF No. 111), the Advertiser Plaintiffs (the "Submitting Party") hereby submits this Administrative Motion to File Under Seal ("Motion") text from Advertiser and Consumer Classes and Defendant Facebook, Inc.'s (the "Designating Party") Joint Discovery Letter Brief re: Privilege Dispute ("Letter Brief").[1] The selected text in the Letter Brief has been designated by Defendant as "Confidential" and/or "Highly Confidential" under the Protective Order.

Civil Local Rule 79-5 requires a party seeking sealing to "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.,* is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

Civil Local Rule 79-5(e) allows the moving party to "request[] sealing of documents because they have been designated confidential by another party or a non-party under a protective order[.]" *Connor v. Quora, Inc.,* No. 18-cv-07597-BLF, 2020 WL 8474751, at *1 (N.D. Cal. Oct. 26, 2020). Here, the Designating Party that produced the documents at issue did so pursuant to the Protective Order. *See* Declaration of Brian J. Dunne, ¶5. Section 7.2 of the Protective Order prohibits the public dissemination of documents that have been designated as "Confidential" or "Highly Confidential." Advertiser Plaintiffs therefore request that the Court authorize the filing under seal of the following materials:

**Protected Text from Submitting Party's Letter Brief**

- Two block-quoted paragraphs on page 2, which are quoted from a document produced by Designating Party with bates number PALM-002033234.
- Several words on page 3, which are quoted from documents produced by the Designating Party with bates numbers PALM-002033147–48, PALM-002033151, and PALM-002033558.

Advertiser Plaintiffs will serve the Dunne Decl. on Designating Party Facebook, Inc. concurrently with the filing of this Motion. Civil L.R. 79-5(e). Designating Party Facebook, Inc. will

---

[1] Consumer Plaintiffs and Defendant Facebook, Inc. do not oppose this motion.

1  then have four days to file a declaration establishing that all of the designated material is sealable.

2  Civil L.R. 79-5(e)(1).

3  In light of the foregoing, Advertiser Plaintiffs respectfully request that the Court grant their

4  motion to seal and enter the proposed order.

Dated: October 14, 2021

Respectfully submitted,

By:  */s/*  Brian J. Dunne
**BATHAEE DUNNE LLP**
Brian J. Dunne (Bar No. 275689)
   bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

Yavar Bathaee (Bar No. 282388)
   yavar@bathaeedunne.com
Edward M. Grauman (admitted *pro hac vice*)
   egrauman@bathaeedunne.com
Andrew C. Wolinsky (admitted *pro hac vice*)
   awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835


**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
   kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (Bar No. 214799)
   cburke@scott-scott.com
David H. Goldberger (Bar No. 225869)
   dgoldberger@scott-scott.com
Yifan (Kate) Lv (Bar No. 302704)
   klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

Patrick J. McGahan (admitted *pro hac vice*)
   pmcgahan@scott-scott.com
Michael P. Srodoski (admitted *pro hac vice*)
   msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192

Colchester, CT 06415
(860) 537-5537

**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
  tmaya@ahdootwolfson.com
Rachel Johnson (Bar No. 331351)
  rjohnson@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (admitted *pro hac vice*)
  kverrier@lfsblaw.com
Austin B. Cohen (admitted *pro hac vice*)
  acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
(215) 592-1500

*Interim Counsel for the Advertiser Class*