**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*p.h.v. forthcoming*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky (*p.h.v. forthcoming*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 20-CV-08570-LHK<br><br>The Hon. Lucy H. Koh<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BRIAN J. DUNNE IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL TEXT FROM JOINT DISCOVERY LETTER BRIEF RE: PRIVILEGE DISPUTE** |

1  I, Brian J. Dunne, declare and state as follows:

2  1. I am an attorney licensed in the State of California and admitted to the United States

3  District Court for the Northern District of California. I am an attorney at Bathaee Dunne LLP, Interim

4  Co-Lead Counsel for the Advertiser Plaintiffs (the "Submitting Party") in the above-captioned matter.

5  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would

6  testify competently to them.

7  2. This declaration is made in support of Submitting Party's Administrative Motion to File

8  Under Seal ("Motion") text from Advertiser and Consumer Classes and Defendant Facebook, Inc.'s

9  (the "Designating Party") Joint Discovery Letter Brief re: Privilege Dispute ("Letter Brief").

10  3. Attached hereto as Exhibit 1 is the Letter Brief in redacted form. Civil L.R. 79-

11  5(d)(1)(C).

12  4. Attached hereto as Exhibit 2 is the Letter Brief in unredacted form. The portions of the

13  document sought to be sealed are highlighted. Civil L.R. 79-5(d)(1)(D).

14  5. The highlighted portions of the Letter Brief reflect contents of documents produced and

15  designated "CONFIDENTIAL" by Designating Party under the Stipulated Protective Order

16  ("Protective Order") entered on June 21, 2021 (ECF No. 111).

17  6. Submitting Party's request is limited to documents produced by Designating Party

18  marked CONFIDENTIAL, or information directly reflecting documents produced by Designating Party

19  marked CONFIDENTIAL. This request is thus narrowly tailored to seek sealing only of sealable

20  material.

21  I declare under penalty of perjury under the laws of the United States that the foregoing is true

22  and correct.

23  Executed on October 14, 2021 in Pasadena, California.

24  s/ Brian J. Dunne
    BRIANNE J. DUNNE