**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*p.h.v. forthcoming*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky (*p.h.v. forthcoming*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 20-CV-08570-LHK<br><br>The Hon. Lucy H. Koh<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL TEXT FROM JOINT DISCOVERY LETTER BRIEF RE: PRIVILEGE DISPUTE** |

Advertiser Plaintiffs moved the Court to issue an administrative order ("Motion to Seal") authorizing filing under seal portions of text from Advertiser and Consumer Classes and Defendant Facebook, Inc.'s (the "Designating Party") Joint Discovery Letter Brief re: Privilege Dispute ("Letter Brief"), stating that the following portions of the Letter Brief reflect contents of documents produced and designated "CONFIDENTIAL" by Designating Party under the Stipulated Protective Order entered by the Court on June 21, 2021 (ECF No. 111):

- Two block-quoted paragraphs on page 2, which are quoted from a document produced by Designating Party with bates number PALM-002033234.
- Several words on page 3, which are quoted from documents produced by the Designating Party with bates numbers PALM-002033147–48, PALM-002033151, and PALM-002033558.

Consumer Plaintiffs and Defendant Facebook, Inc. do not oppose the Motion to Seal.

Having considered Advertiser Plaintiffs' Motion to Seal and supporting declaration, IT IS HEREBY ORDERED THAT: Advertiser Plaintiffs' Motion to Seal is GRANTED and the information listed above be sealed. The unredacted version of the Letter Brief shall remain under seal.

Dated: _____

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge