UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>   Defendant. | Case No. 20-cv-08570-LHK (VKD)<br><br>**ORDER RE PRIVILEGE DISPUTE**<br><br>Re: Dkt. No. 168 |

On October 26, 2021, the Court held a hearing on the parties' joint discovery dispute letter regarding privilege. As discussed, the Court currently focuses on the dispute over Facebook's August 20, 2021 clawback notice, which requires further briefing. The parties shall confer and report to the Court by **November 2, 2021** regarding a proposed schedule for briefing (opening brief and opposition) and a hearing.

Additionally, by **November 2, 2021** the parties shall confer and report about any proposed modifications to be made to the Federal Rules of Evidence 502(d) Clawback Order (Dkt. No. 107) regarding procedures for a clawback notice, challenges to a clawback notice, and resolving disputes over a clawback notice.

**IT IS SO ORDERED.**

Dated: October 26, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge