**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: 312-705-7400

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (CA 217895)
shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: 510-725-3000

*Interim Co-Lead Consumer Class Counsel*

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: 332-322-8835

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (CA 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-858-6000
Facsimile:  650-858-6100

David Z. Gringer (*pro hac vice*)
David.Gringer@wilmerhale.com
Ari Holtzblatt (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: 202-663-6000
Facsimile:  202-663-6363

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**STIPULATION TO ENTER STIPULATED DEPOSITION, EXPERT, AND PRIVILEGE PROTOCOLS**<br><br>Judge: Hon. Virginia K. DeMarchi |

Plaintiffs Maximilian Klein, *et al*. and Defendant Facebook, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Parties submitted Proposed Stipulated Deposition, Expert, and Privilege Protocols as exhibits to Letter Briefs presenting disputed provisions of those Protocols to the Court for resolution on September 20, 2021 (Dkt. Nos. 132, 134 and 135);

WHEREAS, the Court heard argument on the disputed provisions of the Proposed Stipulated Deposition, Expert, and Privilege Protocols on August 31, 2021 (Dkt. No. 136);

WHEREAS, the Parties have, through agreement, resolved some of the disputed provisions of the Proposed Stipulated Deposition, Expert, and Privilege Protocols (Dkt. No. 148);

WHEREAS, the Court has issued several Orders resolving all remaining disputed provisions of the Proposed Stipulated Deposition, Expert, and Privilege Protocols (Dkt. Nos. 149-51, 153 and 155);

WHEREAS, the Parties have modified the previously submitted Proposed Stipulated Deposition, Expert, and Privilege Protocols to reflect the resolutions reached by the Parties and the Court; and

WHEREAS, the Parties jointly and respectfully request that the Court enter the Parties' Proposed Stipulated Deposition Protocol, Proposed Stipulated Expert Protocol, and Proposed Stipulated Privilege Protocols, submitted herewith.

THEREFORE, IT IS HEREBY SO STIPULATED.

| | |
|---|---|
| DATED:  October 28, 2021 | Respectfully submitted, |

By:  */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (CA 217895)
shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
   steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (*pro hac vice*)
wjbruckner@locklaw.com
Robert K. Shelquist (*pro hac vice*)
rkshelquist@locklaw.com
Brian D. Clark (*pro hac vice*)
bdclark@locklaw.com
Rebecca A. Peterson (CA 241858)
rapeterson@locklaw.com
Arielle S. Wagner (*pro hac vice*)
aswagner@locklaw.com
100 Washington Avenue South, Ste 2200
Minneapolis, MN 55401
(612) 339-6900

*Interim Counsel for the Consumer Class*

By:  */s/ Stephen A. Swedlow*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Michelle Schmit (*pro hac vice*)
michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (CA 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (CA 262125)
adamwolfson@quinnemanuel.com
Brantley I. Pepperman (CA 322057)
brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Fl.
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (*pro hac vice*)
manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

| | |
|---|---|
| By: */s/ Kristen M. Anderson*<br>**SCOTT+SCOTT**<br>  **ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (CA 246108)<br>kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br><br>Christopher M. Burke (CA 214799)<br>cburke@scott-scott.com<br>David H. Goldberger (CA 225869)<br>dgoldberger@scott-scott.com<br>Yifan (Kate) Lv (CA 302704)<br>klv@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>(619) 233-4565<br><br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>(860) 537-5537<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>kverrier@lfsblaw.com<br>Austin B. Cohen (*pro hac vice*)<br>acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>(215) 592-1500 | By: */s/ Yavar Bathaee*<br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>Andrew C. Wolinsky (*pro hac vice*)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>(213) 462-2772<br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (CA 174806)<br>twolfson@ahdootwolfson.com<br>Robert Ahdoot (CA 172098)<br>rahdoot@ahdootwolfson.com<br>Theodore W. Maya (CA 223242)<br>tmaya@ahdootwolfson.com<br>Rachel Johnson (CA 331351)<br>rjohnson@ahdootwolfson.com<br>2600 West Olive Avenue, Ste 500<br>Burbank, CA 91505<br>(310) 474-9111<br><br>*Interim Counsel for the Advertiser Class* |

By: */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (CA 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000

David Z. Gringer (*pro hac vice*)
David.Gringer@wilmerhale.com
Ari Holtzblatt (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

*Attorneys for Defendant Facebook, Inc.*

STIPULATION TO ENTER STIPULATED DEPOSITION, EXPERT, AND PRIVILEGE PROTOCOLS
No. 5:20-cv-08570-LHK

## ATTESTATION OF KRISTEN M. ANDERSON

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kristen M. Anderson.  By her signature, Ms. Anderson attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: October 28, 2021            By */s/ Kristen M. Anderson*
                                              Kristen M. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By */s/ Kristen M. Anderson*
   Kristen M. Anderson