UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No.  20-cv-08570-LHK (VKD) |
| Plaintiffs, | |
| v. | **ORDER RE FURTHER BRIEFING RE PRIVILEGE DISPUTE** |
| FACEBOOK, INC., | Re: Dkt. No. 178 |
| Defendant. | |

The Court hereby adopts the parties' proposal for further briefing regarding defendant's August 20, 2021 clawback notice.  Plaintiffs' opening brief shall be filed by **November 8, 2021**. Defendant's responsive brief shall be filed by **November 23, 2021**.  Each party's brief shall not exceed 15 pages.  Additionally, the Court requests that the parties submit chambers copies of their respective papers by the next court day after their respective filings are due.

**IT IS SO ORDERED.**

Dated: November 3, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California