Tina Wolfson (CA 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
tmaya@ahdootwolfson.com
Rachel Johnson (CA 331351)
rjohnson@ahdootwolfson.com
AHDOOT & WOLFSON, PC
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111

*Counsel for Plaintiff Zahara Mossman*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br>　　　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>FACEBOOK, INC., <br><br>　　　　　　　　　　　Defendant. | Case No. 5:20-cv-08570-LHK <br><br> The Hon. Lucy H. Koh <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF ZAHARA MOSSMAN'S INDIVIDUAL CLAIMS WITH PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Zahara Mossman hereby dismisses her individual claims against Defendant Facebook, Inc. in the above-captioned matter with prejudice. Voluntary dismissal is appropriate given that Defendant has not served either an answer or a motion for summary judgment.

DATED: November 4, 2021　　　　　　　AHDOOT & WOLFSON, PC

　　　　　　　　　　　　　　　　　　　　*/s/ Tina Wolfson*
　　　　　　　　　　　　　　　　　　　　Tina Wolfson (CA 174806)
　　　　　　　　　　　　　　　　　　　　Robert Ahdoot (CA 172098)
　　　　　　　　　　　　　　　　　　　　Theodore W. Maya (CA 223242)
　　　　　　　　　　　　　　　　　　　　Rachel Johnson (CA 331351)
　　　　　　　　　　　　　　　　　　　　2600 West Olive Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　　Burbank, CA 91505

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Zahara Mossman*