**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*p.h.v. forthcoming*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky (*p.h.v. forthcoming*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 20-CV-08570-LHK (VKD)<br><br>Hon. Virginia K. DeMarchi<br><br>**CLASS ACTION**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), Advertiser Plaintiffs hereby file this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Certain exhibits to Plaintiffs' concurrently filed Opening Brief Regarding Facebook, Inc.'s August 20, 2021 Clawback Notice have been designated by Defendant Facebook, Inc., as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 111). These documents, which are attached to this Motion, are:

- Ex. B – Facebook's Aug. 20, 2021 Supplemental Privilege Log
- Ex. C – PALM-002033279
- Ex. D – PALM-002033773
- Ex. E – PALM-002033748
- Ex. L – PALM-002033644

References to these documents in Plaintiffs' Opening Brief have been redacted from the publicly filed version, and an unredacted version of the Opening Brief is attached to this Motion with the references highlighted. *See* Civ. L.R. 79-5(e).

Further, Plaintiffs have redacted certain information in the attached Ex. J, which is an email correspondence between counsel for Plaintiffs and Facebook. Facebook has not designated this information as "Confidential" or "Highly Confidential" under the Stipulated Protective Order, but Plaintiffs have redacted it out of an abundance of caution. Plaintiffs take no position on whether this information meets the legal standard for sealing in this Court.

Plaintiffs respectfully request that the Court grant their motion to consider whether the above-referenced Facebook material should be sealed.

Dated: November 8, 2021

Respectfully submitted,

By: /s/ Brian J. Dunne

**BATHAEE DUNNE LLP**
Brian J. Dunne (Bar No. 275689)
   bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

Yavar Bathaee (Bar No. 282388)
   yavar@bathaeedunne.com
Edward M. Grauman (admitted *pro hac vice*)
   egrauman@bathaeedunne.com
Andrew C. Wolinsky (admitted *pro hac vice*)
   awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
   kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (Bar No. 214799)
   cburke@scott-scott.com
David H. Goldberger (Bar No. 225869)
   dgoldberger@scott-scott.com
Yifan (Kate) Lv (Bar No. 302704)
   klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

Patrick J. McGahan (admitted *pro hac vice*)
   pmcgahan@scott-scott.com
Michael P. Srodoski (admitted *pro hac vice*)
   msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
   twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
   rahdoot@ahdootwolfson.com

1  Theodore W. Maya (Bar No. 223242)
     tmaya@ahdootwolfson.com
2  Rachel Johnson (Bar No. 331351)
     rjohnson@ahdootwolfson.com
3  2600 West Olive Avenue, Suite 500
   Burbank, CA 91505
4  (310) 474-9111

5  **LEVIN SEDRAN & BERMAN LLP**
   Keith J. Verrier (admitted *pro hac vice*)
6    kverrier@lfsblaw.com
   Austin B. Cohen (admitted *pro hac vice*)
7    acohen@lfsblaw.com
   510 Walnut Street, Suite 500
8  Philadelphia, PA 19106-3997
   (215) 592-1500
9
   *Interim Counsel for the Advertiser Class*