| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Edward M. Grauman (*p.h.v. forthcoming*)<br>egrauman@bathaeedunne.com<br>Andrew C. Wolinsky (*p.h.v. forthcoming*)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Class* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (CA 246108)<br>kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: (212) 223-6444<br><br>Christopher M. Burke (CA 214799)<br>cburke@scott-scott.com<br>David H. Goldberger (CA 225869)<br>dgoldberger@scott-scott.com<br>Kate Lv (CA 302704)<br>klv@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Tel.: (619) 233-4565<br><br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT  06415<br>Tel.: (860) 537-5537<br><br>(Additional counsel on signature page) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>FACEBOOK, INC.,<br><br>      Defendant. | Case No. 20-CV-08570-LHK (VKD)<br><br> Hon. Virginia K. DeMarchi<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF BRIAN J. DUNNE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Brian J. Dunne, declare and state as follows:

1.   I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am an attorney at Bathaee Dunne LLP, Interim Co-Lead Counsel for the Advertiser Plaintiffs (collectively, "Submitting Party") in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2.   This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Plaintiffs' concurrently filed Opening Brief Regarding Facebook, Inc.'s August 20, 2021 Clawback Notice.

3.   Attached hereto as Exhibit 1 is the Opening Brief in redacted form. Civil L.R. 79-5(d)(1)(C).

4.   Attached hereto as Exhibit 2 is the Opening Brief in unredacted form. The portions of the document sought to be sealed are highlighted. Civil L.R. 79-5(d)(1)(D).

5.   Attached hereto as Exhibit 3 is Ex. B to the Opening Brief (Facebook's Aug. 20, 2021 Supplemental Privilege Log).

6.   Attached hereto as Exhibit 4 is Ex. C to the Opening Brief (PALM-002033279).

7.   Attached hereto as Exhibit 5 is Ex. D to the Opening Brief (PALM-002033773).

8.   Attached hereto as Exhibit 6 is Ex. E to the Opening Brief (PALM-002033748).

9.   Attached hereto as Exhibit 7 is Ex. L to the Opening Brief (PALM-002033644).

10.  Attached hereto as Exhibit 8 is Ex. J to the Opening Brief in redacted form.

11.  Attached hereto as Exhibit 9 is Ex. J to the Opening Brief in unredacted form.

5.   The highlighted portions of the Opening Brief reflect contents of documents designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Facebook under the Protective Order.

6.   The attached documents were designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Facebook under the Protective Order, with the exception of Exhibits 8 and 9 (Ex. J to the Opening Brief), which Plaintiffs have redacted out of an abundance of caution.

6.   Plaintiffs' request is limited to documents produced by Facebook marked

CONFIDENTIAL or HIGHLY CONFIDENTIAL, or information directly reflecting documents produced by Facebook marked CONFIDENTIAL or HIGHLY CONFIDENTIAL. This request is thus narrowly tailored to seek sealing only of sealable material.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed on November 8, 2021 in Pasadena, California.

                                  s/ Brian J. Dunne
                                  BRIAN J. DUNNE