| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Stephen A. Swedlow (admitted *pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400 | **BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 |
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000 | **SCOTT + SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (Bar No. 246108)<br>  kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444 |
| *Interim Co-Lead Consumer Class Counsel*<br><br>[Additional counsel listed on signature page] | *Interim Co-Lead Advertiser Class Counsel* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>              Plaintiffs,<br><br>       vs.<br><br>FACEBOOK, INC.,<br><br>              Defendant.<br><br>This Document Relates To: All Actions | Case No. 5:20-cv-08570-LHK (VKD)<br><br>Hon. Virginia K. DiMarchi<br><br>**PROPOSED ORDER CONCERNING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**[PROPOSED] ORDER**

Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Plaintiffs' Opening Brief Regarding Facebook, Inc.'s August 20, 2021 Clawback Notice, is now before the Court. Upon consideration, this Court [GRANTS / DENIES] the motion. Accordingly, all documents filed under seal in connection with the Opening Brief shall [be unsealed / remain under seal].

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge