# EXHIBIT A

WILMERHALE

August 20, 2021

**Molly Jennings**

+1 202 663 6947 (t)
+1 202 663 6363 (f)
molly.jennings@wilmerhale.com

Stephen A. Swedlow
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
stephenswedlow@quinnemanuel.com

Yavar Bathaee
Bathaee Dunne LLP
445 Park Avenue, 9th Floor
New York, NY 10022
yavar@bathaeedunne.com

Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
15 Hearst Avenue, Suite 202
Berkeley, CA 94710
shanas@hbsslaw.com

Kristen M. Anderson
Scott+Scott Attorneys at Law LLP
230 Park Avenue, 17th Floor
New York, NY 10169
kanderson@scott-scott.com

Re:  *Klein v. Facebook*, Case No. 5:20-cv-08570-LHK

Dear Counsel,

On behalf of our client, Facebook, Inc., we are producing FB_PALM_CLAWBACK004 by FTP.  Today's production volume contains overlays of documents that were either previously produced with redactions or inadvertently produced in full.  Based on additional review, we have determined that these documents contain attorney-client privileged information and are thus subject to clawback.  Further details are provided in the attached supplemental privilege log.

Please destroy the prior versions of these documents and replace them with the documents found in the accompanying encrypted file.  Pursuant to Paragraph 2 of the 502(d) Order, please certify that you have done so within ten (10) business days.

\*\*\*

Pursuant to Paragraph 5.2 of the Stipulated Protective Order in the above-referenced matter, the production is designated as Highly Confidential.  Your receipt and use of this production are subject to the limitations and protection provided in the Protective Order and other applicable law.  Pursuant to the Rule 502(d) Order entered in this matter and other applicable protections, Facebook does not intend that the production of any documents which may be subject

WILMERHALE

Page 2

to a claim of privilege—including, but not limited to, the attorney work product and attorney-client privileges—constitutes a waiver of such privilege, and Facebook reserves all rights with respect to such privileges.

Sincerely,

Molly Jennings

Enclosures