# EXHIBIT K





Join TechCrunch+

Login

Search

Disrupt

Startups

Videos

Audio

Newsletters

TechCrunch+

Advertise

Events

More

# Zuckerberg owns or clones most of the "8 social apps" he cites as competition

Josh Constine   @joshconstine   /   8:22 AM PDT • April 11, 2018

 Comment



Mark Zuckerberg's flimsy defense when congress asked about a lack of competition to Facebook has been to cite that the average American uses eight social apps. But that conveniently glosses over the fact that Facebook owns three of the top 10 U.S. iOS apps: #4 Instagram, #6 Messenger, and #8 Facebook according to App Annie. The top 3 apps are games. Facebook is building its Watch video hub to challenge #5 YouTube, and has relentlessly cloned Stories to beat #7 Snapchat. And Facebook also owns #19 WhatsApp. Zoom in to just "social networking apps", and Facebook owns the entire top 3.

"The average American I think uses eight different communication and social apps. So there's a lot of different choice and a lot of innovation and activity going on in this space" Zuckerberg said when asked about whether Facebook is a monopoly by Senator Graham during yesterday's Senate hearing, and he's trotted out that same talking point that was on his note sheet during today's House testimony.

Sponsored Content



The future of stations

Sponsored by Bluetti







But Facebook has relentlessly sought to acquire or co-opt the features of its competitors. That's why any valuable regulation will require congress to prioritize competition. That means either breaking up Facebook, Instagram, and WhatsApp; avoiding rules that are easy for Facebook to comply with but prohibitively expensive for potential rivals to manage; or ensuring data portability that allows users to choose where to take their content and personal information.

Breaking up Facebook, or at least preventing it from acquiring established social networks in the future, would be the most powerful way to promote competition in the space. Facebook's multi-app structure creates economies of scale in data that allow it to share ad targeting and sales teams, backend engineering, and relevancy-sorting algorithms. That makes it tough for smaller competitors without as much money or data to provide the public with more choice.

Regulation done wrong could create a moat for Facebook, locking in its lead. Complex transparency laws might be just a paperwork speed bump for Facebook and its army of lawyers, but could be too onerous for upstart companies to follow. Meanwhile, data collection regulation could prevent competitors from ever building as large of a data war chest as Facebook has already generated.

Data portability gives users the option to choose the best social network for them, rather than being stuck where they already are. Facebook provides a Download Your Information tool for exporting your content. But photos come back compressed, and you don't get the contact info of friends unless they opt in. The list of friends' names you receive doesn't allow you to find them on other apps the way contact info would. Facebook should at least offer a method for your exporting hashed version of that contact info that other apps could use to help you find your friends there without violating the privacy of those friends. Meanwhile, Instagram entirely lacks a Download Your Information tool.



Congress should push Zuckerberg to explain what apps compete with Facebook as a core identity provider, an omni-purpose social graph, or cross-platform messaging app. Without choice, users are at the mercy of Facebook's policy and product examples. All of the congressional questions about data privacy and security don't mean much to the public if they have no viable alternative to Facebook. The fact that Facebook owns or clones the majority of the 8 social apps used by the average American is nothing for Zuckerberg to boast about.

### More TechCrunch



New antitrust suit from Phhhoto alleges Facebook copied and killed the competition



Facebook's 'meta-existential' pivot for survival



Mark Zuckerberg named as defendant in Facebook privacy suit



VCs are racing to pay more to get smaller pieces of less profitable companies

## Sign up for Newsletters

- [ ] Daily
- [ ] Week in Review
- [ ] Startups Weekly
- [ ] Event Updates
- [ ] Advertising Updates
- [ ] TechCrunch+ Announcements
- [ ] TechCrunch+ Events
- [ ] TechCrunch+ Roundup

See all newsletters

Email *

**Subscribe**

https://tcrn.ch/2ILcbeS    Copy

### Tags

Apps   Mobile   Social   TC   data portability   Facebook   Facebook Data Portability
facebook messenger   Instagram   Mark Zuckerberg   WhatsApp   zuckerberg testimony

---

### South Korean chipmakers will submit semiconductor data to the U.S. by Nov. 8 deadline

Kate Park

10:24 PM PST • November 7, 2021



---

### Edtech startup BrightChamps, valued at nearly $500 million, comes out of stealth mode

Manish Singh

4:28 PM PST • November 7, 2021



---

### Facebook's 'meta-existential' pivot for survival

Jacob Mullins

12:59 PM PST • November 7, 2021



### Digital Diplomacy 4.0: Return of the Jedi?
Tom Fletcher
10:02 AM PST • November 7, 2021



### H2O.ai raises $100M at a $1.6B pre-money valuation for tools to make AI usable by any kind of enterprise
Ingrid Lunden
5:00 AM PST • November 7, 2021



### All things in moderation, including moderation
Natasha Mascarenhas
11:02 AM PDT • November 6, 2021



### This Week in Apps: Facebook tests App Store rules, Apple fights sideloading, Netflix games go global
Sarah Perez
10:45 AM PDT • November 6, 2021



### How one startup is shaking up the consumer trading boom
Alex Wilhelm
10:01 AM PDT • November 6, 2021



### Should your company be using a flexible pricing model?
Miranda Halpern
7:06 PM PDT • November 5, 2021



### Teaching robots to socialize
Brian Heater
3:55 PM PDT • November 5, 2021



### What I learned building a fact-checking startup
Dhruv Ghulati
3:30 PM PDT • November 5, 2021



Zuckerberg owns or clones most of the 8 social apps he cites as competition | TechCrunch
Case 3:20-cv-08570-JD   Document 185-7   Filed 11/08/21   Page 7 of 8
11/8/21, 12:16 AM

### Helion Energy will use $500M Series E to power up its fusion energy efforts

Alex Wilhelm

3:10 PM PDT • November 5, 2021



### New antitrust suit from Phhhoto alleges Facebook copied and killed the competition

Taylor Hatmaker

2:47 PM PDT • November 5, 2021



### Twitter is rolling out a feature to make it easier to search a user's tweets

Amanda Silberling

2:31 PM PDT • November 5, 2021





### With a Section 1045 rollover, founders can salvage QSBS before 5 years

Peyton Carr, Calvin Lo

1:45 PM PDT • November 5, 2021



### Why we rebuilt our equity plan for flexibility (and how you can, too)

Colin Turner

12:49 PM PDT • November 5, 2021



### TechCrunch+ roundup: Holiday marketing tips, low-cost NFTs, SaaS sprawl study

Ram Iyer

12:25 PM PDT • November 5, 2021



TC Sessions: Space 2021

### All systems go: Buy your pass to TC Sessions: Space 2021

Marquise Foster

11:31 AM PDT • November 5, 2021



### An inclusive new DTC beauty platform secures $3 million in funding — and a supercharged offline strategy

Connie Loizos

11:09 AM PDT • November 5, 2021



### Appetiser's co-founders discuss building client relationships and getting to MVP
Anna Heim
10:56 AM PDT • November 5, 2021



#### About
TechCrunch
Staff
Contact Us
Advertise

#### Legal
Privacy Policy
Terms of Service
TechCrunch+ Terms
Do Not Sell My Personal Information
Code of Conduct
About Our Ads

#### International
Japan

Facebook
Twitter
YouTube
Instagram
LinkedIn

© 2013-2021 Verizon Media. All rights reserved. Powered by WordPress VIP.