# EXHIBIT M

# Bird Names Rebecca Hahn and Wendy Mantell to Key Communications and Legal Roles

Industry veterans will lead electric mobility company's integrated communications, regulatory strategies, and rider education initiatives



NEWS PROVIDED BY
**Bird** →
Jun 12, 2018, 12:49 ET

VENICE, Calif., June 12, 2018 /PRNewswire/ -- Bird, the leader in last-mile electric mobility, today announced it has filled two key leadership roles. Rebecca Hahn joined as the company's senior vice president of communications and Wendy Mantell has joined as deputy general counsel. Hahn, most recently a partner at The OutCast Agency, will design and oversee the fast-growing company's communications and marketing strategy. Mantell, formerly the senior vice president of legal at FanDuel, is building a world-class legal team to clear regulatory pathways, form strategic partnerships, and create rider safety initiatives for Bird's rapidly expanding operations.

"We're building a strong team to navigate our rapid growth and the complex mobility space so that we can achieve our goal of getting more cars off the road," said Travis VanderZanden, founder and CEO of Bird. "Rebecca and Wendy's leadership and experience will help us bring Birds to riders and communities everywhere."

During Hahn's tenure at The OutCast Agency, she established the company's Los Angeles-based office and led teams to develop and implement integrated media strategies spanning consumer, business, and technology audiences. While at OutCast, she worked with brands across diverse

industries including: Andreessen Horowitz, Facebook, Fifth Wall Ventures, Intuit TurboTax, Instagram, Lyft, Mint.com, the NFL, Oculus, and Tanium. Prior to OutCast, Rebecca was director of Oracle's corporate communications team.

"As a native of southern California, I have spent far too many hours stuck in gridlock," said Hahn. "I look forward to bringing the Bird vision to life and bringing our riders into the conversation as we aim to get more people out of their cars and onto Birds to help communities reduce congestion and carbon emissions while having a good time."

Mantell, who has practiced law for more than 16 years, had responsibility for a wide array of challenging legal issues at FanDuel throughout the startup's rapid growth. This included managing complex class action litigation, advising on marketing and advertising initiatives, negotiating and drafting commercial agreements, building privacy and security practices, as well as consumer responsibilities including managing updates of user-facing policies and language. Prior to FanDuel, she was the privacy and product counsel at Hulu.

As Bird brings a new form of affordable shared mobility to cities everywhere, Mantell will partner with the company's government relations group to bridge the gap from existing legal frameworks to rules designed for the Bird business model. Mantell's team will manage a new class of vehicle ridership rules, oversee rider education focused on safety and accountability, and protect user privacy as a core commitment.

"The moment I saw a Bird sitting outside of my office, I had to try it. I was hooked after just one ride," said Mantell. "Following that first ride in Santa Monica, I knew I wanted join the mission of providing fun and sustainable last-mile transportation to the world."

Riders interested in finding a Bird near them can download the app and sign up at www.birdapp.com.

**About Bird**
Bird is a last-mile electric vehicle sharing company dedicated to bringing affordable, environmentally friendly transportation solutions to communities across the world. It provides a fleet of shared electric scooters that can be accessed via smartphone. Birds give people looking to take a short journey across town or down that "last-mile" from the subway or bus to their destination a way to do so that does not pollute the air or add to traffic. Bird works closely with

the cities in which it operates so that Bird is a reliable and affordable transportation option for people who live and work there. Founded in 2017 by transportation pioneer Travis VanderZanden, Bird is headquartered in Venice, Calif., and is rapidly expanding across the country. Follow Bird on Instagram (www.instagram.com/bird), on Twitter at @BirdRide, and find more information at www.bird.co.

SOURCE Bird

Related Links

https://www.bird.co