# EXHIBIT N

# WilmerHale

August 4, 2021

Nicole Callan

+1 202 663 6191 (t)
+1 202 663 6363 (f)
nicole.callan@wilmerhale.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (admitted *pro hac vice*)
   stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
   yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 205-7668

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
   shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
   kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 233-6444

Re:   *Klein v. Facebook*, Case No. 5:20-cv-08570-LHK

Dear Counsel,

In response to your July 29, 2021 letter, we are writing to confirm that Facebook's July 13 clawback notice comprised documents that had been produced with redactions or inadvertently produced in full to the FTC. Based on additional review, Facebook determined that these documents contain attorney-client privileged and/or attorney work product protected material and are thus subject to clawback. We therefore clawed the documents back from both the FTC and plaintiffs. We trust that resolves your concerns.

Sincerely,

*/s/ Nicole Callan*

Nicole Callan