UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No. 20-cv-08570-LHK (VKD)<br><br>**ORDER TO PUBLICLY FILE REDACTED MOTION AS A SEPARATE DOCKET ENTRY ON ECF**<br><br>Re: Dkt. No. 184 |

On November 8, 2021, plaintiffs filed an administrative motion to seal portions of their opening brief and exhibits re the parties' privilege dispute. Dkt. No. 184. Although plaintiffs submitted a redacted version of their brief, they have filed it as an attachment to their administrative motion to seal. Dkt. No. 184-3. Plaintiffs are requested to promptly re-file their <u>redacted</u> brief as a separate motion and docket entry on ECF. *See* Civil L.R. 79-5(e)(1).

**IT IS SO ORDERED.**

Dated: November 9, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge