# EXHIBIT C

(Filed Under Seal; Highlighting in Original)