# EXHIBIT D

(Filed Under Seal; Highlighting in Original)