# EXHIBIT E

(Filed Under Seal; Highlighting in Original)