# EXHIBIT F

  

Home

### [MS Financial Management -](#) Gain New Skills or a New Career in Financial Mgmt



# Outcast

We shape brands that shape the future.

Marketing & Advertising · San Francisco, CA · 9,664 followers

See all 199 employees on LinkedIn

Follow    Visit website    More

Home    **About**    Posts    Jobs    People    Videos

## Overview

We're an integrated marketing agency specializing in digital, communications, and branding. We partner with some of the world's most iconic businesses to tell the stories that push their brands forward. In short, we shape brands that shape the future. Founded in 1997 as The OutCast Agency, we have offices in San Francisco, New York City, Washington DC, Los Angeles, Seattle, and London.

### Website

[http://www.thisisoutcast.com](http://www.thisisoutcast.com)

### Industry

Marketing & Advertising

### Company size

51-200 employees
199 on LinkedIn

## Headquarters
San Francisco, CA

## Type
Public Company

## Founded
1997

## Specialties
Brand Development, Community Building & Mmgt, Content Marketing, Creative Services, Influencer Insights, Influencer Positioning, Integrated Marketing, Media Relations, Messaging & Positioning, Personal Brand Mmgt, Online & Mobile Experiences, Social Business Strategy, Design Strategy, Messaging & Positioning, Paid Media, and Website Development

## Locations (5)
Interact with the map to explore all locations





Get the latest jobs and industry news



BJ, explore relevant opportunities with
**HBT bank**



## Affiliated pages

**Sepia Communications**
Public Relations & Communications
Subsidiary



**Connections Media LLC**

Public Relations & Communications
Subsidiary



## Pages people also viewed

**Allison+Partners**
Public Relations & Communications
53,309 followers



**Sepia Communications**
Public Relations & Communications
334 followers



**Strange Brew Strategies**

Public Relations & Communications
716 followers

+ Follow

See all similar pages

Messaging