# EXHIBIT L

(Filed Under Seal; Highlighting in Original)