**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
  kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 233-6444

*Interim Co-Lead Advertiser Class Counsel*

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94303
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:   (212) 230-8888

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>                    Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**STIPULATION TO ENTER FIRST AMENDED FEDERAL RULES OF EVIDENCE 502(D) CLAWBACK ORDER**<br><br>Judge: Hon. Virginia K. DeMarchi |

Consumer Plaintiffs, Advertiser Plaintiffs, and Defendant Facebook, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Parties submitted their dispute regarding the terms of a Federal Rules of Evidence 502(d) Clawback Order to the Court for resolution on May 14, 2021 (Dkt. No. 94);

WHEREAS, the Court heard argument on the disputed provisions of the 502(d) Clawback Order on May 25, 2021 (Dkt. No. 99);

WHEREAS, the Court thereafter resolved the parties' dispute as to the 502(d) Clawback Order in a June 3, 2021 order requiring the parties to submit a stipulated 502(d) Clawback Order (Dkt. No. 105);

WHEREAS, the Parties submitted a stipulated 502(d) Clawback Order on June 11, 2021 (Dkt. 106), which the Court entered on June 14, 2021 (Dkt. No. 107);

WHEREAS, the Court held a discovery hearing with the Parties on October 26, 2021 and thereafter requested that the parties submit any proposed modifications to the 502(d) Clawback Order (Dkt. No. 171);

WHEREAS, the Parties agreed to submit any dispute regarding modifications to the 502(d) Clawback Order to the Court by November 10, 2021 (Dkt. No. 178);

WHEREAS, the Parties have, through agreement, resolved all disputes regarding appropriate modifications to the 502(d) Clawback Order;

WHEREAS, the Parties have modified the previously entered 502(d) Clawback Order to reflect the resolutions reached by the Parties; and

WHEREAS, the Parties jointly and respectfully request that the Court enter the Parties' proposed First Amended Federal Rules of Evidence 502(d) Clawback Order submitted herewith.[1]

THEREFORE, IT IS HEREBY SO STIPULATED.

---

[1] The Parties' proposed First Amended Federal Rules of Evidence 502(d) Clawback Order is submitted as an attachment to this stipulation. For the Court's convenience, the Parties have also submitted—as Exhibit A to this stipulation—a redline reflecting the changes between the previously-entered Federal Rules of Evidence 502(d) Clawback Order and the Parties' proposed First Amended Federal Rules of Evidence 502(d) Clawback Order.

| | |
|---|---|
| DATED:  November 10, 2021 | Respectfully submitted, |
| By:  */s/ Yavar Bathaee* <br> **BATHAEE DUNNE LLP** <br> Yavar Bathaee (Bar No. 282388) <br>   yavar@bathaeedunne.com <br> Edward M. Grauman (admitted *pro hac vice*) <br>   egrauman@bathaeedunne.com <br> Andrew C. Wolinsky (admitted *pro hac vice*) <br>   awolinsky@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> (332) 322-8835 <br><br> Brian J. Dunne (Bar No. 275689) <br>   bdunne@bathaeedunne.com <br> 633 West Fifth Street, 26th Floor <br> Los Angeles, CA 90071 <br> (213) 462-2772 <br><br> By:  */s/ Kristen M. Anderson* <br> **SCOTT+SCOTT ATTORNEYS AT LAW LLP** <br> Kristen M. Anderson (Bar No. 246108) <br>   kanderson@scott-scott.com <br> 230 Park Avenue, 17th Floor <br> New York, NY 10169 <br> (212) 223-6444 <br><br> Christopher M. Burke (Bar No. 214799) <br>   cburke@scott-scott.com <br> David H. Goldberger (Bar No. 225869) <br>   dgoldberger@scott-scott.com <br> Yifan (Kate) Lv (Bar No. 302704) <br>   klv@scott-scott.com <br> Hal D. Cunningham (Bar No. 243048) <br>   hcunningham@scott-scott.com <br> Daniel J. Brockwell (Bar No. 335983) <br>   dbrockwell@scott-scott.com <br> 600 W. Broadway, Suite 3300 <br> San Diego, CA 92101 <br> (619) 233-4565 | By:  */s/ Stephen A. Swedlow* <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> Stephen A. Swedlow (*pro hac vice*) <br> stephenswedlow@quinnemanuel.com <br> Michelle Schmit (*pro hac vice*) <br> michelleschmit@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606-1881 <br> (312) 705-7400 <br><br> Kevin Y. Teruya (CA 235916) <br> kevinteruya@quinnemanuel.com <br> Adam B. Wolfson (CA 262125) <br> adamwolfson@quinnemanuel.com <br> Brantley I. Pepperman (CA 322057) <br> brantleypepperman@quinnemanuel.com <br> 865 South Figueroa Street, 10th Fl. <br> Los Angeles, CA 90017-2543 <br> (213) 443-3000 <br><br> Manisha M. Sheth (*pro hac vice*) <br> manishasheth@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> (212) 849-7000 <br><br><br> By:  */s/ Shana E. Scarlett* <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> Shana E. Scarlett (Bar No. 217895) <br>   shanas@hbsslaw.com <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> (510) 725-3000 <br><br> Steve W. Berman (admitted *pro hac vice*) <br>   steve@hbsslaw.com <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> (206) 623-7292 |

Patrick J. McGahan (admitted *pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (admitted *pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
  tmaya@ahdootwolfson.com
Rachel Johnson (Bar No. 331351)
  rjohnson@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (admitted *pro hac vice*)
  kverrier@lfsblaw.com
Austin B. Cohen (admitted *pro hac vice*)
  acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
(215) 592-1500

*Interim Counsel for the Advertiser Class*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Arielle S. Wagner (admitted *pro hac vice*)
  aswagner@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Interim Counsel for the Consumer Class*


By:  */s/ Molly M. Jennings*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (Bar No. 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

*Attorneys for Defendant Facebook, Inc.*

## ATTESTATION OF BRANTLEY I. PEPPERMAN

This document is being filed through the Electronic Case Filing (ECF) system by attorney Brantley I. Pepperman.  By his signature, Mr. Pepperman attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: November 10, 2021       By */s/ Brantley I. Pepperman*
                               Brantley I. Pepperman

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By */s/ Brantley I. Pepperman*
Brantley I. Pepperman