WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF ORDERS CONSOLIDATING *LOVELAND* AND *ROSENMAN* WITH *KLEIN*** <br><br>Judge: Hon. Lucy H. Koh |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. On October 7, 2021, we emailed counsel for plaintiffs in the *Rosenman* and *Loveland* actions and asked plaintiffs to advise as to their position on the status of their cases, given their consolidation with *Klein*.

3. On October 13, 2021, my colleague Mr. Gallagher spoke by telephone with Mr. Jordan Lurie, counsel for Rosenman, who indicated his view that his client's case is "in abeyance" because his client "does not have an antitrust claim." Mr. Gallagher relayed his phone call with Mr. Lurie to me.

4. On October 15, 2021, we received an email from Sam Brown, counsel for Loveland, who indicated that the *Loveland* plaintiffs intended to actively litigate their case against Facebook through a second amended complaint. Counsel for Loveland provided a draft of their second amended complaint, which included a "vaccine hesitant" subclass of the putative User class in *Klein*.

5. On November 8, 2021, we emailed counsel for plaintiffs in the *Rosenman* and *Loveland* actions, along with counsel for the User Plaintiffs in *Klein*, and asked whether plaintiffs would stipulate to Facebook's administrative motion for clarification of orders consolidating *Rosenman* and *Loveland* with *Klein*. Counsel for *Rosenman* maintained that their case was "going to be on [the] back burner and in abeyance." Counsel for User Plaintiffs requested a copy of our motion, which we provided. Counsel for *Loveland* requested until November 10, 2021 to review our draft motion and provide their position. We agreed to delay our filing of the motion to accommodate plaintiffs in hopes that a stipulation could be reached. On November 10, 2021, counsel for User Plaintiffs stated that they "oppose [the] motion" and counsel for *Loveland* informed us that they oppose the relief sought. Counsel for User Plaintiffs explained their position as (1) the *Rosenman* and *Loveland* plaintiffs are not named plaintiffs of the putative Consumer Class but (2) dismissal of their claims against Facebook is not required. Counsel for *Loveland* did

not provide any substantive justification for opposing the relief sought, even after asking for 48 hours to evaluate our draft motion. Counsel for *Rosenman* did not respond to the draft motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of November, 2021 in New York, New York.


By: */s/ David Z. Gringer*
      David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: November 10, 2021  /s/ Sonal N. Mehta
Sonal N. Mehta

No. 5:20-cv-08570-LHK    GRINGER DECL. ISO ADMINISTRATIVE MOTION FOR CLARIFICATION