WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:   (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S [PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF ORDERS CONSOLIDATING *LOVELAND* AND *ROSENMAN* WITH *KLEIN*** <br><br>Judge: Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Facebook, Inc's Administrative Motion for Clarification is GRANTED as follows:

1. Pursuant to the Court's orders consolidating *Rosenman v. Facebook, Inc.*, No. 5:21-cv-02108, and *Loveland v. Facebook, Inc.*, No. 3:21-cv-03300, with this action, *see Klein v. Facebook, Inc.*, No. 5:20-cv-8570, Dkt. 85, Dkt. 140, *Rosenman* and *Loveland* shall be treated as part of the Consolidated Consumer Class Action Complaint, Dkt. 87, and shall be subject to the same Interim Class Counsel structure.

2. Plaintiffs in *Rosenman* and *Loveland* shall either (1) be added through amendment as named plaintiffs on the Consolidated Consumer Class Action Complaint, or (2) voluntarily dismiss their complaints and participate in the case as absent members of the Consumer Class.

3. If a case that arises out of the subject matter of the *Klein* action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Provide a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

    c. Make the appropriate entry in the docket for this action.

4. Each new case arising out of the subject matter of the *Klein* action on behalf of any consumer or advertiser plaintiff that is filed in this Court or transferred to this Court shall be consolidated with the *Klein* action and this Order shall apply thereto, unless a party objecting to this Order, or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application. Unless a plaintiff in a subsequently filed or transferred case is permitted by the Court to use a separate complaint, defendant shall not be required to

answer, plead, or otherwise move with respect to that complaint. If a plaintiff in any such case is permitted to use a separate complaint, the defendant shall have thirty (30) days from the date the Court grants such permission within which to answer, plead, or otherwise move with respect to that complaint.

5. The Clerk of the Court is directed to administratively close *Rosenman v. Facebook, Inc.*, No. 5:21-cv-02108, and *Loveland v. Facebook, Inc.*, No. 3:21-cv-03300. All future filings shall be made in the *Klein* action (No. 5:20-cv-8570).

DATED: _____

By: _____

Hon. Lucy H. Koh

United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:    */s/ Sonal N. Mehta*

*Attorney for Facebook, Inc.*