Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stephen A. Swedlow (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
stephenswedlow@quinnemanuel.com

*Interim Co-Lead Consumer Class Counsel*
[*Additional Counsel Listed in Signature Block*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 20-cv-08570-LHK<br><br>**CONSUMER PLAINTIFFS' [PROPOSED] ORDER DENYING DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF ORDERS CONSOLIDATING *LOVELAND* AND *ROSENMAN* WITH *KLEIN*<br><br>Judge: Hon. Lucy H. Koh |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED: Defendant Facebook, Inc's Administrative Motion for Clarification is DENIED as follows:

The actions captioned *Rosenman v. Facebook, Inc.*, No. 5:21-cv-02108, and *Loveland v. Facebook, Inc.*, No. 3:21-cv-03300 shall remain consolidated with this action, *Klein v. Facebook, Inc.*, No. 5:20-cv-8570, pursuant to the Court's prior orders. ECF Nos. 85, 140. The *Rosenman* and *Loveland* plaintiffs may not "elect" to become named Consumer Plaintiffs, but the *Rosenman* and *Loveland* actions need not be dismissed at this time.

Dated: _____   _____
Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE

Submitted by:

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Stephen A. Swedlow (admitted *pro hac vice*)
stephenswedlow@quinnemanuel.com
Michelle Schmit (admitted *pro hac vice*)
michelleschmit@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
brantleypepperman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (admitted *pro hac vice*)
manishasheth@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Interim Co-Lead Counsel for the Consumer Class*

W. Joseph Bruckner (*pro hac vice*)
Robert K. Shelquist (*pro hac vice*)
Brian D. Clark (*pro hac vice*)
Rebecca A. Peterson (SBN 241858)
Arielle S. Wagner (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
aswagner@locklaw.com

*Executive Committee for the Consumer Class*