Bradford L. Geyer
FormerFedsGroup.Com LLC
2006 Berwick Drive
Cinnaminson, NJ 08077-4502
(856) 607-5708
Bradford.Geyer@FormerFedsGroup.Com

Rob Hennig (State Bar No. 174646)
rob@employmentattorneyla.com
HENNIG KRAMER RUIZ & SINGH, P.C.
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Phone: (213) 310-8301
Fax: (213) 301-8302
Attorneys for Plaintiffs Sally Loveland, Sharon Cheatle, Janine Cortese

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 20-cv-08570-LHK;<br>**CONSOLIDATED with** *Loveland v. Facebook*, **No. 3:21-cv-03300; and** *Rosenman v Facebook*, **No. 5:21-cv-02108**<br><br>**LOVELAND PLAINTIFFS' RESPONSE TO DEFENDANT FACEBOOK, INC.'S ADMNISTRATIVE MOTION FOR CLARIFICATION OF ORDERS CONSOLIDATING** *LOVELAND* **AND** *ROSENMMAN* **WITH** *KLEIN*<br><br>Judge:          Hon. Lucy H. Koh |

HKRS

1

1
2
3
4
5
6
7
8

   Plaintiffs Sally Loveland, Sharon Cheatle, and Janine Cortese ("Loveland Plaintiffs")
hereby respond to Facebook's Administrative Motion for Clarification, ECF No. 190 ("Mot."), as
permitted by N.D. Cal. Civil. L.R. 7-11(b).   Loveland Plaintiffs, agree and join in the *Klein*
Consumer Plaintiffs' Response.  Loveland Plaintiffs agree that Facebook's position that the
Loveland Plaintiffs must either be added as named Plaintiffs in a consolidated complaint or
dismiss their claims is incorrect.  Loveland Plaintiffs also agree that a stay of their matter, is an
appropriate method of balancing the need for efficiency and the protection of the Loveland
Plaintiffs' rights.

9
10
11
12

   Loveland Plaintiffs write separately only to ask that the Court implement the stay but
revisit it after the Court has ruled on Facebook's Motion To Dismiss the Consolidated Consumer
Class Action Complaint.  Loveland Plaintiffs also submit their own Proposed Order consistent
with that suggested result.

13   Dated: November 15, 2021          HENNIG KRAMER RUIZ & SINGH, P.C.

14                                       /s/ Rob Hennig_____
15                                     Rob Hennig

16                                     Attorneys for Loveland Plaintiffs

17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, the foregoing document was transmitted to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

Dated: November 15, 2021                    By /s/ Rob Hennig
                                                Rob Hennig

HKRS

LOVELAND PLAINTIFFS' RESPONSE TO DEFENDANT FACEBOOK, INC.'S ADMNISTRATIVE MOTION