WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:   (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>      v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>                              Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Lucy H. Koh |

THIS MATTER, having come before the Court on Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and the Court having considered Defendant's Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and other appropriate papers:

The Court finds good cause to support the filing under seal of the portions of documents described herein.  Accordingly,

IT IS ORDERED that the following portions of documents shall be filed under seal and sealed from the public record:

| Document | Portions to be filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Plaintiffs' Opening Brief | Redacted employee names at: 1:38, 2:15-17, 2:20, 2:22-24, 3:1-2, 3:7-8; 3:14, 3:16, 3:19, 3:26-4:2, 4:5, 4:8, 4:11, 4:13, 7:25, 8:1-2; 8:11-14, 8:21, 8:23-9:1 | Defendant |
| Exhibit B | Redacted employee names | Defendant |
| Exhibit C | Redacted employee names, email addresses, phone numbers, and initials | Defendant |
| Exhibit D | Redacted employee names, email addresses, phone numbers, and initials | Defendant |
| Exhibit E | Redacted employee names, email addresses, phone numbers, and initials | Defendant |
| Exhibit L | Redacted employee names, email addresses, phone numbers, and initials | Defendant |

**IT IS SO ORDERED.**

Dated: November _____, 2021

_____
The Honorable Virginia K. DeMarchi
United States Magistrate Judge