WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

 DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
 7 World Trade Center
 250 Greenwich Street
 New York, New York 10007
 Telephone: (212) 230-8800
 Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.co
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSES TO FACEBOOK'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF ORDERS CONSOLIDATING *LOVELAND* AND *ROSENMAN* WITH *KLEIN***<br><br>Judge: Hon. Lucy H. Koh |

Pursuant to Civil L.R. 7-11(a), Defendant Facebook, Inc. respectfully moves for leave to file the attached Reply to Consumer Plaintiffs' Response to Defendant Facebook, Inc.'s Administrative Motion for Clarification of Orders Consolidating *Loveland* and *Rosenman* with *Klein* (Dkt. 193) and *Loveland* Plaintiffs' Response to Defendant Facebook, Inc.'s Administrative Motion for Clarification of Orders Consolidating *Loveland* and *Rosenman* with *Klein* (Dkt. 194). Civil L.R. 7-11 does not contemplate the filing of a reply in connection with an Administrative Motion. *See* Civil L.R. 7-11(c). However, despite numerous emails between the parties about the issues raised in Facebook's Administrative Motion for Clarification, Facebook learned of plaintiffs' proposed relief for the first time only when reading plaintiffs' response. *See* Declaration of David Z. Gringer ¶ 2. A reply brief is proper when a party makes new arguments in a response to a motion. *See, e.g.*, *Illumina Inc. v. BGI Genomics Co., Ltd.*, 2021 WL 2662074, at *2-3 (N.D. Cal. June 29, 2021). Accordingly, Facebook respectfully requests leave to file the attached Reply to address plaintiffs' proposal. Counsel for Facebook requested a stipulation from plaintiffs' counsel to the relief sought herein, but counsel for Users and counsel for the *Loveland* plaintiffs did not agree to the stipulation, and counsel for *Rosenman* did not respond. *See* Declaration of David Z. Gringer ¶ 3.

Dated: November 18, 2021

Respectfully submitted,

By: */s/ David Z. Gringer*
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
david.gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center

250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
molly.jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

>               */s/ David Z. Gringer*
>                David Z. Gringer