WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>      Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSES TO FACEBOOK'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF ORDERS CONSOLIDATING *LOVELAND* AND *ROSENMAN* WITH *KLEIN***<br><br>Judge: Hon. Lucy H. Koh |

1    I, David Z. Gringer, declare as follows:

2    1.    I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP.  I represent

3    Defendant Facebook, Inc. in the above-captioned action.

4    2.    Despite numerous emails between counsel for Facebook and counsel for Users and

5    the *Rosenman* and *Loveland* plaintiffs about the issues raised in Facebook's Administrative Motion

6    for Clarification, counsel for Facebook learned of plaintiffs' proposed relief for the first time only

7    when reading plaintiffs' response.

8    3.    On November 18, 2021, we emailed counsel for plaintiffs in the *Rosenman* and

9    *Loveland* actions, along with counsel for the User Plaintiffs in *Klein*, and asked whether plaintiffs

10    would stipulate to Facebook's administrative motion for leave to file a reply to plaintiffs' responses

11    to Facebook's administrative motion for clarification of orders consolidating *Rosenman* and

12    *Loveland* with *Klein*.  Counsel for Users and counsel for *Loveland* informed us that they oppose

13    the relief sought.  As of the filing of this document, counsel for *Rosenman* have not responded.

14    I declare under penalty of perjury that the foregoing is true and correct.

15    Executed on this 18th day of November, 2021 in New York, New York.

By:   */s/ David Z. Gringer*

David Z. Gringer

GRINGER DECL. ISO ADMINISTRATIVE
MOTION FOR LEAVE TO FILE REPLY