WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S [PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSES TO FACEBOOK'S MOTION FOR CLARIFICATION OF ORDERS CONSOLIDATING *LOVELAND* AND *ROSENMAN* WITH *KLEIN***<br><br>Judge: Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

The Court, having considered Defendant Facebook, Inc.'s Administrative Motion for Leave to File Reply to Plaintiffs' Responses to Facebook's Administrative Motion for Clarification of Orders Consolidating *Loveland* and *Rosenman* with *Klein*, filed pursuant to Civil Local Rule 7-11, hereby **GRANTS** the motion.  It is hereby **ORDERED** that the Clerk of the Court shall file the Reply attached to the motion.

DATED: _____    By: _____

Hon. Lucy H. Koh

United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   */s/ David Z. Gringer*

*Attorney for Facebook, Inc.*