Bradford L. Geyer
FormerFedsGroup.Com LLC
2006 Berwick Drive
Cinnaminson, NJ 08077-4502
(856) 607-5708
Bradford.Geyer@FormerFedsGroup.Com

Rob Hennig (State Bar No. 174646)
rob@employmentattorneyla.com
HENNIG KRAMER RUIZ & SINGH, P.C.
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Phone: (213) 310-8301
Fax: (213) 301-8302
Attorneys for Plaintiffs Sally Loveland, Sharon Cheatle, Janine Cortese

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | **CASE NO. 20-cv-08570-LHK; CONSOLIDATED with *Loveland v. Facebook*, No. 3:21-cv-03300; and *Rosenman v Facebook*, No. 5:21-cv-02108**<br><br>**LOVELAND PLAINTIFFS' [PROPOSED] ORDER DENYING DEFENDANT FACEBOOK, INC.'S ADMNISTRATIVE MOTION FOR LEAVE TO FILE A REPLY**<br><br>Judge:      Hon. Lucy H. Koh |

HKRS

1

LOVELAND PLAINTIFFS' [PROPOSED] ORDER DENYING DEFENDANT FACEBOOK, INC.'S

## [PROPOSED] ORDER

IT IS HEREBY ORDERED: Defendant Facebook, Inc's Administrative Motion for Leave to Amend is DENIED as follows:

Defendant's request is denied and the Court will consider only the Motion for Clarification and the responses filed thereto. In consideration of those papers, the Court further rules as follows: The actions captioned *Rosenman v. Facebook, Inc.*, No. 5:21-cv-02108, and *Loveland v. Facebook, Inc.*, No. 3:21-cv-03300 shall remain consolidated with *Klein v. Facebook, Inc.*, No. 5:20-cv-8570, pursuant to the Court's prior orders. ECF Nos. 85, 140. *Loveland v. Facebook, Inc.*, No. 3:21-cv-03300 is to be stayed pending the resolution of Facebook's Motion to Dismiss the Consolidated Consumer Class Action Complaint. Within 14 days of the Court's ruling on that motion, all parties shall file a Joint Report on the status of the consolidated actions moving forward. In the meantime, the Loveland Plaintiffs Complaint, ECF NO. 42 shall remain the operative complaint for *Loveland v. Facebook, Inc.*, No. 3:21-cv-03300, without prejudice to the Loveland Plaintiffs ability to seek leave to amend after the motion to dismiss is ruled upon.

Dated: _____       _____
                                                                                     Hon. Lucy H. Koh
                                                                                     UNITED STATES DISTRICT JUDGE