WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF MOLLY JENNINGS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' OPENING BRIEF REGARDING AUGUST 20, 2021 CLAWBACK NOTICE**<br><br>Judge: Hon. Lucy H. Koh |

I, Molly Jennings, declare as follows:

1. I am a counsel at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. Attached as Exhibit 1 is a true and correct copy of an email I received from Brian Dunne, counsel to the advertiser Plaintiffs, dated November 5, 2021.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 23rd day of November 2021, in Washington, D.C.

By: */s/ Molly Jennings*
      Molly Jennings

**SIGNATURE ATTESTATION**

I, David Z. Gringer, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  November 23, 2021    By:    */s/ David Z. Gringer*
                                           David Z. Gringer