WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>　　　　　　　　Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Lucy H. Koh |

THIS MATTER, having come before the Court on Defendant's Administrative Motion to Seal, and the Court having considered Defendant's Administrative Motion to Seal, and other appropriate papers:

The Court finds good cause to support the filing under seal of the portions of documents described herein. Accordingly,

IT IS ORDERED that the following portions of documents shall be filed under seal and sealed from the public record:

| Document | Portions to be filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Defendant's Brief | Redacted employee names at: 2:16; 3:8; 4:2; 5:22; 5:26-28; 6:1-2; 6:4; 8:16; 8:24-25. | Defendant |
| Declaration of Michael Kirkland | Redacted employee names at: 1:15; 2:2. | Defendant |
| Exhibit 1 to Jennings Declaration | Redacted employee names at: page 1. | Defendant |

**IT IS SO ORDERED.**

Dated: November _____, 2021

The Honorable Virginia K. DeMarchi
United States Magistrate Judge