WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>　　　　　　　　　　　Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Lucy H. Koh |

Pursuant to Civil Local Rule 7-11, Defendant Facebook, Inc. respectfully asks this Court for leave to file a Statement of Recent Decision. Facebook's proposed Statement of Recent Decision is attached hereto as Exhibit A. Facebook seeks leave to inform the Court of a decision issued by the Ninth Circuit in *City of Oakland v. Oakland Raiders, et al.*, No. 20-16075, 2021 WL 5707683, at *7-13 (9th Cir. Dec. 2, 2021), affirming the district court's dismissal of the City of Oakland's Sherman Act claim for failure to state a claim upon which relief may be granted. Because Facebook believes that the *City of Oakland* decision is pertinent to its pending motion to dismiss, Facebook wishes to bring it to the Court's attention. Facebook sought Plaintiffs' stipulation to this submission and Plaintiffs take no position.[1]

---

[1] Consistent with L.R. 7-3(d)(2), Facebook presents no argument regarding how the decision in *City of Oakland v. Oakland Raiders* bears on Plaintiffs' claims. Facebook respectfully submits that it would be improper for Plaintiffs to inject argument as to the relevance of *City of Oakland* in response to this submission, as the Court is more than capable of evaluating *City of Oakland*'s relevance for itself.

Dated: December 7, 2021

Respectfully submitted,

By: /s/ Sonal N. Mehta

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

                                              */s/ Sonal N. Mehta*
                                              Sonal N. Mehta