WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>                              Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Lucy H. Koh |

I, David Z. Gringer, declare as follows:

1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP.   I represent Defendant Facebook, Inc. in the above-captioned action.

2.      On December 7, 2021, I emailed counsel for Plaintiffs regarding whether Plaintiffs would agree to stipulate to the submission in the above captioned case of the Ninth Circuit's December 2, 2021, decision in *City of Oakland v. Oakland Raiders, et al.*, No. 20-16075, 2021 WL 5707683 (9th Cir. Dec. 2, 2021), as a recent, relevant judicial opinion.   Later that same day, counsel for Plaintiffs provided the following response:   "while Plaintiffs do not agree with Facebook's statement as to the relevance of the *City of Oakland* decision to Facebook's pending motion to dismiss, Plaintiffs take no position as to Facebook's administrative motion."

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 7th day of December, 2021, in New York, NY.

By:   */s/ David Z. Gringer*
       David Z. Gringer

-1- GRINGER DECL. ISO FACEBOOK'S MOTION FOR
LEAVE TO FILE STATEMENT OF RECENT DECISION

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:  December 7, 2021              By:   */s/ Sonal N. Mehta*
                                                    Sonal N. Mehta