WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**[PROPOSED] ORDER ON DEFENDANT FACEBOOK, INC.'S MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Lucy H. Koh |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:  Defendant Facebook, Inc.'s Motion for Administrative Relief for Leave to File a Statement of Recent Decision is GRANTED.

IT IS SO ORDERED that: Defendant Facebook, Inc. may file the Statement of Recent Decision in the form attached as Exhibit A to the Motion for Leave to File no later than seven days after the date of this Order.

DATED: _____

_____
HON. LUCY H. KOH
United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  */s/ Sonal N. Mehta*
     SONAL N. MEHTA

*Attorney for Defendant Facebook, Inc.*