AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Maximillian Klein, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-08570 |
| Facebook Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sally Loveland, Sharon Cheatle, and Janine Cortese .

Date:   12/14/2021

/s/ /Sam Brown
*Attorney's signature*

Sam Brown (CA Bar. 308558)
*Printed name and bar number*

Hennig Kramer Ruiz & Singh
3600 Wilshire BLVD., Ste. 1908
Los Angeles, CA, 91103
*Address*

sam@employmentattorneyla.com
*E-mail address*

(213) 310-8301
*Telephone number*

(213) 310-8302
*FAX number*