WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 5:20-cv-08570-LHK<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL INFORMATION REGARDING CLAWBACK DISPUTE**<br><br>Judge: Hon. Lucy H. Koh |

In response to the Court's request during the December 14, 2021 hearing, Defendant hereby provides copies of two filings from *FTC v. Facebook, Inc.*, No. 1:20-cv-03590-JEB (D.D.C. 2020).[1] Attached as Exhibit 1 is the FTC and Facebook's September 7, 2021 Joint Motion for Entry of Stipulated Order (Dkt. 79). Exhibit 2 is Judge Boasberg's Order granting the Joint Motion for Entry of Stipulated Order (Dkt. 80).

Facebook also provides additional clarification regarding the sequencing of the clawbacks and Judge Boasberg's order in response to the Court's questions at the hearing:

1. August 18, 2021: Facebook receives an email from the FTC identifying a produced email containing potentially privileged information. Facebook informs the FTC the same day that it will be clawing back the privileged portions (language from portions of two sentences) from that email chain.
2. August 19, 2021: Facebook notifies the FTC that it is clawing back portions of eleven documents related to the document the FTC identified on August 18.
3. August 19, 2021: The FTC files its First Amended Complaint under seal. The First Amended Complaint does not reference any of the clawed-back material.
4. August 20, 2021: Facebook notifies the *Klein* Plaintiffs that it is clawing back Clawback Volume 4, which consists of the material clawed back from the FTC on August 18 and August 19.
5. September 3, 2021: Facebook and the FTC participate in a conference call with Judge Boasberg during which Judge Boasberg suggests that the parties agree that the FTC may include some of the material clawed back on August 18 (the "Disclosed Language") in its Substitute Amended Complaint, and that the FTC's inclusion of that material does not waive any otherwise-applicable privilege or protection.[2]

---

[1] On October 28, 2021, Facebook changed its name to Meta Platforms, Inc.
[2] The Disclosed Language relevant to the FTC dispute is a portion of the material covered by what Plaintiffs have labeled Redaction R5 in the representative documents that Plaintiffs submitted with their brief. *See* Dunne Decl. Exs. C, D, E, Dkts. 184-06, 184-07, 184-08.

6. September 7, 2021: Facebook and the FTC move jointly in *FTC v. Facebook* for entry of a Stipulated Order regarding the FTC's inclusion of the Disclosed Language in a Substitute Amended Complaint.

7. September 8, 2021: Judge Boasberg enters the Stipulated Order, which provides, *inter alia*, that (1) the FTC may include the Disclosed Language in a Substitute Amended Complaint, but that "inclusion of the Disclosed Language is for purposes of the Substitute Amended Complaint only and, except for permitting the FTC and the Court to review and rely upon the Disclosed Language, does not waive any privilege or protection applicable to the underlying document (or similar documents) in the litigation pending before the Court or in any other federal, state, or other proceeding, nor does it waive the privilege as to information related to the same subject matter as the Disclosed Language"; and (2) "the FTC shall treat the Disclosed Language as confidential, and shall redact it in the version of the Substitute Amended Complaint filed on the public docket."

8. September 8, 2021: The FTC files the Substitute Amended Complaint, which now contains the Disclosed Language. Consistent with the parties' stipulation, the Disclosed Language is redacted from the public version of the Substitute Amended Complaint.

| | |
|---|---|
| Dated:  December 16, 2021 | Respectfully submitted,<br><br>By: */s/  Sonal N. Mehta*<br><br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone:  (212) 230-8800<br>Facsimile:   (212) 230-8888<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>Telephone:  (202) 663-6000<br>Facsimile:   (202) 663-6363<br><br>*Attorneys for Defendant Facebook, Inc.* |