UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXIMILIAN KLEIN, et al.,   ,

Plaintiff(s),

v.

FACEBOOK, INC.,   ,

Defendant(s).

Case No. 5:20-cv-08570-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Laura M. Matson, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Shana E. Scarlett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 217895.

Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave S., Suite 2200, Minneapolis, MN 55401
MY ADDRESS OF RECORD

Hagens Berman Sobol Shapiro LLP
715 Hearst Ave, Suite 202, Berkeley, CA 94710
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

612-339-6900
MY TELEPHONE # OF RECORD

510-725-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lmmatson@locklaw.com
MY EMAIL ADDRESS OF RECORD

shanas@hbsslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0396598.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/18/2022                                          Laura M. Matson
                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Laura M. Matson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

LAURA MARIE MATSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 31, 2014

Given under my hand and seal of this court on

January 13, 2022

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration