**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
  kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

*Interim Co-Lead Advertiser Class Counsel*

[Additional counsel listed on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>FACEBOOK, INC.,<br><br>            Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**STIPULATION TO AMEND THE CAPTION AND [PROPOSED] ORDER** |

1    Pursuant to Civil Local Rule 7-12, Consumer Plaintiffs, Advertiser Plaintiffs, and

2 Defendant Facebook, Inc. (collectively, the "Parties"), by and through their respective counsel,

3 hereby stipulate and agree as follows:

4    WHEREAS, Defendant Facebook, Inc., has officially changed its name to Meta

5 Platforms, Inc., effective upon October 28, 2021; and

6    WHEREAS, the Parties agree that Defendant's change in name has no bearing on

7 Plaintiffs' claims, as well as no bearing on Defendant's liability for or defenses to those claims.

8    **IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs and Defendant to amend

9 the case caption in light of the name change.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  January 27, 2022

By:  */s/ Yavar Bathaee*
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
Edward M. Grauman (admitted *pro hac vice*)
  egrauman@bathaeedunne.com
Andrew C. Wolinsky (admitted *pro hac vice*)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (Bar No. 275689)
  bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

By:  */s/ Kristen M. Anderson*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
  kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (Bar No. 214799)
  cburke@scott-scott.com
David H. Goldberger (Bar No. 225869)
  dgoldberger@scott-scott.com
Yifan (Kate) Lv (Bar No. 302704)
  klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

Patrick J. McGahan (admitted *pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (admitted *pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

Respectfully submitted,

By:  */s/ Stephen A. Swedlow*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
Michelle Schmit (admitted *pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (admitted *pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

By:  */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

1

**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
2   twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
3   rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
4   tmaya@ahdootwolfson.com
Rachel Johnson (Bar No. 331351)
5   rjohnson@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
6   Burbank, CA 91505
(310) 474-9111
7

8   **LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (admitted *pro hac vice*)
9   kverrier@lfsblaw.com
Austin B. Cohen (admitted *pro hac vice*)
10   acohen@lfsblaw.com
510 Walnut Street, Suite 500
11   Philadelphia, PA 19106-3997
(215) 592-1500
12

13   *Interim Counsel for the Advertiser Class*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
    wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
    rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
    bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
    rapeterson@locklaw.com
Arielle S. Wagner (admitted *pro hac vice*)
    aswagner@locklaw.com
Kyle J. Pozan (admitted *pro hac vice*)
    kjpozan@locklaw.com
Laura M. Matson (*pro hac vice* pending)
    lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Interim Counsel for the Consumer Class*

By:   */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

1

**[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3   The caption of the case shall be changed to *Klein et al. v. Meta Platforms, Inc*.

4

5 Dated: _____     _____

6                  By:  Hon. James Donato

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ATTORNEY ATTESTATION</u>

2      I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this

3 Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-1(i)(3), I

4 hereby attest that concurrence in the filing of this document and all attachments has been

5 obtained from each signatory.

6

7   Dated: January 27, 2022                    By:    */s/ Sonal N. Mehta*
                                                       Sonal N. Mehta
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28