| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Stephen A. Swedlow (admitted *pro hac vice*)<br>　stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>　shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>　yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (Bar No. 246108)<br>　kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br><br>*Interim Co-Lead Advertiser Class Counsel*<br><br>[Additional counsel listed on signature page] | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile:  (212) 230-8888<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**STIPULATION TO AMEND THE CAPTION AND [PROPOSED] ORDER** |

1    Pursuant to Civil Local Rule 7-12, Consumer Plaintiffs, Advertiser Plaintiffs, and
2  Defendant Facebook, Inc. (collectively, the "Parties"), by and through their respective counsel,
3  hereby stipulate and agree as follows:
4    WHEREAS, Defendant Facebook, Inc., has officially changed its name to Meta
5  Platforms, Inc., effective upon October 28, 2021; and
6    WHEREAS, the Parties agree that Defendant's change in name has no bearing on
7  Plaintiffs' claims, as well as no bearing on Defendant's liability for or defenses to those claims.
8    **IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs and Defendant to amend
9  the case caption in light of the name change.

| | | |
|---|---|---|
|1| DATED:  January 27, 2022 | Respectfully submitted, |
|2| | |
|3| By:  /s/ Yavar Bathaee<br>**BATHAEE DUNNE LLP** | By:  /s/ Stephen A. Swedlow<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
Edward M. Grauman (admitted *pro hac vice*)
  egrauman@bathaeedunne.com
Andrew C. Wolinsky (admitted *pro hac vice*)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (Bar No. 275689)
  bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772


By:  /s/ Kristen M. Anderson
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
  kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (Bar No. 214799)
  cburke@scott-scott.com
David H. Goldberger (Bar No. 225869)
  dgoldberger@scott-scott.com
Yifan (Kate) Lv (Bar No. 302704)
  klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

Patrick J. McGahan (admitted *pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (admitted *pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
Michelle Schmit (admitted *pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (admitted *pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000


By:  /s/ Shana E. Scarlett
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

| | | |
|---|---|---|
| 1 | **AHDOOT & WOLFSON, PC** | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** |
| | Tina Wolfson (Bar No. 174806) | W. Joseph Bruckner (admitted *pro hac vice*) |
| 2 |   twolfson@ahdootwolfson.com |   wjbruckner@locklaw.com |
| | Robert Ahdoot (Bar No. 172098) | Robert K. Shelquist (admitted *pro hac vice*) |
| 3 |   rahdoot@ahdootwolfson.com |   rkshelquist@locklaw.com |

AHDOOT & WOLFSON, PC
Tina Wolfson (Bar No. 174806)
　twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
　rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
　tmaya@ahdootwolfson.com
Rachel Johnson (Bar No. 331351)
　rjohnson@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (admitted *pro hac vice*)
　kverrier@lfsblaw.com
Austin B. Cohen (admitted *pro hac vice*)
　acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
(215) 592-1500

*Interim Counsel for the Advertiser Class*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
　wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
　rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
　bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
　rapeterson@locklaw.com
Arielle S. Wagner (admitted *pro hac vice*)
　aswagner@locklaw.com
Kyle J. Pozan (admitted *pro hac vice*)
　kjpozan@locklaw.com
Laura M. Matson (*pro hac vice* pending)
　lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Interim Counsel for the Consumer Class*

By:   */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The caption of the case shall be changed to *Klein et al. v. Meta Platforms, Inc.*

Dated: February 1, 2022

By: Hon. James Donato
United States District Judge