UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Klein, et al.,

Plaintiff(s),

v.

Meta Platforms, Inc.,

Defendant(s).

Case No. 3:20-cv-08570-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Edward M. Grauman, an active member in good standing of the bar of the Western District of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Advertiser Plaintiffs in the above-entitled action. My local co-counsel in this case is Brian J. Dunne, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 275689.

| | |
|---|---|
| Bathaee Dunne LLP<br>7000 North MoPac Expressway, Suite 200<br>Austin, TX 78731 | Bathaee Dunne LLP<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (512) 575-8848 | (213) 462-2772 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| egrauman@bathaeedunne.com | bdunne@bathaeedunne.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24081931.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2022

Edward M. Grauman
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Edward M. Grauman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/9/2022

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Certificate of Good Standing

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

I, JEANETTE J. CLACK, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that Edward M. Grauman, Bar #24081931, was duly admitted to practice in said Court on 7/11/2013, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on 3/16/2021.

JEANETTE J. CLACK, *Clerk*

BY: _____