| | |
|---|---|
| 1 | Robert Ahdoot (SBN 172098) |
| 2 | rahdoot@ahdootwolfson.com |
| | Tina Wolfson (SBN 174806) |
| 3 | twolfson@ahdootwolfson.com |
| | Theodore W. Maya (SBN 223242) |
| 4 | tmaya@ahdootwolfson.com |
| 5 | **AHDOOT & WOLFSON, PC** |
| | 2600 W. Olive Avenue, Suite 500 |
| 6 | Burbank, CA 91505 |
| | Telephone: (310) 474-9111 |
| 7 | Facsimile:  (310) 474-8585 |

*Counsel for Advertiser Plaintiff Katherine Looper and Appointed Plaintiffs' Executive Committee Member for the Advertiser Class*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL RACHEL RENEE JOHNSON**<br><br>Judge:       Hon. James Donato<br>Courtroom: 11—19th Floor |

1  PLEASE TAKE NOTICE that Rachel Renee Johnson (SBN 331351) is no longer affiliated with the law firm of Ahdoot & Wolfson, PC. Pursuant to Local Rule 5-1(c)(2)(C), the firm hereby withdraws her appearance in this matter as counsel for Plaintiff Katherine Looper and further requests that: (a) her name be removed from any applicable service list herein; and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to rjohnson@ahdootwolfson.com in the above-captioned case.

Ahdoot & Wolfson, PC will continue to represent Plaintiff Katherine Looper in this matter. No other changes are requested at this time regarding Plaintiffs' counsel of record.

Dated: February 9, 2022                     Respectfully submitted,

*/s/ Tina Wolfson*
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Andrew W. Ferich (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Counsel for Advertiser Plaintiff Katherine Looper and Appointed Plaintiffs' Executive Committee Member for the Advertiser Class*