# Exhibit B

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and N.D. Cal. Civil Rules 26-1 and 33-1, Defendant Facebook, Inc. hereby requests that the Advertiser Plaintiffs (as defined below) answer the following interrogatories separately and fully in writing, under oath, and serve its answers upon the undersigned counsel no later than within thirty (30) days after service. Facebook reserves the right to serve additional Interrogatories at a later date.

## DEFINITIONS

A. The definitions and rules of construction set forth in Federal Rules of Civil Procedure 26 and 33, and N.D. Cal. Civil Rules 26-1 and 33-1, shall apply to these requests and are incorporated as if fully set forth herein.

B. "You" and "your" include the person or entity to whom these requests are directed, as well as its owners, partners, principals, members, officers, and directors, and all co-account holders, present or former representatives or agents, and any person, including attorneys, acting on behalf of any of the foregoing.

C. "Facebook" means Meta Platforms, Inc., formerly known as Facebook, Inc., and all persons or entities acting or having acted on its behalf, including but not limited to its divisions, subsidiaries, holding companies, predecessors, Facebook, Messenger, Instagram, WhatsApp, and any other related entity.

D. "Advertiser Complaint" refers to the Amended Consolidated Advertiser Class Action Complaint filed in *Klein v. Facebook, Inc.*, Case No. 5:20-cv-08570-LHK (N.D. Cal.), ECF No. 86, by Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, Katherine Loopers, and Zahara Mossman (together the "Advertiser Plaintiffs").

E. "Relevant Time Period" is the period from January 1, 2003, to the present.

F. "Document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a) and means anything responsive

within the meaning of Federal Rule of Civil Procedure 34, including, but not limited to, communications (as defined below).

G. The word "communication" means any actual or attempted transmittal of information (e.g., of facts, ideas, inquiries, or otherwise) regardless of form, including but not limited to any content that you created, shared with, posted to, or any way provided or published on any online services, as well as any other electronically stored information, and any oral, written, email, letter, notes, telephone conversation, computer drop-down selection, etc.

H. "Concerning" means referencing, relating to, describing, evidencing, reflecting, constituting, documenting, discussing, referring to, mentioning, analyzing, refuting, or recording.

I. "Describe," "description," "explain," or "explanation" means to relate as completely as possible to each and every act, omission, incident, event, condition, or circumstance relating directly or indirectly to the subject of the description, including all dates surrounding circumstances, context, locations, and persons involved.

J. "Referring," "refer," "relate," and "relating" shall be used in the broadest sense and shall mean and include without limitation referring to, summarizing, reflecting, constituting, containing, embodying, pertaining to, involved with, mentioning, consisting of, comprising, showing, commenting on, evidencing, describing, or otherwise discussing the subject matter, and refers to every document or other form of information that in any way explicitly or implicitly refers to, or reasonably could be construed to refer to, the subject matter of the document requested or inquired about, or which in fact refers to its subject matter although such reference is only determinable with reference to some extrinsic information.

K. "Identify" or "identification" means:

a. When used with respect to an individual or natural person, to state: (a) his or her name; (b) any other name used by him or her presently or in the past; (c) his or her present or last known business address, residence address, and telephone numbers; and (d) the corporation, partnership, association, foundation, trust, organization or other entity, and the functional division thereof, with which he or she is now associated, and his or her title, status,

1 position, rank, or classification with such entity at the present and throughout the time period
2 specified.

3      b.     When used with respect to a person other than a natural person, including
4 but not limited to any corporation, partnership, association, foundation, trust, organization, or
5 other entity or functional division thereof, to state: (a) its full name; (b) the address of its
6 principal office or place of business; (c) all names under which it is doing business or ever has
7 done business; (d) the nature of the venture (*e.g.*, sole proprietorship, partnership, corporation,
8 etc.); and (e) the identities of its officers, directors, partners or administrators.

9      c.     When used with respect to a communication, to: (a) state the dates and
10 places of origin and reception of such communication; (b) identify each person who was present
11 at or participated in such communication; (c) identify the type of communication (*e.g.*, letter,
12 facsimile transmission, face-to-face conversation, telephone conversation, etc.); (d) describe the
13 substance of each such communication; and (e) identify each document which records, shows, or
14 refers to such communication.

15      d.     When used with respect to a document or tangible thing, to state: (a) the
16 type of document or tangible thing (*e.g.*, letter, memoranda, computer disk, etc.); (b) the date it
17 was created; (c) its author and signatories; (d) its addresses and all other persons receiving
18 copies; (e) the nature and substance of the document with sufficient particularity to enable it to
19 be identified; and (f) its location and its custodian (or if it is no longer within your possession,
20 custody or control, state what disposition was made of it; state the date of such disposition;
21 identify every person who participated in or approved such disposition; and identify the person
22 or persons having knowledge of its contents).

23    L.   "Online services" means any public-facing internet website, web application,
24 digital application, or other service provided online in any form or by any method, including but
25 not limited to email or messaging services, and any news, ecommerce, entertainment, streaming
26 video, streaming audio, television, or gaming services, applications, or websites.

27
28

  M. "Participant(s)" means any actual and potential entrant(s) into the "Social Advertising Market."

  N. "Social Advertising Market" means the market alleged in Paragraphs 412 through 460 of the Advertiser Complaint.

  O. The use of the singular herein shall be deemed to encompass the use of the plural and vice versa.

  P. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the requests all information that might otherwise be construed as outside of their scope.

  Q. The term "any" includes "all" and "each," and the term "all" includes "any," and the term "each" includes "every."

  R. To the extent these interrogatories employ terms used in the complaints in this action, such use is without prejudice to the rights of Facebook.

## **INSTRUCTIONS**

  1. If objection is made to any of these interrogatories, the response shall state with particularity the bases therefor, and the interrogatory shall be answered to the extent not objected to.

  2. If, in answering any interrogatory, You claim any ambiguity or vagueness either in the interrogatory itself or in an applicable definition or instruction, identify in Your answer the particular language that You consider ambiguous or vague and state the interpretation used by You to respond.

  3. If any answer responsive to any of the following interrogatories is being withheld on a claim of attorney-client privilege, work-product protection, or any other privilege, provide the information required by the applicable Privilege Protocol, or, to the extent such Privilege Protocol has not yet been entered by the Court: (1) identify the date, the author, and all recipients of the document or information; (2) describe the form of the document or communication (such as a memorandum, letter, voice recording, email, etc.); (3) describe generally the content of the

# INTERROGATORIES

**Interrogatory No. 1**

Identify all Participant(s) in your alleged "Social Advertising Market."

**RESPONSE:**

**Interrogatory No. 2**

For each Plaintiff who alleges they were charged "supracompetitive prices" for advertisements on Facebook, Identify all facts supporting that they paid supracompetitive prices, including all facts detailing the price that they should have been charged for advertising on Facebook in a competitive market.

**RESPONSE:**