UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 24, 2022                                    Judge: Hon. James Donato

Time: 11 Minutes

Case No.        **3:20-cv-08570-JD**
Case Name       **Klein et al v. Meta Platforms, Inc.**

Attorney(s) for Plaintiff(s):    Yavar Bathaee/Stephen A. Swedlow/Sam Brown
Attorney(s) for Defendant(s):    Sonal Mehta/David Gringer

Court Reporter: Summer Fisher

Deputy Clerk: Lisa Clark

PROCEEDINGS

Case Management Conference -- Held

NOTES AND ORDERS

The parties are directed to file by March 10, 2022, a joint statement proposing a disposition of the *Loveland* and *Rosenman* actions in light of the consolidation order. The parties are also directed to propose an initial date for the quarterly status conferences.

The reference of discovery disputes to Judge DeMarchi is withdrawn. The parties are directed to the Court's standing order for civil discovery for the procedures that will be used going forward.