| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 07/2021) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Kathryn Cabrera | 2a. CONTACT PHONE NUMBER (310) 474-9111 | 3. CONTACT EMAIL ADDRESS kcabrera@ahdootwolfson.com |
| 1b. ATTORNEY NAME (if different) Tina Wolfson | 2b. ATTORNEY PHONE NUMBER (310) 474-9111 | 3. ATTORNEY EMAIL ADDRESS twolfson@ahdootwolfson.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Ahdoot & Wolfson, PC 2600 W. Olive Avenue, Suite 500 Burbank, CA 91505 | 5. CASE NAME Klein v. Meta Platforms, Inc. | 6. CASE NUMBER 20-cv-08570-JD |
|---|---|---|
| 7. COURT REPORTER NAME (or enter "RECORDED" and start/stop times) Summer Fisher | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☒ NON-APPEAL  ☒ CIVIL  CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)  
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2022 | JD | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE  /s/ Tina Wolfson

12. DATE  02/25/2022