**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**[PROPOSED] ORDER CONCERNING ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**[PROPOSED] ORDER**

Advertiser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with the concurrently filed First Amended Consolidated Advertiser Class Action Complaint ("FAC"), is now before the Court. Upon consideration, this Court [GRANTS / DENIES] the motion.

Accordingly, [all / the following portions] of the FAC shall [be unsealed / remain under seal].

Further, [all / the following portions] of the redlined complaint comparing the FAC to the previously operative Consolidated Advertiser Class Action Complaint shall [be unsealed / remain under seal].

_____
Hon. James Donato
United States District Judge

1

[Proposed] Order Concerning Advertiser Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed - Case No. 20-cv-08570-JD