| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Stephen A. Swedlow (*pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 205-7668<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (Bar No. 246108)<br>  kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 233-6444<br><br>*Interim Co-Lead Advertiser Class Counsel* | **WILMER CUTLER PICKERING**<br>  **HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>                            Defendant. | Case No. 3:20-cv-08570-JD<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC.'S RESPONSIVE PLEADINGS PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Judge: Hon. James Donato |

**JOINT STIPULATION**

WHEREAS, plaintiffs Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper (collectively, "Advertiser Plaintiffs") served their Consolidated Advertiser Class Action Complaint on April 22, 2021 (ECF No. 86);

WHEREAS, plaintiffs Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho (collectively, "Consumer Plaintiffs") served their Consolidated Consumer Class Action Complaint on April 22, 2021 (ECF No. 87);

WHEREAS, defendant Meta Platforms, Inc. filed a Motion to Dismiss the Consolidated Consumer and Advertiser Class Action Complaints on May 20, 2021 (ECF No. 97), and the Court granted that motion in part with leave to amend on January 14, 2022 (ECF No. 214);

WHEREAS, Consumer Plaintiffs have elected not to amend the Consolidated Consumer Class Action Complaint (*see* ECF No. 227 at 5);

WHEREAS, Meta and plaintiffs have previously agreed that Meta may answer the Consolidated Consumer Class Action Complaint on March 10, 2022 (*see* ECF No. 227 at 9);

WHEREAS, pursuant to the Court's order, Advertiser Plaintiffs filed a First Amended Consolidated Advertiser Class Action Complaint ("First Amended Complaint") on February 28, 2022 (ECF No. 237);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Meta's deadline to respond to Advertiser Plaintiffs' First Amended Complaint is on or before March 14, 2022;

WHEREAS, Meta and plaintiffs have previously agreed to allow an additional seven (7) days for Meta to respond to Advertiser Plaintiffs' First Amended Complaint, which is well over 800 paragraphs, through March 21, 2022 (*see* ECF No. 227 at 9);

WHEREAS, Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

1    WHEREAS, this extension of time will not alter the date of any event or any deadline

2  already fixed by Court Order (*see* ECF No. 222);

3    WHEREAS, this extension is not sought for the purpose of undue delay and no party will

4  be prejudiced by the brief extension of time;

5    ACCORDINGLY, pursuant to Civil Local Rules 5 and 6-1(a), Meta and plaintiffs, by and

6  through their respective counsel, hereby stipulate without court order that: (1) Meta's deadline to

7  answer the Consumer Plaintiffs' Consolidated Class Action Complaint shall be March 10, 2022;

8  and (2) Meta's deadline to answer, move, or otherwise respond to the Advertiser Plaintiffs' First

9  Amended Complaint shall be extended by seven (7) days from March 14, 2022, up to and

10 including March 21, 2022.

11 DATED:  March 4, 2022                          Respectfully submitted,

12 By:  */s/* Yavar Bathaee                        By:  */s/* Stephen A. Swedlow
   **BATHAEE DUNNE LLP**                          **QUINN EMANUEL URQUHART & SULLIVAN,**
13 Yavar Bathaee (Bar No. 282388)                 **LLP**
     yavar@bathaeedunne.com                       Stephen A. Swedlow (admitted *pro hac vice*)
14 Edward M. Grauman (admitted *pro hac vice*)      stephenswedlow@quinnemanuel.com
     egrauman@bathaeedunne.com                    Michelle Schmit (admitted *pro hac vice*)
15 Andrew C. Wolinsky (admitted *pro hac vice*)     michelleschmit@quinnemanuel.com
     awolinsky@bathaeedunne.com                   191 N. Wacker Drive, Suite 2700
16 445 Park Avenue, 9th Floor                     Chicago, IL 60606-1881
   New York, NY 10022                             (312) 705-7400
17 (332) 322-8835

18                                                Kevin Y. Teruya (Bar No. 235916)
   Brian J. Dunne (Bar No. 275689)                  kevinteruya@quinnemanuel.com
19   bdunne@bathaeedunne.com                      Adam B. Wolfson (Bar No. 262125)
   633 West Fifth Street, 26th Floor                adamwolfson@quinnemanuel.com
20 Los Angeles, CA 90071                          Brantley I. Pepperman (Bar No. 322057)
   (213) 462-2772                                   brantleypepperman@quinnemanuel.com
21                                                865 South Figueroa Street, 10th Floor
                                                  Los Angeles, CA 90017-2543
22 By:  */s/* Kristen M. Anderson                 (213) 443-3000
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
23 Kristen M. Anderson (Bar No. 246108)           Manisha M. Sheth (admitted *pro hac vice*)
     kanderson@scott-scott.com                      manishasheth@quinnemanuel.com
24 230 Park Avenue, 17th Floor                    51 Madison Avenue, 22nd Floor
   New York, NY 10169                             New York, New York 10010
25 (212) 223-6444                                 (212) 849-7000

26

27

28

| | |
|---|---|
| Christopher M. Burke (Bar No. 214799)<br>  cburke@scott-scott.com<br>David H. Goldberger (Bar No. 225869)<br>  dgoldberger@scott-scott.com<br>Yifan (Kate) Lv (Bar No. 302704)<br>  klv@scott-scott.com<br>Hal D. Cunningham (Bar No. 243048)<br>  hcunningham@scott-scott.com<br>Daniel J. Brockwell (Bar No. 335983)<br>  dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>(619) 233-4565<br><br>Patrick J. McGahan (admitted *pro hac vice*)<br>  pmcgahan@scott-scott.com<br>Michael P. Srodoski (admitted *pro hac vice*)<br>  msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>(860) 537-5537<br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (Bar No. 174806)<br>  twolfson@ahdootwolfson.com<br>Robert Ahdoot (Bar No. 172098)<br>  rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Bar No. 223242)<br>  tmaya@ahdootwolfson.com<br>Rachel Johnson (Bar No. 331351)<br>  rjohnson@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>(310) 474-9111<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (admitted *pro hac vice*)<br>  kverrier@lfsblaw.com<br>Austin B. Cohen (admitted *pro hac vice*)<br>  acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>(215) 592-1500<br><br>*Interim Counsel for the Advertiser Class* | By: */s/ Shana E. Scarlett*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>Steve W. Berman (admitted *pro hac vice*)<br>  steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br><br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (admitted *pro hac vice*)<br>  wjbruckner@locklaw.com<br>Robert K. Shelquist (admitted *pro hac vice*)<br>  rkshelquist@locklaw.com<br>Brian D. Clark (admitted *pro hac vice*)<br>  bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>  rapeterson@locklaw.com<br>Arielle S. Wagner (admitted *pro hac vice*)<br>  aswagner@locklaw.com<br>Kyle J. Pozan (admitted *pro hac vice*)<br>  kjpozan@locklaw.com<br>Laura M. Matson (admitted *pro hac vice*)<br>  lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br><br>*Interim Counsel for the Consumer Class*<br><br>By: */s/ Sonal N. Mehta*<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Sonal N. Mehta (Bar No. 222086)<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Email: Sonal.Mehta@wilmerhale.com<br><br>David Z. Gringer (admitted *pro hac vice*)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Email: David.Gringer@wilmerhale.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ari Holtzblatt (admitted *pro hac vice*)
Molly M. Jennings (admitted *pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:  March 4, 2022                          By:     */s/* Sonal N. Mehta
                                                              Sonal N. Mehta

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

                                                      By:     */s/* Sonal N. Mehta
                                                              Sonal N. Mehta