WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>　　　　　　　　Defendant. | Case No. 5:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

THIS MATTER, having come before the Court on Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and the Court having considered the Declaration of Jitin Khurana In Support of Defendant's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and other appropriate papers:

The Court finds compelling reasons to support the filing under seal of the portions of documents described herein. Accordingly,

IT IS ORDERED that the following portions of documents shall be filed under seal and sealed from the public record:

| Information in FAC and Redline Sought to Be Sealed[1] | Reason for Sealing |
|---|---|
| Redacted information at Table of Contents, page ii[2] | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 9 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 10 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 179 | Contains non-public information regarding contracts with business counterparties to whom Meta owes a duty of confidentiality. |
| Redacted information at ¶ 180 | Contains non-public information regarding contracts with business counterparties to whom Meta owes a duty of confidentiality. |
| Redacted information at ¶ 305 | Contains non-public information regarding contracts with business counterparties to whom Meta owes a duty of confidentiality. |
| Redacted information at ¶ 307 | Contains non-public information regarding a contract with a business counterparty to whom Meta owes a duty of confidentiality. |

---

[1] The citations in the Redline are identical to those in the FAC.

[2] Meta has not provided line numbers for its proposed redactions because the FAC is formatted such that the text does not always align with the line numbers.

| | |
|---|---|
| Redacted information at ¶ 309 | Contains non-public information regarding contracts with business counterparties to whom Meta owes a duty of confidentiality. |
| Redacted information at ¶ 310 | Contains non-public information regarding contracts with business counterparties to whom Meta owes a duty of confidentiality. |
| Redacted information at ¶ 313 | Contains non-public information regarding contracts with business counterparties to whom Meta owes a duty of confidentiality. |
| Redacted information at page 100, heading C.1 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 436 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 437 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 438 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 440 | Contains non-public information regarding advertising sales to individual advertisers which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 9). |
| Redacted information at ¶ 441 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 442 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 443 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause |

| | |
|---|---|
| | competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 444 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 445 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 446 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 447 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 448 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 449 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 450 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 451 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 452 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |

| | |
|---|---|
| Redacted information at ¶ 454 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 455 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 456 | Contains non-public information regarding advertising sales to individual advertisers which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 9). |
| Redacted information at ¶ 458 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 459 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 460 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 461 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6). |
| Redacted information at ¶ 463 | Contains non-public information regarding negotiation strategy and which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 6).<br><br>Contains non-public information regarding advertising sales to individual advertisers which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 9). |
| Redacted information at ¶ 464 | Contains non-public information regarding specific terms of a contract with a business |

|   |   |
|---|---|
|   | counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 465 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 466 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 467 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 468 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 469 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 470 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 471 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 472 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 7). |
| Redacted information at ¶ 485 | Contains non-public information regarding advertising sales to individual advertisers which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 9). |

| | |
|---|---|
| Redacted information at ¶ 486 | Contains non-public information regarding advertising sales to individual advertisers which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 9). |
| Redacted information at ¶ 500 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 501 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 502 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 503 | Contains non-public information regarding advertising sales to individual advertisers which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 9). |
| Redacted information at ¶ 509 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 510 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 511 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 512 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 513 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors |

| | |
|---|---|
| | or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 514 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 515 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 516 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 517 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 518 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 519 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 520 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 521 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 522 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |

| | |
|---|---|
| Redacted information at ¶ 523 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 524 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 530 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 531 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 534 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |
| Redacted information at ¶ 535 | Contains non-public information regarding specific terms of a contract with a business counterparty which, if revealed to competitors or counterparties, could cause competitive harm to Meta. (*See* Khurana Decl. ¶ 8). |

**IT IS SO ORDERED.**

Dated: March _____, 2022

The Honorable James Donato
United States District Court Judge