# ATTACHMENT A

# EXCERPT OF SUBPOENAS

**RELEVANT TIME PERIODS SPECIFIED IN META'S NON-PARTY SUBPOENAS**

| Specified Relevant Time Period | Citation to Relevant Subpoena(s) |
|---|---|
| January 1, 2004 to end of discovery | LinkedIn ¶¶ 14, 61. |
| January 1, 2006 to end of discovery | Netflix ¶¶ 14, 54; SmugMug ¶¶ 14, 59; Yelp ¶¶ 14, 53. |
| January 1, 2007 to end of discovery | PageBites ¶¶ 14, 60; Twitter ¶¶ 14, 59. |
| January 1, 2009 to end of discovery | Quora ¶¶ 14, 60. |
| January 1, 2010 to end of discovery | Pinterest ¶¶ 14, 60; Tencent ¶¶ 14, 59; Nextdoor ¶¶ 14, 60; Discord[1] ¶¶ 14, 53. |
| January 1, 2011 to end of discovery | Zoom ¶¶ 14, 53. |
| January 1, 2014 to end of discovery | Signal ¶¶ 14, 53. |
| January 1, 2020 to end of discovery | Alpha Exploration ¶¶ 14, 53. |

---

[1] Meta's non-party subpoena to Discord specifies conflicting relevant time periods: ¶ 14 defines the relevant time period as "January 1, 2010 up culmination of discovery in this Action," while ¶¶ 53 defines the relevant time period as "January 1, 2015 up to the conclusion of fact discovery in this Action."

# REQUESTS FOR PRODUCTION

Request for Production No. 8 (LinkedIn, Smugmug); No. 9 (Alpha Exploration, Pagebites, Pinterest, Zoom); No. 10 (Signal); No. 11 (Quora, Yelp); No. 12 (Discord, Netflix, Tencent); No. 17 (Nextdoor); No. 18 (Twitter):

> "**All Documents and data relating to each and every Named Plaintiff**."

Request for Production No. 10 (LinkedIn, Smugmug); No. 11 (Alpha Exploration, Pagebites, Zoom); No. 13 (Pinterest, Signal, Quora, Yelp); No. 14 (Discord, Netflix, Tencent); No. 19 (Nextdoor); No. 20 (Twitter)

> "**Documents sufficient to identify the Privacy Policies, and where applicable the Privacy Settings, associated with each and every account associated with each and every Named Plaintiff for use of Your Products, including deprecated versions of the Privacy Policies and Privacy Settings that no longer apply**."

**EXHIBIT B**

**NOTICES OF SUBPOENAS**

WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>                        Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT META PLATFORMS, INC.'S NOTICE OF SUBPOENAS FOR PRODUCTION TO NON-PARTIES**<br><br>Judge: Hon. James Donato |

**NOTICE OF SUBPOENA FOR PRODUCTION TO NON-PARTY**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 34(c) and 45, Defendant Meta Platforms, Inc. intends on February 24, 2022 or as soon as possible thereafter to serve a Subpoena to the non-parties listed below commanding the production of documents set forth in the attached hereto:

| NON-PARTY | DATE AND TIME |
|---|---|
| Alpha Exploration Co.<br>548 Market Street, PMB 72878<br>San Francisco, CA 94104 | March 28, 2022, 9:00 AM |
| Chris DeWolfe<br>9512 Heather Road<br>Beverly Hills, CA 90210 | March 28, 2022, 9:00 AM |
| Epsilon Data Management LLC<br>6021 Connection Drive<br>Irving, TX 75039 | March 28, 2022, 9:00 AM |
| Iannis Hanen<br>1928 Woodland Ave.<br>Santa Clara, CA 95050-6510 | March 28, 2022, 9:00 AM |
| Jonathan Abrams<br>8-Bit Capital LLC<br>665 Third St., Suite 150<br>San Francisco, CA 94107 | March 28, 2022, 9:00 AM |
| Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 | March 28, 2022, 9:00 AM |
| Nextdoor Holdings, Inc.<br>420 Taylor Street<br>San Francisco, CA 94102 | March 28, 2022, 9:00 AM |
| Quora Inc.<br>605 Castro Street #450<br>Mountain View, CA 94041 | March 28, 2022, 9:00 AM |
| Razer USA Ltd.<br>9 Pasteur, Suite 100<br>Irvine, CA 92618 | March 28, 2022, 9:00 AM |

| Non-Party | Date and Time |
|---|---|
| Samsung Electronics America, Inc.<br>85 Challenger Road<br>Ridgefield Park, NJ 07660 | March 28, 2022, 9:00 AM |
| Shopify Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | March 28, 2022, 9:00 AM |
| Tom Anderson<br>1108 Auahi St., Apt. 2800<br>Honolulu, HI 96814-4917 | March 28, 2022, 9:00 AM |
| Viant Technology, Inc.<br>2722 Michelson Drive #100<br>Irvine, CA 92612 | March 28, 2022, 9:00 AM |
| Yelp, Inc.<br>140 New Montgomery St., 14th Floor<br>San Francisco, CA 94105 | March 28, 2022, 9:00 AM |

Dated: February 23, 2022

Respectfully submitted,

By: */s/  David Z. Gringer*

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

|   |   |
|---|---|
| 1 | ARI HOLTZBLATT (*pro hac vice*) |
|   | Ari.Holtzblatt@wilmerhale.com |
| 2 | MOLLY M. JENNINGS (*pro hac vice*) |
|   | Molly.Jennings@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
|   | HALE AND DORR LLP |
| 4 | 1875 Pennsylvania Ave NW |
|   | Washington, DC 20006 |
| 5 | Telephone:  (202) 663-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2022, I caused the foregoing document to be served on all counsel of record by email.

