Kevin F. Ruf (SBN 136901)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kruf@glancylaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILLIAN KLEIN, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Case No. 3:20-CV-08570-JD<br><br>**NOTICE OF FILING OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MELISSA RYAN**<br><br>Courtroom 11, 19th Floor, San Francisco<br>Judge: James Donato |

1  PLEASE TAKE NOTICE that on March 12, 2022, Melissa Ryan, plaintiff in *Ryan v. Facebook, Inc.,* Case No. 3:21-cv-2017-JD, which was subsequently consolidated into the above-captioned case [ECF No. 85], filed a Notice of Voluntary Dismissal Without Prejudice As To Plaintiff Melissa Ryan.  A copy of its filing is attached hereto as Exhibit 1 (and is incorporated herein by reference).

Dated: March 12, 2022

By:   */s/ Kevin F. Ruf*
Kevin F. Ruf
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: kruf@glancylaw.com

***Attorney for Plaintiff Melissa Ryan***