# EXHIBIT 1

Kevin F. Ruf (SBN 136901)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kruf@glancylaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA RYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>FACEBOOK, INC., a Delaware corporation.,<br><br>Defendant. | Civ. A. No. 3:21-cv-02017-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MELISSA RYAN**<br><br>Courtroom 11, 19th Floor, San Francisco<br>Judge: James Donato |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MELISSA RYAN

PLEASE TAKE NOTICE that Melissa Ryan, plaintiff in *Ryan v. Facebook, Inc.,* Case No. 3:21-cv-2017-JD, which was subsequently consolidated into *Klein v. Facebook, Inc.* [ECF No. 85 in 20-cv-08570], hereby voluntarily dismisses her individual claims against defendants, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.[1] Ms. Ryan reserves her rights as an absent class member to share in any recovery in this case to which she would otherwise be entitled.

Dated: March 12, 2022

By: */s/ Kevin F. Ruf*
Kevin F. Ruf
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: kruf@glancylaw.com

*Attorney for Plaintiff Melissa Ryan*

---

[1] Ms. Ryan sought to represent a Nationwide Advertiser Class. *See* ECF No. 1 in 21-cv-02017 at ¶ 402, and was not named as a plaintiff in either the Consolidated Consumer Class Action Complaint [ECF No. 87 in 20-cv-08570] or the First Amended Consolidated Advertiser Class Action Complaint [ECF No. 237 in 20-cv-08570].