Bradford L. Geyer
FormerFedsGroup.Com LLC
2006 Berwick Drive
Cinnaminson, NJ 08077-4502
(856) 607-5708
Bradford.Geyer@FormerFedsGroup.Com

Rob Hennig (State Bar No. 174646)
rob@employmentattorneyla.com
Sam Brown (State Bar No. 308558)
sam@employmentattorneyla.com
HENNIG KRAMER RUIZ & SINGH
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
Phone: (213) 310-8301
Fax: (213) 301-8302
Attorneys for Plaintiffs Sally Loveland, Sharon Cheatle, Janine Cortese

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*,<br><br>  Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | **CASE NO. 20-cv-08570-LHK;<br>CONSOLIDATED with *Loveland v. Facebook*, No. 3:21-cv-03300; and *Rosenman v Facebook*, No. 5:21-cv-02108**<br><br>**LOVELAND PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)**<br><br>Judge:   Hon. James Donato |

HKRS

1

LOVELAND PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV.

1
2   Plaintiffs Sally Loveland, Sharon Cheatle, and Janine Cortese ("Loveland Plaintiffs")
3   hereby dismiss their operative Amended Complaint, originally, No. 3:21-cv-03300, *see* ECF No.
4   42, without prejudice. This dismissal is made pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).
5
6
7   Dated: March 16, 2022          HENNIG KRAMER RUIZ & SINGH
8                                  /s/ Sam Brown
                                   Rob Hennig
9                                  Sam Brown
10
11                                 Attorneys for Loveland Plaintiffs

HKRS

2

LOVELAND PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2022, the foregoing document was transmitted to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

Dated: March 16, 2022                                         By */s/ Sam Brown*
                                                                                    Sam Brown

HKRS

1

LOVELAND PLAINTIFFS' RESPONSE TO DEFENDANT FACEBOOK, INC.'S ADMNISTRATIVE MOTION