# EXHIBIT B

(Filed Under Seal)

**HIGHLY CONFIDENTIAL**
Klein v. Facebook (Case No. 5:20-cv-08570-LHK)
Privilege and Redaction Log
August 20, 2021

| Log Entry No. | Author | Recipients | CC | BCC | Date | Privilege Description | FTC Bates Begin | FTC Bates End | Email Subject | Title | Privilege Type | Withheld/Redacted | Relevant Litigation | Relevant Attorney | All Participants | Page Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00000001 | ■ | ■* | ■*; ■*; Rebecca Hahn | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02010030 | FB_FTC_CID_02010036 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |
| 00000002 | ■ | ■* ■ | ■*; ■*; Rebecca Hahn; | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02010037 | FB_FTC_CID_02010043 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |
| 00000003 | ■ | ■* | ■*; ■; Rebecca Hahn; | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02010044 | FB_FTC_CID_02010050 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |
| 00000004 | ■ | ■*; | ■*; ■; Rebecca Hahn | | 04/09/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02024562 | FB_FTC_CID_02024568 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |
| 00000005 | ■ | Rebecca Hahn | ■*; ■*; ■ | | 04/09/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02024695 | FB_FTC_CID_02024704 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |
| 00000006 | ■* | ■ | ■*; ■; ■*; Rebecca Hahn | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02024726 | FB_FTC_CID_02024732 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |
| 00000007 | ■ | ■*; ■* | Rebecca Hahn | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02024959 | FB_FTC_CID_02024963 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |
| 00000008 | ■ | ■ | ■*; ■; Rebecca Hahn; | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02025164 | FB_FTC_CID_02025170 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |
| 00000009 | ■* | ■*; | ■*; Rebecca Hahn; ■ | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02025189 | FB_FTC_CID_02025197 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ■ | | |

\* Denotes that the listed individual is an attorney.

| HIGHLY CONFIDENTIAL | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Klein v. Facebook (Case No. 5:20-cv-08570-LHK) | | | | | | | | | | | | | | | |
| Privilege and Redaction Log | | | | | | | | | | | | | | | |
| August 20, 2021 | | | | | | | | | | | | | | | |
| Log Entry No. | Author | Recipients | CC | BCC | Date | Privilege Description | FTC Bates Begin | FTC Bates End | Email Subject | Title | Privilege Type | Withheld/Redacted | Relevant Litigation | Relevant Attorney | All Participants | Page Count |
| 00000010 | ▓* | ▓*▓*▓* | Rebecca Hahn ▓ | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02025198 | FB_FTC_CID_02025203 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ▓ | | |
| 00000011 | ▓ | ▓*▓*▓*▓* | Rebecca Hahn ▓ | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02025204 | FB_FTC_CID_02025208 | A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ▓ | | |
| 00000012 | ▓* | ▓*▓*▓* | Rebecca Hahn ▓ | | 04/08/2018 | Email seeking and providing legal advice regarding Facebook's API/platform policies. | FB_FTC_CID_02025209 | FB_FTC_CID_02025214 | Re: A/C Priv - Re: Questions about Find Friends access removed from competitors for article today | | Attorney Client | Privileged - Redacted | | ▓ | | |

\* Denotes that the listed individual is an attorney.