WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE OF COMPLIANCE BY META PLATFORMS WITH ORDER RE MOTIONS TO SEAL (DKT. 250)**<br><br>Judge: Hon. Virginia K. DeMarchi |

1 | Defendant Meta Platforms, Inc. hereby provides notice that the original redacted version
2 | of Meta's opposition to plaintiffs' opening brief regarding the August 20, 2021 clawback notice,
3 | Dkt. 198; Exhibit 1 to the Jennings Declaration, Dkt. 198-2; and the Declaration of Michael
4 | Kirkland, Dkt. 198-3; each comply with this Court's March 11, 2022 order addressing Meta's
5 | motion to seal.  Only the names, initials, and contact information of Meta's current and former
6 | employees are redacted from those documents.  Accordingly, to avoid burdening the Court, Meta
7 | does not intend to re-file the revised redacted versions of those documents, and instead directs the
8 | Court to those previously filed documents.  Of course, should the Court prefer that Meta re-file
9 | those documents, Meta would be happy to do so.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 18, 2022 | Respectfully submitted, |
| 3 | | By: /s/ *Sonal N. Mehta* |
| 4 | | SONAL N. MEHTA (SBN 222086) |
| 5 | | Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 6 | | AND DORR LLP |
| 7 | | 2600 El Camino Real, Suite 400 |
| | | Palo Alto, California 94306 |
| 8 | | Telephone: (650) 858-6000 |
| 9 | | DAVID Z. GRINGER (*pro hac vice*) |
| | | David.Gringer@wilmerhale.com |
| 10 | | WILMER CUTLER PICKERING HALE |
| | | AND DORR LLP |
| 11 | | 7 World Trade Center |
| 12 | | 250 Greenwich Street |
| | | New York, New York 10007 |
| 13 | | Telephone: (212) 230-8800 |
| 14 | | ARI HOLTZBLATT (*pro hac vice*) |
| | | Ari.Holtzblatt@wilmerhale.com |
| 15 | | MOLLY M. JENNINGS (*pro hac vice*) |
| 16 | | Molly.Jennings@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 17 | | AND DORR LLP |
| | | 1875 Pennsylvania Ave NW |
| 18 | | Washington, DC 20006 |
| 19 | | Telephone: (202) 663-6000 |
| 20 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |