WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE OF CONDITIONAL TRANSFER ORDER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Judge: Hon. James Donato |

1  Defendant Meta Platforms, Inc. writes to notify the Court that on March 21, 2022, the Judicial Panel on Multidistrict Litigation (JPML) issued a Conditional Transfer Order with Simultaneous Separation and Remand, pursuant to Rule 7.1 of the JPML Rules of Procedure, transferring the amended complaint filed by the Advertiser Plaintiffs (Dkt. No. 237) to the multidistrict litigation *In re: Google Digital Advertising Antitrust Litigation*, 1:21-md-03010-PKC (S.D.N.Y.).  A copy of the Order is attached as Exhibit A.

1.  On March 9, 2022, Meta filed, and notified this Court of the filing of, a Notice of Potential Tag-Along Action with the JPML to notify the JPML that the Advertiser Plaintiffs' amended complaint (Dkt. No. 237) is a potential tag-along action to *In re: Google Digital Advertising Antitrust Litigation*, 1:21-md-03010-PKC (S.D.N.Y.).

2.  On March 21, 2022, the JPML issued the Conditional Transfer Order with Simultaneous Separation and Remand attached here as Exhibit A.  The Order states that it "appears that … the advertiser action claims involve questions of fact common to the actions previously transferred to MDL No. 3010" and so "transferred [those claims] under 28 U.S.C. § 1407 to the Southern District of New York."  *See* Ex. A at 1.  As for the "consumer action claims," the Order "separated and simultaneously remanded [them] under 28 U.S.C. § 1407(a), to the Northern District of California."  *Id.*  The Order further provides:  "This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York.  The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel."  *Id.*

| | | |
|---|---|---|
| 1 | Dated: March 21, 2022 | Respectfully submitted, |
| 2 | | By: /s/ Sonal N. Mehta |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | |   Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP |
| | | 2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306 |
| 7 | | Telephone: (650) 858-6000 |
| 8 | | DAVID Z. GRINGER (*pro hac vice*) |
| | |   David.Gringer@wilmerhale.com |
| 9 | | WILMER CUTLER PICKERING HALE |
| | | AND DORR LLP |
| 10 | | 7 World Trade Center |
| | | 250 Greenwich Street |
| 11 | | New York, New York 10007 |
| 12 | | Telephone: (212) 230-8800 |
| 13 | | ARI HOLTZBLATT (*pro hac vice*) |
| | |   Ari.Holtzblatt@wilmerhale.com |
| 14 | | MOLLY M. JENNINGS (*pro hac vice*) |
| | |   Molly.Jennings@wilmerhale.com |
| 15 | | WILMER CUTLER PICKERING HALE |
| 16 | | AND DORR LLP |
| | | 1875 Pennsylvania Ave NW |
| 17 | | Washington, DC 20006 |
| | | Telephone: (202) 663-6000 |
| 18 | | |
| 19 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By:     */s/ Sonal N. Mehta*
              Sonal N. Mehta