# EXHIBIT A

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION**
    Klein v. Meta Platforms, Inc.,               )
        N.D. California, C.A. No. 3:20-08570    )        MDL No. 3010

## CONDITIONAL TRANSFER ORDER (CTO-7)
## WITH SIMULTANEOUS SEPARATION AND REMAND

On August 10, 2021, the Panel transferred 18 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See In re Digital Advertising Antitrust Litig.*, 2021 WL 3523450 (J.P.M.L. Aug. 10, 2021). Since that time, 11 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable P. Kevin Castel.

It appears that the action on this conditional transfer order encompasses multiple complaints that were consolidated under a single case name and number – *Klein v. Meta Platforms, Inc.*, No. 3:20-8570) ( "*Klein*") – and presently are comprised of the claims in two class action complaints, one complaint brought by Facebook users (the "consumer action")[1] and one complaint brought by Facebook "advertisers" (the "advertiser action").[2] It further appears that (1) the advertiser action claims involve questions of fact common to the actions previously transferred to MDL No. 3010; and (2) the consumer action claims do not involve questions of fact common to the actions in MDL No. 3010.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action listed above is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 10, 2021, and, with the consent of that court, assigned to the Honorable P. Kevin Castel.

The consumer action claims are hereby separated and simultaneously remanded under 28 U.S.C. § 1407(a), to the Northern District of California.

---

[1] *See Klein*, Doc. No. 87, Consol. Consumer Class Action Compl. (N.D. Cal. Apr. 22, 2021).

[2] *See Klein*, Doc. No. 237, First Am. Consol. Advertiser Class Action Compl. (N.D. Cal. Feb. 28, 2022).

- 2 -

    This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel