WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO DISMISS FIRST AMENDED CONSOLIDATED ADVERTISER CLASS ACTION COMPLAINT**<br><br>Judge: Hon. James Donato |

**STANDING ORDER PARAGRAPH 31 NOTICE**

The parties have agreed to use the approach outlined in Paragraph 31 of the Court's Standing Order for Civil Cases for the round of briefing associated with Defendant Meta Platforms, Inc.'s Motion to Dismiss the First Amended Consolidated Advertiser Class Action Complaint. Meta hereby notifies the Court that it will file a combined Administrative Motion to Seal briefing when its Motion to Dismiss is complete. That combined Administrative Motion to Seal will address all relevant documents submitted in connection with this briefing.

**META PLATFORMS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rule 79-5(c) and Paragraph 31 of the Court's Standing Order for Civil Cases, Defendant Meta Platforms, Inc. files this Administrative Motion to Seal portions of Meta's Motion to Dismiss the First Amended Consolidated Advertiser Class Action Complaint ("FAC").

Meta's Administrative Motion to Seal asks the Court to consider whether to seal portions of Meta's Motion to Dismiss. As set forth below, Meta only seeks to seal a single sentence of its Motion to Dismiss that references non-public information contained in the FAC concerning the specific terms of contracts with business counterparties that Meta has designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order, Dkt. 111, and that, if revealed to Meta's competitors or potential counterparties, could cause competitive harm to Meta, *see* Khurana Decl. ¶¶ 7, 8, Dkt. 244-1. Accordingly, Meta requests that the Court enter an order sealing the information identified in the table below:

| Document | Portions to be filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Defendant's Motion to Dismiss First Amended Consolidated Advertiser Class Action Complaint | Highlighted portion of lines 8 and 9 at page 11. | Defendant |

Included with this Motion is an unredacted version of Meta's Motion to Dismiss, highlighting the information that Meta requests remain under seal.

1    As noted, upon conclusion of briefing on Meta's Motion to Dismiss, the parties will submit
2  a combined Administration Motion to Seal addressing the excerpt identified above, as well as any
3  other portions of the Motion to Dismiss briefing that contain Meta's confidential information and
4  that Meta seeks to maintain under seal.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: March 21, 2022 | Respectfully submitted,<br><br>By: /s/ Sonal N. Mehta<br><br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By: */s/ Sonal N. Mehta*
      Sonal N. Mehta