WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Meta Platforms, Inc. in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Pursuant to Local Rule 79-5, I submit this Declaration in support of Meta's Administrative Motion to File Under Seal Portions of Defendant's Motion to Dismiss the First Amended Consolidated Advertiser Class Action Complaint.

3. Meta's Motion to Dismiss discusses the First Amended Consolidated Advertiser Class Action Complaint ("FAC") at length, including a portion that references information Meta designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order, Dkt. 111, and that Meta has sought to maintain under seal, *see* Dkt. 244, as the information from the FAC referenced in Meta's Motion to Dismiss consists of non-public information regarding specific terms of contracts with business counterparties which, if revealed to competitors or counterparties, could cause competitive harm to Meta. *See* Khurana Decl., ¶¶ 7, 8, Dkt. 244-1.

4. Attached to this declaration is an unredacted version of Meta's Motion to Dismiss the First Amended Consolidated Advertiser Class Action Complaint.

5. Pursuant to Paragraph 31 of the Court's Standing Order for Civil Cases, Meta will file a combined Motion to Seal promptly after briefing on its Motion to Dismiss is complete and will work in good faith to minimize the amount of material sought to be sealed to ensure it is narrowly tailored to balance the right of public access to the record.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 21 day of March, 2022, in New York, New York.


By:   */s/ David Z. Gringer*
      David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:  March 21, 2022			By:	*/s/ Sonal N. Mehta*
					Sonal N. Mehta