WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. James Donato |

1  THIS MATTER, having come before the Court on Defendant's Administrative Motion to
2  File Under Seal, and the Court having considered Defendant's Administrative Motion to File
3  Under Seal, and other appropriate papers:

4  The Court finds good cause to support the filing under seal of the portion of the document
5  described herein.  Accordingly,

6  IT IS ORDERED that the following document portion shall be filed under seal and sealed
7  from the public record:

| Information in Defendant's Motion to Dismiss Sought to be Sealed | Reason for Sealing |
|---|---|
| Redacted information at highlighted portion of lines 8 and 9 at page 11. | Contains non-public information regarding specific terms of contracts with business counterparties which, if revealed to competitors or counterparties, could cause competitive harm to Meta.  See Khurana Decl. ¶¶ 7, 8., Dkt. 244-1. |

**IT IS SO ORDERED.**

Dated: March _____, 2022

_____
The Honorable James Donato
United States District Judge