WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **NOTICE OF ACCELERATED BRIEFING SCHEDULE AND HEARING DATE REGARDING OPPOSITIONS TO CONDITIONAL TRANSFER ORDER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** <br><br> Judge: Hon. James Donato |

On March 30, 2022, the Judicial Panel on Multidistrict Litigation (JPML) issued the following Text Only Notice (Dkt. No. 178) regarding the Oppositions to Conditional Transfer Order (CTO-7) filed in the multidistrict litigation *In re: Google Digital Advertising Antitrust Litigation*, 1:21-md-03010-PKC (S.D.N.Y.). The panel set a hearing date of May 26, 2022:

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF ACCELERATED BRIEFING SCHEDULE** *re: pldg. (8 in CAN/3:20-cv-08570, 171 in MDL No. 3010), (12 in CAN/3:20-cv-08570, 176 in MDL No. 3010), (13 in CAN/3:20-cv-08570, 177 in MDL No. 3010)*

**THIS MATTER WILL BE SET FOR THE MAY 26, 2022 HEARING SESSION.**

**PURSUANT TO RULE 6.1(e), AN ACCELEREATED BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before 4/12/2022.**
**Corporate Disclosure Statements due on or before 4/12/2022.**
**Motion to Vacate with Brief in Support due on or before 4/12/2022.**
**Responses due on or before 4/26/2022.**
**Reply, if any, due on or before 5/3/2022.**

**No extensions of time will be granted absent extraordinary circumstances.**

**Signed by Clerk of the Panel John W. Nichols on 3/30/2022.**

**Associated Cases: MDL No. 3010, CAN/3:20-cv-08570 (dld) (Entered: 03/30/2022)**

-2-

| | | |
|---|---|---|
| 1 | Dated:  March 31, 2022 | Respectfully submitted, |
| 2 | | By: /s/  Sonal N. Mehta |
| 3 | | |
| | | SONAL N. MEHTA (SBN 222086) |
| 4 | |   Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP |
| | | 2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306 |
| | | Telephone: (650) 858-6000 |
| 7 | | |
| | | DAVID Z. GRINGER (*pro hac vice*) |
| 8 | |   David.Gringer@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 9 | | AND DORR LLP |
| | | 7 World Trade Center |
| 10 | | 250 Greenwich Street |
| | | New York, New York 10007 |
| 11 | | Telephone:  (212) 230-8800 |
| 12 | | |
| | | ARI HOLTZBLATT (*pro hac vice*) |
| 13 | |   Ari.Holtzblatt@wilmerhale.com |
| | | MOLLY M. JENNINGS (*pro hac vice*) |
| 14 | |   Molly.Jennings@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 15 | | AND DORR LLP |
| | | 1875 Pennsylvania Ave NW |
| 16 | | Washington, DC 20006 |
| | | Telephone:  (202) 663-6000 |
| 17 | | |
| 18 | | *Attorneys for Defendant Meta Platforms, Inc.* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of March, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By:   */s/ Sonal N. Mehta*
          Sonal N. Mehta