1  **BATHAEE DUNNE LLP**
   Yavar Bathaee (Bar No. 282388)
2    yavar@bathaeedunne.com
   445 Park Avenue, 9th Floor
3  New York, NY 10022
   (332) 205-7668
4
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
5  Kristen M. Anderson (Bar No. 246108)
     kanderson@scott-scott.com
6  230 Park Avenue, 17th Floor
   New York, NY 10169
7  (212) 233-6444

   *Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>  Defendant. | Case No. 3:20-cv-08570-JD<br><br>**JOINT STIPULATION TO EXTEND TIME FOR THE PARTIES' RESPONSIVE BRIEFING PURSUANT TO LOCAL RULE 6-1(b)**<br><br>Judge: Hon. James Donato |

**JOINT STIPULATION**

WHEREAS, plaintiffs Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper (collectively, "Advertiser Plaintiffs") served their Consolidated Advertiser Class Action Complaint on April 22, 2021 (ECF No. 86);

WHEREAS, defendant Meta Platforms, Inc. filed a Motion to Dismiss the Consolidated Advertiser Class Action Complaint on May 20, 2021 (ECF No. 97), and the Court granted in part Meta's Motion to Dismiss with leave to amend on January 14, 2022 (ECF No. 214);

WHEREAS, pursuant to the Court's order, Advertiser Plaintiffs filed a First Amended Consolidated Advertiser Class Action Complaint ("First Amended Complaint") on February 28, 2022 (ECF No. 237);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Meta's deadline to respond to Advertiser Plaintiffs' First Amended Complaint was on or before March 14, 2022;

WHEREAS, pursuant to Local Rule 6-1(a), Meta and plaintiffs jointly stipulated to extend Meta's deadline to respond to Advertiser Plaintiffs' First Amended Complaint by (7) days from March 14, 2022, up to and including March 21, 2022 (ECF No. 241);

WHEREAS, Meta filed a Motion to Dismiss the First Amended Complaint ("Motion to Dismiss") on March 21, 2022 (ECF No. 262);

WHEREAS, pursuant to Local Rule 7-3(a), Advertiser Plaintiffs must file any Opposition to Meta's Motion to Dismiss on or before April 4, 2022;

WHEREAS, pursuant to Local Rule 7-3(c), Meta must file any Reply in support of its Motion to Dismiss on or before April 11, 2022;

WHEREAS, Meta and plaintiffs have previously agreed to extend Advertiser Plaintiffs' deadline to file any Opposition to Meta's Motion to Dismiss by seven (7) days from April 4, 2022, up to and including April 11, 2022 (*see* ECF No. 227 at 9);

WHEREAS, Meta and plaintiffs have previously agreed to extend Meta's subsequent deadline to file any Reply in support of its Motion to Dismiss by fourteen (14) days from April 11, 2022, up to and including April 25, 2022 (*see* ECF No. 227 at 9);

1   WHEREAS, Local Rule 6-1(b) provides that the "A request for a Court order enlarging
2   or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion
3   pursuant to Civil L.R. 6-3";
4   WHEREAS, pursuant to Local Rule 6-1(b), the Parties' aforementioned extensions do
5   not "affect a hearing or proceeding on the Court's calendar" (ECF No. 222);
6   WHEREAS, this extension is not sought for the purpose of undue delay and no party will
7   be prejudiced by the brief extension of time;
8   ACCORDINGLY, pursuant to Local Rule 6-1(b), Meta and plaintiffs, by and through
9   their respective counsel, hereby stipulate and agree that, subject to the Court's approval,
10  Advertiser Plaintiffs' deadline to file any Opposition to Meta's Motion to Dismiss shall be
11  extended from April 4, 2022, up to and including April 11, 2022, and Meta's deadline to file a
12  Reply in support of its Motion to Dismiss shall be extended from April 11, 2022, up to and
13  including April 25, 2022, respectively.

14  DATED: March 31, 2022                                       Respectfully submitted,

16  By: */s/ Yavar Bathaee*                                     By: */s/ Sonal N. Mehta*
    **BATHAEE DUNNE LLP**                                       **WILMER CUTLER PICKERING HALE**
17  Yavar Bathaee (Bar No. 282388)                               **AND DORR LLP**
       yavar@bathaeedunne.com                                   Sonal N. Mehta (Bar No. 222086)
18  Edward M. Grauman (admitted *pro hac vice*)                 2600 El Camino Real, Suite 400
       egrauman@bathaeedunne.com                                Palo Alto, California 94306
19  Andrew C. Wolinsky (admitted *pro hac vice*)                Telephone: (650) 858-6000
       awolinsky@bathaeedunne.com                               Email: Sonal.Mehta@wilmerhale.com
20  445 Park Avenue, 9th Floor
    New York, NY 10022                                          David Z. Gringer (admitted *pro hac vice*)
21  (332) 322-8835                                              7 World Trade Center
                                                                250 Greenwich Street
22  Brian J. Dunne (Bar No. 275689)                             New York, New York 10007
       bdunne@bathaeedunne.com                                  Telephone: (212) 230-8800
23  633 West Fifth Street, 26th Floor                           Email: David.Gringer@wilmerhale.com
    Los Angeles, CA 90071
    (213) 462-2772
24
                                                                Ari Holtzblatt (admitted *pro hac vice*)
25  By: */s/ Kristen M. Anderson*                               Molly M. Jennings (admitted *pro hac vice*)
    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**                        1875 Pennsylvania Avenue NW
26  Kristen M. Anderson (Bar No. 246108)                        Washington, DC 20006
       kanderson@scott-scott.com                                Telephone: (202) 663-6000
27  230 Park Avenue, 17th Floor                                 Email: Ari.Holtzblatt@wilmerhale.com
    New York, NY 10169                                          Email: Molly.Jennings@wilmerhale.com
28  (212) 223-6444

                                                                *Attorneys for Defendant Meta Platforms, Inc.*


1  Christopher M. Burke (Bar No. 214799)
   cburke@scott-scott.com
2  David H. Goldberger (Bar No. 225869)
   dgoldberger@scott-scott.com
3  Yifan (Kate) Lv (Bar No. 302704)
   klv@scott-scott.com
4  Hal D. Cunningham (Bar No. 243048)
   hcunningham@scott-scott.com
5  Daniel J. Brockwell (Bar No. 335983)
   dbrockwell@scott-scott.com
6  600 W. Broadway, Suite 3300
San Diego, CA 92101
7  (619) 233-4565

8  Patrick J. McGahan (admitted *pro hac vice*)
   pmcgahan@scott-scott.com
9  Michael P. Srodoski (admitted *pro hac vice*)
   msrodoski@scott-scott.com
10  156 South Main Street, P.O. Box 192
Colchester, CT 06415
11  (860) 537-5537

12  **AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
13     twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
14     rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
15     tmaya@ahdootwolfson.com
Rachel Johnson (Bar No. 331351)
16     rjohnson@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
17  Burbank, CA 91505
(310) 474-9111
18

19  **LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (admitted *pro hac vice*)
20     kverrier@lfsblaw.com
Austin B. Cohen (admitted *pro hac vice*)
21     acohen@lfsblaw.com
510 Walnut Street, Suite 500
22  Philadelphia, PA 19106-3997
(215) 592-1500
23

*Interim Counsel for the Advertiser Class*
24

25

26

27

28

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:  March 31, 2022            By:   */s/ Sonal N. Mehta*
                                         Sonal N. Mehta

## CERTIFICATE OF SERVICE

I hereby certify that on this thirty-first day of March, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

                                  By:   */s/ Sonal N. Mehta*
                                         Sonal N. Mehta