WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME FOR RESPONSIVE BRIEFING PURSUANT TO LOCAL RULE 6-1(b)**<br><br>Judge: Hon. James Donato |

1 **[PROPOSED] ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3       1.      Advertiser Plaintiffs shall file any Opposition to Meta's Motion to Dismiss the
4  First Amended Consolidated Advertiser Class Action Complaint (ECF No. 262) on or before
5  April 11, 2022.

6       2.      Meta shall file any Reply in support of its Motion to Dismiss on or before April
7  25, 2022.

9  DATED: _____

HON. JAMES DONATO
United States District Judge

14  Submitted by:

15  WILMER CUTLER PICKERING HALE AND DORR LLP

16  By:   */s/ Sonal N. Mehta*
           SONAL N. MEHTA

18  *Attorney for Defendant Meta Platforms, Inc.*