**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY  10169
Tel.: (212) 223-6444

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA  92101
Tel.: (619) 233-4565

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1    Pursuant to Civil Local Rule 79-5(f), Advertiser Plaintiffs hereby file this Administrative

2  Motion to Consider Whether Another Party's Material Should Be Sealed. Per the accompanying

3  Declaration of Brian J. Dunne, certain documents and information referenced in the concurrently filed

4  Advertiser Plaintiffs' Opposition to Meta's Motion to Dismiss the First Amended Consolidated

5  Advertiser Class Action Complaint ("Opposition") have been designated by Defendant Meta

6  Platforms, Inc., as "Confidential" or "Highly Confidential" under the Stipulated Protective Order

7  (Dkt. No. 111).

8    Portions of the Opposition referencing or reflecting the contents of the designated-as-

9  confidential documents and information have been redacted from the publicly filed version of the

10  Opposition, and an unredacted version of the Opposition with the references highlighted is filed

11  herewith. *See* Civ. L.R. 79-5(e), (f)(1).

12    Advertiser Plaintiffs respectfully request that the Court grant their motion to consider whether

13  the above-referenced Meta Platforms material should be sealed.

14

15  Dated: April 11, 2022                          Respectfully submitted,

16  **SCOTT + SCOTT ATTORNEYS AT LAW LLP**    **BATHAEE DUNNE LLP**

17  Kristen M. Anderson (CA 246108)                /s/ Yavar Bathaee
    kanderson@scott-scott.com                      Yavar Bathaee (CA 282388)
18  The Helmsley Building                          yavar@bathaeedunne.com
    230 Park Avenue, 17th Floor                    Edward M. Grauman (*pro hac vice*)
19  New York, NY  10169                            egrauman@bathaeedunne.com
    Tel.: (212) 223-6444                           Andrew C. Wolinsky
20  Fax: (212) 223-6334                            awolinsky@bathaeedunne.com
                                                   445 Park Avenue, 9th Floor
21  Christopher M. Burke (CA 214799)               New York, NY 10022
    cburke@scott-scott.com                         Tel.: (332) 322-8835
22  David H. Goldberger (CA 225869)
    dgoldberger@scott-scott.com
23  Kate Lv (CA 302704)                            Brian J. Dunne (CA 275689)
    klv@scott-scott.com                            bdunne@bathaeedunne.com
24  Hal D. Cunningham (CA 243048)                  633 West Fifth Street, 26th Floor
    hcunningham@scott-scott.com                    Los Angeles, CA 90071
25  Daniel J. Brockwell (CA 335983)                Tel.: (213) 462-2772
    dbrockwell@scott-scott.com
26  600 W. Broadway, Suite 3300                    **LEVIN SEDRAN & BERMAN LLP**
    San Diego, CA  92101                           Keith J. Verrier (*pro hac vice*)
27  Tel.: (619) 233-4565                           Austin B. Cohen (*pro hac vice*)
    Fax: (619) 233-0508                            510 Walnut Street, Suite 500

28

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Fax: (860) 537-4432

*Interim Co-Lead Counsel and Executive Committee*
*for the Advertiser Class*

Philadelphia, PA 19106-3997
Tel.: (215) 592-1500
Fax:  (215) 592-4663
kverrier@lfsblaw.com
acohen@lfsblaw.com

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
Robert Ahdoot (CA 172098)
Theodore W. Maya (CA 223242)
Henry J. Kelston (*pro hac vice*)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com

2