| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT + SCOTT ATTORNEYS AT LAW LLP** |
| Yavar Bathaee (CA 282388) | Kristen M. Anderson (CA 246108) |
|   yavar@bathaeedunne.com |   kanderson@scott-scott.com |
| Edward M. Grauman (*pro hac vice*) | 230 Park Avenue, 17th Floor |
|   egrauman@bathaeedunne.com | New York, NY 10169 |
| Andrew C. Wolinsky (*pro hac vice*) | (212) 223-6444 |
|   awolinsky@bathaeedunne.com | |
| 445 Park Avenue, 9th Floor | Christopher M. Burke (CA 214799) |
| New York, NY 10022 |   cburke@scott-scott.com |
| (332) 322-8835 | David H. Goldberger (CA 225869) |
| |   dgoldberger@scott-scott.com |
| Brian J. Dunne (CA 275689) | Kate Lv (CA 302704) |
|   bdunne@bathaeedunne.com |   klv@scott-scott.com |
| 633 West Fifth Street, 26th Floor | 600 W. Broadway, Suite 3300 |
| Los Angeles, CA 90071 | San Diego, CA 92101 |
| (213) 462-2772 | (619) 233-4565 |
| *Interim Co-Lead Counsel for the Advertiser Classes* | Patrick J. McGahan (*pro hac vice*) |
| |   pmcgahan@scott-scott.com |
| | Michael P. Srodoski (*pro hac vice*) |
| |   msrodoski@scott-scott.com |
| | 156 South Main Street, P.O. Box 192 |
| | Colchester, CT 06415 |
| | (860) 537-5537 |
| | [Additional counsel on signature page] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **NOTICE OF FILING OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER** |
| vs. | |
| META PLATFORMS, INC., | Hon. James Donato |
| Defendant. | |

Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper ("Advertiser Plaintiffs") write to notify the Court that early today (April 12, 2022), Advertiser Plaintiffs filed a Motion to Vacate Conditional Transfer Order 7 ("CTO-7"), as entered by the Judicial Panel on Multidistrict Litigation ("JPML") on March 21, 2022. A copy of Advertiser Plaintiffs' Motion to Vacate is attached as Exhibit A; Advertiser Plaintiffs' Brief and Exhibits in Support of that Motion are attached as Exhibit B.

As Advertiser Plaintiffs noted in their March 30, 2022 Notice (Dkt. 264), the JMPL has set a briefing schedule requiring that any motions to vacate CTO-7 be filed on or before April 12, 2022; that any responses to motions to vacate be filed on or before April 26, 2022; and that any replies on such motions be filed on or before May 3, 2022. Advertiser Plaintiffs will continue to update the Court of material developments regarding CTO-7.

DATED: April 12, 2022

Respectfully submitted,
**BATHAEE DUNNE LLP**

By: */s/ Brian J. Dunne*
Brian J. Dunne (CA 275689)
  bdunne@bathaeedunne.com
633 W. Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

Yavar Bathaee (CA 282388)
  yavar@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
  egrauman@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
  kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (CA 214799)

cburke@scott-scott.com
David H. Goldberger (CA 225869)
  dgoldberger@scott-scott.com
Hal D. Cunningham (CA 243048)
  hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
  dbrockwell@scott-scott.com
Yifan (Kate) Lv (CA 302704)
  klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

Patrick J. McGahan (*pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Counsel for the Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
  kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
  acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
(215) 592-1500

*Executive Committee Counsel for the Advertiser Classes*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
  tmaya@ahdootwolfson.com
Henry Kelston (*pro hac vice*)
  hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111

*Executive Committee Counsel for the Advertiser Classes*

**CERTIFICATE OF SERVICE**

1  I hereby certify that on this 12th day of April, 2022, I electronically transmitted the foregoing
2  document to the Clerk's Office using the CM/ECF System, causing the document to be
3  electronically served on all attorneys of record.

By   */s/ Brian J. Dunne*
Brian J. Dunne