# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 |

## *KLEIN* ADVERTISERS' MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER (CTO-7)

Pursuant to 28 U.S.C. §1407 and Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper ("Advertisers") respectfully request the Panel to vacate the conditional transfer order ("CTO-7") seeking to sever and transfer their claims in *Klein, et al. v. Meta Platforms, Inc.*, No. 5:20-cv-08570-JD (N.D. Cal.) (the "Advertiser Claims") to the Google Digital Advertising Antitrust MDL, *In re: Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.) (the "Google MDL").

As set forth in Advertisers' brief in support of this Motion, these claims should not be severed and transferred to the MDL because none of the factors under 28 U.S.C. §1407(a) support transfer of the Advertiser Claims, as:

(1) the Advertiser Claims and Google MDL do not share a common factual core and concern different relevant markets, different competitors, different antitrust harm, and different proposed classes;

(2) transfer is inconvenient for the parties and witnesses, as a majority of the parties and potentially relevant witnesses are in California; and

(3) transfer will not promote just and efficient conduct and will instead delay prosecution of the Advertiser Claims, expand and complicate the Google MDL, and reward forum shopping by Meta Platforms, Inc.'s attorneys.

In accordance with Rule 6.1(b)(iv) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, a copy of the Consumer complaint and docket sheet are filed concurrently herewith. Advertisers' first amended complaint, the subject of CTO-7, has already been placed on the docket sheet of the Judicial Panel of Multidistrict Litigation under seal at ECF No. 166. *See also* ECF No. 167 (minute order granting motion to file under seal).

Dated: April 12, 2022

Respectfully submitted,
**BATHAEE DUNNE LLP**

  s/ Brian J. Dunne
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 462-2772

Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
Andrew C. Wolinsky
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835

*Interim Co-Lead Counsel for Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper*


**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

2

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

*Interim Co-Lead Counsel for Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper*


**LEVIN SEDRAN & BERMAN LLP**

Keith J. Verrier (*pro hac vice*)
Austin B. Cohen (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
kverrier@lfsblaw.com
acohen@lfsblaw.com

*Plaintiffs' Executive Committee Counsel and Counsel for Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper*

**AHDOOT & WOLFSON, PC**

Tina Wolfson (CA 174806)
Robert Ahdoot (CA 172098)
Theodore W. Maya (CA 223242)
Henry J. Kelson (*pro hac vice*)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com

Andrew William Ferich
Ahdoot & Wolfson PC
201 King of Prussia Rd.
Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax: (310) 474-8585
Email: aferich@ahdootwolfson.com

*Plaintiffs' Executive Committee Counsel and Counsel for Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper*

4