| | |
|---|---|
| **BATHAEE DUNNE LLP** <br> Yavar Bathaee (CA 282388) <br> yavar@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> Tel.: (332) 205-7668 <br><br> *Interim Class Counsel for the Advertiser Class* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** <br> Kristen M. Anderson (CA 246108) <br> kanderson@scott-scott.com <br> 230 Park Avenue, 17th Floor <br> New York, NY  10169 <br> Tel.: (212) 223-6444 <br><br> *Interim Class Counsel for the Advertiser Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 20-cv-08570-JD <br><br> The Hon. James Donato <br><br> **CIVIL ACTION** <br><br> **DECLARATION OF KRISTEN M. ANDERSON REGARDING COMPLIANCE WITH DKT. NO. 263** |

Pursuant to 28 U.S.C. §1746, I, Kristen M. Anderson, declare:

1. I am a partner at Scott+Scott Attorneys at Law LLP and am licensed in the State of California and admitted to the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. On March 18, 2022, the Court appointed Yavar Bathaee of Bathaee Dunne LLP and me as Interim Class Counsel for the Advertiser Class in the above-captioned matter. Dkt. No. 43.

3. On February 23, 2022, Defendant Meta Platforms Inc. ("Meta") moved to compel, among other things, Advertiser Plaintiffs to respond to Interrogatory No. 1 of Meta's First Set of Interrogatories to Advertiser Plaintiffs concerning identification of participants in the Social Advertising Market ("Interrogatory No. 1"). Dkt. No. 230.

4. On March 21, 2022, Advertiser and Consumer Plaintiffs jointly opposed Meta's motion to compel. Advertiser Plaintiffs opposed on the grounds that given the early stage of fact discovery, Interrogatory No. 1 is a premature contention interrogatory that seeks information that will be the subject of expert discovery. Dkt. No. 259.

5. On March 23, 2022, the Court ordered lead counsel for the parties to meet and confer on a resolution to the issues briefed in Dkt Nos. 230 and 259. Further, the Court ordered that unless lead counsel are more than 100 miles apart, a video access platform may be used and that the conference shall be held for a minimum of four hours and may be terminated earlier only if all disagreements have been resolved. Dkt. No. 263. This declaration is made pursuant to the Court's Order at Dkt. No. 263 requiring lead counsel for each of the parties to certify compliance with that Order.

6. On April 8, 2022, lead counsel for the parties met and conferred regarding the discovery disputes raised in Dkt Nos. 230 and 259 from 1:30 p.m. until 6 p.m. EST. Mr. Bathaee and I met with David Gringer, counsel for Meta, in person at the New York, New York office of Wilmer Cutler Pickering Hale and Door, LLP. Other lead counsel, including Stephen A. Swedlow

of Quinn Emanuel Urquhart & Sullivan LLP, Shana A. Scarlett of Hagens Berman Sobol Shapiro LLP, and Sonal Mehta of Wilmer Cutler Pickering Hale and Door, LLP, all located more than 100 miles outside of New York, New York, participated in the meet and confer via video access platform.

7.  During the meet and confer, Meta and Advertiser Plaintiffs reached a resolution regarding Interrogatory No. 1. Advertiser Plaintiffs agreed to supplement their response to identify participants in the Social Advertising Market based on the information they have at present, subject to any need to supplement later based on further discovery and analysis.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2022         *s/ Kristen M. Anderson*
                              KRISTEN M. ANDERSON

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. All parties not so registered will be served via e-mail or U.S. Mail.

Executed on April 15, 2022, at New York, New York.

                                        *s/ Kristen M. Anderson*
                                        KRISTEN M. ANDERSON (CA 246108)