WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF SONAL N. MEHTA IN COMPLIANCE WITH THE COURT'S MARCH 23, 2022 ORDER**<br><br>Judge: Hon. James Donato |

I, Sonal N. Mehta, declare as follows:

1. I am a Partner at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Meta Platforms, Inc. in the above-captioned case. I submit this declaration consistent with the Court's March 23, 2022 Order. Dkt. No. 263. The contents of this declaration are based on my personal knowledge.

2. On Friday, April 8, 2022, my partner David Gringer, and lead counsel for the Advertiser Plaintiffs, Yavar Bathaee and Kristen Anderson, met and conferred in person at WilmerHale's office in New York, New York, to resolve the disputes raised in Dkt. Nos. 230 and 259 in accordance with the Court's Order at Dkt. No. 263. Lead counsel for the User Plaintiffs, Stephen A. Swedlow of Quinn Emanuel Urquhart & Sullivan LLP, and Shana A. Scarlett of Hagens Berman Sobol Shapiro LLP participated via video conference. Although Ms. Scarlett and I reside within 100 miles of each other, Ms. Scarlett advised me that she would be out of the country on April 8 and thus would not be able to meet and confer in person. Accordingly, I participated via video conference.

3. During the meet and confer, Meta and Advertiser Plaintiffs reached a resolution on the scope of Interrogatory No. 1. Meta and User Plaintiffs reached a resolution on Interrogatory Nos. 1 and 2.

4. Meta and User Plaintiffs continue to meet and confer about User Plaintiffs' obligation to respond to Interrogatory Nos. 3 and 4, and are hopeful that the parties will be able to reach a resolution. The parties will file either a joint letter identifying the outstanding dispute for the Court to resolve or a stipulation outlining the agreement no later than Wednesday, April 20, 2022.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 15 day of April, 2022, in Palo Alto, California.

By:   */s/ Sonal N. Mehta*
        Sonal N. Mehta

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:  April 15, 2022                                   By:     */s/ Sonal N. Mehta*
                                                                                   Sonal N. Mehta