Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Interim Co-Lead Consumer Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　　　　　　　Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**DECLARATION OF SHANA E. SCARLETT REGARDING MEET AND CONFER PURSUANT TO COURT ORDER DATED MARCH 23, 2022** |
| This document relates to:<br><br>*Klein v. Meta Platforms, Inc.*<br>No. 20-cv-08570-JD | |

010975-11/1877824 V1

I, Shana E. Scarlett, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, and Interim Co-Lead Counsel for the Consumer Class in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration pursuant to the Court's March 23, 2022 Order (the "Order"), Dkt. 263, directing lead counsel for the parties to meet and confer to resolve their disputes regarding Plaintiffs' responses to Interrogatories Nos. 1-4 to Consumers and Interrogatory No. 1 to Advertisers propounded by Defendant Meta Platforms, Inc. ("Facebook"), Dkts. 230, 259. I hereby attest to compliance with the Court's Order.

3. On April 8, 2022, I met and conferred with Lead Counsel for Facebook Sonal N. Mehta and David Gringer via video platform. Interim Co-Lead Counsel for the Advertiser Class Yavar Bathaee and Kristen M. Anderson attended the conference in person, in New York. My co-counsel, Stephen A. Swedlow, also attended the conference via video. The conference lasted four-and-a-half hours.

4. At the time of the conference, due to a pre-existing commitment involving an ill family member, I was not located within 100 miles of any other lead counsel and therefore participated via videoconference.

5. After four-and-a-half hours at the mandated lead counsel conference, Consumer Plaintiffs and Facebook were unable to resolve all of their disputes. The parties have exchanged further correspondence, and held an additional conference on April 14, 2022 with lead counsel via video. Both sides continue to work towards resolving the remaining issues in dispute but were unable to do so at the time of this filing.

6. The parties have agreed, and propose to this Court, that they will file a stipulation or joint letter addressing the remaining items in dispute no later than April 20, 2022.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.  Executed this 15th day of April, 2022, at Berkeley, California.

             *s/ Shana E. Scarlett*
             SHANA E. SCARLETT