WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING COMBINED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF BRIEFING FOR MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED ADVERTISER CLASS ACTION COMPLAINT**<br><br>Judge: Hon. James Donato |

1  THIS MATTER, having come before the Court on Defendant's Combined Administrative
2  Motion to File Under Seal Portions of Briefing for Motion to Dismiss the First Amended
3  Consolidated Advertiser Class Action Complaint, and the Court having considered the Declaration
4  of Jitin Khurana In Support of Defendant's Administrative Motion to Seal, and other appropriate
5  papers:

6  The Court finds compelling reasons to support the filing under seal of the portions of
7  documents described herein.  Accordingly,

8  IT IS ORDERED that the following portions of documents shall be filed under seal and
9  sealed from the public record:

| Document | Information sought to be sealed | Reason for Sealing |
|---|---|---|
| Defendant's Motion to Dismiss the First Amended Consolidated Advertiser Class Action Complaint (Dkt. 262) | Highlighted portion of lines 8 and 9 at page 11. | Contains non-public information regarding specific terms of contracts with business counterparties which, if revealed to competitors or counterparties, could cause competitive harm to Meta.  *See* Khurana Decl. ¶¶ 6, 7. |
| Advertiser Plaintiffs' Opposition to Meta's Motion to Dismiss (Dkt. 271) | Highlighted portion of lines 10 to 12 at page 5. | Contains non-public information regarding specific terms of contracts with business counterparties which, if revealed to competitors or counterparties, could cause competitive harm to Meta.  *See* Khurana Decl. ¶¶ 6, 7. |
| Advertiser Plaintiffs' Opposition to Meta's Motion to Dismiss (Dkt. 271) | Highlighted portion of lines 16 to 18 at page 6. | Contains non-public information regarding specific terms of contracts with business counterparties which, if revealed to competitors or counterparties, could cause competitive harm to Meta.  *See* Khurana Decl. ¶¶ 6, 7. |
| Advertiser Plaintiffs' Opposition to Meta's Motion to Dismiss (Dkt. 271) | Highlighted portion of lines 21 to 24 at page 12. | Contains non-public information regarding specific terms of contracts |

|  |  | with business counterparties which, if revealed to competitors or counterparties, could cause competitive harm to Meta.  *See* Khurana Decl. ¶¶ 6, 7. |
|---|---|---|

**IT IS SO ORDERED.**

Dated: April _____, 2022

The Honorable James Donato
United States District Court Judge