WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                           Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>                           Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE BY META PLATFORMS RE ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 280)**<br><br>Judge: Hon. James Donato |

**NOTICE RE: ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION**

Defendant Meta Platforms, Inc. hereby provides notice that it does not intend to file a declaration seeking to seal the portions of Advertiser Plaintiffs' discovery letter brief (Dkt. 281) that were provisionally sealed by Advertiser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 280) and designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. 111).  Meta does not waive the "Confidential" or "Highly Confidential" designation of the documents excerpted, and Meta reserves all rights to seek sealing of other excerpts from those documents should Advertiser Plaintiffs later seek to include them in a public filing.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 28, 2022 | Respectfully submitted, |
| 3 | | By: /s/  Molly M. Jennings |
| 4 | | ARI HOLTZBLATT (*pro hac vice*) |
| 5 | | Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*) |
| 6 | | Molly.Jennings@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 7 | | AND DORR LLP<br>1875 Pennsylvania Ave NW |
| 8 | | Washington, DC 20006<br>Telephone:  (202) 663-6000 |
| 9 | | |
| 10 | | SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com |
| 11 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 12 | | 2600 El Camino Real, Suite 400<br>Palo Alto, California 94306 |
| 13 | | Telephone: (650) 858-6000 |
| 14 | | |
| 15 | | DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com |
| 16 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 17 | | 7 World Trade Center<br>250 Greenwich Street |
| 18 | | New York, New York 10007<br>Telephone:  (212) 230-8800 |
| 19 | | |
| 20 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

No. 3:20-cv-08570-JD                                   NOTICE BY META PLATFORMS RE
                                                      ADVERTISERS' ADMINISTRATIVE MOTION (DKT. 280)