| | |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| 2 |   HALE AND DORR LLP |

WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>           Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE OF MEMORANDUM IN OPPOSITION TO ADVERTISER PLAINTIFFS' MOTIONS TO VACATE CONDITIONAL TRANSFER ORDER NO. 7 FILED WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Judge: Hon. James Donato |

No. 3:20-cv-08570-JD          NOTICE OF MEMORANDUM IN OPPOSITION TO
                              MOTIONS TO VACATE JPML CTO NO. 7

1  On April 26, 2022, Meta Platforms, Inc. filed a Memorandum in Opposition to Advertiser Plaintiffs' Motions to Vacate Conditional Transfer Order No. 7 with the Judicial Panel on Multidistrict Litigation (JPML) in the multidistrict litigation *In re: Google Digital Advertising Antitrust Litigation*, 1:21-md-03010-PKC (S.D.N.Y.), attached as Exhibit A.  Replies in support of the Advertiser Plaintiffs' Motions to Vacate, if any, are due on or before May 3, 2022.

  The Advertiser Plaintiffs' Motions to Vacatre are set for the May 26, 2022 hearing session of the JPML; however, on April 14, 2022, the JPML issued a Hearing Order that designated the Advertiser Plaintiffs' Motions to Vacate for consideration without oral argument.  *See In re: Google Digital Advertising Antitrust Litig.*, 1:21-md-03010-PKC, Dkt. No. 25.

- 1 -

No. 3:20-cv-08570-JD    **NOTICE OF MEMORANDUM IN OPPOSITION TO MOTIONS TO VACATE JPML CTO NO. 7**

| | | |
|---|---|---|
| 1 | Dated: April 28, 2022 | Respectfully submitted, |
| 2 | | By: /s/ Sonal N. Mehta |
| 3 | | |
| | | SONAL N. MEHTA (SBN 222086) |
| 4 | |   Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP |
| | | 2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306 |
| 7 | | Telephone: (650) 858-6000 |
| 8 | | DAVID Z. GRINGER (*pro hac vice*) |
| | | David.Gringer@wilmerhale.com |
| 9 | | WILMER CUTLER PICKERING HALE |
| | | AND DORR LLP |
| 10 | | 7 World Trade Center |
| | | 250 Greenwich Street |
| 11 | | New York, New York 10007 |
| 12 | | Telephone: (212) 230-8800 |
| 13 | | ARI HOLTZBLATT (*pro hac vice*) |
| | |   Ari.Holtzblatt@wilmerhale.com |
| 14 | | MOLLY M. JENNINGS (*pro hac vice*) |
| | |   Molly.Jennings@wilmerhale.com |
| 15 | | WILMER CUTLER PICKERING HALE |
| 16 | | AND DORR LLP |
| | | 1875 Pennsylvania Ave NW |
| 17 | | Washington, DC 20006 |
| | | Telephone: (202) 663-6000 |
| 18 | | |
| 19 | | *Attorneys for Defendant Meta Platforms, Inc.* |

- 2 -

No. 3:20-cv-08570-JD   **NOTICE OF MEMORANDUM IN OPPOSITION TO MOTIONS TO VACATE JPML CTO NO. 7**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By:  */s/ Sonal N. Mehta*
     Sonal N. Mehta