UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXIMILIAN KLEIN, et al.,

    Plaintiffs,

v.

META PLATFORMS, INC.,

    Defendant.

Case No. 3:20-cv-08570-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
| --- | --- |
| Add parties or amend pleadings | Closed |
| Fact discovery cut-off | January 13, 2023 |
| Plaintiffs' class certification expert disclosures | January 27, 2023 |
| Defendant's class certification expert disclosures | February 24, 2023 |
| Plaintiffs' class certification reply expert disclosures | March 24, 2023 |
| Last day to file class certification and class *Daubert* motions | April 7, 2023 |
| Last day to file oppositions to class certification and class *Daubert* motions | May 12, 2023 |
| Last Day to file replies to class certification and class *Daubert* motions | June 9, 2023 |
| Last day to file joint submission for class certification concurrent expert proceeding | June 12, 2023 |

| Event | Deadline |
|---|---|
| Class certification concurrent expert proceeding | June 27, 2023, at 11:00 a.m. |
| Class certification hearing | July 13, 2023, at 10:00 a.m. |
| Bilateral merits expert disclosures | August 4, 2023 |
| Bilateral merits rebuttal expert disclosures | September 8, 2023 |
| Merits expert discovery cut-off | October 20, 2023 |
| Last day to file dispositive and merits *Daubert* motions | November 17, 2023 |
| Last day to file oppositions to dispositive and merits *Daubert* motions | December 15, 2023 |
| Last day to file replies to dispositive and merits *Daubert* motions | January 5, 2024 |
| Last day to file joint submission for merits concurrent expert proceeding | January 8, 2024 |
| Merits concurrent expert proceeding | January 23, 2024 at 11:00 a.m. |
| Dispositive and merits *Daubert* motions hearing | February 1, 2024, at 10:00 a.m. |
| Pretrial conference | June 27, 2024, at 1:30 p.m. |
| Jury Trial | July 15, 2024, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: April 29, 2022

_____
JAMES DONATO
United States District Judge