**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
 yavar@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
 egrauman@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
 awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (CA 275689)
 bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
 kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (CA 214799)
 cburke@scott-scott.com
David H. Goldberger (CA 225869)
 dgoldberger@scott-scott.com
Kate Lv (CA 302704)
 klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

Patrick J. McGahan (*pro hac vice*)
 pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
 msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Consolidated Case No. 3:20-cv-08570-JD <br><br> **NOTICE OF FILING OF REPLY BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER** <br><br> Hon. James Donato |

Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper ("Advertiser Plaintiffs") write to notify the Court that earlier today (May 3, 2022), Advertiser Plaintiffs filed a Reply Brief in support of their Motion to Vacate Conditional Transfer Order 7 ("CTO-7"), which was entered by the Judicial Panel on Multidistrict Litigation ("JPML") on March 21, 2022. A copy of Advertiser Plaintiffs' JPML Reply Brief and Exhibits is attached as Exhibit A.

This Notice follows Advertiser Plaintiffs' prior notices at Dkt. 264 (Mar. 30, 2022 – filing of Notice of Opposition) and Dkt. 272 (Apr. 13, 2022 – filing of Motion to Vacate) on this subject. As Defendant noted in its Apr. 28, 2022, Notice (Dkt. 286), Advertiser Plaintiffs' Motion to Vacate CTO-7 is set for hearing on May 26, 2022, and has been designated for consideration without oral argument. Advertiser Plaintiffs will continue to update the Court of material developments regarding CTO-7.

DATED: May 3, 2022

Respectfully submitted,
**BATHAEE DUNNE LLP**

By: */s/ Brian J. Dunne*
Brian J. Dunne (CA 275689)
   bdunne@bathaeedunne.com
633 W. Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

Yavar Bathaee (CA 282388)
   yavar@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
   egrauman@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
   awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
   kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (CA 214799)
  cburke@scott-scott.com
David H. Goldberger (CA 225869)
  dgoldberger@scott-scott.com
Hal D. Cunningham (CA 243048)
  hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
  dbrockwell@scott-scott.com
Yifan (Kate) Lv (CA 302704)
  klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

Patrick J. McGahan (*pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Counsel for the Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
  kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
  acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
(215) 592-1500

*Executive Committee Counsel for the Advertiser Classes*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
  tmaya@ahdootwolfson.com
Henry Kelston (*pro hac vice*)
  hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111

*Executive Committee Counsel for the Advertiser Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By  /s/ Brian J. Dunne
    Brian J. Dunne