Daniel E. Gustafson (Admitted *Pro Hac Vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Hon. James Donato |

1  PLEASE TAKE NOTICE that Ling S. Wang is no longer an attorney at the law firm of
2  Gustafson Gluek PLLC.  Pursuant to Local Rule 5-1(c)(2)(C), the firm hereby withdraws her
3  appearance in this matter as counsel for Plaintiff Joe Kovacevich and further requests that: (a)
4  her name be removed from any applicable service list herein; and (b) that the Clerk terminate the
5  delivery of all CM/ECF notices addressed to lwang@gustafsongluek.com in the above-captioned
6  case.
7  Gustafson Gluek PLLC will continue to represent Plaintiff Joe Kovacevich in this matter.
8  No other changes are requested at this time regarding Plaintiffs' counsel of record.

10  Dated:  June 6, 2022                                Respectfully submitted,

   /s/Daniel E. Gustafson
   Daniel E. Gustafson
   (appearing *pro hac vice*)
   **GUSTAFSON GLUEK PLLC**
   Canadian Pacific Plaza
   120 South Sixth Street, Suite 2600
   Minneapolis, MN 55402
   Tel: (612) 333-8844
   dgustafson@gustafsongluek.com

   **Counsel for Plaintiff Joe Kovacevich**

NOTICE OF WITHDRAWAL OF COUNSEL