Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Interim Co-Lead Consumer Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*,<br><br>                                    Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>                                    Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**DECLARATION OF SHANA E. SCARLETT REGARDING MEET AND CONFER PURSUANT TO COURT ORDER DATED MAY 23, 2022** |
| This document relates to:<br><br>*Klein v. Meta Platforms, Inc.*<br>No. 20-cv-08570-JD | |

010975-11/1877824 V1

I, Shana E. Scarlett, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, and Interim Co-Lead Counsel for the Consumer Class in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration pursuant to the Court's May 23, 2022 Order (the "Order"), Dkt. 301, directing lead counsel for the parties to meet and confer to resolve their disputes regarding: (1) Advertiser Plaintiffs' letter brief regarding Facebook presentations made to the Federal Trade Commission and the United States House of Representatives (Dkt. 281); (2) Consumer Plaintiffs' letter brief regarding subpoenas to and communications with non-parties (Dkt. 282); (3) Consumer Plaintiffs' letter brief regarding Facebook's document custodians (Dkt. 294); and (4) Consumer Plaintiffs' letter brief regarding the App Developer Investigation ("ADI") materials that Facebook has already produced in the Cambridge Analytica MDL (Dkt. 298).  I hereby attest to compliance with the Court's Order.I hereby attest to compliance with the Court's Order.

3. On May 27, 2022, I met and conferred with Lead Counsel for Facebook Sonal N. Mehta and David Gringer via video platform. Interim Co-Lead Counsel for the Advertiser Class Yavar Bathaee and Kristen M. Anderson attended the conference in person, in New York. My co-counsel, Stephen A. Swedlow, also attended the conference via video. The conference lasted more than four hours.

4. At the time of the conference, I was not located within 100 miles of any other lead counsel and therefore participated via videoconference.

5. After more than four hours at the mandated lead counsel conference, Consumer Plaintiffs and Facebook were unable to resolve their three disputes: (1) subpoenas to and communications with non-parties (Dkt. 282); (2) Facebook's document custodians (Dkt. 294); and (3) ADI materials that Facebook has already produced in the Cambridge Analytica MDL.

6. Consumer Plaintiffs and Facebook have since exchanged further correspondence and written proposals.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 17th day of June, 2022, at Berkeley, California.

*s/ Shana E. Scarlett*
SHANA E. SCARLETT

SCARLETT DECL. REGARDING MEET AND CONFER - 2 -
Case No. 20-CV-08570-JD
010975-11/1877824 V1