| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Stephen A. Swedlow (admitted *pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400 | **BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 |
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (Bar No. 246108)<br>  kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444 |

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>META PLATFORMS, INC.,<br><br>          Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**JOINT STIPULATION BETWEEN CONSUMER PLAINTIFFS, ADVERTISER PLAINTIFFS, AND DEFENDANT META PLATFORMS, INC. REGARDING REQUEST FOR AUGUST 4 OR 11, 2022 STATUS CONFERENCE**<br><br>The Hon. James Donato |

**JOINT STIPULATION**

WHEREAS, this consolidated action consisting of Consumer Plaintiffs' and Advertiser Plaintiffs' claims against Defendant Meta Platforms, Inc. ("Meta") was reassigned to this Court on January 26, 2022 (Dkt. 218);

WHEREAS, the Court held a case management conference with the parties on February 24, 2022 (Dkt. 232);

WHEREAS, the Court stated during the February 24, 2022 case management conference that the Court typically likes to set up a quarterly status conference (Dkt. 240 at 10:10–11);

WHEREAS, the Court on February 24, 2022—and following the parties' case management conference—issued a minute order directing the parties "to propose an initial date for the quarterly status conferences" (Dkt. 232);

WHEREAS, the parties thereafter in a March 10, 2022 joint submission to the Court "propose[d] that—subject to the Court's availability—the first quarterly status conference occur on May 26, 2022, or soon thereafter" (Dkt. 248 at 1);

WHEREAS, the Court has not set a date for a future quarterly status conference;

WHEREAS, Plaintiffs agree that a conference with the Court to provide an update on the parties' progress in discovery and other matters would be productive;

WHEREAS, the Court has scheduled a hearing on Meta's motion to dismiss Advertiser Plaintiffs' first amended complaint for August 4, 2022 (Dkt. 307), such that Meta and Advertiser Plaintiffs are already set to appear before the Court on August 4, 2022;

ACCORDINGLY, Consumer Plaintiffs and Advertiser Plaintiffs, by and through their respective counsel, hereby stipulate and request that the Court—subject to the Court's availability—conduct a quarterly status conference with the parties on August 4, 2022, else August 11, 2022, or soon thereafter.  Meta does not oppose this request but is respectful of the Court's calendar and submits that scheduling such conference on August 11, 2022, or soon thereafter, might best ensure appropriate time for the Court to consider the issues raised in Meta's pending motion to dismiss on August 4 and address the overall case status and status of discovery at a separate conference to the extent necessary.

| | | |
|---|---|---|
|1| DATED: July 15, 2022 | Respectfully submitted, |

By: */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

By: */s/ Stephen A. Swedlow*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
Michelle Schmit (admitted *pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (admitted *pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Arielle S. Wagner (admitted *pro hac vice*)
  aswagner@locklaw.com
Kyle Pozan (admitted *pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Interim Counsel for the Consumer Class*

| | |
|---|---|
| By: */s/ Kristen M. Anderson* <br> **SCOTT + SCOTT ATTORNEYS AT LAW LLP** <br> Kristen M. Anderson (Bar No. 246108) <br>   kanderson@scott-scott.com <br> 230 Park Avenue, 17th Floor <br> New York, NY 10169 <br> (212) 223-6444 <br><br> Christopher M. Burke (Bar No. 214799) <br>   cburke@scott-scott.com <br> David H. Goldberger (Bar No. 225869) <br>   dgoldberger@scott-scott.com <br> Hal D. Cunningham (Bar No. 243048) <br>   hcunningham@scott-scott.com <br> Daniel J. Brockwell (Bar No. 335983) <br>   dbrockwell@scott-scott.com <br> Yifan (Kate) Lv (Bar No. 302704) <br>   klv@scott-scott.com <br> 600 W. Broadway, Suite 3300 <br> San Diego, CA 92101 <br> (619) 233-4565 <br><br> Patrick J. McGahan (*pro hac vice*) <br>   pmcgahan@scott-scott.com <br> Michael P. Srodoski (*pro hac vice*) <br>   msrodoski@scott-scott.com <br> 156 South Main Street, P.O. Box 192 <br> Colchester, CT 06415 <br> (860) 537-5537 <br><br> **LEVIN SEDRAN & BERMAN LLP** <br> Keith J. Verrier (admitted *pro hac vice*) <br>   kverrier@lfsblaw.com <br> Austin B. Cohen (admitted *pro hac vice*) <br>   acohen@lfsblaw.com <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA 19106-3997 <br> (215) 592-1500 | By: */s/ Yavar Bathaee* <br> **BATHAEE DUNNE LLP** <br> Yavar Bathaee (Bar No. 282388) <br>   yavar@bathaeedunne.com <br> Andrew C. Wolinsky (*pro hac vice*) <br>   awolinsky@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> (332) 322-8835 <br><br> Brian J. Dunne (Bar No. 275689) <br>   bdunne@bathaeedunne.com <br> 633 West Fifth Street, 26th Floor <br> Los Angeles, CA 90071 <br> (213) 462-2772 <br><br> Edward M. Grauman (*pro hac vice*) <br>   egrauman@bathaeedunne.com <br> 7000 North MoPac Expressway, Suite 200 <br> Austin, TX 78731 <br> (512) 575-8848 <br><br> **AHDOOT & WOLFSON, PC** <br> Tina Wolfson (Bar No. 174806) <br>   twolfson@ahdootwolfson.com <br> Robert Ahdoot (Bar No. 172098) <br>   rahdoot@ahdootwolfson.com <br> Theodore W. Maya (Bar No. 223242) <br>   tmaya@ahdootwolfson.com <br> Henry Kelston (*pro hac vice*) <br>   hkelston@ahdootwolfson.com <br> 2600 West Olive Avenue, Suite 500 <br> Burbank, CA 91505 <br> (310) 474-9111 <br><br> *Interim Counsel for the Advertiser Class* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

## ATTESTATION OF STEPHEN A. SWEDLOW

This document is being filed through the Electronic Case Filing (ECF) system by attorney Stephen A. Swedlow. By his signature, Mr. Swedlow attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: July 15, 2022                By */s/ Stephen A. Swedlow*
                                                         Stephen A. Swedlow

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By */s/ Stephen A. Swedlow*
Stephen A. Swedlow