**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

Christopher M. Burke (CA 214799)
cburke@scott-scott.com
David H. Goldberger (CA 225869)
dgoldberger@scott-scott.com
Kate Lv (CA 302704)
klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**CLASS ACTION**<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f) Advertiser Plaintiffs Affilious, Inc.; Jessyca Frederick; Mark Young; Joshua Jeon; 406 Property Services, PLLC; Mark Berney; and Katherine Looper file this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Per the accompanying Declaration of Brian J. Dunne, certain documents and information referenced in the concurrently filed discovery dispute letter ("Letter") have been designated by Defendant Meta Platforms, Inc. ("Facebook") as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 111).

Portions of the Letter referencing or reflecting the contents of the designated-AS-confidential documents and information have been redacted from the publicly filed version of the Letter, and an unredacted version of the Letter with the references highlighted is filed with this Administrative Motion. *See* Civ. L.R. 79-5(e).

Advertiser Plaintiffs respectfully request that the Court grant their motion to consider whether the above-referenced Facebook material should be sealed.

Dated: July 27, 2022

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **BATHAEE DUNNE LLP** |
| | /s/ Brian J. Dunne |
| Kristen M. Anderson (CA 246108) | Yavar Bathaee (CA 282388) |
| kanderson@scott-scott.com | yavar@bathaeedunne.com |
| The Helmsley Building | Edward M. Grauman (*pro hac vice*) |
| 230 Park Avenue, 17th Floor | egrauman@bathaeedunne.com |
| New York, NY  10169 | Andrew C. Wolinsky (*pro hac vice*) |
| Tel.: (212) 223-6444 | awolinsky@bathaeedunne.com |
| Fax: (212) 223-6334 | 445 Park Avenue, 9th Floor |
| | New York, NY 10022 |
| Christopher M. Burke (CA 214799) | Tel.: (332) 322-8835 |
| cburke@scott-scott.com | |
| David H. Goldberger (CA 225869) | Brian J. Dunne (CA 275689) |
| dgoldberger@scott-scott.com | bdunne@bathaeedunne.com |
| Kate Lv (CA 302704) | Edward M. Grauman (*pro hac vice*) |
| klv@scott-scott.com | egrauman@bathaeedunne.com |
| Hal D. Cunningham (CA 243048) | 901 South MoPac Expressway |
| hcunningham@scott-scott.com | Plaza I, Suite 300 |
| Daniel J. Brockwell (CA 335983) | Austin, TX 78746 |
| dbrockwell@scott-scott.com | Tel.: (213) 462-2772 |
| 600 W. Broadway, Suite 3300 | |
| San Diego, CA  92101 | |
| Tel.: (619) 233-4565 | |

1

Fax: (619) 233-0508

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Fax: (860) 537-4432

*Interim Co-Lead Counsel for the Advertiser Class*


**LEVIN SEDRAN & BERMAN LLP**

Keith J. Verrier (*pro hac vice*)
Austin B. Cohen (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500
Fax:  (215) 592-4663
kverrier@lfsblaw.com
acohen@lfsblaw.com

**AHDOOT & WOLFSON, PC**

Tina Wolfson (CA 174806)
Robert Ahdoot (CA 172098)
Theodore W. Maya (CA 223242)
Henry J. Kelson (*pro hac vice*)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Members of Executive Committee for the Advertiser Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which serves it upon all counsel of record.

Dated: July 27, 2022                              By: /s/ Brian J. Dunne
                                                       Brian J. Dunne