WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

THIS MATTER, having come before the Court on Advertiser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, filed concurrently with Advertiser Plaintiffs' discovery dispute letter, dated July 27, 2022 (the "Letter"), and the Court having considered Defendant's Response to Advertiser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and other appropriate papers:

The Court finds compelling reasons to support the filing under seal of the portions of the Letter described herein.  Accordingly,

IT IS ORDERED that the following portions of the Letter shall be filed under seal and sealed from the public record:

| Portions to be filed Under Seal | Reason for Sealing |
|---|---|
| Redacted current and former non-officer employee names. | Letter contains the names of Defendant's current and former non-officer employees, which, if revealed could subject those employees to harassment, annoyance, oppression, or undue burden. |
| Redacted current and former officer and employee email addresses. | Letter contains the email addresses of Defendant's current and former officers and employees, which, if revealed could subject those officers and employees to harassment, annoyance, oppression, or undue burden. |

IT IS FURTHER ORDERED that the Advertiser Plaintiffs shall re-file the Letter on the public docket with only such portions described above redacted.

**IT IS SO ORDERED.**

Dated: August _____, 2022

The Honorable James Donato
United States District Court Judge

- 1 -

No. 3:20-cv-08570-JD    [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED