WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE BY DEFENDANT META PLATFORMS, INC. RE: DKT. NO. 316**<br><br>Judge: Hon. James Donato |

1  Defendant Meta Platforms, Inc. hereby provides notice that it is withdrawing Dkt. No. 316
2  (its letter brief seeking relief related to Users' overbroad search-term requests). Meta regrets that
3  it had to resort to seeking the Court's intervention to bring Users' search-term requests down to
4  earth, but is pleased that the parties have made sufficient progress in the past two weeks that its
5  motion is no longer necessary. After Meta filed its brief, Users agreed to revise their search-term
6  proposal to cut out 5.6 million documents.[1]

Dated:  August 4, 2022

Respectfully submitted,

By: /s/ Sonal N. Mehta

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

---

[1] This hit count is underinclusive insofar as it does not include families or ESI sources other than emails and messages. The hit count also does not reflect global de-duping across the search strings. *See* Dkt. 316 at 1 n.1.

No. 3:20-cv-08570-JD                                                                NOTICE RE: DKT. NO 316

*Attorneys for Defendant Meta Platforms, Inc.*