UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Klein                        ,

        Plaintiff(s),

  v.

Meta Platforms, Inc.         ,

        Defendant(s).

Case No. 20-cv-08570-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Amanda F. Lawrence, an active member in good standing of the bar of the State of Connecticut, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See Attachment A in the above-entitled action. My local co-counsel in this case is Hal D. Cunningham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 243048.

156 South Main Street, P.O. Box 192
Colchester, CT  06415
MY ADDRESS OF RECORD

600 W. Broadway, Suite 3300
San Diego, CA  92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

860-537-5537
MY TELEPHONE # OF RECORD

619-233-4565
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

alawrence@scott-scott.com
MY EMAIL ADDRESS OF RECORD

hcunningham@scott-scott.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 423508.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/05/2022                                                                 Amanda F. Lawrence
                                                                                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Amanda F. Lawrence  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# ATTACHEMENT A
## APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

**PLAINTIFFS TO BE REPRESENTED BY AMANDA F. LAWRENCE**

Affilious, Inc.,
Jessyca Frederick,
Mark Young,
Joshua Jeon,
406 Property Services, PLLC, and
Mark Berney

# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at **Rockville/Tolland** on the **20th** day of **December, 2004**

**Amanda F. Lawrence**

of

**Mansfield Center, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **May 13, 2022**

Carl D. Cicchetti
Chief Clerk