UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Klein                              ,

      Plaintiff(s),

    v.

Meta Platforms, Inc.              ,

      Defendant(s).

Case No. 20-cv-08570-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Amanda F. Lawrence, an active member in good standing of the bar of the State of Connecticut, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See Attachment A in the above-entitled action. My local co-counsel in this case is Hal D. Cunningham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 243048.

156 South Main Street, P.O. Box 192
Colchester, CT  06415
MY ADDRESS OF RECORD

600 W. Broadway, Suite 3300
San Diego, CA  92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

860-537-5537
MY TELEPHONE # OF RECORD

619-233-4565
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

alawrence@scott-scott.com
MY EMAIL ADDRESS OF RECORD

hcunningham@scott-scott.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 423508.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated:  08/05/2022                              Amanda F. Lawrence
                                                    APPLICANT
5

6  ════════════════════════════════════════════════════════════════════

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Amanda F. Lawrence          is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:  August 8, 2022

16

17  _____

18                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

**ATTACHEMENT A**
**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**PLAINTIFFS TO BE REPRESENTED BY AMANDA F. LAWRENCE**


Affilious, Inc.,
Jessyca Frederick,
Mark Young,
Joshua Jeon,
406 Property Services, PLLC, and
Mark Berney