1

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 205-7668

2

3

4

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Kristen M. Anderson (Bar No. 246108)
  kanderson@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

5

*Interim Co-Lead Advertiser Class Counsel*

*Interim Co-Lead Advertiser Class Counsel*

6

[Additional counsel listed on signature page]

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9

10

11

MAXIMILIAN KLEIN, et al.,

Consolidated Case No. 3:20-cv-08570-JD

12

Plaintiffs,

**ADVERTISER PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO RULE 7-11 REGARDING SUBSTITUTION OF CO-LEAD COUNSEL**

13

vs.

14

META PLATFORMS, INC.,

15

Defendant.

(Stipulation and [Proposed] Order filed concurrently herewith)

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION

1

2    PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-11, Plaintiffs Affilious, Inc.,

3    Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and

4    Katherine Looper ("Advertiser Plaintiffs") submit this Motion for Administrative Relief to seek an

5    amendment to the Court's Order Appointing Interim Class Counsel and Plaintiffs' Executive

6    Committees dated March 18, 2021 ("Order") (Dkt. No. 73) by having myself, Amanda F. Lawrence

7    of Scott+Scott Attorneys at Law LLP, substituted for Kristen Anderson of Scott+Scott Attorneys at

8    Law LLP as interim co-lead counsel for Advertiser Plaintiffs in the above-captioned action.  The

9    relief requested herein is agreed to by the other Court-appointed interim co-lead counsel for

10   Advertiser Plaintiffs in this action, Yavar Bathaee of Bathaee Dunne LLP.

11   Ms. Anderson wishes to resign her appointment because she is leaving Scott+Scott to pursue

12   opportunities outside of the law and plans to withdraw her appearance.

13   Since the Order, in addition to Ms. Anderson, the following Scott+Scott attorneys have

14   principally worked on this litigation:  Christopher Burke, Patrick McGahan, Michael Srodoski, Hal

15   Cunningham, and Daniel Brockwell.  These attorneys will continue to work on the case on behalf

16   of Scott+Scott.

17   I am a partner engaged in complex antitrust, securities, corporate governance, consumer, and

18   litigation matters.  I was named interim co-lead class counsel in *In re: GSE Bonds Antitrust Litig.*,

19   No. 1:19-cv-01704-JSR (S.D.N.Y.) before Judge Rakoff, which resulted in settlements totaling

20   $386.5 million.  I am also intricately involved in the *In re Cattle and Beef Antitrust Litigation*, 0:20-

21   cv-01319-JRT (D. Minn.) before Chief Judge Tunheim, where Scott+Scott Attorneys at Law LLP

22   has been named interim co-lead counsel for the *Cattle* plaintiffs.  I was intricately involved in the

23   "ISDAfix" case (*Alaska Electrical Pension Fund v. Bank of America*, 1:14-cv-07126-JMF-OTW

24   (S.D.N.Y)), taking depositions and working through expert discovery, including numerous *Daubert*

25   motions and responses.  I helped achieve a settlement in *Vulcan Society, Inc. v. The City of New*

26   *York*, 07-CV-2067 (E.D.N.Y.), that brought both monetary and injunctive relief to a class of African

27   American and Hispanic firefighters in New York City, as well as a settlement in *In re Prudential*

28   *Insurance Company of America SGLI/VGLI Contract Litigation*, 3:11-md-02208-MAP (D. Mass.)

1    that brought both forms of relief to relatives of deceased servicemen and women.  I am a graduate

2    of Dartmouth College and Yale Law School and am involved in numerous panels for women in the

3    law.

4          For all of these reasons the Order should be modified to substitute myself for Kristen

5    Anderson as interim co-lead counsel in this litigation.  This motion is based on this Notice, my

6    Declaration, attached hereto, and the Stipulation and Proposed Order concurrently filed herewith.

7    DATED:  August 8, 2022                           Respectfully submitted,
                                                       SCOTT + SCOTT ATTORNEYS AT LAW LLP
8

9                                                      By:   /s/ Amanda F. Lawrence
                                                       Amanda F. Lawrence (*pro hac vice*)
10                                                        alawrence@scott-scott.com
                                                       Patrick J. McGahan (*pro hac vice*)
11                                                        pmcgahan@scott-scott.com
                                                       Michael P. Srodoski (*pro hac vice*)
12                                                        msrodoski@scott-scott.com
                                                       156 South Main Street, P.O. Box 192
13                                                     Colchester, CT 06415
                                                       (860) 537-5537
14
                                                       Patrick J. Rodriguez (*pro hac vice*)
15                                                        prodriguez@scott-scott.com
                                                       230 Park Avenue, 17th Floor
16                                                     New York, NY 10169
                                                       (212) 223-6444
17
                                                       Christopher M. Burke (Bar No. 214799)
18                                                        cburke@scott-scott.com
                                                       David H. Goldberger (Bar No. 225869)
19                                                        dgoldberger@scott-scott.com
                                                       Hal D. Cunningham (Bar No. 243048)
20                                                        hcunningham@scott-scott.com
                                                       Daniel J. Brockwell (Bar No. 335983)
21                                                        dbrockwell@scott-scott.com
                                                       Yifan (Kate) Lv (Bar No. 302704)
22                                                        klv@scott-scott.com
                                                       600 W. Broadway, Suite 3300
23                                                     San Diego, CA 92101
                                                       (619) 233-4565
24
                                                       BATHAEE DUNNE LLP
25                                                     Yavar Bathaee (Bar No. 282388)
                                                        yavar@bathaeedunne.com
26                                                     Andrew C. Wolinsky (*pro hac vice*)
                                                        awolinsky@bathaeedunne.com
27                                                     445 Park Avenue, 9th Floor
                                                       New York, NY 10022
28                                                     (332) 322-8835

Brian J. Dunne (Bar No. 275689)
  bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

Edward M. Grauman (*pro hac vice*)
  egrauman@bathaeedunne.com
7000 North MoPac Expressway, Suite 200
Austin, TX 78731
(512) 575-8848

*Interim Co-Lead Counsel for the Advertiser Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By */s/ Amanda F. Lawrence*
Amanda F. Lawrence

ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION FOR SUBSTITUTION OF CO-LEAD COUNSEL