
| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 205-7668 | **SCOTT + SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (Bar No. 246108)<br>  kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444 |
| *Interim Co-Lead Advertiser Class Counsel* | *Interim Co-Lead Advertiser Class Counsel* |

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>                Plaintiffs,<br><br>         vs.<br><br>META PLATFORMS, INC.,<br><br>                Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO RULE 7-11 REGARDING SUBSTITUTION OF CO-LEAD COUNSEL** |

I, Amanda Lawrence, declare as follows:

1. I am an attorney duly licensed and authorized to practice law before this Court. I am a partner in the law firm Scott+Scott Attorneys at Law LLP, counsel for Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper ("Advertiser Plaintiffs") in the above matter. I make this declaration based on my personal knowledge in support of Advertiser Plaintiffs' Motion for Administrative Relief Pursuant to Local Rule 7-11 Regarding Substitution of Co-Lead Counsel ("Motion"). If called upon to do so, I could and would personally and competently testify to the following facts.

2. On March 18, 2021, the Court issued an Order Appointing Interim Class Counsel and Plaintiffs' Executive Committees ("Order") (Dkt. No. 73), appointing Kristen Anderson of Scott+Scott and Yavar Bathaee of Bathaee Dunne LLP as interim co-lead counsel and Tina Wolfson of Ahdoot & Wolfson, PC and Keith J. Verrier of Levin Sedran & Berman LLP as executive committee counsel for the Advertiser Class in this matter.

3. Since the Order, in addition to Ms. Anderson, the following Scott+Scott attorneys have principally worked on this litigation: Christopher Burke, Patrick McGahan, Michael Srodoski, Hal Cunningham, and Daniel Brockwell.

4. I am a partner engaged in complex antitrust, securities, corporate governance, consumer, and litigation matters. I was named interim co-lead class counsel in *In re: GSE Bonds Antitrust Litig.*, No. 1:19-cv-01704-JSR (S.D.N.Y.) before Judge Rakoff, which resulted in settlements totaling $386.5 million. I am also intricately involved in the *In re Cattle and Beef Antitrust Litigation*, 0:20-cv-01319-JRT (D. Minn.) before Chief Judge Tunheim, where Scott+Scott Attorneys at Law LLP has been named interim co-lead counsel for the *Cattle* plaintiffs. I was intricately involved in the "ISDAfix" case (*Alaska Electrical Pension Fund v. Bank of America*, 1:14-cv-07126-JMF-OTW (S.D.N.Y)), taking depositions and working through expert discovery, including numerous *Daubert* motions and responses. I helped achieve a settlement in *Vulcan Society, Inc. v. The City of New York*, 07-CV-2067 (E.D.N.Y.), that brought both monetary and injunctive relief to a class of African American and Hispanic firefighters in New York City, as well as a settlement in *In re Prudential Insurance Company of America*

*SGLI/VGLI Contract Litigation*, 3:11-md-02208-MAP (D. Mass.) that brought both forms of relief to relatives of deceased servicemen and women. I am a graduate of Dartmouth College and Yale Law School and am involved in numerous panels for women in the law.

5. Scott+Scott is an international plaintiffs' litigation law firm with over 100 attorneys in offices spanning from San Diego to New York and also in Europe (Amsterdam, Berlin, and London). Between 2009-2019, when in lead counsel positions, Scott+Scott recovered $3,472,275,000 in antitrust class action settlements, earning the firm the number two rank in recoveries by an individual firm during the last decade. Scott+Scott also held the number two rank for settlements as lead counsel between 2013-2018.[1] Scott+Scott's recoveries in lead counsel roles include:

**In re Foreign Exchange Benchmark Rates Antitrust Litig.**, No 13-cv-7789 (LGS) (S.D.N.Y) ("*FX*"). Scott+Scott serves as co-lead counsel in this antitrust class action that alleges major banks and financial institutions conspired to fix the prices of foreign exchange transactions. The firm obtained final approval of settlements with 15 of the 16 defendants, totaling over $2.3 billion, and continues to litigate against the remaining defendant. Renowned mediator, Kenneth R. Feinberg, concluded that the *FX* settlements "represent[] some of the finest lawyering toward a negotiated resolution that I have witnessed in my career" and that co-lead counsel were "superlative, sophisticated, and determined plaintiff's lawyers." *See FX*, ECF No. 926, ¶29.

**Alaska Electrical Pension Fund v. Bank of America, N.A.**, No. 14-cv-7126 (JMF) (S.D.N.Y.) ("*ISDAfix*"). Scott+Scott served as co-lead counsel in this antitrust class action that alleged 14 major banks and a broker conspired to manipulate the ISDAfix rate, a key benchmark interest rate for a broad range of interest rate derivatives and other financial instruments. The Court approved $504 million in class settlements. Judge Furman praised co-lead counsel as having done "an extraordinary job" in "probably the most complicated case" he has had. *ISDAfix*, ECF No. 743

---

[1] Davis, Josh Paul and Kohles, Rose, 2019 Antitrust Annual Report: Class Action Filings in Federal Court, at 31 (August 2020) (available at https://ssrn.com/abstract=3696575) (last accessed March 5, 2021); Davis, Josh Paul and Kohles, Rose, 2018 Antitrust Annual Report: Class Action Filings in Federal Court, at 27 (May 1, 2019) (available at https://ssrn.com/abstract=3386424) (last accessed March 5, 2021).

at 27:14-28:6 (S.D.N.Y. Nov. 8, 2018). Judge Furman further elaborated, "I cannot really imagine how complicated it would have been if I didn't have counsel who had done as admirable job in briefing it and arguing as you have done. You have in my view done an extraordinary service to the class." *Id*.

*Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (WGY) (D. Mass.) ("*Dahl*"). Scott+Scott served as co-lead counsel in this antitrust class action that alleged private equity firms colluded to restrain competition and depress prices paid to shareholders of public companies in connection with leveraged buyouts. Although the DOJ declined to prosecute, the case recovered $590.5 million in settlements on behalf of the class.

*In re GSE Bonds Antitrust Litig.*, No. 19-cv-1704 (JSR) (S.D.N.Y.) ("*GSE*"). Scott+Scott served as co-lead counsel in this case brought against 16 major banks and financial institutions, alleging a conspiracy to fix the prices of government sponsored entity bonds. In approving $386.5 million settlements, Judge Rackoff noted the "high quality of plaintiffs' counsel's work, both in briefs and oral argument. Moreover, counsel's achievement in 'obtaining valuable recompense and forward-looking protections for its clients is particularly noteworthy given the caliber and vigor of its adversaries.'" *GSE*, ECF No. 430, slip op. at 13 (S.D.N.Y. June 16, 2020).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of August 2022, in Colchester, Connecticut.

_____
AMANDA F. LAWRENCE