| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 205-7668<br><br>*Interim Co-Lead Advertiser Class Counsel* | **SCOTT + SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (Bar No. 246108)<br>  kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br><br>*Interim Co-Lead Advertiser Class Counsel* |

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING ADVERTISER PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO RULE 7-11 REGARDING SUBSTITUTION OF CO-LEAD COUNSEL** |

1  WHEREAS, Plaintiffs have filed a Motion for Administrative Relief pursuant to Civil Local Rule 7-11 ("Motion") seeking an Order amending the Court's Order Appointing Interim Class Counsel and Plaintiffs' Executive Committees dated March 18, 2021 ("Order") (Dkt. No. 73) by having Amanda F. Lawrence of Scott+Scott Attorneys at Law LLP substituted for Kristen Anderson of Scott+Scott Attorneys at Law LLP as interim co-lead counsel for Advertiser Plaintiffs in the above-captioned action;

WHEREAS, the other Court-appointed interim co-lead counsel for Advertiser Plaintiffs in this action, Yavar Bathaee of Bathaee Dunne LLP, has been consulted and agrees to the relief sought pursuant to Advertiser Plaintiffs' Motion.

IT IS THEREFORE STIPULATED, CONSTENTED TO, AND AGREED that Amanda F. Lawrence of Scott+Scott Attorneys at Law LLP is substituted for Kristen Anderson of Scott+Scott Attorneys at Law LLP as interim co-lead counsel for Advertiser Plaintiffs in this action.

DATED: August 08, 2022

Respectfully submitted,
**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

By: */s/ Amanda F. Lawrence*
Amanda F. Lawrence (*pro hac vice*)
 alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
 pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
 msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

Patrick J. Rodriguez (*pro hac vice*)
 prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444

Christopher M. Burke (Bar No. 214799)
 cburke@scott-scott.com
David H. Goldberger (Bar No. 225869)
 dgoldberger@scott-scott.com
Hal D. Cunningham (Bar No. 243048)
 hcunningham@scott-scott.com
Daniel J. Brockwell (Bar No. 335983)
 dbrockwell@scott-scott.com
Yifan (Kate) Lv (Bar No. 302704)
 klv@scott-scott.com

600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
 yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
 awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (Bar No. 275689)
 bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

Edward M. Grauman (*pro hac vice*)
 egrauman@bathaeedunne.com
7000 North MoPac Expressway, Suite 200
Austin, TX 78731
(512) 575-8848

*Interim Co-Lead Counsel for the Advertiser Classes*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated _____, 2022         _____

JUDGE JAMES DONATO
UNITED STATES DISTRICT COURT

Case No. 3:20-cv-08570-JD
ORDER GRANTING ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION FOR SUBSTITUTION OF CO-LEAD COUNSEL