# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  August 11, 2022                                    Judge:  Hon. James Donato

Time:  55 Minutes

Case No.         **3:20-cv-08570-JD**
Case Name        **Klein et al v. Meta Platforms, Inc.**

Attorney(s) for Plaintiff(s):    Brian Dunn/Keith Verrier/Yavar Bathaele/Michael Srodoski
                                  Kevin Teruya/Brantley Pepperman/Stephan Swedlow
                                  Amanda Lawrence
Attorney(s) for Defendant(s):    Sonal Mehta/David Gringer

Court Reporter:  Ruth Ekhaus Levine

Deputy Clerk:  Lisa Clark

## PROCEEDINGS

Motion to Dismiss -- Held
Status Conference -- Held

## NOTES AND ORDERS

The Court hears argument on the motion to dismiss, Dkt. No. 262, and the matter is submitted.

For Dkt. No. 319 re App Developer Investigation (ADI) documents, Meta will produce all non-privileged documents by September 1, 2022. Meta will provide a privilege log for documents it believes are privileged.

For Dkt. No. 319 re third-party subpoenas, Meta will notify plaintiffs of any discussions they have with the third parties about the scope of discovery. Plaintiffs may seek further documents through their own subpoenas if they believe they need further discovery from those parties. Plaintiffs will do the same for any third-party subpoenas they serve. The parties will have weekly check-ins to facilitate the third-party subpoena process.

For Dkt. No. 323-3 re hyperlinked documents, plaintiffs will send a curated list of hyperlinks for any documents they would like Meta to produce.

2

The parties are directed to pick a date for a quarterly status conference in October and inform the Court. The parties are directed to designate a mediator or request a magistrate judge by August 25, 2022. The parties will meet and confer on a deadline for the substantial completion of document production.