1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Stephen A. Swedlow (admitted *pro hac vice*)
2     stephenswedlow@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
3  Chicago, IL 60606
   (312) 705-7400
4

5  **HAGENS BERMAN SOBOL SHAPIRO LLP**
   Shana E. Scarlett (Bar No. 217895)
6     shanas@hbsslaw.com
   715 Hearst Avenue, Suite 202
7  Berkeley, CA 94710
   (510) 725-3000
8
   *Interim Co-Lead Consumer Class Counsel*
9
   [Additional counsel listed on signature page]

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**JOINT STIPULATION BETWEEN CONSUMER PLAINTIFFS, ADVERTISER PLAINTIFFS, AND DEFENDANT META PLATFORMS, INC. REGARDING REQUEST FOR EXTENSION OF TIME FOR DESIGNATION OF SETTLEMENT NEUTRAL AND [PROPOSED] ORDER**<br><br>The Hon. James Donato |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Court held a status conference with the parties on August 11, 2022;

WHEREAS, the Court thereafter ordered the parties "to designate a mediator or request a magistrate judge by August 25, 2022" (Dkt. 334 at 2);

WHEREAS, the parties have exchanged proposals regarding settlement neutrals in this case;

WHEREAS, counsel for the parties are continuing to discuss with one another (and their respective clients) the parties' proposals;

WHEREAS, the parties agree that the parties' negotiations as to settlement neutral selection would benefit from an additional two (2) weeks of discussions;

ACCORDINGLY, Consumer Plaintiffs, Advertiser Plaintiffs, and Meta Platforms, Inc., by and through their respective counsel, hereby stipulate and request that the Court extend the deadline for the parties to designate a mediator or request a magistrate judge from August 25, 2022, to September 8, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____  By: _____

Hon. James Donato
United States District Judge

|   |   |   |
|---|---|---|
| 1 | DATED: August 25, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | By: */s/ Shana E. Scarlett*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP** | By: */s/ Stephen A. Swedlow*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 4 | Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com | Stephen A. Swedlow (*pro hac vice*)<br>  stephenswedlow@quinnemanuel.com |
| 5 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 | Michelle Schmit<br>  michelleschmit@quinnemanuel.com |
| 6 | Telephone: (510) 725-3000 | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 |
| 7 | Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com | Telephone: (312) 705-7400 |
| 8 | 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com |
| 9 | Telephone: (206) 623-7292 | Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com |
| 10 | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (*pro hac vice*) | Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com |
| 11 |   wjbruckner@locklaw.com<br>Robert K. Shelquist (*pro hac vice*) | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| 12 |   rkshelquist@locklaw.com<br>Brian D. Clark (*pro hac vice*) | Telephone: (213) 443-3000 |
| 13 |   bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858) | Manisha M. Sheth (*pro hac vice*) |
| 14 |   rapeterson@locklaw.com<br>Arielle S. Wagner (*pro hac vice*) |   manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor |
| 15 |   aswagner@locklaw.com<br>Kyle J. Pozan (admitted *pro hac vice*) | New York, New York 10010<br>Telephone: (212) 849-7000 |
| 16 |   kjpozan@locklaw.com<br>Laura M. Matson (admitted *pro hac vice*) | *Interim Counsel for the Consumer Class* |
| 17 |   lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200 | |
| 18 | Minneapolis, MN 55401<br>Telephone: (612) 339-6900 | |

-2-   Case No. 3:20-cv-08570-JD
JOINT STIPULATION REGARDING EXTENSION OF TIME FOR DESIGNATION OF SETTLEMENT NEUTRAL

1  By: */s/ Yavar Bathaee*  By: */s/ Amanda F. Lawrence*
   **BATHAEE DUNNE LLP**  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
2  Yavar Bathaee (Bar No. 282388)  Amanda F. Lawrence (*pro hac vice*)
     yavar@bathaeedunne.com        alawrence@scott-scott.com
3  Andrew C. Wolinsky  Patrick J. McGahan (*pro hac vice*)
     awolinsky@bathaeedunne.com    pmcgahan@scott-scott.com
4  445 Park Avenue, 9th Floor  Michael P. Srodoski (*pro hac vice*)
   New York, NY 10022             msrodoski@scott-scott.com
5  Telephone: (332) 322-8835  156 South Main Street, P.O. Box 192
                              Colchester, CT 06415
6  Brian J. Dunne (Bar No. 275689)  Telephone: (860) 537-5537
     bdunne@bathaeedunne.com
7  Edward M. Grauman (*pro hac vice*)  Patrick J. Rodriguez (pro hac vice)
     egrauman@bathaeedunne.com          prodriguez@scott-scott.com
8  901 South MoPac Expressway  230 Park Avenue, 17th Floor
   Plaza I, Suite 300  New York, NY 10169
9  Austin, TX 78746  Telephone: (212) 223-6444
   Telephone: (512) 575-8848
10                                   Christopher M. Burke (Bar No. 214799)
                                       cburke@scott-scott.com
   **AHDOOT & WOLFSON, PC**
11  Tina Wolfson (Bar No. 174806)  David H. Goldberger (Bar No. 225869)
     twolfson@ahdootwolfson.com      dgoldberger@scott-scott.com
12  Robert Ahdoot (Bar No. 172098)  Hal D. Cunningham (Bar No. 243048)
     rahdoot@ahdootwolfson.com       hcunningham@scott-scott.com
13  Theodore W. Maya (Bar No. 223242)  Daniel J. Brockwell (Bar No. 335983)
     tmaya@ahdootwolfson.com           dbrockwell@scott-scott.com
14  Henry Kelston (*pro hac vice*)  Yifan (Kate) Lv (Bar No. 302704)
     hkelston@ahdootwolfson.com      klv@scott-scott.com
15  2600 West Olive Avenue, Suite 500  600 W. Broadway, Suite 3300
    Burbank, CA 91505  San Diego, CA 92101
16   Telephone: (310) 474-9111  Telephone: (619) 233-4565

17                            **LEVIN SEDRAN & BERMAN LLP**
                              Keith J. Verrier (*pro hac vice*)
18                              kverrier@lfsblaw.com
                              Austin B. Cohen (*pro hac vice*)
19                              acohen@lfsblaw.com
                              510 Walnut Street, Suite 500
20                            Philadelphia, PA 19106
                              Telephone: (215) 592-1500
21
                              *Interim Counsel for the Advertiser Class*

By:   */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

**ATTESTATION OF STEPHEN A. SWEDLOW**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Stephen A. Swedlow. By his signature, Mr. Swedlow attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: August 25, 2022                By */s/ Stephen A. Swedlow*
                                                                Stephen A. Swedlow

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By */s/ Stephen A. Swedlow*
Stephen A. Swedlow