**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Amanda Lawrence (*pro hac vice*)
 alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
 pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
 msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

Christopher M. Burke (CA 214799)
 cburke@scott-scott.com
David H. Goldberger (CA 225869)
 dgoldberger@scott-scott.com
Yifan (Kate) Lv (CA 302704)
 klv@scott-scott.com
Hal D. Cunningham (CA 243048)
 hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
 dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

[Additional counsel listed on signature page]

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
 yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
 awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 206-7668

Brian J. Dunne (CA 275689)
 bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
 egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

*Counsel for Plaintiff Joshua Jeon and Interim Co-Lead Advertiser Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **ADVERTISER PLAINTIFF JOSHUA JEON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Hon. James Donato |

1  PLEASE TAKE NOTICE that Plaintiff Joshua Jeon hereby voluntarily dismisses his claims in this
2  action against Defendant Meta Platforms, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i)
3  of the Federal Rules of Civil Procedure. Defendant has neither served an answer to Plaintiff's claims,
4  nor moved for summary judgment, nor has a class been certified.

DATED: August 29, 2022

By:  /s/ Amanda Lawrence
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

Christopher M. Burke (CA 214799)
  cburke@scott-scott.com
David H. Goldberger (CA 225869)
  dgoldberger@scott-scott.com
Yifan (Kate) Lv (CA 302704)
  klv@scott-scott.com
Hal D. Cunningham (CA 243048)
  hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
  dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
  kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
  acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
(215) 592-1500

By:  /s/ Yavar Bathaee
**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
  yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 206-7668

Brian J. Dunne (CA 275689)
  bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
  egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
  tmaya@ahdootwolfson.com
Henry J. Kelston (*pro hac vice*)
  khelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111

*Interim Counsel for the Advertiser Classes*

**ATTESTATION OF BRIAN J. DUNNE**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Brian J. Dunne, who attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the signature block.

Dated: August 29, 2022                                           */s/ Brian J. Dunne*
                                                                                      Brian J. Dunne

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

Dated: August 29, 2022                                           */s/ Brian J. Dunne*
                                                                                      Brian J. Dunne