WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>                              Plaintiffs,<br><br>      v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

1   Pursuant to Civil Local Rule 79-5(f), Defendant Meta Platforms, Inc. files this

2   Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.   In

3   particular, certain documents and information referenced in the concurrently filed Letter Brief have

4   been designated by non-party Alpha Exploration Co. Inc., *d/b/a/* Clubhouse, as "Highly

5   Confidential" under the Stipulated Protective Order (Dkt. 111).

6   Portions of the Letter Brief referencing or reflecting the contents of the designated-as-

7   confidential information have been redacted from the publicly filed version of the Letter Brief, and

8   an unredacted version of the Letter Brief with the confidentially designated portions highlighted

9   is filed with this Administrative Motion.  *See* Civ. L. R. 79-5(e).

10   Defendant respectfully requests that the Court grant its motion to consider whether the

11   above-referenced Clubhouse material should be sealed.

12

13   Dated: September 2, 2022                                    Respectfully submitted,

14

15                                                    By:  */s/ Sonal N. Mehta*
                                                     SONAL N. MEHTA (SBN 222086)
16                                                   sonal.mehta@wilmerhale.com
                                                     WILMER CUTLER PICKERING HALE
17                                                   AND DORR LLP
                                                     2600 El Camino Real, Suite 400
18                                                   Palo Alto, CA 94306
                                                     Telephone: (650) 858-6000
19
                                                     DAVID Z. GRINGER (*pro hac vice*)
20                                                   david.gringer@wilmerhale.com
                                                     WILMER CUTLER PICKERING HALE
21                                                   AND DORR LLP
                                                     7 World Trade Center
22                                                   250 Greenwich Street
                                                     New York, New York 10007
23                                                   Telephone: (212) 230-8800

24

25

26

27

28

- 1 -

- 2 -

1

2

ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
molly.jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2022, I transmitted the foregoing document to the Clerk's Office using the CM/ECF System, and to counsel for Alpha Exploration Co., Inc., d/b/a Clubhouse via Federal Express Overnight Mail.

/s/ Sonal N. Mehta
Sonal N. Mehta