WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

1 | Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with the concurrently filed letter brief, dated September 2, 2022 ("Letter Brief"), is now before the Court. Upon consideration, this Court [GRANTS / DENIES] the Administrative Motion.

Accordingly, [all / the following portions] of the Letter Brief shall [be unsealed / remain under seal].

**IT IS SO ORDERED.**

Dated: September _____, 2022

The Honorable James Donato
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2022, I transmitted the foregoing document to the Clerk's Office using the CM/ECF System, and to counsel for Alpha Exploration Co., Inc., d/b/a Clubhouse via Federal Express Overnight Mail.

*/s/ Sonal N. Mehta*
Sonal N. Mehta