**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD <br><br> **JOINT STIPULATION BETWEEN CONSUMER PLAINTIFFS, ADVERTISER PLAINTIFFS, AND DEFENDANT META PLATFORMS, INC. REGARDING REQUEST FOR EXTENSION OF TIME FOR DESIGNATION OF SETTLEMENT NEUTRAL AND [PROPOSED] ORDER** <br><br> The Hon. James Donato |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Court held a status conference with the parties on August 11, 2022;

WHEREAS, the Court thereafter ordered the parties "to designate a mediator or request a magistrate judge by August 25, 2022" (Dkt. 334 at 2);

WHEREAS, at the parties' request, the Court extended the deadline for the parties to designate a mediator or request a magistrate judge to September 8, 2022 (Dkt. 342);

WHEREAS, the parties have exchanged further proposals regarding settlement neutrals in this case and have made meaningful progress in their discussions;

WHEREAS, the parties have agreed on a mediator but are awaiting confirmation that the mediator is free from conflicts;

WHEREAS, the parties agree that the parties' negotiations as to settlement neutral selection would therefore benefit from an additional five (5) days of discussions to confirm that the agreed-upon mediator is free from conflicts;

WHEREAS, the parties further agree that if the agreed-upon mediator is subject to a conflict and is unavailable, the parties will notify the Court by September 15, 2022, of a replacement mediator;

ACCORDINGLY, Consumer Plaintiffs, Advertiser Plaintiffs, and Meta Platforms, Inc., by and through their respective counsel, hereby stipulate and request that the Court extend the deadline for the parties to designate a mediator or request a magistrate judge from September 8, 2022, to September 15, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    By: _____

Hon. James Donato
United States District Judge

| | |
|---|---|
| DATED: September 8, 2022 | Respectfully submitted, |
| By: */s/ Shana E. Scarlett* <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> Shana E. Scarlett (Bar No. 217895) <br>   shanas@hbsslaw.com <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br><br> Steve W. Berman (*pro hac vice*) <br> steve@hbsslaw.com <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br><br> **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** <br> W. Joseph Bruckner (*pro hac vice*) <br>   wjbruckner@locklaw.com <br> Robert K. Shelquist (*pro hac vice*) <br>   rkshelquist@locklaw.com <br> Brian D. Clark (*pro hac vice*) <br>   bdclark@locklaw.com <br> Rebecca A. Peterson (Bar No. 241858) <br>   rapeterson@locklaw.com <br> Arielle S. Wagner (*pro hac vice*) <br>   aswagner@locklaw.com <br> Kyle J. Pozan (admitted *pro hac vice*) <br>   kjpozan@locklaw.com <br> Laura M. Matson (admitted *pro hac vice*) <br>   lmmatson@locklaw.com <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-6900 | By: */s/ Stephen A. Swedlow* <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> Stephen A. Swedlow (*pro hac vice*) <br>   stephenswedlow@quinnemanuel.com <br> Michelle Schmit <br>   michelleschmit@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br><br> Kevin Y. Teruya (Bar No. 235916) <br>   kevinteruya@quinnemanuel.com <br> Adam B. Wolfson (Bar No. 262125) <br>   adamwolfson@quinnemanuel.com <br> Brantley I. Pepperman (Bar No. 322057) <br>   brantleypepperman@quinnemanuel.com <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br><br> Manisha M. Sheth (*pro hac vice*) <br>   manishasheth@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> Telephone: (212) 849-7000 <br><br> *Interim Counsel for the Consumer Class* |

| | |
|---|---|
| By: /s/ Yavar Bathaee | By: /s/ Amanda F. Lawrence |
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Yavar Bathaee (Bar No. 282388) | Amanda F. Lawrence (*pro hac vice*) |
|   yavar@bathaeedunne.com |   alawrence@scott-scott.com |
| Andrew C. Wolinsky | Patrick J. McGahan (*pro hac vice*) |
|   awolinsky@bathaeedunne.com |   pmcgahan@scott-scott.com |
| 445 Park Avenue, 9th Floor | Michael P. Srodoski (*pro hac vice*) |
| New York, NY 10022 |   msrodoski@scott-scott.com |
| Telephone: (332) 322-8835 | 156 South Main Street, P.O. Box 192 |
| | Colchester, CT 06415 |
| Brian J. Dunne (Bar No. 275689) | Telephone: (860) 537-5537 |
|   bdunne@bathaeedunne.com | |
| Edward M. Grauman (*pro hac vice*) | Patrick J. Rodriguez (pro hac vice) |
|   egrauman@bathaeedunne.com |   prodriguez@scott-scott.com |
| 901 South MoPac Expressway | 230 Park Avenue, 17th Floor |
| Plaza I, Suite 300 | New York, NY 10169 |
| Austin, TX 78746 | Telephone: (212) 223-6444 |
| Telephone: (512) 575-8848 | |
| | Christopher M. Burke (Bar No. 214799) |
| |   cburke@scott-scott.com |
| **AHDOOT & WOLFSON, PC** | David H. Goldberger (Bar No. 225869) |
| Tina Wolfson (Bar No. 174806) |   dgoldberger@scott-scott.com |
|   twolfson@ahdootwolfson.com | Hal D. Cunningham (Bar No. 243048) |
| Robert Ahdoot (Bar No. 172098) |   hcunningham@scott-scott.com |
|   rahdoot@ahdootwolfson.com | Daniel J. Brockwell (Bar No. 335983) |
| Theodore W. Maya (Bar No. 223242) |   dbrockwell@scott-scott.com |
|   tmaya@ahdootwolfson.com | Yifan (Kate) Lv (Bar No. 302704) |
| Henry Kelston (*pro hac vice*) |   klv@scott-scott.com |
|   hkelston@ahdootwolfson.com | 600 W. Broadway, Suite 3300 |
| 2600 West Olive Avenue, Suite 500 | San Diego, CA 92101 |
| Burbank, CA 91505 | Telephone: (619) 233-4565 |
|   Telephone: (310) 474-9111 | |
| | **LEVIN SEDRAN & BERMAN LLP** |
| | Keith J. Verrier (*pro hac vice*) |
| |   kverrier@lfsblaw.com |
| | Austin B. Cohen (*pro hac vice*) |
| |   acohen@lfsblaw.com |
| | 510 Walnut Street, Suite 500 |
| | Philadelphia, PA 19106 |
| | Telephone: (215) 592-1500 |
| | |
| | *Interim Counsel for the Advertiser Class* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ David Z. Gringer*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com


Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com


Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

**ATTESTATION OF DAVID Z. GRINGER**

This document is being filed through the Electronic Case Filing (ECF) system by attorney David Z. Gringer.  By his signature, Mr. Gringer attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: September 8, 2022          By /s/ *David Z. Gringer*
                                     David Z. Gringer

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By /s/ *David Z. Gringer*
   David Z. Gringer