**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (admitted *pro hac vice*)
  stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>META PLATFORMS, INC.,<br><br>         Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**JOINT STIPULATION BETWEEN CONSUMER PLAINTIFFS, ADVERTISER PLAINTIFFS, AND DEFENDANT META PLATFORMS, INC. REGARDING REQUEST FOR EXTENSION OF TIME FOR DESIGNATION OF SETTLEMENT NEUTRAL AND [PROPOSED] ORDER**<br><br>The Hon. James Donato |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Court held a status conference with the parties on August 11, 2022;

WHEREAS, the Court thereafter ordered the parties "to designate a mediator or request a magistrate judge by August 25, 2022" (Dkt. 334 at 2);

WHEREAS, at the parties' request, the Court extended the deadline for the parties to designate a mediator or request a magistrate judge to September 8, 2022 (Dkt. 342);

WHEREAS, the parties have exchanged further proposals regarding settlement neutrals in this case and have made meaningful progress in their discussions;

WHEREAS, the parties have agreed on a mediator but are awaiting confirmation that the mediator is free from conflicts;

WHEREAS, the parties agree that the parties' negotiations as to settlement neutral selection would therefore benefit from an additional five (5) days of discussions to confirm that the agreed-upon mediator is free from conflicts;

WHEREAS, the parties further agree that if the agreed-upon mediator is subject to a conflict and is unavailable, the parties will notify the Court by September 15, 2022, of a replacement mediator;

ACCORDINGLY, Consumer Plaintiffs, Advertiser Plaintiffs, and Meta Platforms, Inc., by and through their respective counsel, hereby stipulate and request that the Court extend the deadline for the parties to designate a mediator or request a magistrate judge from September 8, 2022, to September 15, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 9, 2022          By: _____
                                       Hon. James Donato
                                       United States District Judge

| | | |
|---|---|---|
| 1 | DATED:  September 8, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | By:   */s/ Shana E. Scarlett*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP** | By:   */s/ Stephen A. Swedlow*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

DATED:  September 8, 2022

By:   */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (*pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (*pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (*pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Arielle S. Wagner (*pro hac vice*)
  aswagner@locklaw.com
Kyle J. Pozan (admitted *pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

By:   */s/ Stephen A. Swedlow*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Stephen A. Swedlow (*pro hac vice*)
  stephenswedlow@quinnemanuel.com
Michelle Schmit
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Manisha M. Sheth (*pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Interim Counsel for the Consumer Class*

| | |
|---|---|
| By: */s/ Yavar Bathaee*<br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>Andrew C. Wolinsky<br>  awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone: (332) 322-8835<br><br>Brian J. Dunne (Bar No. 275689)<br>  bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>  egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Plaza I, Suite 300<br>Austin, TX 78746<br>Telephone: (512) 575-8848<br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (Bar No. 174806)<br>  twolfson@ahdootwolfson.com<br>Robert Ahdoot (Bar No. 172098)<br>  rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Bar No. 223242)<br>  tmaya@ahdootwolfson.com<br>Henry Kelston (*pro hac vice*)<br>  hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>  Telephone: (310) 474-9111 | By: */s/ Amanda F. Lawrence*<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>  alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>  pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>  msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br><br>Patrick J. Rodriguez (pro hac vice)<br>  prodriguez@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Christopher M. Burke (Bar No. 214799)<br>  cburke@scott-scott.com<br>David H. Goldberger (Bar No. 225869)<br>  dgoldberger@scott-scott.com<br>Hal D. Cunningham (Bar No. 243048)<br>  hcunningham@scott-scott.com<br>Daniel J. Brockwell (Bar No. 335983)<br>  dbrockwell@scott-scott.com<br>Yifan (Kate) Lv (Bar No. 302704)<br>  klv@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>  kverrier@lfsblaw.com<br>Austin B. Cohen (*pro hac vice*)<br>  acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br><br>*Interim Counsel for the Advertiser Class* |

-3-   Case No. 3:20-cv-08570-JD
JOINT STIPULATION REGARDING EXTENSION OF TIME FOR DESIGNATION OF SETTLEMENT NEUTRAL

By: */s/ David Z. Gringer*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com

Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

**ATTESTATION OF DAVID Z. GRINGER**

This document is being filed through the Electronic Case Filing (ECF) system by attorney David Z. Gringer.  By his signature, Mr. Gringer attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: September 8, 2022           By /s/ David Z. Gringer
                                       David Z. Gringer

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By /s/ David Z. Gringer
   David Z. Gringer