1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2
   SONAL N. MEHTA (SBN 222086)
3    Sonal.Mehta@wilmerhale.com
   2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6000
5
   DAVID Z. GRINGER (*pro hac vice*)
6    David.Gringer@wilmerhale.com
   7 World Trade Center
7  250 Greenwich Street
   New York, New York 10007
8  Telephone: (212) 230-8800
9
   ARI HOLTZBLATT (*pro hac vice*)
10   Ari.Holtzblatt@wilmerhale.com
   MOLLY M. JENNINGS (*pro hac vice*)
11   Molly.Jennings@wilmerhale.com
   1875 Pennsylvania Ave NW
12 Washington, DC 20006
   Telephone: (202) 663-6000
13

14 *Attorneys for Defendant Meta Platforms, Inc.*

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

                          **SAN FRANCISCO DIVISION**
18

19 | | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **NOTICE BY META PLATFORMS PURSUANT TO ORDER RE MOTIONS TO SEAL (DKT. 344)** |
| v. | |
| META PLATFORMS, INC., a Delaware Corporation headquartered in California, | Judge: Hon. James Donato |
| Defendant. | |

26

27

28

**NOTICE PURSUANT TO ORDER RE MOTIONS TO SEAL (DKT. 344)**

Defendant Meta Platforms, Inc. hereby provides notice that pursuant to the Court's order on its Motions to Seal, Dkt. 344, it is filing the following documents as exhibits to this Notice:

- a revised redacted version of Advertisers' First Amended Complaint, Dkt. 237;
- an unredacted version of Meta's Motion to Dismiss, Dkt. 262;
- an unredacted version of Advertisers' Opposition to Meta's Motion to Dismiss, Dkt. 271;
- an unredacted version of Advertisers' Discovery Letter Brief Regarding Production of FTC and House of Representatives Presentations, Dkt. 281; and
- a revised redacted version of Advertisers' Discovery Letter Brief Seeking Meta's Production of Hyperlinked Documents, Dkt. 322.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 12, 2022 | Respectfully submitted, |
| 3 | | By: */s/  Sonal N. Mehta* |
| 4 | | ARI HOLTZBLATT (*pro hac vice*) |
| 5 | | Ari.Holtzblatt@wilmerhale.com |
| | | MOLLY M. JENNINGS (*pro hac vice*) |
| 6 | | Molly.Jennings@wilmerhale.com |
| 7 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 8 | | 1875 Pennsylvania Ave NW |
| | | Washington, DC 20006 |
| 9 | | Telephone:  (202) 663-6000 |
| 10 | | SONAL N. MEHTA (SBN 222086) |
| | | Sonal.Mehta@wilmerhale.com |
| 11 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 12 | | 2600 El Camino Real, Suite 400 |
| 13 | | Palo Alto, California 94306 |
| | | Telephone: (650) 858-6000 |
| 14 | | |
| 15 | | DAVID Z. GRINGER (*pro hac vice*) |
| | | David.Gringer@wilmerhale.com |
| 16 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 17 | | 7 World Trade Center |
| | | 250 Greenwich Street |
| 18 | | New York, New York 10007 |
| | | Telephone:  (212) 230-8800 |
| 19 | | |
| 20 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |