WILMER CUTLER PICKERING
 HALE AND DORR LLP

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE BY DEFENDANT META PLATFORMS, INC. RE: DKT. NOS. 349 AND 350**<br><br>Judge: Hon. James Donato |

1  Defendant Meta Platforms, Inc. hereby provides notice that it is withdrawing Dkt. Nos.
2  349 and 350 without prejudice (its letter motion moving to compel the production of certain
3  documents from non-party Alpha Exploration Co. and its corresponding administrative motion to
4  seal).

Dated: September 13, 2022

Respectfully submitted,

By: /s/ David Z. Gringer
DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

No. 3:20-cv-08570-JD

META PLATFORMS, INC.'S
NOTICE RE: DKT. NO. 349 & 350