WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 7-11, Defendant Meta Platforms, Inc. respectfully asks this Court for leave to file a Statement of Recent Decision. Meta's proposed Statement of Recent Decision is attached hereto as Exhibit A. The purpose of the proposed Statement is to inform the Court of a very recent decision issued by Judge Castel of the Southern District of New York in *In re: Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (Sept. 13, 2022), Dkt. No. 308, dismissing as implausible claims that the Network Bidding Agreement between Google and Facebook was an unlawful restraint of trade under Section 1 of the Sherman Act. *See id.* at 20-34. Advertisers allege in their Amended Complaint that this same agreement was an unlawful restraint of trade and similarly allege that the Agreement was part of a course of conduct that violated Section 2 of the Sherman Act. *See* Advertisers' First Amended Complaint ¶¶ 16-19, 614-656, Dkt. No. 237. Meta believes that the *In re: Google Digital Advertising Antitrust Litigation* decision is pertinent additional precedent bearing on the pending motion to dismiss that was taken under submission on August 11, 2022. Counsel for Advertiser Plaintiffs have advised the undersigned counsel that they do not oppose the relief sought by this administrative motion. Counsel for User Plaintiffs have advised the undersigned counsel that they take no position on the relief sought by this administrative motion.[1]

Dated: September 14, 2022

Respectfully submitted,

By: */s/ Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)

---

[1] Consistent with L.R. 7-3(d)(2), Meta presents no argument regarding how the decision in *In re: Google Digital Advertising Antitrust Litigation* bears on Advertisers' claims. Meta respectfully submits that it would be improper for Advertisers to inject argument as to the relevance the decision in response to this submission, as the Court is more than capable of evaluating the decision's relevance for itself.

David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By:    */s/ Sonal N. Mehta*
          Sonal N. Mehta