**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>    vs.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>           Defendant.<br><br>This Document Relates To: Advertisers' Action | Case No. 3:20-cv-08570-JD<br><br>**JOINT STIPULATION BETWEEN ADVERTISER PLAINTIFFS AND META PLATFORMS, INC. REGARDING META'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY AND [PROPOSED] ORDER**<br><br>Judge: Hon. James Donato |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS, Judge Castel of the Southern District of New York recently issued a decision in *In re: Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (Sept. 13, 2022), Dkt. No. 308, dismissing claims that the Network Bidding Agreement between Google and Facebook was an unlawful restraint of trade under Section 1 of the Sherman Act.  *See id.* at 20-34;

WHEREAS, Advertisers identify this same agreement in their Amended Complaint in connection with their Section 1 claim, and as part of a course of conduct that Advertisers allege violated Section 2 of the Sherman Act.  *See* Advertisers' First Amended Complaint ¶¶ 16-19, 614-656, Dkt. No. 237;

WHEREAS, Meta believes that the *In re: Google Digital Advertising Antitrust Litigation* decision is pertinent additional precedent bearing on the pending motion to dismiss that was taken under submission on August 11, 2022;

WHEREAS, Advertiser Plaintiffs do not oppose Meta's Administrative Motion for Leave to File a Statement of Recent Decision;

ACCORDINGLY, Advertiser Plaintiffs and Meta, by and through their respective counsel, hereby stipulate and request that the Court grant Meta's Unopposed Administrative Motion for Leave to File a Statement of Recent Decision and order that Meta may file the Statement of Recent Decision in the form attached as Exhibit A to the Unopposed Administrative Motion for Leave to File.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          By: _____
                                                                  Hon. James Donato
                                                                  United States District Judge

1

DATED:  September 14, 2022                    Respectfully submitted,

2

By: */s/ Yavar Bathaee*

3
**BATHAEE DUNNE LLP**                         **SCOTT+SCOTT ATTORNEYS AT LAW**
Yavar Bathaee (Bar No. 282388)               **LLP**

4
  yavar@bathaeedunne.com                      Amanda F. Lawrence (*pro hac vice*)
Andrew C. Wolinsky                              alawrence@scott-scott.com

5
  awolinsky@bathaeedunne.com                  Patrick J. McGahan (*pro hac vice*)
445 Park Avenue, 9th Floor                      pmcgahan@scott-scott.com

6
New York, NY 10022                            Michael P. Srodoski (*pro hac vice*)
Telephone: (332) 322-8835                       msrodoski@scott-scott.com

7
                                              156 South Main Street, P.O. Box 192
Brian J. Dunne (Bar No. 275689)               Colchester, CT 06415

8
  bdunne@bathaeedunne.com                     Telephone: (860) 537-5537
Edward M. Grauman (*pro hac vice*)

9
  egrauman@bathaeedunne.com                   Patrick J. Rodriguez (pro hac vice)
901 South MoPac Expressway                      prodriguez@scott-scott.com

10
Plaza I, Suite 300                            230 Park Avenue, 17th Floor
Austin, TX 78746                              New York, NY 10169

11
Telephone: (512) 575-8848                     Telephone: (212) 223-6444

12
**AHDOOT & WOLFSON, PC**                      Christopher M. Burke (Bar No. 214799)
Tina Wolfson (Bar No. 174806)                   cburke@scott-scott.com

13
  twolfson@ahdootwolfson.com                  David H. Goldberger (Bar No. 225869)
Robert Ahdoot (Bar No. 172098)                  dgoldberger@scott-scott.com

14
  rahdoot@ahdootwolfson.com                   Hal D. Cunningham (Bar No. 243048)
Theodore W. Maya (Bar No. 223242)               hcunningham@scott-scott.com

15
  tmaya@ahdootwolfson.com                     Daniel J. Brockwell (Bar No. 335983)
Henry Kelston (*pro hac vice*)                  dbrockwell@scott-scott.com

16
  hkelston@ahdootwolfson.com                  Yifan (Kate) Lv (Bar No. 302704)
2600 West Olive Avenue, Suite 500               klv@scott-scott.com

17
Burbank, CA 91505                             600 W. Broadway, Suite 3300
  Telephone: (310) 474-9111                   San Diego, CA 92101

18
                                              Telephone: (619) 233-4565

19
                                              **LEVIN SEDRAN & BERMAN LLP**

20
                                              Keith J. Verrier (*pro hac vice*)
                                                kverrier@lfsblaw.com

21
                                              Austin B. Cohen (*pro hac vice*)
                                                acohen@lfsblaw.com

22
                                              510 Walnut Street, Suite 500
                                              Philadelphia, PA 19106

23
                                              Telephone: (215) 592-1500

24
                                              *Interim Counsel for the Advertiser Class*

25

26

27

28

---
STIPULATION AND [PROPOSED] ORDER
                                                                 ON META'S MOTION FOR LEAVE TO
                                                                 FILE STATEMENT OF RECENT DECISION

By:   */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**

Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

1

**ATTESTATION OF SONAL N. MEHTA**

2

This document is being filed through the Electronic Case Filing (ECF) system by attorney

3  Sonal N. Mehta.  By her signature, Ms. Mehta attests that she has obtained concurrence in the

4  filing of this document from each of the attorneys identified on the caption page and in the above

5  signature block.

6  Dated: September 14, 2022          By:   */s/ Sonal N. Mehta*

7  Sonal N. Mehta

8

**CERTIFICATE OF SERVICE**

9

I hereby certify that on this 14th day of September, 2022, I electronically transmitted the

10  foregoing document to the Clerk's Office using the CM/ECF System.

11

12  By:   */s/ Sonal N. Mehta*

13  Sonal N. Mehta

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28