Jeffrey B. Gittleman (admitted *pro hac vice*)
Pogust Goodhead, LLC
Eight Tower Bridge
161 Washington St. #250
Conshohocken, PA 19428
jgittleman@pogustgoodhead.com

*Counsel for Plaintiff Charles Steinberg*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, | Case No. 20-cv-08570-jd |
| | The Hon. James Donato |
| Plaintiffs, | |
| | **MOTION FOR WITHDRAWAL OF ATTORNEY JEFFREY B. GITTLEMAN** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |

    Jeffrey B. Gittleman, having previously been admitted pro hac vice to appear as counsel on behalf of Plaintiff Charles Steinberg in the *Charles Steinberg v. Facebook, Inc*. matter (Case No. 3:20-cv-09130), which has since been consolidated in the above-captioned case, is no longer affiliated with the law firm of Barrack, Rodos & Bacine as of September 2, 2022. Mr. Gittleman hereby moves to withdraw his appearance as counsel in the above-captioned and related cases and requests that he be removed from all service lists, including all electronic service lists and

ECF service lists. Plaintiff Charles Steinberg will continue to be represented by the remaining attorneys on the docket from Barrack, Rodos & Bacine.

Dated: September 27, 2022     By:     */s/ Jeffrey B. Gittleman*
Jeffrey B. Gittleman
(admitted *pro hac vice*)
Pogust Goodhead, LLC
Eight Tower Bridge
161 Washington St. #250
Conshohocken, PA 19428
jgittleman@pogustgoodhead.com