**SCOTT+ SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Counsel for the Advertiser Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No.: 3:20-cv-08570-JD |
| Plaintiffs, | Honorable James Donato |
| vs. | **MOTION FOR WITHDRAWAL OF ATTORNEY KRISTEN M. ANDERSON** |
| META PLATFORMS, INC., | |
| Defendant. | |

The undersigned counsel hereby moves to withdraw Ms. Anderson's appearance as counsel in the above-captioned case.  Ms. Lawrence respectfully requests that Kristen M. Anderson's name and email address be removed from the official docket.  The Advertiser Classes will continue to be represented by the remaining attorneys on the docket, including those from Scott+Scott Attorneys at Law LLP.

1   Dated:  October 4, 2022                    Respectfully Submitted,

2

3                                              **SCOTT+SCOTT ATTORNEYS AT LAW**

4                                              **LLP**

5                                              */s/ Amanda F. Lawrence*

6                                              Amanda F. Lawrence (*pro hac vice*)
                                               156 South Main Street, P.O. Box 192
7                                              Colchester, CT 06415
                                               Telephone: (860) 537-5537
8                                              alawrence@scott-scott.com

9                                              *Interim Co-Lead Counsel for the Advertiser*
                                               *Classes*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28