# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  October 20, 2022                                    Judge:  Hon. James Donato

Time:  11 Minutes

Case No.      **3:20-cv-08570-JD**
Case Name     **Klein v. Meta Platforms, Inc.**

Attorneys for Plaintiff:          Brian J. Dunne, Keith Verrier, Yavar Bathaee, Kyle Pozan, Brantley L. Pepperman, Kevin Teruya, and Hannah Song

Attorneys for Defendants:     Sonal N. Mehta, David Gringer, and Molly M. Jennings

Deputy Clerk:  Jean Davis                              Court Reporter: Marla Knox

### PROCEEDINGS

Status Conference -- Held

### NOTES AND ORDERS

The parties are directed to file a proposed case management schedule by November 4, 2022, based on a trial date in the latter half of 2024.  The proposal will include dates for a market tutorial in the first quarter of 2023.  The parties should follow the format for tutorials in the Court's standing order for claim construction in patent cases.

For Dkt. No. 348, Meta's request to depose former plaintiff Joshua Jeon is denied for the reason stated on the record, and the deposition subpoena is quashed.

A status conference is set for January 19, 2023, at 10:00 a.m., which the parties may cancel at their joint request.