WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR ISSUANCE OF LETTERS OF REQUEST**<br><br>Judge: Hon. James Donato |

1    Defendant Meta Platforms, Inc. respectfully requests that this Court execute, under its seal and signature, the attached letters of request for International Judicial Assistance under the Hague Convention on Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention") to non-parties located in the People's Republic of China and the British Virgin Islands. The requests seek documents from two overseas entities:

> Telegram
> Vistra Corporate Services Centre
> Wickhams Cay II, Road Town
> Tortola, British Virgin Islands, VG 1110
>
> Tencent
> Tencent Binhai Building, No. 33
> Haitian Second Road, Shenzhen, China

For the reasons set forth in more detail in the accompanying Memorandum of Points and Authorities, Meta respectfully requests that the Court grant this motion and execute the attached letters of request. Meta has informed Consumer and Advertiser Plaintiffs of the relief it is seeking, and counsel for Plaintiffs stated that they take no position on the Motion.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 28, 2022 | Respectfully submitted, |
| 3 | | By: */s/  Sonal N. Mehta* |
| 4 | | |
| | | SONAL N. MEHTA (SBN 222086) |
| 5 | | Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 6 | | AND DORR LLP |
| | | 2600 El Camino Real, Suite 400 |
| 7 | | Palo Alto, California 94306 |
| | | Telephone: (650) 858-6000 |
| 8 | | |
| 9 | | DAVID Z. GRINGER (*pro hac vice*) |
| | | David.Gringer@wilmerhale.com |
| 10 | | WILMER CUTLER PICKERING HALE |
| | | AND DORR LLP |
| 11 | | 7 World Trade Center |
| | | 250 Greenwich Street |
| 12 | | New York, New York 10007 |
| 13 | | Telephone:  (212) 230-8800 |
| 14 | | ARI HOLTZBLATT (*pro hac vice*) |
| | | Ari.Holtzblatt@wilmerhale.com |
| 15 | | MOLLY M. JENNINGS (*pro hac vice*) |
| | | Molly.Jennings@wilmerhale.com |
| 16 | | WILMER CUTLER PICKERING HALE |
| | | AND DORR LLP |
| 17 | | 1875 Pennsylvania Ave NW |
| 18 | | Washington, DC 20006 |
| | | Telephone:  (202) 663-6000 |
| 19 | | |
| 20 | | |
| | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

                                        */s/  Sonal N. Mehta*
                                          Sonal N. Mehta