WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF SONAL N. MEHTA IN SUPPORT OF META'S UNOPPOSED ADMINISTRATIVE MOTION FOR ISSUANCE OF LETTERS OF REQUEST**<br><br>Judge: Hon. James Donato |

I, Sonal N. Mehta, declare as follows:

1. I am a Partner at Wilmer Cutler Pickering Hale and Dorr LLP, lead counsel for Meta Platforms, Inc. in the above-captioned case. The contents of this declaration are based on my personal knowledge.

2. I submit this declaration in support of Meta's Unopposed Administrative Motion for Issuance of Letters of Request. I have knowledge of the facts set forth in this Declaration, and if called upon as a witness, I could and would testify to them competently under oath.

3. Meta has informed Consumer and Advertiser Plaintiffs of the relief it is seeking, and counsel for Plaintiffs stated that they take no position on the Motion.

4. Attached as Exhibit A is a true and correct copy of Meta's letter of request for Telegram.

5. Attached as Exhibit B is a true and correct copy of Meta's letter of request for Tencent.

6. Attached as Exhibit C is a true and correct copy of Meta's letter of request for Tencent translated into Chinese.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of October, 2022, in Los Altos Hills, California.

By:   */s/ Sonal N. Mehta*
      Sonal N. Mehta