WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                                  Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>                                  Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR ISSUANCE OF LETTERS OF REQUEST**<br><br>Judge: Hon. James Donato |

1    Meta Platforms, Inc. has filed an Unopposed Administrative Motion for Issuance of
2 Letters of Request.
3    Having considered the Motion and the other papers submitted by Meta, for cause shown,
4 the Court GRANTS Meta's Motion.  The letters of request, as filed with Meta's Motion, shall be
5 executed and conveyed to the appropriate judicial authorities of the People's Republic of China
6 and the British Virgin Islands.
7    **IT IS SO ORDERED.**

9 DATED: _____

11                                         HON. JAMES DONATO
                                            United States District Judge

13 Submitted by:
14 WILMER CUTLER PICKERING HALE AND DORR LLP
15 By:   */s/ Sonal N. Mehta*
          SONAL N. MEHTA

17 *Attorney for Defendant Meta Platforms, Inc.*