UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>META PLATFORMS, INC.,<br>　　　　Defendant. | Case No.  3:20-cv-08570-JD<br><br>**AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Substantial completion of document production for already-served document requests | December 19, 2022 |
| Relevant market tutorial | February 28, 2023, at 11:00 a.m. |
| Fact discovery cut-off | June 23, 2023 |
| Plaintiffs' class certification expert disclosures | July 7, 2023 |
| Defendant's class certification expert disclosures | August 4, 2023 |
| Plaintiffs' class certification reply expert disclosures | September 1, 2023 |
| Last day to file class certification and class *Daubert* motions | September 15, 2023 |
| Last day to file oppositions to class certification and class *Daubert* motions | October 13, 2023 |
| Last day to file replies to class certification and class *Daubert* motions | November 3, 2023 |

| Event | Deadline |
|---|---|
| Last day to file joint submission for class certification concurrent expert proceeding | November 10, 2023 |
| Class certification concurrent expert proceeding | December 5, 2023, at 11:00 a.m. |
| Class certification hearing | December 14, 2023, at 10:00 a.m. |
| Bilateral merits expert disclosures | January 12, 2024 |
| Bilateral merits rebuttal expert disclosures | February 9, 2024 |
| Merits expert discovery cut-off | March 15, 2024 |
| Last day to file dispositive and merits *Daubert* motions | April 5, 2024 |
| Last day to file oppositions to dispositive and merits *Daubert* motions | May 3, 2024 |
| Last day to file replies to dispositive and merits *Daubert* motions | May 21, 2024 |
| Last day to file joint submission for merits concurrent expert proceeding | May 28, 2024 |
| Merits concurrent expert proceeding | June 11, 2024, at 11:00 a.m. |
| Dispositive and merits *Daubert* motions hearing | June 20, 2024, at 10:00 a.m. |
| Pretrial conference | October 17, 2024, at 1:30 p.m. |
| Jury Trial | November 12, 2024, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: November 18, 2022

_____
JAMES DONATO
United States District Judge