1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Stephen A. Swedlow (admitted *pro hac vice*)
2    stephenswedlow@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
3  Chicago, IL 60606
   (312) 705-7400
4
   *Interim Co-Lead Consumer Class Counsel*
5
   [Additional counsel listed on signature page]
6
                    **UNITED STATES DISTRICT COURT**
7
                   **NORTHERN DISTRICT OF CALIFORNIA**
8
                        **SAN FRANCISCO DIVISION**
9

10

| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO N.D. CAL. CIVIL L.R. 7-11 REGARDING SUBSTITUTION OF INTERIM CO-LEAD CONSUMER CLASS COUNSEL** |
| vs. | |
| META PLATFORMS, INC., | |
| Defendant. | |
| This Document Relates To: All Actions | The Hon. James Donato |

# [PROPOSED] ORDER

On November 23, 2022, Consumer Plaintiffs in *Klein et al v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.) filed a Motion for Administrative Relief to seek an amendment to the Court's March 18, 2021 Order Appointing Interim Class Counsel and Plaintiffs' Executive Committees (Dkt. 73) to have Kevin Y. Teruya of Quinn Emanuel Urquhart & Sullivan, LLP substituted for Stephen A. Swedlow—also of Quinn Emanuel—as Interim Co-Lead Consumer Class Counsel.

Having considered the papers and pleadings on file, and good cause appearing, the Court **GRANTS** the motion and **ORDERS** that Kevin Y. Teruya of Quinn Emanuel Urquhart & Sullivan, LLP is substituted for Stephen A. Swedlow of Quinn Emanuel Urquhart & Sullivan, LLP as Interim Co-Lead Consumer Class Counsel for Consumer Plaintiffs and the Consumer Class in the consolidated *Klein* actions.

DATED: _____

Hon. James Donato
United States District Judge

| | |
|---|---|
| DATED: November 23, 2022 | Respectfully submitted,<br><br>By:  */s/ Stephen A. Swedlow*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Stephen A. Swedlow (*pro hac vice*)<br>  stephenswedlow@quinnemanuel.com<br>Michelle Schmit<br>  michelleschmit@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br><br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>Manisha M. Sheth (*pro hac vice*)<br>  manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br><br>*Interim Co-Lead Counsel for the Consumer Class* |