Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Brian D. Clark (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com

*Interim Co-Lead Consumer Class Counsel*

[Additional attorneys on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD <br><br> **HAGENS BERMAN AND LOCKRIDGE'S RESPONSE TO "CONSUMER PLAINTIFFS" MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO N.D. CAL. CIVIL L.R. 7-11 REGARDING SUBSTITUTION OF INTERIM CO-LEAD CONSUMER CLASS COUNSEL** <br><br> The Hon. James Donato |

010975-11/2082084 V1

Hagens Berman Sobol Shapiro LLP (Hagens Berman) and Lockridge Grindal Nauen P.L.L.P. (Lockridge) file this response to Consumer Plaintiffs' Motion for Administrative Relief Pursuant to N.D. Cal. Civil L.R. 7-11 Regarding Substitution of Interim Co-Lead Consumer Class Counsel (ECF No. 381). Hagens Berman and Lockridge object that the request was improperly filed as an administrative motion. If the Court is inclined to grant the motion, Hagens Berman and Lockridge request that the order is additionally modified to add Brian D. Clark of Lockridge as an additional co-lead counsel for the consumer class.

## I. RELEVANT PROCEDURAL HISTORY

These cases were originally filed on December 3, 2020. Hagens Berman and Lockridge moved to be appointed co-lead counsel. (ECF No. 59). Quinn Emanuel Urquhart & Sullivan, LLP (Quinn Emanuel) moved to be appointed co-lead counsel with Keller Lenkner LLC (Keller Lenkner) (ECF No. 60). With competing leadership applications before her on March 18, 2021, Judge Koh appointed co-lead counsel for each of the advertiser and consumer classes, creating her own slate of counsel. For the consumer class (relevant here), Judge Koh appointed Stephen A. Swedlow of Quinn Emanuel and Shana E. Scarlett of Hagens Berman as co-lead counsel (ECF No. 73 (Leadership Order)). Judge Koh also appointed Warren Postman of Keller Lenkner and Brian D. Clark of Lockridge to serve on Plaintiffs' Executive Committee for the consumer class. *Id.* at 2. The Leadership Order required Mr. Swedlow and Ms. Scarlett, as interim class counsel, to "review all billing records for all billers every month and strike duplicative or inefficient billing for the consumer class" and included a number of other billing guidelines. *Id.*

On May 7, 2021, Defendant Facebook, Inc. (Facebook) moved to disqualify Keller Lenkner from the executive committee for the consumer class (ECF No. 93). On the eve of the hearing on Facebook's motion to dismiss, Judge Koh granted the motion to disqualify Keller Lenkner in a summary order (ECF No. 123). Judge Koh later issued a more fulsome order explaining the rationale for the disqualification on July 20, 2021 (ECF No. 127). This left Mr. Swedlow and Ms. Scarlett as named interim co-lead counsel and Mr. Clark as the sole named member of the executive committee

RESPONSE TO "CONSUMER PLAINTIFFS"
MOTION FOR ADMINISTRATIVE RELIEF - 1
Case No. 3:20-cv-8570-JD
010975-11/2082084 V1

for the consumer class. Mr. Swedlow, Ms. Scarlett and Mr. Clark, along with their firms, have functioned as essentially three co-lead firms since July 2021.

## I. PROCEDURAL OBJECTIONS TO THE FILING OF THE ADMINISTRATIVE MOTION

*First*, Hagens Berman and Lockridge object to the matter being filed pursuant to Northern District of California Civil Local Rule 7-11, which is reserved for "miscellaneous administrative matters, not otherwise governed by a federal statute, Federal Rule, local rule, or standing order of the assigned judge." Civil L.R. 7-11. The appointment of class counsel in this action is governed by Federal Rule of Civil Procedure 23(g) and should be examined in that context. Moreover, Quinn Emanuel was aware that Hagens Berman and Lockridge requested additional modifications to the leadership order, compounding the procedural impropriety of its filing. Specifically, Hagens Berman and Lockridge informed Quinn Emanuel of their objections, and thereafter, the three firms conferred on November 17, 2022. At that time, Hagens Berman and Lockridge requested additional discussions regarding these issues.

*Second*, the motion is styled on behalf of "Consumer Plaintiffs." Quinn Emanuel did not have the approval of all named plaintiffs for the requested substitution of lead counsel.

Quinn Emanuel filed their administrative motion on November 23, 2022 – the evening before the Thanksgiving holiday – over the other firms' objection and request for additional discussions.

## II. HAGENS BERMAN AND LOCKRIDGE'S OBJECTION AND REQUEST FOR ADDITIONAL MODIFICATION TO THE LEADERSHIP ORDER

Hagens Berman and Lockridge object to the modification of the leadership structure to substitute Kevin Teruya of Quinn Emanuel for Stephen Swedlow in the absence of an additional modification to elevate Lockridge as an equal co-lead counsel.

