# Exhibit A

| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (*pro hac vice*)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Class* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (CA 246108)<br>kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: (212) 223-6444<br><br>Christopher M. Burke (CA 214799)<br>cburke@scott-scott.com<br>David H. Goldberger (CA 225869)<br>dgoldberger@scott-scott.com<br>Kate Lv (CA 302704)<br>klv@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br><br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>(Additional counsel on signature page) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**CLASS ACTION**<br><br>**ADVERTISER PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT META PLATFORMS, INC.** |

7. With respect to any information for which You wish to assert a claim of privilege, please provide the information required by the applicable Privilege Protocol. *See Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.), Dkt. 176.

8. The singular form of a word shall be interpreted as plural, and the plural form of a word shall be interpreted as a singular, whenever appropriate, in order to bring within the scope of these Interrogatory any information that would otherwise not be brought within their scope.

9. The use of the present tense shall be construed to include the past tense, and vice versa, so as to make the Interrogatory inclusive rather than exclusive.

10. The words "any" and "all" each shall be construed to mean both any and all.

11. None of the Definitions, Instructions, or Interrogatories shall be construed as an admission relating to the existence of any evidence, to the relevance or admissibility of any evidence, or to the truth or accuracy of any statement or characterization in those Definitions, Instructions, or Interrogatories.

12. Unless otherwise specified, these Interrogatories seek information during the period January 1, 2012 through the present.

13. The following Interrogatories are continuing in nature pursuant to Rule 26(e) of the Federal Rules of Civil Procedure so as to require You to promptly furnish supplemental answers whenever You obtain different or additional knowledge, information, or believe relative to these Interrogatories, up to and including through the time of trial.

## INTERROGATORIES

**INTERROGATORY NO. 4:**

Identify and describe, with specificity, all information and data—including but not limited to call logs, video logs, text message logs, text message content, app usage information, and battery or power consumption logs—that Facebook obtained through, or derived from, Onavo, Onavo apps (*e.g.*, Onavo Protect), or Meta's Onavo team.

4

Case No. 3:20-cv-08570-JD                Advertiser Plaintiffs' Second Set of Interrogatories to Defendant Meta Platforms, Inc.

**INTERROGATORY NO. 5:**

Identify and describe, with specificity, all data, including what Meta internally refers to as "signal," "intent," "identity," or "offsite signal" data, that Meta received from Google, Netflix, eBay, or Amazon, respectively, pursuant to agreements or otherwise.

**NTERROGATORY NO. 6:**

Identify and describe, with specificity, all storage systems and databases, including Facebook's Hive, in which user data collected through Onavo or its apps was at any time or is currently stored.

**INTERROGATORY NO. 7:**

Identify and describe, with specificity, all data and AI/machine learning models obtained, derived, trained and/or validated using data collected by Onavo or through Onavo apps (*e.g.*, Onavo Protect).

**INTERROGATORY NO. 8:**

Identify and describe, with specificity, all machine learning and AI systems used to match users while "offsite" (as that word is used at Meta) to their Facebook IDs, Facebook profiles, and/or "shadow" profiles.

Dated: July 25, 2022

| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP** |
| /s/ Yavar Bathaee<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (*pro hac vice*)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835 | /s/ Kristen M. Anderson<br>Kristen M. Anderson (CA 246108)<br>kanderson@scott-scott.com<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: (212) 223-6444<br>Fax: (212) 223-6334 |
| Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>901 South MoPac Expressway<br>Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772 | Christopher M. Burke (CA 214799)<br>cburke@scott-scott.com<br>David H. Goldberger (CA 225869)<br>dgoldberger@scott-scott.com<br>Kate Lv (CA 302704)<br>klv@scott-scott.com<br>Hal D. Cunningham (CA 243048) |

5

Case No. 3:20-cv-08570-JD    Advertiser Plaintiffs' Second Set of Interrogatories to Defendant Meta Platforms, Inc.

| | |
|---|---|
| | hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508 |
| | Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br>Fax: (860) 537-4432 |

*Interim Co-Lead Counsel for the Advertiser Class*

| **LEVIN SEDRAN & BERMAN LLP** | **AHDOOT & WOLFSON, PC** |
|---|---|
| Keith J. Verrier (*pro hac vice*)<br>Austin B. Cohen (*pro hac vice*)<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>Tel.: (215) 592-1500<br>Fax: (215) 592-4663<br>kverrier@lfsblaw.com<br>acohen@lfsblaw.com | Tina Wolfson (CA 174806)<br>Robert Ahdoot (CA 172098)<br>Theodore W. Maya (CA 223242)<br>Henry J. Kelson (*pro hac vice*)<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel.: (310) 474-9111<br>Fax: (310) 474-8585<br>twolfson@ahdootwolfson.com<br>rahdoot@ahdootwolfson.com<br>tmaya@ahdootwolfson.com |

*Members of Executive Committee for the Advertiser Class*

6

Case No. 3:20-cv-08570-JD   Advertiser Plaintiffs' Second Set of Interrogatories to Defendant Meta Platforms, Inc.