1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
2 |     kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
3 | Los Angeles, CA 90017
Telephone: (213) 443-3000
4 |
*Counsel for Plaintiffs Maximilian Klein and*
5 | *Sarah Grabert*

6 | [Additional counsel listed on signature page]

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | SAN FRANCISCO DIVISION

| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL STEPHEN A. SWEDLOW** |
| vs. | |
| META PLATFORMS, INC., | The Hon. James Donato |
| Defendant. | |
| This Document Relates To: All Actions | |

1  PLEASE TAKE NOTICE that Stephen A. Swedlow (admitted *pro hac vice*) is no longer
2  affiliated with the law firm Quinn Emanuel Urquhart & Sullivan, LLP.  Pursuant to N.D. Cal. Civil
3  Local Rule 5-1(c)(2)(C), Quinn Emanuel hereby withdraws Mr. Swedlow's appearance in this
4  matter and further requests that: (a) his name be removed from any applicable service list herein;
5  and (b) the Clerk terminate the delivery of all CM/ECF notices addresses to
6  stephenswedlow@quinnemanuel.com in the above-captioned case.

7  Quinn Emanuel will continue to represent Plaintiffs Maximilian Klein and Sarah Grabert in
8  this matter.  The firm has filed an administrative motion to substitute Quinn Emanuel attorney Kevin
9  Y. Teruya for Mr. Swedlow as Interim Co-Lead Consumer Class Counsel.  *See* Dkts. 381, 384.  No
10 other changes are requested through this notice at this time regarding Plaintiff Klein's and Plaintiff
11 Grabert's counsel of record.

13 DATED:  December 1, 2022                    Respectfully submitted,

By:  */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Manisha M. Sheth (*pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Michelle Schmit (*pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

*Counsel for Plaintiffs Maximilian Klein and Sarah Grabert*

-1-                                                              Case No. 3:20-cv-08570-JD
NOTICE OF WITHDRAWAL OF COUNSEL STEPHEN A. SWEDLOW

**ATTESTATION OF KEVIN Y. TERUYA**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: December 1, 2022         By */s/ Kevin Y. Teruya*
                                                  Kevin Y. Teruya

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be electronically served on all attorneys of record.

By */s/ Kevin Y. Teruya*
Kevin Y. Teruya