**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Actions. | Consolidated Case No. 3:20-cv-08570-JD <br><br> **STIPULATION TO EXTEND TIME PURSUANT TO L.R. 6-1(a)** <br><br> The Hon. James Donato |

WHEREAS, Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, 406 Property Services, PLLC, Mark Berney, and Katherine Looper (collectively, "Advertiser Plaintiffs") served their Consolidated Advertiser Class Action Complaint on April 22, 2021 (ECF No. 86);

WHEREAS, pursuant to the Court's order, Advertiser Plaintiffs filed a First Amended Consolidated Advertiser Class Action Complaint ("First Amended Complaint") on February 28, 2022 (ECF No. 237);

WHEREAS, Meta filed a Motion to Dismiss the First Amended Complaint ("Motion to Dismiss") on March 21, 2022 (ECF No. 262);

WHEREAS, the Court denied the Motion to Dismiss on December 6, 2022 (ECF No. 396).

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Meta's deadline to respond to Advertiser Plaintiffs' First Amended Complaint is on or before December 20, 2022;

WHEREAS, Avertiser Plaintiffs' First Amended Complaint includes 879 numbered paragraphs and is 207 pages long.

WHEREAS, Meta represents that it is devoting substantial resources to reviewing and producing documents in advance of the December 19, 2022 subtantial competition of document production deadline.

WHEREAS, Meta represents that it has a number of in-house and outside counsel who are traveling in connection with other matters and the winter holidays.

WHEREAS, Meta and Advertiser Plaintiffs have agreed to allow an additional twenty-one (21) days for Meta to respond to Advertiser Plaintiffs' First Amended Complaint through January 10, 2023;

WHEREAS, Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, this extension is not sought for the purpose of undue delay and no party will be prejudiced by the brief extension of time;

ACCORDINGLY, pursuant to Civil Local Rules 5 and 6-1(a), Meta and Advertiser Plaintiffs, by and through their respective counsel, hereby stipulate that Meta's deadline to respond to the Advertiser Plaintiffs' First Amended Complaint shall be extended by twenty-one (21) days from December 20, 2022, up to and including January 10, 2023.

DATED:  December 12, 2022

Respectfully submitted,

By:  */s/ Yavar Bathaee*
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
Andrew C. Wolinsky (Bar No. 345965)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835

Brian J. Dunne (Bar No. 275689)
  bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
  egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (512) 575-8848

By:  */s/ Amanda F. Lawrence*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

Patrick J. Rodriguez (*pro hac vice*)
  prodriguez@scott-scott.com

By:  */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

Hal D. Cunningham (Bar No. 243048)
  hcunningham@scott-scott.com
Daniel J. Brockwell (Bar No. 335983)
  dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565

**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
  tmaya@ahdootwolfson.com
Henry Kelston (*pro hac vice*)
  hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
 Telephone: (310) 474-9111

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

| | |
|---|---|
| Dated:  December 12, 2022 | By:  */s/ Sonal N. Mehta*  <br>       Sonal N. Mehta |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

| | |
|---|---|
| Dated:  December 12, 2022 | By:  */s/ Sonal N. Mehta*  <br>       Sonal N. Mehta |