Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Kevin Y. Teruya (SBN 235916)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
kevinteruya@quinnemanuel.com

*Interim Co-Lead Consumer Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*,<br><br>                              Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>                              Defendant.<br><br>*This document relates to:*<br>ALL ACTIONS | Case No. 3:20-cv-08570-JD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. James Donato |

I, the undersigned, declare:

I am a resident of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action. My business address is 715 Hearst Avenue, Suite 300, Berkeley, California 94710.

On December 15, 2022, I served via secure electronic email the following document to the parties enumerated on the attached service list:

1. **Discovery Letter Brief to Compel Production from Apple Inc.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of December 2022 at Berkeley, California.

*s/ Brian R. Miller*
BRIAN R. MILLER

CERTIFICATE OF SERVICE
Case No. 3:20-cv-08570-JD

# SERVICE LIST

Karen Hoffman Lent
Evan R. Kreiner
**SKADDEN, ARPS, SLATE, MEATHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsmile: (212) 735-2000
Email: karen.lent@skadden.com
Email: evan.kreiner@skadden.com

*Counsel for Non-Party APPLE INC.*