**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**JOINT STIPULATION BETWEEN CONSUMER PLAINTIFFS, ADVERTISER PLAINTIFFS, AND DEFENDANT META PLATFORMS, INC. REGARDING SUBSTANTIAL COMPLETION DATE FOR DOCUMENT PRODUCTION**<br><br>The Hon. James Donato |

Consumer Plaintiffs ("Consumers"), Advertiser Plaintiffs ("Advertisers"), and defendant Meta Platforms, Inc. ("Meta"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Consumers, Advertisers, and Meta on November 4, 2022 filed a joint stipulation requesting a modification of the Court's scheduling order and an extension of fact discovery (Dkt. 376);

WHEREAS, Meta believed that—despite the broad scope and large number of documents being collected, searched, reviewed, and produced—it could substantially complete document production in response to already-served document requests by December 19, 2022;

WHEREAS, the Court set a modified case schedule (Dkt. 379), with fact discovery set to close on June 23, 2023 and a substantial completion deadline of December 19, 2022;

WHEREAS, Consumers and Advertisers anticipate substantially completing their document productions by December 19, 2022;

WHEREAS, Meta's document-review vendor advised Meta on December 6, 2022—less than two weeks before the December 19 substantial-completion date—that it had used an incorrect date field to search certain non-email document collections.

WHEREAS, Meta isolated the approximately 465,000 erroneously excluded documents and began reviewing them on December 6, 2022;

WHEREAS, in light of the volume of documents needing review, its ongoing efforts to substantially complete production of other data by December 19, 2022, and the intervening holidays, Meta anticipates completing review of the erroneously excluded documents in time to complete production of the responsive, non-privileged subset of those documents by January 13, 2023;

WHEREAS, notwithstanding the above challenges, Meta substantially completed production of email data for the first tranche of custodians on December 7, has to date substantially completed production of email data for 41 custodians, and anticipates substantially completing production of email data for the remaining 32 custodians by December 19, 2022 (with the exception of documents being considered for inclusion on its privilege log, which it will provide promptly, in

accordance with the Stipulated Privilege Protocol (Dkt. 176) and certain other search term hits that Meta and Advertisers agreed that Meta would produce by January 13, 2023).

ACCORDINGLY, Meta Platforms, Inc., by and through its counsel, hereby respectfully requests that the Court find that good cause exists to modify the scheduling order (Dkt. 379) and accordingly extend the substantial-completion deadline for the population of documents described above.  Plaintiffs agree to Facebook's request.  This stipulation is without prejudice to either side's position with respect to any other issue relating to the parties' respective document productions, the impact of these late productions on the schedule, and any impact on the scheduling of depositions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____         By: _____

                                       Hon. James Donato

                                       United States District Judge

| | |
|---|---|
| DATED:  December 15, 2022 | Respectfully submitted, |
| By: */s/ Shana E. Scarlett* <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> Shana E. Scarlett (Bar No. 217895) <br> shanas@hbsslaw.com <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br><br> Steve W. Berman (*pro hac vice*) <br> steve@hbsslaw.com <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br><br> **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** <br> W. Joseph Bruckner (*pro hac vice*) <br> wjbruckner@locklaw.com <br> Robert K. Shelquist (*pro hac vice*) <br> rkshelquist@locklaw.com <br> Brian D. Clark (*pro hac vice*) <br> bdclark@locklaw.com <br> Rebecca A. Peterson (Bar No. 241858) <br> rapeterson@locklaw.com <br> Arielle S. Wagner (*pro hac vice*) <br> aswagner@locklaw.com <br> Kyle J. Pozan (admitted *pro hac vice*) <br> kjpozan@locklaw.com <br> Laura M. Matson (admitted *pro hac vice*) <br> lmmatson@locklaw.com <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-6900 | By: */s/ Kevin Y. Teruya* <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> Kevin Y. Teruya (Bar No. 235916) <br> kevinteruya@quinnemanuel.com <br> Adam B. Wolfson (Bar No. 262125) <br> adamwolfson@quinnemanuel.com <br> Brantley I. Pepperman (Bar No. 322057) <br> brantleypepperman@quinnemanuel.com <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br><br> Michelle Schmit <br> michelleschmit@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br><br> Manisha M. Sheth (*pro hac vice*) <br> manishasheth@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> Telephone: (212) 849-7000 <br><br> *Interim Counsel for the Consumer Class* |

By: /s/ Yavar Bathaee
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
 yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
 awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835

Brian J. Dunne (Bar No. 275689)
 bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
 egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (512) 575-8848

**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
 twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
 rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
 tmaya@ahdootwolfson.com
Henry Kelston (*pro hac vice*)
 hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
 Telephone: (310) 474-9111

By: /s/ Amanda F. Lawrence
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
 alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
 pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
 msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

Patrick J. Rodriguez (pro hac vice)
 prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

Christopher M. Burke (Bar No. 214799)
 cburke@scott-scott.com
David H. Goldberger (Bar No. 225869)
 dgoldberger@scott-scott.com
Hal D. Cunningham (Bar No. 243048)
 hcunningham@scott-scott.com
Daniel J. Brockwell (Bar No. 335983)
 dbrockwell@scott-scott.com
Yifan (Kate) Lv (Bar No. 302704)
 klv@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
 kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
 acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

*Interim Counsel for the Advertiser Class*

By:   */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (SBN: 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

**ATTESTATION OF SONAL N. MEHTA**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: December 15, 2022            By */s/ Sonal N. Mehta*

                                    Sonal N. Mehta