**SCOTT+ SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Counsel for the Advertiser Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No.: 3:20-cv-08570-JD |
| Plaintiffs, | Honorable James Donato |
| vs. | **MOTION FOR WITHDRAWAL OF ATTORNEY CHRISTOPHER M. BURKE** |
| META PLATFORMS, INC., | |
| Defendant. | |

The undersigned counsel hereby moves to withdraw Christopher M. Burke's appearance as counsel in the above-captioned case as Mr. Burke is no longer employed by the firm of Scott+Scott Attorneys at Law LLP. Ms. Lawrence respectfully requests that Christopher M. Burke's name and email address be removed from the official docket. The Advertiser Classes will continue to be represented by the remaining attorneys on the docket, including those from Scott+Scott Attorneys at Law LLP.

| | | |
|---|---|---|
| 1 | Dated: December 19, 2022 | Respectfully Submitted, |

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Amanda F. Lawrence*

Amanda F. Lawrence (*pro hac vice*)
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
alawrence@scott-scott.com

*Interim Co-Lead Counsel for the Advertiser Classes*