**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**CLASS ACTION**<br><br>**ADVERTISER PLAINTIFFS' NOTICE REGARDING DKT. NO. 385** |

On November 29, 2022, the Advertiser Plaintiffs in this consolidated case filed a discovery letter brief regarding Defendant Meta Platforms, Inc.'s ("Facebook") refusal to answer three interrogatory responses—Advertiser Plaintiffs' Interrogatory Nos. 5, 7, and 8. (Dkt. No. 385.) On December 1, 2022, the Court directed Facebook to file a responsive letter brief by December 22, 2022. (Dkt. No. 386.)

On December 16, 2022, Facebook served responses to Advertiser Plaintiffs' Interrogatory Nos. 5, 7, and 8. Accordingly, Advertiser Plaintiffs withdraw their discovery letter brief filed at Dkt. No. 385.

**BATHAEE DUNNE LLP**

/s/ Yavar Bathaee
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Amanda F. Lawrence
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. Rodriguez (*pro hac vice*)
prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

*Interim Co-Lead Counsel for the Advertiser Class*

| | |
|---|---|
| **LEVIN SEDRAN & BERMAN LLP** | **AHDOOT & WOLFSON, PC** |
| Keith J. Verrier (*pro hac vice*) | Tina Wolfson (CA 174806) |
| kverrier@lfsblaw.com | twolfson@ahdootwolfson.com |
| Austin B. Cohen (*pro hac vice*) | Robert Ahdoot (CA 172098) |
| acohen@lfsblaw.com | rahdoot@ahdootwolfson.com |
| 510 Walnut Street, Suite 500 | Theodore W. Maya (CA 223242) |
| Philadelphia, PA 19106-3997 | tmaya@ahdootwolfson.com |
| Tel.: (215) 592-1500 | Henry J. Kelson (*pro hac vice*) |
| | hkelston@ahdootwolfson.com |
| | 2600 West Olive Avenue, Suite 500 |
| | Burbank, CA 91505 |
| | Tel.: (310) 474-9111 |

*Members of Executive Committee for the Advertiser Class*

**ATTESTATION OF BRIAN J. DUNNE**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Brian J. Dunne. By his signature, Mr. Dunne attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: December 20, 2022          By:   */s/ Brian J. Dunne*
                                        Brian J. Dunne

**CERTIFICATE OF SERVICE**

I certify that on December 20, 2022, I served a true and correct copy of Advertiser Plaintiffs' Notice Regarding Dkt. No. 385 on all counsel of record through filing on CM/ECF.

Dated: December 20, 2022          By:   */s/ Brian J. Dunne*
                                        Brian J. Dunne