AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California   ▼

| | |
|---|---|
| MAXIMILIAN KLEIN and SARAH GRABERT | ) |
| *Plaintiff* | ) |
| v. | ) |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

Case No.    3:20-cv-08570-JD

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MAXIMILIAN KLEIN and SARAH GRABERT                                                            .

Date:      12/22/2022

/s/ Claire D. Hausman
*Attorney's signature*

Claire D. Hausman (#282091)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
*Address*

clairehausman@quinnemanuel.com
*E-mail address*

(213) 443-3000
*Telephone number*

(213) 443-3100
*FAX number*