# EXHIBIT A

WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>        Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT META PLATFORMS, INC.'S THIRD SET OF INTERROGATORIES TO ADVERTISER PLAINTIFFS**<br><br>Judge: Hon. James Donato |

# INTERROGATORIES

**Interrogatory No. 9**

Describe in detail the full basis for Your contention (including by identifying all facts, Documents, and witnesses that relate to Your contention) that a relevant product market is the "Social Advertising Market," as alleged in Paragraphs 766 through 767 of the Advertiser Complaint.

**RESPONSE:**

**Interrogatory No. 10**

Describe in detail the full basis for Your contention (including by identifying all facts, Documents, and witnesses that relate to Your contention) that Meta had or has a monopoly in the "Social Advertising Market," including without limitation the date(s) on which you contend the Meta obtained a monopoly in said market, the date on which you contend Meta's monopoly ended in said market, and the reasons that Meta supposedly had a monopoly that began and ended on those dates.

**RESPONSE:**

**Interrogatory No. 11**

Separately for each act by Meta that You contend to be exclusionary, describe in detail the full basis for Your contention (including by identifying all facts, Documents, and witnesses that relate to Your contention) including without limitation all actual or potential competitors excluded from any candidate relevant market.

**RESPONSE**:

**Interrogatory No. 12**

If You contend that barriers to entry in the Social Advertising Market are insurmountable, describe in detail the full basis for Your contention (including by identifying all facts, Documents, and witnesses that relate to Your contention) including without limitation how