1  Caroline Van Ness (Bar No. 281675)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue
   Palo Alto, California 94301
3  Telephone: (650) 470-4660
   Facsimile: (213) 621-5430
4  Email: caroline.vanness@skadden.com

5  Karen H. Lent (*pro hac vice forthcoming*)
   Evan R. Kreiner (*pro hac vice forthcoming*)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   One Manhattan West
7  New York, NY 10001
   Telephone: (212) 735-3000
8  Facsimile:  (212) 735-2000
   Email: karen.lent@skadden.com
9  Email: evan.kreiner@skadden.com

10 *Counsel for Non-Party Apple Inc.*

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13

14 Maximilian Klein, et al.                CASE NO. 3:20-cv-08570-JD

15                    Plaintiffs,           **NOTICE OF APPEARANCE OF**
                                            **COUNSEL FOR APPLE INC.**
16         v.

17 Meta Platforms, Inc.,

18                    Defendant.

PLEASE TAKE NOTICE that Non-Party Apple Inc. ("Apple") hereby appears in the above-captioned action, and that Caroline Van Ness will serve as counsel for Apple and requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in this action, be provided to or served upon the undersigned at the address stated below:

    Caroline Van Ness (Bar No. 281675)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    525 University Avenue, Suite 1400
    Palo Alto, California 94301
    Telephone:   (650) 470-4500
    Facsimile:    (650) 470-4570
    Email: caroline.vanness@skadden.com

Dated: January 16, 2023                Respectfully submitted,

By:         */s/ Caroline Van Ness*
                   Caroline Van Ness

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
CAROLINE VAN NESS (SBN 281675)
caroline.vanness@skadden.com
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Counsel for Non-Party Apple Inc.*