UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Klein                                   ,

        Plaintiff(s),

  v.

Meta Platforms, Inc.           ,

        Defendant(s).

Case No. 20-cv-08570-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, G. Dustin Foster, an active member in good standing of the bar of the State West Virgina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See Attachment A in the above-entitled action. My local co-counsel in this case is Hal D. Cunningham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 243048.

MY ADDRESS OF RECORD

619-233-4565
MY TELEPHONE # OF RECORD

gfoster@scott-scott.com
MY EMAIL ADDRESS OF RECORD

600 W. Broadway, Suite 3300
San Diego, CA  92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

619-233-4565
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

hcunningham@scott-scott.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9221.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/19/2023                           G. Dustin Foster
                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of G. Dustin Foster is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE


## ATTACHMENT A
## APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

**PLAINTIFFS TO BE REPRESENTED BY G. DUSTIN FOSTER**

Affilious, Inc.,
Jessyca Frederick,
Mark Young,
Katherine Looper,
406 Property Services, PLLC, and
Mark Berney

STATE OF WEST VIRGINIA

I, C. Casey Forbes, Deputy Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Gary Dustin Foster, of Charleston, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 21st day of January, 2003, that he is an attorney in good standing in said Court and is currently on active status, and that his private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 6th day of January 2023, and in the 160th year of the State.

_____
Deputy Clerk, Supreme Court of Appeals of West Virginia

