UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Klein                         ,

    Plaintiff(s),

v.

Meta Platforms, Inc.          ,

    Defendant(s).

Case No. 20-cv-08570-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, G. Dustin Foster, an active member in good standing of the bar of the State West Virgina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See Attachment A in the above-entitled action. My local co-counsel in this case is Hal D. Cunningham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 243048.

_____  
MY ADDRESS OF RECORD

619-233-4565  
MY TELEPHONE # OF RECORD

gfoster@scott-scott.com  
MY EMAIL ADDRESS OF RECORD

600 W. Broadway, Suite 3300  
San Diego, CA  92101  
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

619-233-4565  
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

hcunningham@scott-scott.com  
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9221.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/19/2023

G. Dustin Foster
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of G. Dustin Foster is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/20/2023

_____
UNITED STATES DISTRICT JUDGE

## ATTACHMENT A
## APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

**PLAINTIFFS TO BE REPRESENTED BY G. DUSTIN FOSTER**

Affilious, Inc.,
Jessyca Frederick,
Mark Young,
Katherine Looper,
406 Property Services, PLLC, and
Mark Berney