1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2
   SONAL N. MEHTA (SBN 222086)
3     Sonal.Mehta@wilmerhale.com
   2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6000
5
   DAVID Z. GRINGER (*pro hac vice*)
6     David.Gringer@wilmerhale.com
   7 World Trade Center
7  250 Greenwich Street
   New York, New York 10007
8  Telephone: (212) 230-8800

9  ARI HOLTZBLATT (*pro hac vice*)
      Ari.Holtzblatt@wilmerhale.com
10 MOLLY M. JENNINGS (*pro hac vice*)
      Molly.Jennings@wilmerhale.com
11 2100 Pennsylvania Ave NW
   Washington, DC 20037
12 Telephone: (202) 663-6000

13 *Attorneys for Defendant Meta Platforms, Inc.*

14

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS**<br><br>Judge: Hon. James Donato |

1   TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

2   **PLEASE TAKE NOTE THAT** as of January 23, 2022, the Washington, DC office of

3   Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Ari

4   Holtzblatt and Molly Jennings is:

6   **WILMER CUTLER PICKERING HALE AND DORR LLP**

7   **2100 Pennsylvania Ave, NW**

8   **Washington, DC 20037**

10   The firm's telephone number and the attorneys' email addresses have not changed.

12   Dated: January 23, 2023                         Respectfully submitted,

13                                                   By: /s/ Ari Holtzblatt

14                                                   WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
15                                                   ARI HOLTZBLATT (*pro hac vice*)
                                                       Ari.Holtzblatt@wilmerhale.com
16                                                   MOLLY M. JENNINGS (*pro hac vice*)
                                                       Molly.Jennings@wilmerhale.com
17                                                   2100 Pennsylvania Ave NW
18                                                   Washington, DC 20037
                                                     Telephone: (202) 663-6000
19
20                                                   SONAL N. MEHTA (SBN 222086)
                                                       Sonal.Mehta@wilmerhale.com
21                                                   2600 El Camino Real, Suite 400
                                                     Palo Alto, California 94306
22                                                   Telephone: (650) 858-6000

23                                                   DAVID Z. GRINGER (*pro hac vice*)
                                                       David.Gringer@wilmerhale.com
24                                                   7 World Trade Center
25                                                   250 Greenwich Street
                                                     New York, New York 10007
26                                                   Telephone: (212) 230-8800

27                                                   *Attorneys for Defendant Meta Platforms, Inc.*

28