AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Klein | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-08570-JD |
| Meta Platforms, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Affilious, Inc., Jessyca Frederick, Mark Young, Katherine Looper, 406 Property Services, PLLC, and Mark Berney.

Date:   02/02/2023

/s/ Carmen A. Medici
*Attorney's signature*

Carmen A. Medici (CA 248417)
*Printed name and bar number*
600 W. Broadway
Suite 3300
San Diego, CA 92101

*Address*

cmedici@scott-scott.com
*E-mail address*

(619) 233-4565
*Telephone number*

(619) 233-0508
*FAX number*