**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
   kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
   shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
   yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
   alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATION TO AMEND THE DEPOSITION PROTOCOL**<br><br>Judge: Hon. James Donato |

WHEREAS, the Court ordered Consumer Plaintiffs, Advertiser Plaintiffs, and Defendant Meta Platforms, Inc. (collectively, the "Parties") to "meet and confer, in person to the extent possible, to work out a reasonable plan for overall deposition hours" in its January 20, 2023 Minute Order, ECF No. 424; and

WHEREAS, the Parties met and conferred on February 1, 2023 at the offices of Scott+Scott Attorneys at Law in New York, New York, and Wilmer Cutler Pickering Hale and Dorr in Palo Alto, California regarding deposition limits and reached agreement on the disputed issues; and

WHEREAS, except as specifically provided herein, the Stipulated Deposition Protocol, ECF No. 174, continues to govern all discovery depositions of Party and non-party witnesses, including depositions taken pursuant to Fed. R. Civ. P. 30(b)(6);

**IT IS HEREBY STIPULATED AND AGREED** by and through the Parties' respective counsel, that:

1) The Parties are bilaterally bound to the following deposition limits. All limits that apply "per side" apply to Meta Platforms, Inc., on the one hand, and User and Advertiser Plaintiffs collectively, on the other:

    a. Each side shall be limited to a total of two hundred and sixty (260) deposition hours of the current and former employees of Meta Platforms, Inc. and there shall be a maximum of 50 witnesses deposed under this category, per side. Each deposition shall count towards the 50-deposition limit and for a minimum of three (3) hours, even if the elapsed time on the record is less than three (3) hours.

    b. For nonparties to this action, not including former employees of Meta Platforms, Inc., the Parties shall be limited to a total of 105 deposition hours per side, with each deposition counting towards a minimum of (3) hours, even if the elapsed time on the record is less than three (3) hours.

2) Non-party depositions that are cross-noticed by Meta Platforms, Inc. and one or both of User and/or Advertiser Plaintiffs shall not exceed ten (10) hours total, with each side receiving up to five (5) hours of deposition time. If a lesser amount of time is negotiated for a given non-party, then the time allowed will be split equally (i.e., 50/50) between Meta

1  Platforms, Inc., on the one hand, and one or both of Users and/or Advertisers, on the other.
2  The Parties shall consult with cross-noticed deponents to split the deposition over a period
3  of two (2) days, if necessary, by mutual agreement.

4  3) If one side does not notice a particular deposition, that side shall be permitted to question
5  the deponent for up to one (1) hour at the end of primary questioning (i.e., before redirect
6  or recross), which time shall not count towards any of the limits set forth in this stipulation.

7  4) The Parties reserve their rights to seek reasonable modifications of these terms as
8  appropriate in individual instances and in good faith.

| | | |
|---|---|---|
| 1 | DATED:  February 3, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | By:  /s/ Shana E. Scarlett<br>**HAGENS BERMAN SOBOL SHAPIRO LLP** | By:  /s/ Kevin Y. Teruya<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

DATED:  February 3, 2023

By:  */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000

Steve W. Berman (*pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-7292


**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (*pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (*pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (*pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Arielle S. Wagner (*pro hac vice*)
  aswagner@locklaw.com
Kyle J. Pozan (*pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (*pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900

Respectfully submitted,

By:  */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:  (213) 443-3000

Michelle Schmit (*pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:  (312) 705-7400

Manisha M. Sheth (*pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000


*Interim Counsel for the Consumer Class*

| | | |
|---|---|---|
| 1 | By: */s/ Yavar Bathaee*<br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388) | By: */s/ Amanda F. Lawrence*<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*) |

By: */s/ Yavar Bathaee*
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835

Brian J. Dunne (Bar No. 275689)
  bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
  egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (213) 462-2772


**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
  tmaya@ahdootwolfson.com
Henry Kelston (pro hac vice)
  hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111

By: */s/ Amanda F. Lawrence*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

Patrick J. Rodriguez (*pro hac vice*)
  prodriguez@scott-scott.com230 Park
Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

Patrick J. Coughlin (Bar No. 111070)
  pcoughlin@scott-scott.com
Hal D. Cunningham (Bar No. 243048)
  hcunningham@scott-scott.com
Carmen A. Medici (Bar No. 248417)
  cmedici@scott-scott.com
Daniel J. Brockwell (Bar No. 335983)
  dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565


**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
  kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
  acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Telephone: (215) 592-1500


*Interim Counsel for the Advertiser Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:  /s/ Sonal N. Mehta
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (Bar No. 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com


*Attorneys for Defendant Meta Platforms, Inc.*

## ATTESTATION OF SONAL N. MEHTA

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated:   February 3, 2023         By:     /s/ Sonal N. Mehta
                                          Sonal N. Mehta