Case No. 3:20-cv-08570-JD

**APPLICATION TO APPOINT KEVIN Y. TERUYA AS
INTERIM LEAD CONSUMER CLASS COUNSEL**

**INDEX OF ATTACHMENTS**

| Attachment | Description |
|---|---|
| | Declaration of Kevin Y. Teruya |
| Exhibit A | Materials Describing "A Portrait of Asian Americans in the Law" Studies and Reports Completed by the National Asian Pacific American Bar Association, Yale Law School, and California Supreme Court Justice Goodwin H. Liu |
| Exhibit B | Law.com Article Entitled "Despite Diversity Efforts, Fewer Than 10% of MDL Leadership Posts Are Going to Attorneys Who Are Not White" |
| | Declaration of Cindy Reichline |
| | Declaration of Melissa B. Willett |
| | Declaration of Amy T. Brantly |
| | Declaration of Kathleen M. Sullivan |
| | Declaration of Sarah Grabert |
| | Declaration of Maximilian Klein |