## DECLARATION OF CINDY REICHLINE

I, Cindy Reichline, declare:

1. I am co-managing partner at the law firm of Butler Reichline Skruzmane LLP (BRS LLP). I am admitted to practice in the Northern District of California. I have personal knowledge of the statements set forth in this Declaration.

2. I have known Mr. Teruya for almost seven years having served as co-counsel with him and his colleagues at Quinn Emanuel for direct-action corporate plaintiffs in two separate complex and high-stakes antitrust matters, including an earlier case against Facebook. Mr. Teruya and I also served together on the Board of the Executive Committee of the Antitrust and Unfair Business Practices Section of the Los Angeles County Bar Association from approximately 2017 through 2020.

3. As a female litigator with nearly twenty-years of professional experience and a member of a female majority-owned firm, I have encountered my fair share of gender bias and discrimination. I fully support promoting equality in the practice of law and encouraging women to speak up about injustices they may face in the workplace. In all my experience with Mr. Teruya, he has always been professional and respectful of all voices and opinions, including those of female attorneys (at any level). I have described Mr. Teruya as "one of the good ones." He is not only a brilliant attorney who is dedicated to his practice and clients, but he is both honest and kind.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: February 1, 2023 in Los Angeles, California.

By _____

Cindy Reichline