# DECLARATION OF AMY T. BRANTLY

I, Amy T. Brantly, hereby declare as follows:

1. I am a partner with the law firm Kesselman Brantly Stockinger LLP. The information in this declaration is based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. I am a former President of the Women Lawyers Association of Los Angeles (2017-2018) and have long advocated for and supported the promotion of women into lead roles in every aspect of legal practice.

3. I am not involved in the litigation before this court but prepare this declaration to testify as to my own experience with attorney Kevin Teruya of Quinn Emanuel Urquhart & Sullivan, LLP.

4. I have known Mr. Teruya in a professional capacity for over a decade. I am currently Mr. Teruya's opposing counsel in an antitrust case pending in the Complex Department of the Los Angeles Superior Court.

5. Mr. Teruya has always been very professional, kind, and courteous to me in all of my prior dealings with him. He has never been dismissive of me in any way. I know him to be a smart, capable and dedicated lawyer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 2, 2023

_____
Amy T. Brantly