**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
 clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
 brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (admitted *pro hac vice*)
 manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Michelle Schmit
 michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

*Attorneys for Plaintiffs Maximilian Klein
and Sarah Grabert*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| vs. | **DECLARATION OF KATHLEEN M. SULLIVAN IN SUPPORT OF APPLICATION TO APPOINT KEVIN Y. TERUYA OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS INTERIM LEAD COUNSEL FOR THE CONSUMER CLASS** |
| META PLATFORMS, INC., | |
| Defendant. | |
| This Document Relates To: All Actions | |

I, Kathleen M. Sullivan, declare:

1.      I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would competently testify as follows.

2.      I respectfully submit this declaration in support of the *Klein* Plaintiffs' Application to Appoint Kevin Y. Teruya of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as Interim Lead Counsel for the Consumer Class.

3.      I am a name partner of Quinn Emanuel and currently senior counsel in its Los Angeles and New York offices.  I have practiced law for over 40 years and am the founding chair of Quinn Emanuel's national appellate practice.  My practice focuses principally on high-stakes appeals before the United States Supreme Court, the United States Courts of Appeals, and state supreme courts.  The *American Lawyer* recently awarded me its Lifetime Achievement Award, and I have previously also received lifetime achievement awards from *Chambers USA* and the *New York Law Journal*.  I have been ranked as a top appellate advocate by *Chambers USA*, *The Legal 500*, *Lawdragon*, *Benchmark Litigation*, and *Super Lawyers*.  Previously, I was the dean of Stanford Law School.  I have also taught as a law professor at both Stanford Law School and Harvard Law School.

4.      Quinn Emanuel has long been a leader in promoting the role of women litigators.  I am the first, and still the only, woman name partner in the Am Law 100.  As of December 2021, 62 of the firm's 280 partners are women, 19 of the firm's 47 core practice groups are headed by women, and 8 of the firm's branch office managing partners are women.  Quinn Emanuel was also recognized by Law360 as being one of two private law firms that have half of their attorney appearances in front of the United States Supreme Court staffed by female attorneys.  Fifty-seven percent of the firm's Supreme Court cases include women.  Year after year, many of Quinn Emanuel's women partners are named "Super Lawyers" in California, New York, and other locations.  Additionally, numerous Quinn Emanuel's female partners have been named to *Law360*'s "Top Female Trial Attorneys," *The Recorder*'s "Women Leaders in Law," *Daily Journal*'s "Top Women Lawyers" and "Top 75 Women Litigators," *Benchmark*'s "Top 250 Women in Litigation," and *The American Lawyer*'s "Top 45 Women Litigators Under 45."

5.      I have worked with Mr. Teruya on various matters since at least 2013.  In my experience, Mr. Teruya exemplifies the highest standards of respect, civility, collegiality, inclusiveness, and professionalism toward all lawyers on his teams.  Moreover, I have always found Mr. Teruya to be especially respectful of the contributions of women lawyers at our firm.  I remember in particular traveling with Mr. Teruya to attend the investiture of one of our women partners as a federal magistrate judge in 2015, and was struck at the time for his deep respect for his distinguished female colleague and willingness to go the extra mile to support her.

6.      For these reasons, I firmly believe that if Mr. Teruya is appointed as interim lead counsel for the Consumer Class, he and his team at Quinn Emanuel will ably uphold the standards of civility and professionalism required of all litigants that come before the Court, including by respecting and providing valuable opportunities to all women lawyers representing the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of February 2023 in Los Angeles, California.

By _____

Kathleen M. Sullivan