**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
 clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
 brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (admitted *pro hac vice*)
 manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Michelle Schmit
 michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

*Attorneys for Plaintiffs Maximilian Klein and Sarah Grabert*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant.<br><br>This Document Relates To: All Actions | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF SARAH GRABERT IN SUPPORT OF APPLICATION TO APPOINT KEVIN Y. TERUYA OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS INTERIM LEAD COUNSEL FOR THE CONSUMER CLASS** |

I, Sarah Grabert, declare:

1. I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would competently testify as follows.

2. I respectfully submit this declaration in support of the *Klein* Plaintiffs' Application to Appoint Kevin Y. Teruya of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as Interim Lead Counsel for the Consumer Class.

3. I am a named Plaintiff and proposed representative of the Consumer Class in the case captioned *Klein et al. v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.).

4. I have served as a named Plaintiff in this litigation since December 3, 2020, when Mr. Teruya and Quinn Emanuel filed the first complaint on my and Plaintiff Sarah Grabert's behalf.

5. Mr. Teruya and Quinn Emanuel have served as my counsel in this case for more than two years.

6. Given my retention of Quinn Emanuel and Mr. Teruya, as well as my participation in this case, I have had the opportunity to interact with them on a number of occasions. Since day one, it has been clear to me that Mr. Teruya and Quinn Emanuel take extremely seriously their representation of me and the Consumer Class and our interests.

7. I have also found Mr. Teruya and the Quinn Emanuel attorneys working on this case to be extremely helpful to me, including to my ongoing participation in this lawsuit. I have greatly enjoyed working with them.

8. I firmly believe that Mr. Teruya and the Quinn Emanuel team would always represent my and the Consumer Class's best interests, as they have done over the last two years. I therefore fully support the application to appoint Mr. Teruya as Interim Consumer Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of February 2023 in Barrington, Illinois.

By _____

Sarah Grabert