**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
 clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
 brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Manisha M. Sheth (admitted *pro hac vice*)
 manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Michelle Schmit
 michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

*Attorneys for Plaintiffs Maximilian Klein and Sarah Grabert*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Actions | Case No. 3:20-cv-08570-JD <br><br> Hon. James Donato <br><br> **DECLARATION OF MAXIMILIAN KLEIN IN SUPPORT OF APPLICATION TO APPOINT KEVIN Y. TERUYA OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS INTERIM LEAD COUNSEL FOR THE CONSUMER CLASS** |

I, Dr. Maximilian J. Klein, declare:

1. I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would competently testify as follows.

2. I respectfully submit this declaration in support of the *Klein* Plaintiffs' Application to Appoint Kevin Y. Teruya of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as Interim Lead Counsel for the Consumer Class.

3. I am a named Plaintiff and proposed representative of the Consumer Class in the case captioned *Klein et al. v. Meta Platforms*, *Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.).

4. Mr. Teruya and Quinn Emanuel have served as my attorneys in this case for more than two years.

5. Mr. Teruya and the Quinn Emanuel firm filed this case on my and Plaintiff Sarah Grabert's behalf on December 3, 2020. I understand that a number of other cases against Facebook were subsequently filed and consolidated with my case, and these cases all now bear my last name ("Klein").

6. Through my participation in this litigation, I have a number of times interacted with Mr. Teruya and the Quinn Emanuel attorneys working on this case. Mr. Teruya and the Quinn Emanuel team have always been friendly and professional.

7. I am extremely satisfied with Mr. Teruya's and Quinn Emanuel's representation of me. I feel Mr. Teruya and Quinn Emanuel are doing an excellent job representing me and the Consumer Class, and I am confident that they would continue to do so going forward. I therefore strongly support Mr. Teruya's appointment as Interim Consumer Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of February in Webster, New York.

By _____

Maximilian J. Klein