1  Shana E. Scarlett
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile:  (510) 725-3001
4  shanas@hbsslaw.com

5  *Counsel for Plaintiff Rachel Banks Kupcho*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, <br><br> Defendant. <br><br> This document relates to: <br><br> All Consumer Actions | Case No. 3:20-CV-08570-JD <br><br> DECLARATION OF PLAINTIFF RACHEL BANKS-KUPCHO IN SUPPORT OF APPLICATION FOR APPOINTMENT AS INTERIM LEAD CONSUMER CLASS COUNSEL BY SHANA E. SCARLETT OF HAGENS BERMAN SOBOL SHAPIRO LLP, OR IN THE ALTERNATIVE, SHANA E. SCARLETT AND REBECCA A. PETERSON OF LOCKRIDGE GRINDAL NAUEN P.L.L.P. |

010975-11/1441804 V2

I, Rachel Banks-Kupcho, declare as follows:

1. I am a Named Plaintiff in the matter captioned *Klein et al. v. Meta Platforms*, No. 3:20-cv-08570-JD.

2. I have been involved since the inception of this litigation. I am one of three named representatives for the consumer class. I have actively participated to date in this litigation through responding to interrogatories, and collecting documents for production to Defendant Facebook. I have been in frequent contact with attorneys from Hagens Berman Sobol Shapiro LLP and Lockridge Grindal Nauen P.L.L.P. throughout this litigation.

3. I have been apprised of the current discussion regarding leadership in this case through discussions with counsel. I understand that the Court has denied a motion to substitute Kevin Teruya as interim co-lead consumer class counsel. I understand the Court has stated that the consumer class counsel arrangement has become dysfunctional and not in the best interests of the putative class. I have communicated with Ms. Scarlett and Ms. Peterson and I agree with the Court's conclusion.

4. I believe both Hagens Berman and Lockridge value diversity, and I have worked with their attorneys and staff from varied backgrounds, including gender, age, race, nationality and sexual orientation.

5. I believe that diversity in the leadership team is essential to successfully representing myself as well as the national class that I represent.

6. Given the above, I support an appointment of Shana E. Scarlett as sole Lead Counsel in this case, or in the alternative, Shana E. Scarlett and Rebecca A. Peterson as Co-Lead Counsel for the consumer class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 3rd day of February, 2023 at Edina, Minnesota.



DocuSigned by:
2A93B3A7034D4E1...

RACHEL BANKS-KUPCHO