AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Maximillian Klein, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:20-cv-08570-JD |
| Facebook, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Affilious, Inc., Jessyca Frederick, Mark Young, Katherine Looper, 406 Prop. Serv., PLLC and Mark Berney     .

Date:     02/08/2023

/s/ Andrew M. Williamson
*Attorney's signature*

Andrew M. Williamson (CA 344695)
*Printed name and bar number*

Bathaee Dunne LLP
445 Park Avenue, 9th Floor
New York, NY 10022

*Address*

awilliamson@bathaeedunne.com
*E-mail address*

(301) 916-1560
*Telephone number*

*FAX number*