AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| KLEIN, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-08570-JD |
| META PLATFORMS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Affilious, Inc.; Jessyca Frederick; Mark Young; 406 Property Services, PLLC; Mark Berney; and Katherine Looper .

Date: February 15, 2023

/s/ Allison Watson Cross
*Attorney's signature*

Allison Watson Cross, Bar No. 328596
*Printed name and bar number*

Bathaee Dunne LLP
3420 Bristol St, Ste 600
Costa Mesa, CA 92626-7133

*Address*

across@bathaeedunne.com
*E-mail address*

213-462-2772
*Telephone number*

*FAX number*

Print    Save As...    Reset