| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone: (332) 322-8835<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>  alawrence@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br><br>*Interim Co-Lead Advertiser Class Counsel* | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                        Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED]** **ORDER TO AMEND THE DEPOSITION PROTOCOL**<br><br>Judge: Hon. James Donato |

**[~~PROPOSED~~ ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1) The Parties are bilaterally bound to the following deposition limits. All limits that apply "per side" apply to Meta Platforms, Inc., on the one hand, and User and Advertiser Plaintiffs collectively, on the other:

   a. Each side shall be limited to a total of two hundred and sixty (260) deposition hours of the current and former employees of Meta Platforms, Inc. and there shall be a maximum of 50 witnesses deposed under this category, per side. Each deposition shall count towards the 50-deposition limit and for a minimum of three (3) hours, even if the elapsed time on the record is less than three (3) hours.

   b. For nonparties to this action, not including former employees of Meta Platforms, Inc., the Parties shall be limited to a total of 105 deposition hours per side, with each deposition counting towards a minimum of (3) hours, even if the elapsed time on the record is less than three (3) hours.

2) Non-party depositions that are cross-noticed by Meta Platforms, Inc. and one or both of User and/or Advertiser Plaintiffs shall not exceed ten (10) hours total, with each side receiving up to five (5) hours of deposition time. If a lesser amount of time is negotiated for a given non-party, then the time allowed will be split equally (i.e., 50/50) between Meta Platforms, Inc., on the one hand, and one or both of Users and/or Advertisers, on the other. The Parties shall consult with cross-noticed deponents to split the deposition over a period of two (2) days, if necessary, by mutual agreement.

3) If one side does not notice a particular deposition, that side shall be permitted to question the deponent for up to one (1) hour at the end of primary questioning (i.e., before redirect or recross), which time shall not count towards any of the limits set forth in this stipulation.

4) The Parties reserve their rights to seek reasonable modifications of these terms as appropriate in individual instances and in good faith.

DATED: February 15, 2023

_____
JAMES DONATO
United States District Judge

Submitted by:

By: */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Steve W. Berman (*pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292


**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (*pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (*pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (*pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Arielle S. Wagner (*pro hac vice*)
  aswagner@locklaw.com
Kyle J. Pozan (*pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (*pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

By: */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000

Michelle Schmit (*pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400

Manisha M. Sheth (*pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000


*Interim Counsel for the Consumer Class*

| | |
|---|---|
| By: */s/ Yavar Bathaee*<br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>　yavar@bathaeedunne.com<br>Andrew C. Wolinsky (*pro hac vice*)<br>　awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone:  (332) 322-8835<br><br>Brian J. Dunne (Bar No. 275689)<br>　bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>　egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Telephone:  (213) 462-2772<br><br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (Bar No. 174806)<br>　twolfson@ahdootwolfson.com<br>Robert Ahdoot (Bar No. 172098)<br>　rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Bar No. 223242)<br>　tmaya@ahdootwolfson.com<br>Henry Kelston (pro hac vice)<br>　hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Telephone:  (310) 474-9111 | By: */s/ Amanda F. Lawrence*<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>　alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>　pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>　msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone:  (860) 537-5537<br><br>Patrick J. Rodriguez (*pro hac vice*)<br>　prodriguez@scott-scott.com230 Park<br>Avenue, 17th Floor<br>New York, NY 10169<br>Telephone:  (212) 223-6444<br><br>Patrick J. Coughlin (Bar No. 111070)<br>　pcoughlin@scott-scott.com<br>Hal D. Cunningham (Bar No. 243048)<br>　hcunningham@scott-scott.com<br>Carmen A. Medici (Bar No. 248417)<br>　cmedici@scott-scott.com<br>Daniel J. Brockwell (Bar No. 335983)<br>　dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone:  (619) 233-4565<br><br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>　kverrier@lfsblaw.com<br>Austin B. Cohen (*pro hac vice*)<br>　acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>Telephone:  (215) 592-1500<br><br><br>*Interim Counsel for the Advertiser Class* |

By:  */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (Bar No. 222086)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Email: Sonal.Mehta@wilmerhale.com

David Z. Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com


*Attorneys for Defendant Meta Platforms, Inc.*