UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Klein et al. , | Case No. 3:20-cv-08570-JD |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Meta Platforms, Inc. , | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, Adam Ernette, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Advertiser Plaintiffs in the above-entitled action. My local co-counsel in this case is Brian J. Dunne, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 275689.

| Bathaee Dunne, LLP | Bathaee Dunne LLP |
|---|---|
| 445 Park Ave., 9th Floor, New York, NY 10022 | 3420 Bristol St., Suite 600, Costa Mesa, CA 92626* |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (332) 223-4386 | (332) 322-8835 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aernette@bathaeedunne.com | bdunne@bathaeedunne.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6326866.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

*Mr. Dunne also maintains an office in Austin, Texas.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4   Dated: 2/16/2023                             /s/ Adam Ernette
                                                 APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Adam Ernette  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| One Prudential Plaza | 3161 West White Oaks Drive, Suite 301 |
|---|---|
| 130 East Randolph Drive, Suite 1500 | Springfield, IL 62704 |
| Chicago, Illinois 60601-6219 | (217) 546-3523  (800) 252-8048 |
| (312) 565-2600  (800) 826-8625 | Fax (217) 546-3785 |
| Fax (312) 565-2320 | |

Adam Thomas Ernette
131 Ambrose Street
Erie, CO 80516

Chicago
Wednesday, February 15, 2023

In re:   Adam Thomas Ernette
Admitted: 11/09/2017
Attorney No. 6326866

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

By:  _//s//:_ *Lisa Medina*
Lisa Medina
Deputy Registrar

LM