1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

3

4   Klein et al.                    ,        Case No. 3:20-cv-08570-JD

5        Plaintiff(s),

6      v.                                    **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                                              (CIVIL LOCAL RULE 11-3)
7   Meta Platforms, Inc.             ,

8        Defendant(s).

9

10   I, Adam Ernette, an active member in good standing of the bar of

11   Illinois, hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: Advertiser Plaintiffs in the

13   above-entitled action. My local co-counsel in this case is Brian J. Dunne, an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California. Local co-counsel's bar number is: 275689.

16   Bathaee Dunne, LLP                                    Bathaee Dunne LLP
     445 Park Ave., 9th Floor, New York, NY 10022          3420 Bristol St., Suite 600, Costa Mesa, CA 92626*
17   MY ADDRESS OF RECORD                                  LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18   (332) 223-4386                                        (332) 322-8835
     MY TELEPHONE # OF RECORD                              LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
     aernette@bathaeedunne.com                             bdunne@bathaeedunne.com
20   MY EMAIL ADDRESS OF RECORD                            LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22       I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: 6326866.

24       A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26       I have been granted pro hac vice admission by the Court  0  times in the 12 months

27   preceding this application.

28

*Mr. Dunne also maintains an office in Austin, Texas.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/16/2023

/s/ Adam Ernette
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Adam Ernette is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/17/2023

_____
UNITED STATES DISTRICT JUDGE