WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S RELEVANT MARKETS TUTORIAL SUBMISSION**<br><br>Judge: Hon. James Donato |

1    Since its inception almost twenty years ago, Facebook (now Meta) has faced vigorous

2  competition for users' time and attention from a broad array of competitors.  Facebook started as

3  a way for users to connect, share, and find community primarily with their friends and later family

4  or other connections.  But over time, that "friends and family sharing" became a small part of the

5  experience on Meta's family of apps (which now includes Facebook, Instagram, Messenger, and

6  others).  And critically, it in no way defines or constrains Meta's products and services or the scope

7  of competition Meta faces.  Meta competes for *engaged* user time and attention across a variety of

8  features and activities.  Maintaining and growing user engagement by offering features and user

9  experiences that attract users to choose to spend their time on Meta's family of apps is one of

10  Meta's most fundamental business goals.  Meta then monetizes its services by providing tools and

11  systems for businesses to manage and optimize advertising campaigns that can be shown to Meta's

12  engaged users.  As a result, Meta faces constraining competition for users' time and attention from

13  many services, including TikTok, YouTube, Apple (iMessage), Twitter, Snapchat, LinkedIn,

14  Reddit, Pinterest, Telegram, and many others.  And on the advertising side, Meta faces yet more

15  formidable competition, including from the companies listed above and Google, Amazon,

16  Microsoft, Apple, television, streaming services, and much, much more.

17    The competition for engagement is pivotal to Meta's time-honored business model of

18  advertisement-supported services because that engagement and the resulting time and attention is

19  what advertisers demand when they purchase advertising.  What the Court will hear—over and

20  over again—is that advertisers watch for and make spending decisions based on their return on

21  investment.  Advertisers have no shortage of options on where to spend their ad budgets.  If Meta

22  does not deliver engaged users, which then allow advertisers to meet their advertising goals, then

23  advertisers can easily take their dollars elsewhere.  Advertisers can and do switch between

24  advertising venues, sometimes on a daily basis.  Meta believes it offers advertisers a superior

25  experience, but this does not mean Meta does not face meaningful competition across many fronts.

26    Critically, advertising on Meta is not distinct from advertising through a host of other

27  sources, digital and non-digital alike.  Meta competes for ad budgets with providers of all forms

28  of advertising.  The made-up construct of "social advertising" disregards the direct and constant

1  competition Meta faces for advertising budgets with Google, Amazon, Apple, TikTok, video

2  streaming platforms, television, print media, and others.  Most advertisers are platform-agnostic,

3  and seek only to reach their target audiences while getting the best return on their advertising

4  investment.  Advertisers can achieve their goals elsewhere, and especially when they receive

5  results in real time, they may redirect where they spend their advertising dollars.

6  ## I.    PRESENTER BIOGRAPHY

7  Alex Schultz, Meta's Chief Marketing Officer and Vice President of Analytics, will present

8  for Meta at the tutorial.  After graduating from the University of Cambridge, Mr. Schultz worked

9  in marketing at eBay before joining Meta in 2007.  He is based in London.

10  Mr. Schultz began his career at Meta working on Meta's self-service advertising tool, Ads

11  Manager.  Mr. Schultz was instrumental in growing the Facebook, Instagram, and Messenger apps

12  to over a billion users each.  He pioneered Meta's integration of product and direct response

13  marketing and has run some of the biggest, most effective online advertising campaigns in the

14  company's history.  Mr. Schultz has deep insight into the interrelated nature of the competition

15  Meta faces for users and advertisers.  Since 2015, he has also led Meta's analytics team.  In that

16  capacity, Mr. Schultz identifies and evaluates data that Meta uses to measure itself against

17  competitors.  Mr. Schultz is also responsible for Meta's global consumer marketing organization

18  and for promoting Meta's brand, products, and services.  He therefore will offer the Court his

19  perspective as not only a seller of advertising, but also as an ad buyer.

