# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: February 28, 2023                                              Judge: Hon. James Donato

Time: 2 Hours & 54 Minutes

Case No.      3:20-cv-08570-JD
Case Name     Klein et al v. Meta Platforms, Inc.

Attorneys for Plaintiffs:      Shana Scarlett, Kevin Teruya, Nicholas Economides -- Expert
                               Brian Dunne, Brantley Pepperman, Yavar Bathaee, Amanda
                               Lawrence, David Sibley -- Expert
Attorney for Defendant:        Sonal Mehta, Alex Schultz -- Witness

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Tutorial Hearing -- Held (Not Reported)

## NOTES AND ORDERS

The Court hears market tutorials from both sides.

The case management conference set for March 16, 2023, is vacated. The parties should advise the Court, at least one week in advance, if they wish to cancel the conference set for May 11, 2023.