UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXIMILIAN KLEIN, et al.   ,

Plaintiff(s),

v.

META PLATFORMS, INC   ,

Defendant(s).

Case No. 3:20-cv-08570-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Geoffrey M. Klineberg , an active member in good standing of the bar of the District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Meta Platforms, Inc. in the above-entitled action. My local co-counsel in this case is Sonal N. Mehta , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 222086 .

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
MY ADDRESS OF RECORD

Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 326-7928
MY TELEPHONE # OF RECORD

(650) 858-6000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gklineberg@kellogghansen.com
MY EMAIL ADDRESS OF RECORD

sonal.mehta@wilmerhale.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 444503 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court    1    time in the 12 months preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: _____3/01/2023_____            Geoffrey M. Klineberg_____

5                                                             APPLICANT

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

11      IT IS HEREBY ORDERED THAT the application of ___Geoffrey M. Klineberg___ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _3/2/2023_____

17  _____

18  UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California