AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MAXIMILLIAN KLEIN, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:20-cv-08570-JD |
| META PLATFORMS, INC., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Rachel Banks Kupcho                                                                          .

Date:   03/03/2023                                    /s/ Christopher R. Pitoun
                                                                   *Attorney's signature*

                                                         Christopher R. Pitoun (SBN 290235)
                                                           *Printed name and bar number*

                                                         Hagens Berman Sobol Shapiro LLP
                                                         301 North Lake Avenue, Suite 920
                                                                  Pasadena, CA 91101
                                                                         *Address*

                                                           christopherp@hbsslaw.com
                                                                    *E-mail address*

                                                                  (213) 330-7150
                                                                 *Telephone number*

                                                                  (213) 330-7152
                                                                    *FAX number*