AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| MAXIMILLIAN KLEIN, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-08570-JD |
| META PLATFORMS, INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Rachel Banks Kupcho                                              .

Date:     03/02/2023

/s/ Thomas E. Loeser
*Attorney's signature*

Thomas E. Loeser (SBN 202724)
*Printed name and bar number*

Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
*Address*

toml@hbsslaw.com
*E-mail address*

(206) 623-7292
*Telephone number*

(206) 623-0594
*FAX number*