1  Alexis C. Holmes (SBN 321393)
   (holmesa@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
3  Palo Alto, California 94303
   Telephone:     (650) 461-5600
4  Facsimile:     (650) 461-5700

5  *Counsel for Non-Party Brian Acton*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| MAXIMILIAN KLEIN, et al., | ) | Case No. 3:20-cv-08570-JD |
|---|---|---|
| Plaintiffs, | ) | The Honorable James Donato |
| vs. | ) | NOTICE OF APPEARANCE OF ALEXIS C. HOLMES AS COUNSEL OF RECORD FOR NON-PARTY BRIAN ACTON |
| META PLATFORMS, INC., | ) | |
| Defendant. | ) | Hon. James Donato |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE of the appearance of Alexis C. Holmes of Sullivan & Cromwell LLP, appearing as counsel of record for and on behalf of Non-Party Brian Acton (hereinafter, "Mr. Acton").

>Alexis C. Holmes (SBN 321393)
>SULLIVAN & CROMWELL LLP
>1870 Embarcadero Road
>Palo Alto, California 94303
>Telephone:  (650) 461-5600
>Facsimile:  (650) 461-5700
>E-mail:  holmesa@sullcrom.com

Alexis C. Holmes is licensed to practice law in the State of California, is a member in good standing with the California State Bar, and is admitted to practice law in the Northern District of California.  Counsel respectfully requests that she be added to the service list as counsel of record for Mr. Acton and that she be noticed on all matters in this action.

Dated: March 21, 2023

>/s/ Alexis C. Holmes
>Alexis C. Holmes (SBN 321393)
>SULLIVAN & CROMWELL LLP
>1870 Embarcadero Road
>Palo Alto, California 94303
>Telephone:  (650) 461-5600
>Facsimile:  (650) 461-5700
>
>*Counsel for Non-Party Brian Acton*