AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Klein | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-08570-JD |
| Meta Platforms, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Affilious, Inc., Jessyca Frederick, Mark Young, Katherine Looper, 406 Property Services, PLLC, and Mark Berney.

Date:     03/27/2023

s/ Thomas K. Boardman
*Attorney's signature*

Thomas K. Boardman (CA 276313)
*Printed name and bar number*
Scott+Scott Attorneys at Law LLP
230 Park Avenue, 17th Floor
New York, NY  10169

*Address*

tboardman@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*