AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Maximillian Klein, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:20-cv-8570-JD |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TikTok Inc.

Date:  04/10/2023

/s/ Jason Murata
*Attorney's signature*

Jason Murata - 319287
*Printed name and bar number*
Axinn Veltrop & Harkrider LLP
55 Second Street
San Francisco, CA 94105

*Address*

jmurata@axinn.com
*E-mail address*

(415) 490-1487
*Telephone number*

(415) 490-2001
*FAX number*