UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br> Plaintiff(s), <br> v. <br> META PLATFORMS, INC, <br> Defendant(s). | Case No. 3:20-cv-08570-JD <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, **Kevin J. Miller**, an active member in good standing of the bar of **the District of Columbia**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **Defendant Meta Platforms, Inc.** in the above-entitled action. My local co-counsel in this case is **Sonal N. Mehta**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **222086**.

| | |
|---|---|
| Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. <br> 1615 M Street, N.W., Suite 400 <br> Washington, D.C. 20036 <br> MY ADDRESS OF RECORD | Wilmer Cutler Pickering Hale and Dorr LLP <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, CA 94306 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 326-7987 <br> MY TELEPHONE # OF RECORD | (650) 858-6000 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kmiller@kellogghansen.com <br> MY EMAIL ADDRESS OF RECORD | sonal.mehta@wilmerhale.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **478154**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court **0** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/11/2023

Kevin J. Miller
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Kevin J. Miller** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/12/2023

_____
UNITED STATES DISTRICT JUDGE