JUSTINA K. SESSIONS, State Bar No. 270914
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (866) 974-7329
Email: jsessions@wsgr.com

*Counsel for Interested Parties Netflix, Inc.
and Wilmot Reed Hastings*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLEIN et al., | Case No.: 3:20-cv-08570-JD |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF JUSTINA K. SESSIONS FOR INTERESTED PARTIES NETFLIX, INC. AND WILMOT REED HASTINGS** |
| META PLATFORMS INC., | |
| Defendant. | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, the following attorney hereby enters an appearance as counsel for Interested Parties Netflix, Inc. and Wilmot Reed Hastings:

> JUSTINA K. SESSIONS, State Bar No. 270914
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> One Market Plaza
> Spear Tower, Suite 3300
> San Francisco, California 94105
> Telephone: (415) 947-2197
> Facsimile: (866) 974-7329
> Email: jsessions@wsgr.com

Dated: April 12, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Justina K. Sessions*
Justina K. Sessions
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (866) 974-7329
Email: jsessions@wsgr.com

*Counsel for Interested Parties Netflix, Inc. and Wilmot Reed Hastings*