UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXIMILIAN KLEIN, et al.,

Plaintiff(s),

v.

META PLATFORMS, INC,

Defendant(s).

Case No. 3:20-cv-08570-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER
(CIVIL LOCAL RULE 11-3)

I, __Andrew E. Goldsmith__, an active member in good standing of the bar of __the District of Columbia__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Defendant Meta Platforms, Inc.__ in the above-entitled action. My local co-counsel in this case is __Sonal N. Mehta__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __222086__.

| | |
|---|---|
| Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 | Wilmer Cutler Pickering Hale and Dorr LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 326-7945 | (650) 858-6000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| agoldsmith@kellogghansen.com | sonal.mehta@wilmerhale.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __1007074__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/12/2023

Andrew E. Goldsmith
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Andrew E. Goldsmith__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 13, 2023

UNITED STATES DISTRICT/MAGISTRATE JUDGE