**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA  92101
Tel.: (619) 233-4565

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| v. | **ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| META PLATFORMS, INC., | |
| Defendant. | |

1    Pursuant to Civil Local Rule 79-5(f), Advertiser Plaintiffs hereby file this Administrative

2   Motion to Consider Whether Another Party's Material Should Be Sealed. Per the accompanying

3   Declaration of Brian J. Dunne, certain documents and information referenced in the concurrently filed

4   discovery dispute letter have been designated by Defendant Meta Platforms, Inc., as "Confidential"

5   or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 314).

6    Portions of the discovery dispute letter referencing or reflecting the contents of the designated-

7   as-confidential documents and information have been redacted from the publicly filed version of the

8   letter, and an unredacted version of the letter with the references highlighted is filed herewith. *See*

9   Civ. L.R. 79-5(e), (f)(1).

10    Advertiser Plaintiffs respectfully request that the Court grant their motion to consider whether

11   the above-referenced Meta Platforms material should be sealed.

12

13   Dated: April 13, 2023                        Respectfully submitted,

14                                                 By:  */s/ Brian J. Dunne*

15   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**          **BATHAEE DUNNE LLP**

16   Amanda F. Lawrence (*pro hac vice*)           Yavar Bathaee (CA 282388)
     alawrence@scott-scott.com                     yavar@bathaeedunne.com
17   Patrick J. McGahan (*pro hac vice*)           Andrew C. Wolinsky (CA 345965)
     pmcgahan@scott-scott.com                      awolinsky@bathaeedunne.com
18   Michael P. Srodoski (*pro hac vice*)          Adam Ernette (*pro hac vice*)
     msrodoski@scott-scott.com                     aernette@bathaeedunne.com
19   156 South Main Street, P.O. Box 192           Priscilla Ghita (*pro hac vice*)
     Colchester, CT 06415                          pghita@bathaeedunne.com
20   Tel.: (860) 537-5537                          Chang Hahn (*pro hac vice*)
                                                    chahn@bathaeedunne.com
21   Patrick J. Coughlin (CA 111070)               445 Park Avenue, 9th Floor
     pcoughlin@scott-scott.com                     New York, NY 10022
22   Carmen A. Medici (CA 248417)                  (332) 322-8835
     cmedici@scott-scott.com
23   Hal D. Cunningham (CA 243048)
     hcunningham@scott-scott.com
24   Daniel J. Brockwell (CA 335983)               Brian J. Dunne (CA 275689)
     dbrockwell@scott-scott.com                    bdunne@bathaeedunne.com
25   600 W. Broadway, Suite 3300                   Edward M. Grauman (*pro hac vice*)
     San Diego, CA  92101                          egrauman@bathaeedunne.com
26   Tel.: (619) 233-4565                          Andrew M. Williamson (CA 344695)
                                                    awilliamson@bathaeedunne.com
27   Patrick J. Rodriguez (*pro hac vice*)
     prodriguez@scott-scott.com

28
                                                1

230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

*Interim Co-Lead Counsel and Executive Committee
for the Advertiser Classes*

901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

Allison Watson Cross (CA 328596)
across@bathaeedunne.com
3420 Bristol St., Ste 600
Costa Mesa, CA 92626-7133

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
Austin B. Cohen (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500
Fax:  (215) 592-4663
kverrier@lfsblaw.com
acohen@lfsblaw.com

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
Robert Ahdoot (CA 172098)
Theodore W. Maya (CA 223242)
Henry J. Kelston (*pro hac vice*)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com