# Exhibit A

## DOCUMENT REQUESTS

**Request No. 1:**

All Communications, and all Documents attached to and/or related to those Communications, between You and any Facebook Employee or Netflix Employee relating to Facebook Watch, competition with Facebook in online video streaming, and/or competition with Facebook in original content creation, including, but not limited to Agreements restricting Netflix title weight, intent, consumer, or other data from Facebook Watch.

**Request No. 2:**

All Communications, and all Documents attached to and/or related to those Communications, between You and any Facebook Employee or Netflix Employee relating to advertising on Facebook or other digital advertising services, including, but not limited to Agreements concerning Facebook Custom Audiences; Application Program Interfaces; and advertising conversions, tracking, optimization, analytics, and/or measurement.

**Request No. 3:**

All Communications, and all Documents attached to and/or related to those Communications, between You and any Facebook Employee or Netflix Employee relating to the collection or exchange of data between Facebook and Netflix, including, but not limited to Agreements concerning the use of data collected or owned by Netflix for Facebook advertising and/or to test or train Facebook artificial intelligence or machine learning systems and models.

**Request No. 4:**

All Communications, and all Documents attached to and/or related to those Communications, between You and any Facebook Employees relating to Facebook corporate governance guidelines and policies or the drafting/revisions of Facebook corporate governance

guidelines and policies, including those governing conflicts of interest and compliance with antitrust laws.

**Request No. 5:**

All Communications, and all Documents attached to and/or related to those Communications, between You and any Facebook Employees relating to any of Facebook's competitive analysis(es) of Netflix's streaming capabilities, ability to generate original content, and/or user data collection.

**Request No. 6:**

All Communications, and all Documents attached to and/or related to those Communications, between You and Sheryl Sandberg and/or any other Facebook Employees relating to Your January 2018 "Fireside Q&A" at Netflix with Sheryl Sandberg.

**Request No. 7:**

All Communications, and all Documents attached to and/or related to those Communications, between You and any Facebook Employees relating to Facebook's use of Onavo's data surveillance technology.