AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Maximilian Klein, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-08570 |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party subpoena recipient, Sgrouples, Inc., and non-party deposition witness Mark Weinstein of Sgrouples, Inc.

Date: 04/17/2023

/s/Aaron M. Brian
*Attorney's signature*

Aaron M. Brian (SBN 213191)
*Printed name and bar number*
NIXON PEABODY LLP
300 S. Grand Avenue, Ste. 4100
Los Angeles, CA  90071

*Address*

abrian@nixonpeabody.com
*E-mail address*

(213) 629-6033
*Telephone number*

(213) 629-6001
*FAX number*