# Exhibit A

6.      "Agreement" means any integration, partnership, product test, signed contract, or verbal or written accord to collaborate, whether formal, informal, or implied, between Facebook and Netflix.

7.      "Facebook User Data" means the data, and any analysis/interpretation of the data, collected by Facebook from Facebook users' interactions with Facebook products.

8.      "Facebook Developer Platform" means the ecosystem and/or framework created and maintained by Facebook for hosting and/or integrating with third-party applications, including Facebook's Graph or Open Graph functionality.

9.      "Facebook Application Programming Interfaces" means the software intermediaries used by third-party applications to access, navigate, build on, integrate with, and query any version of the Facebook website/application or Facebook's Developer Platform.

## DOCUMENT REQUESTS

**Request No. 1:**

All Documents relating to any Communication between You and Facebook relating to Facebook Watch, except for any Documents that were shared with or communicated to Facebook.

**Request No. 2:**

All internal Communications relating to any Communication between You and Facebook relating to Facebook Watch.

**Request No. 3:**

All Documents relating to any Communication between You and Facebook relating to the use or sharing of data with Facebook, except for any Documents that were shared with or communicated to Facebook.

4

**Request No. 4:**

All internal Communications relating to any Communication between You and Facebook relating to the use or sharing of data with Facebook.

**Request No. 5:**

All Documents relating to any Communication between You and Facebook relating to Your use of Facebook Application Programming Interfaces or Facebook User Data, except for any Documents that were shared with or communicated to Facebook.

**Request No. 6:**

All internal Communications relating to any Communication between You and Facebook relating to Your use of Facebook Application Programming Interfaces or Facebook User Data.

**Request No. 7:**

All Agreements between You and Facebook relating to the Facebook Developer Platform, Facebook Application Programming Interfaces, advertising, advertising measurement, the exchange or access to data, analytics, content creation, or online video streaming.

**Request No. 8:**

All Documents relating to any Communication between You and Facebook relating to the Agreements recited in Request No. 7, except for any Documents that were shared with or communicated to Facebook.

**Request No. 9:**

All internal Communications relating to any Communication between You and Facebook relating to the Agreements recited in Request No. 7.

**Request No. 10:**

All Documents relating to any Communication between You and Facebook relating to the quality of, price of, or Your decision to purchase targeted advertising on Facebook, except for any Documents that were shared with or communicated to Facebook.

**Request No. 11:**

All internal Communications relating to any Communication between You and Facebook relating to the quality of, price of, or Your decision to purchase targeted advertising on Facebook.

**Request No. 12:**

All Documents relating to any Communication between You and Facebook relating to Reed Hastings's role as a member of Facebook's Board of Directors, except for any Documents that were shared with or communicated to Facebook.

**Request No. 13:**

All internal Communications relating to any Communication between You and Facebook relating to Reed Hastings's role as a member of Facebook's Board of Directors.

**Request No. 14:**

All Documents relating to any Communication between Reed Hastings and any Facebook employee, officer, or director related to competition in online video streaming and original content creation, advertising on Facebook, collection or exchange of data, or Your business relationship or Agreements with Facebook.

**Request No. 15:**

All internal Communications relating to any Communication between Reed Hastings and any Facebook employee, officer, or director related to competition in online video streaming and

original content creation, advertising on Facebook, collection or exchange of data, or Your business relationship or Agreements with Facebook.

**Request No. 16:**

All Documents produced or in any other way provided to the United States Department of Justice, Federal Trade Commission, United States Senate, United States House of Representatives, or any other federal, state, or foreign governmental entity relating to Facebook.