| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Yavar Bathaee (CA 282388) | Amanda F. Lawrence (*pro hac vice*) |
| yavar@bathaeedunne.com | alawrence@scott-scott.com |
| Andrew C. Wolinsky (CA 345965) | Patrick J. McGahan (*pro hac vice*) |
| awolinsky@bathaeedunne.com | pmcgahan@scott-scott.com |
| 445 Park Avenue, 9th Floor | Michael P. Srodoski (*pro hac vice*) |
| New York, NY 10022 | msrodoski@scott-scott.com |
| (332) 322-8835 | 156 South Main Street, P.O. Box 192 |
| | Colchester, CT 06415 |
| | Tel.: (860) 537-5537 |
| Brian J. Dunne (CA 275689) | |
| bdunne@bathaeedunne.com | Patrick J. Coughlin (CA 111070) |
| Edward M. Grauman (*pro hac vice*) | pcoughlin@scott-scott.com |
| egrauman@bathaeedunne.com | Carmen A. Medici (CA 248417) |
| 901 S. MoPac Expressway | cmedici@scott-scott.com |
| Barton Oaks Plaza I, Suite 300 | Hal D. Cunningham (CA 243048) |
| Austin, TX 78746 | hcunningham@scott-scott.com |
| (213) 462-2772 | Daniel J. Brockwell (CA 335983) |
| | dbrockwell@scott-scott.com |
| | 600 W. Broadway, Suite 3300 |
| | San Diego, CA 92101 |
| *Interim Co-Lead Counsel for the Advertiser Classes* | Tel.: (619) 233-4565 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| v. | **PROOF OF SERVICE OF DOCUMENTS IN SUPPORT OF ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| META PLATFORMS, INC., | |
| Defendant. | |

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. On April 14, 2023, I served on Defendant Meta Platforms, Inc., a copy of (1) the Declaration of Brian J. Dunne in Support of Advertiser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with the concurrently filed discovery dispute letter; and (2) an unredacted version of the discovery dispute letter, highlighting those portions of the letter referencing or reflecting the contents of the documents and information designated by Meta Platforms as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 314).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2023, in Austin, Texas.

*/s/ Brian J. Dunne*  
Brian J. Dunne