| | | |
|---|---|---|
| 1 | **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 2 | Yavar Bathaee (CA 282388) | Amanda F. Lawrence (*pro hac vice*) |
|   | yavar@bathaeedunne.com | alawrence@scott-scott.com |
| 3 | Andrew C. Wolinsky (CA 345965) | Patrick J. McGahan (*pro hac vice*) |
|   | awolinsky@bathaeedunne.com | pmcgahan@scott-scott.com |
| 4 | 445 Park Avenue, 9th Floor | Michael P. Srodoski (*pro hac vice*) |
|   | New York, NY 10022 | msrodoski@scott-scott.com |
| 5 | (332) 322-8835 | 156 South Main Street, P.O. Box 192 |
|   | | Colchester, CT 06415 |
|   | | Tel.: (860) 537-5537 |

1  BATHAEE DUNNE LLP
   Yavar Bathaee (CA 282388)
   yavar@bathaeedunne.com
   Andrew C. Wolinsky (CA 345965)
   awolinsky@bathaeedunne.com
   445 Park Avenue, 9th Floor
   New York, NY 10022
   (332) 322-8835

   Brian J. Dunne (CA 275689)
   bdunne@bathaeedunne.com
   Edward M. Grauman (*pro hac vice*)
   egrauman@bathaeedunne.com
   901 S. MoPac Expressway
   Barton Oaks Plaza I, Suite 300
   Austin, TX 78746
   (213) 462-2772

   *Interim Co-Lead Counsel for the Advertiser Classes*

   SCOTT+SCOTT ATTORNEYS AT LAW LLP
   Amanda F. Lawrence (*pro hac vice*)
   alawrence@scott-scott.com
   Patrick J. McGahan (*pro hac vice*)
   pmcgahan@scott-scott.com
   Michael P. Srodoski (*pro hac vice*)
   msrodoski@scott-scott.com
   156 South Main Street, P.O. Box 192
   Colchester, CT 06415
   Tel.: (860) 537-5537

   Patrick J. Coughlin (CA 111070)
   pcoughlin@scott-scott.com
   Carmen A. Medici (CA 248417)
   cmedici@scott-scott.com
   Hal D. Cunningham (CA 243048)
   hcunningham@scott-scott.com
   Daniel J. Brockwell (CA 335983)
   dbrockwell@scott-scott.com
   600 W. Broadway, Suite 3300
   San Diego, CA  92101
   Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| v. | **PROOF OF SERVICE OF DOCUMENTS IN SUPPORT OF ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER META PLATFORMS, INC.'S MATERIAL SHOULD BE SEALED** |
| META PLATFORMS, INC., | |
| Defendant. | |

Proof of Service - Case No. 20-cv-08570-JD

I, Brian J. Dunne, declare and state as follows:

1.  I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2.  On April 17, 2023, I served on Defendant Meta Platforms, Inc., a copy of (1) the Declaration of Brian J. Dunne in Support of Advertiser Plaintiffs' Administrative Motion to Consider Whether Meta Platforms, Inc.'s Material Should Be Sealed, filed in connection with the concurrently filed discovery dispute letter; and (2) an unredacted version of the discovery dispute letter, highlighting in yellow those portions of the letter referencing or reflecting the contents of the documents and information designated by Meta Platforms as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 314) and highlighting in red those portions of the letter referencing or reflecting the contents of the documents and information designated by nonparty Netflix, Inc., as "Confidential" or "Highly Confidential."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2023, in Austin, Texas.

/s/ Brian J. Dunne
Brian J. Dunne