| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br><br>(Additional counsel on signature page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 20-cv-08570-JD<br><br>Hon. James Donato<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CLEVELAND RESEARCH COMPANY, LLC'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), Advertiser Plaintiffs hereby file this Administrative Motion to Consider Whether Cleveland Research Company, LLC's Material Should Be Sealed. Per the accompanying Declaration of Brian J. Dunne, certain documents and information referenced in the concurrently filed discovery dispute letter have been designated by nonparty Cleveland Research Company, LLC ("CRC") as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 314).

Portions of the discovery dispute letter referencing or reflecting the contents of the designated-as-confidential documents and information have been redacted from the publicly filed version of the letter, and an unredacted version of the letter with the information designated "Confidential" or "Highly Confidential" by CRC highlighted in green is filed herewith. *See* Civ. L.R. 79-5(e), (f)(1).[1]

Advertiser Plaintiffs respectfully request that the Court grant their motion to consider whether the above-referenced CRC material should be sealed.

Dated: April 17, 2023

Respectfully submitted,

By: */s/ Brian J. Dunne*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com

**BATHAEE DUNNE LLP**

Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
Adam Ernette (*pro hac vice*)
aernette@bathaeedunne.com
Priscilla Ghita (*pro hac vice*)
pghita@bathaeedunne.com
Chang Hahn (*pro hac vice*)
chahn@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

---

[1] Plaintiffs' discovery dispute letter also contains information designated "Confidential" or "Highly Confidential" by Defendant Meta Platforms, Inc. and nonparty Netflix, Inc. This information has been highlighted in yellow (for Meta) and red (for Netflix) in the unredacted version of the discovery dispute letter filed with this motion.

| | |
|---|---|
| Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Tel.: (619) 233-4565<br><br>Patrick J. Rodriguez (*pro hac vice*)<br>prodriguez@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: (212) 223-6444<br><br>*Interim Co-Lead Counsel and Executive Committee for the Advertiser Classes* | Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>Andrew M. Williamson (CA 344695)<br>awilliamson@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>Allison Watson Cross (CA 328596)<br>across@bathaeedunne.com<br>3420 Bristol St., Ste 600<br>Costa Mesa, CA 92626-7133<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>Austin B. Cohen (*pro hac vice*)<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>Tel.: (215) 592-1500<br>Fax:  (215) 592-4663<br>kverrier@lfsblaw.com<br>acohen@lfsblaw.com<br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (CA 174806)<br>Robert Ahdoot (CA 172098)<br>Theodore W. Maya (CA 223242)<br>Henry J. Kelston (*pro hac vice*)<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Telephone: (310) 474-9111<br>Facsimile:  (310) 474-8585<br>twolfson@ahdootwolfson.com<br>rahdoot@ahdootwolfson.com<br>tmaya@ahdootwolfson.com |