| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Tel.: (619) 233-4565 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 20-cv-08570-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF BRIAN J. DUNNE IN SUPPORT OF ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CLEVELAND RESEARCH COMPANY, LLC'S MATERIAL SHOULD BE SEALED** |

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of Advertiser Plaintiffs' Administrative Motion to Consider Whether Cleveland Research Company, LLC's Material Should Be Sealed, filed in connection with the concurrently filed discovery dispute letter.

3. Certain documents and information referenced in the discovery dispute letter have been designated by nonparty Cleveland Research Company, LLC ("CRC") as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 314).

4. Portions of the discovery dispute letter referencing or reflecting the contents of the documents and information designated by CRC as "Confidential" or "Highly Confidential" have been redacted from the publicly filed version of the letter. *See* Civil L.R. 79-5(e)(1).

5. An unredacted version of the discovery dispute letter with these references highlighted in green is filed herewith. *See* Civil L.R. 79-5(e)(2), (f)(1).

6. The discovery dispute letter also contains information designated as "Confidential" or "Highly Confidential" by Defendant Meta Platforms, Inc. and nonparty Netflix, Inc. This information has also been redacted from the publicly-filed letter, and has been highlighted in yellow (for Meta) and red (for Netflix) in the unredacted letter filed with this motion.

7. Advertiser Plaintiffs' request in this motion is limited to documents and information produced by CRC marked Confidential or Highly Confidential, or information directly reflecting documents and information produced by CRC marked Confidential or Highly Confidential. This request is thus narrowly tailored to seek sealing only of potentially sealable material.

8. The potential sealing of information designated as "Confidential" or "Highly Confidential" by Meta Platforms, Inc., and Netflix, Inc., in the discovery dispute letter is subject to separate Administrative Motions to Consider Whether s Another Party's Material Should be Sealed.

1. I declare under penalty of perjury that the foregoing is true and correct.
2. Executed on April 17, 2023, in Austin, Texas.

                                                 /s/ Brian J. Dunne
                                                 Brian J. Dunne