| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Yavar Bathaee (CA 282388) | Amanda F. Lawrence (*pro hac vice*) |
| yavar@bathaeedunne.com | alawrence@scott-scott.com |
| Andrew C. Wolinsky (CA 345965) | Patrick J. McGahan (*pro hac vice*) |
| awolinsky@bathaeedunne.com | pmcgahan@scott-scott.com |
| 445 Park Avenue, 9th Floor | Michael P. Srodoski (*pro hac vice*) |
| New York, NY 10022 | msrodoski@scott-scott.com |
| (332) 322-8835 | 156 South Main Street, P.O. Box 192 |
| | Colchester, CT 06415 |
| | Tel.: (860) 537-5537 |
| Brian J. Dunne (CA 275689) | |
| bdunne@bathaeedunne.com | Patrick J. Coughlin (CA 111070) |
| Edward M. Grauman (*pro hac vice*) | pcoughlin@scott-scott.com |
| egrauman@bathaeedunne.com | Carmen A. Medici (CA 248417) |
| 901 S. MoPac Expressway | cmedici@scott-scott.com |
| Barton Oaks Plaza I, Suite 300 | Hal D. Cunningham (CA 243048) |
| Austin, TX 78746 | hcunningham@scott-scott.com |
| (213) 462-2772 | Daniel J. Brockwell (CA 335983) |
| | dbrockwell@scott-scott.com |
| | 600 W. Broadway, Suite 3300 |
| | San Diego, CA  92101 |
| *Interim Co-Lead Counsel for the* | Tel.: (619) 233-4565 |
| *Advertiser Classes* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| v. | **[PROPOSED] ORDER CONCERNING ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CLEVELAND RESEARCH COMPANY, LLC'S MATERIAL SHOULD BE SEALED** |
| META PLATFORMS, INC., | |
| Defendant. | |

**[PROPOSED] ORDER**

Advertiser Plaintiffs' Administrative Motion to Consider Whether Cleveland Research Company, LLC's Material Should Be Sealed, filed in connection with the concurrently filed discovery dispute letter, is now before the Court. Upon consideration, the Court [GRANTS / DENIES] the motion.

Accordingly, [the following portions of] the discovery dispute letter shall [be unsealed / remain under seal].

_____
HON. JAMES DONATO
United States District Judge

1

[Proposed] Order Concerning Advertiser Plaintiffs' Administrative Motion to Consider Whether Netflix, Inc.'s Material Should Be Sealed - Case No. 20-cv-08570-JD