| | |
|---|---|
| WILMER CUTLER PICKERING<br> HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)<br> Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br> Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br> Molly.Jennings@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br> Paul.Vanderslice@wilmerhale.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br> David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br> Ross.Firsenbaum@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br> Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 79-5(f), Defendant Meta Platforms, Inc. files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. In particular, the transcript of Plaintiff Mark Young's deposition testimony referenced in Meta's concurrently filed discovery dispute letter brief ("Letter Brief") has been designated by Advertiser Plaintiffs as "Highly Confidential" under the Stipulated Protective Order (Dkt. 314).

Portions of the Letter Brief referencing or reflecting the contents of the designated-as-confidential transcript have been redacted from the publicly filed version of the Letter Brief, and an unredacted version of the Letter Brief with the confidentially designated portions highlighted is filed with this Administrative Motion. *See* Civ. L. R. 79-5(e). Pursuant to Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must file a statement and/or declaration as described in Local Rule 79-5(c)(1). Meta takes no position at this time on whether the designated portions satisfy the requirements for sealing.

Dated: April 17, 2023

Respectfully submitted,

By: */s/ Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
  Ross.Firsenbaum@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com

| | |
|---|---|
| 1 | MOLLY M. JENNINGS (*pro hac vice*) |
|   | Molly.Jennings@wilmerhale.com |
| 2 | PAUL VANDERSLICE (*pro hac vice*) |
|   | Paul.Vanderslice@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 4 | 2100 Pennsylvania Ave NW |
|   | Washington, DC 20037 |
| 5 | Telephone: (202) 663-6000 |

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2023, I transmitted the foregoing document to the Clerk's Office using the CM/ECF System, and on counsel of record for Plaintiffs via email.

By:    /s/ *Sonal N. Mehta*
            Sonal N. Mehta