**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 20-cv-08570-JD<br><br>Hon. James Donato<br><br>**PROOF OF SERVICE OF DOCUMENTS IN SUPPORT OF ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CLEVELAND RESEARCH COMPANY, LLC'S MATERIAL SHOULD BE SEALED** |

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. On April 17, 2023, I served on nonparty Cleveland Research Company, LLC ("CRC") a copy of (1) the Declaration of Brian J. Dunne in Support of Advertiser Plaintiffs' Administrative Motion to Consider Whether Cleveland Research Company, LLC's Material Should Be Sealed, filed in connection with the concurrently filed discovery dispute letter; and (2) a partially-unredacted version of the discovery dispute letter, redacting information in the discovery dispute letter designated "Confidential" or "Highly Confidential" by Defendant Meta Platforms, Inc., and nonparty Netflix, Inc., and highlighting in green those portions of the letter referencing or reflecting the contents of documents and information designated by CRC as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 314).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2023, in Austin, Texas.

*/s/ Brian J. Dunne*
Brian J. Dunne