| | | |
|---|---|---|
| 1 | **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 2 | Yavar Bathaee (CA 282388)<br>Andrew C. Wolinsky (CA 345965) | Amanda F. Lawrence (admitted *pro hac vice*) |
| 3 | 445 Park Avenue, 9th Floor<br>New York, NY 10022 | Patrick J. McGahan (admitted *pro hac vice*)<br>Michael P. Srodoski (admitted *pro hac vice*) |
| 4 | Tel.: (332) 322-8835 | 156 South Main Street, P.O. Box 192<br>Colchester, CT 06415 |
| 5 | yavar@bathaeedunne.com<br>awolinsky@bathaeedunne.com | Tel.: (860) 537-5537<br>alawrence@scott-scott.com |
| 6 | **BATHAEE DUNNE LLP** | pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com |
| 7 | Brian J. Dunne (CA 275689)<br>Edward M. Grauman (admitted *pro hac vice*) | |
| 8 | 901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 9 | Austin, TX 78746 | Patrick J. Coughlin (CA 111070)<br>Carmen A. Medici (CA 248417) |
| 10 | Tel.: (213) 462-2772<br>bdunne@bathaeedunne.com | Hal D. Cunningham (CA 243048) |
| 11 | egrauman@bathaeedunne.com | Daniel J. Brockwell (CA 335983)<br>600 W. Broadway, Suite 3300 |
| 12 | *Interim Co-Lead Counsel for the Advertiser Classes* | San Diego, CA 92101<br>Tel.: (619) 233-4565 |
| 13 | | pcoughlin@scott-scott.com<br>cmedici@scott-scott.com |
| 14 | | hcunningham@scott-scott.com<br>dbrockwell@scott-scott.com |
| 15 | | |
| 16 | | [Additional counsel on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| vs. | **DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| META PLATFORMS, INC., | |
| Defendant. | |

I, Amanda F. Lawrence, declare and state as follows:

1. I am a member of the law firm Scott+Scott Attorneys at Law LLP, counsel for the Advertiser Plaintiffs, and have been admitted *pro hac vice* in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Pursuant to Civil Local Rules 7-11 and 79-5(f), I submit this declaration in support of Plaintiffs' concurrently-filed Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

3. Certain documents and information referenced in the discovery dispute letter have been designated by Defendant Meta Platforms, Inc. ("Meta Platforms") as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (ECF No. 314).

4. Portions of the discovery dispute letter referencing or reflecting the contents of the documents and information designated by Meta Platforms as "Confidential" or "Highly Confidential" have been redacted from the publicly filed version of the letter. *See* Civil L.R. 79-5(e)(1).

5. An unredacted version of the discovery dispute letter with these references highlighted is filed herewith. *See* Civil L.R. 79-5(e)(2), (f)(1).

6. Plaintiffs' request is limited to documents and information produced by Meta Platforms marked Confidential or Highly Confidential, or information directly reflecting documents and information produced by Meta Platforms marked Confidential or Highly Confidential. This request is thus narrowly tailored to seek sealing only of potentially sealable material.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2023, in New York, New York.

                        s/  
                        Amanda F. Lawrence

1

DECL. OF AMANDA F. LAWRENCE ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED – Case No. 3:20-cv-08570-JD