| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Yavar Bathaee (CA 282388) | Amanda F. Lawrence (admitted *pro hac vice*) |
| Andrew C. Wolinsky (CA 345965) | Patrick J. McGahan (admitted *pro hac vice*) |
| 445 Park Avenue, 9th Floor | Michael P. Srodoski (admitted *pro hac vice*) |
| New York, NY 10022 | 156 South Main Street, P.O. Box 192 |
| Tel.: (332) 322-8835 | Colchester, CT 06415 |
| yavar@bathaeedunne.com | Tel.: (860) 537-5537 |
| awolinsky@bathaeedunne.com | alawrence@scott-scott.com |
| | pmcgahan@scott-scott.com |
| **BATHAEE DUNNE LLP** | msrodoski@scott-scott.com |
| Brian J. Dunne (CA 275689) | |
| Edward M. Grauman (admitted *pro hac vice*) | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 901 S. MoPac Expressway | Patrick J. Coughlin (CA 111070) |
| Barton Oaks Plaza I, Suite 300 | Carmen A. Medici (CA 248417) |
| Austin, TX 78746 | Hal D. Cunningham (CA 243048) |
| Tel.: (213) 462-2772 | Daniel J. Brockwell (CA 335983) |
| bdunne@bathaeedunne.com | 600 W. Broadway, Suite 3300 |
| egrauman@bathaeedunne.com | San Diego, CA 92101 |
| | Tel.: (619) 233-4565 |
| *Interim Co-Lead Counsel for the Advertiser Classes* | pcoughlin@scott-scott.com |
| | cmedici@scott-scott.com |
| | hcunningham@scott-scott.com |
| | dbrockwell@scott-scott.com |
| | |
| | [Additional counsel on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| vs. | **[PROPOSED] ORDER CONCERNING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| META PLATFORMS, INC., | |
| Defendant. | |

**[PROPOSED] ORDER**

Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with the concurrently filed discovery dispute letter, is now before the Court. Upon consideration, the Court [GRANTS / DENIES] the motion.

Accordingly, [all / the following portions] of the discovery dispute letter shall [be unsealed/remain under seal].

                    HON. JAMES DONATO
                    United States District Judge

1

[PROPOSED] ORDER CONCERNING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED – Case No. 3:20-cv-08570-JD