1

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)

2

Andrew C. Wolinsky (CA 345965)

3

445 Park Avenue, 9th Floor
New York, NY 10022

4

Tel.: (332) 322-8835
yavar@bathaeedunne.com

5

awolinsky@bathaeedunne.com

6

**BATHAEE DUNNE LLP**

7

Brian J. Dunne (CA 275689)
Edward M. Grauman (admitted *pro hac vice*)

8

901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300

9

Austin, TX 78746

10

Tel.: (213) 462-2772
bdunne@bathaeedunne.com

11

egrauman@bathaeedunne.com

12

*Interim Co-Lead Counsel for the Advertiser Classes*

13

14

15

16

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (admitted *pro hac vice*)
Patrick J. McGahan (admitted *pro hac vice*)
Michael P. Srodoski (admitted *pro hac vice*)
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (CA 111070)
Carmen A. Medici (CA 248417)
Hal D. Cunningham (CA 243048)
Daniel J. Brockwell (CA 335983)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
hcunningham@scott-scott.com
dbrockwell@scott-scott.com

[Additional counsel on signature page.]

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN FRANCISCO DIVISION

20

MAXIMILIAN KLEIN, et al.,

21

Plaintiffs,

22

vs.

23

META PLATFORMS, INC.,

24

Defendant.

25

26

Consolidated Case No. 3:20-cv-08570-JD

Hon. James Donato

**PROOF OF SERVICE OF DOCUMENTS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

27

28

1    I, Carmine A. Medici, declare and state as follows:

2    1.    I am an attorney licensed in the State of California and admitted to the United States

3    District Court for the Northern District of California.  I am a partner at Scott+Scott Attorneys at

4    Law LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter.  I have personal

5    knowledge of the facts set forth herein, and, if called as a witness, could and would testify

6    competently to such facts under oath.

7    2.    On April 18, 2023, I served on Defendant Meta Platforms, Inc. ("Meta"), a copy of

8    the documents filed at ECF No. 528:  (1) the Administrative Motion to Consider Whether Another

9    Party's Material Should Be Sealed; (2) the Declaration of Amanda F. Lawrence in Support of

10   Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed,

11   filed in connection with the concurrently filed discovery dispute letter; (3) the [Proposed] Order;

12   and (4) an unredacted version of the discovery dispute letter, highlighting those portions of the letter

13   referencing or reflecting the contents of the documents and information designated by Meta

14   Platforms as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt.

15   No. 314).

16   I declare under penalty of perjury that the foregoing is true and correct.

17   Executed on April 18, 2023, in New York, New York.

18   　　　　　　　　　　　　　　　　　　　 /s/ Carmen A. Medici
　　　　　　　　　　　　　　　　　　　　　 Carmen A. Medici

19

20

21

22

23

24

25

26

27

28