| | |
|---|---|
| 1 | JUSTINA K. SESSIONS, State Bar No. 270914 |
| 2 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 | One Market Plaza<br>Spear Tower, Suite 3300 |
| 4 | San Francisco, California 94105<br>Telephone: (415) 947-2197 |
| 5 | Facsimile: (866) 974-7329 |
| 6 | Email: jsessions@wsgr.com |
| 7 | *Counsel for Interested Parties Netflix, Inc.<br>and Wilmot Reed Hastings* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLEIN et al., | Case No.: 3:20-cv-08570-JD |
| Plaintiffs, | |
| v. | **NOTICE BY INTERESTED PARTY NETFLIX, INC. RE: ADVERTISER PLANTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 516)** |
| META PLATFORMS INC., | |
| Defendant. | |
| | Judge: Hon. James Donato |

### NOTICE RE: ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION

Interested Party Netflix, Inc. ("Netflix") hereby provides notice that it does not intend to file a declaration seeking to seal the potions of Plaintiffs' discovery letter brief (Dkt. 515) that were provisionally sealed by Advertiser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 516).

Netflix maintains its confidentiality designations of the underlying documents.

| | | |
|---|---|---|
| 1 | Dated: April 21, 2023 | Respectfully submitted, |
| 2 | | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |
| 4 | | s/ *Justina K. Sessions* |
| | | Justina K. Sessions |
| 5 | | One Market Plaza |
| | | Spear Tower, Suite 3300 |
| 6 | | San Francisco, California 94105 |
| | | Telephone: (415) 947-2197 |
| 7 | | Facsimile: (866) 974-7329 |
| 8 | | Email: jsessions@wsgr.com |
| 9 | | *Counsel for Interested Parties Netflix, Inc.* |
| | | *and Wilmot Reed Hastings* |