| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (213) 443-3000<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone:  (510) 725-3000<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone:  (332) 322-8835<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>  alawrence@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone:  (860) 537-5537<br><br>*Interim Co-Lead Advertiser Class Counsel* | **WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone:  (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone:  (212) 230-8800<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone:  (202) 663-6000<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>[Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE AUTHENTICITY OF DOCUMENTS**<br><br>Hon. James Donato |

In order to avoid needless deposition examination and other discovery, Advertiser Plaintiffs, Consumer Plaintiffs, and Defendant Meta Platforms, Inc. ("Party" or "Parties"), hereby stipulate and agree as follows:

1) Except as otherwise provided in paragraphs 3, 4, and 5 below, the Parties agree that, for the purposes of Rule 901 of the Federal Rules of Evidence, they will not object on authenticity grounds to any document or thing produced from the files of a Party bearing such Party's Bates numbers and produced in response to another Party's discovery requests in this litigation, including such documents originally produced from that Party's files to the Federal Trade Commission or other governmental authorities.

2) Except as otherwise provided in paragraphs 3, 4, and 5 below, the Parties agree that, for the purposes of Rule 901 of the Federal Rules of Evidence, they will not object on authenticity grounds to any document or thing produced from the files of a Non-Party in this litigation.

3) The agreements in Paragraphs 1 and 2 do not apply to handwritten notes or documents. If a document or thing produced by a Party bears handwritten notes, the Parties' agreement does not apply to the handwritten portion of the document but does apply to the remainder of the document or thing.

4) If a Party has a good-faith belief based upon evidence that a document or thing listed on another Party's exhibit list is not what it purports to be, or that a specific document includes pages that are not part of the document, the Party shall advise the other side of that challenge after receipt of the other side's proposed exhibit list for trial. The Parties will negotiate in good faith to resolve such an objection. In the event that a good-faith dispute arises regarding the authenticity of a document or thing, the Parties agree to meet and confer in good faith promptly about the authenticity of such document(s) and thing(s), and, if necessary, to expedite any related motions for resolution by the Court. In the event that a good-faith dispute arises, the Parties agree that they will not object to reasonable, good-faith efforts to establish authenticity of contested documents on the basis of timeliness.

5) Nothing in this Stipulation establishes the admissibility of any document nor shall

it be taken to mean that any Party has accepted any characterization other than those to which the parties have specifically stipulated. The Parties hereby expressly reserve the right to object to the admissibility of any document or thing under any grounds permitted by law and not expressly addressed herein.

Dated: April 25, 2023

Respectfully submitted,

By:  /s/ Shana E. Scarlett
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Steve W. Berman (*pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (*pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (*pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (*pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Arielle S. Wagner (*pro hac vice*)
  aswagner@locklaw.com
Kyle J. Pozan (*pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (*pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

By:  /s/ Yavar Bathaee
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
Andrew C. Wolinsky (Bar No. 345965)

By:  /s/ Kevin Y. Teruya
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000

Michelle Schmit (*pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400

Manisha M. Sheth (*pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Interim Counsel for the Consumer Class*

By:  /s/ Amanda F. Lawrence
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)

