| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (213) 443-3000 | **WILMER CUTLER PICKERING<br>   HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone:  (650) 858-6000 |
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone:  (510) 725-3000 | DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone:  (212) 230-8800 |
| *Interim Co-Lead Consumer Class Counsel* | |
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone:  (332) 322-8835 | ARI HOLTZBLATT (*pro hac vice*)<br>  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone:  (202) 663-6000 |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>  alawrence@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone:  (860) 537-5537 | *Attorneys for Defendant Meta Platforms, Inc.* |
| *Interim Co-Lead Advertiser Class Counsel* | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>META PLATFORMS, INC.,<br><br>              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE BUSINESS RECORDS EXCEPTION TO THE HEARSAY RULE**<br><br>Hon. James Donato |

1  To streamline the pretrial process and avoid time-consuming disputes at trial about the admissibility of documentary evidence, Advertiser Plaintiffs, Consumer Plaintiffs, and Defendant Meta Platforms, Inc. ("Party" or "Parties"), hereby stipulate and agree as follows:

  1) Except as otherwise provided in paragraphs 2, 3, and 4 below, the Parties agree that they will not object to the admissibility of any documents produced in this litigation by a Party or Non-Party to this action on the basis that those documents do not qualify as business records within the meaning of Rule 803(6) of the Federal Rules of Evidence unless the Party opposing admission of such a document into evidence shows that it does not satisfy the criteria of Rule 803(6).

  2) Embedded hearsay, or hearsay within hearsay, contained in a document that qualifies as a business record pursuant to this Stipulation must separately satisfy an exception to the hearsay rule in order to be admissible into evidence, as provided in Rule 805 of the Federal Rules of Evidence.

  3) If a Party has a good-faith belief based upon evidence that a document listed on another Party's exhibit list does not satisfy the criteria of Rule 803(6), the Party shall advise the other side of that challenge after receipt of the other side's proposed exhibit list for trial.  The Parties will negotiate in good faith to resolve such an objection.  In the event that a good-faith dispute arises regarding whether a document qualifies as a business record, the Parties agree to meet and confer in good faith promptly about such document(s), and, if necessary, to expedite any related motions for resolution by the Court.  In the event that a good-faith dispute arises, the Parties agree that they will not object to reasonable, good-faith efforts to establish whether a contested document qualifies as a business record on the basis of timeliness.

  4) Nothing in this Stipulation establishes the ultimate admissibility of any document apart from the Rule 803(6) hearsay rule exception, nor shall it be taken to mean that any Party accepts any characterization of a document other than that to which the parties have specifically agreed in this Stipulation.  The Parties hereby expressly reserve the right to object to the admissibility of any document under any grounds permitted by law and not expressly addressed herein.

| | | |
|---|---|---|
| 1 | Dated: April 25, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | By: /s/ *Shana E. Scarlett*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP** | By: /s/ *Kevin Y. Teruya*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 4 | Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com | Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com |
| 5 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057) |
| 6 | | brantleypepperman@quinnemanuel.com |
| 7 | Steve W. Berman (*pro hac vice*)<br>  steve@hbsslaw.com | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543 |
| 8 | 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Telephone: (213) 443-3000 |
| 9 | | Michelle Schmit (*pro hac vice*)<br>  michelleschmit@quinnemanuel.com |
| 10 | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881 |
| 11 | W. Joseph Bruckner (*pro hac vice*)<br>  wjbruckner@locklaw.com | Telephone: (312) 705-7400 |
| 12 | Robert K. Shelquist (*pro hac vice*)<br>  rkshelquist@locklaw.com | Manisha M. Sheth (*pro hac vice*) |
| 13 | Brian D. Clark (*pro hac vice*)<br>  bdclark@locklaw.com | manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor |
| 14 | Rebecca A. Peterson (Bar No. 241858)<br>  rapeterson@locklaw.com | New York, New York 10010<br>Telephone: (212) 849-7000 |
| 15 | Arielle S. Wagner (*pro hac vice*)<br>  aswagner@locklaw.com | |
| 16 | Kyle J. Pozan (*pro hac vice*)<br>  kjpozan@locklaw.com | *Interim Counsel for the Consumer Class* |
| 17 | Laura M. Matson (*pro hac vice*)<br>  lmmatson@locklaw.com | |
| 18 | 100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900 | |
| 19 | | |
| 20 | By: /s/ *Yavar Bathaee*<br>**BATHAEE DUNNE LLP** | By: /s/ *Amanda F. Lawrence*<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 21 | Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com | Amanda F. Lawrence (*pro hac vice*)<br>  alawrence@scott-scott.com |
| 22 | Andrew C. Wolinsky (Bar No. 345965)<br>  awolinsky@bathaeedunne.com | Patrick J. McGahan (*pro hac vice*)<br>  pmcgahan@scott-scott.com |
| 23 | 445 Park Avenue, 9th Floor<br>New York, NY 10022 | Michael P. Srodoski (*pro hac vice*)<br>  msrodoski@scott-scott.com |
| 24 | Telephone: (332) 322-8835 | 156 South Main Street, P.O. Box 192<br>Colchester, CT 06415 |
| 25 | Brian J. Dunne (Bar No. 275689)<br>  bdunne@bathaeedunne.com | Telephone: (860) 537-5537 |
| 26 | Edward M. Grauman (*pro hac vice*)<br>  egrauman@bathaeedunne.com | Patrick J. Rodriguez (*pro hac vice*)<br>  prodriguez@scott-scott.com230 Park |
| 27 | 901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300 | Avenue, 17th Floor<br>New York, NY 10169 |
| 28 | Austin, TX 78746<br>Telephone: (213) 462-2772 | Telephone: (212) 223-6444 |

No. 3:20-cv-08570-JD                              Stipulation and [Proposed] Order re Business
                                                  Records Exception to the Hearsay Rule

| | |
|---|---|
| **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (Bar No. 174806)<br>  twolfson@ahdootwolfson.com<br>Robert Ahdoot (Bar No. 172098)<br>  rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Bar No. 223242)<br>  tmaya@ahdootwolfson.com<br>Henry Kelston (pro hac vice)<br>  hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Telephone:  (310) 474-9111 | Patrick J. Coughlin (Bar No. 111070)<br>  pcoughlin@scott-scott.com<br>Hal D. Cunningham (Bar No. 243048)<br>  hcunningham@scott-scott.com<br>Carmen A. Medici (Bar No. 248417)<br>  cmedici@scott-scott.com<br>Daniel J. Brockwell (Bar No. 335983)<br>  dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone:  (619) 233-4565<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>  kverrier@lfsblaw.com<br>Austin B. Cohen (*pro hac vice*)<br>  acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>Telephone:  (215) 592-1500<br><br>*Interim Counsel for the Advertiser Class*<br><br>By:  */s/ Sonal N. Mehta*<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Sonal N. Mehta (Bar No. 222086)<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Email: Sonal.Mehta@wilmerhale.com<br><br>David Z. Gringer (*pro hac vice*)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Email: David.Gringer@wilmerhale.com<br><br>Ari Holtzblatt (*pro hac vice*)<br>Molly M. Jennings (*pro hac vice*)<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Email: Ari.Holtzblatt@wilmerhale.com<br>Email: Molly.Jennings@wilmerhale.com<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: April 25, 2023        By:    /s/ Brian J. Dunne
                                          Brian J. Dunne

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                          JAMES DONATO
                                          United States District Judge