# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

---

Date: April 27, 2023            Judge: Hon. James Donato

Time: 50 Minutes

Case No.      **3:20-cv-08570-JD**
Case Name    **Klein v. Meta Platforms, Inc.**

| | |
|---|---|
| Attorneys for Plaintiffs: | Brian J. Dunne, Yavar Bathaee, Shana Scarlett, Amanda Lawrence, Kevin Teruya, and Brantley Pepperman |
| Attorneys for Defendant: | Sonal Mehta and Molly Jennings |
| Attorney for non-parties Netflix and Wilmot Reed Hastings: | Justina Sessions |

Court Reporter: Marla Knox

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Further case management conference -- Held

### NOTES AND ORDERS

For Dkt. No. 485, advertisers will comply with the parties' stipulated protective order for use with witnesses of materials designated "confidential" or "highly confidential." *See* Dkt. No. 314 §§ 7.2(g), 7.3(f).

For Dkt. No. 486, Meta is directed to re-review a random sample of 2,500 documents from its FTC investigation privilege log, not including any documents that have already been re-reviewed. Meta will produce by May 15, 2023, the results of its review, an amended privilege log, and any newly redacted/downgraded documents.

For Dkt. No. 505, Netflix's request for a protective order quashing advertisers' 30(b)(1) notice of deposition to Reed Hastings is denied. Plaintiffs may depose Hastings for no more than two hours.

1

2

For Dkt. No. 512, Hastings will conduct a search of his personal email account for documents that are responsive to advertisers' subpoena to him.

For Dkt. No. 515, advertisers and Netflix are directed to meet and confer about the scope of Netflix's search for responsive documents.

For Dkt. No. 510, attorneys Bathaee and Mehta are directed to meet and confer to discuss the extent to which Meta's 30(b)(6) witness was reasonably prepared for his deposition and any remedies, if appropriate.

For Dkt. No. 525, advertisers represent that they have searched for, and produced, any responsive documents. Meta's request is denied on that basis.

For Dkt. No. 529, plaintiffs will make requests for Meta to re-review entries on its privilege logs, as relevant to a deposition, at least 14 calendar days before the deposition. Meta will conduct its re-review and produce any downgraded documents at least 7 calendar days before the deposition, absent extraordinary circumstances.