**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
Andrew C. Wolinsky (CA 345965)
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835
yavar@bathaeedunne.com
awolinsky@bathaeedunne.com

**BATHAEE DUNNE LLP**
Brian J. Dunne (CA 275689)
Edward M. Grauman (admitted *pro hac vice*)
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772
bdunne@bathaeedunne.com
egrauman@bathaeedunne.com

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (admitted *pro hac vice*)
Patrick J. McGahan (admitted *pro hac vice*)
Michael P. Srodoski (admitted *pro hac vice*)
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (CA 111070)
Carmen A. Medici (CA 248417)
Hal D. Cunningham (CA 243048)
Daniel J. Brockwell (CA 335983)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
hcunningham@scott-scott.com
dbrockwell@scott-scott.com

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAXIMILIAN KLEIN, et al.,

Plaintiffs,

vs.

META PLATFORMS, INC.,

Defendant.

Consolidated Case No. 3:20-cv-08570-JD

Hon. James Donato

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Pursuant to Civil Local Rule 79-5(f), Plaintiffs hereby file this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Per the accompanying Declaration of Amanda F. Lawrence, certain documents and information referenced in the concurrently filed discovery dispute letter have been designated by Defendant Meta Platforms, Inc. ("Meta Platforms"), as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (ECF No. 314).

Portions of the discovery dispute letter referencing or reflecting the contents of the designated as-confidential documents and information have been redacted from the publicly filed version of the letter, and an unredacted version of the letter with the references highlighted is filed herewith. *See* Civ. L.R. 79-5(e), 79-5(f)(1).

Plaintiffs respectfully request that the Court grant their motion to consider whether the above-referenced Meta Platforms material should be sealed.

DATED: May 16, 2023

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ Amanda F. Lawrence
Amanda F. Lawrence (admitted *pro hac vice*)
Patrick J. McGahan (admitted *pro hac vice*)
Michael P. Srodoski (admitted *pro hac vice*)
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (CA 111070)
Carmen A. Medici (CA 248417)
Hal D. Cunningham (CA 243048)
Daniel J. Brockwell (CA 335983)
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
hcunningham@scott-scott.com
dbrockwell@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas K. Boardman (CA 276313)
Patrick J. Rodriguez (*pro hac vice*)
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444
tboardman@scott-scott.com
prodriguez@scott-scott.com

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
Andrew C. Wolinsky (admitted *pro hac vice*)
Adam Ernette (admitted *pro hac vice*)
Priscilla Ghita (admitted *pro hac vice*)
Chang Hahn (admitted *pro hac vice*)
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835
yavar@bathaeedunne.com
awolinsky@bathaeedunne.com
aernette@bathaeedunne.com
pghita@bathaeedunne.com
chahn@bathaeedunne.com

**BATHAEE DUNNE LLP**
Brian J. Dunne (CA 275689)
Edward M. Grauman (admitted *pro hac vice*)
Andrew M. Williamson (CA 344695)
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772
bdunne@bathaeedunne.com
egrauman@bathaeedunne.com
awilliamson@bathaeedunne.com

**BATHAEE DUNNE LLP**
Allison Watson Cross (CA 328596)
3420 Bristol St., Ste 600
Costa Mesa, CA 92626-7133
across@bathaeedunne.com

*Interim Co-Lead Counsel for the Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (admitted *pro hac vice*)
Austin B. Cohen (admitted *pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
(215) 592-1500
kverrier@lfsblaw.com
acohen@lfsblaw.com

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
Robert Ahdoot (CA 172098)
Theodore W. Maya (CA 223242)
Henry Kelston (admitted *pro hac vice*)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com
hkelston@ahdootwolfson.com

*Executive Committee Counsel for the Advertiser Classes*

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED – Case No. 3:20-cv-08570-JD