| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>Andrew C. Wolinsky (CA 345965)<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br>yavar@bathaeedunne.com<br>awolinsky@bathaeedunne.com<br><br>**BATHAEE DUNNE LLP**<br>Brian J. Dunne (CA 275689)<br>Edward M. Grauman (admitted *pro hac vice*)<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br>bdunne@bathaeedunne.com<br>egrauman@bathaeedunne.com<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (admitted *pro hac vice*)<br>Patrick J. McGahan (admitted *pro hac vice*)<br>Michael P. Srodoski (admitted *pro hac vice*)<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br>alawrence@scott-scott.com<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Patrick J. Coughlin (CA 111070)<br>Carmen A. Medici (CA 248417)<br>Hal D. Cunningham (CA 243048)<br>Daniel J. Brockwell (CA 335983)<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com<br>hcunningham@scott-scott.com<br>dbrockwell@scott-scott.com<br><br>[Additional counsel on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**[PROPOSED] ORDER CONCERNING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**[PROPOSED] ORDER**

Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with the concurrently filed discovery dispute letter, is now before the Court.  Upon consideration, the Court [GRANTS / DENIES] the motion.

Accordingly, [all / the following portions] of the discovery dispute letter shall [be unsealed/remain under seal].

_____<br>
HON. JAMES DONATO<br>
United States District Judge

1

[PROPOSED] ORDER CONCERNING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED – Case No. 3:20-cv-08570-JD