| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)  Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)  Sonal.Mehta@wilmerhale.com  2600 El Camino Real, Suite 400  Palo Alto, California 94306  Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)  Molly.Jennings@wilmerhale.com  PAUL VANDERSLICE (*pro hac vice*)  Paul.Vanderslice@wilmerhale.com  2100 Pennsylvania Avenue NW  Washington, DC 20037  Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)  David.Gringer@wilmerhale.com  ROSS E. FIRSENBAUM (*pro hac vice*)  Ross.Firsenbaum@wilmerhale.com  7 World Trade Center  250 Greenwich Street  New York, New York 10007  Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)  Michaela.Sewall@wilmerhale.com  60 State Street  Boston, Massachusetts 02109  Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                                                Plaintiffs,<br><br>      v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                                                Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE BY META PLATFORMS, INC. RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 558)**<br><br>Judge: Hon. James Donato |

**NOTICE RE: PLAINTIFFS' ADMINISTRATIVE MOTION**

Defendant Meta Platforms, Inc. hereby provides notice that it does not intend to file a declaration seeking to seal the portions of Plaintiffs' discovery letter brief (Dkt. 559) that were provisionally sealed by Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 558) and designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. 314).  Meta does not waive the "Confidential" or "Highly Confidential" designation of the documents excerpted, and Meta reserves all rights to seek sealing of other excerpts from those documents should Plaintiffs later seek to include them in a public filing.

| | |
|---|---|
| Dated: May 23, 2023 | By: */s/ Molly M. Jennings*  |
| | SONAL N. MEHTA (SBN 222086) |
| | Sonal.Mehta@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 2600 El Camino Real, Suite 400 |
| | Palo Alto, California 94306 |
| | Telephone: (650) 858-6000 |
| | |
| | DAVID Z. GRINGER (*pro hac vice*) |
| | David.Gringer@wilmerhale.com |
| | ROSS E. FIRSENBAUM (*pro hac vice*) |
| | Ross.Firsenbaum@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, New York 10007 |
| | Telephone: (212) 230-8800 |
| | |
| | ARI HOLTZBLATT (*pro hac vice*) |
| | Ari.Holtzblatt@wilmerhale.com |
| | MOLLY M. JENNINGS (*pro hac vice*) |
| | Molly.Jennings@wilmerhale.com |
| | PAUL VANDERSLICE (*pro hac vice*) |
| | Paul.Vanderslice@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 2100 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| | Telephone: (202) 663-6000 |
| | |
| | MICHAELA P. SEWALL (*pro hac vice*) |
| | Michaela.Sewall@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Telephone: (617) 526-6000 |
| | |
| | *Attorneys for Defendant Meta Platforms, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

                                         */s/ Molly M. Jennings*
                                          Molly M. Jennings