|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al*., | Case No. 20-cv-08570-JD |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC., | **NOTICE OF WITHDRAWAL OF** |
| Defendant. | **COUNSEL ARIELLE S. WAGNER** |
| This document relates to: | |
| All Actions | |

PLEASE TAKE NOTICE that Arielle S. Wagner (admitted pro hac vice) is no longer affiliated with the law firm Lockridge Grindal Nauen, P.L.L.P. Pursuant to N.D. Cal. Civil Local Rule 5-1(c)(2)(C), Lockridge Grindal Nauen hereby withdraws Ms. Wagner's appearance in this matter and further requests that: (a) her name be removed from any applicable service list herein; and (b) the Clerk terminate the delivery of all CM/ECF notices addresses to aswagner@locklaw.com in the above-captioned case.

Lockridge Grindal Nauen will continue to represent the Consumer Class Plaintiffs in this matter. No other changes are requested in this notice at this time regarding Consumer Class Plaintiffs' counsel of record.

1  DATED: May 24, 2023                               Respectfully submitted,

                                                     */s/ Brian D. Clark*
                                                     Brian D. Clark *(pro hac vice)*
                                                     W. Joseph Bruckner *(pro hac vice)*
                                                     Robert K. Shelquist *(pro hac vice)*
                                                     Rebecca A. Peterson (SBN 241858)
                                                     Kyle J. Pozan *(pro hac vice)*
                                                     Laura M. Matson *(pro hac vice)*
                                                     **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                                                     100 Washington Avenue South, Suite 2200
                                                     Minneapolis, MN 55401
                                                     Telephone: (612) 339-6900
                                                     Facsimile: (612) 339-0981
                                                     bdclark@locklaw.com
                                                     wjbruckner@locklaw.com
                                                     rkshelquist@locklaw.com
                                                     rapeterson@locklaw.com
                                                     kjpozan@locklaw.com
                                                     lmmatson@locklaw.com

                                                     *Interim Counsel for the Consumer Class*

PLAINTIFFS' NOTICE OF DEPOSITION
Case No. 20-CV-08570-JD

1