| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Tel.: (619) 233-4565 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>     Defendant. | Case No. 20-cv-08570-JD<br><br>Hon. James Donato<br><br>**[PROPOSED] ORDER CONCERNING ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER SNAP INC.'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

Advertiser Plaintiffs' Administrative Motion to Consider Whether Snap Inc.'s Material Should Be Sealed, filed in connection with the concurrently filed discovery dispute letter, is now before the Court. Upon consideration, the Court [GRANTS / DENIES] the motion.

Accordingly, [all / the following portions] of the discovery dispute letter shall [be unsealed / remain under seal].

							_____
							HON. JAMES DONATO
							United States District Judge

1

[Proposed] Order Concerning Advertiser Plaintiffs' Administrative Motion to Consider Whether
Snap Inc.'s Material Should Be Sealed - Case No. 20-cv-08570-JD