# Exhibit A

| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (*pro hac vice*)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Class* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Kristen M. Anderson (CA 246108)<br>kanderson@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: (212) 223-6444<br><br>Christopher M. Burke (CA 214799)<br>cburke@scott-scott.com<br>David H. Goldberger (CA 225869)<br>dgoldberger@scott-scott.com<br>Kate Lv (CA 302704)<br>klv@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br><br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>(Additional counsel on signature page) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**CLASS ACTION**<br><br>**ADVERTISER PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT META PLATFORMS, INC.** |

7. With respect to any information for which You wish to assert a claim of privilege, please provide the information required by the applicable Privilege Protocol. *See Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.), Dkt. 176.

8. The singular form of a word shall be interpreted as plural, and the plural form of a word shall be interpreted as a singular, whenever appropriate, in order to bring within the scope of these Interrogatory any information that would otherwise not be brought within their scope.

9. The use of the present tense shall be construed to include the past tense, and vice versa, so as to make the Interrogatory inclusive rather than exclusive.

10. The words "any" and "all" each shall be construed to mean both any and all.

11. None of the Definitions, Instructions, or Interrogatories shall be construed as an admission relating to the existence of any evidence, to the relevance or admissibility of any evidence, or to the truth or accuracy of any statement or characterization in those Definitions, Instructions, or Interrogatories.

12. Unless otherwise specified, these Interrogatories seek information during the period January 1, 2012 through the present.

13. The following Interrogatories are continuing in nature pursuant to Rule 26(e) of the Federal Rules of Civil Procedure so as to require You to promptly furnish supplemental answers whenever You obtain different or additional knowledge, information, or believe relative to these Interrogatories, up to and including through the time of trial.

## INTERROGATORIES

**INTERROGATORY NO. 4:**

Identify and describe, with specificity, all information and data—including but not limited to call logs, video logs, text message logs, text message content, app usage information, and battery or power consumption logs—that Facebook obtained through, or derived from, Onavo, Onavo apps (*e.g.*, Onavo Protect), or Meta's Onavo team.

4

Case No. 3:20-cv-08570-JD                                  Advertiser Plaintiffs' Second Set of Interrogatories to
                                                                              Defendant Meta Platforms, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2022, I served a true and correct copy of Advertiser Plaintiffs' Second Set of Interrogatories to Defendant Meta Platforms, Inc. by electronic mail upon all counsel of record.

Dated: July 25, 2022				By:   /s/ Brian J. Dunne
						Brian J. Dunne

7

Case No. 3:20-cv-08570-JD   Advertiser Plaintiffs' Second Set of Interrogatories to Defendant Meta Platforms, Inc.