JUSTINA K. SESSIONS, State Bar No. 270914
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (866) 974-7329
Email: jsessions@wsgr.com

*Counsel for Non-Party Snap Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No.: 3:20-cv-08570-JD <br><br> Judge: Hon. James Donato <br><br> **NOTICE OF APPEARANCE OF JUSTINA K. SESSIONS FOR NON-PARTY SNAP INC.** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, the following attorney hereby enters an appearance as counsel for Non-Party Snap Inc.:

> JUSTINA K. SESSIONS, State Bar No. 270914
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> One Market Plaza
> Spear Tower, Suite 3300
> San Francisco, California 94105
> Telephone: (415) 947-2197
> Facsimile: (866) 974-7329
> Email: jsessions@wsgr.com

Dated: June 2, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Justina K. Sessions*
Justina K. Sessions
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (866) 974-7329
Email: jsessions@wsgr.com

*Counsel for Non-Party Snap Inc.*