JUSTINA K. SESSIONS, State Bar No. 270914
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (866) 974-7329
Email: jsessions@wsgr.com

*Counsel for Non-Party Snap Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> Judge: Hon. James Donato <br><br> **NOTICE BY NON-PARTY SNAP INC. RE: ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKTS. 567, 570, 577)** |

**SNAP'S NOTICE RE: ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTIONS**

Non-party Snap Inc. ("Snap") hereby provides that it does not intend to file a declaration seeking to seal the portions of Advertiser Plaintiffs' Discovery Letter Briefs filed at 565, 568, and 575 that were provisionally sealed by Advertisers Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkt. Nos. 567, 570, 577).

Snap maintains its confidentiality designations of the underlying deposition transcripts.

Dated: June 2, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Justina K. Sessions*
Justina K. Sessions
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (866) 974-7329
Email: jsessions@wsgr.com

*Counsel for Non-Party Snap Inc.*