| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Tel.: (619) 233-4565<br><br>(Additional counsel on signature page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 20-cv-08570-JD<br><br>Hon. James Donato<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER META PLATFORMS, INC.'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), Advertiser Plaintiffs hereby file this Administrative Motion to Consider Whether Meta Platforms, Inc.'s Material Should Be Sealed. Per the accompanying Declaration of Brian J. Dunne, certain documents and information referenced in the concurrently filed discovery dispute letter and its exhibits have been designated by Defendant Meta Platforms, Inc., as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 314).

Portions of the discovery dispute letter referencing or reflecting the contents of the designated-as-confidential documents and information have been redacted from the publicly filed version of the letter, and an unredacted version of the letter with the information designated "Confidential" or "Highly Confidential" by Meta Platforms highlighted in yellow is filed herewith. *See* Civ. L.R. 79-5(e), (f)(1).

Advertiser Plaintiffs respectfully request that the Court grant their motion to consider whether the above-referenced Meta Platforms material should be sealed.

Dated: June 14, 2023

Respectfully submitted,

By: */s/ Brian J. Dunne*

| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **BATHAEE DUNNE LLP** |
|---|---|
| Amanda F. Lawrence (*pro hac vice*) <br> alawrence@scott-scott.com <br> Patrick J. McGahan (*pro hac vice*) <br> pmcgahan@scott-scott.com <br> Michael P. Srodoski (*pro hac vice*) <br> msrodoski@scott-scott.com <br> 156 South Main Street, P.O. Box 192 <br> Colchester, CT 06415 <br> Tel.: (860) 537-5537 <br><br> Patrick J. Coughlin (CA 111070) <br> pcoughlin@scott-scott.com <br> Carmen A. Medici (CA 248417) <br> cmedici@scott-scott.com <br> Hal D. Cunningham (CA 243048) <br> hcunningham@scott-scott.com <br> Daniel J. Brockwell (CA 335983) <br> dbrockwell@scott-scott.com <br> 600 W. Broadway, Suite 3300 <br> San Diego, CA  92101 | Yavar Bathaee (CA 282388) <br> yavar@bathaeedunne.com <br> Andrew C. Wolinsky (CA 345965) <br> awolinsky@bathaeedunne.com <br> Adam Ernette (*pro hac vice*) <br> aernette@bathaeedunne.com <br> Priscilla Ghita (*pro hac vice*) <br> pghita@bathaeedunne.com <br> Chang Hahn (*pro hac vice*) <br> chahn@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> (332) 322-8835 <br><br> Brian J. Dunne (CA 275689) <br> bdunne@bathaeedunne.com <br> Edward M. Grauman (*pro hac vice*) |

1

Advertiser Plaintiffs' Administrative Motion to Consider Whether
Meta Platforms, Inc.'s Material Should Be Sealed – Case No. 20-cv-08570-JD

| | |
|---|---|
| Tel.: (619) 233-4565 | egrauman@bathaeedunne.com |
| | Andrew M. Williamson (CA 344695) |
| Patrick J. Rodriguez (*pro hac vice*) | awilliamson@bathaeedunne.com |
| prodriguez@scott-scott.com | 901 S. MoPac Expressway |
| 230 Park Avenue, 17th Floor | Barton Oaks Plaza I, Suite 300 |
| New York, NY 10169 | Austin, TX 78746 |
| Tel.: (212) 223-6444 | (213) 462-2772 |
| | |
| *Interim Co-Lead Counsel and Executive Committee for the Advertiser Classes* | Allison Watson Cross (CA 328596) |
| | across@bathaeedunne.com |
| | 3420 Bristol St., Ste 600 |
| | Costa Mesa, CA 92626-7133 |
| | |
| | **LEVIN SEDRAN & BERMAN LLP** |
| | Keith J. Verrier (*pro hac vice*) |
| | Austin B. Cohen (*pro hac vice*) |
| | 510 Walnut Street, Suite 500 |
| | Philadelphia, PA 19106-3997 |
| | Tel.: (215) 592-1500 |
| | Fax:  (215) 592-4663 |
| | kverrier@lfsblaw.com |
| | acohen@lfsblaw.com |
| | |
| | **AHDOOT & WOLFSON, PC** |
| | Tina Wolfson (CA 174806) |
| | Robert Ahdoot (CA 172098) |
| | Theodore W. Maya (CA 223242) |
| | Henry J. Kelston (*pro hac vice*) |
| | 2600 West Olive Avenue, Suite 500 |
| | Burbank, CA 91505 |
| | Telephone: (310) 474-9111 |
| | Facsimile:  (310) 474-8585 |
| | twolfson@ahdootwolfson.com |
| | rahdoot@ahdootwolfson.com |
| | tmaya@ahdootwolfson.com |

2

Advertiser Plaintiffs' Administrative Motion to Consider Whether
Meta Platforms, Inc.'s Material Should Be Sealed – Case No. 20-cv-08570-JD