**WILMER CUTLER PICKERING HALE AND DORR LLP**

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Hon. James Donato |

1   Pursuant to Civil Local Rule 79-5(f), Defendant Meta Platforms, Inc. files this
2   Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. In
3   particular, certain information referenced in the concurrently filed discovery dispute letter has been
4   designated by Advertiser Plaintiffs as "Highly Confidential" under the Stipulated Protective Order
5   (Dkt. 314 ¶ 5.2(b)).

6   Portions of the discovery dispute letter referencing or reflecting the contents of the
7   designated-as-confidential information have been redacted from the publicly filed version of the
8   discovery dispute letter, and an unredacted version of the Letter Brief with the confidentially
9   designated portions highlighted is filed with this Administrative Motion. *See* Civ. L.R. 79-5(e).

10  Meta respectfully requests that the Court grant its motion to consider whether the above-
11  referenced Advertiser Plaintiff material should be sealed.

13  Dated: June 15, 2023                    Respectfully submitted,

15                                          By: */s/ Sonal N. Mehta*
                                            SONAL N. MEHTA (SBN 222086)
16                                          Sonal.Mehta@wilmerhale.com
                                            WILMER CUTLER PICKERING HALE AND
17                                          DORR LLP
                                            2600 El Camino Real, Suite 400
18                                          Palo Alto, California 94306
                                            Telephone: (650) 858-6000

20                                          DAVID Z. GRINGER (*pro hac vice*)
                                            David.Gringer@wilmerhale.com
21                                          ROSS E. FIRSENBAUM (*pro hac vice*)
                                            Ross.Firsenbaum@wilmerhale.com
22                                          WILMER CUTLER PICKERING HALE AND
                                            DORR LLP
23                                          7 World Trade Center
                                            250 Greenwich Street
24                                          New York, New York 10007
25                                          Telephone: (212) 230-8800

No. 3:20-cv-08570-JD                        ADMINISTRATIVE MOTION TO CONSIDER WHETHER
                                            ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

- 2 -

|   |   |
|---|---|
| 1 | ARI HOLTZBLATT (*pro hac vice*) |
|   |  Ari.Holtzblatt@wilmerhale.com |
| 2 | MOLLY M. JENNINGS (*pro hac vice*) |
|   |  Molly.Jennings@wilmerhale.com |
| 3 | PAUL VANDERSLICE (*pro hac vice*) |
|   |   Paul.Vanderslice@wilmerhale.com |
| 4 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 5 | 2100 Pennsylvania Avenue NW |
| 6 | Washington, DC 20037 |
|   | Telephone: (202) 663-6000 |
| 7 |   |
|   | MICHAELA P. SEWALL (*pro hac vice*) |
| 8 |  Michaela.Sewall@wilmerhale.com |
|   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 9 | 60 State Street |
| 10 | Boston, Massachusetts 02109 |
| 11 | Telephone: (617) 526-6000 |