| | |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | ARI HOLTZBLATT (*pro hac vice*)  Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)  Sonal.Mehta@wilmerhale.com | MOLLY M. JENNINGS (*pro hac vice*)  Molly.Jennings@wilmerhale.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | PAUL VANDERSLICE (*pro hac vice*)  Paul.Vanderslice@wilmerhale.com |
| 2600 El Camino Real, Suite 400  Palo Alto, California 94306  Telephone: (650) 858-6000 | WILMER CUTLER PICKERING HALE AND DORR LLP  2100 Pennsylvania Avenue NW  Washington, DC 20037  Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)  David.Gringer@wilmerhale.com | |
| ROSS E. FIRSENBAUM (*pro hac vice*)  Ross.Firsenbaum@wilmerhale.com | MICHAELA P. SEWALL (*pro hac vice*)  Michaela.Sewall@wilmerhale.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP  7 World Trade Center  250 Greenwich Street  New York, New York 10007  Telephone: (212) 230-8800 | WILMER CUTLER PICKERING HALE AND DORR LLP  60 State Street  Boston, Massachusetts 02109  Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                          Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

## **[PROPOSED] ORDER**

Defendant Meta Platforms, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Meta's concurrently filed discovery dispute letter, dated June 15, 2023, is now before the Court. Upon consideration, this Court [GRANTS / DENIES] the Administrative Motion.

Accordingly, [all / the following portions] of the discovery dispute letter shall [be unsealed / remain under seal].

**IT IS SO ORDERED.**

Dated: June _____, 2023

The Honorable James Donato
United States District Court Judge

- 1 -

No. 3:20-cv-08570-JD   [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED