WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>  Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER SNAP INC.'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 79-5(f), Defendant Meta Platforms, Inc. files this Administrative Motion to Consider Whether Snap, Inc.'s Material Should Be Sealed. Certain information referenced in the concurrently filed discovery dispute letter brief has been designated by nonparty Snap Inc. as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. 314).

Portions of the letter brief referencing or reflecting the contents of the designated-as-confidential information have been redacted from the publicly filed version of the letter brief, and an unredacted version of the letter brief with the confidentially designated portions highlighted is filed with this Administrative Motion. *See* Civ. L. R. 79-5(e). Pursuant to Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable and must file a statement and/or declaration as described in Local Rule 79-5(c)(1). Meta takes no position at this time on whether the designated portions satisfy the requirements for sealing.

Dated: June 15, 2023

Respectfully submitted,

By: */s/ Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)

1  Molly.Jennings@wilmerhale.com
   PAUL VANDERSLICE (*pro hac vice*)
2  Paul.Vanderslice@wilmerhale.com
   WILMER CUTLER PICKERING HALE
3  AND DORR LLP
   2100 Pennsylvania Ave NW
4  Washington, DC 20037
   Telephone: (202) 663-6000
5

6  MICHAELA P. SEWALL (*pro hac vice*)
   Michaela.Sewall@wilmerhale.com
7  WILMER CUTLER PICKERING HALE
   AND DORR LLP
8  60 State Street
   Boston, Massachusetts 02109
9  Telephone: (617) 526-6000

10
   *Attorneys for Defendant Meta Platforms, Inc.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2023, I transmitted the foregoing document to the Clerk's Office using the CM/ECF System, and on counsel of record for Plaintiffs via email.

By:  /s/ *Sonal N. Mehta*
       Sonal N. Mehta