WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**PROOF OF SERVICE OF DOCUMENTS IN SUPPORT OF META'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER SNAP INC.'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

No. 3:20-cv-08570-JD

PROOF OF SERVICE OF DOCUMENTS IN SUPPORT OF META'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER SNAP INC.'S MATERIAL SHOULD BE SEALED

I, Sonal Mehta, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Wilmer, Cutler, Pickering, Hale and Dorr, counsel for Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. On June 15, 2023, I served on nonparty Snap Inc. a copy of an unredacted version of the discovery dispute letter filed in response to Advertisers' letter brief, Dkt. 565, highlighting in green those portions of the letter referencing or reflecting the contents of the information designated by Snap Inc. as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. 314).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2023, in Palo Alto, California.

                                            */s/ Sonal Mehta*
                                            Sonal Mehta

- 1 -

No. 3:20-cv-08570-JD      PROOF OF SERVICE OF DOCUMENTS IN SUPPORT OF META'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER SNAP INC.'S MATERIAL SHOULD BE SEALED