# EXHIBIT A

1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2  SONAL N. MEHTA (SBN 222086)
    Sonal.Mehta@wilmerhale.com
3  2600 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone: (650) 858-6000
5  Facsimile:  (650) 858-6100

6  DAVID Z. GRINGER (*pro hac vice*)
    David.Gringer@wilmerhale.com
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Telephone: (212) 230-8800
9  Facsimile:  (212) 230-8888

10 ARI HOLTZBLATT (*pro hac vice*)
    Ari.Holtzblatt@wilmerhale.com
11 MOLLY M. JENNINGS (*pro hac vice*)
    Molly.Jennings@wilmerhale.com
12 1875 Pennsylvania Ave NW
13 Washington, DC 20006
   Telephone: (202) 663-6000
14 Facsimile:  (202) 663-6363

15 *Attorneys for Defendant Meta Platforms, Inc.*

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                       **SAN FRANCISCO DIVISION**

19 
20 MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,   Case No. 3:20-cv-08570-JD

21                 Plaintiffs,                **DEFENDANT META PLATFORMS, INC.'S FOURTH SET OF INTERROGATORIES TO ADVERTISER PLAINTIFFS**
22    v.
23 META PLATFORMS, INC., a Delaware Corporation headquartered in California,
                                              Judge: Hon. James Donato
24                 Defendant.
25
26
27
28

**INTERROGATORY**

**Interrogatory No. 16**

Identify each agreement, whether written or unwritten, between Meta and any Person that You contend to be "exclusionary," as alleged in the Advertiser Complaint.

**RESPONSE:**