```
1    JUSTINA K. SESSIONS, State Bar No. 270914
     justina.sessions@freshfields.com
2    FRESHFIELDS BRUCKHAUS DERINGER US LLP
     855 Main Street
3    Redwood City, CA 94063
     Telephone: (650) 618-9250
4
5
6
7    Attorneys for Interested Party
     Netflix, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLEIN ET AL., <br><br>          Plaintiffs, <br><br> v. <br><br> META PLATFORMS INC., <br><br>          Defendant. | Case No.: 3:20-cv-08570-JD <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 3-11(a), that the address for counsel for Interested Party Netflix, Inc. has changed to:

Freshfields Bruckhaus Deringer US LLP

855 Main Street

Redwood City, CA 94063

Telephone: (650) 618-9250

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW

| | |
|---|---|
| Dated: June 20, 2023 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | By: */s/ Justina K. Sessions* <br>       Justina K. Sessions |
| | *Attorneys for Interested Party Netflix, Inc.,* |