1  ERIC T. KOHAN, State Bar No. 325076
   Email: ekohan@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94394
4  Telephone: (650) 493-9300
5  Facsimile: (866) 974-7329

6  *Counsel for Non-Party Snap Inc.*

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:20-CV-08570-JD<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR NON-PARTY SNAP INC.**<br><br>Judge: Hon. James Donato |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that,
2  effective immediately, counsel of record for non-party Snap Inc. ("Snap") has changed.  Snap
3  hereby substitutes Eric T. Kohan of Wilson Sonsini Goodrich & Rosati, P.C. in place of Justina
4  K. Sessions, formerly of Wilson Sonsini Goodrich & Rosati, P.C., as its attorney of record in this
5  case.  Justina K. Sessions is no longer affiliated with Wilson Sonsini Goodrich & Rosati, P.C.
6  and no longer represents Snap in the above-captioned action.

Dated: June 20, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Eric T. Kohan

Eric T. Kohan, State Bar No. 325076
Email: ekohan@wsgr.com
650 Page Mill Road
Palo Alto, CA 94394
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

*Counsel for Non-Party Snap Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court of the Northern District of California, using the CM/ECF System.

/s/ *Eric T. Kohan*
Eric T. Kohan, State Bar No. 325076

*Counsel for Non-Party Snap Inc.*