1 | ERIC T. KOHAN, State Bar No. 325076
2 | Email: ekohan@wsgr.com
   | WILSON SONSINI GOODRICH & ROSATI
3 | Professional Corporation
   | 650 Page Mill Road
4 | Palo Alto, CA 94394
   | Telephone: (650) 493-9300
5 | Facsimile: (866) 974-7329

6 | *Counsel for Non-Party Snap Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| MAXIMILIAN KLEIN, et al., | Case No. 3:20-CV-08570-JD |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE BY NON-PARTY SNAP INC. RE: ADVERTISER PLAINTIFFS' AND DEFENDANT META'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKTS. 597, 603, 606)** |
| META PLATFORMS, INC., | |
| Defendant. | |
| | Judge: Hon. James Donato |

## SNAP'S NOTICE RE: ADVERTISER PLAINTIFFS' AND DEFENDANT META'S ADMINISTRATIVE MOTIONS

Non-party Snap Inc. ("Snap") hereby provides notice that it does not intend to file a declaration seeking to seal the portions of Advertiser Plaintiffs' Discovery Letter Brief filed at Dkt. 595 that was provisionally sealed by Advertiser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 597).  Snap also provides notice that it does not intend to file a declaration seeking to seal the portions of Meta's Discovery Letter Briefs filed at Dkts. 604, 607 that were provisionally sealed by Meta's Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkts. 603, 606). Snap maintains its confidentiality designations of the underlying deposition transcripts.

Dated: June 20, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Eric T. Kohan

Eric T. Kohan, State Bar No. 325076
Email: ekohan@wsgr.com
650 Page Mill Road
Palo Alto, CA 94394
Telephone:  (650) 493-9300
Facsimile:   (866) 974-7329

*Counsel for Non-Party Snap Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court of the Northern District of California, using the CM/ECF System.

/s/ *Eric T. Kohan*
Eric T. Kohan, State Bar No. 325076

*Counsel for Non-Party Snap Inc.*