**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (Bar No. 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

David Z. Gringer (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

*Attorneys for Defendant Meta Platforms, Inc.*

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Justina K. Sessions (Bar No. 270914)
  justina.sessions@freshfields.com
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Nonparty Wilmot Reed Hastings*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF DEPOSITION OF NONPARTY WILMOT REED HASTINGS** <br><br> Hon. James Donato |

1    This Stipulation is entered into by and between Advertiser Plaintiffs, Consumer Plaintiffs,
2  Defendant Meta Platforms, Inc., and nonparty Wilmot Reed Hastings (collectively, "the Parties")
3  through their respective undersigned counsel, as follows:
4    WHEREAS, on February 21, 2023, pursuant to Fed. R. Civ. P. 30(b)(1) and 45, Advertiser
5  Plaintiffs served on Mr. Hastings a deposition subpoena with a return date of April 24, 2023;
6    WHEREAS, on April 12, 2023, Mr. Hastings, the former co-CEO and current chairman of
7  the board of Netflix, Inc., filed a motion to quash the deposition subpoena on the ground that his
8  deposition is barred by the apex doctrine, *see* Dkt. No. 505;
9    WHEREAS, on April 27, 2023, the Court denied the motion to quash and ordered that
10 "Plaintiffs may depose Hastings for no more than two hours," and further ordered Mr. Hastings to
11 produce documents in his personal possession in response to a document subpoena served on him
12 by Advertiser Plaintiffs, Dkt. No. 545;
13   WHEREAS, on June 14, 2023, Mr. Hastings produced documents in response to Advertiser
14 Plaintiffs' document subpoena;
15   WHEREAS, the fact discovery cut-off in this action is set for June 23, 2023, Dkt. No. 379
16 at 1;
17   WHEREAS, Mr. Hastings's counsel has informed the other Parties that, given Mr.
18 Hastings's extensive professional and other commitments, his schedule is such that he will not be
19 available for deposition earlier than late July 2023;
20   WHEREAS, the Parties agree it would be reasonable under the circumstances to extend
21 the deadline for Mr. Hastings's deposition to July 28, 2023;
22   WHEREAS, extending the deadline for Mr. Hastings's deposition to July 28, 2023, would
23 not affect any other case deadline; and
24   WHEREAS, the Parties agree that they will not rely on this agreement to argue that any
25 other deposition may take place after the close of fact discovery on June 23, 2023, Dkt. No. 379
26 at 1;
27
28

1  THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and
2  agree that, subject to the Court's approval, the deadline for the deposition of Wilmot Reed Hastings
3  shall be extended to July 28, 2023.

4  **IT IS SO STIPULATED.**

6  Dated: June 21, 2023                                          Respectfully submitted,

By:  */s/ Yavar Bathaee*                                        By:  */s/ Amanda F. Lawrence*
**BATHAEE DUNNE LLP**                                           **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Yavar Bathaee (Bar No. 282388)                                  Amanda F. Lawrence (*pro hac vice*)
  yavar@bathaeedunne.com                                          alawrence@scott-scott.com
Andrew C. Wolinsky (Bar No. 345965)                             Patrick J. McGahan (*pro hac vice*)
  awolinsky@bathaeedunne.com                                      pmcgahan@scott-scott.com
445 Park Avenue, 9th Floor                                      Michael P. Srodoski (*pro hac vice*)
New York, NY 10022                                                msrodoski@scott-scott.com
Telephone:  (332) 322-8835                                      156 South Main Street, P.O. Box 192
                                                                Colchester, CT 06415
Brian J. Dunne (Bar No. 275689)                                 Telephone:  (860) 537-5537
  bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)                              Patrick J. Rodriguez (*pro hac vice*)
  egrauman@bathaeedunne.com                                       prodriguez@scott-scott.com230 Park
901 South MoPac Expressway                                      Avenue, 17th Floor
Barton Oaks Plaza I, Suite 300                                  New York, NY 10169
Austin, TX 78746                                                Telephone:  (212) 223-6444
Telephone:  (213) 462-2772

