UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: June 22, 2023                                    Judge: Hon. James Donato

Time: 39 Minutes

Case No.      3:20-cv-08570-JD
Case Name     Klein et al v. Meta Platforms, Inc.

Attorneys for Plaintiffs:     Shana Scarlett, Brian Dunne, Yavar Bathaee, Kevin Teruya, Brantley Pepperman, Allison Watson Cross, Edward Grauman, Carmen Medici, and Patrick Coughlin
Attorneys for Defendant:      Sonal Mehta, David Gringer, and Molly Jennings

Deputy Clerk: Lisa R. Clark                            Court Reporter: Ana Dub

PROCEEDINGS

Discovery Hearing -- Held

NOTES AND ORDERS

The discovery dispute letters are resolved as stated on the record.

1