United States District Court<br>Northern District of California

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  Maximilian Klein, et al.            ,      Case No. 3:20-cv-08570-JD
5              Plaintiff(s),
6        v.                                   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7  Meta Platforms, Inc.                ,      (CIVIL LOCAL RULE 11-3)
8              Defendant(s).
9
10       I, Ryan Chabot                , an active member in good standing of the bar of
11  New York                          , hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Meta Platforms, Inc.         in the
13  above-entitled action. My local co-counsel in this case is Sonal Mehta                , an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California.  Local co-counsel's bar number is: 222086               .

| 7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | 2600 El Camino Real<br>Suite 400<br>Palo Alto, CA 94306 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-295-6513 | 650-600-5051 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Ryan.Chabot@wilmerhale.com | Sonal.Mehta@wilmerhale.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

       I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5454301        .
       A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.
       I have been granted pro hac vice admission by the Court 0       times in the 12 months
preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4    Dated: August 4, 2023                                              Ryan Chabot
                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan Chabot is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Ryan Michael Chabot

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 13, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on August 4, 2023.*

*Robert D. Mayberger*
Clerk of the Court

CertID-00131575