AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| MAXMILIAN KLEIN and SARAH GRABERT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-08570-JD |
| META PLATFORMS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MAXMILIAN KLEIN and SARAH GRABERT                                                              .

Date:    08/23/2023

/s/ Scott L. Watson
*Attorney's signature*

Scott L. Watson (#219147)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
*Address*

scottwatson@quinnemanuel.com
*E-mail address*

(213) 443-3000
*Telephone number*

(213) 443-3100
*FAX number*