| | |
|---|---|
| 1  WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2<br>   SONAL N. MEHTA (SBN 222086)<br>3   Sonal.Mehta@wilmerhale.com<br>   2600 El Camino Real, Suite 400<br>4  Palo Alto, California 94306<br>   Telephone: (650) 858-6000<br>5<br>   DAVID Z. GRINGER (*pro hac vice*)<br>6   David.Gringer@wilmerhale.com<br>   ROSS E. FIRSENBAUM (*pro hac vice*)<br>7   Ross.Firsenbaum@wilmerhale.com<br>   RYAN CHABOT (*pro hac vice*)<br>8   Ryan.Chabot@wilmerhale.com<br>   PAUL VANDERSLICE (*pro hac vice*)<br>9   Paul.Vanderslice@wilmerhale.com<br>   7 World Trade Center<br>10 250 Greenwich Street<br>   New York, New York 10007<br>11 Telephone: (212) 230-8800 | ARI HOLTZBLATT (*pro hac vice*)<br> Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br> Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br><br>MICHAELA P. SEWALL (*pro hac vice*)<br> Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br>Judge: Hon. James Donato |

1     **TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

2     **PLEASE TAKE NOTICE** of the following change of address, telephone number, and

3 facsimile number for Paul Vanderslice, counsel for Defendant Meta Platforms, Inc.:

4     **7 World Trade Center**

5     **250 Greenwich Street**

6     **New York, New York 10007**

7     **Telephone:**    **(202) 230-8800**

8     **Fascimile:**    **(202) 230-8888**

9 Paul Vanderslice's email address has not changed.

| | | |
|---|---|---|
| 1 | Dated: September 8, 2023 | By: */s/ Paul Vanderslice* |
| 2 | | SONAL N. MEHTA (SBN 222086) |
| | | Sonal.Mehta@wilmerhale.com |
| 3 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 4 | | 2600 El Camino Real, Suite 400 |
| 5 | | Palo Alto, California 94306 |
| | | Telephone: (650) 858-6000 |
| 6 | | |
| 7 | | DAVID Z. GRINGER (*pro hac vice*) |
| | | David.Gringer@wilmerhale.com |
| 8 | | ROSS E. FIRSENBAUM (*pro hac vice*) |
| | | Ross.Firsenbaum@wilmerhale.com |
| 9 | | RYAN CHABOT (*pro hac vice*) |
| | | Ryan.Chabot@wilmerhale.com |
| 10 | | PAUL VANDERSLICE (*pro hac vice*) |
| | | Paul.Vanderslice@wilmerhale.com |
| 11 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 12 | | 7 World Trade Center |
| 13 | | 250 Greenwich Street |
| | | New York, New York 10007 |
| 14 | | Telephone: (212) 230-8800 |
| 15 | | ARI HOLTZBLATT (*pro hac vice*) |
| | | Ari.Holtzblatt@wilmerhale.com |
| 16 | | MOLLY M. JENNINGS (*pro hac vice*) |
| | | Molly.Jennings@wilmerhale.com |
| 17 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 18 | | 2100 Pennsylvania Avenue NW |
| 19 | | Washington, DC 20037 |
| | | Telephone: (202) 663-6000 |
| 20 | | |
| 21 | | MICHAELA P. SEWALL (*pro hac vice*) |
| | | Michaela.Sewall@wilmerhale.com |
| 22 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 23 | | 60 State Street |
| 24 | | Boston, Massachusetts 02109 |
| | | Telephone: (617) 526-6000 |
| 25 | | |
| 26 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By:    */s/ Paul Vanderslice*
              Paul Vanderslice