**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

[Additional counsel listed on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SCHEDULE FOR CERTAIN CLASS CERTIFICATION *DAUBERT* MOTIONS DUE TO MEDICAL EMERGENCY**<br><br>Judge: Hon. James Donato |

1       WHEREAS, this Court's November 18, 2022 Amended Scheduling Order set a schedule for expert disclosures and briefing associated with Consumer Plaintiffs' and Advertiser Plaintiffs' motions for class certification, and any related *Daubert* motions. Dkt. 379.

      WHEREAS, two of the parties' experts have suffered medical emergencies that have impacted Advertiser Plaintiffs' and Meta's ability to comply with certain of these deadlines. Dkt. 637. Advertiser Plaintiffs and Meta have conferred and jointly propose, subject to the Court's approval, to modify certain of these deadlines. These stipulated proposed modifications to the schedule will not affect the December 4, 2023 class certification concurrent expert proceeding or December 14, 2023 class certification hearing.

      WHEREAS, pursuant to this Court's November 18, 2022 Amended Scheduling Order, Dkt. 379, Advertiser Plaintiffs served opening class certification expert disclosures on July 7, 2023, and Meta served class certification expert disclosures on August 4, 2023.

      WHEREAS, the scheduling order provided for Advertiser Plaintiffs to serve class certification reply expert disclosures by September 1, 2023. Dkt. 379. As explained below, Advertiser Plaintiffs did so for two of their four experts. Dkt. 637.

      WHEREAS, the scheduling order states that the last day to file class certification and class *Daubert* motions is September 15, 2023, the last day to file oppositions to class certification and class *Daubert* motions is October 13, 2023, and the last day to file replies to class certification and class *Daubert* motions is November 3, 2023. Dkt. 379.

      WHEREAS, on August 30, 2023, Meta learned that one of its class certification experts, Yael Hochberg, had a medical emergency and required surgery in early September 2023. At the time, Hochberg was scheduled to be deposed on September 11, 2023, which the parties agreed to reschedule to September 19, 2023.

      WHEREAS, on August 31, 2023, Advertiser Plaintiffs' expert Kevin Kreitzman was hospitalized with a medical condition. As a result, Advertiser Plaintiffs were unable to serve Kreitzman's reply expert report and the reply expert report of another of their experts, Michael A. Williams, whose report relied on Kreitzman's. Dkt. 637.

      WHEREAS, after conferring with counsel for Meta, Advertiser Plaintiffs served portions

1  of Williams's reply report on September 11 and 12, 2023, and anticipate serving the remainder of
2  Williams's reply report, along with Kreitzman's reply report by September 15, 2023.

3      WHEREAS, Meta and Advertiser Plaintiffs agree that the depositions of Williams and
4  Kreitzman should take place after they have served their reply reports.  Meta's deposition of
5  Williams has been rescheduled for September 26, 2023. Kreitzman's deposition has not yet been
6  rescheduled, but Advertiser Plaintiffs anticipate that he will be available to be deposed no later
7  than October 2, 2023.

8      WHEREAS, Meta and Advertiser Plaintiffs also agree that Advertiser Plaintiffs'
9  depositions of Hochberg and Meta's other class certification expert, Catherine Tucker, should take
10 place after the reply reports of Williams and Kreitzman, which will respond to both Hochberg's
11 and Tucker's reports, have been served.  Advertiser Plaintiffs' deposition of Yael Hochberg will
12 take place on September 19 and Advertiser Plaintiffs' deposition of Catherine Tucker has been
13 rescheduled for September 24, 2023.

14     WHEREAS, Meta and Advertiser Plaintiffs also agree that the current deadline to file
15 *Daubert* motions should be extended so as to allow the depositions contemplated above to take
16 place prior to the deadline for filing a *Daubert* motion concerning these experts.

17     WHEREAS, the parties have conferred on a proposed amended schedule that would have
18 briefing on the *Daubert* motions conclude on the existing date and would require adjustment of
19 only the deadlines for opening briefs and oppositions.

20     NOW, THEREFORE, IT IS STIPULATED AND AGREED SUBJECT TO THE
21 COURT'S APPROVAL:

- Advertiser Plaintiffs' deadline to serve complete reply class expert disclosures from Michael A. Williams and Kevin Kreitzman shall be September 15, 2023.
- Depositions of Michael A. Williams, Kevin Kreitzman, Catherine Tucker, and Yael Hochberg shall be completed by no later than October 2, 2023.  Should Kreitzman's health condition render him unable to be deposed by that date, the parties may seek further relief from the Court on the deadlines covered by this stipulation.
- Advertiser Plaintiffs' deadline to file class certification *Daubert* motions

concerning Yael Hochberg and Catherine Tucker shall be October 6, 2023.

- Meta's deadline to file class certification *Daubert* motions concerning Kevin Kreitzman and Michael A. Williams shall also be October 6, 2023.
- The deadline to file oppositions to the October 6, 2023 *Daubert* motions shall be October 20, 2023.
- Replies in support of the October 6, 2023 *Daubert* motions shall be filed by November 3, 2023, the current deadline for all *Daubert* reply briefs.

**IT IS SO STIPULATED.**

|   |   |
|---|---|
| DATED:  September TK, 2023 | Respectfully submitted, |
| By:  /s/ Yavar Bathaee<br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>Andrew C. Wolinsky (*pro hac vice*)<br>  awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone: (332) 322-8835<br><br>Brian J. Dunne (Bar No. 275689)<br>  bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>  egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Telephone: (512) 575-8848<br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (Bar No. 174806)<br>  twolfson@ahdootwolfson.com<br>Robert Ahdoot (Bar No. 172098)<br>  rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Bar No. 223242)<br>  tmaya@ahdootwolfson.com<br>Henry Kelston (*pro hac vice*)<br>  hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>  Telephone: (310) 474-9111 | By:  /s/ Amanda F. Lawrence<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>  alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>  pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>  msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br><br>Hal D. Cunningham (Bar No. 243048)<br>  hcunningham@scott-scott.com<br>Daniel J. Brockwell (Bar No. 335983)<br>  dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br><br>Patrick J. Rodriguez (pro hac vice)<br>  prodriguez@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>  kverrier@lfsblaw.com<br>Austin B. Cohen (*pro hac vice*)<br>  acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br><br>*Interim Counsel for the Advertiser Class* |

By: /s/ Sonal N. Mehta

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By: /s/ Sonal N. Mehta
Sonal N. Mehta

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
JAMES DONATO
United States District Judge