**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5 AND THE COURT'S STANDING ORDER FOR CIVIL CASES**<br><br>Hearing Date: December 14, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor |

1    Pursuant to Civil Local Rules 7-11 and 79-5, and ¶31 of the Standing Order for Civil Cases Before Judge Donato concerning "cases where voluminous or multiple administrative motions to seal would be filed if normal procedures were followed," Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406 Property Services, PLLC, Mark Young, and Katherine Looper ("Advertiser Plaintiffs") submit this administrative motion to file under seal the unredacted versions of Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, as well as Exhibits 1-74 and 76-79 to the Lawrence Declaration in their entirety, Exhibits A and B to the Williams Declaration in their entirety, Exhibits A and B to the Kreitzman Declaration in their entirety, Exhibits A and B to the Gans Declaration in their entirety, and Exhibit B to the Fasser Declaration in its entirety. The sealed documents are listed with further detail in the below table. Pursuant to the Court's Standing Order, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed upon completion of briefing. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

| Document | Confidentiality | Filing Form |
| --- | --- | --- |
| Notice of Motion, Motion for Class Certification, and Memorandum in Support | Contains Information Designated Confidential by Defendant Meta Platforms, Inc. and the following third parties: Snap, Inc. and Netflix, Inc. | Filed Under Seal and Redacted Version Filed on Public Docket |
| Lawrence Decl. Ex. 1 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 2 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 3 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 4 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 5 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 6 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 7 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 8 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 9 | Designated Confidential by Defendant Meta | Filed Under Seal |

| | Platforms, Inc. | |
|---|---|---|
| Lawrence Decl. Ex. 10 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 11 | Designated Confidential by third party Snap Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 12 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 13 | Designated Confidential by third party Live Nation Worldwide, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 14 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 15 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 16 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 17 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 18 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 19 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 20 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 21 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 22 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 23 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 24 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 25 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 26 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 27 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 28 | Designated Confidential by third party Netflix Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 29 | Designated Confidential by third party Netflix Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 30 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 31 | Designated Confidential by third party Netflix Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 32 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |

| | | |
|---|---|---|
| Lawrence Decl. Ex. 33 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 34 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 35 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 36 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 37 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 38 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 39 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 40 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 41 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 42 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 43 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 44 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 45 | Designated Confidential by third party Alphabet Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 46 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 47 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 48 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 49 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 50 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 51 | Designated Confidential by third party Alphabet Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 52 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 53 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 54 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 55 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. | Designated Confidential by Defendant Meta | Filed Under Seal |

| | | |
|---|---|---|
| 56 | Platforms, Inc. | |
| Lawrence Decl. Ex. 57 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 58 | Designated Confidential by third party Alphabet Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 59 | Designated Confidential by third party Alphabet Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 60 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 61 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 62 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 63 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 64 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 65 | Designated Confidential by third party Alphabet Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 66 | Designated Confidential by third party Alphabet Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 67 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 68 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 69 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 70 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 71 | Contains Information Designated as Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 72 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 73 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 74 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 76 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 77 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 78 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Lawrence Decl. Ex. 79 | Designated Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Williams Decl. Ex. A | Contains Information Designated as Confidential by Defendant Meta Platforms, Inc. and the following | Filed Under Seal |

| | | |
|---|---|---|
| | third parties: Alphabet Inc; Hootsuite, Inc.; Linkedin Corp.; Microsoft Corp.; Twitter, Inc.; Snap Inc. | |
| Williams Decl. Ex. B | Contains Information Designated as Confidential by Defendant Meta Platforms, Inc. and the following third parties: Alphabet Inc; Hootsuite, Inc.; Twitter, Inc.; Snap Inc. | Filed Under Seal |
| Kreitzman Decl. Ex. A | Contains Information Designated as Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Kreitzman Decl. Ex. B | Contains Information Designated as Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Gans Decl. Ex. A | Contains Information Designated as Confidential by Defendant Meta Platforms, Inc. and third party Snap Inc. | Filed Under Seal |
| Gans Decl. Ex. B | Contains Information Designated as Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |
| Fasser Decl. Ex. B | Contains Information Designated as Confidential by Defendant Meta Platforms, Inc. | Filed Under Seal |

Dated: September 15, 2023

**BATHAEE DUNNE LLP**

*/s/ Yavar Bathaee*
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
awolinsky@bathaeedunne.com
Adam Ernette (*pro hac vice*)
aernette@bathaeedunne.com
Priscilla Ghita (*pro hac vice*)
pghita@bathaeedunne.com
Chang Hahn (*pro hac vice*)
chahn@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
Andrew M. Williamson (CA 344695)
awilliamson@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Amanda F. Lawrence*
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Tel.: (213) 462-2772

Allison Watson Cross (CA 328596)
across@bathaeedunne.com
3420 Bristol St., Ste 600
Costa Mesa, CA 92626-7133

*Interim Co-Lead Counsel for the
Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500
Fax: (215) 592-4663

*Members of Executive Committee for the
Advertiser Classes*

Patrick J. Rodriguez (*pro hac vice*)
prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

*Interim Co-Lead Counsel for the
Advertiser Classes*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
tmaya@ahdootwolfson.com
Henry J. Kelson (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585

*Members of Executive Committee for the
Advertiser Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: September 15, 2023           By:   */s/Amanda F. Lawrence*
                                                Amanda F. Lawrence