**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>     Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: December 14, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor |

I, Amanda F. Lawrence, declare as follows:

1. I am an attorney admitted pro hac vice in this action (the "Action"). I am a partner at Scott+Scott Attorneys at Law LLP, interim Co-Lead Counsel for the Advertiser Classes in the Action. I submit this declaration in support of Advertiser Plaintiffs' Motion for Class Certification. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Attached hereto as ***Exhibit 1*** is a true and correct copy of a document produced by Meta Platforms, Inc. ("Meta") in this litigation bearing the Bates-stamp PALM-012863799 and marked Plaintiffs' Deposition Exhibit 2256.

3. Attached hereto as ***Exhibit 2*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-010629831 and marked Plaintiffs' Deposition Exhibit 0414.

4. Attached hereto as ***Exhibit 3*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016564836 and marked Plaintiffs' Deposition Exhibit 2255.

5. Attached hereto as ***Exhibit 4*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-004966275 and marked Plaintiffs' Deposition Exhibit 2862.

6. Attached hereto as ***Exhibit 5*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-004966274 and marked Plaintiffs' Deposition Exhibit 2861.

7. Attached hereto as ***Exhibit 6*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016175119 and marked Plaintiffs' Deposition Exhibit 0020.

8. Attached hereto as ***Exhibit 7*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-004983975 and marked Plaintiffs' Deposition

CONSOLIDATED CASE NO. 3:20-CV-08570-JD
DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS' MOT. FOR CLASS CERTIFICATION

1   Exhibit 0025.

2       9.      Attached hereto as ***Exhibit 8*** is a true and correct copy of a document produced by

3   Meta in this litigation bearing the Bates-stamp PALM-014640328 and marked Plaintiffs' Deposition

4   Exhibit 0557.

5       10.     Attached hereto as ***Exhibit 9*** is a true and correct copy of a document produced by

6   Meta in this litigation bearing the Bates-stamp PALM-009631966 and marked Plaintiffs' Deposition

7   Exhibit 0556.

8       11.     Attached hereto as ***Exhibit 10*** is a true and correct copy of a document produced by

9   Meta in this litigation bearing the Bates-stamp PALM-017114236 and marked Plaintiffs' Deposition

10   Exhibit 1747.

11       12.     Attached hereto as ***Exhibit 11*** is a true and correct copy of excerpts from the

12   Deposition of David Levenson, dated May 10, 2023.

13       13.     Attached hereto as ***Exhibit 12*** is a true and correct copy of a document produced by

14   Meta in this litigation bearing the Bates-stamp PALM-FTC-00246387.

15       14.     Attached hereto as ***Exhibit 13*** is a true and correct copy of a document produced by

16   Live Nation Worldwide, Inc. ("Ticketmaster") in this litigation bearing the Bates-stamp LN_00076.

17       15.     Attached hereto as ***Exhibit 14*** is a true and correct copy of a document produced by

18   Meta in this litigation bearing the Bates-stamp PALM-010991684 and marked Plaintiffs' Deposition

19   Exhibit 1317.

20       16.     Attached hereto as ***Exhibit 15*** is a true and correct copy of a document produced by

21   Meta in this litigation bearing the Bates-stamp PALM-011185287 and marked Plaintiffs' Deposition

22   Exhibit 1320.

23       17.     Attached hereto as ***Exhibit 16*** is a true and correct copy of a document produced by

24   Meta in this litigation bearing the Bates-stamp PALM-008913904 and marked Plaintiffs' Deposition

25   Exhibit 1322.

26       18.     Attached hereto as ***Exhibit 17*** is a true and correct copy of a document produced by

27   Meta in this litigation bearing the Bates-stamp PALM-FTC-00123557.

28

19. Attached hereto as *Exhibit 18* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008743868.

20. Attached hereto as *Exhibit 19* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012438844.

21. Attached hereto as *Exhibit 20* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-002014263.

22. Attached hereto as *Exhibit 21* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-ADI-0001000836.

23. Attached hereto as *Exhibit 22* is a true and correct copy of excerpts from the Deposition of Jacqueline Chang, dated April 25, 2023.

24. Attached hereto as *Exhibit 23* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-011831146.

25. Attached hereto as *Exhibit 24* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006289050.

26. Attached hereto as *Exhibit 25* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016986654.

27. Attached hereto as *Exhibit 26* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008174450.

28. Attached hereto as *Exhibit 27* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-009797163.

29. Attached hereto as *Exhibit 28* is a true and correct copy of a document produced by Netflix, Inc. ("Netflix") in this litigation bearing the Bates-stamp NFLX 001582 and marked Plaintiffs' Deposition Exhibit 0611.

