| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>Andrew C. Wolinsky (CA 345965)<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br>yavar@bathaeedunne.com<br>awolinsky@bathaeedunne.com<br><br>**BATHAEE DUNNE LLP**<br>Brian J. Dunne (CA 275689)<br>Edward M. Grauman (admitted *pro hac vice*)<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br>bdunne@bathaeedunne.com<br>egrauman@bathaeedunne.com<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (admitted *pro hac vice*)<br>Patrick J. McGahan (admitted *pro hac vice*)<br>Michael P. Srodoski (admitted *pro hac vice*)<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br>alawrence@scott-scott.com<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Patrick J. Coughlin (CA 111070)<br>Carmen A. Medici (CA 248417)<br>Hal D. Cunningham (CA 243048)<br>Daniel J. Brockwell (CA 335983)<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com<br>hcunningham@scott-scott.com<br>dbrockwell@scott-scott.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>META PLATFORMS, INC.,<br><br>           Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF KATHERINE LOOPER IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE: December 14, 2023<br>TIME:  10:00 a.m.<br>DEPT.  11, 19th Floor<br>Hon. James Donato |

I, Katherine Looper, declare and state as follows:

1. I am a named Advertiser Plaintiff in the above-captioned litigation.

2. I am a citizen and resident of San Francisco, California.

3. I am over the age of 18, am personally familiar with, and have personal knowledge of the facts contained herein, which I could and would testify competently thereto.

4. I am aware that this class action lawsuit is brought on behalf of Facebook Inc. ("Facebook") advertisers that have been wronged between December 1, 2016, and December 31, 2020.

5. Between December 1, 2016, and December 31, 2020, I purchased advertising from Facebook in 34 different transactions, spending $996.19—$332.30 through my credit cards and $663.89 through my PayPal account—to do so.

6. Between October 1, 2013, and November 30, 2016, I bought advertising from Facebook in 23 different transactions, paying $615.59 through my PayPal account. I understand that these purchases are not within the Class Period proposed for this case.

7. On January 31, 2017, I bought advertising from Facebook in a transaction in the amount of $33.87, paid through my PayPal account.

8. On February 28, 2017, I bought advertising from Facebook in a transaction in the amount of $6.13, paid through my PayPal account.

9. On March 31, 2017, I bought advertising from Facebook in a transaction in the amount of $62.70, paid through my PayPal account.

10. On April 30, 2017, I bought advertising from Facebook in a transaction in the amount of $19.31, paid through my PayPal account.

11. On May 31, 2017, I bought advertising from Facebook in a transaction in the amount of $21.88, paid through my PayPal account.

12. On June 30, 2017, I bought advertising from Facebook in a transaction in the amount of $9.41, paid through my PayPal account.

13. On July 31, 2017, I bought advertising from Facebook in a transaction in the amount of $20.59, paid through my PayPal account.

1

DECLARATION OF KATHERINE LOOPER IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – Case No. 3:20-cv-08570-JD

14. On August 31, 2017, I bought advertising from Facebook in a transaction in the amount of $84.00, paid through my PayPal account.

15. On September 30, 2017, I bought advertising from Facebook in a transaction in the amount of $19.00, paid through my PayPal account.

16. On November 30, 2017, I bought advertising from Facebook in a transaction in the amount of $41.12, paid through my PayPal account.

17. On February 28, 2018, I bought advertising from Facebook in a transaction in the amount of $30.04, paid through my PayPal account.

18. On March 31, 2018, I bought advertising from Facebook in a transaction in the amount of $9.96, paid through my PayPal account.

19. On May 31, 2018, I bought advertising from Facebook in a transaction in the amount of $20.17, paid through my Visa card ending in -1914.

20. On June 30, 2018, I bought advertising from Facebook in a transaction in the amount of $27.83, paid through my Visa card ending in -1914.

21. On July 31, 2018, I bought advertising from Facebook in a transaction in the amount of $46.24, paid through my Visa card ending in -1914.

