| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>Andrew C. Wolinsky (CA 345965)<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br>yavar@bathaeedunne.com<br>awolinsky@bathaeedunne.com<br><br>**BATHAEE DUNNE LLP**<br>Brian J. Dunne (CA 275689)<br>Edward M. Grauman (admitted *pro hac vice*)<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br>bdunne@bathaeedunne.com<br>egrauman@bathaeedunne.com<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (admitted *pro hac vice*)<br>Patrick J. McGahan (admitted *pro hac vice*)<br>Michael P. Srodoski (admitted *pro hac vice*)<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br>alawrence@scott-scott.com<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Patrick J. Coughlin (CA 111070)<br>Carmen A. Medici (CA 248417)<br>Hal D. Cunningham (CA 243048)<br>Daniel J. Brockwell (CA 335983)<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com<br>hcunningham@scott-scott.com<br>dbrockwell@scott-scott.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF MARK YOUNG IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE: December 14, 2023<br>TIME:  10:00 a.m.<br>DEPT.  11, 19th Floor<br>Hon. James Donato |

I, Mark Young, declare and state as follows:

1. I am a named Advertiser Plaintiff in the above-captioned litigation.

2. I am a citizen and resident of Scarsdale, New York.

3. I am over the age of 18, am personally familiar with, and have personal knowledge of the facts contained herein, which I could and would testify competently thereto.

4. I am aware that this class action lawsuit is brought on behalf of Facebook Inc. ("Facebook") advertisers that have been wronged between December 1, 2016, and December 31, 2020.

5. Between December 1, 2016, and December 31, 2020, I purchased advertising from Facebook in six different transactions, spending $75.57 through my credit cards to do so.

6. During this time period, I also bought $10 of Facebook ads, in six transactions, using Facebook Coupons.

7. On June 30, 2016, I bought $8.92 in advertising from Facebook through my Visa card ending in -1893. I understand that this purchase is not within the Class Period proposed for this case.

8. On June 30, 2017, I bought advertising from Facebook in a transaction in the amount of $7.00, paid through my Visa card ending in -1893.

9. On July 31, 2017, I bought advertising from Facebook in a transaction in the amount of $10.00, paid through my Visa card ending in -1893.

10. On December 6, 2018, I bought advertising from Facebook in a transaction in the amount of $3.00, paid through my Visa card ending in -9033.

11. On December 15, 2018, I bought advertising from Facebook in a transaction in the amount of $25.00, paid through my Visa card ending in -9033.

12. On December 31, 2018, I bought advertising from Facebook in a transaction in the amount of $19.82, paid through my Visa card ending in -9033.

13. On May 31, 2019, I bought advertising from Facebook in a transaction in the amount of $10.75, paid through my American Express card ending in -1006.

1

DECLARATION OF MARK YOUNG IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – Case No. 3:20-cv-08570-JD

14. I understand that, by this motion for class certification, I am moving to be appointed class representative in this action and for my attorneys, Scott+Scott Attorneys at Law LLP and Bathaee Dunne LLP, to be appointed class counsel. I understand that Advertiser Plaintiffs Katherine Looper; Jessyca Frederick; Affilious, Inc.; Mark Berney; and 406 Property Services, PLLC are also moving to be appointed as class representatives.

15. I understand that a class representative is a representative party who acts on behalf of other class members in directing the litigation and am willing to serve in this capacity alongside the Advertiser Plaintiffs.

16. I understand that, as a class representative, I have a duty to prosecute the case vigorously and in the best interests of all class members, which includes reviewing important filings with the Court, consulting with counsel during the course of the litigation, making recommendations as to whether or not to accept a particular settlement offer, and testifying at deposition and trial if called upon to do so. I have already testified at deposition in this case.

17. To the best of my knowledge, I have no conflicts of interest with any class member that would prevent me from fairly and adequately representing the best interests of the class. I understand that my compensation in this case will be the same as any other class members except that I may, with Court approval, be reimbursed for my reasonable costs and expenses incurred as a result of my acting as class representative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, in Scarsdale, New York.

_____
Mark Young