| | | |
|---|---|---|
| 1 | **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 2 | Yavar Bathaee (CA 282388)<br>Andrew C. Wolinsky (CA 345965) | Amanda F. Lawrence (admitted *pro hac vice*) |
| 3 | 445 Park Avenue, 9th Floor<br>New York, NY 10022 | Patrick J. McGahan (admitted *pro hac vice*)<br>Michael P. Srodoski (admitted *pro hac vice*) |
| 4 | Tel.: (332) 322-8835 | 156 South Main Street, P.O. Box 192<br>Colchester, CT 06415 |
| 5 | yavar@bathaeedunne.com<br>awolinsky@bathaeedunne.com | Tel.: (860) 537-5537<br>alawrence@scott-scott.com |
| 6 | **BATHAEE DUNNE LLP** | pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com |
| 7 | Brian J. Dunne (CA 275689)<br>Edward M. Grauman (admitted *pro hac vice*) | |
| 8 | 901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 9 | Austin, TX 78746 | Patrick J. Coughlin (CA 111070)<br>Carmen A. Medici (CA 248417) |
| 10 | Tel.: (213) 462-2772<br>bdunne@bathaeedunne.com | Hal D. Cunningham (CA 243048) |
| 11 | egrauman@bathaeedunne.com | Daniel J. Brockwell (CA 335983)<br>600 W. Broadway, Suite 3300 |
| 12 | *Interim Co-Lead Counsel for the Advertiser Classes* | San Diego, CA 92101<br>Tel.: (619) 233-4565 |
| 13 | | pcoughlin@scott-scott.com<br>cmedici@scott-scott.com |
| 14 | | hcunningham@scott-scott.com<br>dbrockwell@scott-scott.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| vs. | **DECLARATION OF KEVIN KREITZMAN** |
| META PLATFORMS, INC., | |
| Defendant. | |

DECLARATION OF KEVIN KREITZMAN – Case No. 3:20-cv-08570-JD

1  I, Kevin Kreitzman, declare and state as follows:

2  1. I am a Managing Director at Berkeley Research Group, LLC. I have served as a Principal at the ERS Group, a Director in the Forensics and Litigation practice at KPMG LLP, and as a Senior Economist at LECG. I have been a lecturer at several universities, most recently at the University of California at Berkeley, where I developed and taught courses in Corporate Finance and Business Valuation using an economic profit methodology and Estimating Damages in Litigation for the University of California at Berkeley Extension. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been asked by counsel for Advertiser Plaintiffs in the above-captioned litigation to provide certain expert opinions in connection with Advertiser Plaintiffs' motion for class certification.

3. Attached hereto are the two reports I have prepared in connection with this assignment: the Expert Report of Kevin Kreitzman, **(Exhibit A)** and the Reply Report of Kevin Kreitzman, **(Exhibit B)**.

4. The attached reports accurately reflect my opinions on the matters contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/14/2023 , in  Winter Haven, Fl .

*Kevin Kreitzman*
Kevin Kreitzman

# EXHIBIT A
# [Filed Under Seal]

# EXHIBIT B
# [Filed Under Seal]