WILMER CUTLER PICKERING HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF MOLLY JENNINGS IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF SCOTT FASSER AND JOSHUA GANS**<br><br>Judge: Hon. James Donato |

1  I, MOLLY JENNINGS, declare as follows:

2      1.    I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent

3  Defendant Meta Platforms, Inc. in the above-captioned action. The contents of this declaration

4  are based on my personal knowledge.

5      2.    I submit this declaration in support of Meta's Motion to Exclude the Testimony of

6  Scott Faser and Joshua Gans. I have knowledge of the facts set forth in this Declaration and if

7  called upon as a witness, I could and would testify to them competently under oath.

8      3.    Attached hereto as Exhibit 1 is a true and correct copy of Advertiser Plaintiffs'

9  Expert Report of Scott Fasser with Exhibit A, dated July 7, 2023.

10     4.    Attached hereto as Exhibit 2 is a true and correct copy of Advertiser Plaintiffs'

11 Reply Expert Report of Scott Fasser, dated September 1, 2023.

12     5.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the

13 transcript of the September 7, 2023 deposition of Scott Fasser.

14     6.    Attached hereto as Exhibit 4 is a true and correct copy of Advertiser Plaintiffs'

15 Expert Report of Joshua S. Gans, with Appendices, dated July 7, 2023.

16     7.    Attached hereto as Exhibit 5 is a true and correct copy of Advertiser Plaintiffs'

17 Expert Reply Report of Joshua S. Gans, dated September 1, 2023.

18     8.    Attached hereto as Exhibit 6 is a true and correct copy of Advertiser Plaintiffs'

19 Expert Report of Michael A. Williams, Ph.D., dated July 7, 2023.

20     9.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the

21 transcript of the May 19, 2023 deposition of Brad Smallwood.

22     10.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the

23 transcript of the May 9, 2023 deposition of Jonathan Eide.

24     11.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the

25 transcript of the June 22, 2023 deposition of Andrew Bosworth.

26     12.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the

27 transcript of the June 13, 2023 deposition of Rob Goldman.

28

1       13.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the

2  transcript of the June 14, 2023 deposition of D. Scott Baser.

3       14.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from

4  Defendant Meta Platforms, Inc.'s Supplemental Initial Discclosures Pursuant to Federal Rule of

5  Civil Procedure 26(a)(1), dated May 1, 2023.

6       15.     Attached hereto as Exhibit 13 is a true and correct copy of the following article:

7  Susan Athey & Joshua Gans, *The Impact of Targeting Technology on Advertising Markets and*

8  *Media Competition*, 100 Am. Econ. Rev. 608 (2010).

9       I declare under penalty of perjury of the laws of the United States of America that the

10 foregoing is true and correct.

11

12       Executed on this 15th day of September, 2023, in Washington, District of Columbia.

13                                              By:   */s/ Molly Jennings*
14                                                    Molly Jennings

1 **SIGNATURE ATTESTATION**

2   This document is being filed through the Electronic Case Filing (ECF) system by attorney
3 Sonal N. Mehta.  By her signature, Ms. Mehta attests that she has obtained concurrence in the
4 filing of this document from each of the attorneys identified on the caption page in the above
5 signature block.

6

7                                                                     By:  */s/ Sonal N. Mehta*
                                                                                Sonal N. Mehta