| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) <br> Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) <br> Sonal.Mehta@wilmerhale.com <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, California 94306 <br> Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) <br> Molly.Jennings@wilmerhale.com <br> 2100 Pennsylvania Avenue NW <br> Washington, DC 20037 <br> Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) <br> David.Gringer@wilmerhale.com <br> ROSS E. FIRSENBAUM (*pro hac vice*) <br> Ross.Firsenbaum@wilmerhale.com <br> RYAN CHABOT (*pro hac vice*) <br> Ryan.Chabot@wilmerhale.com <br> PAUL VANDERSLICE (*pro hac vice*) <br> Paul.Vanderslice@wilmerhale.com <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, New York 10007 <br> Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) <br> Michaela.Sewall@wilmerhale.com <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **[PROPOSED] ORDER GRANTING META PLATFORMS INC'S MOTION TO EXCLUDE TESTIMONY OF SCOTT FASSER AND JOSHUA GANS** <br><br> Judge: Hon. James Donato |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:  Defendant Meta Platforms, Inc.'s Motion to Exclude Testimony of Scott Fasser and Joshua Gans is GRANTED as follows:

1. ORDERED, that the testimony and reports of Scott Fasser are excluded pursuant to Federal Rule of Evidence 702 in their entirety; and it is further

2. ORDERED, that the testimony as described in Section IV of Joshua Gans's Expert Report is excluded pursuant to Federal Rule of Evidence 702.

**IT IS SO ORDERED.**

Dated:   September _____, 2023

_____
The Honorable James Donato
United States District Court Judge