**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
  Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE CONSUMER PLAINTIFFS' CLASS CERTIFICATION MOTION DOCUMENTS UNDER SEAL** |
| vs. | |
| META PLATFORMS, INC., | |
| Defendant. | The Hon. James Donato |
| This Document Relates To: All Actions | Hearing Date: Dec. 14, 2023 at 10:00 a.m. |

Pursuant to Civil Local Rules 7-11 and 79-5, Consumer Plaintiffs ("Consumers") respectfully submit this interim administrative motion to provisionally file under seal the unredacted versions of Consumers' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel and Memorandum of Points and Authorities in Support, their Motion to Exclude Portions of the Expert Report and Testimony of Dr. Catherine Tucker, and certain class certification expert reports and exhibits submitted as attachments to the Declaration of Kevin Y. Teruya. Contemporaneous with this interim administrative motion to seal, Consumers also file redacted versions of their class certification and *Daubert* briefing and supporting materials. *In re Google Play Store Antitrust Litig.*, Case No. 3:21-md-2981-JD (N.D. Cal.), Dkt. 246.

The Court's scheduling order provides that class certification and class *Daubert* motions are to be filed by September 15, 2023, oppositions to class certification and class *Daubert* motions are to be filed by October 13, 2023, and replies to class certification and class *Daubert* motions are to be filed by November 3, 2023. *See* Dkt. 379. Because "voluminous or multiple administrative motions to seal would be filed if normal procedures were followed," the parties believe that their respective class certification and *Daubert* briefing and related exhibits are subject to the procedures set forth in Paragraph 31 of the Court's Standing Order for Civil Cases, which calls for the filing of a single combined administrative motion to seal covering all unopposed sealing requests, and a single combined administrative motion to seal covering all opposed requests, following the completion of briefing "Omnibus Sealing Motions"). *See* ¶ 31, Standing Order for Civil Cases Before Judge Donato; Dkt. 639 (parties' stipulation that ¶ 31 of the Court's Standing Order applies).

Following the completion of class certification and *Daubert* briefing, Consumers will, by November 21, 2023 (two-and-a-half weeks after the close of briefing), file—in consultation with Facebook and non-parties—Omnibus Sealing Motions pursuant to Paragraph 31 of the Court's Standing Order. Dkt. 639 at 2. Those Omnibus Sealing Motions will describe the reasons for the requested sealing, ensure that any sealing requests are narrowly tailored, and supersede this interim motion to provisionally maintain under seal materials submitted in connection with Consumers' Motions. In the interim, Consumers respectfully request that the Court provisionally maintain under seal the requested materials.

Case No. 3:20-cv-08570-JD
CONSUMERS' INTERIM MOTION TO PROVISIONALLY SEAL CLASS CERTIFICATION MATERIALS

DATED: September 15, 2023

| | |
|---|---|
| By: */s/ Shana E. Scarlett*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>Steve W. Berman (admitted *pro hac vice*)<br>  steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (admitted *pro hac vice*)<br>  wjbruckner@locklaw.com<br>Robert K. Shelquist (admitted *pro hac vice*)<br>  rkshelquist@locklaw.com<br>Brian D. Clark (admitted *pro hac vice*)<br>  bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>  rapeterson@locklaw.com<br>Kyle Pozan (admitted *pro hac vice*)<br>  kjpozan@locklaw.com<br>Laura M. Matson (admitted *pro hac vice*)<br>  lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br><br>*Interim Counsel for the Consumer Class* | By: */s/ Kevin Y. Teruya*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Scott L. Watson (Bar No. 219147)<br>  scottwatson@quinnemanuel.com<br>Claire D. Hausman (Bar No. 282091)<br>  clairehausman@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br><br>Michelle Schmit (admitted *pro hac vice*)<br>  michelleschmit@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Manisha M. Sheth (admitted *pro hac vice*)<br>  manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>*Interim Co-Lead Consumer Class Counsel* |

**ATTESTATION OF KEVIN Y. TERUYA**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: September 15, 2023       By   */s/ Kevin Y. Teruya*
                                       Kevin Y. Teruya

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By   */s/ Kevin Y. Teruya*
       Kevin Y. Teruya