**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>META PLATFORMS, INC.,<br><br>  Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE CONSUMER PLAINTIFFS' CLASS CERTIFICATION MOTION DOCUMENTS UNDER SEAL**<br><br>The Hon. James Donato<br><br>Hearing Date: Dec. 14, 2023 at 10:00 a.m. |

**[PROPOSED] ORDER**

On September 15, 2023, Consumer Plaintiffs filed an interim administrative motion to provisionally file under seal the unredacted versions of Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel and Memorandum of Points and Authorities in Support, their Motion to Exclude Portions of the Expert Report and Testimony of Dr. Catherine Tucker, and certain class certification expert reports and exhibits submitted as attachments to the Declaration of Kevin Y. Teruya. Consumer Plaintiffs' interim administrative motion seeks to provisionally seal unredacted versions of their class certification and *Daubert* briefing and supporting materials pending the completion of class certification briefing, *Daubert* briefing, and the parties' joint filing of Omnibus Sealing Motions pursuant to Paragraph 31 of the Court's Standing Order for Civil Cases that will supersede Consumers' interim sealing motion.

Having reviewed the record and the relevant authorities, the Court **GRANTS** Consumer Plaintiffs' interim administrative motion to provisionally file under seal. Following the completion of class certification and *Daubert* briefing, and no later than November 21, 2023 (two-and-a-half weeks after completion of class certification and *Daubert* briefing), the parties **SHALL** file a superseding, single combined administrative motion to seal covering all unopposed sealing requests, and a superseding, single combined administrative motion to seal covering all opposed requests.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. James Donato
United States District Judge