WILMER CUTLER PICKERING HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. James Donato |

**STANDING ORDER PARAGRAPH 31 NOTICE**

The parties have agreed to use the approach outlined in Paragraph 31 of the Court's Standing Order for Civil Cases for the rounds of briefing associated with User Plaintiffs' and Advertiser Plaintiffs' Motions for Class Certification, and any related *Daubert* briefing, including Defendant Meta Platforms, Inc.'s Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans. Meta hereby notifies the Court that the parties will file a combined Administrative Motion to Seal when briefing on the class certification and related *Daubert* motions is complete. That combined Administrative Motion to Seal will address all relevant documents submitted in connection with this briefing. Meta will work in good faith to minimize the amount of material sought to be sealed in that motion in accordance with the applicable standard and this Court's prior guidance. *See* Dkt. 344.

**META PLATFORMS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendant Meta Platforms, Inc. respectfully files this Administrative Motion To File Under Seal portions of its Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans, and certain documents submitted in support of that Motion. Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(c) provided that the party seeking the relief can show that there are "legitimate private or public interests that warrant sealing" that "injury will result if sealing is denied" and "why a less restrictive alternative to sealing is not sufficient." L.R. 79-5(c)(1).

Pursuant to Paragraph 31 of this Court's Standing Order for Civil Cases, Meta will provide a "more fulsome and revised motion to seal" after the completion of briefing. Meta has lodged under seal deposition excerpts of certain of its current and former employees, which have been designated Highly Confidential or Confidential under the Stipulated Protective Order. Dkt. 314. Meta has also lodged under seal portions of its Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans that reference these materials.

As noted in Meta's associated Motion to Consider Whether Another Party's Information Should Be Sealed, Meta has also lodged under seal the Report and Reply Report of Scott Fasser,

the Report and Reply Report of Joshua S. Gans, and the Report of Michael A. Williams, which Advertiser Plaintiffs have designated Highly Confidential under the Stipulated Protective Order. Dkt. 314. Meta has also lodged under seal excerpts from the deposition of Scott Fasser, which are currently provisionally designated Highly Confidential under the Stipulated Protective Order. Dkt. 314. Meta has also lodged under seal portions of its Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans that reference these materials.

Meta notes that the Fasser, Gans, and Williams reports and Fasser deposition transcript also contain potentially sealable information from other parties, including Meta and the following non-parties: Alphabet, Inc.; LinkedIn Corporation; Snap, Inc.; and X Corp. (f/k/a Twitter, Inc.). Meta anticipates that all parties will address appropriately tailored sealing requests in the combined motion to seal submitted at the end of briefing pursuant to Paragraph 31 of this Court's Standing Order for Civil Cases.

Meta has lodged under seal the following materials referencing Meta's information:

| Document | Portions to Be Lodged Under Seal | Designating Party |
|---|---|---|
| Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans | Portions highlighted in green | Meta |
| Ex. 2 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Fasser Reply Report") | In its entirety | Meta and Advertiser Plaintiffs |
| Ex. 3 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Fasser Deposition Excerpts") | In its entirety | Meta and Advertiser Plaintiffs |
| Ex. 4 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Gans Report") | In its entirety | Meta and Advertiser Plaintiffs |
| Ex. 5 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Gans Reply Report") | In its entirety | Meta and Advertiser Plaintiffs |
| Ex. 6 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the | In its entirety | Meta and Advertiser Plaintiffs |

| | | |
|---|---|---|
| Testimony of Scott Fasser and Joshua S. Gans ("Williams Report") | | |
| Ex. 7 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Smallwood Deposition Excerpts") | In its entirety | Meta |
| Ex. 8 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Eide Deposition Excerpts") | In its entirety | Meta |
| Ex. 9 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Bosworth Deposition Excerpts") | In its entirety | Meta |
| Ex. 10 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Goldman Deposition Excerpts") | In its entirety | Meta |
| Ex. 11 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Baser Deposition Excerpts") | In its entirety | Meta |

As noted, upon the conclusion of briefing on class certification motions and related *Daubert* motions, the parties will submit a combined Administrative Motion to Seal that will contain additional detail addressing each of the above documents and any additional documents containing Meta's, plaintiffs', and relevant non-parties' confidential information submitted in connection with the briefing on class certification motions and related *Daubert* motions.

| | | |
|---|---|---|
| 1 | Dated: September 15, 2023 | Respectfully submitted, |
| 2 | | By: /s/ Molly M. Jennings |
| 3 | | |
| | | SONAL N. MEHTA (SBN 222086) |
| 4 | |  Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP |
| | | 2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306 |
| | | Telephone: (650) 858-6000 |
| 7 | | |
| 8 | | DAVID Z. GRINGER (*pro hac vice*) |
| | |  David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*) |
| | |  Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*) |
| | |  Ryan.Chabot@wilmerhale.com |
| 11 | | PAUL VANDERSLICE (*pro hac vice*) |
| | |  Paul.Vanderslice@wilmerhale.com |
| 12 | | WILMER CUTLER PICKERING HALE |
| 13 | | AND DORR LLP |
| | | 7 World Trade Center |
| 14 | | 250 Greenwich Street |
| | | New York, New York 10007 |
| 15 | | Telephone: (212) 230-8800 |
| 16 | | |
| | | ARI HOLTZBLATT (*pro hac vice*) |
| 17 | |  Ari.Holtzblatt@wilmerhale.com |
| | | MOLLY M. JENNINGS (*pro hac vice*) |
| 18 | |  Molly.Jennings@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 19 | | AND DORR LLP |
| 20 | | 2100 Pennsylvania Avenue NW |
| | | Washington, DC 20037 |
| 21 | | Telephone: (202) 663-6000 |
| 22 | | |
| | | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 | |  Michaela.Sewall@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 24 | | AND DORR LLP |
| | | 60 State Street |
| 25 | | Boston, Massachusetts 02109 |
| | | Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2023, I caused the foregoing document to be transmitted via electronic mail.

                                              */s/ Molly M. Jennings*
                                                 Molly M. Jennings