WILMER CUTLER PICKERING
HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1    Defendant's Administrative Motion to Seal, filed in connection with the concurrently filed
2  Motion to Exclude Testimony of Scott Fasser and Joshua Gans, dated September 15, 2023 (the
3  "Motion"), is now before the Court.  Upon consideration, this Court **GRANTS** the Administrative
4  Motion.

5    Accordingly, the following portions of the Motion shall be sealed.

| Document | Portions to Be Lodged Under Seal | Reason For Sealing |
|---|---|---|
| Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans | Portions highlighted in green | Potential Harm to Meta |
| Ex. 2 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Fasser Reply Report") | In its entirety | Potential Harm to Meta and Advertiser Plaintiffs' Confidential Information |
| Ex. 3 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Fasser Deposition Excerpts") | In its entirety | Potential Harm to Meta and Advertiser Plaintiffs' Confidential Information |
| Ex. 4 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Gans Report") | In its entirety | Potential Harm to Meta and Advertiser Plaintiffs' Confidential Information |
| Ex. 5 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Gans Reply Report") | In its entirety | Potential Harm to Meta and Advertiser Plaintiffs' Confidential Information |
| Ex. 6 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Williams Report") | In its entirety | Potential Harm to Meta and Advertiser Plaintiffs' Confidential Information |
| Ex. 7 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Smallwood Deposition Excerpts") | In its entirety | Potential Harm to Meta |
| Ex. 8 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Eide Deposition Excerpts") | In its entirety | Potential Harm to Meta |
| Ex. 9 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Bosworth Deposition Excerpts") | In its entirety | Potential Harm to Meta |

| | | |
|---|---|---|
| Ex. 10 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Goldman Deposition Excerpts") | In its entirety | Potential Harm to Meta |
| Ex. 11 to the Decl. of Molly M. Jennings in Support of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans ("Baser Deposition Excerpts") | In its entirety | Potential Harm to Meta |

**IT IS SO ORDERED.**

Dated: September _____, 2023

_____
The Honorable James Donato
United States District Court Judge