# ECONOMIDES, FARRELL, KLEIN, LAMDAN, TUCKER, KIRK FAIR EXPERT REPORTS

# FILED UNDER SEAL