# EXHIBITS 17- 56; and 58-78

# FILED UNDER SEAL