| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br>Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF NICHOLAS ECONOMIDES**<br><br>Judge: Hon. James Donato |

1  I, DAVID Z. GRINGER, declare as follows:

2      1.    I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). I represent Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Motion to Exclude Testimony of Nicholas Economides.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Dr. Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification Errata served on July 27, 2023.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of the Reply Declaration of Dr. Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification served on September 1, 2023.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript from Dr. Nicholas Economides's deposition held on September 14, 2023.

    5.    Attached hereto as Exhibit 4 is a true and correct copy of the article by Nicholas Economides & Ioannis Lianos, *Giving Away Our Data for Free is a Market Failure*, Promarket (Feb. 1, 2021), https://www.promarket.org/2021/02/01/free-data-market-failure-digital-platforms/.

    6.    Attached hereto as Exhibit 5 is a true and correct copy of the article by Sagee Ben-Zedeff, *Introducing Study From Facebook*, Meta (June 11, 2019).

    7.    Attached hereto as Exhibit 6 is a true and correct copy of the article by Erez Naveh, *Introducing Facebook Viewpoints*, Meta (Nov. 25, 2019), https://about.fb.com/news/2019/11/introducing-facebook-viewpoints/.

    8.    Attached hereto as Exhibit 7 is a true and correct copy of Background for Sagee Ben-Zedeff's 30(b)(6) Deposition, PX-2961.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 15th day of September, 2023, in New York, New York.

                                                            By:    */s/ David Z. Gringer*
                                                                            David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:  */s/ Sonal N. Mehta*
Sonal N. Mehta

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2023, I caused the foregoing document to be transmitted via electronic mail.

By:  */s/ Sonal N. Mehta*
Sonal N. Mehta