1

2

WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com

3

2600 El Camino Real, Suite 400

4

Palo Alto, California 94306
Telephone: (650) 858-6000

5

6

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com

7

ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com

8

RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com

9

PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com

10

7 World Trade Center

11

250 Greenwich Street
New York, New York 10007

12

Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

13

14

*Attorneys for Defendant Meta Platforms, Inc.*

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**

17

**SAN FRANCISCO DIVISION**

18

19

MAXIMILIAN KLEIN, et al., on behalf of
themselves and all others similarly situated,

20

Plaintiffs,

21

v.

22

META PLATFORMS, INC., a Delaware
Corporation,

23

24

Defendant.

Case No. 3:20-cv-08570-JD

**META PLATFORMS, INC.'S
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
SEALED**

Judge: Hon. James Donato

25

26

27

28

No. 3:20-cv-08570-JD

META'S MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S INFORMATION
SHOULD BE SEALED

**STANDING ORDER PARAGRAPH 31 NOTICE**

The parties have agreed to use the approach outlined in Paragraph 31 of the Court's Standing Order for Civil Cases for the rounds of briefing associated with User Plaintiffs' and Advertiser Plaintiffs' motions for class certification, and any related *Daubert* briefing, including Defendant Meta Platforms, Inc.'s Motion to Exclude the Testimony of Nicholas Economides. Meta hereby notifies the Court that the parties will file a combined Administrative Motion to Seal when briefing on the class certification and related *Daubert* motions is complete. That combined Administrative Motion to Seal will address all relevant documents submitted in connection with this briefing. Meta will work in good faith to minimize the amount of material sought to be sealed in that motion in accordance with the applicable standard and this Court's prior guidance. *See* Dkt. 344.

**META PLATFORMS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Meta Platforms, Inc. respectfully files this Administrative Motion To Consider Whether Another Party's Material Should Be Sealed in connection with its Motion to Exclude the Testimony of Nicholas Economides. Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).

Meta has lodged under seal the Report and Reply Report of Nicholas Economides, which User Plaintiffs have designated Highly Confidential under the Stipulated Protective Order. Dkt. 314. Meta has also lodged under seal excerpts from the deposition of Nicholas Economides, which are currently provisionally designated Highly Confidential under the Stipulated Protective Order. Dkt. 314. Meta has also lodged under seal portions of its Motion to Exclude Testimony of Nicholas Economides that reference these materials.

Meta notes that the Economides reports and deposition transcript also contain potentially sealable information from other parties, including Meta and the following non-parties: Alphabet, Inc.; Amazon.com, Inc.; Apple Inc.; Centercode, Inc.; Embee Mobile, Inc.; LinkedIn Corporation;

1  Luth Research LLC; Microsoft Corporation; Nextdoor Holdings, Inc.; Pinterest, Inc.; Reddit, Inc.;

2  Sgrouples, Inc.; Snap, Inc.; TikTok, Inc.; Viant Technology Inc.; and X Corp. (f/k/a Twitter, Inc.).

3  Meta is providing these non-parties with notice of this Administrative Motion, and anticipates that

4  all parties will address appropriately tailored sealing requests in the combined motion to seal

5  submitted at the end of briefing pursuant to Paragraph 31 of this Court's Standing Order for Civil

6  Cases.

7          Accordingly, Meta has lodged under seal the following materials referencing other parties'

8  information:

9

10

| Document | Portions to Be Lodged Under Seal | Designating Party |
|---|---|---|
| Meta's Motion to Exclude Testimony of Nicholas Economides | Portions highlighted in yellow | User Plaintiffs |
| Ex. 1 to the Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides ("Economides Report") | In its entirety | User Plaintiffs |
| Ex. 2 to the Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides ("Economides Reply Report") | In its entirety | User Plaintiffs |
| Ex. 3 to the Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides ("Economides Deposition Excerpts") | In its entirety | User Plaintiffs |

19

20          As noted, upon the conclusion of briefing on class certification motions and related

21  *Daubert* motions, the parties will submit a combined Administrative Motion to Seal that will

22  contain additional detail addressing each of the above documents and any additional documents

23  containing Meta's, plaintiffs', and relevant non-parties' confidential information submitted in

24  connection with the briefing on class certification motions and related *Daubert* motions.

25

26

27

28

1  Dated: September 15, 2023

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

By: */s/  Molly M. Jennings*

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on this 15th day of September, 2023, I caused the foregoing document

3   to be transmitted via electronic mail.

4

5                                                                 */s/ Molly M. Jennings*
                                                                  Molly M. Jennings

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28