WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**SUPPLEMENTAL DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF NICHOLAS ECONOMIDES**<br><br>Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). I represent Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Motion to Exclude Testimony of Nicholas Economides. See Dkt. 650.

2. On September 15, 2023, Meta Platforms, Inc. filed a Motion to Exclude the Testimony of Nicholas Economides, as well as a Declaration of David Z. Gringer in Support, and accompanying Exhibits 1-7. See Dkt. 650, 650-1. The exhibits referenced below were referenced in the motion but were inadvertently not attached to the motion itself. I apologize for the oversight.

3. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript from Mark Zuckerberg's deposition held on May 16, 2023. This transcript is cited on page 6 of the Motion to Exclude the Testimony of Nicholas Economides. Dkt. 650 at 6.

4. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the transcript from David Baser's deposition held on June 14, 2023. This transcript is cited on on pages 5 and 7 of the Motion to Exclude the Testimony of Nicholas Economides. Dkt. 650 at 5, 7.

5. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript from Named Plaintiff Maximilian Klein's deposition held on May 31, 2023. This transcript is cited on page 8 of the Motion to Exclude the Testimony of Nicholas Economides. Dkt. 650 at 8.

6. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the transcript from Named Plaintiff Sarah Grabert's deposition held on April 25, 2023. This transcript is cited on page 8 of the Motion to Exclude the Testimony of Nicholas Economides. Dkt. 650 at 8.

1  7. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the
2  transcript from Named Plaintiff Rachel Banks Kupcho's deposition held on May 22, 2023. This
3  transcript is cited on page 8 of the Motion to Exclude the Testimony of Nicholas Economides.
4  Dkt. 650 at 8.

|   |   |
|---|---|
| By: | */s/ David Z. Gringer* |
|   | David Z. Gringer |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By: /s/ *David Z. Gringer*
      David Z. Gringer