WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

## STANDING ORDER PARAGRAPH 31 NOTICE

The parties have agreed to use the approach outlined in Paragraph 31 of the Court's Standing Order for Civil Cases for the rounds of briefing associated with User Plaintiffs' and Advertiser Plaintiffs' motions for class certification, and any related *Daubert* briefing, including Defendant Meta Platforms, Inc.'s Motion to Exclude the Testimony of Nicholas Economides. Meta hereby notifies the Court that the parties will file a combined Administrative Motion to Seal when briefing on the class certification and related *Daubert* motions is complete. That combined Administrative Motion to Seal will address all relevant documents submitted in connection with this briefing. Meta will work in good faith to minimize the amount of material sought to be sealed in that motion in accordance with the applicable standard and this Court's prior guidance. *See* Dkt. 344.

## META PLATFORMS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Meta Platforms, Inc. respectfully files this Administrative Motion To Consider Whether Another Party's Material Should Be Sealed concerning certain exhibits to the Supplemental Declaration of David Z. Gringer in support of its Motion to Exclude the Testimony of Nicholas Economides, Dkt. 650. Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).

Meta has lodged under seal excerpts of the depositions of the named User Plaintiffs, which are designated Highly Confidential or Confidential under the Stipulated Protective Order, Dkt. 314.

Accordingly, Meta has lodged under seal the following materials referencing other parties' information:

| Document | Portions to Be Lodged Under Seal | Designating Party |
|---|---|---|
| Ex. 10 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | User Plaintiffs |
| Ex. 11 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | User Plaintiffs |
| Ex. 12 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | User Plaintiffs |

As noted, upon the conclusion of briefing on class certification motions and related *Daubert* motions, the parties will submit a combined Administrative Motion to Seal that will contain additional detail addressing each of the above documents and any additional documents containing Meta's, plaintiffs', and relevant non-parties' confidential information submitted in connection with the briefing on class certification motions and related *Daubert* motions.

| | | |
|---|---|---|
| 1 | Dated: September 18, 2023 | Respectfully submitted, |
| 2 | | By: /s/ Molly M. Jennings |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | |  Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP<br>2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306<br>Telephone: (650) 858-6000 |
| 7 | | |
| 8 | | DAVID Z. GRINGER (*pro hac vice*)<br> David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*)<br> Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*)<br> Ryan.Chabot@wilmerhale.com |
| 11 | | PAUL VANDERSLICE (*pro hac vice*)<br> Paul.Vanderslice@wilmerhale.com |
| 12 | | WILMER CUTLER PICKERING HALE |
| 13 | | AND DORR LLP<br>7 World Trade Center |
| 14 | | 250 Greenwich Street<br>New York, New York 10007 |
| 15 | | Telephone: (212) 230-8800 |
| 16 | | |
| 17 | | ARI HOLTZBLATT (*pro hac vice*)<br> Ari.Holtzblatt@wilmerhale.com |
| 18 | | MOLLY M. JENNINGS (*pro hac vice*)<br> Molly.Jennings@wilmerhale.com |
| 19 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 20 | | 2100 Pennsylvania Avenue NW<br>Washington, DC 20037 |
| 21 | | Telephone: (202) 663-6000 |
| 22 | | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 | |  Michaela.Sewall@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 24 | | AND DORR LLP<br>60 State Street |
| 25 | | Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2023, I caused the foregoing document to be transmitted via electronic mail.

*/s/ Molly M. Jennings*
Molly M. Jennings