WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>　　　　　　　　Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

1  Defendant's Administrative Motion to Consider Whether Another Party's Materials
2  Should Be Sealed, filed in connection with its Motion to Exclude Testimony of Nicholas
3  Economides, dated September 15, 2023, Dkt. 650 (the "Motion"), is now before the Court. Upon
4  consideration, this Court [**GRANTS / DENIES**] the Administrative Motion.
5  Accordingly, the following exhibits shall remain under seal.

| Document | Portions to Be Lodged Under Seal | Reason for Sealing |
|---|---|---|
| Ex. 10 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | User Plaintiffs' Highly Confidential Information |
| Ex. 11 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | User Plaintiffs' Highly Confidential Information |
| Ex. 12 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | User Plaintiffs' Highly Confidential Information |

**IT IS SO ORDERED.**

Dated: September _____, 2023

_____
The Honorable James Donato
United States District Court Judge