| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)  Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)  Sonal.Mehta@wilmerhale.com  2600 El Camino Real, Suite 400  Palo Alto, California 94306  Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)  Molly.Jennings@wilmerhale.com  2100 Pennsylvania Avenue NW  Washington, DC 20037  Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)  David.Gringer@wilmerhale.com  ROSS E. FIRSENBAUM (*pro hac vice*)  Ross.Firsenbaum@wilmerhale.com  RYAN CHABOT (*pro hac vice*)  Ryan.Chabot@wilmerhale.com  PAUL VANDERSLICE (*pro hac vice*)  Paul.Vanderslice@wilmerhale.com  7 World Trade Center  250 Greenwich Street  New York, New York 10007  Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)  Michaela.Sewall@wilmerhale.com  60 State Street  Boston, Massachusetts 02109  Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. James Donato |

| | |
|---|---|
| 1 | **STANDING ORDER PARAGRAPH 31 NOTICE** |
| 2 | The parties have agreed to use the approach outlined in Paragraph 31 of the Court's |
| 3 | Standing Order for Civil Cases for the rounds of briefing associated with User Plaintiffs' and |
| 4 | Advertiser Plaintiffs' motions for class certification, and any related *Daubert* briefing, including |
| 5 | Defendant Meta Platforms, Inc.'s Motion to Exclude the Testimony of Nicholas Economides. |
| 6 | Meta hereby notifies the Court that the parties will file a combined Administrative Motion to Seal |
| 7 | when briefing on the class certification and related *Daubert* motions is complete.  That combined |
| 8 | Administrative Motion to Seal will address all relevant documents submitted in connection with |
| 9 | this briefing.  Meta will work in good faith to minimize the amount of material sought to be sealed |
| 10 | in that motion in accordance with the applicable standard and this Court's prior guidance.  *See* |
| 11 | Dkt. 344. |
| 12 | **META PLATFORMS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 13 | Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendant Meta Platforms, Inc. |
| 14 | respectfully files this Administrative Motion To File Under Seal certain exhibits to the |
| 15 | Supplemental Declaration of David Z. Gringer in support of its Motion to Exclude the Testimony |
| 16 | of Nicholas Economides, Dkt. 650.  Materials and documents may be provisionally filed under |
| 17 | seal pursuant to Civil Local Rule 79-5(c) provided that the party seeking the relief can show that |
| 18 | there are "legitimate private or public interests that warrant sealing" that "injury will result if |
| 19 | sealing is denied" and "why a less restrictive alternative to sealing is not sufficient."  L.R. 79- |
| 20 | 5(c)(1). |
| 21 | Pursuant to Paragraph 31 of this Court's Standing Order for Civil Cases, Meta will provide |
| 22 | a "more fulsome and revised motion to seal" after the completion of briefing.  Meta has lodged |
| 23 | under seal deposition excerpts of certain of its current and former employees, which have been |
| 24 | designated Highly Confidential or Confidential under the Stipulated Protective Order.  Dkt. 314. |
| 25 | Meta also has lodged under seal excerpts of the depositions of the named User Plaintiffs, which |
| 26 | are designated Highly Confidential or Confidential under the Stipulated Protective Order, Dkt. 314 |
| 27 | Meta has lodged under seal the following materials referencing Meta's information: |
| 28 | |

| Document | Portions to Be Lodged Under Seal | Designating Party |
|---|---|---|
| Ex. 8 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Meta |
| Ex. 9 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Meta |
| Ex. 10 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Meta and User Plaintiffs |
| Ex. 11 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Meta and User Plaintiffs |
| Ex. 12 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Meta and User Plaintiffs |

As noted, upon the conclusion of briefing on class certification motions and related *Daubert* motions, the parties will submit a combined Administrative Motion to Seal that will contain additional detail addressing each of the above documents and any additional documents containing Meta's, plaintiffs', and relevant non-parties' confidential information submitted in connection with the briefing on class certification motions and related *Daubert* motions.

| | | |
|---|---|---|
| 1 | Date: September 18, 2023 | Respectfully submitted, |
| 2 | | By: /s/ Molly M. Jennings |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | | Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 5 | | 2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306 |
| 7 | | Telephone: (650) 858-6000 |
| 8 | | DAVID Z. GRINGER (*pro hac vice*) |
| | | David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*) |
| | | Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*) |
| 11 | | Ryan.Chabot@wilmerhale.com |
| | | PAUL VANDERSLICE (*pro hac vice*) |
| 12 | | Paul.Vanderslice@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 13 | | 7 World Trade Center |
| 14 | | 250 Greenwich Street |
| 15 | | New York, New York 10007 |
| | | Telephone: (212) 230-8800 |
| 16 | | |
| 17 | | ARI HOLTZBLATT (*pro hac vice*) |
| | | Ari.Holtzblatt@wilmerhale.com |
| 18 | | MOLLY M. JENNINGS (*pro hac vice*) |
| | | Molly.Jennings@wilmerhale.com |
| 19 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 20 | | 2100 Pennsylvania Avenue NW |
| | | Washington, DC 20037 |
| 21 | | Telephone: (202) 663-6000 |
| 22 | | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 | | Michaela.Sewall@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 24 | | 60 State Street |
| 25 | | Boston, Massachusetts 02109 |
| | | Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2023, I caused the foregoing document to be transmitted via electronic mail.

*/s/ Molly M. Jennings*
Molly M. Jennings