WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>     Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF MOLLY JENNINGS IN SUPPORT OF META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. James Donato |

1  I, Molly Jennings, declare as follows:

2      1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP.  I represent Meta

3  Platforms, Inc. in the above-captioned action.  I have personal knowledge of the matters stated

4  herein and, if called upon, I could and would competently testify thereto.

5      2.      Pursuant to Local Rule 79-5, I submit this Declaration in support of Meta's

6  Administrative Motion to File Under Seal certain exhibits to the Supplemental Declaration of

7  David Z. Gringer in support of Meta's Motion to Exclude Testimony of Nicholas Economides.

8      3.      As will be discussed in a "more fulsome and revised motion to seal" after the

9  completion of briefing pursuant to Paragraph 31 of this Court's Standing Order for Civil Cases,

10  Meta's Motion to Exclude Testimony of Nicholas Economides and the accompanying exhibits,

11  including certain exhibits to the supplemental Gringer Declaration, include information that Meta

12  designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order,

13  Dkt. 314, which, if revealed to competitors or counterparties, could cause competitive harm to

14  Meta.

15      4.      Attached to this declaration are unredacted versions of the accompanying

16  exhibits.

17      5.      Pursuant to Paragraph 31 of the Court's Standing Order for Civil Cases, Meta will

18  file a combined Motion to Seal promptly after briefing on the Motions is complete and will work

19  in good faith to minimize the amount of material sought to be sealed to ensure it is narrowly

20  tailored in light of the right of public access to the record.

21      I declare that the foregoing is true and correct under penalty of perjury.

22      Executed on this 18th day of September, 2023, in Washington, D.C.

23

24      By:    */s/ Molly M. Jennings*

25             Molly M. Jennings

26

27

28