| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br>Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                     Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

Defendant's Administrative Motion to Seal, filed in connection with the Supplemental Declaration of David Z. Gringer in support of Meta's Motion to Exclude Testimony of Nicholas Economides, dated September 15, 2023, Dkt. 650 (the "Motion"), is now before the Court. Upon consideration, this Court **GRANTS** the Administrative Motion.

Accordingly, the following exhibits shall remain under seal.

| Document | Portions to Be Lodged Under Seal | Reason For Sealing |
| --- | --- | --- |
| Ex. 8 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Potential Harm to Meta |
| Ex. 9 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Potential Harm to Meta |
| Ex. 10 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Potential Harm to Meta and User Plaintiffs' Highly Confidential Information |
| Ex. 11 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Potential Harm to Meta and User Plaintiffs' Highly Confidential Information |
| Ex. 12 to the Supp. Decl. of David Z. Gringer in Support of Meta's Motion to Exclude Testimony of Nicholas Economides | In its entirety | Potential Harm to Meta and User Plaintiffs' Highly Confidential Information |

**IT IS SO ORDERED.**

Dated: September _____, 2023

_____
The Honorable James Donato
United States District Court Judge