**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

[Additional counsel listed on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS**<br><br>Judge: Hon. James Donato |

1	WHEREAS, this Court's November 18, 2022 Amended Scheduling Order set a schedule for briefing associated with Consumer Plaintiffs' and Advertiser Plaintiffs' motions for class certification, and any related *Daubert* motions.  As set forth in the scheduling order, the last date to file class certification and class *Daubert* motions is September 15, 2023, and briefing is scheduled to be complete on those motions on November 3, 2023.  Dkt. 379.

	WHERAS, the parties anticipate that briefing on the Consumer Plaintiffs' and Advertiser Plaintiffs' respective motions for class certification (and any *Daubert* motions) would involve "voluminous or multiple administrative motions to seal … if normal procedures were followed," including motions to consider whether multiple non-parties' information should be sealed.  Accordingly, the parties believe that these filings are subject to the procedure set forth in Paragraph 31 of the Court's Standing Order for Civil Cases, which calls for the filing of a single combined administrative motion to seal covering all unopposed sealing requests, and a single combined administrative motion to seal covering all opposed requests, following the completion of briefing ("Omnibus Sealing Motions").

	WHEREAS, given that Paragraph 31 appears to suggest that the Omnibus Sealing Motions will supersede any interim sealing motions that would ordinarily accompany the parties' opening briefs, opposition briefs, and reply briefs, the parties believe it will be most efficient for the Court, the parties, and any implicated non-parties to handle all sealing issues in Omnibus Sealing Motions to be filed following the completion of class certification and related *Daubert* briefing.

	WHEREAS, the parties have conferred and jointly propose, subject to the Court's approval, certain modifications to this Court's procedures for sealing of filings associated with class certification and any related *Daubert* briefing for efficiency and to reduce burden on the Court, the parties, and any implicated non-parties.  The parties are mindful of the Court's instructions that sealing requests should be few, narrowly tailored, and well-supported.  *See* Dkt. 344.

	WHEREAS, the parties understand that this Court has approved similar modifications to its sealing procedures in similar contexts. *In re Google Play Store Antitrust Litig.*, 3:21-md-02981-JD, Dkts. 246, 256, 496 (N.D. Cal.).

	NOW, THEREFORE, IT IS STIPULATED AND AGREED SUBJECT TO THE

COURT'S APPROVAL:

- The parties shall file redacted versions of class certification and (if necessary) *Daubert* briefs, as well as any responses and replies to such motions, and any associated supporting documents, as separate entries on the ECF docket; and

- The parties shall also contemporaneously file unredacted copies of all documents on the ECF docket provisionally under seal, along with a one-page interim sealing motion which may indicate that the reasons for sealing will be discussed in a forthcoming Omnibus Sealing Motion; and

- The parties and any non-parties shall jointly file Omnibus Sealing Motions on November 21, 2023 (two-and-a-half weeks after completion of class certification and *Daubert* motion briefing), or any date that this Court chooses following the completion of class certification and *Daubert* motion briefing.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 12, 2023 | Respectfully submitted, |
| 3 | By:  /s/ Shana E. Scarlett | By:  /s/ Kevin Y. Teruya |
| 4 | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895) | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 5 |   shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202 | Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com |
| 6 | Berkeley, CA 94710<br>Telephone: (510) 725-3000 | Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com |
| 7 | Steve W. Berman (*pro hac vice*) | Claire D. Hausman (Bar No. 282091)<br>  clairehausman@quinnemanuel.com |
| 8 | steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000 | Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com |
| 9 | Seattle, WA 98101<br>Telephone: (206) 623-7292 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000 |
| 10 | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | |
| 11 | W. Joseph Bruckner (*pro hac vice*)<br>  wjbruckner@locklaw.com | Michelle Schmit<br>  michelleschmit@quinnemanuel.com |
| 12 | Robert K. Shelquist (*pro hac vice*)<br>  rkshelquist@locklaw.com | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 |
| 13 | Brian D. Clark (*pro hac vice*)<br>  bdclark@locklaw.com | Telephone: (312) 705-7400 |
| 14 | Rebecca A. Peterson (Bar No. 241858)<br>  rapeterson@locklaw.com | Manisha M. Sheth (admitted *pro hac vice*)<br>  manishasheth@quinnemanuel.com |
| 15 | Arielle S. Wagner (*pro hac vice*)<br>  aswagner@locklaw.com | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010 |
| 16 | Kyle J. Pozan (admitted *pro hac vice*)<br>  kjpozan@locklaw.com | (212) 849-7000 |
| 17 | Laura M. Matson (admitted *pro hac vice*)<br>  lmmatson@locklaw.com | *Interim Counsel for the Consumer Class* |
| 18 | 100 Washington Avenue South, Suite 2200 | |
| 19 | Minneapolis, MN 55401<br>Telephone: (612) 339-6900 | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| By: /s/ Yavar Bathaee<br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>　yavar@bathaeedunne.com<br>Andrew C. Wolinsky (*pro hac vice*)<br>　awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone: (332) 322-8835<br><br>Brian J. Dunne (Bar No. 275689)<br>　bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>　egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Telephone: (512) 575-8848<br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (Bar No. 174806)<br>　twolfson@ahdootwolfson.com<br>Robert Ahdoot (Bar No. 172098)<br>　rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Bar No. 223242)<br>　tmaya@ahdootwolfson.com<br>Henry Kelston (*pro hac vice*)<br>　hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>　Telephone: (310) 474-9111 | By: /s/ Amanda F. Lawrence<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>　alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>　pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>　msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br><br>Hal D. Cunningham (Bar No. 243048)<br>　hcunningham@scott-scott.com<br>Daniel J. Brockwell (Bar No. 335983)<br>　dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br><br>Patrick J. Rodriguez (pro hac vice)<br>　prodriguez@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>　kverrier@lfsblaw.com<br>Austin B. Cohen (*pro hac vice*)<br>　acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br><br>*Interim Counsel for the Advertiser Class* |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

By: */s/ Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By: */s/ Sonal N. Mehta*
Sonal N. Mehta

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/20/2023

JAMES DONATO
United States District Judge