**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5 AND THE COURT'S SEPTEMBER 20, 2023 ORDER** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulation and Order Modifying Sealing
2    Procedures Relating to Class Certification Briefing and Related Documents, entered in this action on
3    September 20, 2023 (Dkt. 656), Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney,
4    406 Property Services, PLLC, Mark Young, and Katherine Looper ("Advertiser Plaintiffs") submit
5    this administrative motion to file under seal the unredacted versions of Advertiser Plaintiffs' Notice
6    of Motion, Motion to Exclude the Opinions of Dr. Hochberg, and Memorandum in Support, as well
7    as Exhibits 1-2, 7-9 to the Declaration of Amanda F. Lawrence in their entirety.  Pursuant to the
8    Court's Order (Dkt. 656), the reasons for sealing will be discussed in a forthcoming omnibus sealing
9    motion, to be filed no later than November 21, 2023.  Plaintiffs also hereby provide notice of lodging
10   to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

Dated: October 6, 2023                               Respectfully submitted,

**BATHAEE DUNNE LLP**                                **SCOTT+SCOTT**
                                                     **ATTORNEYS AT LAW LLP**

/s/ *Yavar Bathaee*                                  /s/ *Amanda F. Lawrence*
Yavar Bathaee (CA 282388)                            Amanda F. Lawrence (*pro hac vice*)
yavar@bathaeedunne.com                               alawrence@scott-scott.com
Andrew C. Wolinsky (*pro hac vice*)                  Patrick J. McGahan (*pro hac vice*)
awolinsky@bathaeedunne.com                           pmcgahan@scott-scott.com
Adam Ernette (*pro hac vice*)                        Michael P. Srodoski (*pro hac vice*)
aernette@bathaeedunne.com                            msrodoski@scott-scott.com
Priscilla Ghita (*pro hac vice*)                     156 South Main Street, P.O. Box 192
pghita@bathaeedunne.com                              Colchester, CT  06415
Chang Hahn (*pro hac vice*)                          Tel.: (860) 537-5537
chahn@bathaeedunne.com
445 Park Avenue, 9th Floor                           Patrick J. Coughlin (CA 111070)
New York, NY 10022                                   pcoughlin@scott-scott.com
Tel.: (332) 322-8835                                 Carmen A. Medici (CA 248417)
                                                     cmedici@scott-scott.com
Brian J. Dunne (CA 275689)                           Hal D. Cunningham (CA 243048)
bdunne@bathaeedunne.com                              hcunningham@scott-scott.com
Edward M. Grauman (*pro hac vice*)                   Daniel J. Brockwell (CA 335983)
egrauman@bathaeedunne.com                            dbrockwell@scott-scott.com
Andrew M. Williamson (CA 344695)                     600 W. Broadway, Suite 3300
awilliamson@bathaeedunne.com                         San Diego, CA  92101
901 South MoPac Expressway                           Tel.: (619) 233-4565
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772                                 Patrick J. Rodriguez (*pro hac vice*)
                                                     prodriguez@scott-scott.com

1

Allison Watson Cross (CA 328596)
across@bathaeedunne.com
3420 Bristol St., Ste 600
Costa Mesa, CA 92626-7133

*Interim Co-Lead Counsel for the Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500
Fax: (215) 592-4663

*Members of Executive Committee for the Advertiser Classes*

230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

*Interim Co-Lead Counsel for the Advertiser Classes*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
tmaya@ahdootwolfson.com
Henry J. Kelson (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585

*Members of Executive Committee for the Advertiser Classes*

## FILER ATTESTATION

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: October 6, 2023                                By:   /s/Amanda F. Lawrence
                                                                    Amanda F. Lawrence

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: October 6, 2023                                By:   /s/Amanda F. Lawrence
                                                                    Amanda F. Lawrence