| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT  06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>          Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER GRANTING ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF DR. HOCHBERG**<br><br>Hearing Date: December 14, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

1 | Before the Court is the Motion to Exclude Opinions of Dr. Hochberg filed by Advertiser
2 | Plaintiffs (the "Motion") on October 6, 2023. The Court, having reviewed the Motion and
3 | accompanying memoranda, declaration and exhibits in support, any opposition thereto, and the
4 | arguments of counsel and the parties at the hearing held on December 14, 2023 (the "Hearing"),
5 | hereby **ORDERS** that the Motion is **GRANTED** as follows:

**ORDERED**, that pursuant to Federal Rule of Evidence 702, testimony drawn from the Expert Report of Yael Hochberg, Ph.D. Errata is **EXCLUDED**.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE