**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 20-cv-08570-JD <br><br> Hon. James Donato <br><br> **DECLARATION OF BRIAN J. DUNNE IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. CATHERINE TUCKER** |

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of Advertiser Plaintiffs' Motion to Exclude the Expert Report and Testimony of Dr. Catherine Tucker.

3. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Michael A. Williams, Ph.D., dated July 7, 2023.

4. Attached as **Exhibit 2** is a true and correct copy of the Expert Report of Joshua S. Gans, dated July 7, 2023.

5. Attached as **Exhibit 3** is a true and correct copy of the Advertiser Class Rebuttal Report of Catherine Tucker, Ph.D., dated August 4, 2023.

6. Attached as **Exhibit 4** is a true and correct copy of the Reply Report of Joshua S. Gans, dated September 1, 2023.

7. Attached as **Exhibit 5** is a true and correct copy of the Expert Reply Report of Michael A. Williams, Ph.D., dated September 15, 2023.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from deposition of Catherine Tucker, Ph.D., dated September 26, 2023.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Alex Schultz, dated March 31, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2023, in Austin, Texas.

                                                        /s/ Brian J. Dunne
                                                        Brian J. Dunne