# Ex. 1

# (Filed Under Seal)