# Ex. 2

# (Filed Under Seal)