# Ex. 3

# (Filed Under Seal)