# Ex. 4

# (Filed Under Seal)