# Ex. 5

# (Filed Under Seal)