# Ex. 6

# (Filed Under Seal)