# Ex. 7

# (Filed Under Seal)