1  WILMER CUTLER PICKERING        ARI HOLTZBLATT (*pro hac vice*)
    HALE AND DORR LLP              Ari.Holtzblatt@wilmerhale.com
2  SONAL N. MEHTA (SBN 222086)    MOLLY M. JENNINGS (*pro hac vice*)
3   Sonal.Mehta@wilmerhale.com     Molly.Jennings@wilmerhale.com
   2600 El Camino Real, Suite 400  2100 Pennsylvania Avenue NW
4  Palo Alto, California 94306    Washington, DC 20037
   Telephone: (650) 858-6000      Telephone: (202) 663-6000
5
   DAVID Z. GRINGER (*pro hac vice*)   MICHAELA P. SEWALL (*pro hac vice*)
6   David.Gringer@wilmerhale.com    Michaela.Sewall@wilmerhale.com
7  ROSS E. FIRSENBAUM (*pro hac vice*)  60 State Street
    Ross.Firsenbaum@wilmerhale.com   Boston, Massachusetts 02109
8  RYAN CHABOT (*pro hac vice*)    Telephone: (617) 526-6000
    Ryan.Chabot@wilmerhale.com
9  PAUL VANDERSLICE (*pro hac vice*)
    Paul.Vanderslice@wilmerhale.com
10 7 World Trade Center
   250 Greenwich Street
11 New York, New York 10007
12 Telephone: (212) 230-8800

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1  Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to
2  modify sealing procedures for class certification and related *Daubert* briefing, Dkt. 656, Meta
3  Platforms, Inc. respectfully requests that the Court seal the attached Motion to Exclude Testimony
4  of Kevin Kreitzman and Michael A. Williams and accompanying exhibits.  In accordance with the
5  Court's Order, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion
6  to be filed on November 21, 2023.  Meta anticipates additional review of the materials to ensure
7  that any requests for sealing are appropriately tailored.  Redacted copies of the documents sought
8  to be sealed have been publicly filed on the docket.

Date: October 6, 2023                               Respectfully submitted,

                                                    By: /s/  Sonal N. Mehta

                                                    SONAL N. MEHTA (SBN 222086)
                                                     Sonal.Mehta@wilmerhale.com
                                                    WILMER CUTLER PICKERING HALE
                                                    AND DORR LLP
                                                    2600 El Camino Real, Suite 400
                                                    Palo Alto, California 94306
                                                    Telephone: (650) 858-6000

                                                    DAVID Z. GRINGER (*pro hac vice*)
                                                     David.Gringer@wilmerhale.com
                                                    ROSS E. FIRSENBAUM (*pro hac vice*)
                                                     Ross.Firsenbaum@wilmerhale.com
                                                    RYAN CHABOT (*pro hac vice*)
                                                     Ryan.Chabot@wilmerhale.com
                                                    PAUL VANDERSLICE (*pro hac vice*)
                                                     Paul.Vanderslice@wilmerhale.com
                                                    WILMER CUTLER PICKERING HALE
                                                    AND DORR LLP
                                                    7 World Trade Center
                                                    250 Greenwich Street
                                                    New York, New York 10007
                                                    Telephone: (212) 230-8800

                                                    ARI HOLTZBLATT (*pro hac vice*)
                                                     Ari.Holtzblatt@wilmerhale.com
                                                    MOLLY M. JENNINGS (*pro hac vice*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and caused attachments to the foregoing to be transmitted to counsel of record via electronic mail.

                                        */s/ Sonal N. Mehta*
                                        Sonal N. Mehta