WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF MOLLY JENNINGS IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY OF KEVIN KREITZMAN AND MICHAEL A. WILLIAMS**<br><br>Judge: Hon. James Donato |

I, MOLLY JENNINGS, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Motion to Exclude the Testimony of Kevin Kreitzman and Michael A. Williams.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Michael A. Williams, dated July 7, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Reply Report of Michael A. Williams, dated September 15, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Michael A. Williams, held on September 26, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Kevin Kreitzman, dated July 7, 2023.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Reply Report of Kevin Kreitzman, dated September 15, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Kevin Kreitzman, held on October 2, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Joshua S. Gans, dated July 7, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of Joshua S. Gans, held on September 26, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition transcript of Scott Fasser, held on September 7, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the consolidated financial statements of Wirtualna Polska Capital Group for the year ending December 31, 2022.

1  I declare that the foregoing is true and correct under penalty of perjury.

2  Executed on this 6th day of October, 2023, in Washington, District of Columbia.

3                                                By:   */s/ Molly Jennings*
4                                                        Molly Jennings

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatories.

By:   */s/ Sonal N. Mehta*
   Sonal N. Mehta