| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) |
| | Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) | MOLLY M. JENNINGS (*pro hac vice*) |
| Sonal.Mehta@wilmerhale.com | Molly.Jennings@wilmerhale.com |
| 2600 El Camino Real, Suite 400 | 2100 Pennsylvania Ave NW |
| Palo Alto, California 94306 | Washington, DC 20037 |
| Telephone: (650) 858-6000 | Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) | MICHAELA P. SEWALL (*pro hac vice*) |
| David.Gringer@wilmerhale.com | Michaela.Sewall@wilmerhale.com |
| ROSS E. FIRSENBAUM (*pro hac vice*) | 60 State Street |
| Ross.Firsenbaum@wilmerhale.com | Boston, Massachusetts 02109 |
| RYAN CHABOT (*pro hac vice*) | Telephone: (617) 526-6000 |
| Ryan.Chabot@wilmerhale.com | |
| PAUL VANDERSLICE (*pro hac vice*) | |
| Paul.Vanderslice@wilmerhale.com | |
| 7 World Trade Center | |
| 250 Greenwich Street | |
| New York, New York 10007 | |
| Telephone: (212) 230-8800 | |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY OF KEVIN KREITZMAN AND MICHAEL A. WILLIAMS** |
| v. | |
| META PLATFORMS, INC., a Delaware Corporation, | |
| Defendant. | Hearing Date: December 14, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Meta Platforms, Inc.'s Motion to Exclude Testimony of Kevin Kreitzman and Michael A. Williams is GRANTED as follows:

1. ORDERED, that the testimony and reports of Kevin Kreitzman are excluded pursuant to Federal Rule of Evidence 702 in their entirety; and it is further

2. ORDERED, that the testimony as described in ¶¶ 13-15, Section II.E.i (¶¶ 134-143), Section III.A.i (¶ 221), Section IV (¶¶ 323-354), Section V (¶¶ 355-357), and ¶¶ 362-364 of Michael A Williams's Expert Report is excluded pursuant to Federal Rule of Evidence 702; and it is further

3. ORDERED, that the testimony as described in ¶¶ 10-12, ¶¶ 19-32, Section III (¶¶ 61-133), and Section IV (¶¶ 134-179) of Michael A. Williams's Reply Report is excluded pursuant to Federal Rule of Evidence 702.

**IT IS SO ORDERED**

Dated: _____, 2023

_____
The Honorable James Donato
United States District Court Judge