| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) Sonal.Mehta@wilmerhale.com 2600 El Camino Real, Suite 400 Palo Alto, California 94306 Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) Molly.Jennings@wilmerhale.com 2100 Pennsylvania Ave NW Washington, DC 20037 Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) David.Gringer@wilmerhale.com ROSS E. FIRSENBAUM (*pro hac vice*) Ross.Firsenbaum@wilmerhale.com RYAN CHABOT (*pro hac vice*) Ryan.Chabot@wilmerhale.com PAUL VANDERSLICE (*pro hac vice*) Paul.Vanderslice@wilmerhale.com 7 World Trade Center 250 Greenwich Street New York, New York 10007 Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) Michaela.Sewall@wilmerhale.com 60 State Street Boston, Massachusetts 02109 Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF MOLLY JENNINGS IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO USER PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF TESTIMONY OF DR. CATHERINE TUCKER**<br><br>Judge: Hon. James Donato |

I, MOLLY JENNINGS, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Memorandum in Opposition to User Plaintiffs' Motion to Exclude Portions of Testimony of Dr. Catherine Tucker.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Dr. Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification Errata served on July 27, 2023 ("Economides Rep.").

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript from Nicholas Economides's deposition held on September 14, 2023 ("Economides Dep. Tr.").

4. Attached hereto as Exhibit 3 is a true and correct copy of the User Class Rebuttal Report of Catherine Tucker served on August 4, 2023 ("Tucker Rep.").

5. Attached hereto as Exhibit 4 is a true and correct copy of the Reply Declaration of Professor Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification served on September 1, 2023 ("Economides Reply Rep.").

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript from Catherine Tucker's deposition held on September 7, 2023 ("Tucker Dep. Tr.").

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript from Joseph Farrell's deposition held on September 22, 2023 ("Farrell Dep. Tr.").

8. Attached hereto as Exhibit 7 is a true and correct copy of an article by Sagee Ben-Zedeff titled *Introducing Study From Facebook*, dated June 11, 2019 and available at https://about.fb.com/news/2019/06/study-from-facebook/.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 13th day of October, 2023, in Washington, DC.

By: /s/ Molly M. Jennings
Molly M. Jennings

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatories.

By:    */s/ Sonal N. Mehta*
         Sonal N. Mehta