| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>(Additional counsel on signature page)<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br><br>(Additional counsel on signature page) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF YAVAR BATHAEE IN SUPPORT OF ADVERTISER PLAINTIFFS' OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY OF JOSHUA GANS**<br><br>Hearing Date: December 14, 2023<br><br>Hearing Time: 10:00 a.m.<br><br>Courtroom 11, 19th Floor |

I, Yavar Bathaee, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am an attorney at Bathaee Dunne LLP. I am Interim Co-Lead Counsel for the Advertiser Plaintiffs in the above-captioned case.

2. This declaration is made in support of Advertiser Plaintiffs' Opposition to Meta's Motion to Exclude Testimony of Joshua Gans, Dkt. No. 644.

3. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and, if called as a witness, I could and would competently testify to them.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Advertiser Plaintiffs' Expert Report of Joshua S. Gans with Appendices, dated July 7, 2023.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Advertiser Plaintiffs' Expert Reply Report of Joshua S. Gans with Appendix A, dated September 1, 2023.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the September 26, 2023, deposition of Dr. Joshua Gans.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of October, 2023, in New York, New York.

By: */s/ Yavar Bathaee*
Yavar Bathaee