**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5 AND THE COURT'S SEPTEMBER 20, 2023 ORDER** |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulation and Order Modifying Sealing Procedures Relating to Class Certification Briefing and Related Documents, entered in this action on September 20, 2023 (Dkt. 656), Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406 Property Services, PLLC, Mark Young, and Katherine Looper ("Advertiser Plaintiffs") submit this administrative motion to file under seal the unredacted versions of Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Scott Fasser, as well as Exhibits 2-8 to the Declaration of Amanda F. Lawrence in their entirety.  Pursuant to the Court's Order (Dkt. 656), the reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed no later than November 21, 2023.  Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

Dated: October 13, 2023

Respectfully submitted,

| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| /s/ Yavar Bathaee | /s/ Amanda F. Lawrence |
| Yavar Bathaee (CA 282388) | Amanda F. Lawrence (*pro hac vice*) |
| yavar@bathaeedunne.com | alawrence@scott-scott.com |
| Andrew C. Wolinsky (*pro hac vice*) | Patrick J. McGahan (*pro hac vice*) |
| awolinsky@bathaeedunne.com | pmcgahan@scott-scott.com |
| Adam Ernette (*pro hac vice*) | Michael P. Srodoski (*pro hac vice*) |
| aernette@bathaeedunne.com | msrodoski@scott-scott.com |
| Priscilla Ghita (*pro hac vice*) | 156 South Main Street, P.O. Box 192 |
| pghita@bathaeedunne.com | Colchester, CT  06415 |
| Chang Hahn (*pro hac vice*) | Tel.: (860) 537-5537 |
| chahn@bathaeedunne.com | |
| 445 Park Avenue, 9th Floor | |
| New York, NY 10022 | Patrick J. Coughlin (CA 111070) |
| Tel.: (332) 322-8835 | pcoughlin@scott-scott.com |
| | Carmen A. Medici (CA 248417) |
| Brian J. Dunne (CA 275689) | cmedici@scott-scott.com |
| bdunne@bathaeedunne.com | Hal D. Cunningham (CA 243048) |
| Edward M. Grauman (*pro hac vice*) | hcunningham@scott-scott.com |
| egrauman@bathaeedunne.com | Daniel J. Brockwell (CA 335983) |
| Andrew M. Williamson (CA 344695) | dbrockwell@scott-scott.com |
| awilliamson@bathaeedunne.com | 600 W. Broadway, Suite 3300 |
| 901 South MoPac Expressway | San Diego, CA  92101 |
| Barton Oaks Plaza I, Suite 300 | Tel.: (619) 233-4565 |
| Austin, TX 78746 | |
| Tel.: (213) 462-2772 | Patrick J. Rodriguez (*pro hac vice*) |
| | prodriguez@scott-scott.com |

1

1  Allison Watson Cross (CA 328596)
   across@bathaeedunne.com
2  3420 Bristol St., Ste 600
   Costa Mesa, CA 92626-7133
3
   *Interim Co-Lead Counsel for the*
4  *Advertiser Classes*

5  **LEVIN SEDRAN & BERMAN LLP**
6  Keith J. Verrier (*pro hac vice*)
   kverrier@lfsblaw.com
7  Austin B. Cohen (*pro hac vice*)
   acohen@lfsblaw.com
8  510 Walnut Street, Suite 500
   Philadelphia, PA 19106-3997
9  Tel.: (215) 592-1500
10 Fax: (215) 592-4663

11 *Members of Executive Committee for the*
   *Advertiser Classes*
12

   230 Park Avenue, 17th Floor
   New York, NY 10169
   Tel.: (212) 223-6444

   *Interim Co-Lead Counsel for the*
   *Advertiser Classes*

   **AHDOOT & WOLFSON, PC**
   Tina Wolfson (CA 174806)
   twolfson@ahdootwolfson.com
   Robert Ahdoot (CA 172098)
   rahdoot@ahdootwolfson.com
   Theodore W. Maya (CA 223242)
   tmaya@ahdootwolfson.com
   Henry J. Kelson (*pro hac vice*)
   hkelston@ahdootwolfson.com
   2600 West Olive Avenue, Suite 500
   Burbank, CA 91505
   Tel.: (310) 474-9111
   Fax: (310) 474-8585

   *Members of Executive Committee for the*
   *Advertiser Classes*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: October 13, 2023           By:   */s/Amanda F. Lawrence*
                                         Amanda F. Lawrence

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: October 13, 2023           By:   */s/Amanda F. Lawrence*
                                         Amanda F. Lawrence