**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF ADVERTISER PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF SCOTT FASSER**<br><br>Hearing Date: December 14, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: The Honorable James Donato |

I, Amanda F. Lawrence, declare as follows:

1. I am an attorney admitted pro hac vice in this action (the "Action"). I am a partner at Scott+Scott Attorneys at Law LLP, interim Co-Lead Counsel for the Advertiser Classes in the Action. I submit this declaration in support of Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Scott Fasser. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Scott Fasser, dated July 7, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Reply Expert Report of Scott Fasser, dated September 1, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-005500133.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Deposition of Scott Fasser, dated September 7, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003307673.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-005856043.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003564210.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008608439.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 13th day of October, 2023 at Colchester, Connecticut.

                                                /s/Amanda F. Lawrence
                                                Amanda F. Lawrence

1

CONSOLIDATED CASE NO. 3:20-CV-08570-JD       DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS'
OPP. TO MOT. TO EXCLUDE TESTIMONY OF SCOTT FASSER

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: October 13, 2023         By:   /s/Amanda F. Lawrence
                                      Amanda F. Lawrence

2

CONSOLIDATED CASE NO. 3:20-CV-08570-JD         DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS' OPP. TO MOT. TO EXCLUDE TESTIMONY OF SCOTT FASSER