| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER DENYING MOTION TO EXCLUDE TESTIMONY OF SCOTT FASSER**<br><br>Hearing Date: December 14, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

1    Before the Court is the Motion to Exclude Testimony of Scott Fasser and Joshua Gans, filed
2 by Defendant Meta Platforms, Inc. (the "Motion") on September 15, 2023. The Court, having
3 reviewed the Motion and accompanying memoranda, declaration and exhibits in support, any
4 opposition thereto, and the arguments of counsel and the parties at the hearing held on December 14,
5 2023 (the "Hearing"), hereby **ORDERS** that the Motion is **DENIED** as follows:
6    The Motion to exclude the testimony of Scott Fasser is **DENIED.**
7    **IT IS SO ORDERED.**

8
9 DATED: _____                             _____
                                                       HONORABLE JAMES DONATO
10                                                     UNITED STATES DISTRICT JUDGE