| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br>Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1    Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to
2    modify sealing procedures for class certification and related *Daubert* briefing, Dkt. 656, Meta
3    Platforms, Inc. respectfully requests that the Court seal the attached Opposition to Users' Motion
4    for Class Certification and accompanying exhibits. In accordance with the Court's Order, the
5    reasons for sealing will be discussed in a forthcoming omnibus sealing motion to be filed on
6    November 21, 2023. Meta anticipates additional review of the materials to ensure that any requests
7    for sealing are appropriately tailored. Redacted copies of the documents sought to be sealed have
8    been publicly filed on the docket.

| | | |
|---|---|---|
| 1 | Date: October 13, 2023 | Respectfully submitted, |
| 2 | | By: /s/ Sonal N. Mehta |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | | Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP |
| | | 2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306 |
| 7 | | Telephone: (650) 858-6000 |
| 8 | | DAVID Z. GRINGER (*pro hac vice*) |
| | | David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*) |
| | | Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*) |
| 11 | | Ryan.Chabot@wilmerhale.com |
| | | PAUL VANDERSLICE (*pro hac vice*) |
| 12 | | Paul.Vanderslice@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 13 | | AND DORR LLP |
| | | 7 World Trade Center |
| 14 | | 250 Greenwich Street |
| 15 | | New York, New York 10007 |
| | | Telephone: (212) 230-8800 |
| 16 | | |
| 17 | | ARI HOLTZBLATT (*pro hac vice*) |
| | | Ari.Holtzblatt@wilmerhale.com |
| 18 | | MOLLY M. JENNINGS (*pro hac vice*) |
| | | Molly.Jennings@wilmerhale.com |
| 19 | | WILMER CUTLER PICKERING HALE |
| | | AND DORR LLP |
| 20 | | 2100 Pennsylvania Avenue NW |
| | | Washington, DC 20037 |
| 21 | | Telephone: (202) 663-6000 |
| 22 | | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 | | Michaela.Sewall@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 24 | | AND DORR LLP |
| | | 60 State Street |
| 25 | | Boston, Massachusetts 02109 |
| | | Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |

No. 3:20-cv-08570-JD        2        META PLATFORMS, INC.'S INTERIM MOTION TO SEAL

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and caused attachments to the foregoing to be transmitted to counsel of record via electronic mail.

                                                 */s/ Sonal N. Mehta*
                                                 Sonal N. Mehta