# EXHIBIT 14



Back to Newsroom

Meta

# Introducing Study from Facebook

June 11, 2019



By Sagee Ben-Zedeff, Product Manager

**Update on March 23, 2020 at 9:00AM PT:** We'll now run Study through Facebook Viewpoints, our market research app, instead of through Applause. This means you'll need a Facebook Viewpoints account to participate in the Study research program.

For more information, download the Study app.

*Originally published on June 11, 2019 at 9:00AM PT:*

Market research helps companies build better products for people. We believe this work is important to help us improve our products for the people who use Facebook. We also know that this kind of research must be clear about what people are signing up for, how their information will be collected and used, and how to opt out of the research at any time.

Earlier this year, we announced that we'd be shifting our focus to reward-based market research programs, which means that all research participants are compensated. Today we are launching a new market research app called Study from Facebook.

We've learned that what people expect when they sign up to participate in market research has changed, and we've built this app to match those expectations. We're offering transparency, compensating all participants, and keeping people's information safe and secure.

**Signing Up to Participate**

Here's how it works. We'll run ads to encourage people to participate in this market research program. When someone clicks on an ad, they'll have the option to register and, if they qualify, they'll be invited to download the app. Once invited, they'll find the Study from Facebook app in the Google Play Store. As they sign up, people will see a description of how the app works and what information they'll be sharing with us so they can confirm they want to participate. We also notify users on the Study from Facebook website and in the Play Store description about what information we collect and how it will be used. This is all accessible before participants provide any market research information to the app. Anyone who uses the app will be compensated for contributing to the research. Only people who are 18 and older will be eligible to participate at launch, and all participants will be able to opt out at any time.

To help us manage the logistics of the market research program, we'll work with Applause, a long-time partner who is experienced in managing this type of market research and works with many other companies in the industry. They'll manage the registration process, all compensation to participants, and customer support.



**How We Collect Information**

We have a responsibility to keep people's information safe and secure. With this app, we're collecting the minimum amount of information needed to help us build better products. People often have a lot of apps on their phone, so we'll periodically remind participants that they are a part of the program. They'll also have the opportunity to review the information they're sharing with us. Through the program, we collect and analyze information including:

- The apps installed on a participant's phone
- The amount of time spent using those apps
- Participant's country, device and network type
- App activity names, which may show us the names of app features participants are using

Study from Facebook does not collect user IDs, passwords, or any of the participant's content, such as photos, videos, or messages. We also don't sell information from the app to third parties or use it to target ads, and it is not added to a participant's Facebook account if they have one.



At first, the app will only be available to people in the US and India. We'll continue to make it better and expand it to other countries over time.

Approaching market research in a responsible way is really important. Transparency and handling people's information responsibly have guided how we've built Study from Facebook. We plan to take this same approach going forward with other market research projects that help us understand how people use different products and services.

To learn more about the app, visit facebook.com/facebookstudy.

Categories: Meta, Product News

  

**RELATED NEWS**

Meta

# Groundbreaking Studies Could Help Answer the Thorniest Questions About Social Media and Democracy

We partnered with researchers and academics to study the impact of Facebook and Instagram on key political attitudes during the US 2020 elections.

July 27, 2023

## Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

## Featured News

## Meta

Introducing the New Ray-Ban | Meta Smart Glasses

September 27, 2023

## Meta

Privacy Matters: Meta's Generative AI Features



Follow Us

   

Virtual reality

Smart glasses

About us

Our community

Our actions

Support

© 2023 Meta   Community Standards   Data Policy   Terms   Cookie policy

United States

(English)