# EXHIBIT 15



Back to Newsroom

Meta

# Introducing Facebook Viewpoints

November 25, 2019
By Erez Naveh, Product Manager



Today, we're introducing Facebook Viewpoints, a new market research app that rewards people for participating in surveys, tasks and research. We believe the best way to make products better is to get insights directly from people who use them. We'll use these insights to improve products like Facebook, Instagram, WhatsApp, Portal and Oculus, and to benefit the broader community.

**Here's How it Works:**

Once you set up a Facebook Viewpoints account, you'll be invited to join programs. Before each program, we'll explain what information will be collected, how it will be used and how many points you'll receive for completing the program. We'll let you know how many points you need in order to receive a payment, and every time you reach that amount of points, you'll receive a payment sent directly to your PayPal account.



**The First Program: Well-Being Survey**

We want to better understand how the use of social media like Facebook can impact people's well-being, so we're launching the Well-Being Survey. Information from this survey will help us build better products that aim to limit the negative impacts of social media and enhance the benefits.

**Privacy Matters**

When you join Facebook Viewpoints, we'll ask for information like your name, email address, country of residence, date of birth and gender. We may ask you to share additional information, like your location, to qualify you for individual programs.

Before you begin any program, we'll let you know how the information you provide through that program will be used.

We won't sell your information from this app to third parties. Information from Facebook Viewpoints will not be publicly shared on Facebook or your other accounts with us. And you can end your participation at any time. ***(Updated on October 20, 2021 at 11:30AM PT to clarify Facebook Viewpoints information won't be shared publicly.)***

The Facebook Viewpoints app is currently open to anyone 18 and older, and every program will have its own eligibility criteria. At this time, Facebook Viewpoints is only available to people in the US who have Facebook accounts, but we look forward to providing additional ways for people to register and expanding to more countries next year. To learn more about the app, visit viewpoints.facebook.com.

Categories:
Company News, Meta, Product News

  

**RELATED NEWS**

Instagram

# There's a New Way to Buy Products on Instagram — Right in Chat

You can now make purchases from small businesses directly in chats on Instagram.

July 18, 2022

## Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

## Featured News

## Meta

Introducing the New Ray-Ban | Meta Smart Glasses

September 27, 2023

## Meta

Privacy Matters: Meta's Generative AI Features

September 27, 2023



Follow Us

   

Virtual reality

Smart glasses

About us

Our community

Our actions

Support

© 2023 Meta   Community Standards   Data Policy   Terms   Cookie policy

United States

(English)