1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2
   SONAL N. MEHTA (SBN 222086)
3   Sonal.Mehta@wilmerhale.com
   2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6000
5
   DAVID Z. GRINGER (*pro hac vice*)
6   David.Gringer@wilmerhale.com
   ROSS E. FIRSENBAUM (*pro hac vice*)
7   Ross.Firsenbaum@wilmerhale.com
   RYAN CHABOT (*pro hac vice*)
8   Ryan.Chabot@wilmerhale.com
   PAUL VANDERSLICE (*pro hac vice*)
9   Paul.Vanderslice@wilmerhale.com
   7 World Trade Center
10 250 Greenwich Street
   New York, New York 10007
11 Telephone: (212) 230-8800
12

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

13
   *Attorneys for Defendant Meta Platforms, Inc.*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

19 MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,

Case No. 3:20-cv-08570-JD

20                            Plaintiffs,

**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**

21        v.

Judge: Hon. James Donato

22 META PLATFORMS, INC., a Delaware Corporation,

23
24                            Defendant.

25
26
27
28

1  Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to
2  modify sealing procedures for class certification and related *Daubert* briefing, Dkt. 656, Meta
3  Platforms, Inc. respectfully requests that the Court seal the attached Opposition to Advertiser
4  Plaintiffs' Motion for Class Certification and accompanying exhibits. In accordance with the
5  Court's Order, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion
6  to be filed on November 21, 2023. Meta anticipates additional review of the materials to ensure
7  that any requests for sealing are appropriately tailored. Redacted copies of the documents sought
8  to be sealed have been publicly filed on the docket.

| | |
|---|---|
| 1    Date: October 13, 2023 | Respectfully submitted, |
| 2 | By: */s/  Sonal N. Mehta* |
| 3 | SONAL N. MEHTA (SBN 222086) |
| 4 |  Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 5 | AND DORR LLP<br>2600 El Camino Real, Suite 400 |
| 6 | Palo Alto, California 94306<br>Telephone: (650) 858-6000 |
| 7 | |
| 8 | DAVID Z. GRINGER (*pro hac vice*)<br> David.Gringer@wilmerhale.com |
| 9 | ROSS E. FIRSENBAUM (*pro hac vice*)<br> Ross.Firsenbaum@wilmerhale.com |
| 10 | RYAN CHABOT (*pro hac vice*)<br> Ryan.Chabot@wilmerhale.com |
| 11 | PAUL VANDERSLICE (*pro hac vice*)<br> Paul.Vanderslice@wilmerhale.com |
| 12 | WILMER CUTLER PICKERING HALE |
| 13 | AND DORR LLP<br>7 World Trade Center |
| 14 | 250 Greenwich Street<br>New York, New York 10007 |
| 15 | Telephone: (212) 230-8800 |
| 16 | |
| 17 | ARI HOLTZBLATT (*pro hac vice*)<br> Ari.Holtzblatt@wilmerhale.com |
| 18 | MOLLY M. JENNINGS (*pro hac vice*)<br> Molly.Jennings@wilmerhale.com |
| 19 | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 20 | 2100 Pennsylvania Avenue NW<br>Washington, DC 20037 |
| 21 | Telephone: (202) 663-6000 |
| 22 | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 |  Michaela.Sewall@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 24 | AND DORR LLP<br>60 State Street |
| 25 | Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |
| 26 | |
| 27 | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and caused attachments to the foregoing to be transmitted to counsel of record via electronic mail.

                                        */s/ Sonal N. Mehta*
                                        Sonal N. Mehta