WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF META PLATFORMS, INC.'S OPPOSITION TO ADVERTISER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato |

I, Molly M. Jennings, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Opposition to Advertiser Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Scott Fasser, held on September 7, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Advertiser Plaintiffs' Corrected First Supplemental Response and Objections to Defendant Meta Platform, Inc.'s Interrogatory No. 11 to Advertiser Plaintiffs, dated April 23, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Kevin Kreitzman, dated July 7, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Michael A. Williams, dated July 7, 2023.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of Scott Fasser, dated July 7, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Expert Reply Report of Michael A. Williams, dated September 15, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Joshua S. Gans, dated July 7, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the deposition of Joshua Gans, held on September 26, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the deposition of Michael A. Williams, held on September 26, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Advertiser Class Rebuttal Report of Catherine Tucker, dated August 4, 2023.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Executive Summary of the Advertiser Class Rebuttal Report of Catherine Tucker, dated August 4, 2023.

1  13. Attached hereto as Exhibit 12 is a true and correct copy of a document produced in this matter bearing Bates number SNAP – FTC – No. 191-0134 – 0000051023 and marked Gans Deposition Exhibit 23.

14. Attached hereto as Exhibit 13 is a true and correct copy of the article *Instagram Stories Ads – Now Available for All Businesses Globally*, dated March 1, 2017, and available at https://business.instagram.com/blog/instagram-stories-available-globally.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of the deposition of Henry Crum, held on May 25, 2023.

16. Attached hereto as Exhibit 15 is a true and correct copy of an article by Susan Athey & Joshua Gans, titled *The Impact of Targeting Technology on Advertising Markets and Media Competition*, and published in American Economic Review in 2010.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Reply Report of Joshua S. Gans, dated September 1, 2023.

18. Attached hereto as Exhibit 17 is a true and correct copy of the webpage *About custom audiences* from the Meta Business Help Center, available at https://www.facebook.com/business/help/744354708981227.

19. Attached hereto as Exhibit 18 is a true and correct copy of the webpage *Create a customer list custom audience* from the Meta Business Help Center, available at https://www.facebook.com/business/help/170456843145568?id=2469097953376494.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the transcript of the deposition of Kevin Kreitzman, held on October 2, 2023.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the transcript of the deposition of Mark Geoffrey Young, held on February 13, 2023.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from Advertiser Plaintiffs' Second Amended Rule 26(a)(1)(A) Initial Disclosures, dated June 16, 2022.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the transcript of the deposition of Mark Berney in both his individual capacity and as a 30(b)(6) representative for 406 Property Services, PLLC, held on May 25, 2023.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the transcript of the deposition of Jessyca Frederick in both her individual capacity and as a 30(b)(6) representative for Affilious, Inc., held on June 8, 2023.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from a document produced in this matter bearing Bates number PALM-012939281 and marked Looper Deposition Exhibit 10.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the transcript of the deposition of Katherine Looper, held on October 7, 2022.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 13th day of October, 2023, in Washington, District of Columbia.

By: */s/ Molly M. Jennings*
Molly M. Jennings

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By: */s/ Sonal N. Mehta*
Sonal N. Mehta