# EXHIBIT 13

 

## Get the *latest* from Instagram

Start getting inspired with announcements, tips, and success stories on our blog.

ANNOUNCEMENT, SUCCESS STORY   MARCH 1, 2017

# Instagram Stories ads—now available for all businesses globally

BY: Instagram Business Team

San Francisco, CA

In January, we announced **immersive, full screen ads coming to Instagram Stories**. Ads in stories let your business use targeting and reach capabilities that make your ads personally relevant to the people you want to reach. That, paired with measurement tools giving you the confidence to know it works, is unmatched in a stories experience.

Today, businesses of every size around the world can start running ads in stories through the Marketing API, **Power Editor** and **Ads Manager** optimized for reach. By optimizing for reach, you can show your ads to the maximum number of people in your audience and control how often they see your ads. The reach objective for ads in stories will begin rolling out today and will be available globally in the next few weeks.

### The impact of ads in stories

Earlier in the year, **we shared** a few of the 30+ global businesses helping us test ads in stories. And today, we're excited to share some initial results.

Airbnb ran a series of 15-second video ads in stories to build awareness and buzz around its largest product launch to date—

**experiences on Airbnb**. With its stories campaign, the company saw a double digit point increase in ad recall. Additionally, when people were asked to identify a company for travelers to find and book local tours, activities and experiences, the campaign saw a statistically significant lift in those that selected Airbnb.



> "We saw a double digit point increase in ad recall from our experiences on Airbnb campaign that further justifies our investment in ads within stories as they have made a measurable impact for us. Our ability to apply existing targeting and measurement in an experience to reach the right audience, in the right mindset, with the right story at scale has allowed us to achieve the results we were hoping for in a partnership with Instagram."

Eric Toda, Global Head of Social Marketing and Content, **Airbnb**

With the momentum, Instagram Stories is another way to bring your story to life—reaching the people who matter to you. Learn how to start running ads in Instagram Stories today.

< **Prev article**                                **Next article** >

Goals                                                              ⌄

Products                                                           ⌄

Inspiration                                                        ⌄

Other Services                                                     ⌄

English (US)   English (UK)   Español   Português (Brasil)   Français (France)
Español (España)   العربية   Tiếng Việt   Italiano   Deutsch   ภาษาไทย
中文(台灣)   Čeština   Dansk   Ελληνικά   Suomi   Français (Canada)   עברית
हिन्दी   Magyar   Bahasa Indonesia   日本語   한국어   Bahasa Melayu
Norsk (bokmål)   Nederlands   Polski   Português (Portugal)   Română
Русский   Svenska   Türkçe   中文(简体)   中文(香港)   ⊖

Privacy     Terms     Help



© 2023 Meta