# EXHIBIT 17

Meta Business Help Center

# About custom audiences

The size of your custom audience may decrease because it may not include some iOS 14 users. Learn how iOS 14 may affect your ad strategy.

A custom audience is an ad targeting option that lets you find your existing audiences among people across Meta technologies.

You can use sources like customer lists, website or app traffic, or engagement across Meta technologies, to create custom audiences of people who already know your business.

Learn more about the types of custom audiences you can create:

- Website custom audiences
- App activity custom audience
- Customer list custom audience
- Engagement custom audiences

You can create up to 500 custom audiences per ad account.

When you're ready to grow your business, you can use your custom audience to create a **lookalike audience**. Lookalike audiences are lists of people to target with advertising who are similar to (or 'look like') the people currently engaging with your business.

Learn more about lookalike audiences.

Was this information helpful?

Yes No

Suggested for you

Best practices for preventing payment failures

Troubleshoot a disabled ad account

Attract new customers with message ads

Get more people to your website

More in this section: Audiences

Basics

About custom audiences

About custom audience relationships

About engagement custom audiences

Set Up

Create

Manage

Troubleshoot

© 2023 Meta


