# EXHIBIT 18

∞ Meta    Get started    Advertise    Learn    Support                                🔍    👤 ▾    Start Now ▾

Business Help Center                                                                                                            ⊙ Get support

## Meta Business Help Center

# Create a customer list custom audience

ⓘ Changes driven by ongoing efforts to align our products with evolving privacy rules in Europe may impact campaigns advertising to people in the European Region. Learn more about how European privacy directives may affect your ads and reporting.

ⓘ Review our terms to ensure you have a legal basis to use the information you plan to upload. Under the General Data Protection Regulation (GDPR), advertisers act as the data controller for any lists uploaded to create a custom audience. (This includes people residing in the European Union). Visit our GDPR microsite for more information.

☐ Suggested for you

Best practices for preventing  →
payment failures

Troubleshoot a disabled ad     →
account

Attract new customers with     →
message ads

Get more people to your        →
website

⊕

**Note:** Targeting options are limited for audiences that include people under the age of 18 in most countries, under 20 in Thailand and under 21 in Indonesia. Learn more about targeting options to reach teens and how this update may impact your ad sets.

## Before you begin

- **Ensure you can create this type of audience.** You can only create a customer list custom audience if you're the owner of the ad account connected to Meta Business Manager or the owner has provided you with either admin or advertiser permissions. **Note:** If your account is new or if you've recently linked to an existing account, it may take a few weeks before you're able to create or share a customer list custom audience. If your new account is part of a tenured business account, you may be able to go through business verification.

- **Prepare your customer list in advance.** To make a custom audience from a customer list, you provide us with information about your existing customers and we match this information with Meta profiles. The information on a customer list is known as an "identifier" (such as email, phone number, address) and we use it to help you find the audiences you want your ads to reach. Your customer list can either be a CSV or TXT file that includes these identifiers. To get the best match rates, use as many identifiers as possible while following our formatting guidelines. You can hover over the identifiers to display the formatting rules and the correct column header. For example, **first name** would appear as **fn** as a column header in your list. Alternatively, we have a file template you can download to help our system map to your identifiers more easily. (You can upload from Mailchimp as well.)

## Create a customer list custom audience

1. **Add your customer list:** You can create your custom audience in Meta Ads Manager. Once in your account, go directly to Audiences, then go to **Create audience** > **Custom audience** > **Customer list**.

2. **Prepare your customer list:** Select the identifiers to include, then add the customer list you want to use for your new custom audience and give it a name.

3. **Review your customer list:** Confirm that you mapped your identifiers correctly or check to see that all errors are resolved. You'll get one of the following notifications:

   - The green checkmark symbol  means your identifiers were mapped correctly and are ready to be hashed, then used for the matching process.

   - The yellow exclamation symbol ⚠ means either that you chose not to include certain identifiers or that some identifiers need to be manually updated. You have higher chances of getting a better match rate to build your audience if you make the corrections before uploading your file.

4. **Upload your customer list:** Once your list has been added and is ready for use, select **Upload and create**.

When we're finished hashing your customer list information, we'll let you know that your audience is ready to use. Once ready, you can immediately create an ad to reach your new custom audience, or create a lookalike audience to find new people who share similar behaviors and interests with your existing customers.

**Note:** Before we use your uploaded list for the matching process, the information in your customer list is hashed and will be unidentifiable at an individual level. Hashing is a type of cryptographic security method that turns your identifiers into randomized code and cannot be reversed. (Depending on the size of your list, this may take a few minutes.)

## Learn more

- How to edit a custom audience from a customer list
- How to share custom audience lists
- Best practices for preparing customer information

Was this information helpful?                                                       🔗   ⇪
☑ Yes   ☒ No

More in this section: Audiences

| Basics   + | Manage     + |
| Set Up   + | Troubleshoot + |
| Create   − |              |

Create custom audiences from
Instant Experiences

Create custom audiences from lead
forms

Create custom audiences from lists

Create custom audiences from
Facebook Page engagements

Create custom audiences from
Instagram engagements

Create custom audiences from video
views

Create custom audiences from your website

---

### Meta Technologies

- Facebook
- Instagram
- Messenger
- WhatsApp
- Audience Network
- Kustomer
- Oculus
- Workplace
- Meta for Work

### Tools

- Free Tools
- Facebook Pages
- Instagram Profiles
- Stories
- Shops
- Meta Business Suite
- Facebook Ads
- Messenger Ads
- Instagram Ads
- Video Ads
- Ads Manager

### Goals

- Set Up a Facebook Page
- Build Brand Awareness
- Promote Your Local Business
- Grow Online Sales
- Promote Your App
- Generate Leads
- Measure and Optimize Ads
- Retarget Existing Customers
- View All Goals

### Business Types

- Small Business
- Large Business
- Agency
- Media and Publisher
- Creator
- Developer
- Startup
- Business Partner

### Industries

- Automotive
- B2B
- Consumer Packaged Goods
- Ecommerce
- Education
- Entertainment and Media
- Financial Services
- Gaming
- Real Estate
- Restaurants
- Retail
- Technology and Telecom
- Travel

### Inspiration

- Meta Foresight
- Campaign Guidance
- Business News
- Case Studies
- Video
- Events
- Creative Hub

### Skills and Training

- Online Learning
- Certification Programs
- Webinars

### Guides and Resources

- Ads Guide
- COVID-19 Resources
- Safety and Integrity
- Business Equity
- Find a Business Partner
- Sitemap

### Business Help Center

- Create and Manage Accounts
- Publish and Distribute Content
- Advertise
- Sell on Facebook and Instagram
- Monetize Your Content or App
- View All Articles

---

© 2023 Meta

About | Developers | Careers | Privacy | Cookies | Terms | Help Center

English (US) | English (UK) | Español | Português (Brasil) | Français (France) | Español (España) | More languages