1   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
      Kevin Y. Teruya (Bar No. 235916)
2      kevinteruya@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
3   Los Angeles, CA 90017
    (213) 443-3000
4

5   **HAGENS BERMAN SOBOL SHAPIRO LLP**
      Shana E. Scarlett (Bar No. 217895)
6      shanas@hbsslaw.com
    715 Hearst Avenue, Suite 202
7   Berkeley, CA 94710
    (510) 725-3000

8   *Interim Co-Lead Consumer Class Counsel*

9   [Additional counsel listed on signature page]

10

11                 **UNITED STATES DISTRICT COURT**

12               **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN FRANCISCO DIVISION**

14  MAXIMILIAN KLEIN, et al.,                  Consolidated Case No. 3:20-cv-08570-JD

15          Plaintiffs,                        **CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL MATERIALS IN SUPPORT OF CONSUMER PLAINTIFFS' OPPOSITION TO FACEBOOK'S MOTION TO EXCLUDE TESTIMONY OF NICHOLAS ECONOMIDES**
16      vs.

17  META PLATFORMS, INC.,

18          Defendant.

19  This Document Relates To: All Actions

20
                                              The Hon. James Donato
21
                                              Hearing Date: Dec. 14, 2023 at 10:00 a.m.
22

23

24

25

26

27

28

                                              Case No. 3:20-cv-08570-JD

1   Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to modify

2   the sealing procedures applicable to class certification and related *Daubert* briefing, Dkt. 656,

3   Consumer Plaintiffs ("Consumers") submit this interim administrative motion to provisionally file

4   under seal the unredacted version of Consumers' Opposition to Facebook's Motion to Exclude the

5   Testimony of Nicholas Economides, and certain exhibits submitted as attachments to the

6   Declaration of Kevin Y. Teruya in support of Consumers' Opposition. Consistent with the Court's

7   September 20, 2023 Order, Consumers will further describe the reasons for the requested sealing in

8   a forthcoming omnibus sealing motion to be filed by November 21, 2023. In the interim, Consumers

9   respectfully request that the Court provisionally maintain under seal the requested materials.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    DATED:  October 13, 2023

2    By:  */s/ Shana E. Scarlett*
     **HAGENS BERMAN SOBOL SHAPIRO LLP**
3    Shana E. Scarlett (Bar No. 217895)
        shanas@hbsslaw.com
4    715 Hearst Avenue, Suite 202
     Berkeley, CA 94710
5    (510) 725-3000

6    Steve W. Berman (admitted *pro hac vice*)
        steve@hbsslaw.com
7    1301 Second Avenue, Suite 2000
     Seattle, WA 98101
8    (206) 623-7292

9    *Interim Co-Lead Consumer Class Counsel*

10

     **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
11   W. Joseph Bruckner (admitted *pro hac
     vice*)
12      wjbruckner@locklaw.com
     Robert K. Shelquist (admitted *pro hac
13   vice*)
        rkshelquist@locklaw.com
14   Brian D. Clark (admitted *pro hac vice*)
        bdclark@locklaw.com
15   Rebecca A. Peterson (Bar No. 241858)
        rapeterson@locklaw.com
16   Kyle Pozan (admitted *pro hac vice*)
        kjpozan@locklaw.com
17   Laura M. Matson (admitted *pro hac vice*)
        lmmatson@locklaw.com
18   100 Washington Avenue South, Suite
     2200
19   Minneapolis, MN 55401
     (612) 339-6900
20
     *Interim Counsel for the Consumer Class*
21

22

23

24

25

26

27

28

By:  */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN,
 LLP**
Kevin Y. Teruya (Bar No. 235916)
   kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
   adamwolfson@quinnemanuel.com
Scott L. Watson (Bar No. 219147)
   scottwatson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
   clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
   brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Michelle Schmit (admitted *pro hac vice*)
   michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Manisha M. Sheth (admitted *pro hac vice*)
   manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Interim Co-Lead Consumer Class Counsel*

Case No. 3:20-cv-08570-JD
CONSUMERS' MOTION TO SEAL MATERIALS ISO OPPOSITION TO FACEBOOK'S ECONOMIDES MOTION

**ATTESTATION OF KEVIN Y. TERUYA**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: October 13, 2023          By   */s/ Kevin Y. Teruya*
                                              Kevin Y. Teruya

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By   */s/ Kevin Y. Teruya*
           Kevin Y. Teruya

Case No. 3:20-cv-08570-JD

CONSUMERS' MOTION TO SEAL MATERIALS ISO OPPOSITION TO FACEBOOK'S ECONOMIDES MOTION