# EXHIBITS 8-17

# FILED UNDER SEAL