| | |
|---|---|
| WILMER CUTLER PICKERING<br>HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)<br>  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000 |
| SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | |
| DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>  Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>  Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>  Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br>  Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF META'S OPPOSITION TO ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. CATHERINE TUCKER**<br><br>Judge: Hon. James Donato |

I, MOLLY M. JENNINGS, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Opposition to Advertiser Plaintiffs' Motion to Exclude the Expert Report and Testimony of Dr. Catherine Tucker.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the deposition of Joshua Gans, held on September 26, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Advertiser Plaintiffs' Corrected First Supplemental Response and Objections to Defendant Meta Platform, Inc.'s Interrogatory No. 11 to Advertiser Plaintiffs, dated April 23, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Advertiser Class Rebuttal Report of Catherine Tucker, dated August 4, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Michael A. Williams, dated July 7, 2023.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript of the deposition of Catherine Tucker, held on September 26, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript of the deposition of Michael A. Williams, held on September 26, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Joshua S. Gans, dated July 7, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript of the deposition of Scott Fasser, held on September 7, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Expert Reply Report of Michael A. Williams, dated September 15, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript of the deposition of Alex Schultz, dated March 31, 2023.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Reply Report of Joshua S. Gans, dated September 1, 2023.

1  I declare that the foregoing is true and correct under penalty of perjury.

2  Executed on this 20th day of October, 2023, in Washington, District of Columbia.

3                                          By:    */s/ Molly M. Jennings*
4                                                 Molly M. Jennings

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatories.

By: */s/ Sonal N. Mehta*
     Sonal N. Mehta