WILMER CUTLER PICKERING
HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
  Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
  Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
  Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
  Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:  Hon. James Donato |

1  Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to
2  modify sealing procedures for class certification and related *Daubert* briefing, Dkt. 656, Meta
3  Platforms, Inc. respectfully requests that the Court seal the attached Opposition to Advertiser
4  Plaintiffs' Motion to Exclude Opinions of Dr. Hochberg and accompanying exhibits. In
5  accordance with the Court's Order, the reasons for sealing will be discussed in a forthcoming
6  omnibus sealing motion to be filed on November 21, 2023. Meta anticipates additional review of
7  the materials to ensure that any requests for sealing are appropriately tailored. Redacted copies of
8  the documents sought to be sealed have been publicly filed on the docket.

| | | |
|---|---|---|
| 1 | DATED:  October 20, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By:  /s/ Sonal N. Mehta |
| 4 | | SONAL N. MEHTA (Bar No. 222086)<br>   Sonal.Mehta@wilmerhale.com |
| 5 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 6 | | 2600 El Camino Real, Suite 400<br>Palo Alto, California 94306 |
| 7 | | Telephone: (650) 858-6000 |
| 8 | | DAVID Z. GRINGER (*pro hac vice*)<br>   David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*)<br>   Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*)<br>   Ryan.Chabot@wilmerhale.com |
| 11 | | PAUL VANDERSLICE (*pro hac vice*)<br>   Paul.Vanderslice@wilmerhale.com |
| 12 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 13 | | 7 World Trade Center |
| 14 | | 250 Greenwich Street<br>New York, New York 10007 |
| 15 | | Telephone: (212) 230-8800 |
| 16 | | ARI HOLTZBLATT (*pro hac vice*)<br>   Ari.Holtzblatt@wilmerhale.com |
| 17 | | MOLLY M. JENNINGS (*pro hac vice*)<br>   Molly.Jennings@wilmerhale.com |
| 18 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 19 | | 2100 Pennsylvania Avenue NW |
| 20 | | Washington, DC 20037<br>Telephone: (202) 663-6000 |
| 21 | | |
| 22 | | MICHAELA P. SEWALL (*pro hac vice*)<br>   Michaela.Sewall@wilmerhale.com |
| 23 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 24 | | 60 State Street<br>Boston, MA 02109 |
| 25 | | Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and caused attachments to the foregoing to be transmitted to counsel of record via electronic mail.

By:    */s/ Sonal N. Mehta*
             Sonal N. Mehta