| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) <br> Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) <br> Sonal.Mehta@wilmerhale.com <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, California 94306 <br> Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) <br> Molly.Jennings@wilmerhale.com <br> 1875 Pennsylvania Ave NW <br> Washington, DC 20006 <br> Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) <br> David.Gringer@wilmerhale.com <br> ROSS E. FIRSENBAUM (*pro hac vice*) <br> Ross.Firsenbaum@wilmerhale.com <br> RYAN CHABOT (*pro hac vice*) <br> Ryan.Chabot@wilmerhale.com <br> PAUL VANDERSLICE (*pro hac vice*) <br> Paul.Vanderslice@wilmerhale.com <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, New York 10007 <br> Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) <br> Michaela.Sewall@wilmerhale.com <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware Corporation headquartered in California, <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF META PLATFORMS, INC.'S OPPOSITION TO ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF DR. HOCHBERG** <br><br> Judge: Hon. James Donato |

I, MOLLY M. JENNINGS, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Opposition to Advertiser Plaintiffs' Motion to Exclude Opinions of Dr. Hochberg.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Yael Hochberg, Ph.D. Errata, dated August 25, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Kevin Kreitzman, dated July 7, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Michael A. Williams, dated July 7, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of *The Sedona Conference Commentary on the Role of Economics in Antitrust Law*, published in the Sedona Conference Journal in fall 2006.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Kevin Kreitzman, held on October 2, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Yael Hochberg, held on September 19, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of an article by Franklin M. Fisher, titled *Economic Analysis and "Bright-Line" Tests* and published in the Journal of Competition Law and Economics in 2008.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 20th day of October 2023, in Washington, District of Columbia.

By: */s/ Molly M. Jennings*
Molly M. Jennings

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta.  By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated:  October 20, 2023                         By:     */s/ Sonal N. Mehta*
                                                                        Sonal N. Mehta