**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF ADVERTISER PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF DR. MICHAEL WILLIAMS AND KEVIN KREITZMAN**<br><br>Hearing Date: December 14, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: The Honorable James Donato |

I, Amanda F. Lawrence, declare as follows:

1. I am an attorney admitted *pro hac vice* in this action (the "Action"). I am a partner at Scott+Scott Attorneys at Law LLP, interim Co-Lead Counsel for the Advertiser Classes in the Action. I submit this declaration in support of Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Dr. Michael Williams and Kevin Kreitzman. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Justin McCrary and Daniel Rubinfeld, *Measuring Benchmark Damages in Antitrust Litigation*, J. OF ECONOMETRIC METHODS 3, 63-74 (2014).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Franco Modigliani and Merton H. Miller, *The Cost of Capital, Corporation Finance and the Theory of Investment*, AM. ECON. REV. 48, 261-297 (1958).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Merton H. Miller and Franco Modigliani, *Dividend Policy, Growth, and the Valuation of Shares*, J. OF BUS. 34, 411-433 (1961).

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Tim Koller, et al., VALUATION: MEASURING AND MANAGING THE VALUE OF COMPANIES (7th ed. 2020).

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Dennis W. Carlton and Jeffrey M. Perloff, MODERN INDUSTRIAL ORGANIZATION (4th ed. 2005).

7. Attached hereto as **Exhibit 6** is a true and correct copy of Section 397 of Phillip A. Areeda & Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* (2023).

8. Attached hereto as **Exhibit 7** is a true and correct copy of Section 43.35 of David L. Faigman, et al., *5 Mod. Sci. Evid.: The Law and Science of Expert Testimony*, (2022-2023 ed.).

9. Attached hereto as **Exhibit 8** is a true and correct copy of Chapter 4, Section B of *Proving Antitrust Damages: Legal and Economic Issues* (3d ed. 2017).

1

CONSOLIDATED CASE NO. 3:20-CV-08570-JD     DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS'
OPP. TO MOT. TO EXCLUDE TESTIMONY OF
DR. MICHAEL WILLIAMS AND KEVIN KREITZMAN

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Mark A. Allen, *Reference Guide on Estimation of Economic Damages*, REFERENCE MANUAL ON SCIENTIFIC EVIDENCE 432 (3d. 2011).

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the Deposition Transcript of Kevin Kreitzman, dated October 2, 2023.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the Deposition Transcript of Michael Williams, dated September 26, 2023.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by Meta Platforms, Inc. in this action bearing Bates-stamp PALM-012438929.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by Meta Platforms, Inc. in this action bearing Bates-stamp PALM-016416805.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Section 392 of Phillip A. Areeda & Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* (2023).

16. Attached hereto as **Exhibit 15** is a true and correct copy of Chapter 7 from Aswath Damodaran, DAMODARAN ON VALUATION: SECURITY ANALYSIS FOR INVESTMENT AND CORPORATE FINANCE (2006).

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the Consolidated Annual Report of Wirtualna Polska Capital Group for the year ending December 31, 2016.

18. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the Consolidated Annual Report of Wirtualna Polska Capital Group for the year ending December 31, 2017.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the Annual Financial Report of Wirtualna Polska Capital Group for the year ending December 31, 2018.

20. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the Annual Financial Report of Wirtualna Polska Capital Group for the year ending December 31, 2019.

2

CONSOLIDATED CASE NO. 3:20-CV-08570-JD   DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS' OPP. TO MOT. TO EXCLUDE TESTIMONY OF DR. MICHAEL WILLIAMS AND KEVIN KREITZMAN

21. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the Management's Report on the Activities of the Company and the Capital Group from Wirtualna Polska Capital Group for the year ending December 31, 2020.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from *ABA Section of Antitrust Law*, ECONOMETRICS: LEGAL, PRACTICAL, AND TECHNICAL ISSUES (2nd ed. 2014).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of October, 2023 at Colchester, Connecticut.

                            */s/Amanda F. Lawrence*
                            Amanda F. Lawrence

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: October 20, 2023                 By:   */s/Amanda F. Lawrence*
                                                      Amanda F. Lawrence

3

CONSOLIDATED CASE NO. 3:20-CV-08570-JD       DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS'
OPP. TO MOT. TO EXCLUDE TESTIMONY OF
DR. MICHAEL WILLIAMS AND KEVIN KREITZMAN