# EXHIBIT 10
# [Filed Under Seal]

# EXHIBIT 11
# [Filed Under Seal]

# EXHIBIT 12
# [Filed Under Seal]

# EXHIBIT 13
# [Filed Under Seal]