# EXHIBIT 16

# CONSOLIDATED ANNUAL REPORT

FOR THE FINANCIAL YEAR ENDING
31 DECEMBER 2016



Financial report of Wirtualna Polska Holding S.A. Capital Group
for the year ending 31 December 2016
TRANSLATION ONLY



### Remuneration of the Members of the Supervisory Board

The table below presents the remuneration payable or paid to the Supervisory Board members in 2016.

| in PLN'000 | Salaries and related benefits | Incentive scheme – share-based payments |
|---|---:|---:|
| Jarosław Mikos | 1 044 | 779 |
| Krzysztof Krawczyk | 25 | - |
| Beata Barwińska-Piotrowska | 38 | - |
| Tomasz Czechowicz | 19 | - |
| Mariusz Jarzębowski | 38 | - |
| Krzysztof Rozen | 19 | - |
| **Total** | **1 183** | **779** |

### Information on liabilities arising from pensions and similar benefits for former management and supervisory personnel

The Group had no payments and has no liabilities regarding pension and similar benefits for former management and supervisory personnel.

### 10.2. EVENTS AFTER THE BALANCE SHEET DATE

Detailed information of all significant post- balance sheet events is provided in note 42 to to consolidated financial statements for the year ending 31 December 2016.

### 10.3. COMMENTS ON THE DIFFERENCES BETWEEN THE FINANCIAL RESULTS AND FORECASTS PUBLISHED EARLIER

The Group did not publish any forecasts of results for the year 2016.

### 10.4. PRODUCTS PROVIDED BY THE WIRTUALNA POLSKA HOLDING CAPITAL GROUP

All revenues of Wirtualna Polska Holding S.A. are generated from management services provided for subsidiaries.

The Group's products are divided into two categories – sales of Online advertising and sales of Television advertising.

The table below presents the Group's sales according to these types:

| in PLN'000 | For the year ending 31 December 2016 | | |
|---|---:|---:|---:|
| | Online Advertising | TV Advertising | Total |
| Sales of services settled in cash | 376 873 | 450 | **377 323** |
| Sales of services settled in barter | 37 821 | - | **37 821** |
| **Total** | **414 694** | **450** | **415 144** |

| in PLN'000 | For the year ending 31 December 2015 | | |
|---|---:|---:|---:|
| | Online Advertising | TV Advertising | Total |
| Sales of services settled in cash | 285 998 | - | **285 998** |
| Sales of services settled in barter | 39 585 | - | **39 585** |
| **Total** | **325 583** | **-** | **325 583** |

*Online advertising*

The group operates on the Polish online advertising market and offers its clients a wide range of advertising products – modern ad displays, including online videos, mailing, mobile device advertising and efficiency-based model advertising (i.e. based on transfer to another web page, filling in forms, registration, purchase of products and services) – lead generation performance marketing. Due to the popularity of these services, the Group is able to reach a wide range of users with its advertising.