# EXHIBIT 17

# CONSOLIDATED ANNUAL REPORT

FOR THE FINANCIAL YEAR ENDING
31 DECEMBER 2017



Case 3:20-cv-08570-JD   Document 680-15   Filed 10/20/23   Page 3 of 3

Financial report of Wirtualna Polska Holding SA Capital Group
for the year ending 31 December 2017
TRANSLATION ONLY

*Information on liabilities arising from pensions and similar benefits for former management and supervisory personnel*

The Group had no payments and has no liabilities regarding pension and similar benefits for former management and supervisory personnel.

### 10.2. Events after the balance sheet date

Detailed information of post- balance sheet events is provided in note 42 to the consolidated financial statements for the period of 12 months ending 31 December 2017.

### 10.3. Management comments on the feasibility of previously published forecasts for the year

The Group did not publish any forecasts of results for the year 2017.

### 10.4. PRODUCTS PROVIDED BY THE WIRTUALNA POLSKA HOLDING CAPITAL GROUP

The Group's products are divided into two categories – sales of Online advertising and sales of Television advertising.

The table below presents the Group's sales according to these types:

| in PLN'000 | For the year ending 31 December 2017 | | |
|---|---|---|---|
| | Online Advertising | TV Advertising | Total |
| Sales of services settled in cash | 424 502 | 8 131 | *432 633* |
| Sales of services settled in barter | 32 980 | - | *32 980* |
| *Total* | *457 482* | *8 131* | *465 613* |

| in PLN'000 | For the year ending 31 December 2016 | | |
|---|---|---|---|
| | Online Advertising | TV Advertising | Total |
| Sales of services settled in cash | 376 873 | 450 | *377 323* |
| Sales of services settled in barter | 37 821 | - | *37 821* |
| *Total* | *414 694* | *450* | *415 144* |

*Online advertising*

The group operates on the Polish online advertising market and offers its clients a wide range of advertising products – modern ad displays, including online videos, mailing, mobile device advertising and efficiency-based model advertising (i.e. based on transfer to another web page, filling in forms, registration, purchase of products and services) – lead generation performance marketing. Due to the popularity of these services, the Group is able to reach a wide range of users with its advertising.

*TV advertising*

Via the television, the Group gains revenue from advertising, electoral, political and social spots, sponsorship and contribution to the fundings of the programs distributed on the TV program.

Year to year changes in revenue level are described in item 3.1. of this report.

All revenues of Wirtualna Polska Holding S.A. are generated from management services provided for subsidiaries.

### 10.5. SALES MARKETS AND SOURCES OF SUPPLY

About 78% of the Group's revenue comes from the domestic market. Foreign sales occur mainly in the countries of the European Union.

| in PLN'000 | For the year ending 31 December 2017 | Share % | For the year ending 31 December 2016 | Share % |
|---|---|---|---|---|
| Domestic sales | 364 071 | 78% | 330 885 | 80% |
| Export sales | 101 542 | 22% | 84 259 | 20% |
| European Union | 89 762 | 19% | 75 664 | 18% |
| Outside European Union | 11 780 | 3% | 8 595 | 2% |
| *Total* | *465 613* | *100%* | *415 144* | *100%* |