# EXHIBIT 19



# WP Capital Group
# Annual Financial Report

for the year ended 31 December 2019



Financial report of Wirtualna Polska Holding SA Capital Group
for the year ending 31 December 2019
TRANSLATION ONLY

Case 3:20-cv-08570-JD   Document 680-17   Filed 10/20/23   Page 3 of 4

## 10. ADDITIONAL INFORMATION

### Remuneration of key management and supervisory personnel

#### Remuneration of the Members of the Management Board

The remuneration of the Management Board is paid only by Wirtualna Polska Holding SA The table below presents the remuneration payable or paid to the Members of the Management Board in 2019.

| Twelve months ending 31 December 2019   (PLN'000) | Salaries | Incentive scheme - share-based payments |
|---|---|---|
| Jacek Świderski | 2 912 | - |
| Krzysztof Sierota | 1 144 | - |
| Michał Brański | 1 205 | - |
| Elżbieta Bujniewicz - Belka | 1 259 | 636 |
| **Total** | **6 520** | **-** |

#### Remuneration of the Members of the Supervisory Board

The table below presents the remuneration payable or paid to the Supervisory Board members in 2019.

| Twelve months ending 31 December 2019   (PLN'000) | Salaries | Incentive scheme - share-based payments |
|---|---|---|
| Krzysztof Krawczyk | 212 | - |
| Jarosław Mikos | 40 | |
| Beata Barwińska-Piotrowska | 40 | - |
| Aleksander Wilewski | 40 | - |
| Piotr Walter | 40 | - |
| Mariusz Jarzębowski | 40 | - |
| **Total** | **412** | **-** |

### Information on liabilities arising from pensions and similar benefits for former management and supervisory personnel

The Group had no payments and has no liabilities regarding pension and similar benefits for former management and supervisory personnel.

### Events after the balance sheet date

Detailed information of post- balance sheet events is provided in note 44 to the consolidated financial statements for the period of 12 months ending 31 December 2019.

### Management comments on the feasibility of previously published forecasts for the year

The Group did not publish any forecasts of results for the year 2019.

### Products provided by the Wirtualna Polska Holding Capital Group

The Group's products are divided into two categories – sales of Online advertising and sales of Television advertising.

Financial report of Wirtualna Polska Holding SA Capital Group
for the year ending 31 December 2019
TRANSLATION ONLY

The table below presents the Group's sales according to these types:

| (PLN'000) | For the year ended 31 December 2019 | | |
|---|---|---|---|
| | Online Advertising | Online Advertising | Total |
| Sales of services settled in cash | 665 150 | 20 321 | 685 471 |
| Sales of services settled in barter | 23 229 | - | 23 229 |
| **Total** | **688 379** | **20 321** | **708 700** |

| (PLN'000) | For the year ended 31 December 2018 | | |
|---|---|---|---|
| | Online Advertising | TV Advertising | Total |
| Sales of services settled in cash | 526 254 | 16 500 | 542 754 |
| Sales of services settled in barter | 24 583 | - | 24 583 |
| **Total** | **550 816** | **16 500** | **567 317** |

*Online advertising*

The group operates on the Polish online advertising market and offers its clients a wide range of advertising products – modern ad displays, including online videos, mailing, mobile device advertising and efficiency-based model advertising (i.e. based on transfer to another web page, filling in forms, registration, purchase of products and services) – lead generation performance marketing. Due to the popularity of these services, the Group is able to reach a wide range of users with its advertising.

*TV advertising*

Via the television, the Group gains revenue from advertising, electoral, political and social spots, sponsorship and contribution to the funding's of the programs distributed on the TV program.

Year to year changes in revenue level are described in paragraph 3 of this report.

In 2019 Wirtualna Polska Holding SA did not generate any revenues from operating activities.

## Sales markets and sources of supply

About 79% of the Group's revenue comes from the domestic market. Foreign sales occur mainly in the countries of the European Union.

| PLN'000 | Twelve months ending 31 December 2019 | Twelve months ending 31 December 2018 |
|---|---|---|
| Domestic sales | 562 683 | 448 532 |
| Export sales | 146 017 | 118 784 |
| *European Union* | 131 244 | 101 809 |
| *Outside European Union* | 14 773 | 16 975 |
| **Total** | **708 700** | **567 316** |

The Group manages a well-diversified portfolio of customers and suppliers. In both 2019 and 2018 there was one customer whose turnover exceeded 10% of the Group's consolidated revenue and amounted to 12% (in 2019) and 11% (in 2018). This customer is in a stable financial situation and there were no payment delays during the long-term cooperation. Therefore, the Management Board sees no risk of excessive concentration of income.

In 2019 Wirtualna Polska Holding SA did not generate any revenues from operating activities.

## Litigation pending before the court, the appropriate arbitration body or the public administration body

If the Group is a defendant in a litigation case, a provision is booked for the case based on its actual status and the cost estimation prepared by the Legal Department. The provisions were recorded in the amount of the claims and court fees, whose ad-judgment is probable in the Group's opinion. Currently, there are no pending court proceedings, arbitration or proceedings before the administrative authority in respect of liabilities or receivables of Wirtualna Polska Holding SA and its subsidiaries in the total amount of at least 10% of the Wirtualna Polska Holding SA 's equity.

During 2019 the provision for court proceedings increased by PLN 883 thousand.