| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>          Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER DENYING MOTION TO EXCLUDE TESTIMONY OF DR. MICHAEL WILLIAMS AND KEVIN KREITZMAN**<br><br>Hearing Date: December 14, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

Before the Court is the Motion to Exclude Testimony of Dr. Michael Williams and Kevin Kreitzman, filed by Defendant Meta Platforms, Inc. (the "Motion") on October 6, 2023. The Court, having reviewed the Motion and accompanying memoranda, declaration and exhibits in support, any opposition thereto, and the arguments of counsel and the parties at the hearing held on December 14, 2023 (the "Hearing"), hereby **ORDERS** that the Motion is **DENIED** as follows:

The Motion to exclude the testimony of Dr. Michael Williams and Kevin Kreitzman is **DENIED.**

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

1

Case No. 3:20-cv-08570-JD          [Proposed] Order Denying Motion to Exclude Testimony of
                                    Dr. Michael Williams and Kevin Kreitzman