1  **BATHAEE DUNNE LLP**
   Yavar Bathaee (CA 282388)
2  yavar@bathaeedunne.com
   Andrew C. Wolinsky (CA 345965)
3  awolinsky@bathaeedunne.com
   445 Park Avenue, 9th Floor
4  New York, NY 10022
5  (332) 322-8835

6  Brian J. Dunne (CA 275689)
   bdunne@bathaeedunne.com
7  Edward M. Grauman (*pro hac vice*)
   egrauman@bathaeedunne.com
8  901 S. MoPac Expressway
9  Barton Oaks Plaza I, Suite 300
   Austin, TX 78746
10 (213) 462-2772

11 *Interim Co-Lead Counsel for the*
12 *Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| v. | **REPLY DECLARATION OF BRIAN J. DUNNE IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. CATHERINE TUCKER** |
| META PLATFORMS, INC., | |
| Defendant. | |

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth here and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of Advertiser Plaintiffs' Reply in Support of Their Motion to Exclude the Expert Report and Testimony of Dr. Catherine Tucker.

3. Attached as **Reply Exhibit 1** is a true and correct copy of excerpts from the deposition of Catherine Tucker, Ph.D, conducted September 26, 2023.

4. Attached as **Reply Exhibit 2** is a true and correct copy of documents produced by Defendant Meta Platforms, Inc. as PALM-007837436 and PALM-007837437 in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2023, in Austin, Texas.

                                                      */s/ Brian J. Dunne*
                                                      Brian J. Dunne