# Reply Exhibit 1

# (filed under seal)