# Reply Exhibit 2

# (filed under seal)