1  WILMER CUTLER PICKERING HALE AND DORR LLP

2  SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
   2600 El Camino Real, Suite 400
   Palo Alto, California 94306
   Telephone: (650) 858-6000

   DAVID Z. GRINGER (*pro hac vice*)
   David.Gringer@wilmerhale.com
   ROSS E. FIRSENBAUM (*pro hac vice*)
   Ross.Firsenbaum@wilmerhale.com
   RYAN CHABOT (*pro hac vice*)
   Ryan.Chabot@wilmerhale.com
   PAUL VANDERSLICE (*pro hac vice*)
   Paul.Vanderslice@wilmerhale.com
   7 World Trade Center
   250 Greenwich Street
   New York, New York 10007
   Telephone: (212) 230-8800

   ARI HOLTZBLATT (*pro hac vice*)
   Ari.Holtzblatt@wilmerhale.com
   MOLLY M. JENNINGS (*pro hac vice*)
   Molly.Jennings@wilmerhale.com
   2100 Pennsylvania Ave NW
   Washington, DC 20037
   Telephone: (202) 663-6000

   MICHAELA P. SEWALL (*pro hac vice*)
   Michaela.Sewall@wilmerhale.com
   60 State Street
   Boston, Massachusetts 02109
   Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1  Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to
2  modify sealing procedures for class certification and related *Daubert* briefing, Dkt. 656, Meta
3  Platforms, Inc. respectfully requests that the Court seal the attached Reply in Support of Meta's
4  Motion to Exclude Testimony of Scott Fasser and Joshua Gans and accompanying exhibits. In
5  accordance with the Court's Order, the reasons for sealing will be discussed in a forthcoming
6  omnibus sealing motion to be filed on November 21, 2023.  Meta anticipates additional review of
7  the materials to ensure that any requests for sealing are appropriately tailored.  Redacted copies of
8  the documents sought to be sealed have been publicly filed on the docket.

| | |
|---|---|
| Date: November 3, 2023 | Respectfully submitted, |
| | By: /s/ Sonal N. Mehta |
| | |
| | SONAL N. MEHTA (SBN 222086) |
| | Sonal.Mehta@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 2600 El Camino Real, Suite 400 |
| | Palo Alto, California 94306 |
| | Telephone: (650) 858-6000 |
| | |
| | DAVID Z. GRINGER (*pro hac vice*) |
| | David.Gringer@wilmerhale.com |
| | ROSS E. FIRSENBAUM (*pro hac vice*) |
| | Ross.Firsenbaum@wilmerhale.com |
| | RYAN CHABOT (*pro hac vice*) |
| | Ryan.Chabot@wilmerhale.com |
| | PAUL VANDERSLICE (*pro hac vice*) |
| | Paul.Vanderslice@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, New York 10007 |
| | Telephone: (212) 230-8800 |
| | |
| | ARI HOLTZBLATT (*pro hac vice*) |
| | Ari.Holtzblatt@wilmerhale.com |
| | MOLLY M. JENNINGS (*pro hac vice*) |
| | Molly.Jennings@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 2100 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| | Telephone: (202) 663-6000 |
| | |
| | MICHAELA P. SEWALL (*pro hac vice*) |
| | Michaela.Sewall@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Telephone: (617) 526-6000 |
| | |
| | *Attorneys for Defendant Meta Platforms, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and caused attachments to the foregoing to be transmitted to counsel of record via electronic mail.

*/s/ Sonal N. Mehta*
Sonal N. Mehta
