WILMER CUTLER PICKERING
HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
  Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
  Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
  Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
  Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**REPLY DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY OF SCOTT FASSER AND JOSHUA GANS**<br><br>Judge: Hon. James Donato |

I, Molly M. Jennings, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this reply declaration in support of Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans.

2. Attached hereto as Exhibit 14 is a true and correct copy of additional excerpts from the transcript of the deposition of Scott Fasser, held on September 7, 2023. Other excerpts from this transcript were previously submitted as Exhibit 3 to my first declaration in support of this Motion. Dkts. 644-1, 646-5.

3. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the transcript of the deposition of Michael A. Williams, Ph.D., held on September 26, 2023.

4. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of the deposition of Joshua Gans, Ph.D., held on September 26, 2023.

5. Attached hereto as Exhibit 17 is a true and correct copy of a document produced in this matter bearing Bates number SNAP – FTC – No. 191-0134 – 0000033084 and marked MetaFTC-Klein-DX-963.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 3rd day of November, 2023, in Washington, District of Columbia.

By: _/s/ Molly M. Jennings_
Molly M. Jennings

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatory.

By:   */s/ Sonal N. Mehta*
           Sonal N. Mehta