| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)<br> Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br> Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| SONAL N. MEHTA (SBN 222086)<br> Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | |
| DAVID Z. GRINGER (*pro hac vice*)<br> David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br> Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br> Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br> Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br> Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**REPLY DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY OF KEVIN KREITZMAN AND MICHAEL A. WILLIAMS**<br><br>Judge: Hon. James Donato |

I, Molly M. Jennings, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this reply declaration in support of Meta's Motion to Exclude Testimony of Kevin Kreitzman and Michael A. Williams.

2. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Tim Koller, et al., *Valuation: Measuring and Managing the Value of Companies* (7th ed. 2020). Another excerpt of this book was attached as Exhibit 4 to the Declaration of Amanda F. Lawrence in Support of Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Dr. Michael Williams and Kevin Kreitzman. Dkts. 680-1, 680-5.

3. Attached hereto as Exhibit 12 is a true and correct copy of additional excerpts from the transcript of the deposition of Michael A. Williams, Ph.D., held on September 26, 2023. Other excerpts from this transcript were previously submitted as Exhibit 3 to my first declaration in support of this Motion. Dkts. 662-1, 661-4.

4. Attached hereto as Exhibit 13 is a true and correct copy of additional excerpts from the transcript of the deposition of Kevin Kreitzman, held on October 2, 2023. Other excerpts from this transcript were previously submitted as Exhibit 6 to my first declaration in support of this Motion. Dkts. 662-1, 661-7.

5. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt from the consolidated financial statements of Wirtualna Polska Capital Group for the year ending December 31, 2020.

6. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt from the Expert Report of Michael A. Williams, dated October 11, 2022 and filed at Dkt. 959-1 in the matter *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation*, No. 3:19-mc-02918-MMC (N.D. Cal.).

1
2   I declare that the foregoing is true and correct under penalty of perjury.
3
4   Executed on this 3rd day of November, 2023, in Washington, District of Columbia.
5
            By:   */s/ Molly M. Jennings*
6                  Molly M. Jennings

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatory.

By:    */s/ Sonal N. Mehta*
        Sonal N. Mehta