# EXHIBIT 14



# Consolidated financial statements of Wirtualna Polska Capital Group

for the year ending 31 December 2020

Financial statements of Wirtualna Polska Holding SA Capital Group
for the year ending 31 December 2020
TRANSLATION ONLY



## 8. THE GROUP'S STRUCTURE

As of 31 December 2020 the Capital Group represented: the parent company Wirtualna Polska Holding SA and 12 subsidiaries. The consolidated financial statements of the Group comprise the Company and the following subsidiaries:

| No. | Name of subsidiary | Location | % of shares 31 December 2020 | % of shares 31 December 2019 |
|---|---|---|---|---|
| 1 | Wirtualna Polska Media S.A. | Poland, Warsaw | 100% | 100% |
| 2 | Totalmoney.pl Sp. z o.o. | Poland, Wrocław | 100% | 100% |
| 3 | Businessclick Sp. z o.o. | Poland, Warsaw | 100% | 100% |
| 4 | Finansowysupermarket.pl Sp. z o.o. [1] | Poland, Warsaw | - | 100% |
| 5 | Domodi Sp. z o.o. | Poland, Wrocław | 100% | 100% |
| 6 | Wakacje.pl S.A. | Poland, Gdańsk | 100% | 100% |
| 7 | Nocowanie.pl Sp. z o.o. | Poland, Lublin | 85% | 75% |
| 8 | Netwizor Sp. z o.o. | Poland, Warsaw | 100% | 100% |
| 9 | eHoliday.pl Sp. z o.o. [4] | Poland, Warsaw | - | 75% |
| 10 | WPZ Sp. z o.o. | Poland, Warsaw | 100% | 100% |
| 11 | Extradom.pl Sp. z o.o. | Poland, Wrocław | 100% | 100% |
| 12 | Parklot Sp. z o.o. | Poland, Warsaw | 100% | 100% |
| 13 | Superauto24.com Sp. z o.o. | Poland, Chorzów | 51% | 51% |
| 14 | Travel Network Solutions Sp. z o. o. [3] | Poland, Warsaw | - | 100% |
| 15 | Open FM Sp. z o. o. | Poland, Warsaw | 100% | 100% |
| 16 | Autocentrum.pl S.A. [2] | Poland, Kraków | - | 100% |

[1] On 2 January 2020 Totalmoney.pl Sp. z o.o. and Finansowysupermarket.pl Sp. z o.o. merged.
[2] On 1 February 2020 Wirtualna Polska Media SA and Autocentrum.pl SA merged.
[3] On 1 July 2020 Travel Network Solutions Sp. z o.o. and Wakacje.pl SA merged.
[4] On 1 October 2020 eHoliday.pl Sp. z o.o. and Nocowanie.pl Sp. z o.o. merged.

The Group's activities are mainly focused on selling advertisements on the Internet. Furthermore, Wakacje.pl SA operates in the international tourism sector and in addition to online travel trips it also gives customers the opportunity to buy offline through a franchise network of fixed-line stores. Other Group companies running businesses different then sales of advertisement are Netwizor Sp. z o.o. - an internet TV service provider, Extradom – an online platform selling architectural projects as well as Superauto24 – online car seller.

Details on the activities of individual companies are described in the management report

### ▌ Changes in the Group's structure

During 2020, the Group did not finalize any acquisition processes.

### ▌ Mergers in 2020

On 2 January 2 2020, Totalmoney.pl Sp. z o.o. and Finansowysupermarket.pl Sp. z o.o. merged by transferring all assets of Finansowysupermarket.pl sp. z o. o. to Totalmoney.pl Sp. z o.o.

On 1 February 2020, Wirtualna Polska Media SA and Autocentrum.pl SA merged by transferring all assets of Autocentrum.pl SA to Wirtualna Polska Media SA.

On 1 July 2020, Wakacje.pl SA and Travel Network Solutions Sp. z o.o. merged by transferring all assets of Travel Network Solutions Sp. z o.o. to Wakacje.pl SA.

On 1 October 2020, Nocowanie.pl Sp. z o.o. and eHoliday.pl Sp. z o.o. merged by transferring all assets of eHoliday.pl Sp. z o.o. to Nocowanie.pl Sp. z o.o.

### ▌ Changes in the Group's structure after the balance sheet date

There were no changes in the capital structure of the Group besides those described above.

The accompanying notes are an integral part of these consolidated financial statements