1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

[Additional counsel listed on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>                Defendant. | Case No. 3:20-cv-08570-JD<br><br>**JOINT STIPULATION REGARDING CLASS CERTIFICATION CONCURRENT EXPERT PROCEEDING**<br><br>Judge: Hon. James Donato |

This Stipulation is entered into by and between User Plaintiffs, Advertiser Plaintiffs and Defendant Meta Platforms, Inc. (collectively, "the Parties") through their respective undersigned counsel, as follows:

WHEREAS, the Court has scheduled a concurrent expert proceeding (or "hot tub") on class certification for December 5, 2023 (Dkt. 379);

WHEREAS, the Court has set a November 10, 2023 due date for the parties' joint submission in advance of the class certification concurrent expert proceeding;

WHEREAS, the Parties have reviewed the Court's order regarding the procedure for concurrent expert proceeding and joint submissions in prior cases, including the Court's Order re Concurrent Expert Witness Proceeding in *In re Capacitors Antitrust Litigation*, MDL Case No. 17-mc-02801-JD (Aug. 5, 2019), Dkt. No. 828 (the "*Capacitors* Order"); *see also In Re Google Play Store Antitrust Litigation*, Case No. 3:20-cv-05761-JD (Oct. 9, 2020), Dkt. No 53 (Oct. 8, 2020 Case Mgmt. Conf. Minutes) ("The Court anticipates that it will hold concurrent expert proceedings, known informally as hot tubs, as it did in the *Capacitors* case, No. 14-3264. The parties are encouraged to review the orders entered there for guidance.");

WHEREAS, the Court has not promulgated an order in this case establishing any different procedure for the concurrent expert proceeding and the preparation of the joint submission in this case than the one set forth in the *Capacitors* Order;

WHEREAS, the Parties understand and now do stipulate and agree that the guidance for concurrent expert witness proceedings and the accompanying joint stipulation set forth in the *Capacitors* Order shall apply to the class certification concurrent expert proceeding and joint submission in this case, subject to the modifications set forth below to account for the two separate class certification motions by User Plaintiffs and Advertiser Plaintiffs and the number of expert witnesses the Parties anticipate speaking at the concurrent expert proceeding;

ACCORDINGLY, the parties, by and through their respective counsel, hereby stipulate and agree and respectfully request that, subject to the Court's approval:

- The Parties' expert witnesses shall meet and confer to prepare a joint statement that lists the top 6-8 issues of disagreement for each of the separate User and

Advertiser class certification motions, by descending importance.  Counsel will facilitate the logistics for the meet and confer, but the formulation of the joint statement is entirely up to the witnesses.  Counsel may not participate in determining the contents of the joint statement. Due to the number of expert witnesses, their teaching and research schedules, and their geographic distance from one another, the expert witnesses' meet and confer may take place by videoconference.

- The Court will use the joint statement as an agenda for the discussion. The witnesses will be invited to comment on each other's remarks, and to pose questions. Counsel for the parties sponsoring the witnesses may be allowed to ask follow-up questions at the Court's discretion. At the end of the proceeding, the Court will ask each witness to summarize his or her position on selected issues, and to identify issues for which disagreement has been resolved. The witnesses will be put under oath and the discussion will be reported.

- The parties anticipate that the following expert witnesses may attend the concurrent expert proceeding:

    o for User Plaintiffs: Dr. Nicholas Economides, Dr. Joseph Farrell,[1] Mr. Robert Klein, and Prof. Sarah Lamdan;

    o for Advertiser Plaintiffs: Dr. Michael Williams, Dr. Joshua Gans, Mr. Kevin Kreitzman, and Mr. Scott Fasser;

    o for Meta: Dr. Catherine Tucker, Dr. Yael Hochberg, and Ms. Rebecca Kirk Fair.

- For medical reasons, User Plaintiffs respectfully request that two of their experts—Mr. Klein and Prof. Lamdan—be permitted to participate in the concurrent expert proceeding remotely via Zoom. Meta takes no position on this

---

[1] The parties disagree over Dr. Farrell's attendance at the concurrent expert proceeding and will raise the issue with the Court in a subsequent submission.

