**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>     Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF ADVERTISER PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:  December 14, 2023<br>Hearing Time:  10:00 a.m.<br>Courtroom:  11, 19th Floor<br>Judge: The Honorable James Donato |

1    I, Amanda F. Lawrence, declare as follows:

2    1.    I am an attorney admitted *pro hac vice* in this action (the "Action").  I am a partner at

3  Scott+Scott Attorneys at Law LLP, interim Co-Lead Counsel for the Advertiser Classes in the Action.

4  I submit this declaration in support of Advertiser Plaintiffs' Reply Memorandum in Support of Motion

5  for Class Certification.   The contents of this declaration are based on my personal knowledge,

6  including my personal knowledge of the documents cited herein.  The facts set forth herein are within

7  my personal knowledge and if called as a witness, I could and would competently testify to them.

8    2.    Attached hereto as *Exhibit 1* is a true and correct copy of Section 657 of Phillip A.

9  Areeda & Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their*

10 *Application* (2023).

11    3.    Attached hereto as *Exhibit 2* is a true and correct copy of Section 320 of Phillip A.

12 Areeda & Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their*

13 *Application* (2023).

14    4.    Attached hereto as *Exhibit 3* is a true and correct copy of excerpts from Chapter 4 of

15 Am. Bar Ass'n, *Proving Antitrust Damages: Legal and Economic Issues* (3d ed. 2017).

16    5.    Attached hereto as *Exhibit 4* is a true and correct copy of excerpts from the Deposition

17 Transcript of Catherine Tucker, Ph.D, dated September 26, 2023.

18    6.    Attached hereto as *Exhibit 5* is a true and correct copy of a document produced by

19 Meta Platforms, Inc. ("Meta") in this action bearing Bates-stamp PALM-FTC-00292605.

20    7.    Attached hereto as *Exhibit 6* is a true and correct copy of excerpts from the Deposition

21 Transcript of Alex Schultz, dated March 31, 2023.

22    8.    Attached hereto as *Exhibit 7* is a true and correct copy of a document produced by

23 Meta in this action bearing Bates-stamp PALM-006974711.

24    9.    Attached hereto as *Exhibit 8* is a true and correct copy of a document produced by

25 Meta in this action bearing Bates-stamp PALM-003309653.

26    10.    Attached hereto as *Exhibit 9* is a true and correct copy of a document produced by

27 Meta in this action bearing Bates-stamp PALM-005037545.

28

DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS' REPLY MEM. IN SUPPORT OF
MOT. FOR CLASS CERTIFICATION – CASE NO. 3:20-CV-08570-JD

1     11.     Attached hereto as *Exhibit 10* is a true and correct copy of a document produced by

2  Meta in this action bearing Bates-stamp PALM-013912488.

3     12.     Attached hereto as *Exhibit 11* is a true and correct copy of a document produced by

4  Meta in this action bearing Bates-stamp PALM-000777305.

5     13.     Attached hereto as *Exhibit 12* is a true and correct copy of excerpts from the

6  Deposition Transcript of Mark Geoffrey Young, dated February 13, 2023.

7     14.     Attached hereto as *Exhibit 13* is a true and correct copy of excerpts from the

8  Deposition Transcript of Katherine Looper, dated October 7, 2022.

9     15.     Attached hereto as *Exhibit 14* is a true and correct copy of excerpts from the

10  Deposition Transcript of Mark Berney, dated May 25, 2023.

11     16.     Attached hereto as *Exhibit 15* is a true and correct copy of excerpts from the

12  Deposition Transcript of Jessyca Frederick, dated June 8, 2023.

13     I declare under penalty of perjury under the laws of the United States of America that the

14  foregoing is true and correct.  Executed on this 3rd day of November, 2023 at Colchester, Connecticut.

15

16     */s/Amanda F. Lawrence*
       Amanda F. Lawrence

17

18                    **CERTIFICATE OF SERVICE**

19     I hereby certify that on November 3, 2023, I caused a true and correct copy of the foregoing

20  document to be served by electronic mail on all counsel of record.

21  Dated: November 3, 2023             By:   */s/Amanda F. Lawrence*
                                              Amanda F. Lawrence

22

23

24

25

26

27

28

DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS' REPLY MEM. IN SUPPORT OF
MOT. FOR CLASS CERTIFICATION – CASE NO. 3:20-CV-08570-JD