**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Consolidated Case No. 3:20-cv-08570-JD <br><br> **DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF ADVERTISER PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF DR. HOCHBERG** <br><br> Hearing Date:  December 14, 2023 <br> Hearing Time:  10:00 a.m. <br> Courtroom:  11, 19th Floor <br> Judge: The Honorable James Donato |

1    I, Amanda F. Lawrence, declare as follows:

2    1.    I am an attorney admitted *pro hac vice* in this action (the "Action").  I am a partner at

3    Scott+Scott Attorneys at Law LLP, interim Co-Lead Counsel for the Advertiser Classes in the Action.

4    I submit this declaration in support of Advertiser Plaintiffs' Reply Memorandum in Support of Motion

5    to Exclude Opinions of Dr. Hochberg.  The contents of this declaration are based on my personal

6    knowledge, including my personal knowledge of the documents cited herein.  The facts set forth

7    herein are within my personal knowledge and if called as a witness, I could and would competently

8    testify to them.

9    2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Tim Koller,

10   et al., *Valuation: Measuring and Managing the Value of Companies* (7th ed. 2020).

11   I declare under penalty of perjury under the laws of the United States of America that the

12   foregoing is true and correct.  Executed on this 3rd day of November, 2023 at Colchester, Connecticut.

13

14                                               /s/Amanda F. Lawrence
                                                 Amanda F. Lawrence

15

16                           **CERTIFICATE OF SERVICE**

17   I hereby certify that on November 3, 2023, I caused a true and correct copy of the foregoing

18   document to be served by electronic mail on all counsel of record.

19   Dated: November 3, 2023                By:   /s/Amanda F. Lawrence
                                                  Amanda F. Lawrence

20

21

22

23

24

25

26

27

28
                                    1
DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS' REPLY MEM. IN SUPPORT OF
MOT. TO EXCLUDE OPINIONS OF DR. HOCHBERG – CASE NO. 3:20-CV-08570-JD