WILMER CUTLER PICKERING
HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
  Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
  Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
  Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
  Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to modify sealing procedures for class certification and related *Daubert* briefing, Dkt. 656, Meta Platforms, Inc. respectfully requests that the Court seal the attached exhibit to the Supplemental Reply Declaration of Molly M. Jennings in Support of Meta's Motion to Exclude Testimony of Kevin Kreitzman and Michael A. Williams. In accordance with the Court's Order, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion to be filed on November 21, 2023.  Meta anticipates additional review of the materials to ensure that any requests for sealing are appropriately tailored.   Redacted copies of the documents sought to be sealed have been publicly filed on the docket.

1    Date: November 3, 2023                    Respectfully submitted,

2                                              By: /s/ Sonal N. Mehta

3                                              SONAL N. MEHTA (SBN 222086)
4                                               Sonal.Mehta@wilmerhale.com
                                               WILMER CUTLER PICKERING HALE
5                                              AND DORR LLP
                                               2600 El Camino Real, Suite 400
6                                              Palo Alto, California 94306
                                               Telephone: (650) 858-6000
7

8                                              DAVID Z. GRINGER (*pro hac vice*)
                                                David.Gringer@wilmerhale.com
9                                              ROSS E. FIRSENBAUM (*pro hac vice*)
                                                Ross.Firsenbaum@wilmerhale.com
10                                             RYAN CHABOT (*pro hac vice*)
                                                Ryan.Chabot@wilmerhale.com
11                                             PAUL VANDERSLICE (*pro hac vice*)
                                                Paul.Vanderslice@wilmerhale.com
12                                             WILMER CUTLER PICKERING HALE
                                               AND DORR LLP
13                                             7 World Trade Center
14                                             250 Greenwich Street
                                               New York, New York 10007
15                                             Telephone: (212) 230-8800

16
                                               ARI HOLTZBLATT (*pro hac vice*)
17                                              Ari.Holtzblatt@wilmerhale.com
                                               MOLLY M. JENNINGS (*pro hac vice*)
18                                              Molly.Jennings@wilmerhale.com
                                               WILMER CUTLER PICKERING HALE
19                                             AND DORR LLP
                                               2100 Pennsylvania Avenue NW
20                                             Washington, DC 20037
                                               Telephone: (202) 663-6000
21

22                                             MICHAELA P. SEWALL (*pro hac vice*)
                                                Michaela.Sewall@wilmerhale.com
23                                             WILMER CUTLER PICKERING HALE
                                               AND DORR LLP
24                                             60 State Street
                                               Boston, Massachusetts 02109
25                                             Telephone: (617) 526-6000

26
                                               *Attorneys for Defendant Meta Platforms, Inc.*
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and caused attachments to the foregoing to be transmitted to counsel of record via electronic mail.

*/s/ Sonal N. Mehta*
Sonal N. Mehta