| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>  Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>  Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>  Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | ARI HOLTZBLATT (*pro hac vice*)<br>  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br><br>MICHAELA P. SEWALL (*pro hac vice*)<br>  Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**SUPPLEMENTAL REPLY DECLARATION OF MOLLY M. JENNINGS IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY OF KEVIN KREITZMAN AND MICHAEL A. WILLIAMS**<br><br>Judge: Hon. James Donato |

I, Molly M. Jennings, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this supplemental reply declaration in support of Meta's Motion to Exclude Testimony of Kevin Kreitzman and Michael A. Williams.

2. On November 3, 2023 Meta Platforms, Inc. filed a Reply in Support of Meta's Motion to Exclude the Testimony of Kevin Kreitzman and Michael A. Williams, as well as a reply declaration of Molly M. Jennings in support of Meta's Motion. Dkt. 686.

3. Exhibit 13 to my reply declaration inadvertently omitted pages 135-138 from the transcript of the deposition of Kevin Kreitzman. I apologize for the oversight.

4. Attached hereto is Corrected Exhibit 13, which is a true and correct copy of additional excerpts from the transcript of the deposition of Kevin Kreitzman, held on October 2, 2023. Other excerpts from this transcript were previously submitted as Exhibit 6 to my first declaration in support of this Motion. Dkts. 662-1, 661-7.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 3rd day of November, 2023, in Washington, District of Columbia.

By:   */s/ Molly M. Jennings*
      Molly M. Jennings

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatory.

By:    */s/ Sonal N. Mehta*
         Sonal N. Mehta