# CORRECTED EXHIBIT 13
# (FILED UNDER SEAL)