| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) Sonal.Mehta@wilmerhale.com 2600 El Camino Real, Suite 400 Palo Alto, California 94306 Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) Molly.Jennings@wilmerhale.com 2100 Pennsylvania Ave NW Washington, DC 20037 Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) David.Gringer@wilmerhale.com ROSS E. FIRSENBAUM (*pro hac vice*) Ross.Firsenbaum@wilmerhale.com RYAN CHABOT (*pro hac vice*) Ryan.Chabot@wilmerhale.com PAUL VANDERSLICE (*pro hac vice*) Paul.Vanderslice@wilmerhale.com 7 World Trade Center 250 Greenwich Street New York, New York 10007 Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) Michaela.Sewall@wilmerhale.com 60 State Street Boston, Massachusetts 02109 Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **REPLY DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY OF NICHOLAS ECONOMIDES** <br><br> Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Meta Platforms, Inc. in the above-captioned action. I submit this reply declaration in support of Meta's Motion to Exclude Testimony of Nicholas Economides.

2. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcript from Nicholas Economides's deposition held on September 14, 2023 ("Economides Tr."). Other excerpts from this transcript were previously attached as Exhibit 3 to my first declaration in support of this Motion. Dkts. 650-1, 651-6.

3. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the Declaration of Dr. Joseph Farrell in Support of Consumer Plaintiffs' Motion for Class Certification served on July 7, 2023 ("Farrell Rep.").

4. Attached hereto as Exhibit 15 is a true and correct copy of a document produced in this litigation, Bates numbered PALM-008405132 ("PALM-008405132").

5. Attached hereto as Exhibit 16 is a true and correct copy of a document produced in this litigation, Bates numbered PALM-011944933 ("PALM-011944933").

6. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the transcript from David Baser's deposition held on June 14, 2023 ("Baser Tr."). Other excerpts from this transcript were previously attached as Exhibit 9 to my supplemental declaration in support of this Motion. Dkts. 653, 655-4.

7. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the transcript from Jon Eide's deposition held on May 9, 2023 ("J. Eide Tr.").

8. Attached hereto as Exhibit 19 is a true and correct copy of the article by Nicholas Economides & Ioannis Lianos, *Giving Away Our Data for Free is a Market Failure*, Promarket (Feb. 1, 2021), https://www.promarket.org/2021/02/01/free-data-market-failure-digital-platforms/ ("Economides & Lianos, *Giving Away*").

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 3rd day of November, 2023, in New York, New York.

By:     */s/ David Z. Gringer*
             David Z. Gringer

### SIGNATURE ATTESTATION

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatories.

By:     */s/ Sonal N. Mehta*
             Sonal N. Mehta