**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
  Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL CLASS CERTIFICATION REPLY MATERIALS** |
| vs. | |
| META PLATFORMS, INC., | The Hon. James Donato |
| Defendant. | Hearing Date: Dec. 14, 2023 at 10:00 a.m. |
| This Document Relates To: All Actions | |

Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to modify the sealing procedures applicable to class certification and related *Daubert* briefing, Dkt. 656, Consumer Plaintiffs ("Consumers") submit this interim administrative motion to provisionally file under seal the unredacted versions of Consumers' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel, certain exhibits submitted as attachments to the Declaration of Kevin Y. Teruya in support of Consumers' Reply, and Consumers' Reply in Support of Consumers' Motion to Exclude Portions of the Expert Report and Testimony of Dr. Catherine Tucker. Consistent with the Court's September 20, 2023 Order, Consumers will describe the reasons for the requested sealing in a forthcoming omnibus sealing motion to be filed by November 21, 2023. In the interim, Consumers respectfully request that the Court provisionally maintain under seal the requested materials.

1  DATED: November 3, 2023

2  By: */s/ Shana E. Scarlett*  By: */s/ Kevin Y. Teruya*
**HAGENS BERMAN SOBOL SHAPIRO LLP**  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
3  Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com  Kevin Y. Teruya (Bar No. 235916)
4  715 Hearst Avenue, Suite 202  kevinteruya@quinnemanuel.com
Berkeley, CA 94710  Adam B. Wolfson (Bar No. 262125)
5  (510) 725-3000  adamwolfson@quinnemanuel.com
Scott L. Watson (Bar No. 219147)
6  Steve W. Berman (admitted *pro hac vice*)  scottwatson@quinnemanuel.com
  steve@hbsslaw.com  Claire D. Hausman (Bar No. 282091)
7  1301 Second Avenue, Suite 2000  clairehausman@quinnemanuel.com
Seattle, WA 98101  Brantley I. Pepperman (Bar No. 322057)
8  (206) 623-7292  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
9  *Interim Co-Lead Consumer Class Counsel*  Los Angeles, CA 90017-2543
(213) 443-3000
10
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**  Michelle Schmit (admitted *pro hac vice*)
11  W. Joseph Bruckner (admitted *pro hac vice*)  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
12  wjbruckner@locklaw.com  Chicago, IL 60606-1881
Robert K. Shelquist (admitted *pro hac vice*)  (312) 705-7400
13
  rkshelquist@locklaw.com  Manisha M. Sheth (admitted *pro hac vice*)
14  Brian D. Clark (admitted *pro hac vice*)  manishasheth@quinnemanuel.com
  bdclark@locklaw.com  51 Madison Avenue, 22nd Floor
15  Rebecca A. Peterson (Bar No. 241858)  New York, New York 10010
  rapeterson@locklaw.com  (212) 849-7000
16  Kyle Pozan (admitted *pro hac vice*)
  kjpozan@locklaw.com  *Interim Co-Lead Consumer Class Counsel*
17  Laura M. Matson (admitted *pro hac vice*)
  lmmatson@locklaw.com
18  100 Washington Avenue South, Suite 2200
19  Minneapolis, MN 55401
(612) 339-6900
20
*Interim Counsel for the Consumer Class*
21

22

23

24

25

26

27

28

-2-  Case No. 3:20-cv-08570-JD
CONSUMERS' MOTION TO SEAL MATERIALS ISO CLASS CERTIFICATION AND TUCKER REPLIES

**ATTESTATION OF KEVIN Y. TERUYA**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: November 3, 2023      By    */s/ Kevin Y. Teruya*
                                                     Kevin Y. Teruya

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By    */s/ Kevin Y. Teruya*
            Kevin Y. Teruya