# EXHIBIT 3

| | |
|---|---|
| From: | Chabot, Ryan <Ryan.Chabot@wilmerhale.com> |
| Sent: | Friday, September 1, 2023 4:48 AM |
| To: | QE Facebook Antitrust; facebook-consumer-leads@lists.locklaw.com; FB Advertiser Counsel |
| Cc: | WH Facebook Private Antitrust Litigation Service List |
| Subject: | Klein v. Meta Platforms / Daubert Motions |

[EXTERNAL EMAIL from ryan.chabot@wilmerhale.com]

Counsel,

Plaintiffs' class certification expert reports include a number of opinions that relate to issues that are squarely merits issues and not class certification (e.g., market definition).  We do not believe the Court expects—or would want to have to address—*Daubert* motions on those issues at this stage, rather than at the merits stage.  Please confirm that this is your understanding as well and that neither side would argue that merits-related *Daubert* challenges would be waived if they are not brought now.  If Plaintiffs have a different view, we intend to seek clarification from the Court that *Daubert* challenges should be limited to class certification at this stage and that *Daubert* challenges relating to the merits phase should be brought at the merits stage, even to the extent the experts have offered those merits opinions in the class certification reports.  Please let us know your position by COB on Tuesday, September 5.

Thanks,
Ryan

Ryan Chabot | WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6513 (o)
+1 603 540 3649 (m)
ryan.chabot@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.