**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Kevin Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Interim Co-Lead Consumer Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | |
| vs. | **DECLARATION OF KEVIN Y. TERUYA IN SUPPORT OF CONSUMER PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |
| META PLATFORMS, INC., | |
| Defendant. | |
| This Document Relates To: All Actions | The Hon. James Donato |
| | Hearing Date: Dec. 14, 2023 at 10:00 a.m. |

I, Kevin Y. Teruya, declare:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). I serve as Interim Co-Lead Consumer Class Counsel for the Consumer Class in this action. I have been actively involved in this action, am familiar with the proceedings, and have personal knowledge of the matters stated herein.

2. I respectfully submit this declaration in support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel. Attached to this declaration are true and correct copies of **Exs. 1–9**, which are documents and deposition transcripts that Consumer Plaintiffs cite in their Reply. For the Court's convenience, the relevant portions of the documents and deposition transcripts have been highlighted and, where applicable, excerpted.[1]

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 1 | Excerpts of October 29, 2020 Form 10-Q of Facebook, Inc. filed with the Securities and Exchange Commission | No |
| 2 | "*Restrictions on Privacy and Exploitation in the Digital Economy: A Market Failure Perspective*," Nicholas Economides & Ioannis Lianos (Jan. 27, 2021) | No |
| 3 | September 1, 2023 Email from Facebook Counsel | No |
| 4 | Excerpts from the Deposition Transcript of Dr. Nicholas Economides, taken in *Klein v. Meta Platforms* on Sept. 14, 2023 | Yes |
| 5 | Excerpts from the Deposition Transcript of Dr. Joseph Farrell, taken in *Klein v. Meta Platforms* on Sept. 22, 2023 | Yes |
| 6 | Excerpts from the Deposition Transcript of Dr. Catherine Tucker, taken in *Klein v. Meta Platforms* on Sept. 7, 2023 | Yes |
| 7 | Deposition Transcript of Maximilian Klein, taken in *Klein v. Meta Platforms* on May 31, 2023 | Yes |
| 8 | Deposition Transcript of Sarah Grabert, taken in *Klein v. Meta Platforms* on April 24 and 25, 2023 | Yes |
| 9 | Deposition Transcript of Rachel Banks Kupcho, taken in *Klein v. Meta Platforms* on May 22, 2023 | Yes |

---

[1] Should the Court find it helpful, Consumers can submit any excerpted materials in full.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed on this 3rd day of November 2023 in Los Angeles, California.

By   */s/ Kevin Y. Teruya*

Kevin Y. Teruya