# EXHIBITS 4-9

# FILED UNDER SEAL