**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5 AND THE COURT'S SEPTEMBER 20, 2023 ORDER** |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulation and Order Modifying Sealing Procedures Relating to Class Certification Briefing and Related Documents, entered in this action on September 20, 2023 (Dkt. 656), Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406 Property Services, PLLC, Mark Young, and Katherine Looper ("Advertiser Plaintiffs") submit this administrative motion to file under seal the unredacted version of Advertiser Plaintiffs' Reply in Support of Their Motion for Class Certification, as well as Exhibits 4-15 to the Declaration of Amanda F. Lawrence in their entirety. Pursuant to the Court's Order (Dkt. 656), the reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed no later than November 21, 2023. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

Dated: November 3, 2023

Respectfully submitted,

| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| /s/ Yavar Bathaee | /s/ Amanda F. Lawrence |
| Yavar Bathaee (CA 282388) | Amanda F. Lawrence (*pro hac vice*) |
| yavar@bathaeedunne.com | alawrence@scott-scott.com |
| Andrew C. Wolinsky (*pro hac vice*) | Patrick J. McGahan (*pro hac vice*) |
| awolinsky@bathaeedunne.com | pmcgahan@scott-scott.com |
| Adam Ernette (*pro hac vice*) | Michael P. Srodoski (*pro hac vice*) |
| aernette@bathaeedunne.com | msrodoski@scott-scott.com |
| Priscilla Ghita (*pro hac vice*) | 156 South Main Street, P.O. Box 192 |
| pghita@bathaeedunne.com | Colchester, CT 06415 |
| Chang Hahn (*pro hac vice*) | Tel.: (860) 537-5537 |
| chahn@bathaeedunne.com | |
| 445 Park Avenue, 9th Floor | Patrick J. Coughlin (CA 111070) |
| New York, NY 10022 | pcoughlin@scott-scott.com |
| Tel.: (332) 322-8835 | Carmen A. Medici (CA 248417) |
| | cmedici@scott-scott.com |
| Brian J. Dunne (CA 275689) | Hal D. Cunningham (CA 243048) |
| bdunne@bathaeedunne.com | hcunningham@scott-scott.com |
| Edward M. Grauman (*pro hac vice*) | Daniel J. Brockwell (CA 335983) |
| egrauman@bathaeedunne.com | dbrockwell@scott-scott.com |
| Andrew M. Williamson (CA 344695) | 600 W. Broadway, Suite 3300 |
| awilliamson@bathaeedunne.com | San Diego, CA 92101 |
| 901 South MoPac Expressway | Tel.: (619) 233-4565 |
| Barton Oaks Plaza I, Suite 300 | |
| Austin, TX 78746 | Patrick J. Rodriguez (*pro hac vice*) |
| Tel.: (213) 462-2772 | prodriguez@scott-scott.com |

1

ADVERTISER PLAINTIFFS' MOT. TO SEAL AND NOTICE OF LODGING - CASE NO. 3:20-CV-08570-JD

Allison Watson Cross (CA 328596)
across@bathaeedunne.com
3420 Bristol St., Ste 600
Costa Mesa, CA 92626-7133

*Interim Co-Lead Counsel for the Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500
Fax: (215) 592-4663

*Members of Executive Committee for the Advertiser Classes*

230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

*Interim Co-Lead Counsel for the Advertiser Classes*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
tmaya@ahdootwolfson.com
Henry J. Kelson (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585

*Members of Executive Committee for the Advertiser Classes*

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: November 3, 2023          By:   */s/Amanda F. Lawrence*
                                        Amanda F. Lawrence

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: November 3, 2023          By:   */s/Amanda F. Lawrence*
                                        Amanda F. Lawrence