November 6, 2023                                                       **VIA CM/ECF FILING**

The Honorable James Donato
Northern District California
San Francisco Courthouse
450 Golden Gate Avenue, Courtroom 11, 19th Floor
San Francisco, CA 94102

      Re:    *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.)
              Joint Stipulation Regarding Class Certification Concurrent Expert Proceeding

Dear Judge Donato:

      To provide further context to the request in the Joint Stipulation Regarding Class Certification Concurrent Expert Proceeding. (ECF No. 687 at 3–4), Consumer Plaintiffs write to follow up on their request that two of their experts—both of whom are important to Consumer Plaintiffs' class certification motion—be allowed to appear remotely at the December 5, 2023, Class Certification Concurrent Expert Proceeding.

      *First*, Professor Lamdan (Consumer Plaintiffs' privacy expert) has been undergoing chemotherapy for the last few months and it will continue through the end of the year. As such, under advice from her doctor, Professor Lamdan has been discouraged from airplane travel until the new year. Professor Lamdan is based in New York. *Second*, on November 3, 2023, Mr. Klein (Consumer Plaintiffs' survey expert) had surgery based on a recent shoulder injury. Mr. Klein will have limited mobility that would preclude his ability to travel alone and has been advised that there are medical concerns with flying so quickly after a surgery, including blood clots. Mr. Klein is based in New York.

      Plaintiffs have conferred with Facebook who has stated they take no position. Given this good cause, Consumer Plaintiffs respectfully request that the concurrent expert proceedings take place in a limited hybrid environment, with Professor Lamdan and Mr. Klein able to attend and interact with the Court and other experts by Zoom. Drs. Economides and Farrell, Consumer Plaintiffs' economist experts, are available to attend in person. Counsel will also attend in person.

DATED: November 6, 2023                      Respectfully submitted,

By */s/ Shana E. Scarlett*                  By */s/ Kevin Y. Teruya*
**HAGENS BERMAN SOBOL SHAPIRO LLP**     **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shana E. Scarlett (Bar No. 217895)            Kevin Y. Teruya (Bar No. 235916)
 shanas@hbsslaw.com                           kevinteruya@quinnemanuel.com
715 Hearst Avenue, Suite 300                Adam B. Wolfson (Bar No. 262125)
Berkeley, CA 94710                            adamwolfson@quinnemanuel.com
Telephone: (510) 725-3000                  Scott L. Watson (Bar No. 219147)
                                                  scottwatson@quinnemanuel.com
Steve W. Berman (*pro hac vice*)             Claire D. Hausman (Bar No. 282091)
 steve@hbsslaw.com                             clairehausman@quinnemanuel.com
1301 Second Avenue, Suite 2000             Brantley I. Pepperman (Bar No. 322057)
Seattle, WA 98101                              brantleypepperman@quinnemanuel.com
Telephone: (206) 623-7292                  865 South Figueroa Street, 10th Floor
                                                  Los Angeles, CA 90017

By */s/ Brian D. Clark*
**LOCKRIDGE GRINDALL NAUEN P.L.L.P.**
W. Joseph Bruckner (*pro hac vice*)
 wjbruckner@locklaw.com
Robert K. Shelquist (*pro hac vice*)
 rkshelquist@locklaw.com
Brian D. Clark (*pro hac vice*)
 bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
 rapeterson@locklaw.com
Arielle S. Wagner (*pro hac vice*)
 aswagner@locklaw.com
Kyle J. Pozan (admitted *pro hac vice*)
 kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
 lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Telephone: (213) 443-3000
Michelle Schmit (admitted *pro hac vice*)
 michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

Manisha M. Sheth (admitted *pro hac vice*)
 manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Interim Counsel for the Consumer Class*

cc:     All counsel of record (*via ECF*)

## ATTESTATION OF SHANA E. SCARLETT

      This document is being filed through the Electronic Case Filing (ECF) system by attorney Shana E. Scarlett. By her signature, Ms. Scarlett attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: November 6, 2023                    */s/ Shana E. Scarlett*
                                                                  Shana E. Scarlet