AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Maximillian Klein, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:20-CV-08570-JD |
| Meta Platforms, Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Embee Mobile, Inc.

Date:   11/10/2023

/s/ Mandy Chan
*Attorney's signature*

Mandy Chan (SBN 305602)
*Printed name and bar number*

DLA Piper LLP (US)
Attn: Mandy Chan, Esq.
555 Mission Street, Suite 2400
San Francisco, CA 94105
*Address*

mandy.chan@us.dlapiper.com
*E-mail address*

4158362500
*Telephone number*

4158362501
*FAX number*