UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Maximilian Klein, et al.,

Plaintiff(s),

v.

Meta Platforms, Inc.,

Defendant(s).

Case No. 3:20-CV-08570-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian J. Boyle, Esq., an active member in good standing of the bar of the Supreme Court of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: non-Party Embee Mobile, Inc. in the above-entitled action. My local co-counsel in this case is Mandy Chan, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 305602.

DLA Piper LLP (US) -- Attn Brian Boyle
1650 Market Street, Suite 5000
Philadelphia, PA 19103
MY ADDRESS OF RECORD

DLA Piper LLP (US) -- Attn Mandy Chan
555 Mission Street, Suite 2400
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

215.656.2450
MY TELEPHONE # OF RECORD

415.836.2589
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

brian.boyle@us.dlapiper.com
MY EMAIL ADDRESS OF RECORD

mandy.chan@us.dlapiper.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 315988.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/10/2023

Brian J. Boyle, Esq.
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian J. Boyle, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE