# **<u>EXHIBIT 1</u>**



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Brian Joseph Boyle, Esq.*

#### DATE OF ADMISSION

#### *October 25, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  November 6, 2023**

Nicole Traini
**Nicole Traini
Chief Clerk**