**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**ADVERTISER PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF TO CONSIDER ADVERTISER PLAINTIFFS' CORRECTED REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil Local Rule 7-11, Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406 Property Services, PLLC, Mark Young, and Katherine Looper ("Advertiser Plaintiffs") submit this administrative request that the Court consider the corrected Advertiser Plaintiffs' Reply in Support of Their Motion for Class Certification, filed at ECF No. 700, in place of the original Advertiser Plaintiffs' Reply in Support of Their Motion for Class Certification, which was filed in error at ECF No. 689.

**BASIS FOR REQUESTED RELIEF**

Advertiser Plaintiffs conferred with Defendant Meta, who takes no position as to this Request for Administrative Relief.  *See* Supporting Declaration of Amanda F. Lawrence, filed concurrently herewith ("Lawrence Decl."), ¶2.

This Request for Administrative Relief is based on the following:

1. Advertiser Plaintiffs' Motion for Class Certification (ECF No. 642) (the "Motion") will be heard December 14, 2023 at 10:00 a.m. PT.

2. Pursuant to the operative scheduling order, Advertiser Plaintiffs' reply brief in support of the Motion was due Friday, November 3, 2023.  *See* ECF No. 379.

3. On Friday, November 3, 2023, Advertiser Plaintiffs timely filed their original Advertiser Plaintiffs' Reply in Support of Their Motion for Class Certification.  *See* ECF No. 689.

4. However, due to human error in the version control process, an incorrect version of Advertiser Plaintiffs' Reply in Support of Their Motion for Class Certification was filed at ECF No. 689.  Lawrence Decl., ¶3.

5. Advertiser Plaintiffs discovered this error early in the morning of Saturday, November 4, 2023.  Lawrence Decl., ¶4.

6. Advertiser Plaintiffs immediately and diligently took action to rectify the filing error, including by informing Meta of the error and providing Meta with the correct version of the Motion and a redline to the erroneously-filed version, shortly after 10:00 a.m. PT on Saturday, November 4, 2023.  Lawrence Decl., ¶5.

7. Advertiser Plaintiffs then filed the correct version of the Motion shortly after 11:00

1  a.m. PT on Saturday, November 4, 2023.  Lawrence Decl., ¶6.

2         8.     Advertiser Plaintiffs ask that, for purposes of deciding Advertisers' Motion for Class Certification, the Court consider the corrected Reply in Support of Their Motion for Class Certification, ECF No. 700, in place of the erroneously-filed Reply in Support of Their Motion for Class Certification, ECF No. 689.

       9.     Good cause exists for the Court to grant the relief sought by Advertiser Plaintiffs.  The record demonstrates that ECF No. 689 was filed erroneously due to inadvertent error and Advertiser Plaintiffs worked diligently to remedy the error shortly after it was made.

Further, Defendant Meta was not prejudiced by the late filing.  Given that ECF Nos. 689 and 700 are reply briefs, this Court's Standing Order for Civil Cases Before Judge James Donato applies.  The Standing Order provides that Meta is not permitted a sur-reply, and the class certification hearing is not schedule to occur until December 14, 2023.  *Id.*, ¶15.  Meta was thus not prejudiced procedurally by its receipt of the corrected Reply 10 hours after the due date.

Dated: November 15, 2023                         Respectfully submitted,

| BATHAEE DUNNE LLP | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
|---|---|
| */s/ Yavar Bathaee* <br> Yavar Bathaee (CA 282388) <br> yavar@bathaeedunne.com <br> Andrew C. Wolinsky (*pro hac vice*) <br> awolinsky@bathaeedunne.com <br> Adam Ernette (*pro hac vice*) <br> aernette@bathaeedunne.com <br> Priscilla Ghita (*pro hac vice*) <br> pghita@bathaeedunne.com <br> Chang Hahn (*pro hac vice*) <br> chahn@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> Tel.: (332) 322-8835 <br><br> Brian J. Dunne (CA 275689) <br> bdunne@bathaeedunne.com <br> Edward M. Grauman (*pro hac vice*) <br> egrauman@bathaeedunne.com | */s/ Amanda F. Lawrence* <br> Amanda F. Lawrence (*pro hac vice*) <br> alawrence@scott-scott.com <br> Patrick J. McGahan (*pro hac vice*) <br> pmcgahan@scott-scott.com <br> Michael P. Srodoski (*pro hac vice*) <br> msrodoski@scott-scott.com <br> 156 South Main Street, P.O. Box 192 <br> Colchester, CT  06415 <br> Tel.: (860) 537-5537 <br><br> Patrick J. Coughlin (CA 111070) <br> pcoughlin@scott-scott.com <br> Carmen A. Medici (CA 248417) <br> cmedici@scott-scott.com <br> Hal D. Cunningham (CA 243048) <br> hcunningham@scott-scott.com <br> Daniel J. Brockwell (CA 335983) |

Andrew M. Williamson (CA 344695)
awilliamson@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson Cross (CA 328596)
across@bathaeedunne.com
3420 Bristol St., Ste 600
Costa Mesa, CA 92626-7133

*Interim Co-Lead Counsel for the Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500
Fax: (215) 592-4663

*Members of Executive Committee for the Advertiser Classes*

dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA  92101
Tel.: (619) 233-4565

Patrick J. Rodriguez (*pro hac vice*)
prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

*Interim Co-Lead Counsel for the Advertiser Classes*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (CA 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
tmaya@ahdootwolfson.com
Henry J. Kelson (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585

*Members of Executive Committee for the Advertiser Classes*

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: November 15, 2023                    By:   */s/Amanda F. Lawrence*
                                                                Amanda F. Lawrence

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: November 15, 2023                    By:   */s/Amanda F. Lawrence*
                                                                Amanda F. Lawrence