1

2

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

[Additional counsel on signature page.]

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN FRANCISCO DIVISION

17

18

MAXIMILIAN KLEIN, et al., on behalf of
themselves and all others similarly situated,

Consolidated Case No. 3:20-cv-08570-JD

The Hon. James Donato

19

Plaintiffs,

20

v.

21

META PLATFORMS, INC.,

22

Defendant.

**DECLARATION OF AMANDA F.
LAWRENCE IN SUPPORT OF
ADVERTISER PLAINTIFFS' REQUEST
FOR ADMINISTRATIVE RELIEF TO
CONSIDER ADVERTISER PLAINTIFFS'
CORRECTED REPLY IN SUPPORT OF
THEIR MOTION FOR CLASS
CERTIFICATION**

23

24

25

26

27

28

DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS' REQUEST FOR ADMINISTRATIVE
RELIEF - CASE NO. 3:20-CV-08570-JD

1   I, Amanda F. Lawrence, declare as follows:

2   1.   I am an attorney admitted *pro hac vice* in this action (the "Action").  I am a partner at

3   Scott+Scott Attorneys at Law LLP, interim Co-Lead Counsel for the Advertiser Classes in the Action.

4   I submit this declaration in support of Advertiser Plaintiffs' Request for Administrative Relief to

5   Consider Advertiser Plaintiffs' Corrected Reply in Support of Their Motion for Class Certification.

6   The contents of this declaration are based on my personal knowledge, including my personal

7   knowledge of the documents cited herein.  The facts set forth herein are within my personal

8   knowledge and if called as a witness, I could and would competently testify to them.

9   2.   Advertiser Plaintiffs have conferred with Defendant Meta Platforms, Inc., who takes

10   no position as to this motion.

11   3.   On Friday, November 3, 2023, due to human error in the version control process, an

12   incorrect version of Advertiser Plaintiffs' Reply in Support of Their Motion for Class Certification

13   (the "Reply") was filed at ECF No. 689.

14   4.   This error was discovered early in the morning of Saturday, November 4, 2023.

15   5.   Advertiser Plaintiffs immediately and diligently took action to rectify the filing error.

16   By shortly after 10:00 a.m. PT on Saturday, November 4, 2023, approximately 10 hours after the

17   filing deadline, Advertiser Plaintiffs informed Meta of the error and provided Meta with the correct

18   version of the Reply, including a redline to the erroneously-filed version.

19   6.   Advertiser Plaintiffs filed the correct version of the Reply shortly after 11:00 a.m. PT

20   on Saturday, November 4, 2023.

21   I declare under penalty of perjury under the laws of the United States of America that the

22   foregoing is true and correct.  Executed on this 15th day of November, 2023 at Colchester,

23   Connecticut.

24

25
*/s/Amanda F. Lawrence*
Amanda F. Lawrence

26

27

28

1

DECL. OF AMANDA F. LAWRENCE ISO ADVERTISER PLAINTIFFS' REQUEST FOR ADMINISTRATIVE
RELIEF- CASE NO. 3:20-CV-08570-JD

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on  November 15, 2023, I caused a true and correct copy of the foregoing

3   document to be served by electronic mail on all counsel of record.

4   Dated: November 15, 2023                    By:     */s/Amanda F. Lawrence*
                                                       Amanda F. Lawrence
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               2