**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**[PROPOSED] ORDER GRANTING ADVERTISER PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF** |

Before the Court is the Advertiser Plaintiffs' Request for Administrative Relief to Consider Advertiser Plaintiffs' Corrected Reply in Support of Their Motion for Class Certification, filed on November 15, 2023 (the "Motion"). The Court, having reviewed the Motion and accompanying declaration in support, hereby **ORDERS** that the Motion is **GRANTED** as follows:

The Court will consider the Advertiser Plaintiffs' corrected Reply in Support of Their Motion for Class Certification, filed at ECF No. 700, in place of the Reply filed at ECF No. 689.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE