WILMER CUTLER PICKERING
HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER USER PLAINTIFFS' MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

1  Defendant's Administrative Motion to Consider Whether User Plaintiffs' Material Should
2  Be Sealed, filed in connection with the concurrently filed discovery letter brief, dated November
3  17, 2023, is now before the Court. Upon consideration, this Court [GRANTS / DENIES] the
4  Administrative Motion.
5  Accordingly, [all / the following portions] of the Letter Brief shall [be unsealed / remain
6  under seal].

8  **IT IS SO ORDERED.**

10  Dated:                          _____
11                                  The Honorable James Donato
                                    United States District Court Judge

- 1 -

No. 3:20-cv-08570-JD                [PROPOSED] ORDER RE ADMINISTRATIVE MOTION
                                    TO CONSIDER WHETHER USER PLAINTIFFS'
                                    MATERIAL SHOULD BE SEALED