**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
  Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **CONSUMER PLAINTIFFS' NOTICE RE: FACEBOOK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 707)** |
| vs. | |
| META PLATFORMS, INC., | The Hon. James Donato |
| Defendant. | |
| This Document Relates To: All Consumer Actions | |

**NOTICE RE: FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL**

Consumer Plaintiffs hereby give notice that they do not intend to file a declaration supporting Facebook's Administrative Motion to File Under Seal certain excerpts of the deposition transcript of Dr. Joseph Farrell that were cited in Facebook's letter brief dated November 17, 2023, because Consumer Plaintiffs do not seek to maintain those excerpts under seal. *See* Dkts. 707, 709. Consumer Plaintiffs reserve all rights to seek sealing of other excerpts from Dr. Farrell's deposition should Facebook later seek to include them in a public filing.

1  DATED: November 21, 2023

2  By: */s/ Shana E. Scarlett*
   **HAGENS BERMAN SOBOL SHAPIRO LLP**
3  Shana E. Scarlett (Bar No. 217895)
      shanas@hbsslaw.com
4  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
5  (510) 725-3000

6  Steve W. Berman (admitted *pro hac vice*)
      steve@hbsslaw.com
7  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
8  (206) 623-7292

9  *Interim Co-Lead Consumer Class Counsel*

10
   **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
11 W. Joseph Bruckner (admitted *pro hac vice*)
12    wjbruckner@locklaw.com
   Robert K. Shelquist (admitted *pro hac vice*)
13    rkshelquist@locklaw.com
14 Brian D. Clark (admitted *pro hac vice*)
      bdclark@locklaw.com
15 Rebecca A. Peterson (Bar No. 241858)
      rapeterson@locklaw.com
16 Kyle Pozan (admitted *pro hac vice*)
      kjpozan@locklaw.com
17 Laura M. Matson (admitted *pro hac vice*)
      lmmatson@locklaw.com
18 100 Washington Avenue South, Suite 2200
19 Minneapolis, MN 55401
   (612) 339-6900
20
   *Interim Counsel for the Consumer Class*

By: */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
   kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
   adamwolfson@quinnemanuel.com
Scott L. Watson (Bar No. 219147)
   scottwatson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
   clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
   brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Michelle Schmit (admitted *pro hac vice*)
   michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Manisha M. Sheth (admitted *pro hac vice*)
   manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Interim Co-Lead Consumer Class Counsel*

**ATTESTATION OF KEVIN Y. TERUYA**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: November 21, 2023      By  */s/Kevin Y. Teruya*
                                  Kevin Y. Teruya

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By  */s/ Kevin Y. Teruya*
    Kevin Y. Teruya