HAGENS BERMAN SOBOL SHAPIRO LLP
Shana E. Scarlett (Bar No. 217895)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: shanas@hbsslaw.com

*Interim Co-Lead Consumer Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILLIAN KLEIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This document relates to:  All Consumer Actions | Case No. 3:20-cv-08570-JD <br><br> **DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED WITH THE CLASS CERTIFICATION AND *DAUBERT* BRIEFING** <br><br> The Hon. James Donato |

1    I, Shana E. Scarlett, declare under penalty of perjury as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), one of the attorneys of record for Plaintiffs Maximilian Klein, Sara Grabert, and Rachel Banks Kupcho ("Consumer Plaintiffs") in the above-titled action. I submit this declaration in support of the parties' omnibus motion to seal materials submitted in connection with the class certification and *Daubert* briefing. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I was appointed by this Court and am currently serving as interim lead counsel for the consumer class. (Dkts. 73, 456).

3.    Pursuant to the Court's September 20, 2023 Order granting the parties' stipulation to modify sealing procedures (Dkt. 656), Consumer Plaintiffs seek to seal a very limited amount of information in the deposition transcripts of the named plaintiffs and the transcript of Dr. Economides, as follows:

| Document | Portion(s) to Remain Under Seal | Reason |
|---|---|---|
| [ECF 648-3] Class Certification Motion Expert Witness Reports | User Class Rebuttal Report of Catherine Tucker at p. 11, fn 14 | PII |
| [ECF 648-3] Class Certification Motion Expert Witness Reports | User Class Rebuttal Report of Catherine Tucker at p. 28, fn 71 | PII |
| [ECF 648-3] Class Certification Motion Expert Witness Reports | User Class Rebuttal Report of Catherine Tucker at pp. 46, fn 111 | PII |
| [ECF 648-3] Class Certification Motion Expert Witness Reports | User Class Rebuttal Report of Catherine Tucker at p. 48, fn 117 | PII |
| [ECF 655] Administrative Motion to File Under Seal, Ex. 11 | Deposition Transcript of Sarah Grabert dated April 25, 2023, at 236:5 | PII |

| | | |
|---|---|---|
| [ECF 669, 670] Exhibit 3 to the Declaration of Molly Jennings in Support of Meta's Opposition to Users' Class Cert. Motion | Deposition Transcript of Maximilian Klein dated May 31, 2023 at 212:9–25 | PII |
| [ECF 673-4] Exhibit 14 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Opposition to Facebook's Motion to Exclude Testimony of Nicholas Economides | Deposition Transcript of Dr. Nicholas Economides dated Sept. 14, 2023 at 274:21–278:7 | Irrelevant personal beliefs |
| [ECF 696-10] Exhibit 7 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Maximilian Klein dated May 31, 2023 at 10:13–16 | PII |
| [ECF 696-10] Exhibit 7 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Maximilian Klein dated May 31, 2023 at 212:9–213:16 | PII |
| [ECF 696-10] Exhibit 7 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion | Deposition Transcript of Maximilian Klein dated May 31, 2023 at 222:3–6 | PII |

| | | |
|---|---|---|
| for Class Certification and Appointment of Class Counsel | | |
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Sarah Grabert dated April 24, 2023 at 11:2–3 | PII |
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Sarah Grabert dated April 24, 2023 at 126:20–127:11 | P11 |
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Sarah Grabert dated April 24, 2023 at 131:24–132:11 | PII |
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Sarah Grabert dated April 24, 2023 at 140:16–141:23 | PII |

| | | |
|---|---|---|
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Sarah Grabert dated April 24, 2023 at 143:21–144:13 | PII |
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Sarah Grabert dated April 25, 2023, at 236:5 | PII |
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Sarah Grabert dated April 24, 2023 at 341:17–20 | PII |
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Sarah Grabert dated April 24, 2023 at 342:11–15 | PII |
| [ECF 696-11] Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' | Deposition Transcript of Sarah Grabert dated April 24, 2023 at 354:18–355:20 | PII |

| | | |
|---|---|---|
| Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | | |
| [ECF 696-12] Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 48:23–49:6 | PII |
| [ECF 696-12] Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023, at 97:18–20 | PII |
| [ECF 696-12] Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023, at 179:17–18 | PII |
| [ECF 696-12] Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023, at 188:6–7 | PII |

| | | |
|---|---|---|
| [ECF 696-12] Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023, at 188:14–18 | PII |
| [ECF 696-12] Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023, at 188:25–189:7 | PII |
| [ECF 696-12] Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023, at 189:11–14 | PII |
| [ECF 696-12] Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply in Further Support of Motion for Class Certification and Appointment of Class Counsel | Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023, at 190:7–191:5 | PII |
| [ECF 670-5] Exhibit 4 to the Declaration of Molly Jennings in Opposition to User Consumer | User Class Rebuttal Report of Catherine Tucker at p. 11, fn 14 | PII |

| | | |
|---|---|---|
| Plaintiffs' Motion for Class Certification | | |
| [ECF 670-5] Exhibit 4 to the Declaration of Molly Jennings in Opposition to User Consumer Plaintiffs' Motion for Class Certification | User Class Rebuttal Report of Catherine Tucker at p. 28, fn 71 | PII |
| [ECF 670-5] Exhibit 4 to the Declaration of Molly Jennings in Opposition to User Consumer Plaintiffs' Motion for Class Certification | User Class Rebuttal Report of Catherine Tucker at pp. 46–47, fn 111 | PII |
| [ECF 670-5] Exhibit 4 to the Declaration of Molly Jennings in Opposition to User Consumer Plaintiffs' Motion for Class Certification | User Class Rebuttal Report of Catherine Tucker at p. 48, fn 117 | PII |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of November 2023 at Berkeley, California.

                                             /s/ Shana E. Scarlett
                                               Shana E. Scarlett

## SIGNATURE ATTESTATION

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta.  By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatory.

By:   */s/ Sonal N. Mehta*
       Sonal N. Mehta