WILMER CUTLER PICKERING
HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC., a Delaware Corporation,

Defendant.

Case No. 3:20-cv-08570-JD

**DECLARATION OF PAUL VANDERSLICE IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE CLASS CERTIFICATION AND *DAUBERT* BRIEFING**

Judge: Hon. James Donato

I, Paul Vanderslice, declare as follows:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of parties' joint Omnibus Motion to Seal Materials Submitted in Connection with the Class Certification and *Daubert* Briefing ("Sealing Motion"). I have personal knowledge of the facts or circumstances set forth herein. If called upon as a witness in this action, I could and would testify competently thereto.

2. As discussed in detail in the Declaration of Amrish Acharya, Meta asserts that there are compelling reasons and good cause to seal certain of its information included in the class certification and *Daubert* briefing.

3. As part of the process for preparing the Sealing Motion, Meta, User Plaintiffs, and Advertiser Plaintiffs notified non-parties whose confidential information had been included in the class certification and *Daubert* briefing and provided those non-parties an opportunity to submit a declaration in connection with this Motion as it relates to their information.

4. Pursuant to the non-party notification process described above, the following non-parties submitted declarations in connection with the Sealing Motion, true and correct copies of which are attached herewith as:

a. **Exhibit A1:** Declaration of Aaron Ross (Amazon.com, Inc.)

b. **Exhibit A2:** Declaration of Alok Verma (Google LLC)

c. **Exhibit A3:** Declaration of Thomas Kim (Google LLC)

d. **Exhibit A4:** Declaration of Erin Flaucher (Microsoft Corporation)

e. **Exhibit A4-a:** Exhibit attached to Declaration of Erin Flaucher (Microsoft Corporation)

f. **Exhibit A5:** Declaration of Brett Celedonia (Netflix, Inc.)

g. **Exhibit A5-a:** Exhibit attached to Declaration of Brett Celedonia (Netflix, Inc.)

h. **Exhibit A6:** Declaration of Katelyn Wolfgang (Nextdoor Holdings, Inc.)

i. **Exhibit A7:** Declaration of Julia Roberts (Pinterest, Inc.)

j. **Exhibit A8:** Declaration of Kyu Sung Lee (Samsung Electronics Co., Ltd.)

k. **Exhibit A8-a:** Exhibit A attached to Declaration of Kyu Sung Lee (Samsung Electronics Co., Ltd.)

l. **Exhibit A8-b:** Exhibit B attached to Declaration of Kyu Sung Lee (Samsung Electronics Co., Ltd.)

m. **Exhibit A9:** Declaration of Matthew Sgro (Similarweb Ltd.)

n. **Exhibit A10:** Declaration of John I. Karin (Snap Inc.)

o. **Exhibit A10-a:** Exhibit 1 attached to Declaration of John I. Karin (Snap Inc.)

p. **Exhibit A10-b:** Exhibit 2 attached to Declaration of John I. Karin (Snap Inc.)

q. **Exhibit A11:** Declaration of Warren Solow (TikTok Inc.)

r. **Exhibit A11-a:** Exhibit attached to Declaration of Warren Solow (TikTok Inc.)

s. **Exhibit A12:** Declaration of Adam Mehes (X Corp.), dated November 3, 2023

t. **Exhibit A13:** Declaration of Adam Mehes (X Corp.), dated November 16, 2023

5. Additionally, true and correct copies of the documents subject to sealing requests in the Sealing Motion are attached as exhibits to this declaration as set out below. These exhibits reflect the sealing positions of Meta (yellow highlighting), the plaintiffs (blue highlighting), and non-parties (green highlighting).

| Exhibit | Document | Docket Number(s) |
|---|---|---|
| Exhibit B | Advertiser Class Rebuttal Report of Catherine Tucker | 642-6 (Ex. 79), 659-5 (Ex. 3), 671-11 (Ex. 10), 675-4 (Ex. 3) |
| Exhibit C | User Class Rebuttal Report of Catherine Tucker | 645-19, 663-4 (Ex. 5), 669-6 (Ex. 5 |
| Exhibit D | Expert Report of Yael Hochberg, PhD Errata | 657-3 (Ex. 1), 677-2 (Ex. 1) |

