# VANDERSLICE DECL. EXHIBIT A7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD |

### DECLARATION OF JULIA ROBERTS

Julia Roberts declares and states as follows:

1. I am an employee of non-party Pinterest, Inc. ("Pinterest"). I have personal knowledge of the facts set forth in this declaration and could testify competently as to the matters set forth in this declaration.

2. Based on my personal knowledge and on information provided to me by others at Pinterest, I understand that the parties to the above-captioned litigation have submitted to the Court certain information that Pinterest has designated as Confidential or Highly Confidential under the Stipulated Protective Order dated July 11, 2022. Specifically, portions of the July 27, 2023 Declaration of Dr. Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification Errata ("Economides Declaration") refer to these material.

3. Pinterest believes that good cause and compelling reasons exist to keep the following Pinterest-related portions of the Economides Declaration under seal:

| Document | Portion to Remain Under Seal |
|---|---|
| Economides Decl. p. 52, ¶ 165 | From "For example" to the end of the paragraph and including footnote 207. |
| Economides Decl. p. 61, ¶ 195, footnote 272 | From "Julia Roberts Tr." to "a social network…');".* |
| Economides Decl. p. 61, ¶ 196 | Entire paragraph and including footnote 273.* |
| Economides Decl. p. 61, ¶ 197 | From "Again, Pinterest" to the end of the paragraph and including footnote 274. |
| Economides Decl. p. 61, ¶ 198 | From "While Pinterest" to the end of the paragraph and including footnote 275. |
| Economides Decl. p. 62, ¶ 199 | From "In a competition-related" to "our product.'" and including footnotes 276 and 277. |

*These portions of the Economides Declaration incorrectly use the term "case graph," citing to the April 5, 2023 Julia Roberts transcript. But as indicated on Pinterest's errata sheet, submitted on May 11, 2023, the transcript should say "taste graph," not "case graph."

4. The above-referenced material reflects non-public market and/or product feature analysis and other confidential information belonging to Pinterest, including the contents of confidential submissions made to regulators. This information is highly sensitive, and Pinterest takes very seriously the need to keep such information confidential. Pinterest believes that the disclosure of this information would be competitively damaging to Pinterest because, among other reasons, it would give confidential information about Pinterest and its market and product feature analysis to Pinterest's competitors.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: November 10, 2023          /s Julia Roberts

Julia Roberts
Head of Growth, Pinterest, Inc.