# VANDERSLICE DECL. EXHIBIT A11

AXINN, VELTROP & HARKRIDER LLP
Jason T. Murata (Bar No. 319287)
jmurata@axinn.com
55 Second Street, 20th Floor
San Francisco, CA 94105
Tel: 415.490.1487
Fax: 415.490.2001

Tiffany Rider Rohrbaugh
trider@axinn.com
1901 L Street NW
Washington, DC
Tel: 202.721.5402
Fax: 202.912.4701

Craig M. Reiser
creiser@axinn.com
114 West 47th Street
New York, NY 10036
Tel: 212.728.2218
Fax: 212.728.2201

*Counsel for Non-Party TikTok Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLEIN, et al.<br><br>      Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.<br><br>      Defendants. | Case No. 3:20-CV-08570-JD<br><br>**DECLARATION OF WARREN SOLOW** |

I, Warren Solow, declare:

1. I am the Information Governance and Ediscovery Lead at ByteDance Inc., an affiliate of non-party TikTok Inc. ("TikTok").

2. Through the course of my employment, I have become familiar with TikTok's treatment of confidential and proprietary business information. I make this declaration in support of the Consumer Plaintiffs' omnibus motion to seal materials submitted in connection with the Class Certification and *Daubert* Briefing ("Omnibus Sealing Motion") pursuant to Civil Local Rule 79-5(e). I know the facts stated herein based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. I understand that the parties to the litigation have filed the Declaration of Dr. Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification Errata, dated July 27, 2023, ECF No. 645-5 (the "Economides Declaration").[1] The Economides Declaration contains TikTok's non-public and confidential information. As specified herein, certain portions of the Economides Declaration should remain under seal.

| Document | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Economides Declaration | Portion of Page 45, Par. 141 (quoted text in the last sentence) | This text contains confidential and non-public information from a TikTok research report analyzing user behavior. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |
| Economides Declaration | Portion of Page 45, Footnote 156, descriptions for the following Bates stamps: TIK-00000001–024; TIK- | This text contains confidential and non-public information relating to government investigations |

---

[1] I understand that Meta's counsel has stated that the Economides Declaration was also attached as an exhibit under the following docket entries: ECF Nos. 651-4; 663-2; and 669-7.

AXINN, VELTROP & HARKRIDER LLP
560 MISSION STREET
SAN FRANCISCO, CA 94105
TEL 415.490.2000 · FAX 415.490.2001

| | | |
|---|---|---|
| | 00000103–142; TIK-00000143–153; TIK-00000083–102; TIK-00000401–455; TIK-00000025–055 | and potential business strategies. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |
| Economides Declaration | Portion of Page 45, Footnote 156; quoted text from TIK-00000143–153 at 144 | This text contains confidential and non-public information relating to potential business strategies. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |
| Economides Declaration | Portion of Page 45, Footnote 156; quoted text from TIK-00000083–102 at 092 | This text contains confidential and non-public information relating to potential business strategies. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |
| Economides Declaration | Portion of Page 45, Footnote 156; quoted text from TIK-00000001–024 at 009 | This text contains confidential and non-public information relating to potential business strategies. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |

AXINN, VELTROP & HARKRIDER LLP
560 MISSION STREET
SAN FRANCISCO, CA 94105
TEL 415.490.2000 · FAX 415.490.2001

3

SOLOW DECL. ISO SEALING REQUEST UNDER THE OMNIBUS SEALING MOTION

Case No. 3:20-CV-08570-JD

| | | |
|---|---|---|
| Economides Declaration | Portion of Page 46, Footnote 158 (last sentence in the quoted parenthetical) | This text contains confidential and non-public information relating to TikTok's potential business strategies. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |
| Economides Declaration | Portion of Page 46, Par. 144 (quoted text in the second sentence followed by "TikTok's parent ByteDance stated") | This text contains confidential and non-public information about TikTok's potential business strategies. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |
| Economides Declaration | Portion of Page 46, Footnote 159, description for TIK-00000001-24 at 8-10, 21 | This text contains non-public information relating to government investigations. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |
| Economides Declaration | Portion of Page 52, Footnote 208, description for TIK-00000001 at TIK-00000011 | This text contains non-public information relating to government investigations. Legitimate privacy interests warrant the sealing of this confidential information, the disclosure of which would cause injury to TikTok that could not be avoided through any less restrictive alternative to sealing. |

AXINN, VELTROP & HARKRIDER LLP
560 MISSION STREET
SAN FRANCISCO, CA 94105
TEL 415.490.2000 · FAX 415.490.2001

4

SOLOW DECL. ISO SEALING REQUEST UNDER THE OMNIBUS SEALING MOTION

Case No. 3:20-CV-08570-JD

5. These proposed redactions are limited in scope; they do not reflect all information that TikTok provided in the above-referenced litigation that were provided pursuant to the Court's Stipulated Protective Order, ECF No. 314, and that are included in the Economides Declaration.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 15, 2023

_____
Warren Solow