1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7           **NORTHERN DISTRICT OF CALIFORNIA**
8              **SAN FRANCISCO DIVISION**
9

10 | MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-08570-JD
11 |
12 | Plaintiffs, | **[PROPOSED] ORDER REGARDING OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH CLASS CERTIFICATION AND *DAUBERT* BRIEFING**
13 | v. |
14 | META PLATFORMS, INC., a Delaware Corporation headquartered in California, |
15 | Defendant. | Judge: Hon. James Donato
16

17
18
19
20
21
22
23
24
25
26
27
28

1    Having considered the Omnibus Motion to Seal Materials Submitted in Connection with

2    the Class Certification and *Daubert* Briefing and any materials submitted in support thereto,

3    pursuant to Local Rule 7-11;

4    **IT IS HEREBY ORDERED**:

5    The following portions of Advertiser Plaintiffs' ("Advertisers") Motion for Class

6    Certification and all relevant exhibits (Dkt. No. 643), Meta Platforms, Inc.'s ("Meta") Motion to

7    Exclude Testimony of Scott Fasser and Joshua Gans and all relevant exhibits (Dkt. No. 644), User

8    Plaintiffs' ("Users") Motion for Class Certification and all relevant exhibits (Dkt. No. 648), Users'

9    Motion to Exclude Portions of the Expert Report and Testimony of Dr. Catherine Tucker and all

10   relevant exhibits (Dkt. No. 649), Meta's Motion to Exclude Testimony of Nicholas Economides

11   and all relevant exhibits (Dkt. Nos. 650 & 653), Advertisers' Motion to Exclude Opinions of Dr.

12   Hochberg and all relevant exhibits (Dkt. No. 658), Advertisers' Motion to Exclude the Expert

13   Report and Testimony of Dr. Catherine Tucker and all relevant exhibits (Dkt. No. 660), Meta's

14   Motion to Exclude Testimony of Kevin Kreitzman and Michael A. Williams and all relevant

15   exhibits (Dkt. No. 662), Meta's Opposition to Users' Motion to Exclude Portions of the Expert

16   Report and Testimony of Dr. Catherine Tucker and all relevant exhibits (Dkt. No. 664),

17   Advertisers' Opposition to Meta's Motion to Exclude Testimony of Joshua Gans and all relevant

18   exhibits (Dkt. No. 666), Advertisers' Opposition to Meta's Motion to Exclude Testimony of Scott

19   Fasser and all relevant exhibits (Dkt. No. 668), Meta's Opposition to Users' Motion for Class

20   Certification and all relevant exhibits (Dkt. No. 670), Meta's Opposition to Advertisers' Motion

21   for Class Certification and all relevant exhibits (Dkt. No. 672), Users' Opposition to Meta's

22   Motion to Exclude Testimony of Nicholas Economides and all relevant exhibits (Dkt. No. 674),

23   Meta's Opposition to Advertisers' Motion to Exclude the Expert Report and Testimony of Dr.

24   Catherine Tucker and all relevant exhibits (Dkt. No. 676), Meta's Opposition to Advertisers'

25   Motion to Exclude Opinions of Dr. Hochberg and all relevant exhibits (Dkt. No. 678), Advertisers'

26   Opposition to Meta's Motion to Exclude Testimony of Kevin Kreitzman and Michael A. Williams

27   and all relevant exhibits (Dkt. No. 680), Advertisers' Reply in Support of Motion for Class

28   Certification and all relevant exhibits (Dkt. Nos. 689, 700), Users' Reply in Support of Motion for

Class Certification and all relevant exhibits (Dkt. No. 698), Meta's Reply in Support of Motion to Exclude Testimony of Nicholas Economides and all relevant exhibits (Dkt. No. 695), Meta's Reply in Support of Motion to Exclude Testimony of Scott Fasser and Joshua Gans and all relevant exhibits (Dkt. No. 684), Users' Reply in Support of Motion to Exclude Portions of the Expert Report and Testimony of Dr. Catherine Tucker and all relevant exhibits (Dkt. No. 697), Meta's Reply in Support of Motion to Exclude Testimony of Kevin Kreitzman and Michael A. Williams and all relevant exhibits (Dkt. No. 686), Advertisers' Reply in Support of Motion to Exclude the Expert Report and Testimony of Dr. Catherine Tucker and all relevant exhibits (Dkt. No. 682), Advertisers' Reply in Support of Motion to Exclude Opinions of Dr. Hochberg and all relevant exhibits (Dkt. No. 691) may be filed under seal:

