| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) |
| | Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) | MOLLY M. JENNINGS (*pro hac vice*) |
|   Sonal.Mehta@wilmerhale.com |   Molly.Jennings@wilmerhale.com |
| 2600 El Camino Real, Suite 400 | 2100 Pennsylvania Ave NW |
| Palo Alto, California 94306 | Washington, DC 20037 |
| Telephone: (650) 858-6000 | Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) | MICHAELA P. SEWALL (*pro hac vice*) |
|   David.Gringer@wilmerhale.com |   Michaela.Sewall@wilmerhale.com |
| ROSS E. FIRSENBAUM (*pro hac vice*) | 60 State Street |
|   Ross.Firsenbaum@wilmerhale.com | Boston, Massachusetts 02109 |
| RYAN CHABOT (*pro hac vice*) | Telephone: (617) 526-6000 |
|   Ryan.Chabot@wilmerhale.com | |
| PAUL VANDERSLICE (*pro hac vice*) | |
|   Paul.Vanderslice@wilmerhale.com | |
| 7 World Trade Center | |
| 250 Greenwich Street | |
| New York, New York 10007 | |
| Telephone: (212) 230-8800 | |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **META PLATFORMS, INC.'S SUPPEMENTAL ADMINISTRATIVE MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH CLASS CERTIFICATION AND *DAUBERT* BRIEFING** |
| v. | |
| META PLATFORMS, INC., a Delaware Corporation headquartered in California, | |
| Defendant. | Judge: Hon. James Donato |

On November 21, 2023, the the parties filed an omnibus motion to seal certain portions of the parties' class certification and *Daubert* briefing. *See* Dkts. 711, 712, 713. The proposed order submitted in connection with the omnibus motion to seal inadvertently omitted twelve of Meta's sealing requests.

Meta respectfully requests to supplement the sealing requests contained in the omnibus motion to seal with these twelve additional sealing requests listed below, which are narrowly tailored, relate to Meta's non-public, confidential data regarding user behavior, *see* Dkt. 711 at 9-11, and contain substantially the same information that Meta seeks to seal elsewhere in the class certification and *Daubert* briefing, *see* Dkt. 711-36 at 17, 25, 28.

| Vanderslice Decl. (Dkt. 711-3) Exhibit | Portion of Document Sought to Be Sealed |
|---|---|
| **First Administrative Motion to File Under Seal Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel (Dkt. No. 645)** | |
| Exhibit O1 | 7:7, percentage |
| **Expert Report of Nicholas Economides, filed at Dkt. Nos. 645-5, 651-4 (Ex. 1), 652-3 (Ex. 1), 663-2 (Ex. 1), 669-7 (Ex. 6)** | |
| Exhibit I | ¶ 68, percentage listed in the second sentence |
| Exhibit I | ¶ 320, percentages listed in first and second sentences |
| Exhibit I | ¶ 368, percentage listed in the last sentence |
| **Reply Report of Nicholas Economides, filed at Dkt Nos. 645-6, 651-5 (Ex. 2), 652-4 (Ex. 2), 663-5 (Ex. 4), 669-14 (Ex. 13)** | |
| Exhibit J | ¶ 23, percentages and fraction listed in second sentence of (3) |
| Exhibit J | ¶ 53, percentage and fraction listed in last sentence |
| Exhibit J | ¶ 54, percentages |
| Exhibit J | n. 107, percentages |
| Exhibit J | ¶ 186, percentages |
| Exhibit J | n. 329, percentages |
| **Reply Report of Sarah Lamdan, filed at Dkt. Nos. 645-11** | |
| Exhibit K | ¶ 107, percentage |
| **Transcript of User Plaintiffs' Deposition of Catherine Tucker, filed in full at Dkt. No. 645-15 (Ex. 75), and excerpts thereof filed at Dkt. No. 673-9 (Ex. 13)** | |

| Vanderslice Decl. (Dkt. 711-3) Exhibit | Portion of Document Sought to Be Sealed |
|---|---|
| Exhibit M | 205:21, percentage |

These sealing requests are supported by the Declaration of Amrish Acharya, Dkt. 711-1, Rows 71 and 161. Plaintiffs take no position on this motion. Vanderslice Decl. ¶¶ 3-4. The parties continue to take no position on any other party's sealing requests.

| | | |
|---|---|---|
| 1 | DATED: December 1, 2023 | Respectfully submitted, |
| 2 | | By: */s/ Sonal N. Mehta* |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | | Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP |
| 5 | | 2600 El Camino Real, Suite 400<br>Palo Alto, California 94306 |
| 6 | | Telephone: (650) 858-6000 |
| 7 | | DAVID Z. GRINGER (*pro hac vice*) |
| 8 | | David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com |
| 9 | | RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com |
| 10 | | PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com |
| 11 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 12 | | 7 World Trade Center<br>250 Greenwich Street |
| 13 | | New York, New York 10007<br>Telephone: (212) 230-8800 |
| 14 | | |
| 15 | | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| 16 | | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com |
| 17 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 18 | | 2100 Pennsylvania Avenue NW<br>Washington, DC 20037 |
| 19 | | Telephone: (202) 663-6000 |
| 20 | | MICHAELA P. SEWALL (*pro hac vice*)<br>Michaela.Sewall@wilmerhale.com |
| 21 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 22 | | 60 State Street<br>Boston, Massachusetts 02109 |
| 23 | | Telephone: (617) 526-6000 |
| 24 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |