UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING META PLATFORMS, INC.'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH CLASS CERTIFICATION AND *DAUBERT* BRIEFING**<br><br>Judge: Hon. James Donato |

Having considered the Supplemental Motion to Seal Materials Submitted in Connection with the Class Certification and *Daubert* Briefing and any materials submitted in support thereto, pursuant to Local Rule 7-11;

**IT IS HEREBY ORDERED**:

The following portions the documents listed below may be filed under seal:

| Vanderslice Decl. (Dkt. 711-3) Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| **Expert Report of Nicholas Economides, filed at Dkt. Nos. 645-5, 651-4 (Ex. 1), 652-3 (Ex. 1), 663-2 (Ex. 1), 669-7 (Ex. 6)** | | | |
| Exhibit I | ¶ 68, the percentage in the second sentence | Meta (Acharya Decl. Rows 71, 161) (same basis) | |
| Exhibit I | ¶ 320, the percentages listed in first and second sentences | Meta (Acharya Decl. Rows 71, 161) (same basis) | |
| Exhibit I | ¶ 368, the percentage listed in the last sentence | Meta (Acharya Decl. Rows 71, 161) (same basis) | |
| **Reply Report of Nicholas Economides, filed at Dkt Nos. 645-6, 651-5 (Ex. 2), 652-4 (Ex. 2), 663-5 (Ex. 4), 669-14 (Ex. 13)** | | | |
| Exhibit J | ¶ 23, percentages and fraction listed in second sentence of (3) | Meta (Acharya Decl. Row 71) (same basis) | |
| Exhibit J | ¶ 53, percentage and fraction listed in last sentence | Meta (Acharya Decl. Row 71) (same basis) | |
| Exhibit J | ¶ 54, percentages | Meta (Acharya Decl. Rows 71, 161) (same basis) | |
| Exhibit J | n. 107, percentages listed | Meta (Acharya Decl. Row 71) (same basis) | |
| Exhibit J | ¶ 186, percentages listed | Meta (Acharya Decl. Rows 71, 161) (same basis) | |

| Vanderslice Decl. (Dkt. 711-3) Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit J | n. 329, percentages listed | Meta (Acharya Decl. Rows 71, 161) (same basis) | |
| **Reply Report of Sarah Lamdan, filed at Dkt. Nos. 645-11** | | | |
| Exhibit K | ¶ 107, percentage | Meta (Acharya Decl. Rows 71, 161) (same basis) | |
| **Transcript of User Plaintiffs' Deposition of Catherine Tucker, filed in full at Dkt. No. 645-15 (Ex. 75), and excerpts thereof filed at Dkt. No. 673-9 (Ex. 13)** | | | |
| Exhibit M | 205:21, percentage | Meta (Acharya Decl. Row 71) (same basis) | |
| **First Administrative Motion to File Under Seal Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel (Dkt. No. 645)** | | | |
| Exhibit O1 | 7:7, percentage | Meta (Acharya Decl. Rows 71, 161) (same basis) | |

Dated: _____, \_\_\_\_\_

                                        Honorable James Donato
                                        United States District Court Judge
                                        Northern District of California