| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>    kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>    shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>    yavar@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>    alawrence@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>(860) 537-5537<br><br>*Interim Co-Lead Advertiser Class Counsel*<br><br>[Additional counsel listed on signature page] | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave., NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>[Additional counsel listed on signature page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>                              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATED [PROPOSED] ORDER TO WITHDRAW INCORRECTLY FILED DOCUMENT**<br><br>Judge: Hon. James Donato |

1    WHEREAS, the parties filed an omnibus motion to seal certain portions of the parties'
2 class certification and *Daubert* briefing, which included declarations from non-parties requesting
3 that certain of their confidential information contained in the briefing be filed under seal, Dkts.
4 711, 712, 713;
5    WHEREAS, non-party TikTok Inc. provided a declaration supporting its sealing requests
6 to the User Plaintiffs, who provided the declaration to Meta and which was filed at Dkt. 711-20.
7 When it transmitted that declaration, TikTok also provided a second document to the User
8 Plaintiffs, which User Plaintiffs also provided to Meta and which was filed at Dkt. 711-21;
9    WHEREAS, TikTok has since advised Meta that it did not intend for the document filed at
10 Dkt. 711-21 to be submitted to the Court in connection with the omnibus sealing motion, and
11 requested that Meta seek to remove that document from the docket;
12    ACCORDINGLY, the parties, by and through their respective counsel, hereby stipulate
13 and agree and respectfully request that, subject to the Court's approval, the document filed at Dkt.
14 711-21 be withdrawn and removed from the docket.
15    **IT IS SO STIPULATED.**
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: November 30, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | By:  /s/ Shana E. Scarlett<br>**HAGENS BERMAN SOBOL SHAPIRO LLP** | By:  /s/ Kevin Y. Teruya<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

DATED: November 30, 2023

By:  */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
   shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (*pro hac vice*)
   wjbruckner@locklaw.com
Robert K. Shelquist (*pro hac vice*)
   rkshelquist@locklaw.com
Brian D. Clark (*pro hac vice*)
   bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
   rapeterson@locklaw.com
Arielle S. Wagner (*pro hac vice*)
   aswagner@locklaw.com
Kyle J. Pozan (admitted *pro hac vice*)
   kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
   lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Respectfully submitted,

By:  */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
   kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
   adamwolfson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
   clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
   brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Michelle Schmit
   michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

Manisha M. Sheth (admitted *pro hac vice*)
   manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Interim Counsel for the Consumer Class*

| | |
|---|---|
| By: */s/ Yavar Bathaee* <br> **BATHAEE DUNNE LLP** <br> Yavar Bathaee (Bar No. 282388) <br>   yavar@bathaeedunne.com <br> Andrew C. Wolinsky (*pro hac vice*) <br>   awolinsky@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> Telephone: (332) 322-8835 <br> <br> Brian J. Dunne (Bar No. 275689) <br>   bdunne@bathaeedunne.com <br> Edward M. Grauman (*pro hac vice*) <br>   egrauman@bathaeedunne.com <br> 901 South MoPac Expressway <br> Barton Oaks Plaza I, Suite 300 <br> Austin, TX 78746 <br> Telephone: (512) 575-8848 <br> <br> **AHDOOT & WOLFSON, PC** <br> Tina Wolfson (Bar No. 174806) <br>   twolfson@ahdootwolfson.com <br> Robert Ahdoot (Bar No. 172098) <br>   rahdoot@ahdootwolfson.com <br> Theodore W. Maya (Bar No. 223242) <br>   tmaya@ahdootwolfson.com <br> Henry Kelston (*pro hac vice*) <br>   hkelston@ahdootwolfson.com <br> 2600 West Olive Avenue, Suite 500 <br> Burbank, CA 91505 <br>   Telephone: (310) 474-9111 | By:  */s/ Amanda F. Lawrence* <br> **SCOTT+SCOTT ATTORNEYS AT LAW LLP** <br> Amanda F. Lawrence (*pro hac vice*) <br>   alawrence@scott-scott.com <br> Patrick J. McGahan (*pro hac vice*) <br>   pmcgahan@scott-scott.com <br> Michael P. Srodoski (*pro hac vice*) <br>   msrodoski@scott-scott.com <br> 156 South Main Street, P.O. Box 192 <br> Colchester, CT 06415 <br> Telephone: (860) 537-5537 <br> <br> Hal D. Cunningham (Bar No. 243048) <br>   hcunningham@scott-scott.com <br> Daniel J. Brockwell (Bar No. 335983) <br>   dbrockwell@scott-scott.com <br> 600 W. Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone: (619) 233-4565 <br> <br> Patrick J. Rodriguez (pro hac vice) <br>   prodriguez@scott-scott.com <br> 230 Park Avenue, 17th Floor <br> New York, NY 10169 <br> Telephone: (212) 223-6444 <br> <br> **LEVIN SEDRAN & BERMAN LLP** <br> Keith J. Verrier (*pro hac vice*) <br>   kverrier@lfsblaw.com <br> Austin B. Cohen (*pro hac vice*) <br>   acohen@lfsblaw.com <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA 19106 <br> Telephone: (215) 592-1500 <br> <br> *Interim Counsel for the Advertiser Class* |

By: */s/ Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000


*Attorneys for Defendant Meta Platforms, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: November 30, 2023    By:    /s/ Sonal N. Mehta
                                          Sonal N. Mehta

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 5, 2023

_____
JAMES DONATO
United States District Judge