**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 45965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. Rodriguez (*pro hac vice*)
prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Consolidated Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF ADVERTISER PLAINTIFFS' REQUEST TO MODIFY SCHEDULE** |

I, Amanda F. Lawrence, declare as follows:

1. I am an attorney admitted *pro hac vice* in this action (the "Action"). I am a partner at Scott+Scott Attorneys at Law LLP, interim Co-Lead Counsel for the Advertiser Classes in the Action. I submit this declaration in support of Advertiser Plaintiffs' Request to Modify Schedule. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Counsel for Advertiser Plaintiffs have conferred with counsel for Defendant Meta Platforms, Inc. ("Meta"), who opposes this motion, and asked that Advertisers include a short statement in opposition within the motion, which Advertisers have done.

3. On Tuesday, November 28, 2023, Advertisers' expert Dr. Michael Williams learned that he would need to attend a two-week trial in another matter,

4. That trial is scheduled to run from January 8, 2024, through January 19, 2024.

5. Dr. Williams will also be required to dedicate significant time to trial preparation in the week of January 1, 2024.

6. Dr. Williams informed me shortly after November 28, 2023, that while it may be possible for him to attend the trial and finalize his merits report in this action by January 12, 2024, doing so would be very challenging and burdensome for him and his team.

7. Advertiser Plaintiffs raised the limited, two-week extension proposed in Advertisers' letter brief with Meta, and after meeting and conferring on the issue, the parties reached impasse on December 14, 2023.

8. Pursuant to Local Rule 6.3(a), the only dates affected by Advertisers' motion are the three identified in Advertisers' letter brief. Further, the operative scheduling order in this case, ECF No. 379, amended a prior scheduling order, ECF No. 115, though ECF No. 115 did not include deadlines for the specific events affected by Advertisers' motion.

1. I declare under penalty of perjury under the laws of the United States of America that the foregoing
2. is true and correct.  Executed on this 18th day of December, 2023 at Colchester, Connecticut.
3. 
4.                                             */s/Amanda F. Lawrence*
                                                     Amanda F. Lawrence

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2023, I caused a true and correct copy of the foregoing document to be served by electronic mail on all counsel of record.

Dated: December 18, 2023          By:   */s/Amanda F. Lawrence*
                                                    Amanda F. Lawrence