**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. Rodriguez (*pro hac vice*)
prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-08570-JD<br><br>The Hon. James Donato<br><br>**[PROPOSED] ORDER GRANTING ADVERTISER PLAINTIFFS' REQUEST TO MODIFY SCHEDULE** |

Before the Court is the Advertiser Plaintiffs' Request, pursuant to L.R. 6-3, to Modify the operative scheduling order, filed on December 18, 2023 (the "Motion"). The Court, having reviewed the Motion and accompanying declaration in support, hereby **ORDERS** that the Motion is **GRANTED** as follows:

The Court will modify the operative scheduling order, ECF No. 379, only as to the Advertiser case, as follow**:**

| Event | Deadline in ECF No. 379 | New Deadline |
|---|---|---|
| Bilateral merits expert disclosures | January 12, 2024 | January 26, 2024 |
| Bilateral merits rebuttal expert disclosures | February 9, 2024 | February 23, 2024 |
| Merits expert discovery cut-off | March 15, 2024 | March 29, 2024 |

All other deadlines are unaffected.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                                                     HONORABLE JAMES DONATO
                                                                     UNITED STATES DISTRICT JUDGE