| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) <br> Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) <br>  Sonal.Mehta@wilmerhale.com <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, California 94306 <br> Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) <br>  Molly.Jennings@wilmerhale.com <br> 2100 Pennsylvania Ave NW <br> Washington, DC 20037 <br> Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) <br>  David.Gringer@wilmerhale.com <br> ROSS E. FIRSENBAUM (*pro hac vice*) <br>  Ross.Firsenbaum@wilmerhale.com <br> RYAN CHABOT (*pro hac vice*) <br>  Ryan.Chabot@wilmerhale.com <br> PAUL VANDERSLICE (*pro hac vice*) <br>  Paul.Vanderslice@wilmerhale.com <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, New York 10007 <br> Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) <br>  Michaela.Sewall@wilmerhale.com <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware Corporation headquartered in California, <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **META PLATFORMS, INC.'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH CLASS CERTIFICATION AND *DAUBERT* BRIEFING** <br><br> Judge: Hon. James Donato |

1  On November 21, 2023, the parties filed an omnibus motion to seal certain portions of the
2  parties' class certification and *Daubert* briefing. *See* Dkts. 711, 712, 713. On December 1, 2023,
3  Meta filed a supplemental motion to seal addressing twelve of Meta's sealing requests that were
4  inadvertently omitted from the proposed order submitted in connection with the omnibus motion
5  to seal. *See* Dkt. 716. Both the omnibus motion to seal and Meta's supplemental motion to seal
6  inadvertently omitted nine other of Meta's sealing requests.

7  Meta respectfully requests to supplement the sealing requests contained in the omnibus
8  motion to seal and its supplemental motion to seal with these nine additional sealing requests listed
9  below. These sealing requests are narrowly tailored, relate to Meta's non-public, confidential data
10 regarding user behavior and advertising revenue, *see* Dkt. 711 at 6-7, 9-11, and contain
11 substantially the same information that Meta seeks to seal elsewhere in the class certification and
12 *Daubert* briefing, *see* Dkt. 711-36 at 3, 17, 25, 28-29, 32-34; Dkt. 716-2 at 1, 2. Indeed, five of
13 the nine of the sealing requests contained in this motion pertain to duplicative copies of the same
14 material filed elsewhere on the docket that were the subject of Meta's sealing requests in the
15 omnibus motion to seal.

16 Meta's sealing requests are supported by the Declaration of Amrish Acharya, Dkt. 711-1,
17 Rows 3, 13, 161, 164, 165, 166, 167, 188, 190, 194, 195.

18 Plaintiffs take no position on this motion. Vanderslice Decl. ¶¶ 4-5. The parties continue
19 to take no position on any other party's sealing requests.

| Vanderslice Decl. (Dkt. 711-3) Exhibit | Portion of Document Sought to Be Sealed |
|---|---|
| **Reply Report of Michael A. Williams, filed at Dkt. Nos. 642-10 (Ex. B), 657-7 (Ex. 9), 659-7 (Ex. 5), 661-3 (Ex. 2), 671-7 (Ex. 6), 675-10 (Ex. 9)** | |
| Exhibit G | ¶ 105, first sentence between "similar to a" and "augmented by" |
| **Expert Report of Nicholas Economides, filed at Dkt. Nos. 645-5, 651-4 (Ex. 1), 652-3 (Ex. 1), 663-2 (Ex. 1), 669-7 (Ex. 6)** | |
| Exhibit I | ¶ 65, graphic included at top of p. 20 |

| Vanderslice Decl. (Dkt. 711-3) Exhibit | Portion of Document Sought to Be Sealed |
|---|---|
| **Transcript of the Deposition of Scott Fasser, excerpt filed at Dkt. No. 647-5** | |
| Identical copy attached as Exhibit P1[1] | 23:20 |
| Identical copy attached as Exhibit P1 | 145:20-146:14 |
| Identical copy attached as Exhibit P1 | 148:2-5 |
| Identical copy attached as Exhibit P1 | 150:2-7 |
| **Transcript of the Deposition of Michael A. Williams, excerpt filed at Dkt. No. 671-10** | |
| Exhibit T4 | 116:5-8 |
| **Transcript of the Deposition of Michael A. Williams, excerpts filed at Dkt. No. 683-3** | |
| Excerpt containing relevant pages attached as Exhibit T4[2] | 88:3-89:25 |

| Vanderslice Decl. (Dkt. 723-1, filed herewith) Exhibit | Portion of Document Sought to Be Sealed |
|---|---|
| **Advertiser Plaintiffs' Reply in Support of Their Motion to Exclude the Expert Report and Testimony of Dr. Catherine Tucker, filed at Dkt. No. 681-1** | |
| Exhibit DD | 2:24, 2:26, 2:27 (percentages) |

---

[1] Identical excerpts of this deposition transcript were filed at Dkt. Nos. 646-5 and 647-5. The copy of the excerpt filed at Dkt. 646-5 was attached to the omnibus sealing motion as Vanderslice Decl. Ex. P1. The omnibus motion to seal noted that this excerpt was filed at Dkt. 646-5 but inadvertently omitted reference to the fact that the excerpt was also filed at Dkt. 647-5. In this motion, Meta is requesting to seal the same portion of the copy of the excerpt filed at Dkt. 647-5 as it seeks to seal in the identical copy of the excerpt filed at Dkt. 646-5, and on the same basis. *See* Dkt. 711-36 at 29.

[2] Different excerpts of this deposition transcript were filed at Dkt Nos. 671-10 and 683-3. The excerpt filed at Dkt. 671-10 was attached to the omnibus motion to seal as Vanderslice Decl. Ex. T4. Both that excerpt and the excerpt filed at Dkt. 683-3 contain pages 88-89 of the transcript, which are the pages that are the subject of Meta's sealing request in this motion. The omnibus motion to seal noted that the excerpt filed at Dkt. 671-10 contained pages 88-89 but inadvertently omitted reference to the fact that the excerpt filed at Dkt. 683-3 also contained pages 88-89. In this motion, Meta is requesting to seal the same portions of pages 88-89 of the transcript excerpt filed at Dkt. 683-3 as it seeks to seal in those pages of the transcript excerpt filed at Dkt. 671-10, and on the same basis. *See* Dkt. 711-36 at 33.

| | | |
|---|---|---|
| 1 | DATED: December 28, 2023 | Respectfully submitted, |
| 2 | | By: */s/ Sonal N. Mehta* |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | | Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 |

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*