| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br>Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF PAUL VANDERSLICE IN SUPPORT OF META PLATFORMS, INC.'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE CLASS CERTIFICATION AND *DAUBERT* BRIEFING**<br><br>Judge: Hon. James Donato |

No. 3:20-cv-08570-JD

VANDERSLICE DECL. ISO META'S SUPP. MOT. TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE CLASS CERTIFICATION AND *DAUBERT* BRIEFING

I, Paul Vanderslice, declare as follows:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Supplemental Motion to Seal Materials Submitted in Connection with the Class Certification and *Daubert* Briefing. I have personal knowledge of the facts or circumstances set forth herein. If called upon as a witness in this action, I could and would testify competently thereto.

2. Attached as Exhibit DD is a true and correct copy of Advertiser Plaintiffs' Reply In Support of Their Motion to Exclude The Expert Report And Testimony Of Dr. Catherine Tucker, filed at Dkt. No. 681-1. Meta's sealing position for this document is indicated in red highlighting. The yellow highlighting may be disregarded.

3. On December 27, 2023, I notified counsel for the User Plaintiffs and Advertiser Plaintiffs of Meta's intent to file this motion, and asked if plaintiffs intended to take a position on the motion.

4. On December 27, 2023, counsel for the Advertiser Plaintiffs stated that Advertiser Plaintiffs take no position on the motion.

5. On December 27, 2023, counsel for the User Plaintiffs stated that User Plaintiffs take no position on the motion.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 28th day of December, 2023, in New York, New York.

By: */s/ Paul Vanderslice*
Paul Vanderslice

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatory.

By:    */s/ Sonal N. Mehta*
           Sonal N. Mehta

No. 3:20-cv-08570-JD    -2-    VANDERSLICE DECL. ISO META'S SUPP. MOT. TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH THE CLASS CERTIFICATION AND *DAUBERT* BRIEFING