UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING META PLATFORMS, INC.'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH CLASS CERTIFICATION AND *DAUBERT* BRIEFING**<br><br>Judge: Hon. James Donato |

Having considered the Supplemental Motion to Seal Materials Submitted in Connection with the Class Certification and *Daubert* Briefing and any materials submitted in support thereto, pursuant to Local Rule 7-11;

**IT IS HEREBY ORDERED**:

The following portions the documents listed below may be filed under seal:

| Vanderslice Decl. (Dkt. 711-3) Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| **Reply Report of Michael A. Williams, filed at Dkt. Nos. 642-10 (Ex. B), 657-7 (Ex. 9), 659-7 (Ex. 5), 661-3 (Ex. 2), 671-7 (Ex. 6), 675-10 (Ex. 9)** | | | |
| Exhibit G | ¶ 105, first sentence between "similar to a" and "augmented by" | Meta (Acharya Decl. Row 13) | |
| **Expert Report of Nicholas Economides, filed at Dkt. Nos. 645-5, 651-4 (Ex. 1), 652-3 (Ex. 1), 663-2 (Ex. 1), 669-7 (Ex. 6)** | | | |
| Exhibit I | ¶ 65, graphic included at top of p. 20 | Meta (Acharya Decl. Row 161) (same basis) | |
| **Transcript of the Deposition of Scott Fasser, excerpt filed at Dkt. No. 647-5** | | | |
| Identical copy attached as Exhibit P1 | 23:20-24:1 | Meta (Acharya Decl. Row 164) (same basis) | |
| Identical copy attached as Exhibit P1 | 145:20-146:14 | Meta (Acharya Decl. Row 165) (same basis) | |
| Identical copy attached as Exhibit P1 | 148:2-5 | Meta (Acharya Decl. Row 166) (same basis) | |
| Identical copy attached as Exhibit P1 | 150:2-7 | Meta (Acharya Decl. Row 167) (same basis) | |
| **Transcript of the Deposition of Michael A. Williams, excerpts filed at Dkt. No. 671-10** | | | |
| Exhibit T4 | 116:5-8 | Meta (Acharya Decl. Row 195) (same basis) | |

| Vanderslice Decl. (Dkt. 711-3) Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| **Transcript of the Deposition of Michael A. Williams, excerpts filed at Dkt. No. 683-3** | | | |
| Excerpt containing relevant pages attached as Exhibit T4 | 88:3-89:25 | Meta (Acharya Decl. Row 194) (same basis) | |

| Vanderslice Decl. (Dkt. 723-1, filed herewith) Exhibit | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| **Advertiser Plaintiffs' Reply in Support of Their Motion to Exclude the Expert Report and Testimony of Dr. Catherine Tucker, filed at Dkt. No. 681-1** | | | |
| Exhibit DD | 2:24, 2:26, 2:27 (percentages)<br><br>Meta's sealing position for this document is indicated in red highlighting. The yellow highlighting may be disregarded. | Meta (Acharya Decl. Rows 3, 188, 190) (same bases) | |

Dated: _____, \_\_\_\_\_

                                        Honorable James Donato
                                        United States District Court Judge
                                        Northern District of California