**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

(Additional counsel on signature page)

*Interim Co-Lead Counsel for the Advertiser Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL CHANG HAHN** <br><br> Hon. James Donato |

PLEASE TAKE NOTICE that Chang Hahn (admitted *pro hac vice*) is departing the law firm of Bathaee Dunne LLP. Pursuant to Civil Local Rule 5-1(c)(2)(C), the firm hereby withdraws her appearance in this matter as counsel for Advertiser Plaintiffs and further requests that: (a) her name be removed from any applicable service list herein; and (b) the Clerk terminate the delivery of all CM/ECF notices addressed to chahn@bathaeedunne.com in the above-captioned case.

Bathaee Dunne LLP will continue to represent Advertiser Plaintiffs in this matter. No other changes are requested at this time regarding Advertiser Plaintiffs' counsel of record.

Dated: January 30, 2024

**BATHAEE DUNNE LLP**

By: */s/ Yavar Bathaee*
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
Andrew M. Williamson (CA 344695)
awilliamson@bathaeedunne.com
Adam Ernette (*pro hac vice*)
aernette@bathaeedunne.com
Priscilla Ghiță (*pro hac vice*)
pghita@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson Cross (CA 328596)
across@bathaeedunne.com
3420 Bristol St, Ste 600
Costa Mesa, CA 92626-7133

*Interim Co-Lead Counsel for the Advertiser Classes*