1  HAGENS BERMAN SOBOL SHAPIRO LLP
   Shana E. Scarlett (Bar No. 217895)
2  715 Hearst Avenue, Suite 300
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Email: shanas@hbsslaw.com
4

5  *Interim Co-Lead Consumer Class Counsel*

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | MAXIMILLIAN KLEIN, *et al.*, | Consolidated Case No. 3:20-cv-08570-JD |

12 | Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL THOMAS ERIC LOESER** |

13 | v. |

14 | META PLATFORMS, INC., |

15 | Defendant. |

16

17 This document relates to: *All Actions*

1    PLEASE TAKE NOTICE that Thomas Eric Loeser is longer affiliated with the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"). Pursuant to Local Rule 5-1(c)(2)(C), Hagens Berman hereby withdraws Mr. Loeser's appearance in this matter and further requests that: (a) his name be removed from any applicable service list herein; and (b) the Clerk terminate the delivery of all CM/ECF notices addressed to TomL@hbsslaw.com in the above-captioned case.

Hagens Berman will continue to represent the Consumer Class Plaintiffs in this matter. No other changes are requested at this time regarding Consumer Class Plaintiffs' counsel of record.

DATED: March 5, 2024                    Respectfully submitted,

                                        HAGENS BERMAN SOBOL SHAPIRO LLP

                                        /s/ Shana E. Scarlett
                                           Shana E. Scarlett (Bar No. 217895)
                                           shanas@hbsslaw.com
                                        715 Hearst Avenue, Suite 300
                                        Berkeley, CA 94710
                                        (510) 725-3000

                                        Steve W. Berman (admitted *pro hac vice*)
                                           steve@hbsslaw.com
                                        1301 Second Avenue, Suite 2000
                                        Seattle, WA 98101
                                        (206) 623-7292

                                        *Interim Co-Lead Consumer Class Counsel*

NOTICE OF WITHDRAWAL OF COUNSEL - 1
Case No. 20-CV-08570-JD