1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

[Additional counsel listed on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO DISPOSITIVE MOTIONS AND MERITS *DAUBERT* BRIEFING**<br><br>Judge: Hon. James Donato |

1   WHEREAS, this Court's November 18, 2022 Amended Scheduling Order set a schedule

2   for briefing associated with dispositive motions and merits *Daubert* motions.  As set forth in the

3   scheduling order, the last date to file dispositive motions and merits *Daubert* motions is April 5,

4   2024, and briefing is scheduled to be complete on those motions on May 21, 2024.  The scheduling

5   order also calls for the parties to file, on May 28, 2024, a joint submission for the merits concurrent

6   expert proceeding.  Dkt. 379.

7   WHEREAS, the parties anticipate that briefing on any dispositive motions and merits

8   *Daubert* motions and the joint submission for the merits concurrent expert proceeding would

9   involve "voluminous or multiple administrative motions to seal … if normal procedures were

10  followed," including motions to consider whether multiple non-parties' information should be

11  sealed.  Accordingly, the parties believe that these filings are subject to the procedure set forth in

12  Paragraph 31 of the Court's Standing Order for Civil Cases, which calls for the filing of a single

13  combined administrative motion to seal covering all unopposed sealing requests, and a single

14  combined administrative motion to seal covering all opposed requests, following the completion

15  of briefing ("Omnibus Sealing Motions").

16  WHEREAS, given that pursuant to Paragraph 31, the Omnibus Sealing Motions will

17  supersede any interim sealing motions that would ordinarily accompany the parties' opening

18  briefs, opposition briefs, reply briefs, and the joint submission for the merits concurrent expert

19  proceeding, the parties believe it will be most efficient for the Court, the parties, and any implicated

20  non-parties to handle all sealing issues in Omnibus Sealing Motions to be filed following the filing

21  of these materials.

22  WHEREAS, the parties have conferred and jointly propose, subject to the Court's approval,

23  certain modifications to this Court's procedures for sealing of filings associated with dispositive

24  motion briefing, merits *Daubert* briefing, and the joint submission for the merits concurrent expert

25  proceeding, for efficiency and to reduce burden on the Court, the parties, and any implicated non-

26  parties.  The parties are mindful of the Court's instructions that sealing requests should be few,

27  narrowly tailored, and well-supported.  *See* Dkt. 344.

28  WHEREAS, this Court previously approved similar modifications to its sealing procedures

1    for the parties' briefing on motions for class certification and related *Daubert* motions, Dkt. 656,

2    and the parties understand that this Court has approved similar modifications to its sealing

3    procedures in other similar contexts, *In re Google Play Store Antitrust Litig.*, 3:21-md-02981-JD,

4    Dkts. 246, 256, 496 (N.D. Cal.).

5        NOW, THEREFORE, IT IS STIPULATED AND AGREED SUBJECT TO THE

6    COURT'S APPROVAL:

7        • The parties shall file redacted versions of dispositive motions briefing, merits

8          *Daubert* briefing, and the joint submission for the merits concurrent expert

9          proceeding, as separate entries on the ECF docket; and

10       • The parties shall also contemporaneously file unredacted copies of all documents

11         on the ECF docket provisionally under seal, along with a one-page interim sealing

12         motion which may indicate that the reasons for sealing will be discussed in a

13         forthcoming Omnibus Sealing Motion; and

14       • The parties and any non-parties shall jointly file Omnibus Sealing Motions

15         covering the dispositive motions briefing, merits *Daubert* briefing, and the joint

16         submission for the merits concurrent expert proceeding 30 days after the last of

17         these documents is filed;

18       • For briefing on other motions or other filings not referenced in this stipulation that

19         the parties anticipate would involve voluminous or multiple administrative motions

20         to seal if normal procedures were followed, the parties may agree to use the sealing

21         procedure set out in this stipulation without seeking further authorization from the

22         Court.  For such filings, the parties shall file redacted versions of the relevant

23         documents as separate entries on the ECF docket; contemporaneously file

24         unredacted copies of all documents on the ECF docket provisionally under seal,

25         along with a one-page interim sealing motion which may indicate that the reasons

26         for sealing will be discussed in a forthcoming Omnibus Sealing Motion; and the

27         parties and any non-parties shall jointly file Omnibus Sealing Motions covering

28         such filings 30 days after the last document associated with the relevant motion or

1           other filing is filed.

