**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

**BATHAEE DUNNE LLP**
Yavar Bathaee (Bar No. 282388)
  yavar@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
  alawrence@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

*Interim Co-Lead Advertiser Class Counsel*

[Additional counsel listed on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                                Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO DISPOSITIVE MOTIONS AND MERITS *DAUBERT* BRIEFING**<br><br>Judge: Hon. James Donato |

1     WHEREAS, this Court's November 18, 2022 Amended Scheduling Order set a schedule for briefing associated with dispositive motions and merits *Daubert* motions. As set forth in the scheduling order, the last date to file dispositive motions and merits *Daubert* motions is April 5, 2024, and briefing is scheduled to be complete on those motions on May 21, 2024. The scheduling order also calls for the parties to file, on May 28, 2024, a joint submission for the merits concurrent expert proceeding. Dkt. 379.

    WHEREAS, the parties anticipate that briefing on any dispositive motions and merits *Daubert* motions and the joint submission for the merits concurrent expert proceeding would involve "voluminous or multiple administrative motions to seal … if normal procedures were followed," including motions to consider whether multiple non-parties' information should be sealed. Accordingly, the parties believe that these filings are subject to the procedure set forth in Paragraph 31 of the Court's Standing Order for Civil Cases, which calls for the filing of a single combined administrative motion to seal covering all unopposed sealing requests, and a single combined administrative motion to seal covering all opposed requests, following the completion of briefing ("Omnibus Sealing Motions").

    WHEREAS, given that pursuant to Paragraph 31, the Omnibus Sealing Motions will supersede any interim sealing motions that would ordinarily accompany the parties' opening briefs, opposition briefs, reply briefs, and the joint submission for the merits concurrent expert proceeding, the parties believe it will be most efficient for the Court, the parties, and any implicated non-parties to handle all sealing issues in Omnibus Sealing Motions to be filed following the filing of these materials.

    WHEREAS, the parties have conferred and jointly propose, subject to the Court's approval, certain modifications to this Court's procedures for sealing of filings associated with dispositive motion briefing, merits *Daubert* briefing, and the joint submission for the merits concurrent expert proceeding, for efficiency and to reduce burden on the Court, the parties, and any implicated non-parties. The parties are mindful of the Court's instructions that sealing requests should be few, narrowly tailored, and well-supported. *See* Dkt. 344.

    WHEREAS, this Court previously approved similar modifications to its sealing procedures

for the parties' briefing on motions for class certification and related *Daubert* motions, Dkt. 656, and the parties understand that this Court has approved similar modifications to its sealing procedures in other similar contexts, *In re Google Play Store Antitrust Litig.*, 3:21-md-02981-JD, Dkts. 246, 256, 496 (N.D. Cal.).

NOW, THEREFORE, IT IS STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The parties shall file redacted versions of dispositive motions briefing, merits *Daubert* briefing, and the joint submission for the merits concurrent expert proceeding, as separate entries on the ECF docket; and

- The parties shall also contemporaneously file unredacted copies of all documents on the ECF docket provisionally under seal, along with a one-page interim sealing motion which may indicate that the reasons for sealing will be discussed in a forthcoming Omnibus Sealing Motion; and

- The parties and any non-parties shall jointly file Omnibus Sealing Motions covering the dispositive motions briefing, merits *Daubert* briefing, and the joint submission for the merits concurrent expert proceeding 30 days after the last of these documents is filed;

- For briefing on other motions or other filings not referenced in this stipulation that the parties anticipate would involve voluminous or multiple administrative motions to seal if normal procedures were followed, the parties may agree to use the sealing procedure set out in this stipulation without seeking further authorization from the Court. For such filings, the parties shall file redacted versions of the relevant documents as separate entries on the ECF docket; contemporaneously file unredacted copies of all documents on the ECF docket provisionally under seal, along with a one-page interim sealing motion which may indicate that the reasons for sealing will be discussed in a forthcoming Omnibus Sealing Motion; and the parties and any non-parties shall jointly file Omnibus Sealing Motions covering such filings 30 days after the last document associated with the relevant motion or

1     other filing is filed.

