| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF BRIAN J. DUNNE IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE OPINION TESTIMONY OF DR. GEORGIOS ZERVAS** |

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of Advertiser Plaintiffs' Motion to Exclude Opinion Testimony of Dr. Georgios Zervas.

3. Attached as **Exhibit 1** is a true and correct copy of the Expert Merits Report of Markus Jakobsson, Ph.D., dated January 12, 2024.

4. Attached as **Exhibit 2** is a true and correct copy of the Expert Merits Report of Tilman Klumpp, Ph.D., dated January 12, 2024.

5. Attached as **Exhibit 3** is a true and correct copy of the Expert Merits Rebuttal Report of Markus Jakobsson, Ph.D., dated February 9, 2024.

6. Attached as **Exhibit 4** is a true and correct copy of the Expert Merits Report of Tilman Klumpp, Ph.D., dated February 9, 2024.

7. Attached as **Exhibit 5** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 2255 at the deposition of Mark Zuckerberg.

8. Attached as **Exhibit 6** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 414 at the deposition of Javier Olivan.

9. Attached as **Exhibit 7** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 2256 at the deposition of Mark Zuckerberg.

10. Attached as **Exhibit 8** is a true and correct copy of the Advertiser Merits Rebuttal Report of Georgios Zervas, Ph.D., dated February 9, 2024.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from the certified transcript of the March 19, 2024 deposition of Georgios Zervas.

12. Attached as **Exhibit 10** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 26 at the deposition of Keval Patel.

13. Attached as **Exhibit 11** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 2868 at the deposition of Nimrod Priell.

14. Attached as **Exhibit 12** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 2985 at the deposition of Georgios Zervas.

15. Attached as **Exhibit 13** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 2984 at the deposition of Georgios Zervas.

16. Attached as **Exhibit 14** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 2863 at the deposition of Nimrod Priell.

17. Lodged natively with the Court, with a notice of manual filing, as **Exhibit 15** is a true and correct copy of an Excel spreadsheet produced by Meta in this litigation under the file name "MS Pipeline 2020 BACKUP 05152020.xlsx," bearing Bates Number PALM-016175119, which was marked as PX 20 at the deposition of Keval Patel.

18. Attached as **Exhibit 16** is a true and correct copy of a document produced by Meta in this litigation, which was marked as PX 2989 at the deposition of Georgios Zervas.

19. Attached as **Exhibit 17** is a true and correct copy of the sworn Declaration of Shalev Hulio in Support of Defendants' Motion to Dismiss Under Rules 12(b)(1), 12(b)(2), 12(b)(6), and 12(b)(7), filed in the case *WhatsApp, Inc. v. NSO Group Technologies Limited*, No. 4:19-cv-07123-PJH (N.D. Cal.), as Document 45-11, dated April 2, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2024, in Austin, Texas.

                                          */s/ Brian J. Dunne*
                                          Brian J. Dunne