**FILED UNDER SEAL**

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

(Additional counsel on signature page)

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

(Additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:20-cv-08570-JD

Hon. James Donato

**ADVERTISER PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE OPINION TESTIMONY OF DR. GEORGIOS ZERVAS**

Hearing Date: June 20, 2024

Hearing Time: 10:00 a.m.

Courtroom 11, 19th Floor

**FILED UNDER SEAL**

## NOTICE OF MOTION AND MOTION TO EXCLUDE OPINION TESTIMONY OF DR. GEORGIOS ZERVAS

PLEASE TAKE NOTICE that on June 20, 2024, at 10:00 a.m., before the Honorable James Donato, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California, Courtroom 11, 19th Floor, Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406 Property Services, PLLC, Mark Young, and Katherine Looper, on behalf of themselves and all others similarly situated, will and now do move the Court for an order excluding paragraphs 12 and 66-69 of the Advertiser Merits Rebuttal Report of Georgios Zervas, Ph.D. and related testimony.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, all filed supporting declarations and exhibits, the records, pleadings, and other documents on file in this consolidated action, and any argument that may be presented at or before the hearing on this Motion.

**FILED UNDER SEAL**

## TABLE OF CONTENTS

PRELIMINARY STATEMENT ....... 1

BACKGROUND ....... 1

A. The IAAP Program and Advertiser Plaintiffs' Expert Analysis ....... 1

B. Dr. Zervas's Expert Report ....... 3

ARGUMENT ....... 4

CONCLUSION ....... 10

**FILED UNDER SEAL**

## TABLE OF AUTHORITIES

### Cases

*Foshee v. Zuniga*,
2021 WL 1947560 (N.D. Cal. May 14, 2021) .......... 9

### Rules

FED. R. EVID. 702 .......... 4

**FILED UNDER SEAL**

## PRELIMINARY STATEMENT

Advertiser Plaintiffs respectfully move to exclude certain testimony from one of Defendant Meta Platforms, Inc.'s ("Facebook") experts, Dr. Georgios Zervas, as failing every subpart of the Rule 702 standard. Dr. Zervas—retained by Facebook as a rebuttal expert on, among other things, the technical details and economic impact of Facebook's "In-App Action Panel" (IAAP) program to wiretap its competitors, including Snapchat—offered opinions regarding Facebook product design that had no basis in Dr. Zervas's expertise or specialized knowledge. [REDACTED] . Based on no specialized knowledge or experience and lacking even the most basic indicia of reliability, Dr. Zervas's opinions regarding Facebook product design, which appear at paragraphs 12 and 66-69 of his merits rebuttal report, should be excluded under *Daubert* (along with any related testimony).

## BACKGROUND[1]

### A. The IAAP Program and Advertiser Plaintiffs' Expert Analysis

On January 12, 2024, Advertiser Plaintiffs served four merits expert reports in this consolidated antitrust litigation: the Expert Merits Report of Markus Jakobsson, Ph.D.,[2] the Expert Merits Report of Tilman Klumpp, Ph.D.,[3] the Expert Merits Report of Michael A. Williams, Ph.D., and the Expert Merits Report of Kevin Kreitzman. On February 12, 2024, these same experts, including Dr. Jakobsson[4] and Prof. Klumpp,[5] served rebuttal merits expert reports. As relevant to this motion, the Jakobsson Report and the Klumpp Report set forth expert opinions regarding Facebook's so-called "In-App Action Panel" (IAAP) program, [REDACTED]

[1] All exhibits are attached to the Declaration of Brian J. Dunne ("Dunne Dec.").

[2] Ex. 1 ("Jakobsson Rpt.").

[3] Ex. 2 ("Klumpp Rpt.").

[4] Ex. 3 ("Jakobsson Rebuttal Rpt.").

[5] Ex. 4 ("Klumpp Rebuttal Rpt.").

