| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br><br>(Additional counsel on signature page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Case No. 20-cv-08570-JD<br><br>Hon. James Donato<br><br>**EXHIBIT 15: EXCEL SPREADSHEET**<br><br>**FILED UNDER SEAL** |

Exhibit 15 to the Declaration of Brian J. Dunne (Manual Filing Notification)– Case No. 20-cv-08570-JD

**MANUAL FILING NOTIFICATION (FILING UNDER SEAL)**

<u>Regarding</u>:   EXHIBIT 15 to the DECLARATION OF BRIAN J. DUNNE

This filing is in paper or physical form only, and is being maintained **under seal** in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Unable to Scan Documents

___ Physical Object (please describe):

_X_ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal in Criminal Case

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (please describe):

| | |
|---|---|
| Dated: April 5, 2024 | Respectfully submitted, |
| | By: */s/ Brian J. Dunne* |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **BATHAEE DUNNE LLP** |
| Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com | Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>Adam Ernette (*pro hac vice*)<br>aernette@bathaeedunne.com<br>Priscilla Ghita (*pro hac vice*)<br>pghita@bathaeedunne.com<br>Chang Hahn (*pro hac vice*)<br>chahn@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022 |

| | |
|---|---|
| Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Tel.: (619) 233-4565<br><br>Patrick J. Rodriguez (*pro hac vice*)<br>prodriguez@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: (212) 223-6444<br><br>**AHDOOT & WOLFSON, PC**<br>Tina Wolfson (CA 174806)<br>Robert Ahdoot (CA 172098)<br>Theodore W. Maya (CA 223242)<br>Henry J. Kelston (*pro hac vice*)<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Telephone: (310) 474-9111<br>Facsimile:  (310) 474-8585<br>twolfson@ahdootwolfson.com<br>rahdoot@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br><br>*Interim Co-Lead Counsel and Executive Committee for the Advertiser Classes* | (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>Andrew M. Williamson (CA 344695)<br>awilliamson@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>Allison Watson Cross (CA 328596)<br>across@bathaeedunne.com<br>3420 Bristol St., Ste 600<br>Costa Mesa, CA 92626-7133<br><br>**LEVIN SEDRAN & BERMAN LLP**<br>Keith J. Verrier (*pro hac vice*)<br>Austin B. Cohen (*pro hac vice*)<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>Tel.: (215) 592-1500<br>Fax:  (215) 592-4663<br>kverrier@lfsblaw.com<br>acohen@lfsblaw.com |