# EXHIBIT 6

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4   ----------------------------x

5   MAXIMILIAN KLEIN, et al., on    :

6   behalf of themselves and all    :

7   others similarly situated,      :   Case No.

8            Plaintiffs,    :   3:20-cv-08570-JD

9      v.                   :

10  META PLATFORMS, INC., a         :

11  Delaware corporation            :

12  headquartered in California,    :

13           Defendant.     :

14  ----------------------------x

15

16        Videotaped Virtual Deposition of

17            KEVIN KREITZMAN

18         Monday, October 2, 2023

19            9:08 a.m. CST

20

21

22  Job No.:  509154

23  Pages:  1 - 255

24  Reported Stenographically by:

25  Tiffany M. Pietrzyk, CSR RPR CRR

Transcript of Kevin Kreitzman
Conducted on October 2, 2023                              2

1          Videotaped virtual deposition of KEVIN

2    KREITZMAN, pursuant to notice, before Tiffany M.

3    Pietrzyk, a Certified Shorthand Reporter in the

4    States of Illinois, Texas, and California,

5    Registered Professional Reporter, Certified Realtime

6    Reporter, and a Notary Public in and for the State

7    of Illinois.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1               A P P E A R A N C E S

2    ON BEHALF OF THE ADVERTISER PLAINTIFFS and

3    PUTATIVE CLASS:

4         AMANDA LAWRENCE, ESQUIRE

5         BRIAN DUNNE, ESQUIRE

6         SCOTT+SCOTT

7         156 South Main Street

8         P.O. Box 192

9         Colchester, Connecticut 06415

10        860.531.2645

11

12   ON BEHALF OF THE DEFENDANT:

13        SONAL MEHTA, ESQUIRE

14        ANDREW WAKS, ESQUIRE

15        WILMER CUTLER PICKERING HALE & DORR, LLP

16        2600 El Camino Real

17        Suite 400

18        Palo Alto, California 94306

19        650.858.6000

20

21   ALSO PRESENT:

22        Wei Zhao

23        Ilona Mostipan

24        Michelle Mejia, Planet Depos Remote Tech

25        Micah Hardin, Planet Depos Videographer
```

| | | |
|---|---|---|
| 1 | is that earning economic profit over a nontransient | 09:50:34 |
| 2 | period of time. | 09:50:39 |
| 3 | Q. Right.  But what I'm getting at is, is that | 09:50:40 |
| 4 | economic profit just anything that's net positive, | 09:50:44 |
| 5 | or is there some numerical threshold above zero? | 09:50:46 |
| 6 | A. Again, I haven't seen any definitions that, | 09:50:51 |
| 7 | you know, quantify, you know, more than 2 percent or | 09:50:55 |
| 8 | 3 percent or -- no, I've never seen that. | 09:50:59 |
| 9 | Q. With respect to your understanding of it, is | 09:51:03 |
| 10 | it your understanding then in that case where you're | 09:51:05 |
| 11 | talking about an economic profit over a nontransient | 09:51:08 |
| 12 | period of time, that that simply means a positive | 09:51:14 |
| 13 | profit, meaning something above zero? | 09:51:16 |
| 14 | A. Yes.  I mean, practically, if it's a tiny | 09:51:21 |
| 15 | little bit, if it's a tenth a percent above zero, | 09:51:26 |
| 16 | there's probably not going to be a rush to enter | 09:51:30 |
| 17 | that into -- (audio distortion.) | 09:51:34 |
| 18 | Although someone might, you know, still | 09:51:34 |
| 19 | expand their business a little bit. So no, again, I | 09:51:37 |
| 20 | don't have a particular number.  I've never looked | 09:51:43 |
| 21 | at it that way. | 09:51:48 |
| 22 | Q. So -- okay.  So I just want to again make | 09:51:50 |
| 23 | sure that we're clear about this for the record.  So | 09:51:54 |
| 24 | then if the judge and the jury in this case wanted | 09:51:56 |
| 25 | to know what the numerical threshold is for there to | 09:51:59 |

Transcript of Kevin Kreitzman
Conducted on October 2, 2023                                    36

| | | |
|---|---|---|
