WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1   Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify sealing procedures for dispositive motions and merits *Daubert* briefing, Dkt. 745, Meta Platforms, Inc. respectfully requests that the Court seal the attached Motion to Exclude the Expert Testimony and Opinions of Kevin Kreitzman and accompanying exhibits.  In accordance with the Court's Order, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion to be filed on the schedule set forth in that Order.  Meta anticipates additional review of the materials to ensure that any requests for sealing are appropriately tailored.  Redacted copies of the documents sought to be sealed have been publicly filed on the docket.

| | | |
|---|---|---|
| 1 | Date: April 5, 2024 | Respectfully submitted, |
| 2 | | By: /s/ Sonal N. Mehta |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | | Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP<br>2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306<br>Telephone: (650) 858-6000 |
| 7 | | |
| 8 | | DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com |
| 11 | | PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com |
| 12 | | WILMER CUTLER PICKERING HALE |
| 13 | | AND DORR LLP<br>7 World Trade Center |
| 14 | | 250 Greenwich Street<br>New York, New York 10007 |
| 15 | | Telephone: (212) 230-8800 |
| 16 | | |
| 17 | | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| 18 | | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com |
| 19 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 20 | | 2100 Pennsylvania Avenue NW<br>Washington, DC 20037 |
| 21 | | Telephone: (202) 663-6000 |
| 22 | | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 | | Michaela.Sewall@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 24 | | AND DORR LLP<br>60 State Street |
| 25 | | Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |

No. 3:20-cv-08570-JD                                                          META PLATFORMS, INC.'S
                                                                              INTERIM MOTION TO SEAL