# EXHIBIT 8

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    - - - - - - - - - - - - - - x
 5    MAXIMILIAN KLEIN, et al.,     :
 6    on behalf of themselves       :
 7    and all others similarly      :
 8    situated,                     :
 9              Plaintiffs,         :
10       v.                         : Case No.
11    META PLATFORMS, INC., a       : 3:20-cv-08570-JD
12    Delaware Corporation          :
13    headquartered in              :
14    California,                   :
15              Defendant.          :
16    - - - - - - - - - - - - - - x
17        Videotaped Deposition of JOSHUA GANS, Ph.D.
18              Conducted virtually via Zoom
19               Tuesday, September 26, 2023
20                    10:11 a.m. EST
21
22    Job No.:  503845
23    Pages:   1 - 337
24    Reported by:   THERESA A. VORKAPIC,
25               CSR, RMR, CRR, RPR
```

1
2
3           Videotaped deposition of Joshua Gans, Ph.D.,
4   conducted virtually via Zoom, pursuant to notice
5   before Theresa A. Vorkapic, a Certified Shorthand
6   Reporter, Registered Merit Reporter, Certified
7   Realtime Reporter, Registered Professional
8   Reporter and a Notary Public in and for the State
9   of Illinois.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1              A P P E A R A N C E S
2    ON BEHALF OF THE ADVERTISER PLAINTIFFS:
3         PRISCILLA GHITA, ESQUIRE
4         YAVAR BATHAEE, ESQUIRE
5         ANDREW C. WOLINSKY, ESQUIRE
6         BATHAEE DUNNE LLP
7         445 Park Avenue, 9th Floor
8         New York, New York 10022
9         332-322-8835
10        pghita@bathaeedunne.com
11   ON BEHALF OF THE DEFENDANT:
12        DAVID GRINGER, ESQUIRE
13        WILMER CUTLER PICKERING HALE AND DORR LLP
14        2100 Pennsylvania Avenue NW
15        Washington, DC 20037
16        212-230-8864
17        david.gringer@wilmerhale.com
18            and
19        ERIN HUGHES, ESQUIRE
20        OLIVIA P. GREENE, ESQUIRE
21        PAUL VANDERSLICE, ESQUIRE
22        WILMER CUTLER PICKERING HALE AND DORR LLP
23        250 Greenwich Street, 7 World Trade Center
24        New York, New York 10007
25        212-295-6284 erin.hughes@wilmerhale.com
```

| | | |
|---|---|---|
| 1 | Q You don't think any of the challenged | 12:19:03 |
| 2 | conduct allowed Meta to offer better data | 12:19:05 |
| 3 | targeting in its advertisements? | 12:19:07 |
| 4 | MS. GHITA: Objection to form. | 12:19:11 |
| 5 | BY THE WITNESS: | 12:19:12 |
| 6 | A I think all of the challenged conduct may | 12:19:12 |
| 7 | well have allowed that. | 12:19:14 |
| 8 | BY MR. GRINGER: | 12:19:24 |
| 9 | Q You understand that all ads served by Meta | 12:19:26 |
| 10 | are part of the social advertising market? | 12:19:28 |
| 11 | A I have not done any analysis where all ads | 12:19:37 |
| 12 | are part of the social advertising market because | 12:19:40 |
| 13 | I have not, for instance, analyzed the number of | 12:19:44 |
| 14 | people who are on Facebook, for instance, who have | 12:19:47 |
| 15 | no friends. | 12:19:54 |
| 16 | Q Are ads that target purely on age and | 12:19:57 |
| 17 | location data on social connections between users? | 12:20:00 |
| 18 | MS. GHITA: Objection to form. | 12:20:04 |
| 19 | THE WITNESS: Just a second. You might | 12:20:08 |
| 20 | have to repeat. I got a message that I wasn't | 12:20:09 |
| 21 | being loud enough, that I've been lulled into too | 12:20:11 |
| 22 | soft a voice. I'll move my microphone closer. | 12:20:17 |
| 23 | Can you repeat that question? | 12:20:22 |
| 24 | BY MR. GRINGER: | 12:20:23 |
| 25 | Q Where did you get the message that you | 12:20:23 |

