# EXHIBIT 11



# Consolidated financial statements of WP Capital Group

for the period 12 months ending 31 December 2022

Consolidated financial statements of Wirtualna Polska Holding SA
for the year ending 31 December 2022
TRANSLATION ONLY



on current turnover forecast and recognizes them as a reduction of revenues for the period. The annual rebates are a variable consideration recognized to the extent to which it is highly probable that there will be no reversal of a significant part of revenues The final amounts of rebates are known after the end of the financial year.

**RECOGNITION OF REVENUE FROM AGENCY SALES ON CAR SALES**

The Group sells goods both in the agency model, acting as an intermediary between the end customer and the supplier of the goods, as well as in the model of full control over the sales process to the end customer. For each sale, the Group assesses whether it acts as an intermediary or as a seller. If the Group acts as an intermediary, revenue is recognized in the amount of the commission received from the seller of the goods. Otherwise, revenue is recognized in the full amount due from the end customer.

**ESTIMATE OF LIABILITIES DUE TO CONTINGENT CONSIDERATION RELATED TO BUSINESS COMBINATIONS**

Agreements concluded by the Group within the acquisition activities often provide additional contingent consideration for sold shares or ventures. Additional consideration is usually dependent on financial or operating results of entities acquired. The final value of the contingent consideration is known after the end of the conditional period and may differ from the estimates at the moment of acquisition.

Changes in the fair value of contingent consideration as a result of additional information that the acquirer obtained after the date of acquisition about facts and circumstances that existed at the acquisition date are recognized as the purchase price adjustment. Changes in valuation due to differences in financial or operating results from the level assumed at initial recognition are presented in the income statement and other comprehensive income.

The Group analyses the conditions necessary for the payment of additional consideration at each time based on requirements of IFRS 3 and includes in purchase price this part of contingent consideration which is not the consideration other than due to transfer of rights to shares.

**DEFERRED TAX ASSET**

**▮ Recovery of the deferred tax asset**

The Group recognizes a deferred tax asset based on the assumption that a tax profit will be generated in the future enabling its utilization. The Parent Company's Management Board has prepared financial projections until 2026, which confirm that sufficiently high taxable income will be generated in the future to enable the utilization of the asset. The financial model has been developed based on market-wide forecasts and the Management Board's expectations. Deterioration of tax results in the future might result in the assumption becoming unjustified.

**VALUATION ON THE OPTION-RELATED COMMITMENT TO PURCHASE NON-CONTROLLING INTERESTS**

Commitments in respect of put options for non-controlling interests are subsequently measured at the amount being the best present estimate of the discounted purchase price.

Any changes in the value of these liabilities, resulting from discount settlement after the initial recognition, are presented in profit or loss as financial income/costs. Changes in the value resulting from an update of the forecasted results as the basis for estimating future liability are recognized as "Revaluation of commitments to purchase non-controlling interests and other liabilities resulting from business combinations".

## 5.   INFORMATION ON SEGMENT REPORTING

Following a number of significant acquisitions and the resulting change in the Group's structure, the Management Board has changed the way it analyses the Group's results and makes key decisions. The Management Board has identified three main operating segments: Advertising and Subscriptions (publishing and media activities as well as B2C services offered in the subscription model), Tourism (brokerage in the sale of domestic and foreign tourist services) and Consumer finance (activities generating revenues mainly from intermediation in obtaining financing). In addition, there has been separated the Other segment, which brings together the Group's activities that do not meet the criterion of individual separation (sale of house designs and generation of green electricity).

