1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2
   SONAL N. MEHTA (SBN 222086)
3    Sonal.Mehta@wilmerhale.com
   2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6000
5
   DAVID Z. GRINGER (*pro hac vice*)
6    David.Gringer@wilmerhale.com
   ROSS E. FIRSENBAUM (*pro hac vice*)
7    Ross.Firsenbaum@wilmerhale.com
   RYAN CHABOT (*pro hac vice*)
8    Ryan.Chabot@wilmerhale.com
9  PAUL VANDERSLICE (*pro hac vice*)
     Paul.Vanderslice@wilmerhale.com
10 7 World Trade Center
   250 Greenwich Street
11 New York, New York 10007
   Telephone: (212) 230-8800
12

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
  Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

13
   *Attorneys for Defendant Meta Platforms, Inc.*
14

15                 **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN FRANCISCO DIVISION**

18

19 MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,

Case No. 3:20-cv-08570-JD

20                           Plaintiffs,

**[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF KEVIN KREITZMAN**

21        v.

22 META PLATFORMS, INC., a Delaware Corporation,

23

Judge: Hon. James Donato

                             Defendant.
24

25

26

27

28

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:  Defendant Meta Platforms, Inc.'s Motion to Exclude Expert Testimony and Opinions of Kevin Kreitzman is GRANTED as follows:

1. ORDERED, that the testimony and reports of Kevin Kreitzman are excluded pursuant to Federal Rule of Evidence 702 in their entirety.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
The Honorable James Donato
United States District Court Judge