**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> Hon. James Donato <br><br> **ADVERTISER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND THE COURT'S MARCH 25, 2024 ORDER** |

1   Pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Order Modifying Sealing
2   Procedures Relating to Dispositive Motions and Merits *Daubert* Briefing, entered in this action on
3   March 25, 2024 (Dkt. 745), Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406
4   Property Services, PLLC, Mark Young, and Katherine Looper ("Advertiser Plaintiffs") submit this
5   interim administrative motion to file under seal the unredacted versions of Advertiser Plaintiffs'
6   Notice of Motion, Motion to Exclude Opinion Testimony of Dr. Catherine Tucker, and memorandum
7   in support, as well as Exhibits 1-8 to the Declaration of Brian J. Dunne in their entirety. Pursuant to
8   the Court's Order (Dkt. 745), whether these materials should remain under seal will be discussed in
9   forthcoming Omnibus Sealing Motions, to be filed no later than June 27, 2024.

10   Advertiser Plaintiffs respectfully request that the documents filed provisionally under seal
11   herewith be maintained under seal pending a decision by the Court on the parties' forthcoming
12   Omnibus Sealing Motions.

13

14   Dated: April 5, 2024                                          Respectfully submitted,

15                                                                 By:  */s/ Brian J. Dunne*

16   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**       **BATHAEE DUNNE LLP**

17   Amanda F. Lawrence (*pro hac vice*)                           Yavar Bathaee (CA 282388)
     alawrence@scott-scott.com                                     yavar@bathaeedunne.com
18   Patrick J. McGahan (*pro hac vice*)                           Andrew C. Wolinsky (CA 345965)
     pmcgahan@scott-scott.com                                      awolinsky@bathaeedunne.com
19   Michael P. Srodoski (*pro hac vice*)                          Adam Ernette (*pro hac vice*)
     msrodoski@scott-scott.com                                     aernette@bathaeedunne.com
20   156 South Main Street, P.O. Box 192                           Priscilla Ghita (*pro hac vice*)
     Colchester, CT 06415                                          pghita@bathaeedunne.com
21   Tel.: (860) 537-5537                                          Chang Hahn (*pro hac vice*)
                                                                   chahn@bathaeedunne.com
22   Patrick J. Coughlin (CA 111070)                               445 Park Avenue, 9th Floor
     pcoughlin@scott-scott.com                                     New York, NY 10022
23   Carmen A. Medici (CA 248417)                                  (332) 322-8835
     cmedici@scott-scott.com
24   Hal D. Cunningham (CA 243048)
     hcunningham@scott-scott.com
25   Daniel J. Brockwell (CA 335983)                               Brian J. Dunne (CA 275689)
     dbrockwell@scott-scott.com                                    bdunne@bathaeedunne.com
26   600 W. Broadway, Suite 3300                                   Edward M. Grauman (*pro hac vice*)
     San Diego, CA 92101                                           egrauman@bathaeedunne.com
27   Tel.: (619) 233-4565                                          Andrew M. Williamson (CA 344695)

28

1  Patrick J. Rodriguez (*pro hac vice*)
   prodriguez@scott-scott.com
   230 Park Avenue, 17th Floor
2  New York, NY 10169
   Tel.: (212) 223-6444
3
4  **AHDOOT & WOLFSON, PC**
   Tina Wolfson (CA 174806)
   Robert Ahdoot (CA 172098)
5  Theodore W. Maya (CA 223242)
   Henry J. Kelston (*pro hac vice*)
6  2600 West Olive Avenue, Suite 500
   Burbank, CA 91505
7  Telephone: (310) 474-9111
   Facsimile:  (310) 474-8585
8  twolfson@ahdootwolfson.com
   rahdoot@ahdootwolfson.com
9  tmaya@ahdootwolfson.com

   awilliamson@bathaeedunne.com
   901 S. MoPac Expressway
   Barton Oaks Plaza I, Suite 300
   Austin, TX 78746
   (213) 462-2772

   Allison Watson Cross (CA 328596)
   across@bathaeedunne.com
   3420 Bristol St., Ste 600
   Costa Mesa, CA 92626-7133

   **LEVIN SEDRAN & BERMAN LLP**
   Keith J. Verrier (*pro hac vice*)
   Austin B. Cohen (*pro hac vice*)
   510 Walnut Street, Suite 500
   Philadelphia, PA 19106-3997
   Tel.: (215) 592-1500
   Fax:  (215) 592-4663
   kverrier@lfsblaw.com
   acohen@lfsblaw.com

*Interim Co-Lead Counsel and Executive Committee for the Advertiser Classes*