**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF BRIAN J. DUNNE IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE OPINION TESTIMONY OF DR. CATHERINE TUCKER** |

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of Advertiser Plaintiffs' Motion to Exclude Opinion Testimony of Dr. Catherine Tucker.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the certified transcript of the February 28, 2024 Deposition of Catherine Tucker.

4. Attached as **Exhibit 2** is a true and correct copy of the Advertiser Merits Report of Catherine Tucker Errata, dated January 16, 2024.

5. Attached as **Exhibit 3** is a true and correct copy of the Advertiser Merits Rebuttal Report of Catherine Tucker, dated February 9, 2024.

6. Attached as **Exhibit 4** is a true and correct copy of the Expert Merits Report of Michael A. Williams, Ph.D., dated January 12, 2024.

7. Attached as **Exhibit 5** is a true and correct copy of the Expert Merits Rebuttal Report of Michael A. Williams, Ph.D., dated February 9, 2024.

8. Attached as **Exhibit 6** is a true and correct copy of a document produced by Meta in this litigation with the Bates Number PALM-012438930.

9. Attached as **Exhibit 7** is a true and correct copy of PX 581 and PX 582, which are a parent email and attachment produced in this litigation by Meta, marked as exhibits at the deposition of Jon Eide.

10. Attached as **Exhibit 8** is a true and correct copy of class certification Expert Reply Report of Michael A. Williams, Ph.D., dated September 15, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2024, in Austin, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian J. Dunne
　　　　　　　　　　　　　　　　　　　　　　　　　Brian J. Dunne