**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
(332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> Hon. James Donato <br><br> **[PROPOSED] ORDER GRANTING ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE OPINION TESTIMONY OF DR. CATHERINE TUCKER** |

**[PROPOSED] ORDER**

Advertiser Plaintiffs' Motion to Exclude Opinion Testimony of Dr. Catherine Tucker is now before the Court. Upon consideration, the Court GRANTS the motion.

Accordingly, it is ORDERED that paragraphs 165-70, 192, and 194-203 of the Advertiser Merits Report of Catherine Tucker, and paragraph 37 of the Advertiser Merits Rebuttal Report of Catherine Tucker, as well as any related testimony, are excluded from this case pursuant to Federal Rule of Evidence 702.

Dated: _____                    _____
                                          HON. JAMES DONATO
                                          United States District Judge