| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Tel.: (619) 233-4565<br><br>(Additional counsel on signature page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 20-cv-08570-JD<br><br>Hon. James Donato<br><br>**CERTIFICATE OF SERVICE FOR MANUALLY FILED EXHIBIT 15 TO THE DECLARATION OF BRIAN J. DUNNE IN SUPPORT OF ADVERTISER PLAINTIFFS' MOTION TO EXCLUDE OPINION TESTIMONY OF DR. GEORGIOS ZERVAS** |

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2024, I served manually-filed Exhibit 15 to the Declaration of Brian J. Dunne in Support of Advertiser Plaintiffs' Motion to Exclude Opinion Testimony of Dr. Georgios Zervas (an Excel spreadsheet file with corresponding Manual Filing Notification at ECF No. 752-17) on all counsel of record through an email with a Dropbox link sent to all counsel.

Dated: April 5, 2024

/s/ Brian J. Dunne
Brian J. Dunne
bdunne@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
(213) 462-2772

Certificate of Service – Case No. 20-cv-08570-JD