**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
shanas@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Consolidated Case No. 3:20-cv-08570-JD <br><br> **DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF CONSUMER PLAINTIFFS' MOTION TO EXCLUDE FURTHER TESTIMONY OF DR. CATHERINE TUCKER** |
| This Document Relates To: *All Consumer Actions* | The Hon. James Donato <br> Hearing Date: June 20, 2024 <br> Hearing Time: 10:00 a.m. |

I, Shana E. Scarlett, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), one of the attorneys of record for Consumer Plaintiffs in the above-titled action. I submit this declaration in support of Consumer Plaintiffs' motion to exclude testimony of Dr. Catherine Tucker.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of Dr. Catherine Tucker's Opening Merits Report (January 12, 2024).

4. Attached hereto as Exhibit 2 is a true and correct copy of Dr. Catherine Tucker's Rebuttal Merits Report (February 9, 2024).

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Dr. Nicholas Economides' Opening Merits Report (January 12, 2024).

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Dr. Catherine Tucker (March 6, 2024).

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of the deposition transcript of Dr. John List (March 1, 2024).

8. Attached hereto as Exhibit 6 is a true and correct copy of two Reddit posts cited in footnote 99 of paragraph 49 of Dr. Tucker's January 12, 2024 Opening Merits Report.

9. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of Exhibit 2534 marked at the March 6, 2024 deposition of Dr. Tucker.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of April 2024 at Oakland, California.

By  /s/ Shana E. Scarlett
      Shana E. Scarlett