# SCARLETT DECL. EXHIBIT 1 PROVISIONALLY SUBMITTED UNDER SEAL