# SCARLETT DECL. EXHIBIT 2 PROVISIONALLY SUBMITTED UNDER SEAL