# SCARLETT DECL. EXHIBIT 3 PROVISIONALLY SUBMITTED UNDER SEAL