# SCARLETT DECL. EXHIBIT 4 PROVISIONALLY SUBMITTED UNDER SEAL