# SCARLETT DECL. EXHIBIT 5 PROVISIONALLY SUBMITTED UNDER SEAL