# SCARLETT DECL. EXHIBIT 6



https://www.reddit.com/r/MicrosoftRewards/comments/14szbcr/deleted_by_user/



https://www.reddit.com/r/MicrosoftRewards/comments/jl9kn8/is_this_the_official_subreddit_i_made_a_bot_to_do/