# SCARLETT DECL. EXHIBIT 7



# 2020 Antitrust Annual Report

## Class Action Filings in Federal Court

Published August 2021

PLAINTIFF EXHIBIT
Catherine Tucker
Klein v Meta Platforms
2534




Electronic copy available at: https://ssrn.com/abstract=3898782

**2020 Antitrust Annual Report**

# Total Settlement Amount by Year

From the data analyzed, 2016 and 2018 stand out for the total settlement amount by year. These years are also notable for the number of settlements reaching final approval. In 2016, 156 settlements reached final approval, while in 2018, 176 settlements did the same.

High dollar settlements in 2016 include:
- In re: Credit Default Swaps Antitrust Litigation: $1.8B
- In re: Urethane Antitrust Litigation: $835M
- In re: Automotive Parts Antitrust Litigation: $224M for end payors class (first round of settlements)

High dollar settlements in 2018 include:
- In re: Foreign Exchange Benchmark Rates Antitrust Litigation: $2.3B
- In re: LIBOR Based Financial Instruments Antitrust Litigation: $590M
- In re: ISDAfix Antitrust Litigation: $504M

After a record year in 2018 of $5.3B, the settlements in 2019 declined significantly to only $999M, then increased to $3.7B in 2020.

Figure 8:   **Total Settlement Amount by Year**
            2009 - 2020



12

Electronic copy available at: https://ssrn.com/abstract=3898782