**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD <br><br> **CONSUMER PLAINTIFFS' INTERIM SEALING MOTION TO PROVISIONALLY FILE CONSUMER PLAINTIFFS' MOTION TO EXCLUDE DR. TUCKER'S TESTIMONY UNDER SEAL** <br><br> The Hon. James Donato <br> Hearing Date: June 20, 2024 <br> Hearing Time: 10:00 a.m. |

1   Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify the
2   sealing procedures applicable to *Daubert* briefing and dispositive motions briefing, Dkt. 745, Consumer
3   Plaintiffs ("Consumers") submit this interim administrative motion to provisionally file under seal
4   Consumers' Motion to Exclude Further Testimony of Dr. Catherine Tucker and Exhibits 1-5 to the
5   Declaration of Shana Scarlett in support of Consumers' Motion. Consistent with the Court's March 25,
6   2024 Order, Consumers will describe the reasons for the requested sealing in a joint Omnibus Sealing
7   Motion covering the dispositive motions briefing, merits *Daubert* briefing, and the joint submission for
8   the merits concurrent expert proceeding 30 days after the last of these documents is filed. In the interim,
9   Consumers respectfully request that the Court provisionally maintain under seal the requested materials.

DATED: April 5, 2024

By: */s/ Shana Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
 shanas@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
 steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

*Interim Co-Lead Consumer Class Counsel*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
 wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
 rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
 bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
 rapeterson@locklaw.com
Kyle Pozan (admitted *pro hac vice*)
 kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
 lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Interim Counsel for the Consumer Class*

By: */s/ Kevin Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
Scott L. Watson (Bar No. 219147)
 scottwatson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
 clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
 brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Michelle Schmit (admitted *pro hac vice*)
 michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400
Manisha M. Sheth (admitted *pro hac vice*)
 manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Interim Co-Lead Consumer Class Counsel*

**ATTESTATION OF SHANA SCARLETT**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Shana Scarlett. By her signature, Ms. Scarlett attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: April 5, 2024                    By   */s/ Shana Scarlett*
                                                           Shana Scarlett