| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) <br> Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) <br>   Sonal.Mehta@wilmerhale.com <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, California 94306 <br> Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) <br>   Molly.Jennings@wilmerhale.com <br> 2100 Pennsylvania Ave NW <br> Washington, DC 20037 <br> Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) <br>   David.Gringer@wilmerhale.com <br> ROSS E. FIRSENBAUM (*pro hac vice*) <br>   Ross.Firsenbaum@wilmerhale.com <br> RYAN CHABOT (*pro hac vice*) <br>   Ryan.Chabot@wilmerhale.com <br> PAUL VANDERSLICE (*pro hac vice*) <br>   Paul.Vanderslice@wilmerhale.com <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, New York 10007 <br> Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) <br>   Michaela.Sewall@wilmerhale.com <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING CONSOLIDATED CONSUMER CLASS ACTION COMPLAINT (Dkt. 87)** <br><br> Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Motion for Summary Judgment Regarding the Consolidated Consumer Class Action Complaint (Dkt. 87).

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript from Sarah Lamdan's merits deposition, held on March 21, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript from Nicholas Economides's merits deposition, held on March 15, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Expert Merits Report of Joseph Farrell, dated January 12, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript from Joseph Farrell's merits deposition, held on March 15, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Expert Merits Report of Nicholas Economides, dated January 12, 2024.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the Declaration of Nicholas Economides in Support of User Plaintiffs' Motion for Class Certification Errata, dated July 27, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the transcript from Nicholas Economides's class certification deposition, held on September 14, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of User Plaintiffs' Second Supplemental Responses and Objections to Interrogatories Nos. 6, 7, and 8 of Defendant Meta Platforms, Inc.'s Second Set of Interrogatories, dated January 18, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of User Plaintiffs' Responses and Objections to Defendant Meta Platforms, Inc.'s Fourth Set of Interrogatories, dated March 24, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition, held on April 24, 2023.

1    12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the
2  transcript from Maximilian Klein's deposition, held on May 31, 2023.

3    13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts of User
4  Plaintiffs' Third Supplemental Responses and Objections to Interrogatory No. 1 of Defendant
5  Meta Platforms, Inc.'s First Set of Interrogatories, dated June 23, 2023.

6    14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts of a document
7  produced in this litigation, Bates numbered GOOG-META-01305868.

8    15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the
9  transcript from Christopher DeWolfe's deposition in the matters *Federal Trade Commission v.*
10 *Meta Platforms, Inc.*, No. 3:22-cv-03590-JEB (D.D.C.) and *Maximilian Klein, et al., v. Meta*
11 *Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.), held on March 10, 2023.

12   16.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the
13 transcript from Bradley Horowitz's deposition in the matters *Federal Trade Commission v. Meta*
14 *Platforms, Inc.*, No. 3:22-cv-03590-JEB (D.D.C.) and *Maximilian Klein, et al., v. Meta*
15 *Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.), held on May 17, 2023.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 5th day of April, 2024, in New York, New York.

By:   */s/ David Z. Gringer*
      David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:   */s/ Sonal N. Mehta*
        Sonal N. Mehta