# EXHIBIT 9

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | The Hon. James Donato |
| vs. | **CONSUMER PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FOURTH SET OF INTERROGATORIES** |
| META PLATFORMS, INC., | |
| Defendant. | |
| This Document Relates To: All Actions | |

with the ordinary or customary meaning of such words and phrases or the rules governing the permissible scope of discovery.

16. Consumer Plaintiffs object to the "Instructions" section preceding the Interrogatories as vague and ambiguous, as well as overly broad, unduly burdensome, and disproportionate to the extent that they purport to impose an obligation on Consumer Plaintiffs to locate, obtain, and produce information, documents, and things that are not in the possession, custody, or control of Consumer Plaintiffs.

## SPECIFIC RESPONSES AND OBJECTIONS

**INTERROGATORY NO. 21:**

Identify each "practice[]" You refer to in Your statement in response to Meta's Request for Production No. 37 that "Consumer Plaintiffs further object to this Request to the extent it suggests the liability in this case is tied to certain misrepresentations, rather than the practices Facebook failed to disclose."

**RESPONSE TO INTERROGATORY NO. 21:**

Consumer Plaintiffs object to this Interrogatory on the grounds set forth in detail above in their General Objections. Consumer Plaintiffs further object to this Interrogatory on the grounds that, by seeking information regarding Consumer Plaintiffs' prior discovery objections, the Interrogatory seeks information concerning subject matters that are not relevant to any party's claims or defenses in this case, and is unduly oppressive and harassing. Consumer Plaintiffs further object to this Request on the grounds that it is overbroad, unduly burdensome, and disproportionate to the needs of the case, including by seeking information regarding Consumer Plaintiffs' prior discovery responses and requesting identification of "each" practice Facebook failed to disclose. Consumer Plaintiffs do not agree to identify every permutation or every instance of substantially similar practices.

Consumer Plaintiffs further object to this Interrogatory on the grounds that it is duplicative, including of Facebook's other discovery requests. Consumer Plaintiffs have already provided

DATED: March 24, 2023

By: */s/ Shana Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

By: */s/ Kevin Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
  clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Michelle Schmit
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400

Manisha M. Sheth (admitted *pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Arielle S. Wagner (admitted *pro hac vice*)
  aswagner@locklaw.com
Kyle Pozan (admitted *pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Interim Counsel for the Consumer Class*