| | |
|---|---|
| WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br><br>SONAL N. MEHTA (SBN 222086)<br> Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br> David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br> Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br> Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br> Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | ARI HOLTZBLATT (*pro hac vice*)<br> Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br> Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br><br>MICHAELA P. SEWALL (*pro hac vice*)<br> Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>      Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DEFENDANT META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1          Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify
2  sealing procedures for dispositive motions and merits *Daubert* briefing, Dkt. 745, Meta Platforms,
3  Inc. respectfully requests that the Court seal the attached Motion to Exclude the Expert Testimony
4  and Opinions of Nicholas Economides and accompanying exhibits.  In accordance with the Court's
5  Order, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion to be
6  filed on the schedule set forth in that Order.  Meta anticipates additional review of the materials to
7  ensure that any requests for sealing are appropriately tailored.  Redacted copies of the documents
8  sought to be sealed have been publicly filed on the docket.

| | | |
|---|---|---|
| 1 | Date: April 5, 2024 | Respectfully submitted, |
| 2 | | By: /s/ Sonal N. Mehta |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | | Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP<br>2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306<br>Telephone: (650) 858-6000 |
| 7 | | |
| 8 | | DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com |
| 11 | | PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com |
| 12 | | WILMER CUTLER PICKERING HALE |
| 13 | | AND DORR LLP<br>7 World Trade Center |
| 14 | | 250 Greenwich Street<br>New York, New York 10007 |
| 15 | | Telephone: (212) 230-8800 |
| 16 | | |
| 17 | | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| 18 | | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com |
| 19 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 20 | | 2100 Pennsylvania Avenue NW<br>Washington, DC 20037 |
| 21 | | Telephone: (202) 663-6000 |
| 22 | | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 | | Michaela.Sewall@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 24 | | AND DORR LLP<br>60 State Street |
| 25 | | Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |

No. 3:20-cv-08570-JD  　　　　　　　　　　　　　　　　　　　META PLATFORMS, INC.'S INTERIM MOTION TO SEAL