| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*) <br> Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) <br> Sonal.Mehta@wilmerhale.com <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, California 94306 <br> Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) <br> Molly.Jennings@wilmerhale.com <br> 2100 Pennsylvania Ave NW <br> Washington, DC 20037 <br> Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) <br> David.Gringer@wilmerhale.com <br> ROSS E. FIRSENBAUM (*pro hac vice*) <br> Ross.Firsenbaum@wilmerhale.com <br> RYAN CHABOT (*pro hac vice*) <br> Ryan.Chabot@wilmerhale.com <br> PAUL VANDERSLICE (*pro hac vice*) <br> Paul.Vanderslice@wilmerhale.com <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, New York 10007 <br> Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) <br> Michaela.Sewall@wilmerhale.com <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> **DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF NICHOLAS ECONOMIDES** <br><br> Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Motion to Exclude the Testimony and Opinions of Nicholas Economides.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Merits Report of Dr. Nicholas Economides, dated January 12, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Merits Rebuttal Report of Dr. Nicholas Economides, dated February 9, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript from Nicholas Economides's class certification deposition held on September 14, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript from Nicholas Economides's merits deposition held on March 15, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript from Joseph Farrell's merits deposition held on March 15, 2024.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript from Maximilian Klein's deposition held on May 31, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition held on April 25, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript from Rachel Banks Kupcho's deposition held on May 22, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Dr. Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification Errata, dated July 27, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of an article by Sagee Ben-Zedeff, *Introducing Study from Facebook*, Meta (June 11, 2019), https://about.fb.com/news/2019/06/study-from-facebook/.

1  12. Attached hereto as Exhibit 11 is a true and correct copy of Background for Sagee
2  Ben-Zedeff's 30(b)(6) Deposition, PX-2961.
3  13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the
4  transcript from Mark Zuckerberg's deposition held on May 16, 2023.
5  14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the
6  transcript from David Baser's deposition held on June 14, 2023.
7  15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of an article
8  by Joseph Farrell and Nancy T. Gallini, *Second-Sourcing as a Commitment: Monopoly*
9  *Incentives to Attract Competition*, The Quarterly Journal of Economics, 103(4):673-694
10 (November 1988).
11 16. Attached hereto as Exhibit 15 is a true and correct copy of an article by Nicholas
12 Economides & Ioannis Lianos, *Giving Away Our Data for Free is a Market Failure*, Promarket
13 (Feb. 1, 2021), https://www.promarket.org/2021/02/01/free-data-market-failure-digital-
14 platforms/ (last accessed April 5, 2024).
15 17. Attached hereto as Exhibit 16 is a true and correct copy of the webpage, *Join the*
16 *Amazon Shopper Panel and Earn Monthly Rewards!*, Amazon, https://panel.amazon.com.
17 18. Attached hereto as Exhibit 17 is a true and correct copy of an article by Dante
18 D'Orazio, *Google Screenwise Pays Opt-In Users for Expanded Web Tracking*, The Verge (Feb.
19 8, 2012), https://www.theverge.com/2012/2/8/2785751/google-screenwise-panel-web-
20 monitoring-knowledge-networks.
21 19. Attached hereto as Exhibit 18 is a true and correct copy of an article, *Strategy*
22 *Analytics Introduces New Wall Street Service Analyzing Mobile Companies*, BusinessWire (Sept.
23 11, 2018).
24 20. Attached hereto as Exhibit 19 is a true and correct copy of an article by Nicholas
25 Economides, *Antitrust Issues In Network Industries* (May 2008).
26 //
27 //
28 //

1  I declare that the foregoing is true and correct under penalty of perjury.

2  Executed on this 5th day of April, 2024, in New York, New York.

3              By:    /s/ David Z. Gringer
4                     David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:    */s/ Sonal N. Mehta*
            Sonal N. Mehta