# EXHIBIT 16

# Join the Amazon Shopper Panel and earn monthly rewards!

 



The Amazon Shopper Panel is an opt-in, invitation-only program where participants can earn monthly rewards by sharing receipts from purchases made outside of Amazon.com, completing short surveys, and enabling ad verification for the ads they see from Amazon's own advertising or third-party businesses that advertise through Amazon Ads.

Earning rewards is easy. Simply upload eligible receipts by using the Amazon Shopper Panel app to take pictures of paper receipts or by forwarding email receipts to receipts@panel.amazon.com and you'll earn up to $10 per month towards either an Amazon Balance or a charitable donation. You'll earn additional rewards each month for every survey you complete or if you enable ad verification. Space is limited and you may only

be eligible to participate in certain parts of the program. You can check if you are eligible by tapping on the tabs for Receipts, Surveys, and Ads in the app.

Your participation will help brands offer better products and make Amazon ads more relevant.






## How to join

The Amazon Shopper Panel is available to a limited number of Amazon customers in the US. Customers receiving an invitation to join the panel can download the app from the [App Store](#) or the [Google Play Store](#). Interested

customers who did not receive an invitation can download the app to join the waitlist and will be notified via email when space becomes available.

## Privacy

Participation in the Amazon Shopper Panel is voluntary and panelists can stop using the app, sharing receipts, answering survey questions, or enabling ad verification at any time. Amazon only receives information that panelists explicitly choose to share via the Shopper Panel, such as information extracted from uploaded receipts (including product or retailer names), survey responses, or ads they have seen.

Amazon deletes any sensitive information, such as prescription information from drug store receipts. Panelists also have the option to delete previously uploaded receipts at any time. Amazon securely stores panelists' personal information and handles it in accordance with Amazon's Privacy Notice.

Learn more

## Frequently asked questions

About         Rewards         Receipts         Surveys         Ads

### What is the Amazon Shopper Panel?

The Amazon Shopper Panel is an opt-in, invitation-only program where participants can earn monthly rewards by sharing receipts from

purchases made outside of Amazon, answering surveys, and enabling ad verification to let Amazon confirm the ads you see. Ads from Amazon can include Amazon's own advertising or third-party businesses that advertise through Amazon. Space is limited and you may only be eligible to participate in certain parts of the program, such as sharing receipts and redeeming offers. You can check if you are eligible by tapping on the tabs for Receipts, Surveys, Ads, and Offers (beta) in the app. Your participation will help brands offer better products and make ads from Amazon more relevant. For more information on how Amazon will use your information, go [here](). Participation in the Amazon Shopper Panel is voluntary and panelists can stop using the app, sharing receipts, answering survey questions, enabling ad verification, or redeeming offers at any time.

## How do I sign up for the Amazon Shopper Panel?

The Amazon Shopper Panel is available to a limited number of Amazon customers in the US, the UK, Canada, Germany, France and Spain. Customers receiving an invitation to join the panel can download the app from either the [App Store]() or the [Google Play Store](). Customers who did not receive an invitation can download the app and check if space is available. If there is no space available, customers can join the waitlist and will be notified if a spot opens up. The Amazon Shopper Panel app is free to download and use.

## What if I received an invitation, but am being asked to join the waitlist after signing in?

If you received an invitation to join the Amazon Shopper Panel, you must sign into the app using the same email address associated with the invited Amazon.com account. If you are using an Android device and are signed into other Amazon apps using a different Amazon.com account, you will need to sign out of the Amazon Shopper Panel app

and then sign back in using the invited Amazon.com account. Note, invitations expire after 30 days.

## Do I need to participate in all Amazon Shopper Panel activities to earn rewards?

No. You choose how you want to participate in the Amazon Shopper Panel. You can choose to share only receipts, survey responses, information about the ads you see from Amazon, or any combination of the three. Space is limited and you may only be eligible to participate in certain parts of the program.

## How do I opt out of the Amazon Shopper Panel?

Participation in the Amazon Shopper Panel is voluntary and you can stop using the app, sharing receipts, answering survey questions, or enable ad verification at any time. You may also withdraw consent and delete your personal information that is associated with the Amazon Shopper Panel including receipts, survey responses, information about the ads you see from Amazon, details you provide about yourself, and your rewards history by selecting "Delete your data and opt out" within the "More" tab's menu. If you proceed with that request, you will be removed from the Amazon Shopper Panel. You will still be able to redeem rewards earned in previous months, but you will be ineligible to receive any rewards earned during the current month. If you decide you would like to rejoin the Amazon Shopper Panel, you may be added to the waitlist as availability is limited. If you have been added to the waitlist, we will notify you if a spot opens up.

## How do I close my Amazon account?

You can submit a request to close your Amazon account [here](#). If you proceed with this request you will not be able to access products and

services associated with your closed account, including the Amazon Shopper Panel.

## How do I set my Amazon Shopper Panel country of residence?

The Amazon Shopper Panel is available in the US, the UK, Canada, Germany, France and Spain. You must live in one of these countries to participate in the Amazon Shopper Panel. If you have received an invitation and live in one of these countries, make sure the default address associated with your Amazon Devices and Content is set to the country you currently live in. Updating your country of residence may impact the availability of some of your Amazon content, features, and services (click here to learn more).

## What if I move to a new country?

The Amazon Shopper Panel is available in the US, the UK, Canada, Germany, France and Spain. If you are moving to a country where Amazon Shopper Panel is unavailable, then you will no longer be able to use Amazon Shopper Panel app. If you are moving to a country where Amazon Shopper Panel is available, please contact customer support to have your account updated. When moving your account to the new country, we will permanently delete the data associated with your Amazon Shopper Panel account in your previous country, including receipts, survey responses, ad verification data, and rewards history after making this change. You should download any data that you would like to keep prior to moving your account to your new country, such as receipt images. Your Amazon Gift Cards won't transfer to the new Amazon site. The balance will remain available on your original or previous Amazon website.

## What if I need more help using the Amazon Shopper Panel app?

You can get more help by selecting "Help > I have a question about something else > Get in touch with a customer support representative" within the "More" tab's menu to contact a Customer Support respresentative.

© 1996-2024, Amazon.com, Inc. or its affiliates.

Apple and the App Store logo are trademarks of Apple Inc.

Google Play and the Google Play logo are trademarks of Google LLC.

Amazon, Amazon Shopper Panel, and all related marks are trademarks of Amazon.com, Inc. or its affiliates.