# EXHIBIT 18



STRATEGYANALYTICS
Research, Experts, and Analytics

# CORRECTING and REPLACING Strategy Analytics Introduces New Wall Street Service Analyzing Mobile Companies

*AppOptix' Wall Street Program Delivers App Metrics Captured in Real-Time as Consumers Use Their Mobile Applications*



Smartphone Netflix App User Metrics (Graphic: Business Wire)

CORRECTION...by Strategy Analytics

September 11, 2018 02:45 PM Eastern Daylight Time

BOSTON--(BUSINESS WIRE)--Contact info should read: Prabhat Agarwal (instead of Prabhat Agarwa).

The corrected release reads:

### STRATEGY ANALYTICS INTRODUCES NEW WALL STREET SERVICE ANALYZING MOBILE COMPANIES

*AppOptix' Wall Street Program Delivers App Metrics Captured in Real-Time as Consumers Use Their Mobile Applications*

Today Strategy Analytics announces the AppOptix Wall Street (AWS) program delivering consumer performance metrics on mobile applications and designed for TMT analysts that cover social media, entertainment, mobile communications apps and mobile industry trends. This program delivers quarterly usage metrics such as minutes of use, engagement percentages and data use on public and private company Android-based apps. Through our proprietary AppOptix app and opt-in panel of users in the United States, we capture smartphone usage metrics as our panel members use their smartphones, providing a leading indicator of app performance.

Key program highlights include:

- Quarterly app metrics with quarter-over-quarter and same quarter prior year comps

- Online dashboard for quick access to app performance metrics data
- Trend charts with quarterly, monthly, 30-day, 60-day trend data on key mobile metrics
- Published Research Notes on apps with AppOptix analysis of performance and rating

**Prabhat Agarwal,** Director, AppOptix commented, "We are very excited to introduce the AppOptix Wall Street program, which tracks the use and performance of mobile apps. We believe that our mobile app performance data is a leading indicator for how apps are performing among consumers. Our data, which is actual usage data versus survey-based data, is a powerful tool for gauging if mobile app companies are delivering value and maintaining consumer engagement."

**Barry Gilbert**, Vice President, added, "AWS fills a void that complements financial metrics and offers an early indication of potential challenges with mobile centric company performance. Having a comprehensive understanding of how often consumers engage with their smartphones, and how this varies by consumer segment, provide a deeper and more useful set of metrics from which analysts can assess potential disruption in the mobile space. AppOptix offers an unparalleled window into that consumer activity which translates into the equivalent of a "fly by wire" navigation for the consumer journey."

**About Strategy Analytics**

Strategy Analytics, Inc. provides the competitive edge with advisory services, consulting and actionable market intelligence for emerging technology, mobile and wireless, digital consumer and automotive electronics companies. With offices in North America, Europe and Asia, Strategy Analytics delivers insights for enterprise success. www.StrategyAnalytics.com.

**About AppOptix (AO)**

AppOptix is Strategy Analytics' research program providing insight into the world of the Mobile Consumer. The AppOptix platform data is captured from the smartphones used by an opt-in panel of consumers in the U.S., who are selected based on their smartphone brand ownership, mobile carrier and demographic profile. Panelists download an app onto their device that enables AppOptix to passively observe and monitor their mobile device use, including the apps used (minutes/day, data use, number of sessions), their network utilization (cellular and Wi-Fi), and where and how often their device, on a 24X7 basis in real-time. AppOptix U.S. observes approximately 4,000 devices annually. http://sa-link.cc/AppOptix

Contacts
Strategy Analytics
Prabhat Agarwal, +1-617-614-0745
Director of AppOptix
pagarwal@strategyanalytics.com
or
Barry Gilbert, +1-617-614-0701
Vice President, New Ventures
bgilbert@strategyanalytics.com

#Hashtags

#AppUsage    #AppOptix    #UserMetrics

Follow SA News on Twitter

Connect with Strategy Analytics on LinkedIn