WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
  Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
  Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
  Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
  Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER GRANTING META PLATFORM, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF NICHOLAS ECONOMIDES**<br><br>Judge: Hon. James Donato |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Meta Platform, Inc.'s Motion to Exclude Expert Testimony and Opinions of Nicholas Economides is GRANTED as follows:

1. ORDERED, that the testimony as described in the Expert Report of Nicholas Economides is excluded pursuant to Federal Rule of Evidence 702 in its entirety; and it is further

2. ORDERED, that the testimony as described in Sections II.A-C (¶¶ 5-69), II.D.1-2 (¶¶ 70-83), II.E (¶¶ 102-119), II.G (¶ 188), III.A.1-2.b (¶¶ 189-211), and III.B (¶¶ 214-226) and Parts IV-VII (¶¶ 227-341) of the Expert Rebuttal Report of Nicholas Economides is excluded pursuant to Federal Rule of Evidence 702.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
The Honorable James Donato
United States District Court Judge