**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
 Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
 865 South Figueroa Street, 10th Floor
 Los Angeles, CA 90017
 (213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
 Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
 715 Hearst Avenue, Suite 202
 Berkeley, CA 94710
 (510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL MATERIALS RELATED TO CONSUMER PLAINTIFFS' MOTIONS TO EXCLUDE PORTIONS OF THE PROPOSED TESTIMONY OF DR. DENNIS CARLTON, DR. JOHN LIST, AND ANINDYA GHOSE** |
| vs. | |
| META PLATFORMS, INC., | |
| Defendant. | The Hon. James Donato |
| This Document Relates To: All Actions | Hearing Date: June 20, 2024 at 10:00 a.m. |

Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify the sealing procedures applicable to dispositive motion and related *Daubert* briefing, Dkt. 745, Consumer Plaintiffs ("Consumers") submit this interim administrative motion to provisionally file under seal the unredacted versions of Consumers' Motion to Exclude Portions of Dr. Dennis Carlton's Proposed Testimony, Consumers' Motion to Exclude Portions of Dr. John List's Proposed Testimony, and Consumers' Motion to Exclude Anindya Ghose's Proposed Testimony Regarding the *Brown Shoe* Factors and Facebook's Monopoly Power, along with certain exhibits submitted as attachments to each motion's supporting declaration: respectively, the Declaration of Kevin Y. Teruya, the Declaration of Claire D. Hausman, and the Declaration of Adam B. Wolfson. Consistent with the Court's March 25, 2024 Order, Consumers will describe the reasons for the requested sealing in a forthcoming omnibus sealing motion. In the interim, Consumers respectfully request that the Court provisionally maintain under seal the requested materials.

DATED:  April 5, 2024

By:  */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

*Interim Co-Lead Consumer Class Counsel*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Kyle Pozan (admitted *pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

*Interim Counsel for the Consumer Class*

By:  */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Scott L. Watson (Bar No. 219147)
  scottwatson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
  clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Michelle Schmit (admitted *pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Manisha M. Sheth (admitted *pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Interim Co-Lead Consumer Class Counsel*

## ATTESTATION OF KEVIN Y. TERUYA

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: April 5, 2024            By  /s/ Kevin Y. Teruya
                                    Kevin Y. Teruya

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By  /s/ Kevin Y. Teruya
    Kevin Y. Teruya