UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' MOTION TO EXCLUDE ANINDYA GHOSE'S PROPOSED TESTIMONY REGARDING THE *BROWN SHOE* FACTORS AND FACEBOOK'S MONOPOLY POWER**<br><br>The Hon. James Donato<br><br>Hearing Date: June 20, 2024 at 10:00 a.m. |

Now before the Court is Consumer Plaintiffs' Motion to Exclude Anindya Ghose's Proposed Testimony Regarding the *Brown Shoe* Factors and Facebook's Monopoly Power (the "Motion"). Having reviewed the record, the arguments of counsel, and the relevant authorities, the Court **GRANTS** Consumer Plaintiff's Motion.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE