**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
 Claire D. Hausman (Bar No. 282091)
 clairehausman@quinnemanuel.com
 865 South Figueroa Street, 10th Floor
 Los Angeles, CA 90017
 (213) 443-3000

*Interim Co-Lead Consumer Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD <br><br> **DECLARATION OF CLAIRE D. HAUSMAN IN SUPPORT OF CONSUMER PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF DR. JOHN LIST'S PROPOSED TESTIMONY** <br><br> The Hon. James Donato <br><br> Hearing Date: June 20, 2024 at 10:00 a.m. |

I, Claire D. Hausman, declare:

1. I am of counsel at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). I have been actively involved in this action, am familiar with the proceedings, and have personal knowledge of the matters stated herein.

2. I respectfully submit this declaration in support of Consumer Plaintiffs' Motion to Exclude Portions of Dr. John List's Proposed Testimony. Attached to this declaration are true and correct copies of **Exs. 1-16**, which are documents and deposition transcripts that Consumer Plaintiffs cite in their Motion. For the Court's convenience, the relevant portions of the documents and deposition transcripts have been highlighted and, where applicable, excerpted.[1]

| **Ex. No.** | **Description of Exhibit** | **Provisionally Filed Under Seal** |
|---|---|---|
| 1 | Merits Expert Report of Facebook Expert John A. List, Ph.D. | Yes |
| 2 | Excerpts from Appendices to Merits Expert Report of Facebook Expert John A. List, Ph.D. | Yes |
| 3 | Excerpts from Deposition of Dr. John List, taken in *Klein v. Meta Platforms* on March 1, 2024 | Yes |
| 4 | Excerpts from Merits Expert Rebuttal Report of Consumer Expert Joseph Farrell, D. Phil. | Yes |
| 5 | Excerpts from Merits Expert Report of Facebook Expert Dennis Carlton, Ph.D. | Yes |
| 6 | Excerpts from Deposition of Dr. Dennis Carlton, taken in *Klein v. Meta Platforms* on March 7, 2024 | Yes |
| 7 | Excerpts from FTC Rebuttal Expert Report of Facebook Expert Dennis W. Carlton, Ph.D. in *FTC v. Meta Platforms* Case | Yes |
| 8 | Hendel, Igal, and Aviv Nevo. "Measuring the implications of sales and consumer inventory behavior." <u>Econometrica</u> 74, no. 6 (2006). | No |
| 9 | Excerpts from 2023 Merger Guidelines from the U.S. Department of Justice and the Federal Trade Commission | No |

---

[1] Should the Court find it helpful, Consumers can submit any cited materials in full.

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 10 | Facebook's January 23, 2023 Responses and Objections to Consumer Plaintiffs' Fifth Set of Requests for Production | No |
| 11 | Discovery Correspondence Between Facebook and Consumer Plaintiffs Regarding Structured Data Requests | No |
| 12 | *Antitrust in Attention Markets: Objections and Responses*, John M. Newman, 59 Santa Clara L. Rev. 743 (2020) | No |
| 13 | Excerpts from Natural Experiments, *Antitrust Law Developments* (Ninth Ed.), American Bar Association (2022) | No |
| 14 | Excerpts from Perloff and Carlton, *Industrial Organization*, 2d ed. at 807 | No |
| 15 | Excerpts from Besanko and Braeutigam, *Microeconomics*, 3d ed. | No |
| 16 | Excerpts from *Natural Experiments* (Ch. 31), Mary Coleman & James Langenfeld, Issues in Competition Law and Policy, American Bar Association (2008) | No |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 5th day of April, 2024 in Los Angeles, California.

By   */s/ Claire D. Hausman*
Claire D. Hausman

## ATTESTATION

I, Kevin Y. Teruya, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Claire D. Hausman has concurred in the filing of the above document.

By   */s/ Kevin Y. Teruya*

Kevin Y. Teruya