UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF DR. JOHN LIST'S PROPOSED TESTIMONY** |
| vs. | |
| META PLATFORMS, INC., | The Hon. James Donato |
| Defendant. | Hearing Date: June 20, 2024 at 10:00 a.m. |
| This Document Relates To: All Actions | |

1  Now before the Court is Consumer Plaintiffs' Motion to Exclude Portions of Dr. John List's
2  Proposed Testimony. Having reviewed the record, the arguments of counsel, and the relevant
3  authorities, the Court **GRANTS** Consumer Plaintiff's Motion.

4

5  **IT IS SO ORDERED.**

6

7

8  Dated: _____, 2024

9                                        HONORABLE JAMES DONATO
                                      UNITED STATES DISTRICT JUDGE