1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF DR. DENNIS CARLTON'S PROPOSED TESTIMONY** |
| vs. | |
| META PLATFORMS, INC., | The Hon. James Donato |
| Defendant. | Hearing Date: June 20, 2024 at 10:00 a.m. |
| This Document Relates To: All Actions | |

1  Now before the Court is Consumer Plaintiffs' Motion to Exclude Portions of Dr. Dennis
2  Carlton's Proposed Testimony (the "Motion"). Having reviewed the record, the arguments of
3  counsel, and the relevant authorities, the Court **GRANTS** Consumer Plaintiff's Motion.

5  **IT IS SO ORDERED.**

8  Dated: _____, 2024

   HONORABLE JAMES DONATO
   UNITED STATES DISTRICT JUDGE