WILMER CUTLER PICKERING
  HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
  Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
  Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
  Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
  Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF JOSEPH FARRELL**<br><br>Judge: Hon. James Donato |

1        **[PROPOSED] ORDER**

2        IT IS HEREBY ORDERED:  Defendant Meta Platforms, Inc.'s Motion to Exclude

3   Expert Testimony of Joseph Farrell is GRANTED as follows:

4        1.        ORDERED, that the testimony as described in Section III (¶¶83-123), Section IV

5   (¶¶124-219), Section V (¶¶220-226), and Section VI (¶¶227-258) of the Expert Merits Report of

6   Joseph Farrell is excluded pursuant to Federal Rule of Evidence 702; and it is further

7        2.        ORDERED, that the testimony as described in Section II (¶¶11-39), Section

8   III.A.2 (¶¶53-64), Section III.A.3 (¶¶65-72), Section III.C (¶¶79-82), and Section III.D (¶¶83-88)

9   of the Expert Merits Rebuttal Report of Joseph Farrell is excluded pursuant to Federal Rule of

10  Evidence 702 in their entirety.

11

12       **IT IS SO ORDERED.**

13

14

15  Dated:  _____, 2024

16

17                                                  _____

                                                    The Honorable James Donato
18                                                  United States District Court Judge

19

20

21

22

23

24

25

26

27

28