| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br>Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF MARKUS JAKOBSSON**<br><br>Judge: Hon. James Donato |

1   I, DAVID Z. GRINGER, declare as follows:

2       1.    I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP.  I represent Defendant Meta Platforms, Inc. in the above-captioned action.  I submit this declaration in support of Meta's Motion to Exclude the Testimony and Opinions of Markus Jakobsson.

3       2.    Attached hereto as Exhibit 1 is a true and correct copy of the Expert Merits Report of Markus Jakobsson, Ph.D., dated January 12, 2024.

4       3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript from Markus Jakobsson's deposition held on February 22, 2024.

5       4.    Attached hereto as Exhibit 3 is a true and correct copy of the Rebuttal Expert Merits Report of Markus Jakobsson, Ph.D., dated February 9, 2024.

6       5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Advertiser Plaintiffs' Responses and Objections to Meta Platforms, Inc.'s Fifth Set of Interrogatories to Advertiser Plaintiffs, dated June 20, 2023.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 5th day of April, 2024, in New York, New York.

By:   */s/ David Z. Gringer*
       David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:  */s/ Sonal N. Mehta*
      Sonal N. Mehta