| | |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 2 | |
| | SONAL N. MEHTA (SBN 222086) |
| 3 | Sonal.Mehta@wilmerhale.com |
| | 2600 El Camino Real, Suite 400 |
| 4 | Palo Alto, California 94306 |
| | Telephone: (650) 858-6000 |

WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORM, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF SARAH LAMDAN** |
| v. | |
| META PLATFORMS, INC., a Delaware Corporation, | |
| Defendant. | Judge: Hon. James Donato |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Meta Platform, Inc.'s Motion to Exclude Expert Testimony and Opinions of Sarah Lamdan is GRANTED as follows:

1. ORDERED, that the testimony and merits reports of Sarah Lamdan are excluded pursuant to Federal Rule of Evidence 702 in their entirety.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
The Honorable James Donato
United States District Court Judge