1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Adam B. Wolfson (Bar No. 262125)
2  adamwolfson@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, CA 90017
   (213) 443-3000
4
   *Interim Co-Lead Consumer Class Counsel*
5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | |
| vs. | **DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF CONSUMER PLAINTIFFS' MOTION TO EXCLUDE ANINDYA GHOSE'S PROPOSED TESTIMONY REGARDING THE *BROWN SHOE* FACTORS AND FACEBOOK'S MONOPOLY POWER** |
| META PLATFORMS, INC., | |
| Defendant. | |
| This Document Relates To: All Actions | The Hon. James Donato |
| | Hearing Date: June 20, 2024 at 10:00 a.m. |

I, Adam B. Wolfson, declare:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). I have been actively involved in this action, am familiar with the proceedings, and have personal knowledge of the matters stated herein.

2. I respectfully submit this declaration in support of Consumer Plaintiffs' Motion to Exclude Anindya Ghose's Proposed Testimony Regarding the *Brown Shoe* Factors and Facebook's Monopoly Power. Attached to this declaration are true and correct copies of **Exs. 1–3**, which are documents and deposition transcripts that Consumer Plaintiffs cite in their Motion. For the Court's convenience, the relevant portions of the documents and deposition transcripts have been highlighted and, where applicable, excerpted.[1]

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 1 | Merits Expert Report of Facebook Expert Anindya Ghose, Ph.D. | Yes |
| 2 | Merits Expert Rebuttal Report of Facebook Expert Anindya Ghose, Ph.D. | Yes |
| 3 | Excerpts from the Deposition of Dr. Anindya Ghose, taken in *Klein v. Meta Platforms* on March 14, 2024 | Yes |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 5th day of April, 2024 in Los Angeles, California.

By   */s/ Adam B. Wolfson*

Adam B. Wolfson

---

[1] Should the Court find it helpful, Consumers can submit any cited materials in full.

**ATTESTATION**

I, Kevin Y. Teruya, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Adam B. Wolfson has concurred in the filing of the above document.

By   */s/ Kevin Y. Teruya*
Kevin Y. Teruya