# EXHIBITS 1 - 3

**EXHIBITS
FILED UNDER SEAL**