# EXHIBITS 1 - 7

# EXHIBITS
# FILED UNDER SEAL