UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD <br><br> **[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF DR. JOHN LIST'S PROPOSED TESTIMONY** <br><br> The Hon. James Donato <br><br> Hearing Date: June 20, 2024 at 10:00 a.m. |

1  Now before the Court is Consumer Plaintiffs' Motion to Exclude Portions of Dr. John List's
2  Proposed Testimony. Having reviewed the record, the arguments of counsel, and the relevant
3  authorities, the Court **GRANTS** Consumer Plaintiff's Motion.

5  **IT IS SO ORDERED.**

8  Dated: _____, 2024

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE