# EXHIBITS 1 - 6

# EXHIBITS FILED UNDER SEAL