# HAGENS BERMAN

Shana E. Scarlett    shanas@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 300
BERKELEY, CA 94710

hbsslaw.com

(510) 725-3032 phone    (510) 725-3001 fax

**VIA ECF FIILNG**

April 25, 2024

The Honorable James Donato
Northern District California
San Francisco Courthouse
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, CA 94102

      Re:    *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.)
            <u>Plaintiffs' Statement Regarding Ordering of Trials</u>

Dear Judge Donato:

      At the parties' status conference on April 18, 2024, the Court requested that the two plaintiff classes (consumers and advertisers, respectively) confer regarding which class would be scheduled for the first trial. While the two classes agree that the schedules for class certification and motions for summary judgment should remain aligned for both classes for the sake of efficiencies, plaintiffs conferred and both classes prefer to be scheduled for the first trial and are therefore unable to come to an agreement. Accordingly, plaintiffs leave the decision on trial sequencing to the Court's discretion, as the Court indicated.

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By */s/ Shana E. Scarlett* | By */s/ Kevin Y. Teruya* |
| Shana E. Scarlett (Bar No. 217895) | Kevin Y. Teruya (Bar No. 235916) |
| shanas@hbsslaw.com | kevinteruya@quinnemanuel.com |
| 715 Hearst Avenue, Suite 300 | 865 South Figueroa Street, 10th Floor |
| Berkeley, CA 94710 | Los Angeles, CA 90017 |
| Telephone: (510) 725-3000 | Telephone: (213) 443-3000 |

*Interim Co-Lead Counsel for the Consumer Class*

**HAGENS BERMAN**

The Honorable James Donato
April 25, 2024
Page 2

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **BATHAEE DUNNE LLP** |
| By: */s/ Amanda F. Lawrence* <br> Amanda F. Lawrence (*pro hac vice*) <br> alawrence@scott-scott.com <br> 156 South Main Street, P.O. Box 192 <br> Colchester, CT 06415 <br> Telephone: (860) 537-5537 | By: */s/ Yavar Bathaee* <br> Yavar Bathaee (CA 282388) <br> yavar@bathaeedunne.com <br> 445 Park Avenue, 9th Floor <br> New York, NY 10022 <br> Telephone: (332) 322-8835 |

*Interim Co-Lead Counsel for the Advertiser Class*