**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATED [PROPOSED] ORDER REGARDING WITHDRAWAL OF SEALED MATERIAL SUBMITTED IN CONNECTION WITH TERMINATED USER MERITS MOTIONS**<br><br>Judge: Hon. James Donato |

1. WHEREAS, on April 5, 2024, Meta moved for summary judgment on the claims raised by the User Plaintiffs. Dkt. 768. Meta also moved to exclude certain proposed testimony from certain of User Plaintiffs' putative merits-stage expert witnesses, Dkts. 770, 773, 777. User Plaintiffs moved to exclude certain proposed testimony from certain of Meta's merits-stage expert witnesses, Dkts. 765, 778, 779, 780.

WHEREAS, this Court held a status conference on April 18, 2024 and issued a corresponding minute order, through which it, among other things, terminated without prejudice or struck the above-referenced motions (the "Terminated User Merits Motions"). Dkt. 789; Dkt. 788, April 18, 2024 Hr'g Tr. 3:21-5:4, 18:4-7.

WHEREAS, in connection with briefing on the Terminated User Merits Motions, the parties provisionally filed under seal certain materials containing the parties' and multiple non-parties' confidential or highly confidential information. Dkts. 766, 767, 769, 771, 772, 776. Pursuant to this Court's order modifying the sealing procedures for dispositive motions and merits *Daubert* motions briefing, Dkt. 745, these sealed filings were accompanied by interim administrative motions to seal indicating that the reasons for sealing would be discussed in later-filed omnibus sealing motions.

WHEREAS, this Court's order modifying the sealing procedures for the dispositive and merits *Daubert* motions briefing set a schedule for the submission of omnibus sealing motions concerning materials submitted in support of the Terminated User Merits Motions. Dkt. 745. This Court terminated without prejudice or struck the Terminated User Merits Motions prior to the completion of briefing, and omnibus sealing motions associated with them have not yet been filed.

WHEREAS, Civil Local Rule 79-5(g)(2) provides that the Court may resolve a motion to file materials under seal by permitting the parties to withdraw the sealed material.

WHEREAS, in light of the Court's orders that the Terminated User Merits Motions have been terminated without prejudice or struck, Meta and the User Plaintiffs respectfully submit that the appropriate resolution of the interim administrative motions to seal materials submitted in connection with the Terminated User Merits Motions is for the Court to order that the sealed materials are withdrawn.

1    WHEREAS, Meta and the User Plaintiffs understand that this Court has previously
2 resolved motions to seal materials submitted in connection with a substantive motion that was
3 terminated without prejudice prior to a ruling in a similar fashion. *Broadcom Corp. v. Netflix Inc.*,
4 2024 WL 390037, at *1 (N.D. Cal. Jan. 31, 2024) (Donato, J.) (material subject to "a set of sealing
5 motions" "ordered withdrawn" after underlying substantive motion was "terminated without
6 prejudice" and "the Court did not rule on" it).
7    WHEREAS, Meta and the User Plaintiffs respectfully submit that this disposition is most
8 efficient for this Court, the parties, and implicated non-parties, as it would forgo the need for the
9 parties to submit, and for this Court to rule on, omnibus sealing motions concerning the Terminated
10 User Merits Motions.
11    WHEREAS, Meta and the User Plaintiffs agree that the withdrawal of the sealed materials
12 submitted in connection with the Terminated User Merits Motions is not intended to, and does not,
13 constitute a waiver or forfeiture of any right, argument, or issue by any party, including for
14 purposes of appeal; is without prejudice to the right of any party to re-file or rely on the same
15 material at a later stage of the case; and is without prejudice to the right of any party or non-party
16 to seek to seal the same material if it is re-filed at a later stage of the case.
17    NOW, THEREFORE, IT IS STIPULATED AND AGREED SUBJECT TO THE
18 COURT'S APPROVAL:
19    • All sealed material filed in connection with the Terminated User Merits Motions,
20      at Dkts. 766, 767, 769, 771, 772, and 776, is ordered withdrawn. *See* Civ. L.R. 79-
21      5(g)(2).
22    • The parties need not file an omnibus sealing motion concerning the sealed material
23      filed in connection with the Terminated User Merits Motions.
24    • Because the sealed material filed in connection with the Terminated User Merits
25      Motions is withdrawn, the Court will not unlock the docket entries associated with
26      the sealed material.
27    • This order does not cause the waiver or forfeiture of any right, argument, or issue
28      by any party, including for purposes of appeal; is without prejudice to the right of

any party to re-file or rely on the same material at a later stage of the case; and is without prejudice to the right of any party or non-party to seek to seal the same material if it is re-filed at a later stage of the case.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: May 23, 2024 | Respectfully submitted, |
| By: */s/ Shana E. Scarlett* <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> Shana E. Scarlett (Bar No. 217895) <br> shanas@hbsslaw.com <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br><br> Steve W. Berman (*pro hac vice*) <br> steve@hbsslaw.com <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br><br> **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** <br> W. Joseph Bruckner (*pro hac vice*) <br> wjbruckner@locklaw.com <br> Robert K. Shelquist (*pro hac vice*) <br> rkshelquist@locklaw.com <br> Brian D. Clark (*pro hac vice*) <br> bdclark@locklaw.com <br> Rebecca A. Peterson (Bar No. 241858) <br> rapeterson@locklaw.com <br> Arielle S. Wagner (*pro hac vice*) <br> aswagner@locklaw.com <br> Kyle J. Pozan (admitted *pro hac vice*) <br> kjpozan@locklaw.com <br> Laura M. Matson (admitted *pro hac vice*) <br> lmmatson@locklaw.com <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-6900 | By: */s/ Kevin Y. Teruya* <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> Kevin Y. Teruya (Bar No. 235916) <br> kevinteruya@quinnemanuel.com <br> Adam B. Wolfson (Bar No. 262125) <br> adamwolfson@quinnemanuel.com <br> Claire D. Hausman (Bar No. 282091) <br> clairehausman@quinnemanuel.com <br> Brantley I. Pepperman (Bar No. 322057) <br> brantleypepperman@quinnemanuel.com <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017-2543 <br> (213) 443-3000 <br><br> Michelle Schmit <br> michelleschmit@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br><br> Manisha M. Sheth (admitted *pro hac vice*) <br> manishasheth@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> (212) 849-7000 <br><br> *Interim Counsel for the Consumer Class* |

By: */s/ Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta.  By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:  /s/ *Sonal N. Mehta*
     Sonal N. Mehta

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

JAMES DONATO
United States District Judge