HIGHLY CONFIDENTIAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN *et al.*, | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | The Hon. James Donato |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |
| This Document Relates To: All Consumer Actions | |

**ABRIDGED EXPERT DECLARATION OF NICHOLAS ECONOMIDES, PH.D.**

**IN SUPPORT OF RENEWED MOTION TO CERTIFY CONSUMER CLASS**

**MAY 24, 2024**

**HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER**

**[FILED UNDER SEAL]**