| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |

*Interim Co-Lead Consumer Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant.<br><br>This Document Relates To: All Consumer Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF CONSUMER PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**<br><br>Hon. James Donato |

I, Shana E. Scarlett, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), one of the attorneys of record for Consumer Plaintiffs in the above-titled action. I submit this declaration in support of Consumer Plaintiffs' renewed motion for class certification.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. As interim class counsel, both Mr. Teruya and I have been in contact with the three named plaintiffs over the pendency of this action. Each of the named plaintiffs (Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho), has maintained and used a Facebook account during the class period. Each class representative has testified that they believe that because of Facebook's conduct, that have paid supracompetitive prices to use Facebook. Each class representative has testified that their claims are typical of the proposed class because they assert the same claims, against the same defendant (Facebook), regarding the same data collection and use practices, which have resulted in the same injury. Each of the three class representatives has testified that they are unaware of any facts that would limit their ability to adequately represent the interests of the class. No class representative has been promised any compensation for bringing this case and serving as a class representative.

4. Each of the three class representatives has participated extensively in this litigation. They have been in active contact with class counsel, they have reviewed pleadings before they were filed and have responded to numerous written discovery requests from Facebook, including multiple sets of document requests, interrogatories and requests for admission. Each class representative has been deposed by Facebook. The class representatives remain committed to do what is necessary to protect the interests of members of the Consumer Class.

5. Attached hereto are true and correct copies of the following Exhibits:

| Ex. | Description | Conf. Desig. |
|---|---|---|
| 1 | Excerpts from article entitled "Here's the transcript of Recode's interview with Facebook CEO Mark Zuckerberg about the Cambridge Analytica controversy and more," Vox (Mar. 22, 2018), marked as Ex. 2253 at the Deposition of Mark Zuckerberg in the above-entitled action on May 16, 2023 | None |
| 2 | Excerpts from document Bates-stamped PALM-013417695-98, marked as Ex. 0041 at the Deposition of John Fernandes in the above-entitled action on Feb. 7, 2023 | Conf. |
| 3 | Excerpts from document Bates-stamped PALM-011140935-959 | Highly Confidential |
| 4 | Document Bates-stamped PALM-FTC-00024133 | Highly Confidential |
| 5 | Excerpts from the Deposition Transcript of Dr. Catherine Tucker, taken in the above-entitled action on Sept. 7, 2023 | Highly Confidential |
| 6 | Excerpts from document Bates-stamped PALM-DEP-00009768-9880, marked as Ex. 1912 at the Deposition of Sheryl Sandberg in the above-entitled action on May 2, 2023 | Highly Confidential |
| 7 | Excerpt from document Bates-stamped PALM-012965558-568 | Confidential |
| 8 | Excerpt from document Bates-stamped PALM-013008413-433 | Confidential |
| 9 | Excerpt from document Bates-stamped PALM-014362572-590, marked as Ex. 2652 at the Deposition of David Baser in the above-entitled action on June 14, 2023 | Confidential |
| 10 | Excerpt from document Bates-stamped PALM-009278820-23, marked as Ex. 0037 at the Deposition of John Fernandes in the above-entitled action on Feb. 7, 2023 | Highly Confidential |
| 11 | Excerpts from the Deposition Transcript of Sheryl Sandberg, taken in the above-entitled action on May 2, 2023 | Highly Confidential |
| 12 | Excerpts from the Deposition Transcript of David Wehner, taken in the above-entitled action on Mar. 20, 2023 | Highly Confidential |
| 13 | Excerpts from document Bates-stamped PALM-004235531-32, marked as Ex. 0042 at the Deposition of John Fernandes in the above-entitled action on Feb. 7, 2023 | Highly Confidential |
| 14 | Excerpts from document Bates-stamped PALM-017069195-9221 | Confidential |
| 15 | Excerpts from the Deposition Transcript of Tom Cunningham, Ph.D., taken in the above-entitled action on June 21, 2023 | Highly Confidential |

