Case 3:20-cv-08570-JD   Document 793-4   Filed 05/24/24   Page 1 of 2

5/9/23, 7:06 AM          Here's the transcript of Recode's interview with Facebook CEO Mark Zuckerberg about the Cambridge Analytica controversy and m…



# Here's the transcript of Recode's interview with Facebook CEO Mark Zuckerberg about the Cambridge Analytica controversy and more

"I think we let the community down, and I feel really bad and I'm sorry about that," he said.

By Kara Swisher and Kurt Wagner | Mar 22, 2018, 3:49am EDT



**Most Read**

1. Mental illness is not responsible for America's guns crisis
2. When did we get so obsessed with unique baby names?
3. Take a mental break with the newest Vox crossword
4. Why most car dealers still don't have any electric vehicles
5. A frightening virus is killing a massive number of wild birds

Sharing is caring, except this time.

Facebook CEO Mark Zuckerberg gave interviews yesterday to several news organizations, **including Recode**, in an attempt to stem the fast-growing controversy about misuse of user data by a third-party developer, Cambridge Analytica.

In a wide-ranging interview, he admitted the social networking giant may have made mistakes in opening up its network so much a decade ago and that it led to the recent problems. Zuckerberg said that fixing those issues will now cost the company "many millions" of dollars.

As Facebook's stock continued to get hammered because of Wall Street worries about the impact in its business, Zuckerberg also said he was "open" to testifying to Congress, even as legislators ever more loudly call for his appearance in hearings.

And that is not all Silicon Valley's most famous mogul said, which is why we are posting the transcript of the 20-minute interview, which was conducted by Kara Swisher and Kurt Wagner of **Recode**.

A short amount of cross-talk about setting up the taping of the interview at the start was removed, but here is the interview (with some small adjustments to explain references made).

**Kara Swisher:** As you know from us emailing, I'm very interested in tough substantive discussions and questions about this, so that's why I've been so adamant. So let's just get started. Talk a little bit about the things you announced today. Let's have you explain each of them very briefly.

**Mark Zuckerberg:** Sure. At a high level, this is a major breach of trust issue, and our high-level responsibility is to make sure that this doesn't happen again. So, if you look at the problem, it

**Future Perfect**

Each week, we explore unique solutions to some of the world's biggest problems.

Email (required)

By submitting your email, you agree to our Terms and Privacy Notice. You can opt out at any time. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply. For more newsletters, check out our newsletters page.

SUBSCRIBE

**Plaintiff Exhibit**
Klein et al v Meta Platforms
Mark Zuckerberg
**2253**

CONSUMERS EX. 1-1

Case 3:20-cv-08570-JD   Document 793-4   Filed 05/24/24   Page 2 of 2

5/9/23, 7:06 AM                Here's the transcript of Recode's interview with Facebook CEO Mark Zuckerberg about the Cambridge Analytica controversy and m…

It isn't perfect. But I do think that this is going to be a major deterrent going backwards. I think it will clean up a lot of data, and going forward the more important thing is just preventing this from happening in the first place, and that's going to be solved by restricting the amount of data that developers can have access to. So I feel more confident that that's going to work, starting in 2014 and going forward. Again, for the last few years already it hasn't been possible for developers to get access to that much.

**KS: Let me ask just two more quick questions.**

[Here, there is logistical cross-talk with a person on his staff, since Zuckerberg had to head to an employee meeting.]

All right, I'm talking to you while walking over there for Q&A.

**KS: All right, the cost of this? And are you going to testify in front of Congress? And if so, when?**

You know, I'm open to doing that. I think that the way that we look at testifying in front of Congress is that … We actually do this fairly regularly, right? There are high-profile ones like the Russian investigation, but there are lots of different topics that Congress needs and wants to know about. And the way that we approach it is that our responsibility is to make sure that they have access to all the information that they need to have. So I'm open to doing it.

**KS: What is "open"? Is that a "yes" or a "no"?**

Well.

**KS: They want you, Mark.**

Well look, I am not 100 percent sure that's right. But the point of congressional testimony is to make sure that Congress gets the data in the information context that they need. Typically, there is someone at Facebook whose full-time job is going to be focused on whatever the area is. Whether it's legal compliance, or security. So I think most of the time if what they're really focused on is getting access to the person who is going to be most knowledgeable on that thing, there will be someone better. But I'm sure that someday, there will be a topic that I am the person who has the most knowledge on it, and I would be happy to do it then.

**KW: Mark, can you give us a sense of the timing and cost for this? Like, the audits that you're talking about. Is there any sense of how quickly you could do it and what kind of cost it would be to the company?**

I think it depends on what we find. But we're going to be investigating and reviewing tens of thousands of apps from before 2014, and assuming that there's some suspicious activity we're probably going to be doing a number of formal audits, so I think this is going to be pretty expensive. You know, the conversations we have been having internally on this is, "Are there enough people who are trained auditors in the world to do the number of audits that we're going to need quickly?" But I think this is going to cost many millions of dollars and take a number of months and hopefully not longer than that in order to get this fully complete.

**KS: Okay, last question Mark, and then you can go. How badly do you think Facebook has been hurt by this, and you yourself, the reputation of Facebook?**

I think it's been a pretty big deal. The No. 1 thing that people care about is privacy and the handling of their data. You know, if you think about it, the most fundamental thing that our services are, whether it's Facebook or Whatsapp or Instagram, is this question of, "Can I put content into it?" Right? Whether it's a photo or a video or a text message. And will that go to the people I want to send it to and only those people? And whenever there is a breach of that, that undermines the fundamental point of these services. So I think it's a pretty big deal, and that's why we're trying to make sure we fully understand what's going on, and make sure that this doesn't happen again. I'm sure there will be different mistakes in the future, but let's not make this one again.

**KS: Yes, let's not. Okay, Mark, I really appreciate you talking to us.**

CONSUMERS EX. 1-2