# EXHIBITS 2-18 PROVISIONALLY SUBMITTED UNDER SEAL