# EXHIBIT 20
# PROVISIONALLY SUBMITTED UNDER SEAL