# EXHIBITS 22-35 PROVISIONALLY SUBMITTED UNDER SEAL