# Well, These New Zuckerberg IMs Won't Help Facebook's Privacy Problems

*Nicholas Carlson*



<a href="http://www.flickr.com/photos/prospere/2927938192/sizes/l/">Ludovic Toinel</a>

Facebook CEO Mark Zuckerberg and his company are suddenly facing a big new round of scrutiny and criticism about their cavalier attitude toward user privacy.

An early instant messenger exchange Mark had with a college friend won't help put these concerns to rest.

According to SAI sources, the following exchange is between a 19-year-old Mark Zuckerberg and a friend shortly after Mark launched The Facebook in his dorm room:

**Zuck:** Yeah so if you ever need info about anyone at Harvard

**Zuck:** Just ask.

**Zuck:** I have over 4,000 emails, pictures, addresses, SNS

[Redacted Friend's Name]: What? How'd you manage that one?

**Zuck:** People just submitted it.

**Zuck:** I don't know why.

**Zuck:** They "trust me"

**Zuck:** Dumb fucks.

Brutal.

CONSUMERS EX. 36