# EXHIBITS 37-39 PROVISIONALLY SUBMITTED UNDER SEAL