| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000 |

*Interim Co-Lead Consumer Class Counsel*

[Additional Counsel Listed in Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant.<br><br>This Document Relates To: All Consumer Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL RENEWED MOTION FOR CLASS CERTIFICATION MATERIALS**<br><br>The Hon. James Donato |

-1-

1  Pursuant to the Court's September 20, 2023 and March 25, 2024 Orders granting the parties' stipulation to modify the sealing procedures applicable to class certification, *Daubert*, and other briefing, ECF Nos. 656 & 745, Consumer Plaintiffs ("Consumers") submit this interim administrative motion to provisionally file under seal the unredacted versions of Consumers' Renewed Motion for Class Certification, certain exhibits submitted as attachments to the declaration of Shana E. Scarlett in support thereof, and the Abridged Expert Declaration of Nicholas Economides, Ph.D. in Support of Renewed Motion to Certify Consumer Class.

  Consumer plaintiffs do not seek to seal these materials on any grounds, other than that the materials have been designated as "confidential" or "highly confidential" by Facebook and other non-parties.

  Consistent with the Court's September 20, 2023 and March 25, 2024 Orders, Consumers will coordinate with Facebook and non-parties to file an omnibus sealing motion after the filing of the reply memoranda in support of the motion for class certification. In the interim, Consumers respectfully request that the Court provisionally maintain under seal the requested materials.

| | |
|---|---|
| DATED: May 24, 2024 | Respectfully submitted, |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Shana E. Scarlett* | By: */s/ Kevin Y. Teruya* |
| Shana E. Scarlett (Bar No. 217895)<br>    shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | Kevin Y. Teruya (Bar No. 235916)<br>    kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>    adamwolfson@quinnemanuel.com<br>Claire D. Hausman (Bar No. 282091)<br>    clairehausman@quinnemanuel.com |
| Steve W. Berman (admitted *pro hac vice*)<br>    steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Brantley I. Pepperman (Bar No. 322057)<br>    brantleypepperman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000 |
| *Interim Co-Lead Consumer Class Counsel* | Michelle Schmit (admitted *pro hac vice*)<br>    michelleschmit@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400 |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (admitted *pro hac vice*)<br>    wjbruckner@locklaw.com<br>Robert K. Shelquist (admitted *pro hac vice*)<br>    rkshelquist@locklaw.com<br>Brian D. Clark (admitted *pro hac vice*)<br>    bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>    rapeterson@locklaw.com<br>Arielle S. Wagner (admitted *pro hac vice*)<br>    aswagner@locklaw.com<br>Kyle Pozan (admitted *pro hac vice*)<br>    kjpozan@locklaw.com<br>Laura M. Matson (admitted *pro hac vice*)<br>    lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900 | Manisha M. Sheth (admitted *pro hac vice*)<br>    manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br><br>*Interim Co-Lead Consumer Class Counsel* |

-2-

CONSUMER PLS.' INTERIM ADMIN. SEALING MOT.                                                                               Case No. 3:20-cv-08570-JD
2024-05-24 DRAFT Consumers Interim Mot. to Partially Seal Renewed Class Certification Briefing (QE Edits)(2625936.1) (002)docx 5/24/2024

## ATTESTATION OF SHANA E. SCARLETT

This document is being filed through the Electronic Case Filing (ECF) system by attorney Shana E. Scarlett. By her signature, Ms. Scarlett attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: May 24, 2024                           /s/ Shana E. Scarlett
                                              Shana E. Scarlett

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2024, the foregoing document was served on all attorneys of record by electronic mail.

Dated: May 24, 2024                           /s/ Shana E. Scarlett
                                              Shana E. Scarlett

-3-

CONSUMER PLS.' INTERIM ADMIN. SEALING MOT.                                    Case No. 3:20-cv-08570-JD
2024-05-24 DRAFT Consumers Interim Mot. to Partially Seal Renewed Class Certification Briefing (QE Edits)(2625936.1) (002)docx 5/24/2024