UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br>    Plaintiffs,<br>v.<br>META PLATFORMS, INC.,<br>    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**SECOND AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials. The Court will schedule concurrent expert evidence proceedings as warranted in separate orders.

| Event | Deadline |
|---|---|
| Last day to oppose class certification and class FRE 702 motions | June 21, 2024 |
| Last day to file class-related replies | July 8, 2024 |
| Last day to file dispositive and merits FRE 702 motions | December 30, 2024 |
| Pretrial conference (Advertisers) | June 12, 2025, at 1:30 p.m. |
| Jury Trial (Advertisers) | June 30, 2025, at 9:00 a.m. |
| Pretrial conference (Users) | September 18, 2025, at 1:30 p.m. |
| Jury Trial (Users) | October 6, 2025, at 9:00 a.m. |

|   |   |
|---|---|
| 1 | All dates set by the Court should be regarded as firm.  Counsel may not modify these dates |
| 2 | by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling |
| 3 | conflicts that are created subsequent to the date of this order by any party, counsel or party- |
| 4 | controlled expert or witness will not be considered good cause for a continuance.  Sanctions may |
| 5 | issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C). |

**IT IS SO ORDERED.**

Dated:  June 3, 2024

_____
JAMES DONATO
United States District Judge