| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000 |

*Interim Co-Lead Consumer Class Counsel*

[Additional Counsel Listed in Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>          Plaintiffs,<br><br>   vs.<br><br>META PLATFORMS, INC.,<br><br>          Defendant.<br><br>This Document Relates To:<br>*All Consumer Actions* | Consolidated Case No. 3:20-cv-08570-JD<br><br>**CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF NICHOLAS ECONOMIDES**<br><br>The Hon. James Donato<br>Hearing Date: September 26, 2024<br>Hearing Time: 10:00 a.m. |

1    Pursuant to the Court's September 20, 2023 and March 25, 2024 Orders granting the parties' stipulation to modify the sealing procedures applicable to class certification, *Daubert*, and other briefing, ECF Nos. 656 & 745, Consumer Plaintiffs ("Consumers") submit this interim administrative motion to provisionally file under seal the unredacted versions of Consumers' Opposition to Defendant Meta Platforms, Inc.'s Motion to Exclude Expert Testimony and Opinions of Nicholas Economides and certain exhibits submitted as attachments to the declaration of Shana E. Scarlett in support thereof.

Consumer plaintiffs do not seek to seal these materials on any grounds, other than that the materials have been designated as "confidential" or "highly confidential" by Facebook and other non-parties.

Consistent with the Court's September 20, 2023 and March 25, 2024 Orders, Consumers will coordinate with Facebook and non-parties to file an omnibus sealing motion after the filing of the reply memoranda in support of Defendant Meta Platforms, Inc.'s Motion to Exclude Expert Testimony and Opinions of Nicholas Economides. In the interim, Consumers respectfully request that the Court provisionally maintain under seal the requested materials.

| | |
|---|---|
| DATED: July 8, 2024 | Respectfully submitted, |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Shana E. Scarlett* | By: */s/ Kevin Y. Teruya* |
| Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Claire D. Hausman (Bar No. 282091)<br>  clairehausman@quinnemanuel.com |
| Steve W. Berman (admitted *pro hac vice*)<br>  steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000 |
| *Interim Co-Lead Consumer Class Counsel* | Michelle Schmit (admitted *pro hac vice*)<br>  michelleschmit@quinnemanuel.com |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400 |
| W. Joseph Bruckner (admitted *pro hac vice*)<br>  wjbruckner@locklaw.com<br>Robert K. Shelquist (admitted *pro hac vice*)<br>  rkshelquist@locklaw.com<br>Brian D. Clark (admitted *pro hac vice*)<br>  bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>  rapeterson@locklaw.com<br>Arielle S. Wagner (admitted *pro hac vice*)<br>  aswagner@locklaw.com<br>Kyle Pozan (admitted *pro hac vice*)<br>  kjpozan@locklaw.com<br>Laura M. Matson (admitted *pro hac vice*)<br>  lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900 | Manisha M. Sheth (admitted *pro hac vice*)<br>  manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br><br>*Interim Co-Lead Consumer Class Counsel* |

-2-

CONSUMER PLS.' INTERIM ADMIN. SEALING MOT.                                Case No. 3:20-cv-08570-JD

**ATTESTATION OF SHANA E. SCARLETT**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Shana E. Scarlett. By her signature, Ms. Scarlett attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: July 8, 2024                    /s/ Shana E. Scarlett
                                            Shana E. Scarlett

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2024, the foregoing document and all exhibits filed in support were served on all attorneys of record by electronic mail.

Dated: July 8, 2024                    /s/ Shana E. Scarlett
                                            Shana E. Scarlett