**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
shanas@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD <br><br> **CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL CONSUMER PLAINTIFFS' REPLY IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL AND SUPPORTING MATERIALS** <br><br> The Hon. James Donato <br><br> Hearing Date: September 26, 2024 <br> Hearing Time: 10:00 a.m. |

1       Pursuant to the Court's September 20, 2023 and March 25, 2024 Orders granting the parties' stipulation to modify the sealing procedures applicable to class certification, *Daubert*, and other briefing, Dkt. Nos. 656 & 745, Consumer Plaintiffs submit this interim administrative motion to provisionally file under seal the unredacted versions of Consumer Plaintiffs' Reply In Support of Renewed Motion for Class Certification and Appointment of Class Counsel, certain exhibits submitted as attachments to the declaration of Kevin Y. Teruya in support thereof, and the Abridged Rebuttal Expert Declaration of Nicholas Economides, Ph.D. in Support of Renewed Motion to Certify Consumer Class.

      Consistent with the Court's September 20, 2023 and March 25, 2024 Orders, Consumer Plaintiffs will coordinate with Facebook and non-parties to file an omnibus sealing motion. In the interim, Consumers respectfully request that the Court provisionally maintain under seal the requested materials.

DATED: July 8, 2024

| | |
|---|---|
| By: */s/ Shana E. Scarlett*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>Steve W. Berman (admitted *pro hac vice*)<br>  steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (admitted *pro hac vice*)<br>  wjbruckner@locklaw.com<br>Robert K. Shelquist (admitted *pro hac vice*)<br>  rkshelquist@locklaw.com<br>Brian D. Clark (admitted *pro hac vice*)<br>  bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>  rapeterson@locklaw.com<br>Kyle Pozan (admitted *pro hac vice*)<br>  kjpozan@locklaw.com<br>Laura M. Matson (admitted *pro hac vice*)<br>  lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br><br>*Interim Counsel for the Consumer Class* | By: */s/ Kevin Y. Teruya*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Scott L. Watson (Bar No. 219147)<br>  scottwatson@quinnemanuel.com<br>Claire D. Hausman (Bar No. 282091)<br>  clairehausman@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br><br>Michelle Schmit (admitted *pro hac vice*)<br>  michelleschmit@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Manisha M. Sheth (admitted *pro hac vice*)<br>  manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>*Interim Co-Lead Consumer Class Counsel* |

-2-   Case No. 3:20-cv-08570-JD
CONSUMERS' MOTION TO SEAL RENEWED CLASS CERT. REPLY AND SUPPORTING MATERIALS

## ATTESTATION OF KEVIN Y. TERUYA

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: July 8, 2024                By   */s/ Kevin Y. Teruya*
                                          Kevin Y. Teruya

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By   */s/ Kevin Y. Teruya*
      Kevin Y. Teruya