1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835
awolinsky@bathaeedunne.com

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAXIMILIAN KLEIN, et al.,

Plaintiffs,

vs.

META PLATFORMS, INC.,

Defendant.

Case No. 3:20-cv-08570-JD

Hon. James Donato

**DECLARATION OF MICHAEL A.
WILLIAMS IN SUPPORT OF
ADVERTISER PLAINTIFFS' REPLY TO
DEFENDANT'S OPPOSITION TO CLASS
CERTIFICATION**

1    I, Michael A. Williams, Ph.D., declare and state as follows:

2        1.    I am a Managing Director at Berkeley Research Group, LLC. I received my M.A.

3    and Ph.D. degrees in economics from the University of Chicago. I have been retained as an

4    economic consultant by the U.S. Department of Justice, Antitrust Division, the U.S. Federal Trade

5    Commission, and the Canadian Competition Bureau. I have personal knowledge of the facts set

6    forth in this declaration and, if called as a witness, could and would testify competently to such facts

7    under oath.

8        2.    I have been asked by counsel for Advertiser Plaintiffs in the above-captioned

9    litigation to provide certain expert opinions in connection with Advertiser Plaintiffs' reply to

10   Defendant's opposition to class certification.

11       3.    Attached hereto is the report I have prepared in connection with this assignment: the

12   Expert Reply Report of Michael A. Williams. Ph.D., **(Exhibit A)**.

13       4.    The attached report accurately reflects my opinions on the matters contained therein.

14

15       I declare under penalty of perjury that the foregoing is true and correct.

16       Executed on _____7/8/2024_____, in _____Emeryville, CA_____.

17                                    *Michael A. Williams*

18                                    _____

19                                         Michael A. Williams, Ph.D.

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL A. WILLIAMS, PH.D. – Case No. 3:20-cv-08570-JD