# Reply Exhibit A

# (filed under seal)