# ABRIDGED ECONOMIDES REBUTTAL REPORT

# FILED UNDER SEAL