# EXHIBITS

# 1-9, 11-13

# FILED UNDER SEAL