| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (SBN 354631)<br>Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br>Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF NICHOLAS ECONOMIDES**<br><br>Judge: Hon. James Donato |

1  I, DAVID Z. GRINGER, declare as follows:

2      1.    I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP.  I represent Defendant Meta Platforms, Inc. in the above-captioned action.  I submit this declaration in support of Meta's Reply Memorandum in Support of Motion to Exclude Expert Testimony and Opinions of Nicholas Economides.

    2.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the transcript from Nicholas Economides's deposition held on September 14, 2023.  Other excerpts from this transcript were previously attached as Exhibit 3 to my first declaration in support of this Motion.  Dkts. 804-1, 803-4.

    3.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the transcript from Nicholas Economides's deposition held on March 15, 2024.  Other excerpts from this transcript were previously attached as Exhibit 1 to my first declaration in support of this Motion.  Dkts. 804-1, 803-2.

    4.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Expert Rebuttal Report of Anindya Ghose, dated February 9, 2024.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 15th day of July, 2024, in Bar Harbor, ME.

By:    */s/ David Z. Gringer*
    David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:    */s/ Sonal N. Mehta*
    Sonal N. Mehta