# VANDERSLICE DECL. EXHIBIT A1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation<br><br>Defendant | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF KYU SUNG LEE IN SUPPORT OF MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

## DECLARATION OF KYU SUNG LEE

I, Kyu Sung Lee, declare as follows:

1. I am an Executive Vice President at Samsung Electronics Co., Ltd. ("SEC") with responsibility for Global Legal Affairs. I have been employed at SEC since 2001, and in the course of my employment have become familiar with SEC's treatment of its trade secrets and other proprietary business information, such as those discussed in this declaration.

2. I understand that in July 2024, the parties in the above-captioned cases filed briefing on Plaintiffs' Motion for Class Certification and attached documents that contain references to Samsung's confidential documents that were designated "Highly Confidential" pursuant to the operative protective orders. The references to Samsung's confidential information can be specifically found in Dkt. No. 801-01; Dkt. No. 801-04; and Dkt. No. 801-06.

3. Specifically, Meta's Opposition to Plaintiff's Motion for Class Certification (Dkt. No. 801-1) contains references to confidential Collaboration Agreements entered into by Samsung. The references can specifically be found at 24:23-24 (parenthetical citation to Advertiser Class Rebuttal Report of Catherine Tucker). To maintain the confidentiality of the Agreements, SEC requests that the aforementioned references remain under seal.

4. In addition, the parties filed the Advertiser Class Rebuttal Report of Catherine Tucker. *See* Dkt. No. 801-04 at 50-51. The report contains references to confidential Collaboration Agreements entered into by Samsung. Accordingly, SEC requests that the portions containing such references, as highlighted in Exhibit A to the Declaration, remain under seal.

5. The parties also filed Advertiser Plaintiffs' Supplemental Responses and Objections to Defendant Meta Platforms, Inc.'s Fifth Set of Interrogatories to Advertiser Plaintiffs. *See* Dkt. No 801-06 at 1692. Similarly, the Responses and Objections contain a reference to an Agreement entered into between Samsung and Facebook. SEC, thus, requests that the portion containing such reference, as highlighted in Exhibit B to the Declaration, remain under seal.

6. Agreements (Bates Nos. PALM-012849950-963; PALM-012850222-233; PALM-012850731-740; PALM-012851583-592; and PALM-002014234-257): The Agreements contain sensitive, confidential information of SEC that should remain under seal. Specifically, they contain

-1-

Case No. 3:20-cv-08570-JD
DECLARATION IN SUPPORT OF MOTION TO SEAL

1  the terms and details of agreement whereby Samsung agreed to purchase advertising. The
2  documents disclose the amount Samsung agreed to purchase, the rates, and the locations of the
3  advertisement. SEC would be competitively disadvantaged if such materials were made public.
4  SEC's sealing request is narrowly tailored to the Agreements and references to the confidential
5  terms and details of the Agreements.

6      7.    I make this declaration on behalf of SEC pursuant to the Stipulated Order Modifying
7  Sealing Procedures Relating to Dispositive Motions and Merits *Daubert* Briefing (Dkt No. 745) to
8  maintain the sealing of SEC confidential information the parties filed. I know the facts stated herein
9  based on my own personal knowledge and, if called as a witness, I could and would testify
10 competently thereto.

12     I declare under penalty of perjury of the laws of the United States of America that the
13 foregoing is true and correct. This declaration was executed this 6 day of August 2024, in
14 Seoul, Korea.

                                                    Kyu Sung Lee