WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**NOTICE BY META PLATFORMS, INC. RE ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 824)**<br><br>Judge: Hon. James Donato |

1   Pursuant to discussion with the ECF Help Desk, Defendant Meta Platforms, Inc. hereby
2   provides notice that Meta submitted its response to Advertiser Plaintiffs' Administrative Motion
3   to Consider Whether Another Party's Material Should Be Sealed (Dkt. 824) as part of the Omnibus
4   Motion to Seal Materials Submitted in Connection with Class Certification and *Daubert* Briefing
5   and Merits Expert Proffers in the Advertiser Case (Dkt. 830), filed on August 14, 2024.

7   Dated: August 16, 2024                Respectfully submitted,

8                                          By: */s/ Sonal N. Mehta*

9                                          WILMER CUTLER PICKERING HALE
10                                         AND DORR LLP
                                           *Attorney for Defendant Meta Platforms, Inc.*