| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Yavar Bathaee (CA 282388) | Amanda F. Lawrence (*pro hac vice*) |
| yavar@bathaeedunne.com | alawrence@scott-scott.com |
| Andrew C. Wolinsky (CA 45965) | Patrick J. McGahan (*pro hac vice*) |
| awolinsky@bathaeedunne.com | pmcgahan@scott-scott.com |
| 445 Park Avenue, 9th Floor | Michael P. Srodoski (*pro hac vice*) |
| New York, NY 10022 | msrodoski@scott-scott.com |
| Tel.: (332) 322-8835 | 156 South Main Street, P.O. Box 192 |
| | Colchester, CT  06415 |
| Brian J. Dunne (CA 275689) | Tel.: (860) 537-5537 |
| bdunne@bathaeedunne.com | |
| Edward M. Grauman (*pro hac vice*) | Patrick J. Coughlin (CA 111070) |
| egrauman@bathaeedunne.com | pcoughlin@scott-scott.com |
| 901 South MoPac Expressway | Carmen A. Medici (CA 248417) |
| Barton Oaks Plaza I, Suite 300 | cmedici@scott-scott.com |
| Austin, TX 78746 | Hal D. Cunningham (CA 243048) |
| Tel.: (213) 462-2772 | hcunningham@scott-scott.com |
| | Daniel J. Brockwell (CA 335983) |
| *Interim Co-Lead Counsel for the Advertiser Class* | dbrockwell@scott-scott.com |
| | 600 W. Broadway, Suite 3300 |
| | San Diego, CA 92101 |
| | Tel.: (619) 233-4565 |
| | |
| | [Additional counsel on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| v. | **ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER META PLATFORMS, INC.'S MATERIAL SHOULD BE SEALED** |
| META PLATFORMS, INC., | |
| Defendant. | |

1    Pursuant to Civil Local Rule 79-5(f), Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406 Property Services, PLLC, Mark Young, and Katherine Looper submit this Administrative Motion to Consider Whether Meta Platforms, Inc.'s Material Should Be Sealed. Per the accompanying Declaration of Brian J. Dunne, certain documents and information referenced in the concurrently filed Advertiser Plaintiffs' Opposition to the Omnibus Motion to Seal Materials Submitted in Connection with Class Certification and *Daubert* Briefing and Merits Expert Proffers in the Advertiser Case ("Opposition") and the Declaration of Brian J. Dunne in support of the Opposition ("Dunne Opposition Declaration") have been designated by Defendant Meta Platforms, Inc. as "Confidential" or "Highly Confidential" under the Protective Order. Portions of Advertiser Plaintiffs' Opposition and the Dunne Opposition Declaration referencing or reflecting information designated as confidential have been redacted from the publicly filed version of the Opposition and the Dunne Opposition Declaration, and unredacted versions of the Opposition and the Dunne Opposition Declaration with the information designated by Meta highlighted in yellow are filed herewith. *See* Civ. L.R. 79-5(e), (f)(1).

Advertiser Plaintiffs file these documents under temporary seal solely because they contain information designated Confidential or Highly Confidential under the Protective Order, not because Advertiser Plaintiffs believe they meet the sealing standard (for nearly all of this information, Advertiser Plaintiffs do ***not*** believe it meets the sealing standard, and may oppose sealing).

Dated: August 19, 2024

| | |
|---|---|
| **SCOTT+SCOTT**<br>**ATTORNEYS AT LAW LLP**<br><br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br><br>Patrick J. Rodriguez (*pro hac vice*)<br>prodriguez@scott-scott.com<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: (212) 223-6444<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **BATHAEE DUNNE LLP**<br><br>By: */s/ Brian J. Dunne*<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>Andrew M. Williamson (CA 344695)<br>awilliamson@bathaeedunne.com<br>Adam Ernette (*pro hac vice*)<br>aernette@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>Allison Watson (CA 328596)<br>awatson@bathaeedunne.com<br>3420 Bristol St, Ste 600<br>Costa Mesa, CA 92626-7133 |
| **LEVIN SEDRAN & BERMAN LLP**<br><br>Keith J. Verrier (*pro hac vice*)<br>kverrier@lfsblaw.com<br>Austin B. Cohen (*pro hac vice*)<br>acohen@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3997<br>Tel.: (215) 592-1500<br><br>*Members of Executive Committee for the Advertiser Classes* | **AHDOOT & WOLFSON, PC**<br><br>Tina Wolfson (CA 174806)<br>twolfson@ahdootwolfson.com<br>Robert Ahdoot (CA 172098)<br>rahdoot@ahdootwolfson.com<br>Theodore W. Maya (CA 223242)<br>tmaya@ahdootwolfson.com<br>Henry J. Kelson (*pro hac vice*)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel.: (310) 474-9111 |