| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Yavar Bathaee (CA 282388) | Amanda F. Lawrence (*pro hac vice*) |
| yavar@bathaeedunne.com | alawrence@scott-scott.com |
| Andrew C. Wolinsky (CA 345965) | Patrick J. McGahan (*pro hac vice*) |
| awolinsky@bathaeedunne.com | pmcgahan@scott-scott.com |
| 445 Park Avenue, 9th Floor | Michael P. Srodoski (*pro hac vice*) |
| New York, NY 10022 | msrodoski@scott-scott.com |
| (332) 322-8835 | 156 South Main Street, P.O. Box 192 |
| | Colchester, CT 06415 |
| Brian J. Dunne (CA 275689) | Tel.: (860) 537-5537 |
| bdunne@bathaeedunne.com | |
| Edward M. Grauman (*pro hac vice*) | Patrick J. Coughlin (CA 111070) |
| egrauman@bathaeedunne.com | pcoughlin@scott-scott.com |
| 901 S. MoPac Expressway | Carmen A. Medici (CA 248417) |
| Barton Oaks Plaza I, Suite 300 | cmedici@scott-scott.com |
| Austin, TX 78746 | Hal D. Cunningham (CA 243048) |
| (213) 462-2772 | hcunningham@scott-scott.com |
| | Daniel J. Brockwell (CA 335983) |
| *Interim Co-Lead Counsel for the* | dbrockwell@scott-scott.com |
| *Advertiser Classes* | 600 W. Broadway, Suite 3300 |
| | San Diego, CA  92101 |
| | Tel.: (619) 233-4565 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| v. | **DECLARATION OF BRIAN J. DUNNE IN OPPOSITION TO OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH CLASS CERTIFICATION AND *DAUBERT* BRIEFING AND MERITS EXPERT PROFFERS IN THE ADVERTISER CASE** |
| META PLATFORMS, INC., | |
| Defendant. | |

**FILED UNDER SEAL**

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in opposition to the Omnibus Motion to Seal Materials Submitted in Connection with the Class Certification and Daubert Briefing in the Advertiser case ("Sealing Motion").

3. The specific information Meta seeks to seal and the reason each should not be sealed ais identified in the tables below, with numbered rows for the Court's ease of reference:

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 1 | 795-01 | | |
| 2 | 795-01 | | |
| 3 | 795-01 | | |

1

Declaration of Brian J. Dunne - Case No. 3:20-cv-08570-JD

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
|  |  |  | ███████████████ |
| 4 | 795-01 | ███████████ | ███████████████ |
| 5 | 795-01 | ███████████ | ███████████████ |
| 6 | 795-01 | ███████████ | ███████████████ |
| 7 | 795-01 | ███████████ | ███████████████ |
| 8 | 795-01 | ███████████ | ███████████████ |
| 9 | 795-01 | ███████████ | ███████████████ |
| 10 | 795-01 | ███████████ | ███████████████ |
| 11 | 795-01 | ███████████ | ███████████████ |
| 12 | 795-01 | ███████████ | ███████████████ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 13 | 795-01 | ■ | ■ |
| 14 | 795-01 | ■ | ■ |
| 15 | 795-01 | ■ | ■<br><br>Public:<br>People-based advertising:<br>https://www.facebook.com/business/news/insights/the-future-of-marketing-people-based-planning-and-measurement<br>Facebook User Matching:<br>https://dl.acm.org/doi/fullHtml/10.1145/3543507.3583311 |
| 16 | 795-01 | ■ | ■<br><br>Public: Audience Network shows ads to FB users off FB: https://lunio.ai/glossary/facebook-audience-network/ |
| 17 | 795-01 | ■ | ■<br><br>Public: Audience Network shows ads to FB users off FB: https://lunio.ai/glossary/facebook-audience-network/ |
| 18 | 795-03 | ■ | ■ |
| 19 | 795-03 | ■ | ■ |

