| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 45965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (*pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Class* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (*pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (*pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (*pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT  06415<br>Tel.: (860) 537-5537<br><br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br><br>[Additional counsel on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**PROOF OF SERVICE OF DOCUMENTS IN SUPPORT OF ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER META PLATFORMS, INC.'S MATERIAL SHOULD BE SEALED** |

I, Brian J. Dunne, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth here and, if called as a witness, could and would testify competently to them.

2. On August 19, 2024, I served on Defendant Meta Platforms, Inc., a copy of (1) the Declaration of Brian J. Dunne in Support of Advertiser Plaintiffs' Administrative Motion to Consider Whether Meta Platforms, Inc.'s Material Should Be Sealed, filed in connection with the concurrently filed Advertiser Plaintiffs' Opposition to the Omnibus Motion to Seal Materials Submitted in Connection with Class Certification and *Daubert* Briefing and Merits Expert Proffers in the Advertiser Case ("Opposition"); and (2) unredacted versions of the Opposition and the Declaration of Brian J. Dunne in support of the Opposition ("Dunne Opposition Declaration"), highlighting in yellow those portions of the Opposition and the Dunne Opposition Declaration referencing or reflecting the contents of the documents and information designated by Meta Platforms as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 314).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2024, in Austin, Texas.

                                                          /s/ Brian J. Dunne
                                                          Brian J. Dunne