1    WILMER CUTLER PICKERING
       HALE AND DORR LLP
2
     SONAL N. MEHTA (SBN 222086)
3      Sonal.Mehta@wilmerhale.com
     2600 El Camino Real, Suite 400
4    Palo Alto, California 94306
     Telephone: (650) 858-6000
5
     DAVID Z. GRINGER (*pro hac vice*)
6      David.Gringer@wilmerhale.com
     ROSS E. FIRSENBAUM (*pro hac vice*)
7      Ross.Firsenbaum@wilmerhale.com
     RYAN CHABOT (*pro hac vice*)
8      Ryan.Chabot@wilmerhale.com
     PAUL VANDERSLICE (*pro hac vice*)
9      Paul.Vanderslice@wilmerhale.com
     7 World Trade Center
10   250 Greenwich Street
     New York, New York 10007
11   Telephone: (212) 230-8800

12

13
     *Attorneys for Defendant Meta Platforms, Inc.*
14

ARI HOLTZBLATT (SBN 354631)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
  Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17                **SAN FRANCISCO DIVISION**

18

19   MAXIMILIAN KLEIN, et al., on behalf of
     themselves and all others similarly situated,

20                              Plaintiffs,

21        v.

22   META PLATFORMS, INC., a Delaware
     Corporation,

23
                               Defendant.
24

Case No. 3:20-cv-08570-JD

**EXHIBITS TO META PLATFORMS, INC.'S RESPONSE TO ADVERTISER PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 834)**

Judge: Hon. James Donato

25

26

27

28

---