Caroline Van Ness (Bar No. 281675)
caroline.vanness@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, California 94301
Tel: (650) 470-4500

Karen Hoffman Lent (admitted pro hac vice)
karen.lent@skadden.com
Evan Kreiner (admitted pro hac vice)
evan.kreiner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000

*Counsel for Non-Party Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF CATHERINE SPEVAK IN SUPPORT OF NON-PARTY APPLE'S STATEMENT IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S RESPONSE TO ADVERTISER PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 837)**<br><br>Judge: Hon. James Donato |

I, Catherine Spevak, do hereby declare as follow:

1. I am a Finance Manager at Apple Inc. I have been employed by Apple since November 2021 and have held my current title since January 2023. Over the course of my employment at Apple, I have acquired personal knowledge of Apple's practices and procedures concerning the maintenance of the confidentiality of its strategic, business, and financial information.

2. I respectfully submit this declaration in support of Apple's Statement in Support of Meta's Response to Advertiser Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed, which Meta filed on August 26, 2024 in *Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.).

3. The facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge of Apple's policies and practices as they relate to the treatment of confidential information, materials that were provided to me and reviewed by me. If called upon as a witness in this action, I could and would testify from my personal knowledge and knowledge acquired from sources with factual foundation.

4. The two contracts for which Apple supports Meta's sealing requests, the Services Integration Agreement and the Side Letter to that agreement, are maintained as highly confidential. To the best of my knowledge, neither of these contracts has been publicly disclosed. The information in these contracts is highly sensitive. Moreover, because these contracts reveal terms that Apple agreed to with a counterparty, if publicly disclosed, they could prejudice Apple's competitive position by harming Apple's relationships with business partners, developers, and advertisers, putting Apple at unfair disadvantage in future business negotiations, and permitting Apple's competitors to gain an unfair advantage in competition with Apple.

5. The text appearing (1) in Advertiser Plaintiffs' Opposition to the Omnibus Sealing Motion (Dkt. 835 at 3:4-6, between "Apple from" and "Beyond age"), and (2) in Advertiser Plaintiffs' Motion for Class Certification (Dkt. 795/796 at 8:3-9, between "Meta and Apple" and "and a July," as well as between "Apple and Meta" and "between the two companies") contains confidential, non-public information that implicates Apple's confidentiality interests by revealing

- 2 -

1  contractual terms in which Apple has a reasonable expectation of confidentiality.  Disclosure of
2  this non-public information may result in competitive harm to Apple, as it reveals confidential
3  contract terms, which, as detailed above, could give a competitor or potential business partner
4  unfair leverage in competing against or negotiating with Apple.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed on August 30, 2024 at San Francisco, California.

_____
Catherine Spevak

**SIGNATURE ATTESTATION**

I, Caroline Van Ness, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1, I hereby attest that all counsel whose e-signatures (/s/) appear on this document concurred in this filing.

DATED: August 30, 2024                    By: /s/ *Caroline Van Ness*