# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 31, 2024　　　　　　　　　　　　　　　　　　　　　Judge:  Hon. James Donato

Time: 45 Minutes

Case No.　　**3:20-cv-08570-JD**
Case Name　**Klein et al v. Meta Platforms, Inc.**

Attorney(s) for Plaintiff(s):　　Kevin Teruya / Shannon Scarlet / Brantley Pepperman / Patrick Coughlin / Yvar Bathae / Edward Graunan / Allison Watson

Attorney(s) for Defendant(s):　　Sonal Mehta / David Gringer / Alex Miller / Paul Vanderslice

Deputy Clerk:  Lisa R. Clark
Court Reporter: Debra Pas

## PROCEEDINGS

Motion Hearing -- Held.

## NOTES AND ORDERS

Plaintiffs' motions are taken under submission.

1