# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: November 14, 2024        Judge: Hon. James Donato

Time: 36 Minutes

Case No. **3:20-cv-08570-JD**
Case Name **Klein et al v. Meta Platforms, Inc.**

Attorney(s) for Plaintiff(s):    Brian Dunne / Shana Scarlett / Brantley Pepperman / Kevin Teruya / Patrick Coughlin
Attorney(s) for Defendant(s):    Sonal Mehta / Paul Vanderslice

Deputy Clerk: Lisa R. Clark
Court Reporter: Marla Knox

### PROCEEDINGS

Status conference -- Held.

### NOTES AND ORDERS

With respect to the user plaintiff class, plaintiffs may present one expert economist to opine on market definition and market power. Plaintiffs are directed to identify the expert economist by November 22, 2024. Plaintiffs are directed to lodge Professor Lamdan's expert report by November 22, 2024. Defendant may offer Dr. List to opine solely on the price experiment that he conducted. The deadlines for dispositive and merits *Daubert* motions are vacated pending further order following the disposition of the user plaintiffs' motion for class certification.

With respect to the advertiser plaintiff class, plaintiffs and defendant may present the expert testimony of the three witnesses identified in their respective proffers. The deadline for dispositive and merits *Daubert* motions remains December 30, 2024. Oppositions will be due by January 29, 2024, and replies will be due by February 12, 2024. The parties are advised to exercise discretion in their dispositive and *Daubert* motions.

The parties' stipulation regarding the dispositive and merits *Daubert* motions briefing schedule, Dkt. No. 846, is denied as moot.

1