1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
2  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
3  Los Angeles, CA 90017
Telephone: (213) 443-3000
4

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
shanas@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000

5  *Interim Co-Lead Consumer Class Counsel*

6  [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant.<br><br>This Document Relates To: All Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL ATTACHMENTS TO CONSUMER PLAINTIFFS' NOTICE OF SUBMISSION OF MERITS EXPERT REPORTS**<br><br>The Hon. James Donato |

1   Pursuant to the Court's September 20, 2023 and March 25, 2024 Orders granting the parties'
2   stipulation to modify the sealing procedures applicable to class certification, *Daubert*, and other
3   briefing, Dkt. Nos. 656 & 745, Consumer Plaintiffs submit this interim administrative motion to
4   provisionally file under seal the unredacted attachments to their concurrently-filed Notice of
5   Submission of Expert Reports, which consist of Consumer Plaintiffs' merits expert reports in this
6   case. Consumers do not wish to maintain this material under seal but seek to provisionally do so in
7   an abundance of caution to the extent that it refers to documents, data, or other information that
8   Facebook and non-parties have designed as "Confidential" or "Highly Confidential" under the
9   protective order in this case.

10   Consistent with the Court's September 20, 2023 and March 25, 2024 Orders, Consumer
11  Plaintiffs will coordinate with Facebook and non-parties to file an omnibus sealing motion. In the
12  interim, Consumers request that the Court provisionally maintain under seal the requested material.

DATED: November 22, 2024

| | |
|---|---|
| By: */s/ Shana E. Scarlett*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>   shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>Steve W. Berman (admitted *pro hac vice*)<br>   steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (admitted *pro hac vice*)<br>   wjbruckner@locklaw.com<br>Robert K. Shelquist (admitted *pro hac vice*)<br>   rkshelquist@locklaw.com<br>Brian D. Clark (admitted *pro hac vice*)<br>   bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>   rapeterson@locklaw.com<br>Kyle Pozan (admitted *pro hac vice*)<br>   kjpozan@locklaw.com<br>Laura M. Matson (admitted *pro hac vice*)<br>   lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br><br>*Interim Counsel for the Consumer Class* | By: */s/ Kevin Y. Teruya*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>   kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>   adamwolfson@quinnemanuel.com<br>Scott L. Watson (Bar No. 219147)<br>   scottwatson@quinnemanuel.com<br>Claire D. Hausman (Bar No. 282091)<br>   clairehausman@quinnemanuel.com<br>Brantley I. Pepperman (Bar No. 322057)<br>   brantleypepperman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br><br>Michelle Schmit (admitted *pro hac vice*)<br>   michelleschmit@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1881<br>(312) 705-7400<br><br>Manisha M. Sheth (admitted *pro hac vice*)<br>   manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>*Interim Co-Lead Consumer Class Counsel* |

**ATTESTATION OF SHANA E. SCARLETT**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Shana E. Scarlett. By his signature, Ms. Scarlett attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

DATED: November 22, 2024         By   */s/ Shana E. Scarlett*
                                         Shana E. Scarlett

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

                                 By   */s/ Shana S. Scarlett*
                                         Shana E. Scarlett

-3-    Case No. 3:20-cv-08570-JD
CONSUMER PLAINTIFFS' MOTION TO PROVISIONALLY SEAL MERITS EXPERT REPORTS