| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000 | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 |

*Interim Co-Lead Consumer Class Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>META PLATFORMS, INC.,<br><br>        Defendant.<br><br>This Document Relates To: All Consumer Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**CONSUMER PLAINTIFFS' NOTICE OF COMPELLED ELECTION OF EXPERT ECONOMIST REGARDING MARKET DEFINITION AND MARKET POWER**<br><br>The Hon. James Donato |

1   The Court's minute order compels Consumer Plaintiffs to identify one expert economist to
2 opine on market definition and market power. ECF No. 853. In response to the Court's order,
3 Consumer Plaintiffs identify Dr. Joseph Farrell as their expert economist to affirmatively opine on
4 market definition and power.[1]

5   Consumer Plaintiffs respectfully note and preserve their objection to the Court's order and
6 other rulings that limit their exhibits and experts for class certification, summary judgment, and trial.
7 They submit that this case and these motions should be decided based on the full record, including
8 Consumer Plaintiffs' merits expert reports (including all the market definition and power opinions of
9 both Dr. Economides and Dr. Farrell), all of which were disclosed to Facebook in early 2024 and
10 were the subject of expert depositions by Facebook.

---

[1] Consumer Plaintiffs understand that pursuant to the Court's orders, Facebook will be permitted two economics experts—Dr. Carlton and Dr. List—to opine on relevant market and power issues.

DATED: November 22, 2024

| By: */s/ Shana E. Scarlett* | By: */s/ Kevin Y. Teruya* |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Shana E. Scarlett (Bar No. 217895)  shanas@hbsslaw.com  715 Hearst Avenue, Suite 202  Berkeley, CA 94710  (510) 725-3000 | Kevin Y. Teruya (Bar No. 235916)  kevinteruya@quinnemanuel.com  Adam B. Wolfson (Bar No. 262125)  adamwolfson@quinnemanuel.com  Scott L. Watson (Bar No. 219147)  scottwatson@quinnemanuel.com |
| Steve W. Berman (admitted *pro hac vice*)  steve@hbsslaw.com  1301 Second Avenue, Suite 2000  Seattle, WA 98101  (206) 623-7292 | Claire D. Hausman (Bar No. 282091)  clairehausman@quinnemanuel.com  Brantley I. Pepperman (Bar No. 322057)  brantleypepperman@quinnemanuel.com  865 South Figueroa Street, 10th Floor  Los Angeles, CA 90017-2543  (213) 443-3000 |
| *Interim Co-Lead Consumer Class Counsel* | |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**  W. Joseph Bruckner (admitted *pro hac vice*)  wjbruckner@locklaw.com  Robert K. Shelquist (admitted *pro hac vice*)  rkshelquist@locklaw.com  Brian D. Clark (admitted *pro hac vice*)  bdclark@locklaw.com  Rebecca A. Peterson (Bar No. 241858)  rapeterson@locklaw.com  Kyle Pozan (admitted *pro hac vice*)  kjpozan@locklaw.com  Laura M. Matson (admitted *pro hac vice*)  lmmatson@locklaw.com  100 Washington Avenue South, Suite 2200  Minneapolis, MN 55401  (612) 339-6900 | Michelle Schmit (admitted *pro hac vice*)  michelleschmit@quinnemanuel.com  191 N. Wacker Drive, Suite 2700  Chicago, IL 60606-1881  (312) 705-7400 |
| | Manisha M. Sheth (admitted *pro hac vice*)  manishasheth@quinnemanuel.com  51 Madison Avenue, 22nd Floor  New York, New York 10010  (212) 849-7000 |
| | *Interim Co-Lead Consumer Class Counsel* |
| *Interim Counsel for the Consumer Class* | |

## ATTESTATION OF SHANA E. SCARLETT

This document is being filed through the Electronic Case Filing (ECF) system by attorney Shana E. Scarlett. By her signature, Ms. Scarlett attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

DATED: November 22, 2024             By   */s/ Shana E. Scarlett*
                                             Shana E. Scarlett

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

                                     By   */s/ Shana E. Scarlett*
                                             Shana E. Scarlett