WILMER CUTLER PICKERING
HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING FIRST AMENDED CONSOLIDATED ADVERTISER CLASS ACTION COMPLAINT (Dkt. 237)**<br><br>Hearing Date: To Be Determined<br>Time: To Be Determined<br>Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Motion for Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint (Dkt. 237).

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Expert Merits Report of Michael A. Williams, Ph.D., served on August 5, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript from Michael A. Williams, Ph.D.'s deposition held on September 26, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript from Michael A. Williams, Ph.D.'s deposition held on February 23, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript from Michael A. Williams, Ph.D.'s deposition held on June 12, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript from Dr. Tilman Klumpp's deposition held on March 5, 2024.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the Expert Merits Report of Tilman Klumpp, Ph.D., served on January 12, 2024.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the Expert Merits Report of Markus Jakobsson, Ph.D., served on January 12, 2024.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from Advertiser Plaintiffs' Responses and Objections to Defendant Meta Platforms, Inc.'s Fifth Set of Interrogatories to Advertiser Plaintiffs, dated June 20, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Expert Merits Rebuttal Report of Tilman Klumpp, Ph.D., served on February 9, 2024.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript from Markus Jakobsson, Ph.D.'s deposition held February 22, 2024.

12. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from Advertiser Plaintiffs' Supplemental Responses and Objections to Meta Platforms, Inc.'s Fifth Set of Interrogatories to Advertiser Plaintiffs, dated January 21, 2024.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 24th day of December, 2024, in New York, New York.

By: */s/ David Z. Gringer*
David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By: */s/ Sonal N. Mehta*
Sonal N. Mehta