| | |
|---|---|
| WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br><br>SONAL N. MEHTA (SBN 222086)<br> Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br> David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br> Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br> Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br> Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | ARI HOLTZBLATT (SBN 354631)<br> Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br> Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br><br>MICHAELA P. SEWALL (*pro hac vice*)<br> Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1 | Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify sealing procedures for dispositive motions and merits *Daubert* briefing, Dkt. 745, Meta Platforms, Inc. respectfully requests that the Court seal the attached Motion to Exclude the Expert Testimony and Opinions of Markus Jakobsson and accompanying exhibits. In accordance with the Court's Order, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion to be filed on the schedule set forth in that Order. Meta anticipates additional review of the materials to ensure that any requests for sealing are appropriately tailored. Redacted copies of the documents sought to be sealed have been publicly filed on the docket.

| | | |
|---|---|---|
| 1 | Date: December 30, 2024 | Respectfully submitted, |
| 2 | | By: /s/ Sonal N. Mehta |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | | Sonal.Mehta@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP |
| | | 2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306 |
| 7 | | Telephone: (650) 858-6000 |
| 8 | | DAVID Z. GRINGER (*pro hac vice*) |
| | | David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*) |
| | | Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*) |
| 11 | | Ryan.Chabot@wilmerhale.com |
| | | PAUL VANDERSLICE (*pro hac vice*) |
| 12 | | Paul.Vanderslice@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 13 | | AND DORR LLP |
| | | 7 World Trade Center |
| 14 | | 250 Greenwich Street |
| 15 | | New York, New York 10007 |
| | | Telephone: (212) 230-8800 |
| 16 | | |
| | | ARI HOLTZBLATT (SBN 354631) |
| 17 | | Ari.Holtzblatt@wilmerhale.com |
| | | MOLLY M. JENNINGS (*pro hac vice*) |
| 18 | | Molly.Jennings@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 19 | | AND DORR LLP |
| 20 | | 2100 Pennsylvania Avenue NW |
| | | Washington, DC 20037 |
| 21 | | Telephone: (202) 663-6000 |
| 22 | | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 | | Michaela.Sewall@wilmerhale.com |
| | | WILMER CUTLER PICKERING HALE |
| 24 | | AND DORR LLP |
| | | 60 State Street |
| 25 | | Boston, Massachusetts 02109 |
| | | Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |