**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
Allison Watson (CA 328596)
awatson@bathaeedunne.com
Priscilla Ghiță (*pro hac vice*)
pghita@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (pro hac vice)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the
Advertiser Classes*

[Additional counsel on signature page]

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Patrick J. Rodriguez (*pro hac vice*)
prodriguez@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | **ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS TEMPORARILY UNDER SEAL** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | Hearing Date: To Be Determined<br>Hearing Time: To Be Determined<br>Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

1  Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's Order Modifying Sealing

2  Procedures Relating to Dispositive Motions and Merits *Daubert* Briefing, entered in this action on

3  March 25, 2024 (Dkt. 745), Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406

4  Property Services, PLLC, Mark Young, and Katherine Looper submit this administrative motion to

5  file under temporary seal the unredacted version of Advertiser Plaintiffs' Opposition to Defendant

6  Meta Platforms, Inc.'s Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson.

7  Advertiser Plaintiffs file this document under temporary seal solely because it contains information

8  designated Confidential or Highly Confidential by Meta under the Protective Order, not because

9  Advertiser Plaintiffs believe it meets the sealing standard (for nearly all of this information, Advertiser

10  Plaintiffs do not believe it meets the sealing standard, and may oppose sealing). Pursuant to the

11  Court's Order (Dkt. 745), the reasons for sealing will be discussed in a forthcoming omnibus sealing

12  motion. A redacted copy of the document filed under temporary seal has been filed on the public

13  docket. Advertiser Plaintiffs also hereby provide notice of lodging to all parties and their counsel

14  pursuant to Civil Local Rule 79-5(e).

15

16  Dated: January 29, 2025

17  **BATHAEE DUNNE LLP**

    **SCOTT+SCOTT**
    **ATTORNEYS AT LAW LLP**

18

19  By: */s/ Yavar Bathaee*
    Yavar Bathaee (CA 282388)
    yavar@bathaeedunne.com

    By: */s/ Amanda F. Lawrence*
    Amanda F. Lawrence (*pro hac vice*)
    alawrence@scott-scott.com

20  Andrew C. Wolinsky (CA 345965)
    awolinsky@bathaeedunne.com

    Patrick J. McGahan (*pro hac vice*)
    pmcgahan@scott-scott.com

21  Priscilla Ghiță (*pro hac vice*)
    pghita@bathaeedunne.com

    Michael P. Srodoski (*pro hac vice*)
    msrodoski@scott-scott.com

22  445 Park Avenue, 9th Floor
    New York, NY 10022

    156 South Main Street, P.O. Box 192
    Colchester, CT 06415

23  Tel.: (332) 322-8835

    Tel.: (860) 537-5537

24  Brian J. Dunne (CA 275689)
    bdunne@bathaeedunne.com

    Patrick J. Coughlin (CA 111070)
    pcoughlin@scott-scott.com

25  Edward M. Grauman (*pro hac vice*)
    egrauman@bathaeedunne.com

    Carmen A. Medici (CA 248417)
    cmedici@scott-scott.com

26  901 South MoPac Expressway
    Barton Oaks Plaza I, Suite 300

    Hal D. Cunningham (CA 243048)
    hcunningham@scott-scott.com

27  Austin, TX 78746
    Tel.: (213) 462-2772

    Patrick J. Rodriguez (*pro hac vice*)
    prodriguez@scott-scott.com

28  Daniel J. Brockwell (CA 335983)

1

Allison Watson (CA 328596)
awatson@bathaeedunne.com
3420 Bristol St, Ste 600
Costa Mesa, CA 92626-7133

dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

*Interim Co-Lead Counsel for the Advertiser Classes*

**LEVIN SEDRAN & BERMAN LLP**

Keith J. Verrier (*pro hac vice*)
kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500

*Members of Executive Committee for the Advertiser Classes*

**AHDOOT & WOLFSON, PC**

Tina Wolfson (CA 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
tmaya@ahdootwolfson.com
Henry J. Kelson (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111

**<u>FILER ATTESTATION</u>**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: January 29, 2025              By: ___*/s/ Brian J. Dunne*___
                                                     Brian J. Dunne

3