| | |
|---|---|
| **BATHAEE DUNNE LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Yavar Bathaee (CA 282388) | Amanda F. Lawrence (*pro hac vice*) |
| yavar@bathaeedunne.com | alawrence@scott-scott.com |
| Andrew C. Wolinsky (CA 345965) | Patrick J. McGahan (*pro hac vice*) |
| awolinsky@bathaeedunne.com | pmcgahan@scott-scott.com |
| Allison Watson (CA 328596) | Michael P. Srodoski (*pro hac vice*) |
| awatson@bathaeedunne.com | msrodoski@scott-scott.com |
| Priscilla Ghiță (*pro hac vice*) | 156 South Main Street, P.O. Box 192 |
| pghita@bathaeedunne.com | Colchester, CT 06415 |
| 445 Park Avenue, 9th Floor | Tel.: (860) 537-5537 |
| New York, NY 10022 | |
| Tel.: (332) 322-8835 | Patrick J. Coughlin (CA 111070) |
| | pcoughlin@scott-scott.com |
| | Carmen A. Medici (CA 248417) |
| | cmedici@scott-scott.com |
| Brian J. Dunne (CA 275689) | Hal D. Cunningham (CA 243048) |
| bdunne@bathaeedunne.com | hcunningham@scott-scott.com |
| Edward M. Grauman (pro hac vice) | Patrick J. Rodriguez (*pro hac vice*) |
| egrauman@bathaeedunne.com | prodriguez@scott-scott.com |
| 901 South MoPac Expressway | Daniel J. Brockwell (CA 335983) |
| Barton Oaks Plaza I, Suite 300 | dbrockwell@scott-scott.com |
| Austin, TX 78746 | 600 W. Broadway, Suite 3300 |
| Tel.: (213) 462-2772 | San Diego, CA 92101 |
| | Tel.: (619) 233-4565 |

*Interim Co-Lead Counsel for the Advertiser Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**ADVERTISER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS TEMPORARILY UNDER SEAL**<br><br><br>Hearing Date: To Be Determined<br>Hearing Time: To Be Determined<br>Courtroom 11, 19th Floor<br>Judge: The Honorable James Donato |

1   Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's Order Modifying Sealing
2   Procedures Relating to Dispositive Motions and Merits *Daubert* Briefing, entered in this action on
3   March 25, 2024 (Dkt. 745), Advertiser Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Berney, 406
4   Property Services, PLLC, Mark Young, and Katherine Looper submit this administrative motion to
5   file under temporary seal the unredacted version of Advertiser Plaintiffs' Opposition to Motion to
6   Exclude Testimony of Dr. Michael Williams. Advertiser Plaintiffs file this document under
7   temporary seal solely because it contains information designated Confidential or Highly Confidential
8   by Meta under the Protective Order, not because Advertiser Plaintiffs believe it meets the sealing
9   standard (for nearly all of this information, Advertiser Plaintiffs do not believe it meets the sealing
10  standard and may oppose sealing). Pursuant to the Court's Order (Dkt. 745), the reasons for sealing
11  will be discussed in a forthcoming omnibus sealing motion. A redacted copy of the document filed
12  under temporary seal has been filed on the public docket. Advertiser Plaintiffs also hereby provide
13  notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

14  Dated: January 29, 2025

15  **BATHAEE DUNNE LLP**                              **SCOTT+SCOTT**
                                                        **ATTORNEYS AT LAW LLP**

    By: */s/ Yavar Bathaee*                            By: */s/ Amanda F. Lawrence*
17  Yavar Bathaee (CA 282388)                          Amanda F. Lawrence (*pro hac vice*)
    yavar@bathaeedunne.com                             alawrence@scott-scott.com
18  Andrew C. Wolinsky (CA 345965)                     Patrick J. McGahan (*pro hac vice*)
    awolinsky@bathaeedunne.com                         pmcgahan@scott-scott.com
19  Priscilla Ghiță (*pro hac vice*)                   Michael P. Srodoski (*pro hac vice*)
    pghita@bathaeedunne.com                            msrodoski@scott-scott.com
20  445 Park Avenue, 9th Floor                         156 South Main Street, P.O. Box 192
    New York, NY 10022                                 Colchester, CT 06415
21  Tel.: (332) 322-8835                               Tel.: (860) 537-5537

22  Brian J. Dunne (CA 275689)                         Patrick J. Coughlin (CA 111070)
    bdunne@bathaeedunne.com                            pcoughlin@scott-scott.com
23  Edward M. Grauman (*pro hac vice*)                 Carmen A. Medici (CA 248417)
    egrauman@bathaeedunne.com                          cmedici@scott-scott.com
24  901 South MoPac Expressway                         Hal D. Cunningham (CA 243048)
    Barton Oaks Plaza I, Suite 300                     hcunningham@scott-scott.com
25  Austin, TX 78746                                   Patrick J. Rodriguez (*pro hac vice*)
    Tel.: (213) 462-2772                               prodriguez@scott-scott.com
26                                                     Daniel J. Brockwell (CA 335983)
    Allison Watson (CA 328596)                         dbrockwell@scott-scott.com
27  awatson@bathaeedunne.com                           600 W. Broadway, Suite 3300
    3420 Bristol St, Ste 600                           San Diego, CA 92101
28  Costa Mesa, CA 92626-7133                          Tel.: (619) 233-4565

*Interim Co-Lead Counsel for the Advertiser Class*

**LEVIN SEDRAN & BERMAN LLP**

Keith J. Verrier (*pro hac vice*)
kverrier@lfsblaw.com
Austin B. Cohen (*pro hac vice*)
acohen@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Tel.: (215) 592-1500

*Members of Executive Committee for the Advertiser Class*

**AHDOOT & WOLFSON, PC**

Tina Wolfson (CA 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CA 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (CA 223242)
tmaya@ahdootwolfson.com
Henry J. Kelston (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: January 29, 2025                    By:   /s/Amanda F. Lawrence
                                                        Amanda F. Lawrence