| | |
|---|---|
| **BATHAEE DUNNE LLP**<br>Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>**BATHAEE DUNNE LLP**<br>Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (admitted *pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 S. MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>*Interim Co-Lead Counsel for the Advertiser Classes* | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Amanda F. Lawrence (admitted *pro hac vice*)<br>alawrence@scott-scott.com<br>Patrick J. McGahan (admitted *pro hac vice*)<br>pmcgahan@scott-scott.com<br>Michael P. Srodoski (admitted *pro hac vice*)<br>msrodoski@scott-scott.com<br>156 South Main Street, P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Patrick J. Coughlin (CA 111070)<br>pcoughlin@scott-scott.com<br>Carmen A. Medici (CA 248417)<br>cmedici@scott-scott.com<br>Hal D. Cunningham (CA 243048)<br>hcunningham@scott-scott.com<br>Patrick J. Rodriguez (admitted *pro hac vice*)<br>prodriguez@scott-scott.com<br>Daniel J. Brockwell (CA 335983)<br>dbrockwell@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>Hon. James Donato<br><br>**DECLARATION OF MICHAEL A. WILLIAMS, Ph.D.** |

I, Michael A. Williams, Ph.D., declare and state as follows:

1. I am a Managing Director at Berkeley Research Group, LLC. I received my M.A. and Ph.D. degrees in economics from the University of Chicago. I have been retained as an economic consultant by the U.S. Department of Justice, Antitrust Division, the U.S. Federal Trade Commission, and the Canadian Competition Bureau. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been asked by counsel for Advertiser Plaintiffs in the above-captioned litigation to provide certain expert opinions in connection with Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment.

3. Attached hereto is the report I have prepared in connection with this assignment: the Expert Merits Report of Michael A. Williams, Ph.D., dated August 5, 2024 **(Exhibit 1)**.

4. Attached hereto are the reports I previously prepared for, and were submitted in, the above-captioned litigation: the Expert Report of Michael A. Williams, Ph.D., dated May 24, 2024 **(Exhibit 2)** (submitted in support of Advertiser Plaintiffs' Motion for Class Certification at Dkt. 795-3), and the Expert Reply Report of Michael A. Williams, Ph.D., dated July 8, 2024 **(Exhibit 3)** (submitted in support of Advertiser Plaintiffs' Reply in Support of their Motion for Class Certification at Dkt. 813-3).

5. The attached reports accurately reflect my opinions on the matters contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on \_\_\_\_January 29, 2025\_\_\_, in \_\_\_\_Emeryville, CA\_\_\_\_\_.

*Michael A. Williams*
_____
Michael A. Williams, Ph.D.

# EXHIBIT 1
# [Filed Under Seal]

# EXHIBIT 2
# [Filed Under Seal]

# EXHIBIT 3
# [Filed Under Seal]