**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

**BATHAEE DUNNE LLP**
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (admitted *pro hac vice*)
egrauman@bathaeedunne.com
901 S. MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Classes*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (admitted *pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (admitted *pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (admitted *pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Patrick J. Rodriguez (admitted *pro hac vice*)
prodriguez@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| vs. | **DECLARATION OF TILMAN KLUMPP, PH.D.** |
| META PLATFORMS, INC., | |
| Defendant. | |

I, Tilman Klumpp, Ph.D., declare and state as follows:

1. I am an Academic Affiliate at Berkeley Research Group, LLC. I received my M.A. and Ph.D. degrees in economics from the University of Western Ontario, Canada. I am a Professor of Economics at the University of Alberta, Canada, have published articles in a number of academic journals, and have submitted written testimony in the High Court of Justice, Business and Property Courts of England, and Wales Competition List, United Kingdom. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been asked by counsel for Advertiser Plaintiffs in the above-captioned litigation to provide certain expert opinions in connection with Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment.

3. Attached hereto are the reports I have prepared in connection with this assignment: the Expert Merits Report of Tilman Klumpp, Ph.D., dated January 12, 2024 **(Exhibit 4)** and the Expert Merits Rebuttal Report of Tilman Klumpp, Ph.D., dated February 9, 2024 **(Exhibit 5)**.

4. The attached reports accurately reflect my opinions on the matters contained therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on \_\_\_\_January 29, 2025\_\_\_, in _____Edmonton, Alberta, Canada_____.

Tilman Klumpp, Ph.D.

# EXHIBIT 4
# [Filed Under Seal]

# EXHIBIT 5
# [Filed Under Seal]