**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
Allison Watson (CA 328596)
awatson@bathaeedunne.com
Priscilla Ghiță (*pro hac vice*)
pghita@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Interim Co-Lead Counsel for the Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Patrick J. Rodriguez (*pro hac vice*)
prodriguez@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:20-cv-08570-JD <br><br> Hon. James Donato <br><br> **DECLARATION OF YAVAR BATHAEE IN SUPPORT OF ADVERTISER PLAINTIFFS' OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: To Be Determined <br> Hearing Time: To Be Determined |

I, Yavar Bathaee, declare as follows:

1. I am an attorney admitted to practice in the United States District Court for the Northern District of California as well as in the highest courts of New York and California, among other jurisdictions. I am a partner at Bathaee Dunne LLP and co-lead counsel for the Advertiser Plaintiffs and proposed classes in the above-captioned matter. I submit this declaration in support of Plaintiff's Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment.

2. Attached hereto as *Exhibit 8* is a true and correct copy of certain excerpts of Meta's Deposition of Advertisers' expert Michael Williams, dated June 12, 2024.

3. Attached hereto as *Exhibit 9* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003715500.

4. Attached hereto as *Exhibit 10* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-002013980.

5. Attached hereto as *Exhibit 11* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014096958.

6. Attached hereto as *Exhibit 12* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006148514.

7. Attached hereto as *Exhibit 13* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-011630850 and marked Plaintiffs' Exhibit 2857.

8. Attached hereto as *Exhibit 14* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-010629831and marked Plaintiffs' Exhibit 414.

9. Attached hereto as *Exhibit 15* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012863799 and marked Plaintiffs' Exhibit 2256.

10. Attached hereto as *Exhibit 16* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012991649 and marked Plaintiffs' Exhibit 2991.

1    11.    Attached hereto as *Exhibit 17* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-011683732 and marked Plaintiffs' Exhibit 26.

12.    Attached hereto as *Exhibit 18* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016564834 and marked Plaintiffs' Exhibit 2255.

13.    Attached hereto as *Exhibit 19* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-005538382 and marked Plaintiffs' Exhibit 2984.

14.    Attached hereto as *Exhibit 20* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-004966274 and marked Plaintiffs' Exhibit 2861.

15.    Attached hereto as *Exhibit 21* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-004966275 and marked Plaintiffs' Exhibit 2862.

16.    Attached hereto as *Exhibit 22* is a true and correct copy of a document produced by Snap Inc. ("Snap") in this litigation bearing the Bates-stamp SNAP – FTC – No. 191-0134 – 0000051023.

17.    Attached hereto as *Exhibit 23* is a true and correct copy of certain excerpts of the Deposition of David Levenson, dated May 10, 2023.

18.    Attached hereto as *Exhibit 24* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014640328 and marked Plaintiffs' Exhibit 557.

19.    Attached hereto as *Exhibit 25* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-009631966 and marked Plaintiffs' Exhibit 556.

20.    Attached hereto as *Exhibit 26* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012215990.

21.    Attached hereto as *Exhibit 27* is a true and correct copy of certain excerpts from the Deposition of Sagee Ben-Zedeff, dated May 10, 2023.

2

22. Attached hereto as ***Exhibit 28*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012927762.

23. Attached hereto as ***Exhibit 29*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012927516 and marked Plaintiffs' Exhibit 116.

24. Attached hereto as ***Exhibit 30*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012154501.

25. Attached hereto as ***Exhibit 31*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016924589.

26. Attached hereto as ***Exhibit 32*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016606121 and marked Plaintiffs' Exhibit 2215.

27. Attached hereto as ***Exhibit 33*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016895582 and marked Plaintiffs' Exhibit 1709.

28. Attached hereto as ***Exhibit 34*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-017114236 and marked Plaintiffs' Exhibit 1747.

29. Attached hereto as ***Exhibit 35*** is a true and correct copy of a document produced by Netflix in this litigation bearing the Bates-stamp PALM-004290112 and marked Plaintiffs' Exhibit 2858.

