| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>*Interim Co-Lead Consumer Class Counsel*<br><br>[Additional counsel listed on signature page] | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>ARI HOLTZBLATT (SBN 354631)<br>Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*)<br>Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>[Additional counsel listed on signature page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>       Defendant. | Case No. 3:20-cv-08570-JD<br><br>**JOINT NOTICE RE PROPOSED SCHEDULE IN CONSUMER CASE**<br><br>Judge: Hon. James Donato |

# JOINT STATEMENT

Pursuant to the Court's January 24, 2025 Order, Consumer Plaintiffs and Defendant Meta Platforms, Inc. have conferred regarding "a proposed schedule for the remaining pretrial and trial dates" in the Consumer case. Dkt. 885 at 15. On February 7, 2025, Consumers filed with the United States Court of Appeals for the Ninth Circuit a petition for permission to appeal under Federal Rule of Civil Procedure 23(f) this Court's order denying class certification and excluding certain opinions of their expert Dr. Economides. The parties' proposed schedule for the remainder of proceedings before this Court is set forth below.

| **Case Event** | **Proposed Date** |
| --- | --- |
| Case Management Statement | 14 days from Ninth Circuit's decision on Plaintiffs' appeal |
| Case Management Conference | Within 30 days from Ninth Circuit's decision or as convenient for the Court |
| Summary Judgment and *Daubert* Motions | 45 days from Ninth Circuit's decision on Plaintiffs' appeal |
| Oppositions to Summary Judgment and *Daubert* Motions | 30 days after Summary Judgment and *Daubert* Motions |
| Replies Regarding Summary Judgment and *Daubert* Motions | 14 days after Oppositions to Summary Judgment and *Daubert* Motions |
| Pretrial Conference | 8 months after Replies Regarding Summary Judgment and *Daubert* Motions |
| Jury Trial | 19 days after Pretrial Conference |

| | |
|---|---|
| DATED:  February 10, 2024 | Respectfully submitted, |
| By: */s/ Shana E. Scarlett* | By: /s/ *Kevin Y. Teruya* |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Shana E. Scarlett (Bar No. 217895) | |
| shanas@hbsslaw.com | Kevin Y. Teruya (Bar No. 235916) |
| 715 Hearst Avenue, Suite 300 | kevinteruya@quinnemanuel.com |
| Berkeley, CA 94710 | Adam B. Wolfson (Bar No. 262125) |
| Telephone: (510) 725-3000 | adamwolfson@quinnemanuel.com |
| | Scott L. Watson (Bar No. 219147) |
| Steve W. Berman (admitted *pro hac vice*) | scottwatson@quinnemanuel.com |
| steve@hbsslaw.com | Claire D. Hausman (Bar No. 282091) |
| 1301 Second Avenue, Suite 2000 | clairehausman@quinnemanuel.com |
| Seattle, WA 98101 | Brantley I. Pepperman (Bar No. 322057) |
| Telephone: (206) 623-7292 | brantleypepperman@quinnemanuel.com |
| | 865 South Figueroa Street, 10th Floor |
| *Interim Co-Lead Consumer Class Counsel* | Los Angeles, CA 90017-2543 |
| | Telephone: (213) 443-3000 |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | Michelle Schmit (admitted *pro hac vice*) |
| W. Joseph Bruckner (admitted *pro hac vice*) | michelleschmit@quinnemanuel.com |
| wjbruckner@locklaw.com | 191 N. Wacker Drive, Suite 2700 |
| Robert K. Shelquist (admitted *pro hac vice*) | Chicago, IL 60606-1881 |
| rkshelquist@locklaw.com | Telephone: (312) 705-7400 |
| Brian D. Clark (admitted *pro hac vice*) | Manisha M. Sheth (admitted *pro hac vice*) |
| bdclark@locklaw.com | manishasheth@quinnemanuel.com |
| Kyle Pozan (admitted *pro hac vice*) | 51 Madison Avenue, 22nd Floor |
| kjpozan@locklaw.com | New York, New York 10010 |
| Laura M. Matson (admitted *pro hac vice*) | Telephone: (212) 849-7000 |
| lmmatson@locklaw.com | |
| 100 Washington Avenue South, Suite 2200 | *Interim Co-Lead Consumer Class Counsel* |
| Minneapolis, MN 55401 | |
| Telephone: (612) 339-6900 | |
| *Interim Counsel for the Consumer Class* | |

No. 3:20-cv-08570-JD                                                                                           2
                                                                                     JOINT NOTICE RE
                                                            PROPOSED SCHEDULE IN CONSUMER CASE

By: */s/ Sonal N. Mehta*
SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000


*Attorneys for Defendant Meta Platforms, Inc*

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from the signatories.

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, and caused the document submitted herewith to be transmitted to counsel of record by email.

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya