UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br>Plaintiffs,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 20-cv-08570-JD<br><br>**THIRD AMENDED SCHEDULING ORDER FOR USER PLAINTIFFS** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Last day to file dispositive and *Daubert* motions | April 28, 2025 |
| Pretrial conference | Thursday, September 25, 2025, at 1:30 p.m. |
| Jury Trial | Monday, November 17, 2025, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: February 11, 2025

_____
JAMES DONATO
United States District Judge