WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
 Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1         Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify

2    sealing procedures for dispositive motions and merits *Daubert* briefing, Dkt. 745, Meta Platforms,

3    Inc. respectfully requests that the Court seal the attached Reply in Support of Motion to Exclude

4    Expert Testimony and Opinions of Tilman Klumpp and accompanying exhibits.  In accordance

5    with the Court's Order, the reasons for sealing will be discussed in a forthcoming omnibus sealing

6    motion to be filed on the schedule set forth in that Order.  Meta anticipates additional review of

7    the materials to ensure that any requests for sealing are appropriately tailored.  Redacted copies of

8    the documents sought to be sealed have been publicly filed on the docket.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Date: February 12, 2025                      Respectfully submitted,

2                                                 By: */s/  Sonal N. Mehta*

3                                                 SONAL N. MEHTA (SBN 222086)
                                                   Sonal.Mehta@wilmerhale.com
4                                                 WILMER CUTLER PICKERING HALE
                                                  AND DORR LLP
5                                                 2600 El Camino Real, Suite 400
                                                  Palo Alto, California 94306
6                                                 Telephone: (650) 858-6000

7
                                                  DAVID Z. GRINGER (*pro hac vice*)
8                                                  David.Gringer@wilmerhale.com
                                                  ROSS E. FIRSENBAUM (*pro hac vice*)
9                                                  Ross.Firsenbaum@wilmerhale.com
                                                  RYAN CHABOT (*pro hac vice*)
10                                                 Ryan.Chabot@wilmerhale.com
                                                  PAUL VANDERSLICE (*pro hac vice*)
11                                                 Paul.Vanderslice@wilmerhale.com
                                                  WILMER CUTLER PICKERING HALE
12                                                AND DORR LLP
                                                  7 World Trade Center
13                                                250 Greenwich Street
                                                  New York, New York 10007
14                                                Telephone: (212) 230-8800

15
                                                  ARI HOLTZBLATT (SBN 354631)
16                                                 Ari.Holtzblatt@wilmerhale.com
                                                  MOLLY M. JENNINGS (*pro hac vice*)
17                                                 Molly.Jennings@wilmerhale.com
                                                  WILMER CUTLER PICKERING HALE
18                                                AND DORR LLP
                                                  2100 Pennsylvania Avenue NW
19                                                Washington, DC 20037
                                                  Telephone: (202) 663-6000
20
                                                  MICHAELA P. SEWALL (*pro hac vice*)
21                                                 Michaela.Sewall@wilmerhale.com
                                                  WILMER CUTLER PICKERING HALE
22                                                AND DORR LLP
                                                  60 State Street
23                                                Boston, Massachusetts 02109
                                                  Telephone: (617) 526-6000
24

25                                                *Attorneys for Defendant Meta Platforms, Inc.*

26

27

28

---