WILMER CUTLER PICKERING
HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
  Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
  Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
  Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 222086)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
  Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF PAUL VANDERSLICE IN SUPPORT OF OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH SUMMARY JUDGMENT AND *DAUBERT* BRIEFING IN THE ADVERTISER CASE**<br><br>Judge: Hon. James Donato |

No. 3:20-cv-08570-JD

VANDERSLICE DECL. ISO OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED WITH SUMMARY JUDGMENT AND *DAUBERT* BRIEFING IN THE ADVERTISER CASE

I, Paul Vanderslice, declare as follows:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of the Omnibus Motion to Seal Materials Submitted in Connection with the Summary Judgment and *Daubert* Briefing in the Advertiser case ("Sealing Motion"). I have personal knowledge of the facts or circumstances set forth herein. If called upon as a witness in this action, I could and would testify competently thereto.

2. As discussed in detail in the Declaration of Amrish Acharya, Meta asserts that there are compelling reasons and good cause to seal certain of its information included in the summary judgment and *Daubert* briefing.

3. As part of the process for preparing the Sealing Motion, Meta and Advertiser Plaintiffs notified non-parties whose confidential information had been included in the summary judgment and *Daubert* briefing and provided those non-parties an opportunity to submit a declaration in connection with this Motion as it relates to their information.

4. With respect to Advertiser Plaintiffs' expert reports filed in connection with the parties' summary judgment and *Daubert* briefing, because Advertisers Plaintiffs filed the entirety of their experts' reports in connection with Advertiser Plaintiffs' opposition to Meta's motion for summary judgment—as compared to Meta, which filed limited excerpts of Advertiser Plaintiffs' reports—to reduce the burden on non-parties from reviewing duplicative materials, Advertisers Plaintiffs agreed to contact non-parties regarding the non-party information contained in Advertisers' expert reports. To the extent a non-party seeks to seal a portion of Advertiser Plaintiffs' full expert reports, Meta has included a corresponding sealing request as to any excerpts of such reports filed by Meta where applicable.

5. Pursuant to the non-party notification process described above, the following non-parties submitted declarations in connection with the Sealing Motion, true and correct copies of which are attached herewith as:

   a. **Exhibit A1:** Declaration of Samantha Birkenfeld-Malpass (X Corp.)

b. **Exhibit A2:** Declaration of Brett Celedonia (Netflix, Inc.)

c. **Exhibit A3**: Declaration of Alok Verma (Google LLC)

d. **Exhibit A4**: Declaration of Catherine Spevak (Apple Inc.)

6. Advertiser Plaintiffs informed Meta on March 10, 2025 that they take no position on any non-party sealing requests, and requested that Meta share its sealing requests. Meta provided Advertiser Plaintiffs with its proposed sealing requests, and Advertiser Plaintiffs informed Meta that they would not oppose the sealing of Meta employee email addresses, but opposed the remainder of Meta's requests.

7. Additionally, true and correct copies of the documents subject to sealing requests in the Sealing Motion are attached as exhibits to this declaration as set out below. These exhibits reflect the sealing positions of Meta (orange highlighting), and non-parties (green highlighting).[1]

| Exhibit | Document | Docket Number |
|---|---|---|
| Exhibit B1 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint | 874-1 |
| Exhibit B2 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 1, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024 | 874-2 |
| Exhibit B3 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 5, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024 | 874-6 |
| Exhibit B4 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 6, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024 | 874-7 |

---

[1] Some exhibits contain yellow highlighting, as that highlighting existed in the as-filed document. Yellow highlighting does not indicate a sealing request.

| | | |
|---|---|---|
| Exhibit B5 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 10, Excerpts of Transcript of Deposition of Markus Jakobsson, held on Feb. 22, 2024 | 874-11 |
| Exhibit C1 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Michael Willaims, Exhibit 1, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024 | 876-2 |
| Exhibit C2 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Michael Willaims, Exhibit 4, Excerpts of Transcript of Deposition of Scott Fasser, held on Sept. 7, 2023 | 876-5 |
| Exhibit D1 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 1, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024 | 878-2 |
| Exhibit D2 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 2, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024 | 878-3 |
| Exhibit E1 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 1, Excerpts of Expert Merits Report of Markus Jakobsson, Ph.D., dated Jan. 12, 2024 | 880-2 |
| Exhibit E2 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 2, Excerpts of Expert Merits Report of Markus Jakobsson, Ph.D., dated Feb. 9, 2024 | 880-3 |
| Exhibit E3 | Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 3, Excerpts of Advertiser Plaintiffs' Responses and Objections to Meta Platforms, Inc.'s Fifth Set of Interrogatories to Advertiser Plaintiffs | 880-4 |
| Exhibit F | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson | 886-1 |
| Exhibit G | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion to Exclude Testimony of Dr. Tilman Klumpp | 888-1 |
| Exhibit H1 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment | 892-1 |

