# VANDERSLICE DECL. EXHIBIT A1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF SAMANTHA BIRKENFELD-MALPASS IN SUPPORT OF NON-PARTY X CORP.'S OBJECTION TO DISCLOSURE OF X CORP.'S CONFIDENTIAL INFORMATION** |

1

DECLARATION OF SAMANTHA BIRKENFELD-MALPASS
Case No. 3:20-cv-08570-JD

**DECLARATION OF SAMANTHA BIRKENFELD-MALPASS IN SUPPORT OF NON-PARTY X CORP.'S OBJECTION TO DISCLOSURE OF X CORP.'S CONFIDENTIAL INFORMATION**

I, Samantha Birkenfeld-Malpass, declare as follows:

1. I am Senior Litigation Counsel II at non-party X Corp., and, by reason of my position, I am authorized and qualified to make this declaration.

2. I have personal knowledge of the facts set forth in this declaration and could testify competently as to the matters set forth in this declaration.

3. Based on my personal knowledge and on information provided to me by others at X Corp., I am generally familiar with (1) X Corp.'s record keeping practices and systems for the documents identified below, (2) the manner in which the X Corp. document identified below was created, stored, and maintained, and (3) the manner by which X Corp. made, kept, and used this documents.

4. I understand that the Advertiser Plaintiffs in the above-captioned litigation notified X Corp. on February 25, 2025, that they had filed an Opposition to Defendant Meta's Motion for Summary Judgment and Motions to Exclude Advertiser Plaintiffs' experts that cited information designated as Highly Confidential or Confidential by X Corp. under the Protective Order dated July 11, 2022, ECF No. 315.

5. Specifically, a portion of the Expert Report of Dr. Williams in Support of Plaintiff's Opposition to Defendant Meta's Motion for Summary Judgment refers to and cites to language from internal X. Corp. documents produced in this litigation with Bates numbers TWTR-KLEIN00048858; TWTR-KLEIN00026498; and TWTR-KLEIN00048858-862.

6. X Corp. believes that good cause and compelling reasons exist to keep sealed the following language:

| Filing | Language in Filing to be Kept Under Seal |
|---|---|
| Dkt. 892-3, Ex. 1 | In paragraph 66, all language in the paragraph after "ad revenue growth was". |
| Dkt. 892-3, Ex. 1 | In paragraph 270, all language in the paragraph after "noted that". |
| Dkt. 892-3, Ex. 1 | The entirety of Figure 24 on page 109. |
| Dkt. 892-3, Ex. 1 | All text after "An internal Twitter report" in the box under the column header "Evidence that all Facebook ads are Social Ads" on page 204 to the left of the following document name: TWTR-KLEIN00048858-862. |

7. The language identified in TWTR-KLEIN00048858; TWTR-KLEIN00026498; TWTR-KLEIN00048858-862 is highly sensitive because it contains X Corp's internal analysis and evaluation of market share and product growth.

8. X Corp. takes very seriously the need to keep this information confidential. X Corp. believes that the disclosure of this information would be competitively damaging to X Corp. because, among other reasons, it would give confidential information about X Corp. and its market and product feature analysis to X Corp.'s competitors. Public use of this information would provide X Corp.'s competitors with an advantage in competing with X Corp. for future business opportunities, harming competition.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 10, 2025

By: *Samantha Birkenfeld-Malpass*
A2927DAB86EA4B6...

Samantha Birkenfeld-Malpass
Senior Litigation Counsel II,
X Corp.