By:  */s/ David Z. Gringer*
     DAVID Z. GRINGER

AARON M. PANNER (*pro hac vice*)
 apanner@kellogghansen.com
MARK C. HANSEN (*pro hac vice*)
 mhansen@kellogghansen.com
**KELLOGG, HANSEN, TODD, FIGEL &**
 **FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:   (202) 326-7999

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT META PLATFORMS, INC.'S NOTICE OF SUBPOENAS FOR PRODUCTION OF DOCUMENTS TO NON-PARTIES**<br><br>Judge: Hon. James Donato |

**NOTICE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS TO NON-PARTIES**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 34(c) and 45, Defendant Meta Platforms, Inc. intends on Feburary 24, 2022 or as soon as possible thereafter to serve Subpoenas to the non-parties listed below commanding the production of documents set forth in the attached hereto:

| NON-PARTY | DATE AND TIME |
|---|---|
| Discord, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | March 28, 2022, 5:00 PM |
| Epic Games, Inc.<br>c/o CT Corporation System<br>160 Mine Lake Ct., Suite #200<br>Raleigh, NC 27615 | March 28, 2022, 5:00 PM |
| Foursquare Labs, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | March 28, 2022, 5:00 PM |
| Kakao Games USA Inc.<br>3 Park Plaza, Ste. 1150<br>Irvine, CA 92614 | March 28, 2022, 5:00 PM |
| NAVER BAND Inc.<br>c/o Yeong-Sae Kim, Esq.<br>1700 Wyatt Dr., Suite 9<br>Santa Clara, CA 95054 | March 28, 2022, 5:00 PM |
| Netflix, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | March 28, 2022, 5:00 PM |
| PageBites, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | March 28, 2022, 5:00 PM |

| Non-Party | Date and Time |
|---|---|
| Pinterest, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | March 28, 2022, 5:00 PM |
| Sgrouples, Inc.<br>c/o Cogency Global, Inc.<br>850 New Burton Rd., Suite #201<br>Dover, DE 19904 | March 28, 2022, 5:00 PM |
| Signal Messenger, LLC<br>c/o Cogency Global, Inc.<br>850 New Burton Rd., Suite #201<br>Dover, DE 19904 | March 28, 2022, 5:00 PM |
| SmugMug, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | March 28, 2022, 5:00 PM |
| Snap Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | March 28, 2022, 5:00 PM |
| Spotify USA Inc.<br>c/o CT Corporation System<br>28 Liberty St.<br>New York, NY 10005 | March 28, 2022, 5:00 PM |
| Tencent America LLC<br>c/o Paracorp Incorporated<br>2140 S. Dupont Hwy.<br>Camden, DE 19934 | March 28, 2022, 5:00 PM |
| TikTok, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | March 28, 2022, 5:00 PM |
| Twitter, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | March 28, 2022, 5:00 PM |

| NON-PARTY | DATE AND TIME |
|---|---|
| Zoom Video Communications, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | March 28, 2022, 5:00 PM |

Dated: February 23, 2022

Respectfully submitted,

By: /s/ Mark C. Hansen

Mark C. Hansen (*pro hac vice*)
 mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
 apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
 FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

*Attorneys for Defendant Meta Platforms, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2022, I caused the foregoing document to be served on all counsel of record by email.

By: */s/ Mark C. Hansen*
　　　MARK C. HANSEN

WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT META PLATFORMS, INC.'S NOTICE OF SUBPOENA FOR PRODUCTION TO NON-PARTY**<br><br>Judge: Hon. James Donato |

**NOTICE OF SUBPOENA FOR PRODUCTION TO NON-PARTY**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 34(c) and 45, Defendant Meta Platforms, Inc. intends on March 4, 2022 or as soon as possible thereafter to serve a Subpoena to the non-party listed below commanding the production of documents set forth in the attached hereto:

| NON-PARTY | DATE AND TIME |
|---|---|
| LinkedIn Corporation<br>1000 West Maude Avenue<br>Sunnyvale, CA 94085 | April 11, 2022, 9:00 AM |

Dated: March 3, 2022

Respectfully submitted,

By: /s/ David Z. Gringer

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2022, I caused the foregoing document to be served on all counsel of record by email.

By:   */s/ David Z. Gringer*
        DAVID Z. GRINGER