After the removal of Keller Lenkner in this case, the three firms have essentially operated as three co-lead firms. Lockridge has devoted substantial time and expertise to this matter, including taking lead on many discovery and expert issues. Brian Clark and the other attorneys at Lockridge have substantial experience in complex class actions and the issues in this case. For example, Brian Clark led the homegrown investigations and resulting litigation on behalf of the country's direct

chicken purchasers and peanut farmers, to date recovering over $280 million for the classes. *In re Broiler Chicken Antitrust Litig.*, No. 1:16-cv-08637 (N.D. Ill.); *In re Peanut Farmers Antitrust Litigation*, No. 2:19-cv-00463 (E.D. Va.).[1] Rebecca Peterson, a partner at Lockridge, has been awarded leadership in *In Re Plum Baby Food Litigation*, No. 4:21-cv-00913 (N.D. Cal.) (Co-Lead Counsel), *In re Nurture Baby Food Litigation*, No. 1:21-cv-01217 (S.D.N.Y.) (Co-Lead Counsel), and *In re Crops Input Antitrust Litigation*, No. 4:21-md-02993 (E.D. Mo.) (Co-Lead Counsel) and has particular expertise regarding materiality as it relates to consumers such is at issue in this case. *See Zeiger et al. v. WellPet LLC et al.*, No. 3:17-cv-04056 (N.D. Cal.) (Class Counsel). Their contribution to this case and benefit to the class cannot be denied.

Moreover, complying with the Leadership Order, Lockridge has circulated its time entries on a monthly basis for review. Ms. Scarlett has audited Lockridge's timesheets (and those of Hagens Berman) on a monthly basis, as required by Judge Koh's Leadership Order (ECF No. 73 at 2) (requiring Mr. Swedlow and Ms. Scarlett to "review ***all billing records for all billers every month*** and strike duplicative or inefficient billing for the consumer class." (emphasis added)). To date, Lockridge and Hagens Berman have incurred over $2 million in fees. Hagens Berman and Lockridge are unaware of Quinn Emanuel's lodestar to date, as they have declined to circulate detailed billing records on a regular basis to their co-lead counsel. Given the complexity of this action, and the expertise of the attorneys at Lockridge, Hagens Berman believes it is in the best interests of this class that Lockridge be elevated to the role of co-lead counsel.

Finally, the leadership structure has not been without its challenges. Quinn Emanuel is a large defense firm of over 900 attorneys.[2] It is not voluntarily litigating with Hagens Berman as its co-lead counsel, nor with Lockridge on the executive committee. Ms. Scarlett is one of the few women appointed as lead in a complex antitrust case. Mr. Teruya of Quinn Emanuel and Ms. Scarlett of

---

[1] *See* https://www.antitrustinstitute.org/aai-congratulates-the-antitrust-enforcement-awards-2021-honorees/ (noting Mr. Clark and his team in the *Peanut Farmer Antirust Litigation* received the American Antitrust Institute's 2021 Outstanding Antitrust Litigation Achievement in Private Law Practice).

[2] https://www.quinnemanuel.com/, last visited Nov. 27, 2022.

1  Hagens Berman were both recently recognized as Top Antitrust Lawyers 2022 in the Daily Journal
2  for the State of California. On that list of 25 antitrust lawyers, only 7 (28 percent) were women.[3]
3  Although finding equality in the law is a complicated topic, promoting men who can respect the
4  voices of female counsel is one place to start.

### III.   CONCLUSION

Hagens Berman and Lockridge respectfully request that the Court amend the leadership structure for the consumer class to appoint Brian Clark of Lockridge as interim co-lead counsel, and substitute Kevin Y. Teruya of Quinn Emanuel for Stephen A. Swedlow. Ms. Scarlett requests her continued appointment as interim co-lead counsel.

If the Court agrees that this request pursuant to Federal Rule of Civil Procedure 23(g) is improperly brought as an administrative motion pursuant to Civil Local Rule 7-11, Hagens Berman and Lockridge request that this Court order counsel to further confer and file an appropriately noticed motion pursuant to Civil Local Rule 7-1.

DATED: November 28, 2022          Respectfully submitted,

                                  HAGENS BERMAN SOBOL SHAPIRO LLP


                                  By  *s/ Shana E. Scarlett*
                                      SHANA E. SCARLETT (SBN 217895)
                                  715 Hearst Avenue, Suite 300
                                  Berkeley, CA 94710
                                  Telephone: (510) 725-3000
                                  Facsimile:  (510) 725-3001
                                  shanas@hbsslaw.com

                                  Steve W. Berman (*pro hac vice*)
                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                  1301 Second Avenue, Suite 2000
                                  Seattle, WA 98101
                                  Telephone: (206) 623-7292
                                  steve@hbsslaw.com

---

[3] https://www.dailyjournal.com/special_reports/429, last visited Nov. 27, 2022.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By  *s/ Brian D. Clark*
       BRIAN D. CLARK (*pro hac vice*)
W. Joseph Bruckner (*pro hac vice*)
Rebecca A. Peterson (SBN 241858)
Kyle J. Pozan (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
bdclark@locklaw.com
wjbruckner@locklaw.com
rapeterson@locklaw.com
lmmatson@locklaw.com

*Interim Co-Lead Consumer Class Counsel*

RESPONSE TO "CONSUMER PLAINTIFFS"
MOTION FOR ADMINISTRATIVE RELIEF - 5
Case No. 3:20-cv-8570-JD
010975-11/2082084 V1

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, the foregoing document was transmitted to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

Dated: November 28, 2022         /s/ Shana E. Scarlett
                                  Shana E. Scarlett