20  ## II.   COMPETITION FOR USERS

21  It has never been easier for a website or app to acquire users.  A few users of a new app

22  can share their mobile contacts with the app, and begin engaging with existing connections on the

23  new product instantly.  App developers can also drive a large volume of downloads simply by

24  advertising on a competitor's site.  TikTok, for example, did both effectively.  It very effectively

25  advertised on Meta's apps to quickly amass a large user base, and it prompts users to share their

26  contacts and follow suggested friends.   LinkedIn and Snapchat also grew by prompting users to

27  share their contacts with the service. This is not a new trend—for example, Myspace contributed

28  to YouTube's growth by allowing embedded videos on users' pages—but has recently accelerated.

1      Competition for user engagement is the core battlefield.  Advertisers demand and pay for

2   *engaged*, active users.  That is why Meta is focused on competing to engage active users.  It closely

3   monitors the number of users who actively use its products on a monthly or daily basis (Monthly

4   Active Users (MAU) and Daily Active Users (DAU)), their Time Spent doing so, and other metrics

5   of engagement (interaction with ads, for example).  Every time a user opens her phone or computer,

6   she is choosing between Meta's products or those of a competitor's, such as TikTok, Snapchat,

7   Twitter, YouTube, iMessage, or Reddit, among others.  There are countless apps and services that

8   offer users the ability to connect with one another, discover content, and be entertained.  User

9   preferences ebb and flow, and innovative new activities and ways of driving engagement force

10  Meta and its competitors to stay on the cutting edge.  Indeed, Meta spends billions of dollars a year

11  on research and development—on new and existing features—to keep up with intense competition.

12      A.      Product Evolution in Response to Competition and Technology Improvements

13      The products that Meta offers today bear little resemblance, either in appearance or

14  function, to Facebook when it originally launched.  The dynamic nature of the industry has

15  required Meta to evolve and innovate to keep its users engaged, which it continues to work on

16  every day.  A handful of these many innovations are chronicled below.

17      1.      *News Feed*

18      In the early days of Facebook, users had to discover content by manually browsing across

19  pages or searching for it.  To improve this clunky and time-consuming aspect of the user

20  experience, Meta launched the News Feed in 2006.  News Feed presents new information for the

21  user to view in a single stream of updates.  This was revolutionary.  At the time, none of Facebook's

22  competitors had a similar feature.  News Feed was so successful that it soon became ubiquitous

23  across rival services.  Tumblr quickly launched its "dashboard," Twitter followed with "Instant

24  Timeline," and Pinterest introduced a "home feed."  Today, TikTok, YouTube, Nextdoor,

25  LinkedIn, Snapchat, and others use a version of feed-based sharing.   This innovation also helped

26  Facebook expand beyond sharing among direct connections (including friends and family), as

27  News Feed brought a broader range of content, such as interest-based posts, videos, and news

28  articles, to the center of the user experience.

2.      *Messaging and Calling*

While News Feed facilitated large-scale discovery and broadcast sharing, user demand emerged for communications services facilitating one-to-one threads and group chats. Messaging is an inherently social function, and Meta has substantially expanded its offerings in messaging and direct sharing over time. While messaging functionality was originally integrated and successful on the Facebook desktop experience (accessed through a web browser), the shift towards mobile apps as smartphones became ubiquitous intensified competition for messaging, with iMessage becoming the dominant messaging app on mobile, which prompted Meta to launch its own messaging service (Messenger) and later to acquire and develop WhatsApp. Instagram also offers Direct Messaging, and each of Meta's apps now facilitate video calls.

Messaging has become the leading means for sharing among users' friends and family. In the United States, Meta's messaging products lag behind Apple's proprietary services iMessage and FaceTime. Both are extremely popular products that come pre-installed on every iPhone. In fact, iMessage is the leading messaging app in the United States, and it continues to expand its lead. Twitter, Snapchat, Signal, Telegram, and many other widely used apps likewise offer messaging capabilities. Indeed, TikTok recently expanded its own messaging feature.