|    |                                                           |                                                           |
|----|-----------------------------------------------------------|-----------------------------------------------------------|
| 1  | awolinsky@bathaeedunne.com                                | pmcgahan@scott-scott.com                                  |
|    | 445 Park Avenue, 9th Floor                                | Michael P. Srodoski (*pro hac vice*)                      |
| 2  | New York, NY 10022                                        |   msrodoski@scott-scott.com                               |
|    | Telephone:  (332) 322-8835                                | 156 South Main Street, P.O. Box 192                       |
| 3  |                                                           | Colchester, CT 06415                                      |
|    | Brian J. Dunne (Bar No. 275689)                           | Telephone:  (860) 537-5537                                |
| 4  |   bdunne@bathaeedunne.com                                 |                                                           |
|    | Edward M. Grauman (*pro hac vice*)                        | Patrick J. Rodriguez (*pro hac vice*)                     |
| 5  |   egrauman@bathaeedunne.com                               |   prodriguez@scott-scott.com230 Park                      |
|    | 901 South MoPac Expressway                                | Avenue, 17th Floor                                        |
| 6  | Barton Oaks Plaza I, Suite 300                            | New York, NY 10169                                        |
|    | Austin, TX 78746                                          | Telephone:  (212) 223-6444                                |
| 7  | Telephone:  (213) 462-2772                                |                                                           |
|    |                                                           | Patrick J. Coughlin (Bar No. 111070)                      |
| 8  |                                                           |   pcoughlin@scott-scott.com                               |
|    | **AHDOOT & WOLFSON, PC**                                  | Hal D. Cunningham (Bar No. 243048)                        |
| 9  | Tina Wolfson (Bar No. 174806)                             |   hcunningham@scott-scott.com                             |
|    |   twolfson@ahdootwolfson.com                              | Carmen A. Medici (Bar No. 248417)                         |
| 10 | Robert Ahdoot (Bar No. 172098)                            |   cmedici@scott-scott.com                                 |
|    |   rahdoot@ahdootwolfson.com                               | Daniel J. Brockwell (Bar No. 335983)                      |
| 11 | Theodore W. Maya (Bar No. 223242)                         |   dbrockwell@scott-scott.com                              |
|    |   tmaya@ahdootwolfson.com                                 | 600 W. Broadway, Suite 3300                               |
| 12 | Henry Kelston (pro hac vice)                              | San Diego, CA 92101                                       |
|    |   hkelston@ahdootwolfson.com                              | Telephone:  (619) 233-4565                                |
| 13 | 2600 West Olive Avenue, Suite 500                         |                                                           |
|    | Burbank, CA 91505                                         |                                                           |
| 14 | Telephone:  (310) 474-9111                                | **LEVIN SEDRAN & BERMAN LLP**                             |
|    |                                                           | Keith J. Verrier (*pro hac vice*)                         |
| 15 |                                                           |   kverrier@lfsblaw.com                                    |
|    |                                                           | Austin B. Cohen (*pro hac vice*)                          |
| 16 |                                                           |   acohen@lfsblaw.com                                      |
|    |                                                           | 510 Walnut Street, Suite 500                              |
| 17 |                                                           | Philadelphia, PA 19106-3997                               |
|    |                                                           | Telephone:  (215) 592-1500                                |
| 18 |                                                           |                                                           |
| 19 |                                                           | *Interim Counsel for the Advertiser Class*                |
| 20 |                                                           |                                                           |
| 21 |                                                           | By:  */s/ Sonal N. Mehta*                                 |
|    |                                                           | **WILMER CUTLER PICKERING HALE**                          |
| 22 |                                                           | **AND DORR LLP**                                          |
|    |                                                           | Sonal N. Mehta (Bar No. 222086)                           |
| 23 |                                                           | 2600 El Camino Real, Suite 400                            |
|    |                                                           | Palo Alto, California 94306                               |
| 24 |                                                           | Telephone: (650) 858-6000                                 |
|    |                                                           | Email: Sonal.Mehta@wilmerhale.com                         |
| 25 |                                                           |                                                           |
| 26 |                                                           | David Z. Gringer (*pro hac vice*)                         |
|    |                                                           | 7 World Trade Center                                      |
| 27 |                                                           | 250 Greenwich Street                                      |
|    |                                                           | New York, New York 10007                                  |
| 28 |                                                           | Telephone: (212) 230-8800                                 |

Email: David.Gringer@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
Molly M. Jennings (*pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: April 25, 2023            By:    */s/ Brian J. Dunne*
                                        Brian J. Dunne

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                        _____
                                        JAMES DONATO
                                        United States District Judge