**AHDOOT & WOLFSON, PC**                                        Patrick J. Coughlin (Bar No. 111070)
Tina Wolfson (Bar No. 174806)                                     pcoughlin@scott-scott.com
  twolfson@ahdootwolfson.com                                    Hal D. Cunningham (Bar No. 243048)
Robert Ahdoot (Bar No. 172098)                                    hcunningham@scott-scott.com
  rahdoot@ahdootwolfson.com                                     Carmen A. Medici (Bar No. 248417)
Theodore W. Maya (Bar No. 223242)                                 cmedici@scott-scott.com
  tmaya@ahdootwolfson.com                                       Daniel J. Brockwell (Bar No. 335983)
Henry Kelston (pro hac vice)                                      dbrockwell@scott-scott.com
  hkelston@ahdootwolfson.com                                    600 W. Broadway, Suite 3300
2600 West Olive Avenue, Suite 500                               San Diego, CA 92101
Burbank, CA 91505                                               Telephone:  (619) 233-4565
Telephone:  (310) 474-9111

                                                                **LEVIN SEDRAN & BERMAN LLP**
                                                                Keith J. Verrier (*pro hac vice*)
                                                                  kverrier@lfsblaw.com
                                                                Austin B. Cohen (*pro hac vice*)
                                                                  acohen@lfsblaw.com
                                                                510 Walnut Street, Suite 500
                                                                Philadelphia, PA 19106-3997
                                                                Telephone:  (215) 592-1500

                                                                *Interim Counsel for the Advertiser Class*

No. 3:20-cv-08570-JD                                            Stipulation and [Proposed] Order re Scheduling of
                                                                Deposition of Nonparty Wilmot Reed Hastings

| | |
|---|---|
| By: */s/ Shana E. Scarlett*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>   shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br><br>Steve W. Berman (*pro hac vice*)<br>   steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (*pro hac vice*)<br>   wjbruckner@locklaw.com<br>Robert K. Shelquist (*pro hac vice*)<br>   rkshelquist@locklaw.com<br>Brian D. Clark (*pro hac vice*)<br>   bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>   rapeterson@locklaw.com<br>Arielle S. Wagner (*pro hac vice*)<br>   aswagner@locklaw.com<br>Kyle J. Pozan (*pro hac vice*)<br>   kjpozan@locklaw.com<br>Laura M. Matson (*pro hac vice*)<br>   lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900 | By: */s/ Kevin Y. Teruya*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>   kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>   adamwolfson@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>   brantleypepperman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br><br>Michelle Schmit (*pro hac vice*)<br>   michelleschmit@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>Telephone: (312) 705-7400<br><br>Manisha M. Sheth (*pro hac vice*)<br>   manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br><br>*Interim Counsel for the Consumer Class* |
| By: */s/ Justina K. Sessions*<br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>Justina K. Sessions (Bar No. 270914)<br>   justina.sessions@freshfields.com<br>855 Main Street<br>Redwood City, CA 94063<br>Telephone: (650) 618-9250<br><br>**WILSON SONSINI GOODRICH & ROSATI PC**<br>Matthew Macdonald (Bar No. 255269)<br>   matthew.macdonald@wsgr.com<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2048<br>Telephone: (323) 210-2953<br><br>*Attorneys for Nonparty Wilmot Reed Hastings* | By: */s/ Sonal N. Mehta*<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Sonal N. Mehta (Bar No. 222086)<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Email: Sonal.Mehta@wilmerhale.com<br><br>David Z. Gringer (*pro hac vice*)<br>Ross E. Firsenbaum (*pro hac vice*)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Email: David.Gringer@wilmerhale.com<br>Email: Ross.Firsenbaum@wilmerhale.com<br><br>Ari Holtzblatt (*pro hac vice*)<br>Molly M. Jennings (*pro hac vice*) |

Paul Vanderslice (*pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Email: Ari.Holtzblatt@wilmerhale.com
Email: Molly.Jennings@wilmerhale.com
Email: Paul.Vanderslice@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc.*

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: June 21, 2023         By:     */s/ Yavar Bathaee*
                                     Yavar Bathaee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                JAMES DONATO
                                                United States District Judge