30. Attached hereto as *Exhibit 29* is a true and correct copy of a document produced by Netflix in this litigation bearing the Bates-stamp NFLX 001590 and marked Plaintiffs' Deposition Exhibit 0607.

31. Attached hereto as *Exhibit 30* is a true and correct copy of a document produced by

Meta in this litigation bearing the Bates-stamp PALM-013469126 and marked Plaintiffs' Deposition Exhibit 1924.

32.     Attached hereto as ***Exhibit 31*** is a true and correct copy of a document produced by Netflix in this litigation bearing the Bates-stamp NFLX 001586 and marked Plaintiffs' Deposition Exhibit 0614.

33.     Attached hereto as ***Exhibit 32*** is a true and correct copy of a document produced by Netflix in this litigation bearing the Bates-stamp NFLX 001583 and marked Plaintiffs' Deposition Exhibit 0605.

34.     Attached hereto as ***Exhibit 33*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003207836 and marked Plaintiffs' Deposition Exhibit 0606.

35.     Attached hereto as ***Exhibit 34*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016919272.

36.     Attached hereto as ***Exhibit 35*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-013499085.

37.     Attached hereto as ***Exhibit 36*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008530029.

38.     Attached hereto as ***Exhibit 37*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014546140 and marked Plaintiffs' Deposition Exhibit 0412.

39.     Attached hereto as ***Exhibit 38*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012193982 and marked Plaintiffs' Deposition Exhibit 1926.

40.     Attached hereto as ***Exhibit 39*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014736295 and marked Plaintiffs' Deposition Exhibit 0610.

41.     Attached hereto as ***Exhibit 40*** is a true and correct copy of a document produced by

4

Meta in this litigation bearing the Bates-stamp PALM-014736296.

42.     Attached hereto as *Exhibit 41* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-013762328 and marked Plaintiffs' Deposition Exhibit 0183.

43.     Attached hereto as *Exhibit 42* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-002956298.

44.     Attached hereto as *Exhibit 43* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014453465.

45.     Attached hereto as *Exhibit 44* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-009258488 and marked Plaintiffs' Deposition Exhibit 1704.

46.     Attached hereto as *Exhibit 45* is a true and correct copy of a document produced by Alphabet Inc. ("Alphabet") in this litigation bearing the Bates-stamp GOOG-META-00968056 and marked Plaintiffs' Deposition Exhibit 1254.

47.     Attached hereto as *Exhibit 46* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014465224 and marked Plaintiffs' Deposition Exhibit 1706.

48.     Attached hereto as *Exhibit 47* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014466582 and marked Plaintiffs' Deposition Exhibit 1709.

49.     Attached hereto as *Exhibit 48* is a true and correct copy of excerpts from the Deposition of Stephanie Wang, dated March 28, 2023.

50.     Attached hereto as *Exhibit 49* is a true and correct copy of excerpts from the Deposition of Henry Crum, dated May 25, 2023.

51.     Attached hereto as *Exhibit 50* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014459701 and marked Plaintiffs' Deposition Exhibit 1295.

52.     Attached hereto as ***Exhibit 51*** is a true and correct copy of a document produced by Alphabet in this litigation bearing the Bates-stamp GOOG-META-00968274 and marked Plaintiffs' Deposition Exhibit 1255.

53.     Attached hereto as ***Exhibit 52*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-013460550 and marked Plaintiffs' Deposition Exhibit 1708.

54.     Attached hereto as ***Exhibit 53*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003435349 and marked Plaintiffs' Deposition Exhibit 1711.

55.     Attached hereto as ***Exhibit 54*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016506616 and marked Plaintiffs' Deposition Exhibit 1712.

56.     Attached hereto as ***Exhibit 55*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014435461.

57.     Attached hereto as ***Exhibit 56*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003251883 and marked Plaintiffs' Deposition Exhibit 1922.

58.     Attached hereto as ***Exhibit 57*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006209593 and marked Plaintiffs' Deposition Exhibit 1921.

59.     Attached hereto as ***Exhibit 58*** is a true and correct copy of a document produced by Alphabet in this litigation bearing the Bates-stamp GOOG-META-01836744 and marked Plaintiffs' Deposition Exhibit 1263.

60.     Attached hereto as ***Exhibit 59*** is a true and correct copy of a document produced by Alphabet in this litigation bearing the Bates-stamp GOOG-META-01845141 and marked Plaintiffs' Deposition Exhibit 1264.