22. On July 31, 2018, I bought advertising from Facebook in a transaction in the amount of $36.75, paid through my Visa card ending in -1914.

23. On September 30, 2018, I bought advertising from Facebook in a transaction in the amount of $33.37, paid through my Visa card ending in -1914.

24. On October 31, 2018, I bought advertising from Facebook in a transaction in the amount of $8.05, paid through my PayPal account.

25. On November 30, 2018, I bought advertising from Facebook in a transaction in the amount of $26.95, paid through my PayPal account.

26. On December 31, 2018, I bought advertising from Facebook in a transaction in the amount of $14.00, paid through my PayPal account.

27. On February 1, 2019, I bought advertising from Facebook in a transaction in the amount of $2.88, paid through my PayPal account.

DECLARATION OF KATHERINE LOOPER IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – Case No. 3:20-cv-08570-JD

28. On February 28, 2019, I bought advertising from Facebook in a transaction in the amount of $17.12, paid through my Visa card ending in -1737.

29. On March 31, 2019, I bought advertising from Facebook in a transaction in the amount of $30.00, paid through my Visa card ending in -1737.

30. On April 30, 2019, I bought advertising from Facebook in a transaction in the amount of $60.82, paid through my Visa card ending in -1737.

31. On May 31, 2019, I bought advertising from Facebook in a transaction in the amount of $55.00, paid through my PayPal account.

32. On July 31, 2019, I bought advertising from Facebook in a transaction in the amount of $30.00, paid through my Visa card ending in -2622.

33. On August 31, 2019, I bought advertising from Facebook in a transaction in the amount of $30.00, paid through my Visa card ending in -2622.

34. On September 30, 2019, I bought advertising from Facebook in a transaction in the amount of $36.32, paid through my PayPal account.

35. On October 31, 2019, I bought advertising from Facebook in a transaction in the amount of $33.93, paid through my PayPal account.

36. On November 30, 2019, I bought advertising from Facebook in a transaction in the amount of $33.32, paid through my PayPal account.

37. On December 31, 2019, I bought advertising from Facebook in a transaction in the amount of $16.43, paid through my PayPal account.

38. On January 31, 2020, I bought advertising from Facebook in a transaction in the amount of $47.00, paid through my PayPal account.

39. On February 29, 2020, I bought advertising from Facebook in a transaction in the amount of $40.00, paid through my PayPal account.

40. On March 31, 2020, I bought advertising from Facebook in a transaction in the amount of $22.00, paid through my PayPal account.

41. I understand that, by this motion for class certification, I am moving to be appointed class representative in this action and for my attorneys, Scott+Scott Attorneys at Law LLP and

1  Bathaee Dunne LLP, to be appointed class counsel. I understand that Advertiser Plaintiffs Mark
2  Young; Jessyca Frederick; Affilious, Inc.; Mark Berney; and 406 Property Services, PLLC are also
3  moving to be appointed as class representatives.

4      42.    I understand that a class representative is a representative party who acts on behalf
5  of other class members in directing the litigation and am willing to serve in this capacity alongside
6  the Advertiser Plaintiffs.

7      43.    I understand that, as a class representative, I have a duty to prosecute the case
8  vigorously and in the best interests of all class members, which includes reviewing important filings
9  with the Court, consulting with counsel during the course of the litigation, making recommendations
10 as to whether or not to accept a particular settlement offer and testifying at deposition and trial if
11 called upon to do so. I have already testified at deposition in this case.

12      44.    To the best of my knowledge, I have no conflicts of interest with any class member
13 that would prevent me from fairly and adequately representing the best interests of the class. I
14 understand that my compensation in this case will be the same as any other class members except
15 that I may, with Court approval, be reimbursed for my reasonable costs and expenses incurred as a
16 result of my acting as class representative.

17

18      I declare under penalty of perjury that the foregoing is true and correct.
19      Executed on _____, in San Francisco, California.
20      Katherine Looper