1    request. Consumer Plaintiffs will provide further details regarding the medical

2    issues in a brief filing under seal;

3    • The concurrent expert proceedings will last 2 hours per each of the two class

4    certification motions, by Users and by Advertisers.

5    **IT IS SO STIPULATED.**

6

7    DATED:  November 3, 2023                    Respectfully submitted,

8    By:  */s/ Shana E. Scarlett*              By:  */s/ Kevin Y. Teruya*

9    **HAGENS BERMAN SOBOL SHAPIRO LLP**        **QUINN EMANUEL URQUHART & SULLIVAN,**
     Shana E. Scarlett (Bar No. 217895)        **LLP**
10      shanas@hbsslaw.com                      Kevin Y. Teruya (Bar No. 235916)
     715 Hearst Avenue, Suite 202                 kevinteruya@quinnemanuel.com
11   Berkeley, CA 94710                         Adam B. Wolfson (Bar No. 262125)
     Telephone: (510) 725-3000                    adamwolfson@quinnemanuel.com
12                                              Claire D. Hausman (Bar No. 282091)
     Steve W. Berman (*pro hac vice*)             clairehausman@quinnemanuel.com
13   steve@hbsslaw.com                          Brantley I. Pepperman (Bar No. 322057)
     1301 Second Avenue, Suite 2000               brantleypepperman@quinnemanuel.com
14   Seattle, WA 98101                          865 South Figueroa Street, 10th Floor
     Telephone: (206) 623-7292                  Los Angeles, CA 90017-2543
15                                              (213) 443-3000
     **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
16   W. Joseph Bruckner (*pro hac vice*)        Michelle Schmit
       wjbruckner@locklaw.com                     michelleschmit@quinnemanuel.com
17   Robert K. Shelquist (*pro hac vice*)       191 N. Wacker Drive, Suite 2700
       rkshelquist@locklaw.com                  Chicago, IL 60606
18   Brian D. Clark (*pro hac vice*)            Telephone: (312) 705-7400
       bdclark@locklaw.com
19   Rebecca A. Peterson (Bar No. 241858)       Manisha M. Sheth (admitted *pro hac vice*)
       rapeterson@locklaw.com                     manishasheth@quinnemanuel.com
20   Arielle S. Wagner (*pro hac vice*)         51 Madison Avenue, 22nd Floor
       aswagner@locklaw.com                     New York, New York 10010
21   Kyle J. Pozan (admitted *pro hac vice*)    (212) 849-7000
       kjpozan@locklaw.com
22   Laura M. Matson (admitted *pro hac vice*)  *Interim Counsel for the Consumer Class*
       lmmatson@locklaw.com
23   100 Washington Avenue South, Suite
     2200
24   Minneapolis, MN 55401
     Telephone: (612) 339-6900
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  */s/ Yavar Bathaee*
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
 yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
 awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835

Brian J. Dunne (Bar No. 275689)
 bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
 egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (512) 575-8848

**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
 twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
 rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
 tmaya@ahdootwolfson.com
Henry Kelston (*pro hac vice*)
 hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
 Telephone: (310) 474-9111

By:  */s/ Amanda F. Lawrence*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
 alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
 pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
 msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

Hal D. Cunningham (Bar No. 243048)
 hcunningham@scott-scott.com
Daniel J. Brockwell (Bar No. 335983)
 dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565

Patrick J. Rodriguez (pro hac vice)
 prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
 kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
 acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

*Interim Counsel for the Advertiser Class*

By: */s/ Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:  November 3, 2023                    By:    */s/ Sonal N. Mehta*
                                                            Sonal N. Mehta


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____

                                                    _____
                                                    JAMES DONATO
                                                    United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By:    */s/ Sonal N. Mehta*
Sonal N. Mehta

JOINT STIPULATION RE CLASS CERT
CONCURRENT EXPERT PROCEEDING