| Exhibit | Document | Docket Number(s) |
| --- | --- | --- |
| Exhibit E | Reply Expert Report of Scott Fasser | 642-8 (Ex. B), 646-4 (Ex. 2), 647-4 (Ex. 2), 667-3 (Ex. 2) |
| Exhibit F | Expert Report of Michael A. Williams, Ph.D. | 642-10 (Ex. A), 646-8 (Ex. 6), 647-8 (Ex. 6), 657-5 (Ex. 7), 659-3 (Ex. 1), 661-2 (Ex. 1), 671-5 (Ex. 4), 675-5 (Ex. 4), 677-4 (Ex. 3) |
| Exhibit G | Reply Report of Michael A. Williams, Ph.D. | 642-10 (Ex. B), 657-7 (Ex. 9), 659-7 (Ex. 5), 661-3 (Ex. 2), 671-7 (Ex. 6), 675-10 (Ex. 9) |
| Exhibit H | Expert Report of Joshua S. Gans | 642-14 (Ex. A), 646-4 (Ex. 4), 647-6 (Ex. 4), 659-4 (Ex. 2), 661-8 (Ex. 7), 665-2 (Ex. 1), 671-8 (Ex. 7), 675-8 (Ex. 7) |
| Exhibit I | Declaration of Dr. Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification Errata | 645-5, 651-4 (Ex. 1), 652-3 (Ex. 1), 663-2 (Ex. 1), 669-7 (Ex. 6) |
| Exhibit J | Reply Declaration of Professor Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification | 645-6, 651-5 (Ex. 2), 652-4 (Ex. 2), 663-5 (Ex. 4), 669-14 (Ex. 13) |
| Exhibit K | Reply Declaration of Sarah Lamdan in Support of Consumer Plaintiffs' Motion for Class Certification | 645-11 |

| Exhibit | Document | Docket Number(s) |
|---|---|---|
| Exhibit L | Transcript of Deposition of Nicholas Economides | Filed in full at Dkt. No. 673-410 (Ex. 14), and excerpts thereof filed at Dkt. Nos. 651-6 (Ex. 3) and 652-5 (Ex. 3) |
| Exhibit M | Transcript of User Plaintiffs' Deposition of Catherine Tucker | Filed in full at Dkt. No. 645-15 (Ex. 75), and excerpts thereof filed at Dkt. No. 673-9 (Ex. 13) |
| Exhibit N1 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support | 642-1 |
| Exhibit N2 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 1, PX-2256 Zuckerberg Deposition (Volume 1 Exhibits) | 642-3 |
| Exhibit N3 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 2, PX-0414 Olivan Deposition (Volume 1 Exhibits), | 642-3 |
| Exhibit N4 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 4, PX-2862 Priell Deposition (Volume 1 Exhibits) | 642-3 |
| Exhibit N5 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 6, PX-0020 Patel Deposition (Volume 1 Exhibits) | 642-3 |
| Exhibit N6 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 8, PX-0557 Schultz Deposition (Volume 1 Exhibits) | 642-3 |
| Exhibit N7 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 14, PX-1317 Chang Deposition (Volume 1 Exhibits) | 642-3 |

| Exhibit | Document | Docket Number(s) |
|---|---|---|
| Exhibit N8 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 16, PX-1322 Chang Deposition (Volume 1 Exhibits) | 642-3 |
| Exhibit N9 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 19 (Volume 1 Exhibits) | 642-3 |
| Exhibit N10 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 20 (Volume 1 Exhibits) | 642-3 |
| Exhibit N11 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 21 (Volume 2 Exhibits) | 642-4 |
| Exhibit N12 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 23 (Volume 2 Exhibits) | 642-4 |
| Exhibit N13 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 25 (Volume 2 Exhibits) | 642-4 |
| Exhibit N14 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 35 (Volume 2 Exhibits) | 642-4 |
| Exhibit N15 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 36 (Volume 2 Exhibits) | 642-4 |
| Exhibit N16 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 38, PX-1926 Sandberg Deposition (Volume 2 Exhibits) | 642-4 |
| Exhibit N17 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 39, PX-0610 Hastings Deposition (Volume 2 Exhibits) | 642-4 |
| Exhibit N18 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 42 (Volume 3 Exhibits) | 642-5 |
| Exhibit N19 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 43 (Volume 3 Exhibits) | 642-5 |