**EXPERT REPORTS**

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| **Advertiser Class Rebuttal Report of Catherine Tucker, filed at Dkt. Nos. 642-6 (Ex. 79), 659-5 (Ex. 3), 671-11 (Ex. 10), 675-4 (Ex. 3)** | | | |
| Exhibit B | ¶ 35, including Exhibits 3, 4, and 5 | Meta (Acharya Decl. Row 1) | |
| Exhibit B | ¶ 36 | Meta (Acharya Decl. Row 2) | |
| Exhibit B | ¶¶ 38-40, including Exhibit 7 | Meta (Acharya Decl. Row 3) | |
| Exhibit B | n. 57 | Meta (Acharya Decl. Row 4) | |
| Exhibit B | n. 58 | Meta (Acharya Decl. Row 5) | |
| Exhibit B | n. 59 | Meta (Acharya Decl. Row 6) | |
| Exhibit B | n. 60 | Meta (Acharya Decl. Row 7) | |
| Exhibit B | ¶ 44 | Meta (Acharya Decl. Row 8) | |
| Exhibit B | ¶ 45 | Meta (Acharya Decl. Row 9) | |
| Exhibit B | Exhibit 10 | Meta (Acharya Decl. Row 10) | |
| Exhibit B | n. 182 | Meta (Acharya Decl. Row 11) | |
| Exhibit B | ¶ 81, including Exhibit 11 | Meta (Acharya Decl. Row 12) | |
| Exhibit B | ¶ 124 | Meta (Acharya Decl. Row 13) | |
| Exhibit B | n. 239, from "The price" through "at -345-347" | Meta (Acharya Decl. Row 14) | |
| Exhibit B | ¶ 127 and footnotes 241 and 242 | Meta (Acharya Decl. Row 15) | |
| Exhibit B | ¶ 130 | Meta (Acharya Decl. Row 16) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit B | ¶ 133 | Meta (Acharya Decl. Row 17) | |
| Exhibit B | n. 245 | Meta (Acharya Decl. Row 18) | |
| Exhibit B | n. 258-262 | Meta (Acharya Decl. Row 19) | |
| Exhibit B | n. 258 | Netflix (Celedonia Decl. ¶ 7) | |
| Exhibit B | n. 258 | Samsung (Sung Lee Decl. ¶ 3, Ex. A) | |
| Exhibit B | n. 259 | Samsung (Sung Lee Decl. ¶ 3, Ex. A) | |
| Exhibit B | n. 260 | Samsung (Sung Lee Decl. ¶ 3, Ex. A) | |
| Exhibit B | n. 261 | Samsung (Sung Lee Decl. ¶ 3, Ex. A) | |
| Exhibit B | n. 262 | Netflix (Celedonia Decl. ¶ 7) | |
| Exhibit B | Exhibit E-1, p. E-5 | Meta (Acharya Decl. Row 20) | |
| **User Class Rebuttal Report of Catherine Tucker, filed at Dkt. Nos. 645-19, 663-4 (Ex. 5), 669-6 (Ex. 5)** | | | |
| Exhibit C | n. 14 | Users (Scarlett Decl. ¶ 3) (PII) | |
| Exhibit C | n. 71 | Users (Scarlett Decl. ¶ 3) (PII) | |
| Exhibit C | Text describing and quoting from MS-LIT_0000050344 on page 42 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | Citations in footnote 101 | Microsoft (Flaucher Decl. ¶ 10) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit C | n. 111 | Users (Scarlett Decl. ¶ 3) (PII) | |
| Exhibit C | n. 117 | Users (Scarlett Decl. ¶ 3) (PII) | |
| Exhibit C | Text characterizing and quoting from MS-LIT_0000050344 on page 61 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | Citations in footnote 161 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | ¶ 84, from "A 2017 Ipsos" through the end of the paragraph, & n. 168-171 | Meta (Acharya Decl. Row 21) | |
| Exhibit C | ¶ 85 & n.172 | Meta (Acharya Decl. Row 22) | |
| Exhibit C | Final sentence of paragraph 114 and the accompanying footnote 241 | Amazon (Ross Decl. ¶ 9) | |
| Exhibit C | p. 86, the sentence that begins with "Approximately" and ends with "to apply" and the parenthetical in footnote 235 that begins with "Q. Approximately" and ends with "yes." | Google (Kim Decl. ¶ 8) | |
| Exhibit C | ¶ 127 & n.269 | Meta (Acharya Decl. Row 23) | |
| Exhibit C | First sentence of item (c) on page 98 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | n. 276 between "at 385" and "at 387" | Snap Inc. (Karin Decl. ¶ 10, Ex. 2) | |
| Exhibit C | n. 276 from "May 2021 […]" through the end of the footnote. | Snap Inc. (Karin Decl. ¶ 10, Ex. 2) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit C | First and second full sentences on page 99, which characterizes and quotes from MS-LIT_0000052626 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | Document description and Maker Deposition quotation in footnote 279 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | Citation in footnote 280, which refers to information contained within MSLIT_0000005810 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | Exhibit 4 and notes (p. 121) | Meta (Acharya Decl. Row 24) | |
| Exhibit C | ¶ 152 | Meta (Acharya Decl. Row 25) | |
| Exhibit C | Exhibit 5 and notes (p. 123) | Meta (Acharya Decl. Row 26) | |
| Exhibit C | n. 385 | Embee Mobile (Sgro Decl. ¶ 8) | |
| Exhibit C | Final sentence of paragraph 169(e) and the first eight lines of the accompanying footnote. | Amazon (Ross Decl. ¶ 10) | |
| Exhibit C | Last sentence of the first paragraph on page 134 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | Quotation from the Maker Deposition in footnote 401 | Microsoft (Flaucher Decl. ¶ 10) | |
| Exhibit C | ¶ 202(c) | Embee Mobile (Sgro Decl. ¶ 8) | |
| **Expert Report of Yael Hochberg, filed at Dkt. No. 657-3 (Ex. 1), 677-2 (Ex. 1)** | | | |
| Exhibit D | ¶ 34, From "that allows" to the end of the sentence and including footnote 34 | X Corp. (Mehes Decl. ¶ 3) (dated November 3, 2023) | |