2

3        **IT IS SO STIPULATED.**

1

DATED:  March 25, 2024                    Respectfully submitted,

2

By:  */s/ Shana E. Scarlett*              By:  */s/ Kevin Y. Teruya*

3

**HAGENS BERMAN SOBOL SHAPIRO LLP**       **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com                      Kevin Y. Teruya (Bar No. 235916)

4

715 Hearst Avenue, Suite 202               kevinteruya@quinnemanuel.com
Berkeley, CA 94710                        Adam B. Wolfson (Bar No. 262125)

5

Telephone: (510) 725-3000                  adamwolfson@quinnemanuel.com
                                          Claire D. Hausman (Bar No. 282091)

6

Steve W. Berman (*pro hac vice*)           clairehausman@quinnemanuel.com
steve@hbsslaw.com                         Brantley I. Pepperman (Bar No. 322057)

7

1301 Second Avenue, Suite 2000             brantleypepperman@quinnemanuel.com
Seattle, WA 98101                         865 South Figueroa Street, 10th Floor

8

Telephone: (206) 623-7292                 Los Angeles, CA 90017-2543
                                          (213) 443-3000

9

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

10

W. Joseph Bruckner (*pro hac vice*)       Michelle Schmit
  wjbruckner@locklaw.com                    michelleschmit@quinnemanuel.com
Robert K. Shelquist (*pro hac vice*)      191 N. Wacker Drive, Suite 2700

11

  rkshelquist@locklaw.com                 Chicago, IL 60606
Brian D. Clark (*pro hac vice*)           Telephone: (312) 705-7400

12

  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)      Manisha M. Sheth (admitted *pro hac vice*)

13

  rapeterson@locklaw.com                    manishasheth@quinnemanuel.com
Arielle S. Wagner (*pro hac vice*)        51 Madison Avenue, 22nd Floor

14

  aswagner@locklaw.com                    New York, New York 10010
Kyle J. Pozan (admitted *pro hac vice*)   (212) 849-7000

15

  kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*) *Interim Counsel for the Consumer Class*

16

  lmmatson@locklaw.com
100 Washington Avenue South, Suite

17

2200
Minneapolis, MN 55401

18

Telephone: (612) 339-6900

19

20

21

22

23

24

25

26

27

28

By:  */s/ Yavar Bathaee*
**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835

Brian J. Dunne (Bar No. 275689)
  bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
  egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (512) 575-8848

**AHDOOT & WOLFSON, PC**
Tina Wolfson (Bar No. 174806)
  twolfson@ahdootwolfson.com
Robert Ahdoot (Bar No. 172098)
  rahdoot@ahdootwolfson.com
Theodore W. Maya (Bar No. 223242)
  tmaya@ahdootwolfson.com
Henry Kelston (*pro hac vice*)
  hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
 Telephone: (310) 474-9111

By:  */s/ Amanda F. Lawrence*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
  pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
  msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

Hal D. Cunningham (Bar No. 243048)
  hcunningham@scott-scott.com
Daniel J. Brockwell (Bar No. 335983)
  dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565

Patrick J. Rodriguez (pro hac vice)
  prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

**LEVIN SEDRAN & BERMAN LLP**
Keith J. Verrier (*pro hac vice*)
  kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
  acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

*Interim Counsel for the Advertiser Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

1 **SIGNATURE ATTESTATION**

2   This document is being filed through the Electronic Case Filing (ECF) system by attorney

3 Sonal N. Mehta.  By her signature, Ms. Mehta attests that she has obtained concurrence in the

4 filing of this document from each of the attorneys identified on the caption page and in the above

5 signature block.

6

7                                                      By:   */s/ Sonal N. Mehta*

8                                                            Sonal N. Mehta

9

10

11

12 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14

15

16

17

18 Dated: _____

19                                                            JAMES DONATO
                                                             United States District Judge

20

21

22

23

24

25

26

27

28