3     **IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: March 25, 2024 | Respectfully submitted, |
| By: */s/ Shana E. Scarlett* | By: */s/ Kevin Y. Teruya* |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Shana E. Scarlett (Bar No. 217895) | Kevin Y. Teruya (Bar No. 235916) |
| shanas@hbsslaw.com | kevinteruya@quinnemanuel.com |
| 715 Hearst Avenue, Suite 202 | Adam B. Wolfson (Bar No. 262125) |
| Berkeley, CA 94710 | adamwolfson@quinnemanuel.com |
| Telephone: (510) 725-3000 | Claire D. Hausman (Bar No. 282091) |
| | clairehausman@quinnemanuel.com |
| Steve W. Berman (*pro hac vice*) | Brantley I. Pepperman (Bar No. 322057) |
| steve@hbsslaw.com | brantleypepperman@quinnemanuel.com |
| 1301 Second Avenue, Suite 2000 | 865 South Figueroa Street, 10th Floor |
| Seattle, WA 98101 | Los Angeles, CA 90017-2543 |
| Telephone: (206) 623-7292 | (213) 443-3000 |
| | |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | Michelle Schmit |
| W. Joseph Bruckner (*pro hac vice*) | michelleschmit@quinnemanuel.com |
| wjbruckner@locklaw.com | 191 N. Wacker Drive, Suite 2700 |
| Robert K. Shelquist (*pro hac vice*) | Chicago, IL 60606 |
| rkshelquist@locklaw.com | Telephone: (312) 705-7400 |
| Brian D. Clark (*pro hac vice*) | |
| bdclark@locklaw.com | Manisha M. Sheth (admitted *pro hac vice*) |
| Rebecca A. Peterson (Bar No. 241858) | manishasheth@quinnemanuel.com |
| rapeterson@locklaw.com | 51 Madison Avenue, 22nd Floor |
| Arielle S. Wagner (*pro hac vice*) | New York, New York 10010 |
| aswagner@locklaw.com | (212) 849-7000 |
| Kyle J. Pozan (admitted *pro hac vice*) | |
| kjpozan@locklaw.com | *Interim Counsel for the Consumer Class* |
| Laura M. Matson (admitted *pro hac vice*) | |
| lmmatson@locklaw.com | |
| 100 Washington Avenue South, Suite 2200 | |
| Minneapolis, MN 55401 | |
| Telephone: (612) 339-6900 | |

|   |   |
|---|---|
| By: /s/ Yavar Bathaee<br>**BATHAEE DUNNE LLP**<br>Yavar Bathaee (Bar No. 282388)<br>  yavar@bathaeedunne.com<br>Andrew C. Wolinsky (*pro hac vice*)<br>  awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone: (332) 322-8835<br><br>Brian J. Dunne (Bar No. 275689)<br>  bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>  egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Telephone: (512) 575-8848<br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (Bar No. 174806)<br>  twolfson@ahdootwolfson.com<br>Robert Ahdoot (Bar No. 172098)<br>  rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Bar No. 223242)<br>  tmaya@ahdootwolfson.com<br>Henry Kelston (*pro hac vice*)<br>  hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>  Telephone: (310) 474-9111 | By: /s/ Amanda F. Lawrence<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>  alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>  pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>  msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br><br>Hal D. Cunningham (Bar No. 243048)<br>  hcunningham@scott-scott.com<br>Daniel J. Brockwell (Bar No. 335983)<br>  dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br><br>Patrick J. Rodriguez (pro hac vice)<br>  prodriguez@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>  kverrier@lfsblaw.com<br>Austin B. Cohen (*pro hac vice*)<br>  acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br><br>*Interim Counsel for the Advertiser Class* |

|   |   |
|---|---|
| 1  | By: */s/ Sonal N. Mehta* |
| 2  | SONAL N. MEHTA (SBN 222086) |
|    | Sonal.Mehta@wilmerhale.com |
| 3  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 4  | 2600 El Camino Real, Suite 400 |
|    | Palo Alto, California 94306 |
| 5  | Telephone: (650) 858-6000 |
| 6  | DAVID Z. GRINGER (*pro hac vice*) |
|    | David.Gringer@wilmerhale.com |
| 7  | ROSS E. FIRSENBAUM (*pro hac vice*) |
|    | Ross.Firsenbaum@wilmerhale.com |
| 8  | RYAN CHABOT (*pro hac vice*) |
|    | Ryan.Chabot@wilmerhale.com |
| 9  | PAUL VANDERSLICE (*pro hac vice*) |
|    | Paul.Vanderslice@wilmerhale.com |
| 10 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 11 | 7 World Trade Center |
|    | 250 Greenwich Street |
| 12 | New York, New York 10007 |
|    | Telephone: (212) 230-8800 |
| 13 | ARI HOLTZBLATT (*pro hac vice*) |
|    | Ari.Holtzblatt@wilmerhale.com |
| 14 | MOLLY M. JENNINGS (*pro hac vice*) |
|    | Molly.Jennings@wilmerhale.com |
| 15 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 16 | 2100 Pennsylvania Avenue NW |
|    | Washington, DC 20037 |
| 17 | Telephone: (202) 663-6000 |
| 18 | MICHAELA P. SEWALL (*pro hac vice*) |
|    | Michaela.Sewall@wilmerhale.com |
| 19 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 20 | 60 State Street |
|    | Boston, Massachusetts 02109 |
| 21 | Telephone: (617) 526-6000 |
| 22 |   |
| 23 | *Attorneys for Defendant Meta Platforms, Inc.* |

1  **SIGNATURE ATTESTATION**

2      This document is being filed through the Electronic Case Filing (ECF) system by attorney
3  Sonal N. Mehta.  By her signature, Ms. Mehta attests that she has obtained concurrence in the
4  filing of this document from each of the attorneys identified on the caption page and in the above
5  signature block.

7      By:   */s/ Sonal N. Mehta*
8             Sonal N. Mehta

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18  Dated: March 25, 2024

19      JAMES DONATO
    United States District Judge