**FILED UNDER SEAL**

[redacted].[6]

As explained by Dr. Jakobsson—a computer security expert who has authored dozens of peer-reviewed articles and books about computer security[7] and who has served as a computer security technologist and researcher at (among other places) Bell Labs, RSA Labs, Xerox PARC, PayPal, Qualcomm, and ByteDance in the twenty-six years since he earned his Ph.D. in computer science, specializing in cryptography[8]—[redacted].[9] [redacted] "developed 'kits' that can be installed on iOS and Android that intercept traffic for specific sub-domains, allowing us to read what would otherwise be encrypted traffic so that we can measure in-app usage (i.e., specific actions that people are performing in the app, rather than just overall app visitation)."[10] This was, a Facebook executive explained to Meta's now-COO Javier Olivan, "a 'man-in-the-middle' approach,"[11] [redacted].[12]

---

[6] *See* Jakobsson Rpt. ¶¶ 30-140, Klumpp Rpt. ¶¶ 30-64; *see also* Jakobsson Rebuttal Rpt. ¶¶ 35-159, Klumpp Rebuttal Rpt. ¶¶ 85-166.

[7] *See* Jakobsson Rpt. Appx. A at 3-20 ("Publication List"); *see also* Jakobsson Rpt. ¶¶ 23-25.

[8] *See* Jakobsson Rpt. ¶¶ 7-21.

[9] *See id.* at ¶¶ 46, 63-69; Ex. 5 (PX 2255) at PALM-016564836 (Zuckerberg: "Whenever someone asks a question about Snapchat, the answer is usually that because their traffic is encrypted we have no analytics about them. Given how quickly they're growing, it seems important to figure out a new way to get reliable analytics about them. Perhaps we need to do panels or write custom software. You should figure out how to do this.").

[10] Ex. 6 (PX 414) at 1; *see* Jakobsson Rpt. ¶¶ 77-84.

[11] Ex. 6 (PX 414) at 1.

[12] *See* Jakobsson Rpt. ¶¶ 41-43.

**FILED UNDER SEAL**

[redacted].[14]

**B. Dr. Zervas's Expert Report**

On February 9, 2024, Facebook served the Advertiser Merits Rebuttal Report of Georgios Zervas, Ph.D.[15] This report by Dr. Zervas—a marketing professor at Boston University—purported to respond to certain opinions by Dr. Jakobsson and Prof. Klumpp regarding Facebook's IAAP program, as well as certain other opinions of Prof. Klumpp and Dr. Williams. In Part VI.B. of his report, comprising paragraphs 66-69 (and summarized at paragraph 12), Dr. Zervas opined [redacted][16] [redacted][17] [redacted][18] [redacted]

[13] Ex. 7 (PX 2256) at PALM-012863799 ("we look at the analytics end points for the other apps to understand what they care about"); *see* Jakobsson Rpt. ¶¶ 85-105.

[14] *See* Jakobsson Rpt. ¶¶ 101 n.86, 106-12, 125-34; Klumpp Rpt. ¶ 35 n.48, ¶¶ 44-51; Jakobsson Rebuttal Rpt. ¶¶ 110-20; *see infra* at pp. 6-9.

[15] Ex. 8 ("Zervas Rpt.").

[16] Dr. Zervas [redacted] *see, e.g.*, Ex. 9 ("Zervas Tr.") 48:21-49:16; *cf. id.* 50:1-2 ([redacted]. *See generally* Jakobsson Rpt. ¶¶ 96-105; Ex. 10 (PX 26) at PALM-011683734-35 [redacted] "Today we are using the Onavo vpn-proxy stack to deploy squid with ssl bump, the stack runs in edge on our own hosts (onavopp and onavolb) with a really old version of squid (3.1).").

[17] Zervas Rpt. § VI.B.

[18] *Id.* at ¶ 67.

**FILED UNDER SEAL**

[redacted][19]

On March 19, 2024, Dr. Zervas was deposed, and revealed his opinions on product design to be junk science, failing all four prongs of Federal Rule of Evidence 702. This motion, limited to those portions of Dr. Zervas's proposed testimony that are clearly inadmissible, follows.

## ARGUMENT

Rule 702 states that "[a] witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if the proponent demonstrates to the court that it is more likely than not that: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert's opinion reflects a reliable application of the principles and methods of the facts of the case." Dr. Zervas's opinions regarding product development fail all four of these prerequisites.

First, despite opining that [redacted] For example, Dr. Zervas testified as follows:

[redacted]

[19] Zervas Rpt. ¶ 68.

[20] *Id.* at ¶ 67.

[21] *Id.* at ¶ 68.

**FILED UNDER SEAL**

[redacted][22]

* * *

[redacted][23]

* * *

[redacted][24]

* * *

[redacted][25]

Dr. Zervas, [redacted]:

[redacted]

[22] Zervas Tr. 236:21-237:13 (objections omitted here and throughout this motion).