| 1 | be a positive economic profit or an economic profit | 09:52:03 |
| 2 | for a nontransient period of time, do you have a | 09:52:10 |
| 3 | numerical threshold to offer to them? | 09:52:13 |
| 4 | MS. LAWRENCE:  Object to form. | 09:52:16 |
| 5 | A. You know, again, I'm just -- I just did the | 09:52:18 |
| 6 | calculations of what the economic profit is. | 09:52:21 |
| 7 | Q. So I take it the answer to that question was | 09:52:27 |
| 8 | no? | 09:52:30 |
| 9 | A. No, I don't have a -- not -- not giving any | 09:52:31 |
| 10 | guidelines as to what the cutoff point would be. | 09:52:39 |
| 11 | Q. Let's talk about some of the economic -- | 09:52:45 |
| 12 | some of the foundational economic principles and | 09:52:50 |
| 13 | make sure that you and I are on the same page about | 09:52:54 |
| 14 | them before we dig into your EPR analysis. | 09:52:58 |
| 15 | Would you agree with me that as a matter of | 09:53:01 |
| 16 | economics, high profits or net positive profits can | 09:53:04 |
| 17 | exist even for years for reasons unrelated to | 09:53:08 |
| 18 | anticompetitive conduct? | 09:53:12 |
| 19 | A. Yes. | 09:53:14 |
| 20 | Q. Would you agree with me that Meta could have | 09:53:14 |
| 21 | had higher profits than the yardstick firms because | 09:53:18 |
| 22 | they offered a superior product? | 09:53:22 |
| 23 | MS. LAWRENCE:  Object to form. | 09:53:24 |
| 24 | A. Again, there's a lot -- a lot of reasons why | 09:53:28 |
| 25 | companies have persistent market power. | 09:53:32 |

Transcript of Kevin Kreitzman
Conducted on October 2, 2023                                    37

| | | |
|---|---|---|
| 1 | Q. Right.  And this particular case, you'd | 09:53:37 |
| 2 | agree with me that Meta could have had higher | 09:53:41 |
| 3 | profits than the yardstick firms because it offered | 09:53:44 |
| 4 | a superior product to those -- than those firms; | 09:53:46 |
| 5 | right? | 09:53:48 |
| 6 | MS. LAWRENCE:  Object to form. | 09:53:48 |
| 7 | A. Okay.  So let me kind of back up a little | 09:53:49 |
| 8 | bit.  And what I did was I calculated the amount of | 09:54:03 |
| 9 | economic profits earned by Meta.  I didn't -- I | 09:54:07 |
| 10 | didn't go in and evaluate whether this was a result | 09:54:17 |
| 11 | of legal or illegal content.  I have no opinion on | 09:54:20 |
| 12 | that. | 09:54:25 |
| 13 | Q. Okay.  So fair.  So you're saying you have | 09:54:26 |
| 14 | no opinion as to what the cause was for Meta's -- | 09:54:30 |
| 15 | the higher profit that you calculated that Meta had; | 09:54:34 |
| 16 | is that fair? | 09:54:37 |
| 17 | A. That's fair. | 09:54:38 |
| 18 | Q. Now, stepping back, you'd agree with me that | 09:54:39 |
| 19 | it is possible that one of the reasons that Meta had | 09:54:45 |
| 20 | higher profits than the yardstick firms, is they had | 09:54:48 |
| 21 | a superior product; right? | 09:54:52 |
| 22 | MS. LAWRENCE:  Object to form. | 09:54:53 |
| 23 | A. You know, anything is possible. | 09:54:54 |
| 24 | Q. And you haven't analyzed that and ruled that | 09:54:58 |
| 25 | out; right? | 09:55:02 |

| | | |
|---|---|---|
| 1 | economic profits. | 09:59:20 |
| 2 | Q. So that's true for superior human capital as | 09:59:20 |
| 3 | well; right? | 09:59:26 |
| 4 | A. Yes. | 09:59:26 |
| 5 | Q. And that's also true for -- well, let me ask | 09:59:27 |
| 6 | the question more completely. | 09:59:30 |
| 7 | You have not analyzed whether or not Meta's | 09:59:31 |
| 8 | higher profits could be attributable to or caused by | 09:59:34 |
| 9 | effective product differentiation; correct? | 09:59:39 |
| 10 | A. Okay.  So kind of the same answer again.  I | 09:59:44 |
| 11 | did not -- I did not go through and try to assign | 09:59:47 |
| 12 | sources of economic profits to the risk factors. | 09:59:52 |