| | | |
|---|---|---|
| 1 | weren't being loud enough? | 12:20:24 |
| 2 |    A  I was on the chat here from Michelle. | 12:20:25 |
| 3 |       MR. GRINGER:  Michelle, please make sure | 12:20:34 |
| 4 | your posts to the witness are visible to everyone. | 12:20:37 |
| 5 | BY MR. GRINGER: | |
| 6 |    Q  Are ads that target purely on age and | 12:20:48 |
| 7 | location ads that use data on social connections | 12:20:50 |
| 8 | between users? | 12:20:53 |
| 9 |       MS. GHITA:  Objection to form. | 12:20:54 |
| 10 | BY THE WITNESS: | 12:20:55 |
| 11 |    A  No. | 12:20:56 |
| 12 |       MR. GRINGER:  We've been going for an | 12:21:01 |
| 13 | hour.  Would it be a good time to break? | 12:21:03 |
| 14 |       MS. GHITA:  Dr. Gans, are you wanting to | 12:21:06 |
| 15 | take a lunch break now or just a short break? | 12:21:07 |
| 16 | It's 12:20 Eastern. | 12:21:11 |
| 17 |       MR. GRINGER:  Let's go off the record so | 12:21:13 |
| 18 | we don't have to discuss lunch preferences on the | 12:21:16 |
| 19 | record. | 12:21:18 |
| 20 |       THE VIDEOGRAPHER:  We are going off the | 12:21:18 |
| 21 | record.  The time is now 12:21 p.m. | 12:21:20 |
| 22 |       (A lunch recess was had from 12:21 p.m. to | |
| 23 |       1:09 p.m. EST) | 12:21:25 |
| 24 | | |
| 25 | | |

| | | |
|---|---|---|
| 1 | A F T E R N O O N   S E S S I O N | 13:09:51 |
| 2 | THE VIDEOGRAPHER: We're going back on the | 13:09:51 |
| 3 | record. The time is now 1:09 p.m. Please | 13:09:52 |
| 4 | continue. | 13:09:55 |
| 5 | JOSHUA GANS, | |
| 6 | called as a witness herein, having been previously | |
| 7 | duly sworn and having testified, was examined and | |
| 8 | testified further as follows: | |
| 9 | EXAMINATION (Resumed) | 13:10:02 |
| 10 | BY MR. GRINGER: | 13:10:02 |
| 11 | Q  Professor Gans, in your view is it | 13:10:02 |
| 12 | possible to answer the question of whether the | 13:10:05 |
| 13 | challenged conduct caused a common impact on the | 13:10:07 |
| 14 | putative class using empirical economic analysis? | 13:10:12 |
| 15 | MS. GHITA: Objection to form. | 13:10:19 |
| 16 | BY THE WITNESS: | 13:10:27 |
| 17 | A  If you take my definition of empirical | 13:10:28 |
| 18 | that I outlined to you earlier, then what we | 13:10:31 |
| 19 | regard as empirical evidence is what we would | 13:10:36 |
| 20 | regard as evidence, evidence that was found by a | 13:10:39 |
| 21 | factfinder or evidence that was contained in | 13:10:43 |
| 22 | documents or evidence that required the analysis | 13:10:45 |
| 23 | of data. We use the economic lens to guide us | 13:10:47 |
| 24 | into the assumptions and other things that we | 13:10:56 |
| 25 | would use to draw inferences from, but ultimately | 13:10:59 |

```
1    CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2
3         I, Theresa A. Vorkapic, Certified
4    Shorthand Reporter No. 084-2589, CSR, RMR, CRR,
5    RPR, and a Notary Public in and for the County of
6    Kane, State of Illinois, the officer before whom
7    the foregoing deposition was taken, do hereby
8    certify that the foregoing transcript is a true
9    and correct record of the testimony given; that
10   said testimony was taken by me and thereafter
11   reduced to typewriting under my direction; that
12   reading and signing was not requested; and that I
13   am neither counsel for, related to, nor employed
14   by any of the parties to this case and have no
15   interest, financial or otherwise, in its outcome.
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand and affixed my notarial seal this 29th day of
18   March, 2023.
19   My commission expires November 6, 2023.
20
21   _____
22   THERESA A. VORKAPIC
23   NOTARY PUBLIC IN AND FOR ILLINOIS
24
25
```