The attached notes constitute an integral part of these financial statements

Consolidated financial statements of Wirtualna Polska Holding SA
for the year ending 31 December 2022
TRANSLATION ONLY



| Twelve months ending 31 December 2022 | Advertising and subscriptions | Travel | Consumer finance | Other | Inter-segment transactions | Total |
|---|---|---|---|---|---|---|
| **Sales** | **624 621** | **242 770** | **171 033** | **49 221** | **(9 925)** | **1 077 720** |
| including cash revenue | 595 054 | 242 770 | 171 033 | 49 221 | (9 925) | 1 048 153 |
| **EBITDA adjusted (note 9)** | **282 335** | **61 181** | **30 023** | **(2 186)** | **-** | **371 353** |

| Twelve months ending 31 December 2021 | Advertising and subscriptions | Travel | Consumer finance | Other | Inter-segment transactions | Total |
|---|---|---|---|---|---|---|
| **Sales** | **546 140** | **127 834** | **131 783** | **75 538** | **(9 056)** | **872 239** |
| including cash revenue | 521 359 | 127 834 | 131 783 | 75 538 | (9 056) | 847 458 |
| **EBITDA adjusted** | **251 234** | **27 735** | **24 956** | **3 893** | **-** | **307 818** |

The Management Board analyses the results of the segments only up to the adjusted EBITDA level as described in the note 9 of the consolidated financial statements.

The Management Board does not analyse the operating segments in relation to their asset's value.

The Group's operating segments are presented consistently with the internal reporting submitted to the Parent Company's Management Board, which is the main body responsible for making operational decisions.

## 6.   INFORMATION ON SEASONALITY OF GROUP'S OPERATIONS

Revenues from the Media and Subscriptions segment are characterized by seasonality, so that revenues in the first and third quarters are lower than in the second and fourth quarters of a year.

Revenues from the Tourism segment show high seasonality and the highest revenue levels are generated in the third quarter of a year.

The Group's other revenues do not show any significant seasonality.

## 7.   THE GROUP'S STRUCTURE

As of 31 December 2022 the Capital Group represented: the parent company Wirtualna Polska Holding SA and 30 subsidiaries. The consolidated financial statements of the Group comprise the Company and the following subsidiaries:

| Segment | Entity | Headquarter | Parent company | Parent company's share |
|---|---|---|---|---|
| **Holding** | **Wirtualna Polska Holding S.A** | **Poland, Warsaw** | | |
| **Advertising and Subscription** | | | | |
| | Wirtualna Polska Media S.A. | Poland, Warsaw | Wirtualna Polska Holding | 100% |
| | Netwizor sp. z o.o. | Poland, Warsaw | Wirtualna Polska Media | 100% |
| | BusinessClick sp. z o.o. | Poland, Warsaw | Wirtualna Polska Media | 100% |
| | Open FM sp. z o.o. | Poland, Warsaw | Wirtualna Polska Media | 100% |
| | Stacja Służew sp. z o.o. | Poland, Warsaw | Wirtualna Polska Media | 100% |
| | WEV Partners Limited | Cyprus | Stacja Służew | 100% |
| | Audioteka S.A. (Grupa *) | Poland, Czechia, Lithuania, Turkey | Stacja Służew | 61% |
| | Benchmark sp. z o.o. | Poland, Poznan | Wirtualna Polska Media | 100% |
| | Mediapop sp. z o.o. | Poland, Warsaw | Wirtualna Polska Media | 100% |
| **Travel** | | | | |
| | Wakacje.pl S.A. | Poland, Gdank | Wirtualna Polska Media | 100% |
| | Parklot sp. z o.o. | Poland, Gdansk | Wakacje | 100% |
| | Nocowanie.pl sp. z o.o. | Poland, Lublin | Wirtualna Polska Media | 100% |
| | Camellia Investments Kft | Hungary | Wirtualna Polska Media | 100% |
| | Grupa Szallas ** | Hungary, Czechia, Romania, Croatia, Poland | Camellia Investments Kft | 100% |
| **Consumer Finance** | | | | |
| | Totalmoney sp. z o.o. | Poland, Wrocław | Wirtualna Polska Media | 100% |
| | Superauto24.com sp. z o.o. | Poland, Chorzów | Wirtualna Polska Holding | 51% |
| **Other** | | | | |
| | Extradom sp. z o.o. | Poland, Wrocław | Wirtualna Polska Holding | 100% |
| | WP Naturalnie Solar 1 sp. z o.o. | Poland, Warsaw | Wirtualna Polska Media | 100% |
| | Casalan Investments sp. z o.o. | Poland, Warsaw | Wirtualna Polska Media | 100% |

22