-2-

SCARLETT DECL. ISO CONSUMER PLS.' RENEWED   Consolidated Case No. 3:20-cv-08570-JD
MOT. FOR CLASS CERTIFICATION
010975-11/2625946 V1

| Ex. | Description | Conf. Desig. |
|---|---|---|
| 16 | Excerpts from document Bates-stamped PALM-016517685-694, marked as Ex. 0396 at the Deposition of Javier Olivan in the above-entitled action on Mar. 24, 2023 | Highly Confidential |
| 17 | Excerpts from the Deposition Transcript of Javier Olivan, taken in the above-entitled action on Mar. 24, 2023 | Confidential |
| 18 | Chart of Facebook's Deceptive Statements and Omissions | Highly Confidential |
| 19 | Excerpts from document Bates-stamped CONSUMER-FB-0000001261-65, marked as Ex. 2874 at the Deposition of Michel Protti in the above-entitled action on June 23, 2023 | None |
| 20 | Document Bates-stamped PALM-008231320-21 | Highly Confidential |
| 21 | Excerpt from document Bates-stamped CONSUMER-FB-0000001857-864 | None |
| 22 | Excerpts from document Bates-stamped PALM-013003886-897, marked as Ex. 1096 at the Deposition of Dan Levy in the above-entitled action on Apr. 20, 2023 | Highly Confidential |
| 23 | Excerpt from document Bates-stamped PALM-012846445-452, marked as Ex. 2927 at the Deposition of Gregg Stefancik in the above-entitled action on June 23, 2023 | Confidential |
| 24 | Excerpts from the document Bates-stamped PALM-017036460-490, marked as Ex. 2932 at the Deposition of Gregg Stefancik in the above-entitled action on June 23, 2023 | Confidential |
| 25 | Excerpts from the Deposition Transcript of Gregg Stefancik, taken in the above-entitled action on June 23, 2023 | Highly Confidential |
| 26 | Excerpts from document Bates-stamped PALM-017042708-754, marked as Ex. 2930 at the Deposition of Gregg Stefancik in the above-entitled action on June 23, 2023 | Confidential |
| 27 | Excerpts from the Deposition Transcript of Brian Acton, taken in the above-entitled action on Apr. 12, 2023 | Highly Confidential |
| 28 | Excerpts from document Bates-stamped PALM-008451978-994 | Highly Confidential |
| 29 | Excerpts from the Deposition Transcript of Ben Savage, taken in the above-entitled action on June 11, 2023 | Highly Confidential |

-3-

SCARLETT DECL. ISO CONSUMER PLS.' RENEWED MOT. FOR CLASS CERTIFICATION          Consolidated Case No. 3:20-cv-08570-JD
010975-11/2625946 V1

| Ex. | Description | Conf. Desig. |
|---|---|---|
| 30 | Excerpt from document Bates-stamped PALM-016881862-64, marked as Ex. 2415 at the Deposition of Erin Egan, taken in the above-entitled action on June 9, 2023 | Highly Confidential |
| 31 | Document Bates-stamped PALM-010644865 | Highly Confidential |
| 32 | Excerpts from the Deposition Transcript of Brad Smallwood, taken in the above-entitled action on May 19, 2023 | Highly Confidential |
| 33 | Excerpts from the Deposition Transcript of Mark Weinstein, taken in the above-entitled action on Apr. 28, 2023 | Highly Confidential |
| 34 | Excerpts from the Deposition Transcript of David Levenson, taken in the above-entitled action on May 10, 2023 | Highly Confidential |
| 35 | Excerpts from document Bates-stamped PALM-003182426-430 | Highly Confidential |
| 36 | Excerpt from article entitled "*Well, These New Zuckerberg IMs Won't Help Facebook's Privacy Problems*," Business Insider (May 13, 2010) | None |
| 37 | Excerpt from document Bates-stamped PALM-006006351-52, marked as Ex. 2250 at the Deposition of Mark Zuckerberg in the above-entitled action on May 16, 2023 | Highly Confidential |
| 38 | Excerpts from document Bates-stamped PALM-016440640-651 | Highly Confidential |
| 39 | Excerpts from document Bates-stamped MS-LIT_0000027675 | Highly Confidential |
| 40 | Excerpts from the Deposition Transcript of Sagee Ben-Zedeff, taken in the above-entitled action on July 27, 2023 | Highly Confidential |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of May 2024 at Berkeley, California.

By  /s/ Shana E. Scarlett
    SHANA E. SCARLETT