3

Declaration of Brian J. Dunne - Case No. 3:20-cv-08570-JD

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
|  |  |  | ███████████████ |
| 20 | 795-03 | ██████████ | ██████████ |
|  |  |  | ███████████████ |
| 21 | 795-03 | ████████ | ████████ |
|  |  |  | ███████████████ |
| 22 | 795-04 | ██████████ | ████ |
|  |  |  | ███████████████ |
| 23 | 795-04 | ██████████ | ██ |
| 24 | 795-05 | ██████████ | ██ |
| 25 | 795-06 | ██████████ | ███████████████ |
| 26 | 795-06 | ██████████ | ██ |
| 27 | 795-07 | ██████████ | ██████████ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
|  |  | ███ | ███ |
|  |  | ███ | ███ |
|  |  | ███ | ███ |
|  |  | ███ | |
|  |  | ███ | |
|  |  | ███ | |
|  |  | ███ | |
| 28 | 795-08 |  | ███ |
|  |  |  | ███ |
|  |  |  | ███ |
|  |  |  | ███ |
| 29 | 795-10 | ███ | ███ |
|  |  | ███ | |
|  |  | ███ | |
| 30 | 795-16 |  | ███ |
| 31 | 795-17 |  | ███ |
| 32 | 795-19 | ███ | ███ |
| 33 | 795-19 | ███ | Public:<br>https://www.linkedin.com/pulse/facebook-meta-ads-auction-how-works-sarfraz-razzaq/<br><br>https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 34 | 795-19 | ███ | ███ |
|  |  | ███ | |
| 35 | 795-19 | ███ | ███ |
|  |  | ███ | |
| 36 | 795-19 | ███ | ███ |
|  |  | ███ | |
|  |  | ███ | |
| 37 | 795-19 | ███ | ███ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
|  |  | ███████ |  |
| 38 | 801-01 | ███████ | ███████ |
| 39 | 801-01 | ███████ | ███████ |
| 40 | 801-01 | ███████ | ███████ |
| 41 | 801-01 | ███████ | ███████ |
| 42 | 801-01 | ███████ | ███████ |
| 43 | 801-01 | ███████ | ███████ |
| 44 | 801-02 | ███████ | ███████ |
| 45 | 801-02 | ███████ | ███████ |
| 46 | 801-02 | ███████ | ███████ |
| 47 | 801-02 | ███████ | ███████ |
| 48 | 801-02 | ███████ | ███████ |
| 49 | 801-02 | ███ | Public: https://www.linkedin.com/pulse/facebook-meta-ads-auction-how-works-sarfraz-razzaq/  https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 50 | 801-02 | ███ | Public: https://www.linkedin.com/pulse/facebook-meta-ads-auction-how-works-sarfraz-razzaq/  https://www.tws-partners.com/2019/12/16/how- |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | | facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 51 | 801-02 | ██████ | Public:<br>https://www.linkedin.com/pulse/facebook-meta-ads-auction-how-works-sarfraz-razzaq/<br><br>https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 52 | 801-02 | ██████ | Public:<br>https://www.linkedin.com/pulse/facebook-meta-ads-auction-how-works-sarfraz-razzaq/<br><br>https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 53 | 801-04 | ██████ | ██████ |
| 54 | 801-04 | ██████ | ██████ |
| 55 | 801-04 | ██████ | ██████ |
| 56 | 801-04 | ██████ | ██████ |
| 57 | 801-04 | ██████ | ██████ |
| 58 | 801-04 | ██████ | ██████ |
| 59 | 801-04 | ██████ | ██████ |
| 60 | 801-04 | ██████ | ██████ |
| 61 | 801-04 | ██████ | ██████ |
| 62 | 801-04 | ██████ | ██████ |
| 63 | 801-04 | ██████ | ██████ |
| 64 | 801-04 | ██████ | ██████ |
| 65 | 801-04 | ██████ | ██████ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 66 | 801-04 | ███ | ███ |
| 67 | 801-04 | ███ | ███ |
| 68 | 801-04 | ███ | ███ |
| 69 | 801-04 | ███ | ███ |
| 70 | 801-04 | ███ | ███ |
| 71 | 801-04 | ███ | ███ |
| 72 | 801-04 | ███ | ███ |
| 73 | 801-04 | ███ | ███ |
| 74 | 801-04 | ███ | ███ |
| 75 | 801-04 | ███ | ███ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
|  |  | ███ |  |
| 76 | 801-04 | ███ | ███ |
|  |  | ███ |  |
|  |  | ███ |  |
|  |  | ███ |  |
| 77 | 801-04 | ███ | ███ |
|  |  | ███ |  |
|  |  | ███ |  |
| 78 | 801-04 | ███ | ███ |
| 79 | 801-04 | ███ | ███ |
|  |  | ███ |  |
|  |  | ███ |  |
| 80 | 801-04 | ███ | ███ |
| 81 | 801-04 | ███ | ███ |
|  |  | ███ |  |
|  |  | ███ |  |
| 82 | 801-04 | ███ | ███ |
| 83 | 801-04 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
|  |  | ███ |  |
| 84 | 801-04 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
|  |  | ███ |  |
| 85 | 801-04 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
|  |  | ███ |  |
| 86 | 801-04 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
|  |  | ███ |  |
| 87 | 801-04 | ███ | Public: https://a.sfdcstatic.com/content/dam/www/ocms/assets/pdf/datasheets/sc_decode-thefacebook-auction.pdf |
| 88 | 801-04 | ███ | Public: https://www.tws- |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | ██████ | partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 89 | 801-04 | ██████ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 90 | 801-04 | ██████ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 91 | 801-04 | ██████ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 92 | 801-04 | ██████ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 93 | 801-04 | ██████ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 94 | 801-04 | ██████ | Public: https://www.jstor.org/stable/3590361 |