30. Attached hereto as ***Exhibit 36*** is a true and correct copy of a document produced by Netflix in this litigation bearing the Bates-stamp PALM-008758432 and marked Plaintiffs' Exhibit 2989.

31. Attached hereto as ***Exhibit 37*** is a true and correct copy of the Declaration of Shalev Hulio in Support of Motion to Dismiss, Docket No. 45-11, dated April 2, 2020, from the case docket of *WhatsApp et al. v. NSO Group Technologies Ltd., et al.*, No. 4:19-cv-07123-PJH (N.D. Cal.).

32. Attached hereto as ***Exhibit 38*** is a true and correct copy of a true and correct copy of

certain excerpts from the Federal Trade Commission's Deposition of Jacob Andreou, dated May 3, 2023, and certain excerpts from the *Klein* Plaintiffs' Deposition of Jacob Andreou, dated May 3, 2023.

33. Attached hereto as **Exhibit 39** is a true and correct copy of an excerpt from Advertiser Plaintiffs' Responses and Objections to Defendant Meta Platforms, Inc.'s Fifth Set of Interrogatories to Advertiser Plaintiffs, dated June 20, 2023.

34. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-009577689.

35. Attached hereto as **Exhibit 41** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006466490.

36. Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006466493.

37. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006466512.

38. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006466516.

39. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006466536.

40. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006466542.

41. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008914337.

42. Attached hereto as **Exhibit 48** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-FTC-00247120.

43. Attached hereto as **Exhibit 49** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-002014449.

44. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by

1 | Meta in this litigation bearing the Bates-stamp PALM-008914013.

45. Attached hereto as *Exhibit 51* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008913595.

46. Attached hereto as *Exhibit 52* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008913597.

47. Attached hereto as *Exhibit 53* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008913870.

48. Attached hereto as *Exhibit 54* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008913871.

49. Attached hereto as *Exhibit 55* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008913874.

50. Attached hereto as *Exhibit 56* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008913898.

51. Attached hereto as *Exhibit 57* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-002014487.

52. Attached hereto as *Exhibit 58* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-004952173.

53. Attached hereto as *Exhibit 59* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-000179225.

54. Attached hereto as *Exhibit 60* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-FTC-00246387.

55. Attached hereto as *Exhibit 61* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-004839673 and marked Plaintiffs' Exhibit 1322.

56. Attached hereto as *Exhibit 62* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-FTC-00123557.

57. Attached hereto as *Exhibit 63* is a true and correct copy of a document produced by

5

1 | Meta in this litigation bearing the Bates-stamp PALM-012438844.

2 |     58.    Attached hereto as ***Exhibit 64*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-002014263.

    59.    Attached hereto as ***Exhibit 65*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-ADI-0001000836.

    60.    Attached hereto as ***Exhibit 66*** is a true and correct copy of certain excerpts of the Deposition of Jacqueline Chang, dated April 25, 2023.

    61.    Attached hereto as ***Exhibit 67*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014453465.

    62.    Attached hereto as ***Exhibit 68*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014466582 and marked Plaintiffs' Exhibit 1709.

    63.    Attached hereto as ***Exhibit 69*** is a true and correct copy of excerpts from page 237-38 of the Deposition of Stephanie Wang, dated March 28, 2023.

    64.    Attached hereto as ***Exhibit 70*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014459701 and marked Plaintiffs' Exhibit 1295.

    65.    Attached hereto as ***Exhibit 71*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-013460550.

    66.    Attached hereto as ***Exhibit 72*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003435349 and marked Plaintiffs' Exhibit 1711.

    67.    Attached hereto as ***Exhibit 73*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016506616 and marked Plaintiffs' Exhibit 1712.

    68.    Attached hereto as ***Exhibit 74*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM- 003251883 and marked Plaintiffs' Exhibit

1922.

69. Attached hereto as *Exhibit 75* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM- 006209593 and marked Plaintiffs' Exhibit 1921.