| | | |
|---|---|---|
| Exhibit H2 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 1, Expert Merits Report of Michael A. Williams, dated Aug. 5, 2024 | 892-3 |
| Exhibit H3 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 2, Expert Report of Michael A. Williams, Ph.D., May 24, 2024 | 892-3 |
| Exhibit H4 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 3, Expert Reply Report of Michael A. Williams, Ph.D., dated July 8, 2024 | 892-3 |
| Exhibit H5 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 4, Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024 | 892-5 |
| Exhibit H6 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 5, Expert Rebuttal Report of Tilman Klumpp, Ph.D., Feb. 9, 2024 | 892-5 |
| Exhibit H7 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 6, Expert Merits Report of Markus Jakobsson, Ph.D., dated Jan. 12, 2024 | 892-7 |
| Exhibit H8 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 7, Rebuttal Expert Merits Report of Markus Jakobsson, Ph.D., Feb. 9, 2024 | 892-7 |
| Exhibit H9 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 10 | 892-9 |
| Exhibit H10 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 11 | 892-9 |
| Exhibit H11 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 13, PX-2857 Priell Deposition | 892-9 |
| Exhibit H12 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 14, PX-414 Olivan Deposition | 892-9 |
| Exhibit H13 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 15, PX-2256 Zuckerberg Deposition | 892-9 |
| Exhibit H14 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 16 | 892-9 |
| Exhibit H15 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 18, PX-2255 Zuckerberg Deposition | 892-9 |

| | | |
|---|---|---|
| Exhibit H16 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 19, PX-2984 Zervas Deposition | 892-9 |
| Exhibit H17 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 20, PX-2861 Priell Deposition | 892-9 |
| Exhibit H18 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 21 | 892-10 |
| Exhibit H19 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 24, PX-557 Schultz Deposition | 892-10 |
| Exhibit H20 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 26 | 892-10 |
| Exhibit H21 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 28 | 892-10 |
| Exhibit H22 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 29, PX-116 Parikh Deposition | 892-10 |
| Exhibit H23 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 32, PX-2215 Naveh Deposition | 892-10 |
| Exhibit H24 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 34 PX-1747 Wei Deposition | 892-10 |
| Exhibit H25 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 36 | 892-10 |
| Exhibit H26 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 40 | 892-10 |
| Exhibit H27 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 41 | 892-11 |
| Exhibit H28 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 42 | 892-11 |
| Exhibit H29 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 43 | 892-11 |
| Exhibit H30 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 44 | 892-11 |
| Exhibit H31 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 45 | 892-11 |
| Exhibit H32 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 46 | 892-11 |
| Exhibit H33 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 47 | 892-11 |

| | | |
|---|---|---|
| Exhibit H34 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 48 | 892-11 |
| Exhibit H35 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 49 | 892-11 |
| Exhibit H36 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 50 | 892-11 |
| Exhibit H37 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 51 | 892-11 |
| Exhibit H38 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 52 | 892-11 |
| Exhibit H39 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 53 | 892-11 |
| Exhibit H40 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 54 | 892-11 |
| Exhibit H41 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 55 | 892-11 |
| Exhibit H42 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 56 | 892-11 |
| Exhibit H43 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 57 | 892-11 |
| Exhibit H44 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 58 | 892-11 |
| Exhibit H45 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 59 | 892-11 |
| Exhibit H46 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 61 PX-1322 Chang Deposition | 892-12 |
| Exhibit H47 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 63 | 892-12 |
| Exhibit H48 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 64 | 892-12 |
| Exhibit H49 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 65 | 892-12 |
| Exhibit H50 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 67 | 892-12 |
| Exhibit H51 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 68 | 892-12 |
| Exhibit H52 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 70 PX-1295 Jakubowski Deposition | 892-12 |

| Exhibit H53 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 71 | 892-12 |
|---|---|---|
| Exhibit H54 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 72, PX-1711 Crum Deposition | 892-12 |
| Exhibit H55 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 73, PX-1712 Crum Deposition | 892-12 |
| Exhibit H56 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 74, PX-1922 Sandberg Deposition | 892-12 |
| Exhibit H57 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 75, PX-1921 Sandberg Deposition | 892-12 |
| Exhibit H58 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 81 | 892-13 |
| Exhibit H59 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 83 | 892-13 |
| Exhibit H60 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 92 | 892-13 |
| Exhibit H61 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 93 | 892-13 |
| Exhibit H62 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 94 | 892-13 |
| Exhibit H63 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 95, PX-412 Olivan Deposition | 892-13 |
| Exhibit H64 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 96, PX-1926 Sandberg Deposition | 892-13 |
| Exhibit H65 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 97 | 892-13 |
| Exhibit H66 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 99 | 892-13 |
| Exhibit H67 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 100, PX-119 Parikh Deposition | 892-13 |
| Exhibit H68 | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 105 | 892-14 |

| | | |
|---|---|---|
| Exhibit I1 | Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 3, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024 | 901-2 |
| Exhibit I2 | Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 4, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024 | 901-3 |
| Exhibit J1 | Defendant Meta Platforms, Inc.'s Reply in Support of Motion for Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 12, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024 | 903-2 |
| Exhibit J2 | Defendant Meta Platforms, Inc.'s Reply in Support of Motion for Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 15, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024 | 903-5 |

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 14th day of March, 2025, in New York, New York.

By: */s/ Paul Vanderslice*
Paul Vanderslice