Facebook also offers the popular Groups feature, allowing users to connect, learn, and share based on similar interests, hobbies, and passions. Here too, Meta is not unique. Apps like Discord, for example, which allow users to join interest-based chat and sharing threads, have entered the space, adding more competitors to Groups. And messaging competitors, including iMessage and others, are of course core competitors for small group interaction. Many users are now members of multiple group chats in different places.

3.      *Stories*

In March 2012, the Korean messaging app KakaoTalk launched KakaoStory, an innovative way for users to share photos and short videos for a limited period of time. The app quickly amassed over ten million DAUs who published hundreds of millions of stories, and commented billions of times on those stories, every day. The industry quickly responded. Snapchat, which was already in the market as an ephemeral photo-sharing and messaging app, followed with its

1   own Stories feature over a year later.  Meta launched Instagram Stories, which it later expanded to

2   Facebook, and introduced WhatsApp Statuses, a similar method for ephemeral sharing.  Sharing

3   via stories is now a central component of the user experience, both on Meta's apps and on the

4   extensive set of competitive apps that also offer story-based sharing, including LinkedIn, Pinterest,

5   YouTube Stories, TikTok and even the mlb.com app. Moreover, just this past November, Signal

6   launched its version of Stories, describing it as one of the most common feature requests from their

7   users because users have integrated stories into the way that they connect with one another.

8              4.      *Long-Form Video*

9          While YouTube pioneered streaming videos on the Internet when it launched in 2005,

10  Facebook has also long offered the ability to watch videos on its website and app.  Video sharing

11  and consumption were important aspects of the user experience on Facebook and many of its early

12  competitors—including Myspace, which allowed users to embed YouTube videos directly on their

13  pages—and it continues to be.  In recent years, user time spent watching videos on Meta's apps

14  and Meta's competitors' has increased substantially.  So much so that watching video—including

15  video content from users and sources to whom the viewer is not directly connected, like a public

16  figure or news source—has come to account for the majority of time spent on Facebook.  As users

17  have shown an increased interest in video, Meta has worked to provide users with an engaging

18  video streaming experience within its apps.  For instance, in 2017 Meta introduced Watch and

19  Scroll.  Scroll is a picture-in-picture feature that allows users to scroll through their News Feeds

20  while a video is playing.  Meta also launched Facebook Watch, its foray into original content

21  including new shows like Red Table Talk.  Meta and others have also invested in programs to

22  entice content creators to their apps tied to the engagement their content drives. Users now spend

23  more time on Facebook streaming video than they do on any other activity on Facebook.

24             5.      *Short-Form Video*

25         In the past few years, largely prompted by the meteoric rise of TikTok, short-form video

26  has emerged as an increasingly important form of user engagement on YouTube, Snap, and Meta's

27  apps, among others.  This is particularly true, although not exclusively, among younger users.

28  Short-form video creates a sense of belonging and an opportunity to interact with others who share

common interests or to stay current with the latest trends (a viral dance challenge or recipe or beauty tip, for example).  Users can create and share videos, and they can like, share, and comment on short-form videos—as they do to long-form videos and on News Feed—created by users outside their network. With the introduction of Reels in August 2020, many Instagram and Facebook users now share short-form videos with a broader audience, or watch videos created by users that they follow (a celebrity or influencer, for example) or to whom they are otherwise not connected at all, much as they do on TikTok or YouTube Shorts.  At the same time, TikTok is expanding its reach into "friends and family" sharing by aggressively prompting users to upload their mobile contacts, suggesting "people you may know" to follow, and asking users to invite friends to TikTok to facilitate in-app interactions among existing contacts, and by promoting messaging heavily to drive engagement in more private contexts within the app.

B.    Competition for User Engagement is Dynamic

Meta does not compete in a static industry.  The features and experiences that users find engaging are constantly evolving, and firms are in a race to provide the most compelling experiences to meet users' ever-shifting needs as technology improves to facilitate innovations.