61.     Attached hereto as ***Exhibit 60*** is a true and correct copy of a document produced by

1    Meta in this litigation bearing the Bates-stamp PALM-014467823 and marked Plaintiffs' Deposition

2    Exhibit 1713.

3         62.      Attached hereto as ***Exhibit 61*** is a true and correct copy of a document produced by

4    Meta in this litigation bearing the Bates-stamp PALM-013502367 and marked Plaintiffs' Deposition

5    Exhibit 0463.

6         63.      Attached hereto as ***Exhibit 62*** is a true and correct copy of a document produced by

7    Meta in this litigation bearing the Bates-stamp PALM-003190479 and marked Plaintiffs' Deposition

8    Exhibit 0185.

9         64.      Attached hereto as ***Exhibit 63*** is a true and correct copy of excerpts of the Deposition

10   of John David Jakubowski, dated April 21, 2023.

11        65.      Attached hereto as ***Exhibit 64*** is a true and correct copy of a document produced by

12   Meta in this litigation bearing the Bates-stamp PALM-013746413 and marked Plaintiffs' Deposition

13   Exhibit 0464.

14        66.      Attached hereto as ***Exhibit 65*** is a true and correct copy of a document produced by

15   Alphabet in this litigation bearing the Bates-stamp GOOG-META-01853076 and marked Plaintiffs'

16   Deposition Exhibit 1267.

17        67.      Attached hereto as ***Exhibit 66*** is a true and correct copy of a document produced by

18   Alphabet in this litigation bearing the Bates-stamp GOOG-META-02833187 and marked Plaintiffs'

19   Deposition Exhibit 1269.

20        68.      Attached hereto as ***Exhibit 67*** is a true and correct copy of a document produced by

21   Meta in this litigation bearing the Bates-stamp PALM-010434436.

22        69.      Attached hereto as ***Exhibit 68*** is a true and correct copy of a document produced by

23   Meta in this litigation bearing the Bates-stamp PALM-010619604.

24        70.      Attached hereto as ***Exhibit 69*** is a true and correct copy of a document produced by

25   Meta in this litigation bearing the Bates-stamp PALM-014317772 and marked Plaintiffs' Deposition

26   Exhibit 0119.

27        71.      Attached hereto as ***Exhibit 70*** is a true and correct copy of excerpts from the

28

7

1    Deposition of Jay Parikh, dated March 9, 2023.

2         72.    Attached hereto as *Exhibit 71* is a true and correct copy of Defendant Meta Platforms,

3    Inc.'s Supplemental Objections and Responses to Advertiser Plaintiffs' First Set of Requests for

4    Admissions, dated May 23, 2023.

5         73.    Attached hereto as *Exhibit 72* is a true and correct copy of excerpts from the

6    Deposition of Rob Goldman, dated June 13, 2023.

7         74.    Attached hereto as *Exhibit 73* is a true and correct copy of excerpts from the

8    Deposition of David Fischer, dated April 19, 2023.

9         75.    Attached hereto as *Exhibit 74* is a true and correct copy of excerpts from the

10   Deposition of Jonathan Eide, dated May 9, 2023.

11        76.    Attached hereto as *Exhibit 75* is a true and correct copy of webpage entitled "About

12   Ad Auctions," located on Meta's Business Help Center website (PDF version created September 13,

13   2023).

14        77.    Attached hereto as *Exhibit 76* is a true and correct copy of a document produced by

15   Meta in this litigation bearing the Bates-stamp PALM-002742415.

16        78.    Attached hereto as *Exhibit 77* is a true and correct copy of a document produced by

17   Meta in this litigation bearing the Bates-stamp PALM-013000862.

18        79.    Attached hereto as *Exhibit 78* is a true and correct copy of a document produced by

19   Meta in this litigation bearing the Bates-stamp PALM-012852142

20        80.    Attached hereto as *Exhibit 79* is a true and correct copy of the Advertiser Class

21   Rebuttal Report of Catherine Tucker, dated August 4, 2023.

22        I declare under penalty of perjury under the laws of the United States of America that the

23   foregoing is true and correct.   Executed on this 15th day of September, 2023 at Colchester,

24   Connecticut.

25                                    */s/Amanda F. Lawrence*
                                      Amanda F. Lawrence
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: September 15, 2023                    By:   */s/Amanda F. Lawrence*
                                                          Amanda F. Lawrence

9

CONSOLIDATED CASE NO. 3:20-CV-08570-JD          DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS'
                                                                    MOT. FOR CLASS CERTIFICATION