| Exhibit | Document | Docket Number(s) |
|---|---|---|
| Exhibit N20 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 44, PX-1704 Crum Deposition (Volume 3 Exhibits) | 642-5 |
| Exhibit N21 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 47, PX-1709 Crum Deposition (Volume 3 Exhibits) | 642-5 |
| Exhibit N22 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 48, excerpts from Deposition of Stephanie Wang, dated March 28, 2023 (Volume 3 Exhibits) | 642-5 |
| Exhibit N23 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 49, excerpts from Deposition of Henry Crum, dated May 25, 2023 (Volume 3 Exhibits) | 642-5 |
| Exhibit N24 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 50, PX-1295 Jakubowski Deposition (Volume 3 Exhibits) | 642-5 |
| Exhibit N25 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 52, PX-1708 Crum Deposition (Volume 3 Exhibits) | 642-5 |
| Exhibit N26 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 54, PX-1712 Crum Deposition (Volume 3 Exhibits) | 642-5 |
| Exhibit N27 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 56, PX-1922 Sandberg Deposition (Volume 3 Exhibits) | 642-5 |
| Exhibit N28 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 57, PX-1921 Sandberg Deposition (Volume 3 Exhibits) | 642-5 |
| Exhibit N29 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 60, PX-1713 Crum Deposition (Volume 3 Exhibits) | 642-5 |

| Exhibit | Document | Docket Number(s) |
|---|---|---|
| Exhibit N30 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 61, PX-0463 Wang Deposition (Volume 4 Exhibits) | 642-6 |
| Exhibit N31 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 62, PX-0185 Rose Deposition (Volume 4 Exhibits) | 642-6 |
| Exhibit N32 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 63, excerpts of Deposition of John David Jakubowski, dated April 21, 2023 (Volume 4 Exhibits) | 642-6 |
| Exhibit N33 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 64, PX-0464 Wang Deposition (Volume 4 Exhibits) | 642-6 |
| Exhibit N34 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 67 (Volume 4 Exhibits) | 642-6 |
| Exhibit N35 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 68 (Volume 4 Exhibits) | 642-6 |
| Exhibit N36 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 69, PX-0119 Parikh Deposition (Volume 4 Exhibits) | 642-6 |
| Exhibit N37 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 70, excerpts from Deposition of Jay Parikh, dated March 9, 2023 (Volume 4 Exhibits) | 642-6 |
| Exhibit N38 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 72, excerpts from Deposition of Rob Goldman, dated June 13, 2023 (Volume 4 Exhibits) | 642-6 |
| Exhibit N39 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 74, excerpts from Deposition of Jonathan Eide, dated May 9, 2023 (Volume 4 Exhibits) | 642-6 |

| Exhibit | Document | Docket Number(s) |
| --- | --- | --- |
| Exhibit N40 | Advertiser Plaintiffs' Notice of Motion, Motion for Class Certification, and Memorandum in Support, Exhibit 41 (Volume 3 Exhibits) | 642-6 |
| Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel | 645-1 |
| Exhibit O2 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 17, Summary Chart of Illustrative Examples of Facebook's Deceptive Statements and Omissions | 645-13 |
| Exhibit O3 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 25 | 645-13 |
| Exhibit O4 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 31 | 645-13 |
| Exhibit O5 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 35 | 645-13 |
| Exhibit O6 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 36 | 645-13 |
| Exhibit O7 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 37 | 645-13 |
| Exhibit O8 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 38 | 645-14 |
| Exhibit O9 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 39, Excerpts from PALM-012846445 | 645-14 |
| Exhibit O10 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 41, Excerpts from PALM-Excerpts from PALM-012991911 | 645-14 |