-6-

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit D | n. 34 (starting with "Custom" and ending with "capabilities.") | Google (Verma Decl. ¶ 9) | |
| Exhibit D | ¶ 50 (between "a code base that can grow and scale the company" and "Therefore, there is reason to believe…") | Meta (Acharya Decl. Row 27) | |
| Exhibit D | n. 76 | Meta (Acharya Decl. Row 28) | |
| **Reply Report of Scott Fasser, filed at Dkt. Nos. 642-8 (Ex. B), 646-4 (Ex. 2), 647-4 (Ex. 2), 667-3 (Ex. 2)** | | | |
| Exhibit E | ¶ 4, the final sentence | Meta (Acharya Decl. Row 29) | |
| Exhibit E | n. 2 | Meta (Acharya Decl. Row 30) | |
| Exhibit E | ¶ 5 | Meta (Acharya Decl. Row 31) | |
| Exhibit E | ¶ 6, after "specific advertisement" through end of paragraph. | Meta (Acharya Decl. Row 32) | |
| Exhibit E | n. 4 | Meta (Acharya Decl. Row 33) | |
| Exhibit E | n. 5 | Meta (Acharya Decl. Row 34) | |
| Exhibit E | n. 6 | Meta (Acharya Decl. Row 35) | |
| Exhibit E | n. 8 | Meta (Acharya Decl. Row 36) | |
| Exhibit E | n. 9 | Meta (Acharya Decl. Row 37) | |
| Exhibit E | n. 10 | Meta (Acharya Decl. Row 38) | |
| Exhibit E | n. 11 | Meta (Acharya Decl. Row 39) | |
| Exhibit E | ¶ 9, from "threshold" through the end of the paragraph. | Meta (Acharya Decl. Row 40) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit E | ¶ 10 | Meta (Acharya Decl. Row 41) | |
| Exhibit E | ¶ 11 | Meta (Acharya Decl. Row 42) | |
| Exhibit E | ¶ 13, between "cites agreements with" and "Prof. Tucker's citations" | Meta (Acharya Decl. Row between 42 and 43, row number inadvertently left blank. *See* Acharya Decl. p. 17) | |
| Exhibit E | ¶ 13, Reference to party | Vanderslice Decl. Ex. A8-b | |
| **Expert Report of Michael A Williams, filed at Dkt. Nos. 642-10 (Ex. A), 646-8 (Ex. 6), 647-8 (Ex. 6), 657-5 (Ex. 7), 659-3 (Ex. 1), 661-2 (Ex. 1), 671-5 (Ex. 4), 675-5 (Ex. 4), 677-4 (Ex. 3)** | | | |
| Exhibit F | ¶ 46 | Meta (Acharya Decl. Row 43) | |
| Exhibit F | p. 21, portion of footnote 55 (from "A Twitter document" to the end of the sentence.) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | p. 28, ¶ 57 (from "In a 2019 presentation" to the end of page including the entirety of footnote 82) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | p. 29, ¶¶ 57-59 (from start of the page "Facebook, Instagram" to the end of the paragraph 59 and including footnotes 83-87) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | p. 30, ¶ 63 (from "Twitter also" to end of the sentence and including footnote 92) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit F | p. 41, ¶¶ 89-90 (from "Other industry" to the end of the sentence ending in "directly with consumers" and including entirety of footnotes 131 and 132) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | p. 42, ¶ 93 | Google (Verma Decl. ¶ 11) | |
| Exhibit F | p. 43, ¶ 95 (from "That social" to the end of the sentence and including the portion of footnote 139 starting with "DX 0812" ) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | Quotation from MS-LIT_0000058472 in ¶ 98 | Microsoft (Flaucher Decl. ¶ 12) | |
| Exhibit F | p. 44, ¶ 99 | Google (Verma Decl. ¶ 12) | |
| Exhibit F | p. 65, ¶ 155 (from "Both Twitter" to the end of the paragraph and including footnotes 219 and 220) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | p. 65, ¶ 156 (from "Google also" to "display." on page 65, and "than Google" to "audiences." on page 66) | Google (Verma Decl. ¶ 13) | |
| Exhibit F | p. 107, ¶ 239 (from "According to a July 2014 Twitter spreadsheet" to the end of the paragraph and including footnote 364) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | p. 108, ¶ 242 (from "A Twitter presentation" to the end of the paragraph and including footnote 371) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit F | pp. 110-111, ¶ 247 (from "A 2019 Twitter document" to the end of the paragraph, Figure 20, and the entirety of footnotes 380-382) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | ¶ 316 | Meta (Acharya Decl. Row 44) | |
| Exhibit F | ¶ 317 | Meta (Acharya Decl. Row 45) | |
| Exhibit F | p. 155, ¶ 321 (from "Discussing its" to the end of the paragraph and including the entirety of footnote 545) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit F | pp. 155-156, ¶ 322 and n. 546 | Google (Verma Decl. ¶ 14) | |
| **Reply Report of Michael A. Williams, filed at Dkt. Nos. 642-10 (Ex. B), 657-7 (Ex. 9), 659-7 (Ex. 5), 661-3 (Ex. 2), 671-7 (Ex. 6), 675-10 (Ex. 9)** | | | |
| Exhibit G | p. 16, Table 1 (from "A July 2014" to the end of the row at "00002394") | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit G | p. 17, Table 1 (from "In a 2017 internal" to the end of the row at "00023144") | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit G | p. 18, Table 1 (from "A Twitter Core" to the end of the row at "000582289") | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit G | p. 18, Table 1 (from "In a November 2019" to the end of the row at "00058347"; from "An internal Twitter report" to the end of the row "00048858-862") | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit G | p. 19, text in the first column, second row of | Google (Verma Decl. ¶ 15) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| | the chart beginning with "A November" and ending with "with Google." | | |
| Exhibit G | ¶ 52, between "her claim is that" and "Thus, Dr. Tucker's" and n. 36 | Meta (Acharya Decl. Row 46) | |
| Exhibit G | p. 22, ¶ iv (from "In discussing antitrust" to the end of the paragraph and including footnote 40) | X Corp. (Mehes Decl. ¶ 3) (dated November 16, 2023) | |
| Exhibit G | n. 48 | Meta (Acharya Decl. Row 47) | |
| Exhibit G | ¶ 132 n. 151 | Meta (Acharya Decl. Row 48) | |
| **Expert Report of Joshua Gans, filed at Dkt. Nos. 642-14 (Ex. A), 646-4 (Ex. 4), 647-6 (Ex. 4), 659-4 (Ex. 2), 661-8 (Ex. 7), 665-2 (Ex. 1), 671-8 (Ex. 7), 675-8 (Ex. 7)** | | | |
| Exhibit H | ¶ 62 | Meta (Acharya Decl. Row 49) | |
| Exhibit H | ¶ 66 | Meta (Acharya Decl. Row 50) | |
| Exhibit H | ¶ 67, between "indicates that" and "A Snapchat executive" | Meta (Acharya Decl. Row 51) | |
| Exhibit H | ¶ 68 | Meta (Acharya Decl. Row 52) | |
| Exhibit H | ¶ 82, after "appears at PALM-002014263" through end of paragraph | Meta (Acharya Decl. Row 53) | |
| Exhibit H | ¶ 83, first sentence | Meta (Acharya Decl. Row 54) | |
| Exhibit H | ¶ 90 | Meta (Acharya Decl. Row 55) | |
| Exhibit H | ¶ 103 | Meta (Acharya Decl. Row 56) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Expert Report of Nicholas Economides, filed at Dkt. Nos. 645-5, 651-4 (Ex. 1), 652-3 (Ex. 1), 663-2 (Ex. 1), 669-7 (Ex. 6) | | | |
| Exhibit I | n. 125 from the phrase "For example" to the word "competition" | Nextdoor Holdings, Inc. (Wolfgang Decl. ¶ 4) | |
| Exhibit I | ¶ 141 (quoted text in the last sentence) | TikTok (Solow Decl. ¶ 4) | |
| Exhibit I | Portion of Page 45, n. 156, descriptions for the following Bates stamps: TIK-00000001–024; TIK- 00000103–142; TIK-00000143–153; TIK-00000083–102; TIK-00000401–455; TIK-00000025–055 | TikTok (Solow Decl. ¶ 4) | |
| Exhibit I | Portion of Page 45, n. 156; quoted text from TIK-00000143–153 at 144 | TikTok (Solow Decl. ¶ 4) | |
| Exhibit I | Portion of Page 45, n. 156; quoted text from TIK-00000083–102 at 092 | TikTok (Solow Decl. ¶ 4) | |
| Exhibit I | Portion of Page 45, n. 156; quoted text from TIK-00000001–024 at 009 | TikTok (Solow Decl. ¶ 4) | |
| Exhibit I | Portion of Page 46, n. 158 (last sentence in the quoted parenthetical) | TikTok (Solow Decl. ¶ 4) | |
| Exhibit I | Portion of Page 46, ¶ 144 (quoted text in the second sentence followed by "TikTok's parent ByteDance stated") | TikTok (Solow Decl. ¶ 4) | |
| Exhibit I | Portion of Page 46, n. 159, description for | TikTok (Solow Decl. ¶ 4) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| | TIK-00000001-24 at 8-10, 21 | | |
| Exhibit I | Portion of Page 52, n. 208, description for TIK-00000001 at TIK-00000011 | TikTok (Solow Decl. ¶ 4) | |
| Exhibit I | ¶ 165 (from "For example" to the end of the paragraph and including footnote 207.) | Pinterest (Roberts Decl. ¶ 3) | |
| Exhibit I | ¶ 167 from the phrase "Flora Hsu of Nextdoor" to the word "apps" | Nextdoor Holdings, Inc. (Wolfgang Decl. ¶ 4) | |
| Exhibit I | Quotation from the Maker Deposition in paragraph 169 | Microsoft (Flaucher Decl. ¶ 11) | |
| Exhibit I | ¶ 175, the employee's name in footnotes 229 and 230 | X Corp. (Mehes Decl. ¶ 3) (dated November 3, 2023) | |
| Exhibit I | ¶ 177, from "Indeed" to the end of the paragraph and including the employee's name in footnote 231 and the entirety of footnote 232 | X Corp. (Mehes Decl. ¶ 3) (dated November 3, 2023) | |
| Exhibit I | ¶ 178, from "As [the employee's name]" to the end of the paragraph and including footnote 233 | X Corp. (Mehes Decl. ¶ 3) (dated November 3, 2023) | |
| Exhibit I | ¶ 180, from "Twitter itself" to "open ecosystem" and including footnotes 236 and 237 | X Corp. (Mehes Decl. ¶ 3) (dated November 3, 2023) | |
| Exhibit I | ¶ 180, from "Similarly, a Twitter" to the end of the paragraph and including the | X Corp. (Mehes Decl. ¶ 3) (dated November 3, 2023) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| | employee's name in footnote 240 and the entirety of footnotes 242, 243, and 244 | | |
| Exhibit I | ¶ 184, from "Indeed" to the end of the paragraph and including footnote 253 | X Corp. (Mehes Decl. ¶ 3) (dated November 3, 2023) | |
| Exhibit I | ¶ 185 from the phrase "Flora Hsu— Nextdoor's corporate representative" to the words "'social graph'" | Nextdoor Holdings, Inc. (Wolfgang Decl. ¶ 4) | |
| Exhibit I | n. 256, entire parenthetical quoting Ms. Hsu's deposition beginning with "(Q. Okay. . ." to the closing of the parenthesis | Nextdoor Holdings, Inc. (Wolfgang Decl. ¶ 4) | |
| Exhibit I | ¶ 194 from the phrase "Flora Hsu— Nextdoor's corporate representative" to "oftentimes" | Nextdoor Holdings, Inc. (Wolfgang Decl. ¶ 4) | |
| Exhibit I | ¶ 195, n. 272 (from "Julia Roberts Tr." to "a social network…');" | Pinterest (Roberts Decl. ¶ 3) | |
| Exhibit I | ¶ 196 (entire paragraph and including footnote 273) | Pinterest (Roberts Decl. ¶ 3) | |
| Exhibit I | ¶ 197 (from "Again, Pinterest" to the end of the paragraph and including footnote 274.) | Pinterest (Roberts Decl. ¶ 3) | |
| Exhibit I | ¶ 198 (from "While Pinterest" to the end of the paragraph and including footnote 275) | Pinterest (Roberts Decl. ¶ 3) | |
| Exhibit I | ¶ 199 (from "In a competition-related" to "our product.'" and | Pinterest (Roberts Decl. ¶ 3) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| | including footnotes 276 and 277) | | |
| Exhibit I | ¶ 202 from the word "Nextdoor" to "you" | Nextdoor Holdings, Inc. (Wolfgang Decl. ¶ 4) | |
| Exhibit I | ¶ 203 from the word "Nextdoor's" to the phrase "'social graph'" | Nextdoor Holdings, Inc. (Wolfgang Decl. ¶ 4) | |
| Exhibit I | ¶ 204 from the phrase "Nextdoor's corporate representative" to "Snapchat." | Nextdoor Holdings, Inc. (Wolfgang Decl. ¶ 4) | |
| Exhibit I | Characterization of MS-LIT_0000050344, a Microsoft internal survey, in paragraph 367 | Microsoft (Flaucher Decl. ¶ 11) | |
| Exhibit I | n. 558, which quotes from MS-LIT-0000050344 | Microsoft (Flaucher Decl. ¶ 11) | |
| Exhibit I | Section X.D.2 | Meta (Acharya Decl. Row 57) | |
| Exhibit I | Characterization of and quotation from MS-LIT_0000014792, a Microsoft internal strategy presentation, in paragraph 399 | Microsoft (Flaucher Decl. ¶ 11) | |
| Exhibit I | Portion of n. 627 that identifies the source of the quotation in paragraph 399 | Microsoft (Flaucher Decl. ¶ 11) | |
| Exhibit I | ¶ 431 | Embee Mobile (Sgro Decl. ¶ 7) | |
| **Reply Report of Nicholas Economides, filed at Dkt Nos. 645-6, 651-5 (Ex. 2), 652-4 (Ex. 2), 663-5 (Ex. 4), 669-14 (Ex. 13)** | | | |
| Exhibit J | ¶ 92 | Meta (Acharya Decl. Row 58) | |