[23] *Id.* at 238:1-9 (emphasis added).

[24] *Id.* at 238:18-239:6.

[25] *Id.* at 239:21-240:11.

**FILED UNDER SEAL**

.[26]

* * *

[27]

[28]

.

[29]

[26] Zervas Tr. 241:17-242:1.

[27] *Id.* at 242:21-25.

[28] *See id.* at 240:13-25

.

[29] *See* Klumpp Rpt. ¶ 35 n.48, ¶¶ 44-51; Jakobsson Rpt. ¶¶ 101 n.86, 106-12, 125-34; Jakobsson Rebuttal Rpt. ¶¶ 110-20.

**FILED UNDER SEAL**



.

[30]

[31]

[32]

[30] Ex. 11 (PX 2868) at PALM-017075433.

[31] Ex. 12 (PX 2985) at PALM-013707441; *see also* Ex. 13 (PX 2984) at PALM-005538385.

[32] Ex. 14 (PX 2863) .

**FILED UNDER SEAL**

[redacted] inform internal product development."[33] [redacted]t [redacted] "Increas[ing] leadership understanding of Snapchat use cases and the need for different Facebook products to address different Snapchat use cases. [redacted] SC's struggles of late due to competition are likely connected to product efforts I have informed via my analysis."[34]

[redacted]:

[redacted][35]

[33] Ex. 15 (PX 20) [redacted].

[34] *Id.* [redacted].

[35] Ex. 16 (PX 2989) at PALM-008758432 (boldface in original).

███████████████████████████████████████[36]██████████,[37]████████████████[38]██████ "IAAP Technical Analysis" ███████████████ "[t]he full data from the analytics service snapchat used" ████████ "being sent to ████ servers for analysis" ██████████████████[39]████████████████████████████████████"[40] ██████████████████████████████████████[41]████████████████████████████████[42]████████████████████████[43]██████

---

[36] *Id.* at PALM-00875436.

[37] *Id.* at PALM-00875435-36; *see also id.* at PALM-00875436 ██████████████████████. A sworn statement provided by the CEO of NSO Group ██████████████ approaching NSO in October 2017 about acquiring Pegasus. *See* Ex. 19 (PX 2990) at ¶ 10.

[38] *See* Jakobsson Rebuttal Rpt. ¶¶ 75-91.

[39] Ex. 7 (PX 2256) at PALM-012863800-01.

[40] Zervas Rpt. ¶ 49 n.71.

[41] *See* Zervas Tr. 238:18-239:6, 239:21-240:11.

[42] *See id.* at 241:17-242:1, 242:21-25.

[43] *See, e.g., id.* at 241:7-11 ████████████████; 241:22-25 ██████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██.[44]

## CONCLUSION

For the foregoing reasons, Advertiser Plaintiffs respectfully request that paragraphs 12 and 66-69 of the Advertiser Merits Rebuttal Report of Georgios Zervas, Ph.D., as well as any related testimony, be excluded.

---

[44] *See Foshee v. Zuniga*, 2021 WL 1947560, at *6 (N.D. Cal. May 14, 2021) ("Mr. Smith's proposed statements are at best merely his interpretation of the evidence that may be introduced at trial and at worst entirely misleading characterizations of that evidence.").

**FILED UNDER SEAL**

Dated: April 5, 2024

**BATHAEE DUNNE LLP**

By: */s/ Yavar Bathaee*
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
Andrew M. Williamson (CA 344695)
awilliamson@bathaeedunne.com
Adam Ernette (*pro hac vice*)
aernette@bathaeedunne.com
Priscilla Ghiță (*pro hac vice*)
pghita@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson Cross (CA 328596)
across@bathaeedunne.com
3420 Bristol St, Ste 600
Costa Mesa, CA 92626-7133

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ Amanda F. Lawrence*
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

Patrick J. Rodriguez (*pro hac vice*)
prodriguez@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444

*Interim Co-Lead Counsel for the Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**

Keith J. Verrier (*pro hac vice*)
kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500

**AHDOOT & WOLFSON, PC**

Tina Wolfson (CA 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
tmaya@ahdootwolfson.com
Henry J. Kelson (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111

*Members of Executive Committee for the Advertiser Classes*

**FILED UNDER SEAL**

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: April 5, 2024                             By: */s/ Brian J. Dunne*