| 13 | Q. Right.  And that's true for product | 09:59:57 |
| 14 | differentiation as a potential cause for higher | 09:59:59 |
| 15 | profits; right? | 10:00:02 |
| 16 | A. Yes, I have not -- I have not done that | 10:00:03 |
| 17 | analysis. | 10:00:06 |
| 18 | Q. And you have not analyzed whether or not | 10:00:07 |
| 19 | Meta's higher profits result from wise investment | 10:00:10 |
| 20 | and product innovation; right? | 10:00:18 |
| 21 | A. I haven't done that analysis. | 10:00:20 |
| 22 | Q. And you have not analyzed whether or not | 10:00:21 |
| 23 | Meta's higher profits might result from alleged | 10:00:24 |
| 24 | anticompetitive conduct unrelated to the advertiser | 10:00:28 |
| 25 | plaintiffs' claims; right? | 10:00:31 |

Transcript of Kevin Kreitzman
Conducted on October 2, 2023                              42

| | | |
|---|---|---|
| 1 | A. I have not done that analysis. | 10:00:33 |
| 2 | Q. Now, you also have not analyzed whether or | 10:00:35 |
| 3 | not Meta's ad revenues could be -- so I'm setting | 10:00:46 |
| 4 | aside profits for a moment. | 10:00:51 |
| 5 | A. Yeah. | 10:00:51 |
| 6 | Q. I'm talking about ad revenues. | 10:00:52 |
| 7 | You have not analyzed whether or not Meta's | 10:00:54 |
| 8 | ad revenues are attributable to factors like | 10:00:56 |
| 9 | superior product, superior management quality, | 10:01:00 |
| 10 | superior human capital, product differentiation, or | 10:01:03 |
| 11 | innovation; correct? | 10:01:07 |
| 12 | A. Yes.  Once again, I did not -- I did not | 10:01:13 |
| 13 | look for sources of economic profits.  I calculated | 10:01:17 |
| 14 | what they were. | 10:01:23 |
| 15 | Q. Right.  But I'm talking about ad revenues | 10:01:24 |
| 16 | right now.  You have not analyzed whether or not or | 10:01:26 |
| 17 | the extent to which Meta's ad revenues are driven by | 10:01:28 |
| 18 | those factors; correct? | 10:01:34 |
| 19 | A. Again, I did not look at that, yes. | 10:01:37 |
| 20 | Q. And is it also fair to say that in your | 10:01:41 |
| 21 | economic profit analysis, you did not adjust your | 10:01:44 |
| 22 | calculations to account for those factors:  Superior | 10:01:49 |
| 23 | product, superior management quality, superior human | 10:01:53 |
| 24 | capital, product differentiation, or product | 10:01:57 |
| 25 | innovation? | 10:02:00 |

| | | |
|---|---|---|
| 1 | A. There was nothing to adjust.  The economic | 10:02:01 |
| 2 | profits are based on the cash flows.  The cash flows | 10:02:07 |
| 3 | in, the modern capital, these other factors, so | 10:02:14 |
| 4 | there were no adjustments to make for any of those | 10:02:19 |
| 5 | factors in my calculations. | 10:02:23 |
| 6 | Q. And then with respect to your selection | 10:02:24 |
| 7 | criteria, did you specifically adjust for or design | 10:02:30 |
| 8 | for your selection criteria to select firms that | 10:02:39 |
| 9 | were comparable to Meta on those dimensions that I | 10:02:44 |
| 10 | just mentioned:  Superior product, superior | 10:02:48 |
| 11 | management quality, superior human capital, product | 10:02:53 |
| 12 | differentiation, or product innovation? | 10:02:58 |
| 13 | A. No, and I guess we're assuming that all | 10:03:00 |
| 14 | these things were superior.  I didn't look at them | 10:03:13 |
| 15 | at all, so I didn't say that -- again, I did not | 10:03:15 |
| 16 | look at the source.  I calculated the economic | 10:03:21 |
| 17 | profits. | 10:03:23 |
| 18 | Q. Okay.  But what I'm asking is, those five | 10:03:23 |
| 19 | criteria that I just mentioned:  Product quality, | 10:03:26 |
| 20 | management quality, human capital, product | 10:03:29 |
| 21 | differentiation, and innovation, those are not | 10:03:31 |
| 22 | criteria that you adjusted for in your selection | 10:03:34 |
| 23 | criteria in order to select firms that were | 10:03:39 |