| 95 | 801-04 | ██████ | Public: https://www.jstor.org/stable/3590361 |
| 96 | 801-04 | ██████ | ██████ |
| 97 | 801-04 | ██████ | ██████ |
| 98 | 801-04 | ██████ | ██████ |
| 99 | 801-04 | ██████ | ██████ |
| 100 | 801-04 | ██████ | ██████ |
| 101 | 801-04 | ██████ | ██████ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
|  |  |  | ███████████ |
| 102 | 801-04 | ███████████ | ███████████ |
| 103 | 801-04 | ███████████ | ███████ |
| 104 | 801-04 | ████ | ███████████ |
| 105 | 801-06 | ███████████ | █████████ |
| 106 | 801-06 | ███████████ | ██████ |
| 107 | 801-06 | █ | █████████ |
| 108 | 801-06 | █ | █████████ |
| 109 | 801-06 | ██ | █████████ |
| 110 | 801-07 | ███████████ | ███████████ |
| 111 | 801-07 | ███████████ | ███████████ |
| 112 | 801-07 | ███████████ | ███████████ |
| 113 | 801-07 | ███████████ | ███████████ |
| 114 | 801-07 | ███████████ | ███████████ |
| 115 | 801-07 | ███████████ | ███████████ |
| 116 | 801-11 | ███████████ | ███████ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 117 | 801-11 | ██████ | ██████ |
| 118 | 810-03 & 813-03 | ██████ | ██████ |
| 119 | 810-03 & 813-03 | ██████ | ██████ |
| 120 | 810-03 & 813-03 | ██████ | ██████ |
| 121 | 810-03 & 813-03 | ██████ | ██████ |
| 122 | 810-03 & 813-03 | ██████ | ██████ |
| 123 | 810-03 & 813-03 | ██████ | ██████ |
| 124 | 810-03 & 813-03 | ██████ | ██████ |
| 125 | 810-03 & 813-03 | ██████ | ██████ |
| 126 | 810-03 & 813-03 | ██████ | ██████ |
| 127 | 810-03 & 813-03 | ██████ | ██████ |
| 128 | 810-03 & 813-03 | ██████ | ██████ |
| 129 | 810-03 & 813-03 | ██████ | ██████ |
| 130 | 810-03 & | ██████ | ██████ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
|  | 813-03 | | |
| 131 | 810-03 & 813-03 | ██████ | ██████ |
| 132 | 810-03 & 813-03 | ██████ | ██████ |
| 133 | 810-03 & 813-03 | ██████ | ██████ |
| 134 | 810-03 & 813-03 | ██████ | ██████ |
| 135 | 810-03 & 813-03 | ██████ | ██████ |
| 136 | 810-03 & 813-03 | ██████ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 137 | 810-03 & 813-03 | ██████ | ██████ |
| 138 | 810-03 & 813-03 | ██████ | ██████ |
| 139 | 810-03 & 813-03 | ██████ | ██████ |
| 140 | 810-03 & 813-03 | ██████ | ██████ |
| 141 | 810-03 & 813-03 | ██████ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 142 | 810-03 & 813-03 | ██████ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 143 | 810-03 | ██████ | Public: https://www.tws- |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | & 813-03 | ███ | partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 144 | 810-03 & 813-03 | ███ | Public: https://www.jstor.org/stable/3590361 |
| 145 | 810-03 & 813-03 | ███ | Public: https://www.jstor.org/stable/3590361 |
| 146 | 810-03 & 813-03 | ███ | Public: https://www.jstor.org/stable/3590361 |
| 147 | 810-03 & 813-03 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 148 | 810-03 & 813-03 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 149 | 810-03 & 813-03 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 150 | 810-03 & 813-03 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 151 | 810-03 & 813-03 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 152 | 810-03 & 813-03 | ███ | Public: https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 153 | 810-03 & 813-03 | ███ | ███ |
| 154 | 810-03 & 813-03 | ███ | ███ |
| 155 | 810-03 | ███ | ███ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | & 813-03 | ███ | |
| 156 | 810-03 & 813-03 | ███ | ███ |
| 157 | 810-03 & 813-03 | ███ | ███ |
| 158 | 810-03 & 813-03 | ███ | ███ |
| 159 | 810-03 & 813-03 | ███ | ███ |
| 160 | 810-03 & 813-03 | ███ | ███ |
| 161 | 810-03 & 813-03 | ███ | ███ |
| 162 | 810-03 & 813-03 | ███ | ███ |
| 163 | 810-03 & 813-03 | ███ | ███ |
| 164 | 810-03 & 813-03 | ███ | ███ |
| 165 | 810-03 & 813-03 | ███ | ███ |
| 166 | 810-03 & 813-03 | ███ | ███ |
| 167 | 813-01 | ███ | ███ |
| 168 | 813-01 | ███ | ███ |
| 169 | 813-01 | ███ | ███ |
| 170 | 813-01 | ███ | ███ |

**FILED UNDER SEAL**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 171 | 824-03 | ██████████ | ██████████ |
| 172 | 824-03 | ██████████ | ██████████ |
| 173 | 824-03 | ██████████ | ██████████ |
| 174 | Errata to Advertiser Class Rebuttal Report of Catherine Tucker | ██████████ | ██████████ |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2024, in Austin, Texas.

*/s/ Brian J. Dunne*
Brian J. Dunne