70. Attached hereto as *Exhibit 76* is a true and correct copy of a document produced by Google in this litigation bearing the Bates-stamp GOOG-META-01836744 and marked Plaintiffs' Exhibit 1263.

71. Attached hereto as *Exhibit 77* is a true and correct copy of a document produced by Google in this litigation bearing the Bates-stamp PALM-013762328 and marked Plaintiffs' Exhibit 183.

72. Attached hereto as *Exhibit 78* is a true and correct copy of excerpts from pages 207-08 and 221 of the Deposition of Stephanie Wang, dated March 28, 2023.

73. Attached hereto as *Exhibit 79* is a true and correct copy of a document produced by Google in this litigation bearing the Bates-stamp GOOG-META-01853076 and marked Plaintiffs' Exhibit 1267.

74. Attached hereto as *Exhibit 80* is a true and correct copy of a document produced by Google in this litigation bearing the Bates-stamp GOOG-META-02833187 and marked Plaintiffs' Exhibit 1269.

75. Attached hereto as *Exhibit 81* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-011831146.

76. Attached hereto as *Exhibit 82* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006289050.

77. Attached hereto as *Exhibit 83* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016986654.

78. Attached hereto as *Exhibit 84* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008174450 and marked Plaintiffs' Exhibit 608.

79. Attached hereto as *Exhibit 85* is a true and correct copy of a document produced by

7

Netflix in this litigation bearing the Bates-stamp NFLX-001590 and marked Plaintiffs' Exhibit 607.

80. Attached hereto as ***Exhibit 86*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003040610.

81. Attached hereto as ***Exhibit 87*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-006842466.

82. Attached hereto as ***Exhibit 88*** is a true and correct copy of a document produced by Netflix in this litigation bearing the Bates-stamp NFLX-001586 and marked Plaintiffs' Exhibit 614.

83. Attached hereto as ***Exhibit 89*** is a true and correct copy of a document produced by Netflix in this litigation bearing the Bates-stamp NFLX-001583 and marked Plaintiffs' Exhibit 605.

84. Attached hereto as ***Exhibit 90*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003207836 and marked Plaintiffs' Exhibit 606.

85. Attached hereto as ***Exhibit 91*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-016919272.

86. Attached hereto as ***Exhibit 92*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-013499085.

87. Attached hereto as ***Exhibit 93*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-003130963.

88. Attached hereto as ***Exhibit 94*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-008530029.

89. Attached hereto as ***Exhibit 95*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014546138 and marked Plaintiffs' Exhibit 412.

90. Attached hereto as ***Exhibit 96*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012193982 and marked Plaintiffs' Exhibit 1926.

91. Attached hereto as ***Exhibit 97*** is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-012215990.

92. Attached hereto as ***Exhibit 98*** is a true and correct copy of a document produced by

8

Meta in this litigation bearing the Bates-stamp PALM-005605669.

93. Attached hereto as *Exhibit 99* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-010434436.

94. Attached hereto as *Exhibit 100* is a true and correct copy of a document produced by Meta in this litigation bearing the Bates-stamp PALM-014317772 and marked Plaintiffs' Exhibit 119.

95. Attached hereto as *Exhibit 101* is a true and correct copy of certain excerpts of the Deposition of Jay Parikh, dated March 9, 2023.

96. Attached hereto as *Exhibit 102* is a true and correct copy of Meta Platforms, Inc.'s Supplemental Objections and Responses to Advertiser Plaintiffs' First Set of Requests for Admission (Nos. 3 and 4).

97. Attached hereto as *Exhibit 103* is a true and correct copy of certain excerpts of the Deposition of Tilman Klumpp, dated March 5, 2024.

98. Attached hereto as *Exhibit 104* is a true and correct copy of certain excerpts of the Deposition of Markus Jakobsson, dated February 22, 2024.

99. Attached hereto as *Exhibit 105* is a true and correct copy of a letter from Brian Dunne to Sonal Mehta, dated May 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2025, in Sherman, Texas.

*/s/ Yavar Bathaee*
Yavar Bathaee

# EXHIBITS 8-105
# [FILED UNDER SEAL]