1.    *The Industry Is Always Evolving*

The evolution of Meta's apps has taken place against a backdrop of a series of sea-changes in technology that have changed the way users engage with content.  When Facebook launched in 2004, its functionality reflected the limits of the Internet at the time.  Pages were largely static, most often viewed on computers, and offered few opportunities for interaction.  Facebook's innovations in developing interfaces allowing other users to comment on, post, or "like" material on another user's page helped usher in the modern, user-driven era of the Internet.

With the advent of the smartphone, user engagement moved increasingly to mobile devices.  Meta and other firms needed to meet users where they were by creating compelling mobile experiences.  Meta launched a mobile app, and enhanced its messaging capabilities to compete with SMS texting and Apple's pre-installed iMessage.  Other mobile-based competitors like KakaoStory in Korea and Snapchat emerged to leverage mobile-only features, like smartphones' integrated cameras and vertical orientation for displaying content.  Meta and others

1    met that challenge by adopting and improving, among other things, story-based sharing features.

2    As mobile devices became more sophisticated, and users began accessing high-speed

3    internet remotely through mobile broadband and enhanced wireless networks, new threats

4    emerged.  Mobile video streaming became more viable and ubiquitous because of increased

5    connection speeds, which strengthened established competitors like YouTube and allowed novel

6    video-based use cases, like TikTok's short-form streaming, to emerge.  There is a seemingly

7    endless stream of new ways for users to spend time online, facilitated by rapidly changing

8    technologies and innovators with the drive to execute on compelling and differentiated concepts.

9    New entrants like Twitch, TikTok, and BeReal have grown exponentially in the past few years.

10                        2.        *Firms Compete on Quality of Their Features*

11   Meta and other firms compete through improving the quality of the user experience by

12   constantly adding new and improved features.  The products are free, so users are not choosing on

13   price.  They are drawn to the best experience and feature set.  People do not need Facebook and

14   Instagram.  Instead, they use these services, for example, to be entertained, to connect with a group

15   with shared interests, to discover and learn about things they love, or to share content with friends

16   and family or more broadly with the public at large.  Facebook and Instagram can help them do

17   any or all of that, but so can countless other apps, and in a variety of different ways.  Users will

18   pick whichever services and apps provide them with the best experiences.  As users' preferences

19   evolve and users are exposed to apps offering new use cases, Meta and others must also evolve

20   and innovate to keep users engaged. TikTok is just one example: as TikTok launched and gained

21   popularity, Meta, YouTube and others launched short-form video functionality to keep up. In the

22   same vein, competition to provide the most engaging user experience and feature set has driven

23   TikTok to adopt similar features to its competitors, including Meta.

24   It is no surprise that competition for user time and attention is fierce. Any individual user

25   only has so much time to devote to entertainment and social interaction.  Every day, existing apps

26   and offerings compete for that time, and every day, there are new apps or offerings that are fighting

27   to do the same.  If Meta is not interesting and relevant to its users, users will engage less.  Meta is

28   able to continue innovating and providing useful and engaging products for its billions of users by

1  generating ad revenue, the same business model used by television, radio, and newspapers. Meta

2  grows engagement of its users by continually improving the quality of its products, offering new

3  features or ways to consume content, and evolving to meet user demands as they change.

4  **III.   COMPETITION FOR ADVERTISERS**

5       Meta is in the advertising business—it makes money by showing ads to its engaged users.

6  Like the competition for those users' time and attention, the competition for advertisements to

7  show those users is fierce. Businesses constantly change where they spend advertising dollars.

8  Opportunities to show advertisements are ubiquitous and exist essentially anywhere there are

9  consumers. Across the multitude of formats and venues available—including print, television,

10 online, and out-of-home—advertisers can reach the same audience in multiple places. As a result,

11 advertisers can and do shift their spend, often in real-time, across these options to reach their

12 desired audience in the most favorable context to optimize return on advertising spend.