| Exhibit | Document | Docket Number(s) |
|---|---|---|
| Exhibit O11 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 42, Excerpts from PALM-013003886 | 645-14 |
| Exhibit O12 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 48 | 645-14 |
| Exhibit O13 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 54, Excerpts from PALM-017069195 | 645-15 |
| Exhibit O14 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Exhibit 62, excerpts of Chen Deposition Transcript, | 645-15 |
| Exhibit P1 | Administrative Motion to File Under Seal Portions of Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans, Exhibit 3, excerpt of Fasser Deposition Transcript | 646-5 |
| Exhibit P2 | Administrative Motion to File Under Seal Portions of Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans, Exhibit 9, excerpts of Bosworth Deposition Transcript | 646-11 |
| Exhibit P3 | Administrative Motion to File Under Seal Portions of Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans, Exhibit 10, excerpts of Goldman Deposition Transcript | 646-12 |
| Exhibit P4 | Administrative Motion to File Under Seal Portions of Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans, Exhibit 11, excerpts of Baser Deposition Transcript | 646-13 |
| Exhibit Q1 | Administrative Motion to File Under Seal Certain Exhibits to the Supplemental Declaration of David Z. Gringer in Support of Meta's Motion to Exclude the Testimony of Nicholas Economides, Exhibit 8 | 655-3 |
| Exhibit Q2 | Administrative Motion to File Under Seal Certain Exhibits to the Supplemental Declaration of David Z. Gringer in Support of Meta's Motion to Exclude the Testimony of Nicholas Economides, Exhibit 9 | 655-4 |

| Exhibit | Document | Docket Number(s) |
|---|---|---|
| Exhibit Q3 | Administrative Motion to File Under Seal Certain Exhibits to the Supplemental Declaration of David Z. Gringer in Support of Meta's Motion to Exclude the Testimony of Nicholas Economides, Exhibit 11 | 655-6 |
| Exhibit R1 | Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Scott Fasser | 667-1 |
| Exhibit R2 | Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Scott Fasser, Exhibit 3 | 667-4 |
| Exhibit R3 | Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Scott Fasser, Exhibit 5 | 667-6 |
| Exhibit R4 | Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Scott Fasser, Exhibit 6 | 667-7 |
| Exhibit R5 | Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Scott Fasser, Exhibit 7 | 667-8 |
| Exhibit R6 | Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Scott Fasser, Exhibit 8 | 667-0 |
| Exhibit S1 | Meta Platforms, Inc.'s Opposition to Users' Motion for Class Certification | 669-1 |
| Exhibit S2 | Meta Platforms, Inc.'s Opposition to Users' Motion for Class Certification, Exhibit 12 | 669-13 |
| Exhibit S3 | Meta Platforms, Inc.'s Opposition to Users' Motion for Class Certification, Exhibit 3 | 669-4 |
| Exhibit T1 | Defendant Meta Platforms, Inc.'s Opposition to Advertiser Plaintiffs' Motion for Class Certification | 671-1 |
| Exhibit T2 | Defendant Meta Platforms, Inc.'s Opposition to Advertiser Plaintiffs' Motion for Class Certification, Exhibit 1, excerpts of Fasser Deposition Transcript | 671-2 |
| Exhibit T3 | Defendant Meta Platforms, Inc.'s Opposition to Advertiser Plaintiffs' Motion for Class Certification, Exhibit 2 | 671-3 |
| Exhibit T4 | Defendant Meta Platforms, Inc.'s Opposition to Advertiser Plaintiffs' Motion for Class Certification, Exhibit 9 | 671-10 |
| Exhibit U1 | Consumer Plaintiffs' Opposition to Facebook's Motion to Exclude Testimony of Nicholas Economides | 673-1 |