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit J | ¶ 113 | Meta (Acharya Decl. Row 59) | |
| Exhibit J | ¶ 130 | Meta (Acharya Decl. Row 60) | |
| Exhibit J | ¶ 190 | Meta (Acharya Decl. Row 61) | |
| **Reply Report of Sarah Lamdan, filed at Dkt. Nos. 645-11** | | | |
| Exhibit K | ¶ 28 | Meta (Acharya Decl. Row 62) | |

**DEPOSITION TRANSCRIPTS (Economides & Tucker)**

| Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| **Transcript of Deposition of Nicholas Economides, filed in full at Dkt. No. 673-4 (Ex. 14), and excerpts thereof filed at Dkt. Nos. 651-6 (Ex. 3) and 652-5 (Ex. 3)** | | | |
| Exhibit L | 59:8-14 | Meta (Acharya Decl. Row 63) | |
| Exhibit L | 93:9-20 | Meta (Acharya Decl. Row 64) | |
| Exhibit L | 106:10-107:8 | Meta (Acharya Decl. Row 65) | |
| Exhibit L | 110:15-25 | Meta (Acharya Decl. Row 66) | |
| Exhibit L | 274:21-278:7 | Users (Scarlett Decl. ¶ 3) (Irrelevant personal beliefs) | |
| **Transcript of User Plaintiffs' Deposition of Catherine Tucker, filed in full at Dkt. No. 645-15 (Ex. 75), and excerpts thereof filed at Dkt. No. 673-9 (Ex. 13)** | | | |
| Exhibit M | 6:20-21 | Meta (Acharya Decl. Row 67) | |
| Exhibit M | 204:14-22 | Meta (Acharya Decl. Row 68) | |
| Exhibit M | 205:5-13 | Meta (Acharya Decl. Row 69) | |
| Exhibit M | 206:18-207:13 | Meta (Acharya Decl. Row 70) | |
| Exhibit M | 208:24-209:10 | Meta (Acharya Decl. Row 71) | |
| Exhibit M | 209:21-25 | Meta (Acharya Decl. Row 72) | |
| Exhibit M | 299:20-301:14 | Meta (Acharya Decl. Row 73) (Exhibit name mis-transcribed as "ExhACTIVEUS 201812827v.6ibit M" in Acharya Decl. Row 73) | |