| 24 | comparable to Meta on those five dimensions; | 10:03:42 |
| 25 | correct? | 10:03:48 |

| | | |
|---|---|---|
| 1 | A. No, those were not in the -- we had -- I | 10:03:48 |
| 2 | think we were very clear on what the six criteria | 10:03:52 |
| 3 | were.  So if it wasn't one of those, then it's -- it | 10:03:54 |
| 4 | wasn't one of the selection criteria. | 10:04:01 |
| 5 | Q. Right.  And what I guess I want to be very | 10:04:03 |
| 6 | clear about so that there's no confusion down the | 10:04:06 |
| 7 | road is, the five criteria I just mentioned, product | 10:04:10 |
| 8 | quality, management quality, human capital, product | 10:04:13 |
| 9 | innovation, and product differentiation, those are | 10:04:17 |
| 10 | not in the six criteria that you selected for; | 10:04:19 |
| 11 | correct? | 10:04:23 |
| 12 | A. Well, I mean, in order to have criteria, | 10:04:23 |
| 13 | they need to be things that you can measure and can | 10:04:26 |
| 14 | get information on. | 10:04:28 |
| 15 | Q. Right.  And so they were not part of your | 10:04:30 |
| 16 | six selection criteria? | 10:04:33 |
| 17 | A. No. | 10:04:35 |
| 18 | Q. Is that right? | 10:04:37 |
| 19 | A. Well, no, there would be no practical way to | 10:04:41 |
| 20 | say management quality. | 10:04:45 |
| 21 | Q. Okay.  So -- | 10:04:49 |
| 22 | A. Yeah.  To me, it's an odd question because | 10:04:52 |
| 23 | I'm not using criteria that couldn't be used. | 10:04:56 |
| 24 | Q. Yeah, because of the way the question was | 10:05:01 |
| 25 | asked -- this is on me -- the transcript might be a | 10:05:04 |

| | | |
|---|---|---|
| 1 | little muddy.  So I want this to be clear.  I'm | 10:05:07 |
| 2 | gonna try to ask it in a way where you can answer it | 10:05:10 |
| 3 | and it will be very clear what the answer is. | 10:05:13 |
| 4 | So the five criteria that I just mentioned, | 10:05:15 |
| 5 | product quality, management quality, human capital, | 10:05:19 |
| 6 | product differentiation, and product innovation, | 10:05:23 |
| 7 | those are not criteria that you used to select the | 10:05:25 |
| 8 | comparable firms; is that correct? | 10:05:29 |
| 9 | A. Yeah.  Those are not criteria that could be | 10:05:32 |
| 10 | used. | 10:05:35 |
| 11 | Q. And the reason you're saying that is because | 10:05:37 |
| 12 | those are qualitative and not quantitative criteria; | 10:05:40 |
| 13 | is that your testimony? | 10:05:44 |
| 14 | A. Let me think if that is -- you can put it | 10:05:45 |
| 15 | that simply.  Well, they're not things that could | 10:05:57 |
| 16 | be -- there would be no basis for reasonably | 10:06:02 |
| 17 | estimating them. | 10:06:07 |
| 18 | Q. Okay.  Now, apart from the selection | 10:06:09 |
| 19 | criteria, so I know your selection criteria did not | 10:06:12 |
| 20 | factor those five things in.  Apart from that, did | 10:06:15 |
| 21 | your economic profits analysis factor in or adjust | 10:06:19 |
| 22 | for the five criteria that I just mentioned, | 10:06:23 |
| 23 | superior product or product quality, management | 10:06:26 |
| 24 | quality, human capital, product differentiation, or | 10:06:29 |
| 25 | product innovation, in any way? | 10:06:32 |

| | | |
|---|---|---|
| 1 | MS. LAWRENCE:  Object to form. | 10:06:35 |
| 2 | A. Again, it's a calculation.  And it's a | 10:06:36 |
| 3 | calculation of the profits earned by Meta or | 10:06:43 |
| 4 | whatever company compared to its cost to capital. | 10:06:52 |
| 5 | Those are the things that are used for calculating | 10:06:57 |
| 6 | economic profit.  There's no adjustments to make | 10:07:01 |
| 7 | anywhere.  The economic profit is what it is | 10:07:06 |
| 8 | regardless of the source. | 10:07:08 |
| 9 | Q. Okay.  Maybe I can ask the question a little | 10:07:10 |