13      All advertising involves choices about targeting. For example, the most effective context

14 in which to reach an audience of luxury traveler customers may well be in the *Conde Nast Traveler*

15 magazine, or on a billboard next to the first-class lounge at the airport. Showing a travel ad to a

16 user through an online venue like Meta—which could understand from the user's revealed

17 preferences and activities on the apps that she is interested in travel—is not necessarily more

18 targeted than advertising to the same person in a travel publication where they have revealed their

19 interest in traveling by picking up the magazine. Indeed, targeting via a magazine with a specific

20 subscriber base or via a billboard in a specific geographic location could be more precise and yield

21 better outcomes for an advertiser than an ad on Facebook.

22      Competition for advertising dollars is based on which venue, or combination of venues,

23 can most efficiently reach the advertiser's intended audience of consumers and drive the

24 advertiser's desired outcome. Advertising on Meta offers a compelling value proposition for some

25 advertisers because it delivers results. But the advantages it offers are not unique. And Meta must

26 continuously innovate against many competitive venues while keeping its user base engaged.

27      Advertisers approach Meta with a variety of goals and expectations. Like its competitors,

28 Meta is expected to allow advertisers to get reliable results as easily and cost-effectively as they

1    can elsewhere.  Advertisers are focused on results and decide where to advertise based on the

2    results they get.  Ad formats, targeting, and advertiser tools like analytics or content-creation tools

3    are part of the value proposition for Meta and its many competitors.  Ultimately, if Meta ads are

4    not effective, and its competitors' ads are more effective, then advertisers will go elsewhere.

5            A.      Self-Service Platform

6            Nearly all ads on Meta's properties are purchased through Meta's Ads Manager.  Ads

7    Manager is a "self-service" ad buying tool that allows individual advertisers, of any size, to

8    purchase advertising and set parameters for their ad campaigns in a single interface.  Many of

9    Meta's competitors, such as Google, Amazon, Apple, TikTok, Hulu, Pinterest, and Twitter, also

10   offer self-service ad-buying tools.  Self-service tools make advertising accessible, and give

11   advertisers the control to start, pause, expand, or reduce spend on a particular venue in real time.

12           B.      Campaign Objectives

13           Advertisers come to Meta with varying objectives.  Advertisers are given the ability to set

14   an "Objective" for their ad campaign, which is the goal that the advertiser wants to achieve.  Meta

15   adjusts the way it delivers the advertiser's ad in order to best achieve the advertiser's Objective.

16           Some of Meta's ad campaign Objectives contemplate the user taking a specific action in

17   relation to the ad that they are shown.  The "Traffic" Objective is designed to steer users to a

18   destination, like the advertiser's website or app.  The "Engagement" Objective seeks consumers

19   who will interact with the advertiser's business or page in some way, such as by liking or following

20   the Facebook page of a large travel accessory retailer or messaging a boutique travel agency to set

21   up a consultation.  And Meta's "App Promotion" Objective helps developers drive installation of

22   their apps, which of course competes with Apple's App Store advertising among others.

23           Advertisers can also set a "Sales" Objective, which aims to find consumers likely to

24   purchase the advertiser's goods or services at the time they see the ad.  There is a wide range of

25   options available to advertisers pursuing this Objective.  Advertising on Google Search, Bing

26   Search, and Yelp are very effective at driving actions, as consumers in those contexts may already

27   be looking for a particular product, and ad opportunities exist in the results shown to users after

28   they search for it.  Amazon has also recently emerged as a very strong alternative for advertisers

1    seeking to drive sales.  Many product searches begin (and end) on Amazon's online shopping

2    platform, and Amazon has become increasingly skilled at using the information it gleans from its

3    customers to show them ads for products they are likely to buy.

4         The "Leads" Objective focuses on collecting leads for the advertiser—for example,

5    encouraging potential customers to join a boutique travel agency's mailing list or giving the agency

6    leads on individuals that might have an interest in a particular activity.  The agency can then engage

7    directly with the lead (on the phone or by email), help them book that activity, and ideally, sign

8    them up as a long-term client.  Lead generation is not novel.  It has been around for as long as

9    people have been advertising products and services because it gets advertisers results.