| Exhibit | Document | Docket Number(s) |
|---|---|---|
| Exhibit U2 | Consumer Plaintiffs' Opposition to Facebook's Motion to Exclude Testimony of Nicholas Economides, Exhibit 8, PX-0046 Fernandes Deposition | 673-4 |
| Exhibit U3 | Consumer Plaintiffs' Opposition to Facebook's Motion to Exclude Testimony of Nicholas Economides, Exhibit 9, PX-1097 Levy Deposition | 673-5 |
| Exhibit U4 | Consumer Plaintiffs' Opposition to Facebook's Motion to Exclude Testimony of Nicholas Economides, Exhibit 10, PX-2423 Egan Deposition | 673-6 |
| Exhibit U5 | Consumer Plaintiffs' Opposition to Facebook's Motion to Exclude Testimony of Nicholas Economides, Exhibit 11, PX-2214 Naveh Deposition | 673-7 |
| Exhibit U6 | Consumer Plaintiffs' Opposition to Facebook's Motion to Exclude Testimony of Nicholas Economides, Exhibit 12, Excerpts from PX-2254 Zuckerberg Deposition PALM-013818575 | 673-8 |
| Exhibit V | Meta Platforms, Inc.'s Opposition to Advertiser Plaintiffs' Motion to Exclude the Expert Report and Testimony of Dr. Catherine Tucker, Exhibit 10, Excerpts of Schultz Deposition Transcript | 675-11 |
| Exhibit V2 | Meta's Opposition to Advertiser Plaintiffs' Motion to Exclude Tucker | 675-1 |
| Exhibit W1 | Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Dr. Michael Williams and Kevin Kreitzman, Exhibit 12 | 679-5 |
| Exhibit W2 | Advertiser Plaintiffs' Opposition to Motion to Exclude Testimony of Dr. Michael Williams and Kevin Kreitzman, Exhibit 13 | 679-6 |
| Exhibit X | Meta Platforms, Inc.'s Reply in Support of Motion to Exclude Testimony of Scott Fasser and Joshua Gans, Exhibit 16 Excerpts from the Gans Deposition Transcript | 683-4 |
| Exhibit X2 | Meta Platforms, Inc.'s Reply in Support of Motion to Exclude Testimony of Scott Fasser and Joshua Gans, Exhibit 17 | 683-5 |
| Exhibit Y1 | Advertiser Plaintiffs' Reply in Support of their Motion for Class Certification, Exhibit 6, Excerpts from the 30(b)(1) Deposition of Alex Schultz | 688-5 |

| Exhibit | Document | Docket Number(s) |
| --- | --- | --- |
| Exhibit Y2 | Advertiser Plaintiffs' Reply in Support of their Motion for Class Certification, Exhibit 8, PALM-003309653 | 688-7 |
| Exhibit Y3 | Advertiser Plaintiffs' Reply in Support of their Motion for Class Certification, Exhibit 9, PALM-005037545 | 688-8 |
| Exhibit Y4 | Advertiser Plaintiffs' Reply in Support of their Motion for Class Certification, Exhibit 10, PALM-013912488 | 688-9 |
| Exhibit Y5 | Advertiser Plaintiffs' Reply in Support of their Motion for Class Certification, Exhibit 11, PALM-000777305 | 688-10 |
| Exhibit Z | Meta Platforms, Inc.'s Reply Memorandum in Support of Motion to Exclude Testimony of Nicholas Economides | 694-1 |
| Exhibit AA1 | Advertiser Plaintiffs' [Corrected] Reply in Support of their Motion for Class Certification, Exhibit 6, Excerpts from the 30(b)(1) Deposition of Alex Schultz | 699-5 |
| Exhibit AA2 | Advertiser Plaintiffs' [Corrected] Reply in Support of their Motion for Class Certification, Exhibit 8, PALM-003309653 | 699-7 |
| Exhibit AA3 | Advertiser Plaintiffs' [Corrected] Reply in Support of their Motion for Class Certification, Exhibit 9, PALM-005037545 | 699-8 |
| Exhibit AA4 | Advertiser Plaintiffs' [Corrected] Reply in Support of their Motion for Class Certification, Exhibit 10, PALM-013912488 | 699-9 |
| Exhibit AA5 | Advertiser Plaintiffs' [Corrected] Reply in Support of their Motion for Class Certification, Exhibit 11, PALM-000777305 | 699-10 |
| Exhibit BB1 | Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Exhibit 7, Deposition Transcript of Maximilian Klein dated May 31, 2023 | 696-10 |
| Exhibit BB2 | Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Exhibit 8, Deposition Transcript of Sarah Grabert dated April 24, 2023 | 696-11 |

| Exhibit | Document | Docket Number(s) |
| --- | --- | --- |
| Exhibit BB3 | Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Exhibit 9, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 | 696-12 |
| Exhibit CC1[1] | Advertiser Plaintiffs' Motion to Exclude Dr. Catherine Tucker | 659-1 |
| Exhibit CC2 | Advertiser Plaintiffs' Motion to Exclude Dr. Catherine Tucker, Exhibit 7, Excerpts of Schultz Deposition Transcript | 659-9 |

[1] For Exhibit CC1, Meta's sealing position is indicated in red highlighting. The yellow highlighting may be disregarded.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 21st day of November, 2023, in New York, New York.

By: */s/ Paul Vanderslice*
Paul Vanderslice

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatory.

By: */s/ Sonal N. Mehta*
Sonal N. Mehta