**OTHER FILINGS**

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| **Interim Administrative Motion to File Under Seal Advertiser Plaintiffs' Motion for Class Certification and Supporting Documents (Dkt. No. 642)** | | | | |
| 642-1 | Exhibit N1 | Advertisers' Motion for Class Certification, between "Ex. 8 at 331" and "with Ex. 9". | Meta (Acharya Decl. Row 74) | |
| 642-3 | Exhibit N2 | Exhibit 1, PX-2256 Zuckerberg Deposition (Volume 1 Exhibits) | Meta (Acharya Decl. Row 75) | |
| 642-3 | Exhibit N3 | Exhibit 2, PX-0414 Olivan Deposition (Volume 1 Exhibits) | Meta (Acharya Decl. Row 76) | |
| 642-3 | Exhibit N3 | Exhibit 2, PX-0414 Olivan Deposition (Volume 1 Exhibits), email addresses of Meta employees | Meta (Acharya Decl. Row 77) | |
| 642-3 | Exhibit N4 | Exhibit 4, PX-2862 Priell Deposition (Volume 1 Exhibits) | Meta (Acharya Decl. Row 78) | |
| 642-3 | Exhibit N5 | Exhibit 6, PX-0020 Patel Deposition (Volume 1 Exhibits) | Meta (Acharya Decl. Row 79) | |
| 642-3 | Exhibit N6 | Exhibit 8, PX-0557 Schultz Deposition (Volume 1 Exhibits), at PALM-01460331-332, under heading 'Davos Meetings' | Meta (Acharya Decl. Row 80) | |
| 642-3 | Exhibit N6 | Exhibit 8, PX-0557 Schultz Deposition (Volume 1 Exhibits), Pages PALM-01460333-338 (after "MEETINGS") | Meta (Acharya Decl. Row 81) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| 642-3 | Exhibit N6 | Exhibit 8, PX-0557 Schultz Deposition (Volume 1 Exhibits), email addresses of Meta employees | Meta (Acharya Decl. Row 82) | |
| 642-3 | Exhibit N7 | Exhibit 14, PX-1317 Chang Deposition (Volume 1 Exhibits) | Meta (Acharya Decl. Row 83) | |
| 642-3 | Exhibit N8 | Exhibit 16, PX-1322 Chang Deposition (Volume 1 Exhibits) | Meta (Acharya Decl. Row 84) | |
| 642-3 | Exhibit N9 | Exhibit 19 (Volume 1 Exhibits), Pages -856-858 (between "Section 2" and "Section 3") | Meta (Acharya Decl. Row 85) | |
| 642-3 | Exhibit N9 | Exhibit 19 (Volume 1 Exhibits), page PALM-012438858, "Section 3: Integration Partnerships" | Meta (Acharya Decl. Row 86) | |
| 642-3 | Exhibit N9 | Exhibit 19 (Volume 1 Exhibits), page PALM-012438861, from "Integration Partnerships—Messenger" to "Integration Partnerships—WhatApp" | Meta (Acharya Decl. Row 87) | |
| 642-3 | Exhibit N9 | Exhibit 19 (Volume 1 Exhibits), page PALM-012438865-66, list under "messaging functionality of Facebook:" | Meta (Acharya Decl. Row 88) | |
| 642-3 | Exhibit N10 | Exhibit 20 (Volume 1 Exhibits) | Meta (Acharya Decl. Row 89) | |
| 642-4 | Exhibit N11 | Exhibit 21 (Volume 2 Exhibits) | Meta (Acharya | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | | Decl. Row 90) | |
| 642-4 | Exhibit N12 | Exhibit 23 (Volume 2 Exhibits), Page -190 (figure in fifth row, second column from right) | Meta (Acharya Decl. Row 91) | |
| 642-4 | Exhibit N12 | Exhibit 23 (Volume 2 Exhibits), pages PALM-011831167-68, Section 6 "Re-Authorization of Equity Subcommittee Delegation" | Meta (Acharya Decl. Row 92) | |
| 642-4 | Exhibit N12 | Exhibit 23 (Volume 2 Exhibits), pages PALM-011831168-69, Section 7 "Equity Pool Evergreen Increase" | Meta (Acharya Decl. Row 93) | |
| 642-4 | Exhibit N12 | Exhibit 23 (Volume 2 Exhibits), page PALM-011831171 | Meta (Acharya Decl. Row 94) | |
| 642-4 | Exhibit N13 | Exhibit 25 (Volume 2 Exhibits), Page -654 (between "1." and "My recommendation") | Meta (Acharya Decl. Row 95) | |
| 642-4 | Exhibit N13 | Exhibit 25 (Volume 2 Exhibits), Page -655 (email from Andrew Bosworth) | Meta (Acharya Decl. Row 96) | |
| 642-4 | Exhibit N13 | Exhibit 25 (Volume 2 Exhibits), email address of Meta employees | Meta (Acharya Decl. Row 97) | |
| 642-4 | Exhibit N14 | Exhibit 35 (Volume 2 Exhibits) | Meta (Acharya Decl. Row 98) | |
| 642-4 | Exhibit N15 | Exhibit 36 (Volume 2 Exhibits) | Meta (Acharya | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | Decl. Row 99) | | |
| 642-4 | Exhibit N16 | Exhibit 38, PX-1926 Sandberg Deposition (Volume 2 Exhibits) | Meta (Acharya Decl. Row 100) | |
| 642-4 | Exhibit N17 | Exhibit 39, PX-0610 Hastings Deposition (Volume 2 Exhibits), Page -295 (between "guess that" and "CPMs is a reasonable estimate") | Meta (Acharya Decl. Row 101) | |
| 642-4 | Exhibit N17 | Exhibit 39, PX-0610 Hastings Deposition (Volume 2 Exhibits), email addresses of Meta employees | Meta (Acharya Decl. Row 102) | |
| 642-5 | Exhibit N40 | Exhibit 41 (Volume 3 Exhibits), p. 8, third column of chart identifying "Executive for Google" | Google (Verma Decl. ¶ 10) | |
| 642-5 | Exhibit N40 | Exhibit 41 (Volume 3 Exhibits), p. 31, signature blocks for Google LLC and Google Ireland Ltd. | Google (Verma Decl. ¶ 10) | |
| 642-5 | Exhibit N18 | Exhibit 42 (Volume 3 Exhibits) | Meta (Acharya Decl. Row 103) | |
| 642-5 | Exhibit N19 | Exhibit 43 (Volume 3 Exhibits) | Meta (Acharya Decl. Row 104) | |
| 642-5 | Exhibit N20 | Exhibit 44, PX-1704 Crum Deposition (Volume 3 Exhibits) | Meta (Acharya Decl. Row 105) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| 642-5 | Exhibit N21 | Exhibit 47, PX-1709 Crum Deposition (Volume 3 Exhibits) | Meta (Acharya Decl. Row 106) | |
| 642-5 | Exhibit N22 | Exhibit 48, excerpts from Deposition of Stephanie Wang, dated March 28, 2023 (Volume 3 Exhibits) | Meta (Acharya Decl. Row 107) | |
| 642-5 | Exhibit N23 | Exhibit 49, excerpts from Deposition of Henry Crum, dated May 25, 2023 (Volume 3 Exhibits) | Meta (Acharya Decl. Row 108) | |
| 642-5 | Exhibit N24 | Exhibit 50, PX-1295 Jakubowski Deposition (Volume 3 Exhibits) | Meta (Acharya Decl. Row 109) | |
| 642-5 | Exhibit N25 | Exhibit 52, PX-1708 Crum Deposition (Volume 3 Exhibits) | Meta (Acharya Decl. Row 110) | |
| 642-5 | Exhibit N26 | Exhibit 54, PX-1712 Crum Deposition (Volume 3 Exhibits) | Meta (Acharya Decl. Row 111) | |
| 642-5 | Exhibit N27 | Exhibit 56, PX-1922 Sandberg Deposition (Volume 3 Exhibits) | Meta (Acharya Decl. Row 112) | |
| 642-5 | Exhibit N28 | Exhibit 57, PX-1921 Sandberg Deposition (Volume 3 Exhibits) | Meta (Acharya Decl. Row 113) | |
| 642-5 | Exhibit N29 | Exhibit 60, PX-1713 Crum Deposition (Volume 3 Exhibits) | Meta (Acharya Decl. Row 114) | |
| 642-6 | Exhibit N30 | Exhibit 61, PX-0463 Wang Deposition (Volume 4 Exhibits) | Meta (Acharya Decl. Row 115) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| 642-6 | Exhibit N31 | Exhibit 62, PX-0185 Rose Deposition (Volume 4 Exhibits) | Meta (Acharya Decl. Row 116) | |
| 642-6 | Exhibit N32 | Exhibit 63, excerpts of Deposition of John David Jakubowski, dated April 21, 2023 (Volume 4 Exhibits) | Meta (Acharya Decl. Row 117) | |
| 642-6 | Exhibit N33 | Exhibit 64, PX-0464 Wang Deposition (Volume 4 Exhibits) | Meta (Acharya Decl. Row 118) | |
| 642-6 | Exhibit N34 | Exhibit 67 (Volume 4 Exhibits) | Meta (Acharya Decl. Row 119) | |
| 642-6 | Exhibit N35 | Exhibit 68 (Volume 4 Exhibits) | Meta (Acharya Decl. Row 120) | |