| 10 | bit differently.  I think I understand what you're | 10:07:12 |
| 11 | saying. | 10:07:15 |
| 12 | In your identification of the yardstick | 10:07:16 |
| 13 | firms, did you make any adjustments or otherwise | 10:07:19 |
| 14 | consider product quality, management quality, human | 10:07:25 |
| 15 | capital, product differentiation, or product | 10:07:29 |
| 16 | innovation in selecting those comparable firms? | 10:07:32 |
| 17 | MS. LAWRENCE:  Object to form. | 10:07:35 |
| 18 | A. Well, those would have been -- wouldn't | 10:07:38 |
| 19 | necessarily have been a very subjective set of | 10:07:43 |
| 20 | criteria.  So no, it's not the type of thing that | 10:07:48 |
| 21 | would work as a criteria.  Or an adjustment to a | 10:07:55 |
| 22 | criteria. | 10:07:58 |
| 23 | Q. So the answer to my question is no, that's | 10:07:59 |
| 24 | not something that you considered or adjusted for; | 10:08:01 |
| 25 | correct? | 10:08:04 |

| | | |
|---|---|---|
| 1 | A. Correct. | 10:08:04 |
| 2 | Q. Now, is it also fair, then, that nothing in | 10:08:05 |
| 3 | your opinion excludes the possibility that those | 10:08:11 |
| 4 | factors, product quality, management quality, human | 10:08:15 |
| 5 | capital, product differentiation, and product | 10:08:20 |
| 6 | innovation, are the cause for Meta's profits? | 10:08:22 |
| 7 | MS. LAWRENCE:  Object to form. | 10:08:26 |
| 8 | A. Okay.  So, again, the calculation, it's -- | 10:08:28 |
| 9 | I'm gonna give the same answer no matter what the | 10:08:38 |
| 10 | cause was.  It's -- | 10:08:41 |
| 11 | Q. Right.  My -- | 10:08:46 |
| 12 | A. Yeah, so it's -- it's the profits compared | 10:08:48 |
| 13 | to the weighted average cost of capital.  So those | 10:08:50 |
| 14 | things wouldn't be included in a calculation -- in | 10:08:57 |
| 15 | the estimation of economic profits. | 10:09:01 |
| 16 | Q. Right.  But let's go back to my question. | 10:09:07 |
| 17 | Given what you just said, nothing in your opinion | 10:09:09 |
| 18 | would exclude the possibility that those other | 10:09:13 |
| 19 | factors, product quality, management quality, human | 10:09:16 |
| 20 | capital, product differentiation, and product | 10:09:19 |
| 21 | innovation, are the cause for Meta's profits; right? | 10:09:22 |
| 22 | MS. LAWRENCE:  Object to form. | 10:09:27 |
| 23 | A. Again, I didn't just find anything as to the | 10:09:29 |
| 24 | cause of the economic profits.  I measured what they | 10:09:34 |
| 25 | were.  So -- | 10:09:37 |

| | | |
|---|---|---|
| 1 | Q. Right.  So your opinion doesn't exclude the | 10:09:41 |
| 2 | possibility that those would be the causes; right? | 10:09:45 |
| 3 | A. No, my opinion is just what the economic | 10:09:48 |
| 4 | profits are. | 10:09:50 |
| 5 | Q. And is it also true that your opinion does | 10:09:51 |
| 6 | not exclude the possibility that the excess economic | 10:09:56 |
| 7 | profits, or the higher economic profits that you | 10:10:00 |
| 8 | calculate relative to the yardsticks are caused by | 10:10:03 |
| 9 | those other five factors? | 10:10:07 |
| 10 | A. Kind of the same answer again.  I didn't -- | 10:10:12 |
| 11 | I did not do any analysis as to what was the cause | 10:10:18 |
| 12 | of economic profits or excess economic profits. | 10:10:23 |
| 13 | Q. Now, going, again, back to sort of your | 10:10:27 |
| 14 | understanding of the foundational economic | 10:10:32 |
| 15 | principles, you would agree with me that it is | 10:10:36 |
| 16 | possible for firms in competitive industries to have | 10:10:39 |
| 17 | positive economic profit; right? | 10:10:41 |
| 18 | A. Are we talking -- I mean, in a -- in a | 10:10:45 |
| 19 | theoretically perfectly competitive industry and | 10:10:52 |
| 20 | equilibrium, I suppose there could still be some | 10:11:00 |