10        The Awareness Objective is age-old.  To achieve the Awareness Objective, Meta will make

11   sure the ad reaches as many people as possible, within the advertiser's targeting criteria and budget,

12   with the goal of reaching the audience most likely to remember the ad.  Advertisers with an

13   Awareness Objective have a wide range of options available to them.  Google is very effective at

14   placing ads on third-party websites to reach users casually browsing the web, which is an effective

15   context for Awareness ads.  So are TV spots—like ads during the Super Bowl or other big events.

16        C.    Target Audience

17        After setting an objective, an advertiser using Meta Ads Manager can specify the users to

18   whom it wants to show its ad.  Targeting ads is not unique to Meta; nearly all ads are targeted.  For

19   example, showing a travel ad for a luxury trip on Facebook may not be any more targeted (and

20   indeed, is potentially far less targeted) than showing the same ad in a high-end travel magazine

21   read by consumers who are already interested in that sort of travel, or on the Travel Channel, where

22   the same is true.  There are three main tools a Meta advertiser can use to select its audience: (1)

23   Core Audiences, (2) Custom Audiences, and (3) Lookalike Audiences.

24        Core Audiences allows advertisers to target their ads to users who meet the advertiser's

25   criteria, such as location, age range, and interests.  This is not a unique feature.  Nearly every

26   online advertising venue facilitates this kind of targeting.  And it is also achievable offline—an

27   advertiser may choose to purchase an advertisement in a particular magazine or during a particular

28   television show based on its general subscriber or viewer characteristics and demographics

1   (advertising a luxury vacation in a luxury travel magazine or during a travel show, for example).

2   Custom Audiences allows the advertiser to provide Meta with a preset list of its intended

3   audience to which Meta will target the ad.  In many cases, this will be a list of prior customers or

4   leads the advertiser has generated.  For example, a large travel accessory retailer may have the

5   email addresses of customers who have bought luggage from its website, or a boutique travel

6   agency may have a mailing list of prospective customers.  Meta can use that information (which

7   is provided with privacy-protections) to help identify the customers' Facebook accounts and show

8   the retailer's ad to those users.  Many of Meta's competitors have the same capabilities, including

9   Google, Apple, Amazon, TikTok, LinkedIn, and Pinterest.  Importantly, the targeting data used

10   here is the advertiser's, not Meta's—it can be used anywhere that offers a custom audience feature.

11   Lookalike Audiences is a feature that identifies new users with similar characteristics and

12   interests to the users in the advertiser's Custom Audience, and shows the ad to those new users.

13   For example, if Meta determines that many users in the boutique travel agency's Custom Audience

14   are interested in Ecotourism, Meta can show the ad to other users with that interest who are not in

15   the Custom Audience.  This feature is also available from many of Meta's advertising competitors.

16   D.   Ad Format and Placement

17   Meta offers dozens of ad Placement options, including allowing the advertiser to select

18   specific features and pages on Meta's apps in which its ad will appear—such as the Facebook or

19   Instagram Feeds, Reels, or in Facebook Search Results.  Certain ad formats work better in

20   particular Placements.  For example, a video ad that displays vertically on the screen is best suited

21   for one of Meta's video features, like Reels or Facebook Watch.  In Ads Manager, the advertiser

22   can select from these options or allow Meta to manage the Placement.

23   To be sure, different ad venues may offer different ad formats including formats that

24   uniquely serve the channel and get advertisers the best results. For radio (traditional or streaming),

25   for example, an ad voiced by a DJ or by a celebrity might deliver the best results. Different

26   channels (digital and non-digital) may thus innovate with new formats, but they all compete widely

27   on results they drive for advertisers.  Notably, however, virtually every ad format available through

28   Meta can be found elsewhere. Advertisers can use the same creative across multiple venues, for

1    instance by running the same video ad they would show through Reels on TikTok, YouTube, or

2    television, or by placing the same image-based ad they would show in Facebook News Feed on ad

3    space on a third-party website purchased through Google.  Of course, ad formats have also evolved

4    as the venues have evolved—ads now frequently appear as stories or short-form videos.