| 642-6 | Exhibit N36 | Exhibit 69, PX-0119 Parikh Deposition (Volume 4 Exhibits) | Meta (Acharya Decl. Row 121) | |
| 642-6 | Exhibit N37 | Exhibit 70, excerpts from Deposition of Jay Parikh, dated March 9, 2023 (Volume 4 Exhibits) | Meta (Acharya Decl. Row 122) | |
| 642-6 | Exhibit N38 | Exhibit 72, excerpts from Deposition of Rob Goldman, dated June 13, 2023 (Volume 4 Exhibits), 26:19-22 | Meta (Acharya Decl. Row 123) | |
| 642-6 | Exhibit N39 | Exhibit 74, excerpts from Deposition of Jonathan Eide, dated May 9, 2023 (Volume 4 Exhibits) | Meta (Acharya Decl. Row 124) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | | | |
| **First Administrative Motion to File Under Seal Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel (Dkt. No. 645)** | | | | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, 6:3 (quoting Ex. 39) | Meta (Acharya Decl. Row 125) | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, 6:7-10 | Meta (Acharya Decl. Row 126) | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, 8:19-21 | Meta (Acharya Decl. Row 127) | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, 11:16-17 | Meta (Acharya Decl. Row 128) | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, 11:21-12:6, 10-12 | Meta (Acharya Decl. Row 129) | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and | Meta (Acharya Decl. Row 130) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | Appointment of Class Counsel, 13:4-9 | | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, 14:4-5 | Meta (Acharya Decl. Row 131) | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, 21:20-26 | Meta (Acharya Decl. Row 132) | |
| 645-1 | Exhibit O1 | Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, 22:19-20 | Meta (Acharya Decl. Row 133) | |
| 645-13 | Exhibit O2 | Exhibit 17, Summary Chart of Illustrative Examples of Facebook's Deceptive Statements and Omissions, p. 8, between "Facebook "cookie[s]" and "off it"; p. 9, "between "Facebook "cookie[s]" and "off it" | Meta (Acharya Decl. Row 134) | |
| 645-13 | Exhibit O2 | Exhibit 17, Summary Chart of Illustrative Examples of Facebook's Deceptive Statements and Omissions, p. 12, between "Moreover, Facebook's assurance" and "backlash" | Meta (Acharya Decl. Row 135) | |
| 645-13 | Exhibit O2 | Exhibit 17, Summary Chart of Illustrative Examples of Facebook's Deceptive Statements and | Meta (Acharya Decl. Row 136) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | Omissions, pp. 13-14, between "For example, a presentation" and "multiple exceptions" | | |
| 645-13 | Exhibit O2 | Exhibit 17, Summary Chart of Illustrative Examples of Facebook's Deceptive Statements and Omissions, pp. 15-16, between "For example, a presentation" and "multiple exceptions." | Meta (Acharya Decl. Row 137) | |
| 645-13 | Exhibit O2 | Exhibit 17, Summary Chart of Illustrative Examples of Facebook's Deceptive Statements and Omissions, pp. 19, between "For example, a presentation" and "multiple exceptions." | Meta (Acharya Decl. Row 138) | |
| 645-13 | Exhibit O2 | Exhibit 17, Summary Chart of Illustrative Examples of Facebook's Deceptive Statements and Omissions, pp. 20-21, between "For example, a presentation" and "multiple exceptions" | Meta (Acharya Decl. Row 139) | |
| 645-13 | Exhibit O2 | Exhibit 17, Summary Chart of Illustrative Examples of Facebook's Deceptive Statements and Omissions, p. 23 between "But, Facebook's" and "use it[.]" | Meta (Acharya Decl. Row 140) | |
| 645-13 | Exhibit O3 | Exhibit 25, messages sent at 20:49-20:50 | Meta (Acharya Decl. Row 141) | |
| 645-13 | Exhibit O3 | Exhibit 25, message sent at 20:54:06 | Meta (Acharya | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | | Decl. Row 142) | |
| 645-13 | Exhibit O3 | Exhibit 25, messages sent at 20:56:06- 20:56:16 | Meta (Acharya Decl. Row 143) | |
| 645-13 | Exhibit O3 | Exhibit 25, message sent at 20:55:25 | Meta (Acharya Decl. Row 144) | |
| 645-13 | Exhibit O3 | Exhibit 25, messages sent at 20:57:41-20:58:36 | Meta (Acharya Decl. Row 145) | |
| 645-13 | Exhibit O3 | Exhibit 25, message sent at 21:01:26 | Meta (Acharya Decl. Row 146) | |
| 645-13 | Exhibit O3 | Exhibit 25, message sent at 21:01:32 | Meta (Acharya Decl. Row 147) | |
| 645-13 | Exhibit O3 | Exhibit 25, message sent at 21:02:30 | Meta (Acharya Decl. Row 148) | |
| 645-13 | Exhibit O4 | Exhibit 31, Excerpts from PALM-010069776, -777-788 (attached slide deck) | Meta (Acharya Decl. Row 149) | |
| 645-13 | Exhibit O4 | Exhibit 31, Excerpts from PALM-010069776, email addresses of Meta employees | Meta (Acharya Decl. Row 150) | |
| 645-13 | Exhibit O5 | Exhibit 35, Excerpts from PALM-011140935, text under "Analysis Takeaways" | Meta (Acharya Decl. Row 151) | |
| 645-13 | Exhibit O6 | Exhibit 36, Excerpts from PALM-012003899 | Meta (Acharya | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | | Decl. Row 152) | |
| 645-13 | Exhibit O7 | Exhibit 37 | Meta (Acharya Decl. Row 153) | |
| 645-14 | Exhibit O8 | Exhibit 38, Pages -183-185 | Meta (Acharya Decl. Row 154) | |
| 645-14 | Exhibit O8 | Exhibit 38, email addresses of Meta employees | Meta (Acharya Decl. Row 155) | |
| 645-14 | Exhibit O9 | Exhibit 39, Excerpts from PALM-012846445 | Meta (Acharya Decl. Row 156) | |
| 645-14 | Exhibit O10 | Exhibit 41, Excerpts from PALM-012991911, Pages -912-917 (after "FB App proposal on privacy & trust") | Meta (Acharya Decl. Row 157) | |
| 645-14 | Exhibit O10 | Exhibit 41, Excerpts from PALM-012991911, email addresses of Meta employees | Meta (Acharya Decl. Row 158) | |
| 645-14 | Exhibit O11 | Exhibit 42, Excerpts from PALM-013003886 | Meta (Acharya Decl. Row 159) | |
| 645-14 | Exhibit O12 | Exhibit 48 | Meta (Acharya Decl. Row 160) | |
| 645-14 | Exhibit O13 | Exhibit 54, Excerpts from PALM-017069195 | Meta (Acharya Decl. Row 161) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| 645-15 | Exhibit O14 | Exhibit 62, excerpts of Chen Deposition Transcript, p. 62:7-16 | Meta (Acharya Decl. Row 162) | |
| 645-15 | Exhibit O14 | Exhibit 62, excerpts of Chen Deposition Transcript, Pages 92-105 | Meta (Acharya Decl. Row 163) | |
| **Administrative Motion to File Under Seal Portions of Meta's Motion to Exclude the Testimony of Scott Fasser and Joshua S. Gans (Dkt. No. 646)** | | | | |
| 646-5 | Exhibit P1 | Exhibit 3, excerpt of Fasser Deposition Transcript, 23:20-24:1 | Meta (Acharya Decl. Row 164) | |
| 646-5 | Exhibit P1 | Exhibit 3, excerpt of Fasser Deposition Transcript, 145:20-146:14 | Meta (Acharya Decl. Row 165) | |
| 646-5 | Exhibit P1 | Exhibit 3, excerpt of Fasser Deposition Transcript, 148:2-5 | Meta (Acharya Decl. Row 166) | |
| 646-5 | Exhibit P1 | Exhibit 3, excerpt of Fasser Deposition Transcript, 150:2-7 | Meta (Acharya Decl. Row 167) | |
| 646-11 | Exhibit P2 | Exhibit 9, excerpts of Bosworth Deposition Transcript, 174:1-8 | Meta (Acharya Decl. Row 168) | |