| 21 | that have a slight advantage over others.  So there | 10:11:05 |
| 22 | can be -- there can be some economic profits in -- | 10:11:08 |
| 23 | in kind of in the real world where there's | 10:11:11 |
| 24 | competition but not perfect competition. | 10:11:17 |
| 25 | Q. Okay.  And you would agree with me -- well, | 10:11:19 |

| | | |
|---|---|---|
| 1 | you did not, as part of your methodology, look at | 11:07:23 |
| 2 | the 10-Ks for the other firms that you considered to | 11:07:27 |
| 3 | see whether they broke out advertising revenue or | 11:07:30 |
| 4 | advertising segments; right? | 11:07:32 |
| 5 | MS. LAWRENCE:  Object to form. | 11:07:35 |
| 6 | A. You know, again, I'm going to have to, you | 11:07:35 |
| 7 | know, come back to the criteria that I used, and it | 11:07:49 |
| 8 | wasn't a criteria to go in and look for -- I guess | 11:07:52 |
| 9 | I'm trying to understand what you're asking, but | 11:07:59 |
| 10 | it's -- did we go in and look for other companies | 11:08:01 |
| 11 | that would break out the ads or the non-ad segments | 11:08:07 |
| 12 | to the extent where they could be included?  No, | 11:08:13 |
| 13 | that wasn't a specific criteria. | 11:08:23 |
| 14 | Q. So that's not something that you did; right? | 11:08:26 |
| 15 | MS. LAWRENCE:  Object to form. | 11:08:29 |
| 16 | A. Again, I looked at a lot of things.  I | 11:08:29 |
| 17 | looked at a lot of these other companies.  And I | 11:08:35 |
| 18 | didn't specifically search for that.  Would I have | 11:08:43 |
| 19 | seen it when I looked at them?  But, again, that | 11:08:48 |
| 20 | wasn't part of the criteria.  The six criteria | 11:08:58 |
| 21 | measures.  I didn't go in and see, you know, did | 11:09:01 |
| 22 | they have an actual -- | 11:09:04 |
| 23 | THE REPORTER:  I'm sorry.  Could you repeat | 11:09:04 |
| 24 | the end? | 11:09:04 |
| 25 | A. I didn't go and look at companies and see if | 11:09:13 |

| | | |
|---|---|---|
| 1 | they had adequate segment information to do analysis | 11:09:16 |
| 2 | of just that piece of the company, but I didn't -- | 11:09:25 |
| 3 | probably the main reason is I wouldn't expect to | 11:09:30 |
| 4 | find anything. | 11:09:33 |
| 5 | Q. But that's not something that you did; | 11:09:34 |
| 6 | right? | 11:09:38 |
| 7 | MS. LAWRENCE:  Object to form. | 11:09:38 |
| 8 | Q. Is that right? | 11:09:40 |
| 9 | A. Again, I didn't specifically use that as a | 11:09:44 |
| 10 | screen -- | 11:09:46 |
| 11 | Q. Now -- | 11:09:48 |
| 12 | A. -- criteria, yeah. | 11:09:51 |
| 13 | Q. Now there were -- is it fair to say that if | 11:09:54 |
| 14 | there were a private firm, privately traded firm or | 11:10:04 |
| 15 | privately held firm, I should say, that is at least | 11:10:08 |
| 16 | as comparable to Meta or more comparable to Meta | 11:10:13 |
| 17 | than your yardstick firms, that that would not be | 11:10:20 |
| 18 | something that you would have -- you would've found | 11:10:23 |
| 19 | in your analysis? | 11:10:23 |
| 20 | MS. LAWRENCE:  Object to form. | 11:10:26 |
| 21 | A. A private company would not be found in my | 11:10:33 |
| 22 | analysis. | 11:10:38 |
| 23 | Q. So it's possible that there are privately | 11:10:38 |
| 24 | held firms that are at least as comparable or more | 11:10:42 |
| 25 | comparable to Meta than the yardstick firms that you | 11:10:45 |

| | | |
|---|---|---|
| 1 | identified that are excluded from your analysis; | 11:10:48 |
| 2 | correct? | 11:10:52 |
| 3 | MS. LAWRENCE:  Object to form. | 11:10:52 |
| 4 | A. Again, you can say anything is possible.  I | 11:10:56 |
| 5 | did not look for private companies as potential | 11:11:02 |
| 6 | comps.  So if there -- so whatever is in that sample | 11:11:12 |
| 7 | size, I really have not evaluated. | 11:11:14 |