5              E.       Campaign Performance Measurement

6              Once the ad is up and running, Meta provides advertisers with dozens of detailed and

7    dynamic measurement tools demonstrating the performance of the ad campaign as it progresses.

8    These tools show, among other things, how many times the ad was shown, how many times

9    someone clicked on the ad, and how many people bought the product because of the ad.

10             Fundamentally, advertisers—large and small—look first and foremost at the results they

11   see in their own data to determine whether or not they get more customers, leads, or visits to their

12   site when they buy an ad. Many advertisers then use telemetry from third party data and Meta's

13   tools to measure how they got those results and what they spent to get them. If these data show

14   that an ad campaign on Meta is delivering unsatisfactory results, the advertiser can immediately

15   stop the campaign and reallocate its spend to another venue.  Advertisers are able to switch

16   between ad venues easily in part because ad creatives are largely portable.  For example, the same

17   30 second ad for a hotel chain could be shown on broadcast, cable, or streaming TV (tied to a

18   travel show, for example), on Facebook, TikTok, YouTube, or on a webpage for a travel magazine.

19             Many advertisers—particularly large, sophisticated buyers with complex budgets and often

20   an ad agency assisting them—reallocate spend on an hourly or daily basis.  And all advertisers

21   have the ability to react to real-time data on the performance of their campaigns.  Moreover, nearly

22   all major online ad venues—including Google, Amazon, Apple, TikTok, LinkedIn, and

23   Pinterest—offer their own measurement information for advertising on their platforms.  The

24   performance data that all these competitors provide advertisers are inputs in spend allocation

25   decisions and facilitate switching across venues.

26   **IV.    CONCLUSION**

27             Meta faces ferocious competition for both the time and attention of engaged users and the

28   budgets of advertisers.  We look forward to discussing these issues further at the tutorial.

1

2     Dated:  February 17, 2023                    Respectfully submitted,

3                                                  By: */s/ Sonal N. Mehta*

4                                                  SONAL N. MEHTA (SBN 222086)
                                                    Sonal.Mehta@wilmerhale.com
5                                                  WILMER CUTLER PICKERING HALE
                                                   AND DORR LLP
6                                                  2600 El Camino Real, Suite 400
7                                                  Palo Alto, California 94306
                                                   Telephone: (650) 858-6000
8

9                                                  DAVID Z. GRINGER (*pro hac vice*)
                                                    David.Gringer@wilmerhale.com
10                                                 ROSS E. FIRSENBAUM (*pro hac vice*)
                                                    Ross.Firsenbaum@wilmerhale.com
11                                                 WILMER CUTLER PICKERING HALE
                                                   AND DORR LLP
12                                                 7 World Trade Center
                                                   250 Greenwich Street
13                                                 New York, New York 10007
14                                                 Telephone: (212) 230-8800

15                                                 ARI HOLTZBLATT (*pro hac vice*)
                                                    Ari.Holtzblatt@wilmerhale.com
16                                                 MOLLY M. JENNINGS (*pro hac vice*)
                                                    Molly.Jennings@wilmerhale.com
17                                                 PAUL VANDERSLICE (*pro hac vice*)
                                                    Paul.Vanderslice@wilmerhale.com
18                                                 WILMER CUTLER PICKERING HALE
                                                   AND DORR LLP
19                                                 2100 Pennsylvania Avenue NW
20                                                 Washington, DC 20037
                                                   Telephone: (202) 663-6000
21

22                                                 MICHAELA P. SEWALL (*pro hac vice*)
                                                    Michaela.Sewall@wilmerhale.com
23                                                 WILMER CUTLER PICKERING HALE
                                                   AND DORR LLP
24                                                 60 State Street
                                                   Boston, Massachusetts 02109
25                                                 Telephone: (617) 526-6000

26

27                                                 *Attorneys for Defendant Meta Platforms, Inc.*

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that on this 17th day of February, 2023, I electronically transmitted the

3  foregoing document to the Clerk's Office using the CM/ECF System.

4

                                  */s/ Sonal N. Mehta*

5                                 Sonal N. Mehta

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28