| 646-12 | Exhibit P3 | Exhibit 10, excerpts of Goldman Deposition Transcript, 26:19-22 | Meta (Acharya Decl. Row 169) | |
| 646-13 | Exhibit P4 | Exhibit 11, excerpts of Baser Deposition Transcript, 275:8-13 | Meta (Acharya Decl. Row 170) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| 646-13 | Exhibit P4 | Exhibit 11, excerpts of Baser Deposition Transcript, 278:22-23 | Meta (Acharya Decl. Row 171) | |
| 646-13 | Exhibit P4 | Exhibit 11, excerpts of Baser Deposition Transcript, 279:5-17 | Meta (Acharya Decl. Row 172) | |
| **Administrative Motion to File Under Seal Certain Exhibits to the Supplemental Declaration of David Z. Gringer in Support of Meta's Motion to Exclude the Testimony of Nicholas Economides (Dkt. No. 655)** | | | | |
| 655-3 | Exhibit Q1 | Exhibit 8, excerpts of Zuckerberg Deposition Transcript, Pages 52-53 | Meta (Acharya Decl. Row 173) | |
| 655-4 | Exhibit Q2 | Exhibit 9, excerpts of Baser Deposition Transcript, 269:24-273:25 | Meta (Acharya Decl. Row 174) | |
| 655-6 | Exhibit Q3 | Exhibit 11, excerpts of Sarah Grabert Deposition Transcript, 236:5 | Users (Scarlett Decl. ¶ 3) (PII) | |
| **Interim Administrative Motion to File Under Seal Advertiser Plaintiffs' Motion to Exclude Dr. Catherine Tucker (Dkt. No. 659)** | | | | |
| 659-1 | Exhibit CC1 | Motion to Exclude Dr. Catherine Tucker, n. 55. Meta's sealing position for this document is indicated in red highlighting. The yellow highlighting may be disregarded. | Meta (Acharya Decl. Row 204) (same basis) | |
| 659-9 | Exhibit CC2 | Exhibit 7, Excerpts of Schultz Deposition Transcript | Meta (Acharya Decl. Row 204) (same basis) | |
| **Interim Administrative Motion to File Under Seal Opposition to Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans (Dkt. No. 667)** | | | | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| 667-1 | Exhibit R1 | Advertisers' Opp to Motion to Exclude Testimony of Fasser, 1:20-24, between "(Ex. 1, ¶¶ 6-7)" and "*Id.*, ¶¶ 7-11" | Meta (Acharya Decl. Row 175) | |
| 667-1 | Exhibit R1 | Advertisers' Opp to Motion to Exclude Testimony of Fasser, 5:18-21 | Meta (Acharya Decl. Row 176) | |
| 667-1 | Exhibit R1 | Advertisers' Opp to Motion to Exclude Testimony of Fasser, 6:1-4 | Meta (Acharya Decl. Row 177) | |
| 667-1 | Exhibit R1 | Advertisers' Opp to Motion to Exclude Testimony of Fasser, 6:6-7 | Meta (Acharya Decl. Row 178) | |
| 667-1 | Exhibit R1 | Advertisers' Opp to Motion to Exclude Testimony of Fasser, 7:24-8:2 | Meta (Acharya Decl. Row 179) | |
| 667-4 | Exhibit R2 | Exhibit 3 | Meta (Acharya Decl. Row 180) | |
| 667-6 | Exhibit R3 | Exhibit 5 | Meta (Acharya Decl. Row 181) | |
| 667-7 | Exhibit R4 | Exhibit 6 | Meta (Acharya Decl. Row 182) | |
| 667-8 | Exhibit R5 | Exhibit 7 | Meta (Acharya Decl. Row 183) | |
| 667-9 | Exhibit R6 | Exhibit 8 | Meta (Acharya | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | | Decl. Row 184) | |
| **Interim Administrative Motion to File Under Seal Opposition to Users' Motion for Class Certification and Accompanying Exhibits (Dkt. No. 669)** | | | | |
| 669-1 | Exhibit S1 | Meta's Opp to Users' Motion for Class Cert, 8:27-9:3 | Meta (Acharya Decl. Row 185) | |
| 669-4 | Exhibit S3 | Exhibit 3, excerpts of Klein Deposition Transcript, 212:9-25 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 669-13 | Exhibit S2 | Exhibit 12 | Meta (Acharya Decl. Row 186) | |
| **Interim Administrative Motion to File Under Seal Opposition to Advertiser Plaintiffs' Motion for Class Certification and Accompanying Exhibits (Dkt. No. 671)** | | | | |
| 671-1 | Exhibit T1 | Meta Opp to Advertisers' Class Cert Motion, 7:4-6 | Meta (Acharya Decl. Row 187) | |
| 671-1 | Exhibit T1 | Meta Opp to Advertisers' Class Cert Motion, 15:12 from "Custom" to "class period" | Meta (Acharya Decl. Row 188) | |
| 671-1 | Exhibit T1 | Meta Opp to Advertisers' Class Cert Motion, 15:20 from "was associated" to "spend" | Meta (Acharya Decl. Row 189) | |
| 671-1 | Exhibit T1 | Meta Opp to Advertisers' Class Cert Motion, 15:22 from "made up" to "class period" | Meta (Acharya Decl. Row 190) | |
| 671-1 | Exhibit T1 | Meta Opp to Advertisers' Class Cert Motion, 24:11-12, between "among others" and "The named plaintiffs." | Meta (Acharya Decl. Row 19) (same basis) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| 671-1 | Exhibit T1 | Meta Opp to Advertisers' Class Cert Motion, 24:12, reference to party | Vanderslice Decl. Ex. A8, ¶ 5 | |
| 671-2 | Exhibit T2 | Exhibit 1, excerpts of Fasser Deposition Transcript, 145:20-146:14 | Meta (Acharya Decl. Row 191) | |
| 671-2 | Exhibit T2 | Exhibit 1, excerpts of Fasser Deposition Transcript, 148:2-5 | Meta (Acharya Decl. Row 192) | |
| 671-3 | Exhibit T3 | Exhibit 2, Advertiser Plaintiffs' Corrected First Supp Responses and Objections | Meta (Acharya Decl. Row 193) | |
| 671-10 | Exhibit T4 | Exhibit 9, Excerpts of Williams Deposition Transcript, 88:3-89:25 | Meta (Acharya Decl. Row 194) | |
| 671-10 | Exhibit T4 | Exhibit 9, Excerpts of Williams Deposition Transcript, 115:1-5 | Meta (Acharya Decl. Row 195) | |
| 671-10 | Exhibit T4 | Exhibit 9, Excerpts of Williams Deposition Transcript, 157:4-14 | Meta (Acharya Decl. Row 196) | |
| 671-10 | Exhibit T4 | Exhibit 9, Excerpts of Williams Deposition Transcript, 163:2-7 | Meta (Acharya Decl. Row 197) | |
| **Interim Administrative Motion to File Under Seal Materials ISO Consumers' Opposition to Facebook's Motion to Exclude Testimony of Nicholas Economides (Dkt. No. 673)** | | | | |
| 673-1 | Exhibit U1 | Consumers' Opp to Motion to Exclude Testimony of Nicholas Economides, 3:9-17 | Meta (Acharya Decl. Row 198) | |
| 673-4 | Exhibit U2 | Exhibit 8, PX-0046 Fernandes Deposition | Meta (Acharya | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | | Decl. Row 199) | |
| 673-5 | Exhibit U3 | Exhibit 9, PX-1097 Levy Deposition | Meta (Acharya Decl. Row 200) | |
| 673-6 | Exhibit U4 | Exhibit 10, PX-2423 Egan Deposition | Meta (Acharya Decl. Row 201) | |
| 673-7 | Exhibit U5 | Exhibit 11, PX-2214 Naveh Deposition | Meta (Acharya Decl. Row202) | |
| 673-8 | Exhibit U6 | Exhibit 12, Excerpts from PX-2254 Zuckerberg Deposition PALM-013818575 | Meta (Acharya Decl. Row 203) | |
| **Interim Administrative Motion to File Under Seal Meta's Opposition to Advertiser Plaintiffs' Motion to Exclude Tucker (Dkt. No. 675)** | | | | |
| 675-1 | Exhibit V2 | Meta's Opposition to Advertiser Plaintiffs' Motion to Exclude Tucker, 8:21-23, between "explained that" and "Ex. 10" | Meta (Acharya Decl. Row 204) (same basis) | |
| 675-1 | Exhibit V2 | Meta's Opposition to Advertiser Plaintiffs' Motion to Exclude Tucker, 3:8, 3:9, 3:11, 3:13, 3:18, 6:10, 6:12 (percentages) | Meta (Acharya Decl. Row 3) (same basis) | |
| 675-11 | Exhibit V | Exhibit 10, Excerpts of Schultz Deposition Transcript | Meta (Acharya Decl. Row 204) | |