| 8 | Q. Let's talk about the industry filter that | 11:11:16 |
| 9 | you just -- or that you employed. | 11:11:22 |
| 10 | A. Uh-huh. | 11:11:26 |
| 11 | Q. Now, as I understand it, you used a filter | 11:11:26 |
| 12 | or an industry segment that was identified by CapIQ; | 11:11:32 |
| 13 | is that right? | 11:11:37 |
| 14 | A. Yes. | 11:11:37 |
| 15 | Q. Okay.  And as I understand it, that filter | 11:11:38 |
| 16 | is set to or selected to limit the -- well, maybe I | 11:11:42 |
| 17 | shouldn't say limit. | 11:11:49 |
| 18 | That industry filter was a criteria that was | 11:11:51 |
| 19 | used to identify companies that rely on | 11:11:55 |
| 20 | pay-per-click advertisements for their primary | 11:12:00 |
| 21 | revenue source; correct? | 11:12:03 |
| 22 | MS. LAWRENCE:  Object to form. | 11:12:04 |
| 23 | A. Well, that -- I think you're referring to | 11:12:08 |
| 24 | the CapIQ definition. | 11:12:10 |
| 25 | Q. Yes. | 11:12:13 |

| | | |
|---|---|---|
| 1 | A. And so I'm not -- I didn't really rely on | 11:12:14 |
| 2 | that definition.  So the second criteria, the | 11:12:25 |
| 3 | interactive media services, this is the category | 11:12:43 |
| 4 | that Meta was in, so these are industries that were | 11:12:50 |
| 5 | in the same category as Meta.  Their primary -- and | 11:12:54 |
| 6 | it's the interactive media and services, which would | 11:13:02 |
| 7 | pick up things like companies that are on the | 11:13:11 |
| 8 | internet that were selling ads and had other | 11:13:22 |
| 9 | services as well. | 11:13:28 |
| 10 | Q. Let's go to paragraph 27 of your reply | 11:13:32 |
| 11 | report, please. | 11:13:35 |
| 12 | A. Yeah. | 11:13:36 |
| 13 | Q. Are you there? | 11:13:50 |
| 14 | A. Yes. | 11:13:50 |
| 15 | Q. In paragraph 27, you're talking about the | 11:13:50 |
| 16 | industry filter; right? | 11:13:53 |
| 17 | A. Oh, I'm sorry.  The reply report.  I was | 11:13:58 |
| 18 | looking -- | 11:14:00 |
| 19 | Q. The reply report.  Yeah. | 11:14:01 |
| 20 | A. I was gonna say that doesn't look familiar. | 11:14:02 |
| 21 | Well, my fingers are still a little numb here.  I'm | 11:14:15 |
| 22 | a little slow at turning the pages. | 11:14:23 |
| 23 | Q. It's page 15. | 11:14:25 |
| 24 | A. Yep. | 11:14:26 |
| 25 | Q. You there? | 11:14:29 |

Transcript of Kevin Kreitzman
Conducted on October 2, 2023                              247

| # | | |
|---|---|---|
| 1 | whether or not those accounted for revenue that | 16:50:36 |
| 2 | would have been more than 20 percent of Wirtualna | 16:50:39 |
| 3 | Polska's total revenue during the class period, you | 16:50:43 |
| 4 | actually don't know the answer to that, do you? | 16:50:48 |
| 5 | A. I don't know exactly where it would fall. | 16:50:51 |
| 6 | Indications are it was not material.  And | 16:50:57 |
| 7 | indications that it only became material after a | 16:51:00 |
| 8 | series of acquisitions in that's other lines of | 16:51:04 |
| 9 | business. | 16:51:06 |
| 10 | Q. Well, that's your assumption based on what | 16:51:07 |
| 11 | they were reporting and when they were reporting it. | 16:51:11 |
| 12 | You actually don't know what the revenue was for the | 16:51:13 |
| 13 | nonadvertising segments of Wirtualna Polska's | 16:51:17 |
| 14 | business during the class period, do you? | 16:51:20 |
| 15 | MS. LAWRENCE:  Object to form. | 16:51:23 |
| 16 | A. Okay.  So, again, I don't know exactly what | 16:51:26 |
| 17 | that percentage would be because that information | 16:51:28 |
| 18 | was not provided. | 16:51:35 |
| 19 | Q. Right.  And, in fact, based on the 2020 | 16:51:36 |
| 20 | annual report, we know that those nonadvertising | 16:51:42 |
| 21 | segments existed prior to the acquisitions that you | 16:51:45 |
| 22 | pointed to in 2021 and 2022? | 16:51:49 |
| 23 | A. Yeah.  Uh-huh. | 16:51:52 |