| **Interim Administrative Motion to File Under Seal Advertiser Plaintiffs' Opposition to Meta's Motion to Exclude Kreitzman and Williams (Dkt. No. 679)** | | | | |
| 679-5 | Exhibit W1 | Exhibit 12 | Meta (Acharya | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | | Decl. Row 205) | |
| 679-6 | Exhibit W2 | Exhibit 13 | Meta (Acharya Decl. Row 206) | |
| **Interim Administrative Motion to File Under Seal Meta's Reply ISO Motion to Exclude Fasser and Gans (Dkt. No. 683)** | | | | |
| 683-4 | Exhibit X | Exhibit 16, Excerpts from the Gans Deposition Transcript, 275:14-16 | Meta (Acharya Decl. Row 207) | |
| 683-5 | Exhibit X2 | Exhibit 17 to Meta's Reply in Support of Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans, page SNAP- FTC - No. 191-0134- 0000033086, third column of table (from left) | Snap Inc. (Karin Decl. ¶ 10; Ex. 1) | |
| 683-5 | Exhibit X2 | Exhibit 17 to Meta's Reply in Support of Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans, page SNAP- FTC - No. 191-0134- 0000033087, second column of table (from left) | Snap Inc. (Karin Decl. ¶ 10; Ex. 1) | |
| 683-5 | Exhibit X2 | Exhibit 17 to Meta's Reply in Support of Meta's Motion to Exclude Testimony of Scott Fasser and Joshua Gans, page SNAP- FTC - No. 191-0134- 0000033088, second column of table (from left) | Snap Inc. (Karin Decl. ¶ 10; Ex. 1) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| **Interim Administrative Motion to File Under Seal Advertiser Plaintiffs' Reply ISO Motion for Class Certification (Dkt. No. 688)** | | | | |
| 688-5 | Exhibit Y1 | Exhibit 6, Excerpts from the 30(b)(1) Deposition of Alex Schultz | Meta (Acharya Decl. Row 208) | |
| 688-7 | Exhibit Y2 | Exhibit 8, PALM-003309653 | Meta (Acharya Decl. Row 209) | |
| 688-8 | Exhibit Y3 | Exhibit 9, PALM-005037545 | Meta (Acharya Decl. Row 210) | |
| 688-9 | Exhibit Y4 | Exhibit 10, PALM-013912488 | Meta (Acharya Decl. Row 211) | |
| 688-10 | Exhibit Y5 | Exhibit 11, PALM-000777305 | Meta (Acharya Decl. Row 212) | |
| **Interim Administrative Motion to File Under Seal Reply in Support of Meta's Motion to Exclude the Testimony of Nicholas Economides and Accompanying Exhibits (Dkt. No. 694)** | | | | |
| 694-1 | Exhibit Z | Meta's Reply ISO Meta's Motion to Exclude the Testimony of Nicholas Economides, 4:23-24, between "was" and "offers" | Meta (Acharya Decl. Row 213) | |
| 694-1 | Exhibit Z | Meta's Reply ISO Meta's Motion to Exclude the Testimony of Nicholas Economides, 5:8-25 (quotations from PALM Bates-stamped documents) | Meta (Acharya Decl. Row 214) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| **Interim Administrative Motion to File Under Seal Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel (Dkt. No. 696)** | | | | |
| 696-10 | Exhibit BB1 | Exhibit 7 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Maximilian Klein dated May 31, 2023 at 10:13–16 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-10 | Exhibit BB1 | Exhibit 7 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Maximilian Klein dated May 31, 2023 at 212:9–213:16 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-10 | Exhibit BB1 | Exhibit 7 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Maximilian Klein dated May 31, 2023 at 222:3–6 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' | Users (Scarlett Decl. ¶ 3) (PII) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah Grabert dated April 24, 2023 at 11:2–3 | | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah Grabert dated April 24, 2023 at 126:20–127:11 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah Grabert dated April 24, 2023 at 131:24–132:11 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah | Users (Scarlett Decl. ¶ 3) (PII) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | Grabert dated April 24, 2023 at 140:16–141:23 | | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah Grabert dated April 24, 2023 at 143:21–144:13 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah Grabert dated April 24, 2023 at 236:5 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah Grabert dated April 24, 2023 at 341:17–20 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support | Users (Scarlett Decl. ¶ 3) (PII) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah Grabert dated April 24, 2023 at 342:11–15 | | |
| 696-11 | Exhibit BB2 | Exhibit 8 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Sarah Grabert dated April 24, 2023 at 354:18–355:20 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-12 | Exhibit BB3 | Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 48:23–49:6 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-12 | Exhibit BB3 | Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 97:18–20 | Users (Scarlett Decl. ¶ 3) (PII) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| 696-12 | Exhibit BB3 | Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 179:17–18 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-12 | Exhibit BB3 | Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 188:6–7 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-12 | Exhibit BB3 | Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 188:14–18 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-12 | Exhibit BB3 | Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and | Users (Scarlett Decl. ¶ 3) (PII) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | Appointment of Class Counsel, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 188:25–189:7 | | |
| 696-12 | Exhibit BB3 | Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 189:11–14 | Users (Scarlett Decl. ¶ 3) (PII) | |
| 696-12 | Exhibit BB3 | Exhibit 9 to the Declaration of Kevin Y. Teruya in Support of Consumer Plaintiffs' Reply In Further Support of Motion for Class Certification and Appointment of Class Counsel, Deposition Transcript of Rachel Banks Kupcho dated May 22, 2023 at 190:7–191:5 | Users (Scarlett Decl. ¶ 3) (PII) | |
| **Interim Administrative Motion to File Under Seal Advertiser Plaintiffs' Corrected Reply ISO Motion for Class Certification (Dkt. No. 699)** | | | | |
| 699-5 | Exhibit AA1 | Exhibit 6, Excerpts from the 30(b)(1) Deposition of Alex Schultz | Meta (Acharya Decl. Row 215) | |
| 699-7 | Exhibit AA2 | Exhibit 8, PALM-003309653 | Meta (Acharya Decl. Row 216) | |
| 699-8 | Exhibit AA3 | Exhibit 9, PALM-005037545 | Meta (Acharya | |

| Dkt. No. | Vanderslice Decl. Exhibit | Document or Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|---|
| | | | Decl. Row 217) | |
| 699-9 | Exhibit AA4 | Exhibit 10, PALM-013912488 | Meta (Acharya Decl. Row 218) | |
| 699-10 | Exhibit AA5 | Exhibit 11, PALM-000777305 | Meta (Acharya Decl. Row 219) | |

Dated: _____, _____

_____
Honorable James Donato
United States District Court Judge
Northern District of California