| 24 | Q. Okay.  Let's -- was that a yes to the last | 16:51:53 |
| 25 | question? | 16:52:03 |

| | | |
|---|---|---|
| 1 | MS. LAWRENCE:  Before he answers, I was | 16:52:04 |
| 2 | going to object to form.  Object to form. | 16:52:05 |
| 3 | Then answer. | 16:52:07 |
| 4 | Q. You said, "Yeah, uh-huh."  I think that's a | 16:52:08 |
| 5 | yes? | 16:52:11 |
| 6 | A. I think that's a yes.  I'm getting a little | 16:52:11 |
| 7 | bit worn down at this point in time. | 16:52:14 |
| 8 | Q. Your best testimony to that question is yes, | 16:52:17 |
| 9 | isn't it? | 16:52:21 |
| 10 | MS. LAWRENCE:  Object to form. | 16:52:22 |
| 11 | A. Yes. | 16:52:22 |
| 12 | Q. Okay.  A couple odds and ends I wanted to | 16:52:23 |
| 13 | just finalize here. | 16:52:30 |
| 14 | In evaluating your -- or conducting your | 16:52:32 |
| 15 | analysis in this case, did you do anything to break | 16:52:38 |
| 16 | down Meta's advertising business between social | 16:52:43 |
| 17 | advertising and nonsocial advertising? | 16:52:47 |
| 18 | MS. LAWRENCE:  Object to form. | 16:52:50 |
| 19 | A. Okay.  No.  Once again, I just took the | 16:52:56 |
| 20 | advertising revenue and the expenses and calculated | 16:53:04 |
| 21 | the economic profits. | 16:53:09 |
| 22 | Q. And you did not distinguish between social | 16:53:10 |
| 23 | and nonsocial advertising; correct? | 16:53:14 |
| 24 | A. I did not. | 16:53:16 |
| 25 | Q. And is that also true for the other firms | 16:53:18 |

| | | |
|---|---|---|
| 1 | you evaluated, you did not distinguish between | 16:53:20 |
| 2 | social and nonsocial advertising for any of the | 16:53:25 |
| 3 | other firms; is that correct? | 16:53:27 |
| 4 | A. Yeah, I don't recall any that I would have | 16:53:29 |
| 5 | made that distinction.  Again, I was looking at the | 16:53:33 |
| 6 | revenues and expenses and capital and calculating | 16:53:38 |
| 7 | economic profits. | 16:53:41 |
| 8 | Q. Now, you did testify earlier that in | 16:53:42 |
| 9 | evaluating comparability, at least for criteria 6, | 16:53:46 |
| 10 | you were looking at targeted advertising. | 16:53:50 |
| 11 | Do you recall that? | 16:53:53 |
| 12 | MS. LAWRENCE:  Object to form. | 16:53:55 |
| 13 | A. That was the targeted advertising is a term | 16:53:57 |
| 14 | I use to mean that I was advertising based on | 16:54:14 |
| 15 | information created through the business of the | 16:54:17 |
| 16 | company. | 16:54:22 |
| 17 | Q. Did you do anything to evaluate social | 16:54:23 |
| 18 | versus nonsocial advertising when it came to | 16:54:27 |
| 19 | criteria number 6, selection criteria number 6? | 16:54:30 |
| 20 | A. No. | 16:54:33 |
| 21 | Q. At what point did you come up with your list | 16:54:37 |
| 22 | of yardstick firms, what date? | 16:54:42 |
| 23 | MS. LAWRENCE:  Object to form. | 16:54:47 |
| 24 | A. You mean at what -- when did we do this?  I | 16:54:55 |
| 25 | don't remember exactly.  Certainly sometime before | 16:55:05 |

1        CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2

3            I, Tiffany M. Pietrzyk, CSR RPR CRR, the

4    officer before whom the foregoing deposition was

5    taken, do hereby certify that the foregoing

6    transcript is a true and correct record of the

7    testimony given; that said testimony was taken by me

8    stenographically and thereafter reduced to

9    typewriting under my direction; that reading and

10   signing was not requested; and that I am neither

11   counsel for, related to, nor employed by any of the

12   parties to this case and have no interest, financial

13   or otherwise, in its outcome.

14

15           IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this 3rd of

17   October, 2023.

18

19

20

21

22   _____

23       My commission expires:

24       February 28th, 2024

25