**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
Priscilla Ghiţă (*pro hac vice*)
pghita@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson (CA 328596)
awatson@bathaeedunne.com
3420 Bristol St, Ste 600
Costa Mesa, CA 92626-7133

*Interim Co-Lead Counsel for the
Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | Hon. James Donato |
| v. | **DECLARATION OF BRIAN J. DUNNE IN OPPOSITION TO OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH CLASS CERTIFICATION AND *DAUBERT* BRIEFING AND MERITS EXPERT PROFFERS IN THE ADVERTISER CASE** |
| META PLATFORMS, INC., | |
| Defendant. | |

I, Brian J. Dunne, declare and state as follows:

1.      I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bathaee Dunne LLP, counsel for the Advertiser Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2.      This declaration is made in support of Advertiser Plaintiffs' Opposition to the Omnibus Motion to Seal Materials Submitted in Connection with Summary Judgment and *Daubert* Briefing in the Advertiser case ("Sealing Motion"), filed by Defendant Meta Platforms, Inc. ("Meta") on March 14, 2025 (Dkt. 909).

3.      The specific information Meta seeks to seal and the reason each should not be sealed ais identified in the tables below, with numbered rows for the Court's ease of reference.

4.      Beyond the individual recitations below, every item that Meta seeks to seal relates to its violation of the United States antitrust laws, including a monopolization campaign between December 2016 and December 2020 that injured the Advertiser Plaintiffs and a similarly-situated class of Meta Ads purchasers. There is a significant public interest in information relevant to Meta's violation of the United States antitrust laws, *see In re Google Play Store Antitrust Litig.*, 2021 WL 4305017, at *1 (N.D. Cal. Aug. 18, 2021)—which each of the below-cited items is.

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint** | | | |
| 1 | 874-1 | 18:8-9, between "quid pro-quo—were" and "and that he had 'no basis to believe that'" | Old – from 2018<br><br>Public:<br>https://techcrunch.com/2018/12/13/facebook-watch-is-finally-growing-as-payouts-get-spread-thin/ |
| 2 | 874-1 | 18:9, between "pulling back from its" and "investment in premium" | Old – from 2018<br><br>Public:<br>https://techcrunch.com/2018/12/13/facebook-watch-is-finally-growing-as-payouts-get-spread-thin/ |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 3 | 874-1 | 18:25, between "own analysis shows that the" and "allegedly at issue in this agreement" | Old – from 2018 |
| 4 | 874-1 | 19:28, between "claim accounted for just" and "of Meta's Class Period" | Old — from class period ending in December 2020 |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 1, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024** | | | |
| 5 | 874-2 | 874-2 26 ¶ 59, between "FAN accounts for" and "of Facebook's advertising Revenues" | Old — from class period ending in December 2020 |
| 6 | 874-2 | 38 ¶ 94, between "2013 presentation notes that the" and "was generated from local;" between "unsophisticated brands" and "developers and sophisticated brands;" between "developers and sophisticated brands" and "marketers requiring advanced features;" between "marketers requiring advanced features" and "local business;" and after "local business" | Old – from 2013 |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 5, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024** | | | |
| 7 | 874-6 | 289:7, between "irrational for Facebook to" and "in -- to make that decision" | Old – from 2018 |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 6, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024** | | | |
| 8 | 874-7 | 77 ¶ 151, between "others at Facebook, writing:" and "In the same e-mail, Ms. Chang advised that;" between "In the same e-mail, Ms. Chang advised that" and "Ms. | Old – from 2013 and 2014 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | Chang testified that;" and after "Zuckerberg on April 30, 2014" | |
| 9 | 874-7 | 79-80 ¶ 157, after "— expressly addresses" | Old – the effective date of the agreement being discussed was January 15, 2012 and it was later amended in July 2017 |
| 10 | 874-7 | 80 ¶ 158, after "Microsoft agreed as follows:" | Old – the effective date of the agreement being discussed is May 2012 |
| 11 | 874-7 | 80 ¶ 158 n.353, before "PALM-008914036-056" | Old – the effective date of the agreement being discussed is May 2012 |
| 12 | 874-7 | 81 ¶ 159, between "Microsoft agreed to" and "With this agreement in place" | Old – the effective date of the agreement being discussed is May 2012 |
| 13 | 874-7 | 82 ¶ 164 n.357, between "a January 28, 2015" and "(See PALM-007633377-379.)" | Old – the effective date of the agreement being discussed is in 2015 |
| 14 | 874-7 | 82-83 ¶ 165 n.358, between "following termination provision:" and "(*See* PALM-002014487-535" | Old – the effective date of the agreement being discussed is in 2015 |
| 15 | 874-7 | 84 ¶ 167 n.360, between "at 266" and "PALM-ADI-0001000836-837" | Old – the effective date of the agreement being discussed is in 2013 |
| 16 | 874-7 | 84-85 ¶ 169 n. 361, between "internal Facebook email describing" and "Bell, K. (January 25;" and after "PALM-FTC-00968368" | Old – from 2019<br><br>Public:<br>https://www.nytimes.com/2019/01/25/technology/facebook-instagram-whatsapp-messenger.html |
| 17 | 874-7 | 85-86 ¶ 170, between "Directors presentation noted that" and image of "2019 Product Strategy" | Old – from 2018 |
| 18 | 874-7 | 85-86 ¶ 170, image snip between "and social infrastructure." and "Source: PALM-FTC-00968366-404" | Old – from 2018 discussing 2019 strategy |
| 19 | 874-7 | 85-86 ¶ 170 n.364, after "*see* PALM-FTC-00967935), at 366" | Old – from 2018 |
| 20 | 874-7 | 87-88 ¶ 173, image between "MARCH 2019" and "Source: PALM- | Old – from 2019 |

3

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | 006189416-420" | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 10, Excerpts of Transcript of Deposition of Markus Jakobsson, held on Feb. 22, 2024** | | | |
| 21 | 874-11 | 239:15-18, between "he would like to get." and "These are things that" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Michael Williams, Exhibit 1, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024** | | | |
| 22 | 876-2 | 38 ¶ 94, between "2013 presentation notes that the" and "was generated from local;" between "unsophisticated brands" and "developers and sophisticated brands;" between "developers and sophisticated brands" and "marketers requiring advanced features;" between "marketers requiring advanced features" and "local business;" and after "local business" | Old – from 2013 |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Michael Williams, Exhibit 4, Excerpts of Transcript of Deposition of Scott Fasser, held on Sept. 7, 2023** | | | |
| 23 | 876-5 | 181:9, between "I only reviewed the" and "agreements." | Old – from 2018-2020<br><br>There is no compelling reason to seal the fact of an agreement between Facebook and these entities or that Plaintiffs' expert reviewed those agreements. |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 1, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024** | | | |
| 24 | 878-2 | 77 ¶ 151, between "others at Facebook, writing:" and "In the same e-mail, Ms. Chang | Old – from 2013 and 2014 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | advised that;" between "In the same e-mail, Ms. Chang advised that" and "Ms. Chang testified that;" and after "Zuckerberg on April 30, 2014" | |
| 25 | 878-2 | 79-80 ¶ 157, after "— expressly addresses" | Old – the effective date of the agreement being discussed was January 15, 2012 and it was later amended in July 2017 |
| 26 | 878-2 | 80 ¶ 158, after "Microsoft agreed as follows:" | Old – the effective date of the agreement being discussed is May 2012 |
| 27 | 878-2 | 80 ¶ 158 n.353, before "PALM-008914036-056" | Old – the effective date of the agreement being discussed is May 2012 |
| 28 | 878-2 | 81 ¶ 159, between "Microsoft agreed to" and "With this agreement in place" | Old – the effective date of the agreement being discussed is May 2012 |
| 29 | 878-2 | 82 ¶ 164 n.357, between "a January 28, 2015" and "(See PALM-007633377-379.)" | Old – the effective date of the agreement being discussed is in 2015 |
| 30 | 878-2 | 82-83 ¶ 165 n.358, between "following termination provision:" and "(*See* PALM-002014487-535" | Old – the effective date of the agreement being discussed is in 2015 |
| 31 | 878-2 | 84 ¶ 167 n.360, between "at 266" and "PALM-ADI-0001000836-837" | Old – the effective date of the agreement being discussed is in 2013 |
| 32 | 878-2 | 84-85 ¶ 169 n. 361, between "internal Facebook email describing" and "Bell, K. (January 25;" and after "PALM-FTC-00968368" | Old – from 2019<br><br>Public: https://www.nytimes.com/2019/01/25/technology/facebook-instagram-whatsapp-messenger.html |
| 33 | 878-2 | 85-86 ¶ 170, between "Directors presentation noted that" and image of "2019 Product Strategy" | Old – from 2018 |
| 34 | 878-2 | 85-86 ¶ 170, image snip between "and social infrastructure." and "Source: PALM-FTC-00968366-404" | Old – from 2018 discussing 2019 strategy |
| 35 | 878-2 | 85-86 ¶ 170 n.364, after "*see* PALM-FTC-00967935), at 366" | Old – from 2018 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 36 | 878-2 | 87-88 ¶ 173, image between "MARCH 2019" and "Source: PALM-006189416-420" | Old – from 2019 |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 2, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024** | | | |
| 37 | 878-3 | 289:7, between "irrational for Facebook to" and "in -- to make that decision" | Old – from 2018 |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 1, Excerpts of Expert Merits Report of Markus Jakobsson, Ph.D., dated Jan. 12, 2024** | | | |
| 38 | 880-2 | 20-21 ¶ 57, between "had developed a so-called" and "architecture in which Onovo-installed;" between "so that Onovo's" and "As a Facebook engineer explained;" and after "and Ken Rudin:" | Old – from 2017<br><br>Public: https://en.wikipedia.org/wiki/Man-in-the-middle_attack<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 39 | 880-2 | 22 ¶ 60, after "behavioral information such as" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 40 | 880-2 | 24 ¶ 68, between "specific in-app analytics—" and "—that he believed would" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 41 | 880-2 | 24-25 ¶ 68, image snip between "figure out how to do this" and "PX 2255 at PALM-016564836" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |

6

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 42 | 880-2 | 25-26 ¶ 70, between "URLs are unfortunately uninformative." and "That said—we are" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 43 | 880-2 | 35 ¶ 94, image between "companies' valuable analytics." and "PX 414 at 6" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 44 | 880-2 | 48 ¶ 125, image snip between ""a good job there." and "PX 1747 at PALM-017114236" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 45 | 880-2 | 50 ¶ 129, image snip between "Sending message" and "We used it to measure" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 46 | 880-2 | 52-53 ¶ 133, between "Amazon Ads metrics including" and "PX 2256 at PALM-012863801 (Jan. 2019 IAAP Technical Analysis)," encompassing image; and image between "PX 2256 at PALM-012863801 (Jan. 2019 IAAP Technical Analysis)" and "PX 1208 at PALM-014364032-33" | Old – from 2018-2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 47 | 880-2 | 53 ¶ 134, between "YouTube, including" and image beginning "YouTube what data is sent back;" and | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of |

7

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---------|----------|--------------------------------------------------------|-----------------------|
|  |  | image snip between "video_type (ad or content)" and "PX 2256 at PALM-012863800 (Jan. 2019 IAAP Technical Analysis)" | competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 48 | 880-2 | 54-55 ¶ 138, image between "PALM-016895582 at 5584-85" and "Id. at PALM-016895585" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 2, Excerpts of Rebuttal Expert Merits Report of Markus Jakobsson, Ph.D., dated Feb. 9, 2024 | | | |
| 49 | 880-3 | 23 ¶ 62 n.25, after "(Zuckerberg, Jun. 2016:" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 50 | 880-3 | 24 ¶ 63, between "You should figure out how to do this." and "This seems like an important" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 51 | 880-3 | 25-26 ¶ 66, between "unfortunately uninformative." and "That said—we are" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 52 | 880-3 | 27-28 ¶ 71, image after "this at enough detail . . . .'" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 53 | 880-3 | 33-34 ¶ 77, image after "of | Old – from 2017 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | IAAP-derived data" | There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 54 | 880-3 | 34-35 ¶ 78, after "Patel, and others, explained:" | Old – from 2017

There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 55 | 880-3 | 35-36 ¶ 79, between "propose that Facebook" and "The second option is;" and between "The second option is" and "by Naveh, Priell," | Old – from 2017

There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 56 | 880-3 | 36-37 ¶ 80, between "In particular, the first option—" and "—is something that no legitimate" | Old – from 2017

There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 57 | 880-3 | 37 ¶ 81, between "option—the one" and "by Erez Naveh;" and after "team recommends that Facebook" | Old – from 2017

There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 58 | 880-3 | 37 ¶ 82, between "I refer to" and "that Facebook's Erez Naveh;" between "'zero day' because a" and "that would allow a developer like Facebook to;" and between "that would allow a developer like Facebook to" and "to avoid certificate pinning" | Old – from 2017

There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 59 | 880-3 | 38 ¶ 84, between "Naveh and Priell" and "that if Snapchat implements;" and between "its analytics, Facebook" and ", all so that Facebook can continue" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 60 | 880-3 | 38 ¶ 85, between "their recommended option—" and "However, as a 'Con,' they recognize that;" and after ""However, as a 'Con,' they recognize that" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 61 | 880-3 | 38-39 ¶ 86, between "involv[ing]' in the" and "in their August 29" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 62 | 880-3 | 39-40 ¶ 87, between "Priell about 30 days prior:" and "The fact that Facebook would" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 63 | 880-3 | 40 ¶ 88, after "discussion that included the following:" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 64 | 880-3 | 41 ¶ 90, between "suspect acts, including" and "in order to continue Facebook's" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 65 | 880-3 | 48 ¶ 108, between "dollars to deploy it, and then" and | Old – from 2017 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | "when this bespoke technical" | There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 66 | 880-3 | 52 ¶ 115, between "the Snapchat app, including" and "—was, according to the" | Old – from the class period ending in 2020 \n\n There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 67 | 880-3 | 53 ¶ 117, image after "in the same document:" | Old – from 2017 \n\n There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 68 | 880-3 | 59-60 ¶ 139, between "recommended that Facebook" and "as a response to potential certificate" | Old – from 2017 \n\n There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| | | **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 3, Excerpts of Advertiser Plaintiffs' Responses and Objections to Meta Platforms, Inc.'s Fifth Set of Interrogatories to Advertiser Plaintiffs** | |
| 69 | 880-4 | 935:23, between "Role" and "acted as a lead" | Old – from 2017 \n\n There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| | | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson** | |
| 70 | 886-1 | 8:9-11, between "Jakobsson Reb. ¶¶ 57-120." and "Ex. 36. Dr. Jakobsson" | Old – from 2017 \n\n There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | | monopolist and potentially violates criminal wiretapping laws |
| 71 | 886-1 | 8:12-14, between "jury and the Court—" and ", during the Class Period" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 72 | 886-1 | 8:18-19, between "program leads recommended" and "to continue the" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 73 | 886-1 | 8:21, between "capabilities of Pegasus,'" and "*Id.* ¶¶ 86-91" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion to Exclude Testimony of Dr. Tilman Klumpp** | | | |
| 74 | 888-1 | 13:18-22, between "end-to-end encryption. ¶173." and "Id. As part of this" | Old – from 2019 |
| 75 | 888-1 | 14:2, between "succeeded in making" and "¶173. The finder-of-fact" | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment** | | | |
| 76 | 892-1 | 1:12, between "restricts Apple's" and "Ex. 10. And they will" | Old – the effective date of the agreement being discussed was January 15, 2012 and it was later amended in July 2017 |
| 77 | 892-1 | 2:10, between "expressly restricted Apple's" and "Ex. 10. The jury will" | Old – the effective date of the agreement being discussed was January 15, 2012 and it was later amended in July 2017 |
| 78 | 892-1 | 9:15-16, between "(limiting Apple's" and "Others, too, acknowledged" | Old – the effective date of the agreement being discussed was January 15, 2012 and it was later amended in July 2017 |
| 79 | 892-1 | 13:25-26 n.5, between "competitively important" | Old – from 2017 |

Declaration of Brian J. Dunne - Case No. 3:20-cv-08570-JD

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | and "Exs. 35, 36 at 8435-36, followed by" | There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 80 | 892-1 | 17:10-13, between "Apple was restricted from" and "Ex. 10 at 9817; *see* Ex. 40" | Old – the effective date of the agreement being discussed was January 15, 2012 and it was later amended in July 2017 |
| 81 | 892-1 | 20:16-17, between "delivered Oct. 2018, showing" and "budget reduction across;" between "content, with a" and "and an additional;" and between "and an additional" and "In 2018, Netflix increased" | Old – from 2018 |
| 82 | 892-1 | 20:18-19, between "Meta ad spend to a record" and ", Ex. 94 at 0031;" | Old – from 2018 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 1, Expert Merits Report of Michael A. Williams, dated Aug. 5, 2024** | | | |
| 83 | 892-3 | 13-14 ¶ 29 n.26, between "an internal email that Facebook" and "(PX 594). On December 3, 2019;" and between "Stephanie Wang wrote that" and "(PALM-016888726-727, at 727)" | Old – from 2018 and 2019 Public: https://www.facebook.com/business/news/good-questions-real-answers-how-does-facebook-use-machine-learning-to-deliver-ads https://transparency.meta.com/features/explaining-ranking/fb-marketplace/ https://generate.nextatlas.com/feed/online-platforms/instagrams-ai-shopping-evolving-e-commerce |
| 84 | 892-3 | 16 ¶ 34, after "The logs are then processed for:" | Old – from 2010 |
| 85 | 892-3 | 18-19 ¶ 40, between "Facebook's advertising strategy of" and "Mr. Jakubowski confirmed" | Old – from 2015 |
| 86 | 892-3 | 23-24 ¶ 53, after "a 2020 Facebook document states:" | Old – from 2020 |
| 87 | 892-3 | 38 ¶ 94, between "2013 | Old – from 2013 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | presentation notes that the" and "was generated from local;" between "unsophisticated brands" and "developers and sophisticated brands;" between "developers and sophisticated brands" and "marketers requiring advanced features;" between "marketers requiring advanced features" and "local business;" and after "local business" | |
| 88 | 892-3 | 26 ¶ 59, between "FAN accounts for" and "of Facebook's advertising revenues" | Old — from class period ending in December 2020 |
| 89 | 892-3 | 69 ¶ 186, between "the meeting brief states:" and "Similarly, in another email exchange" | Old – from 2015 |
| 90 | 892-3 | 69-70 ¶ 187, after "these business segments as:" | Old – from 2017 |
| 91 | 892-3 | 69-70 ¶ 187 n.263, between "customers into type," and "(PALM-008265252, pp. 86-89)" | Old – from 2017 |
| 92 | 892-3 | 71-72 ¶ 192, between "relevant ads by" and "This means that advertisers can" | Public: *See, e.g.,* https://blogs.cornell.edu/info2040/2021/11/03/vcg-and-how-it-has-revolutionized-facebooks-advertising/ <br><br> https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 93 | 892-3 | 72 ¶ 193, after "and under it," | Old – from 2011 <br><br> Public: *See, e.g.,* https://blogs.cornell.edu/info2040/2021/11/03/vcg-and-how-it-has-revolutionized-facebooks-advertising/ <br><br> https://www.tws-partners.com/2019/12/16/how- |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | | facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 94 | 892-3 | 72-73 ¶ 195, after "of bids is calculated by" | Old – from 2011<br><br>Public: *See, e.g.,* https://madgicx.com/blog/facebook-cpm |
| 95 | 892-3 | 73 ¶ 196, entire paragraph | Old – from 2012<br><br>Public: *See, e.g.,* https://madgicx.com/blog/facebook-cpm |
| 96 | 892-3 | 73 ¶ 197, entire paragraph | Old – from 2011<br><br>Public: *See, e.g.,* https://madgicx.com/blog/facebook-cpm |
| 97 | 892-3 | 73 ¶ 198, image between "EQUATION TO ASCERTAIN ROI" and "Source: PALM-010596417" | This is Advertisers' material which Advertisers are not seeking to seal it |
| 98 | 892-3 | 73 ¶ 198 n.274, between "it states that" and "(*See* PALM-007648629," | Public: *See, e.g.,* https://blogs.cornell.edu/info2040/2021/11/03/vcg-and-how-it-has-revolutionized-facebooks-advertising/<br><br>https://www.facebook.com/business/help/430291176997542?id=561906377587030<br><br>https://a.sfdcstatic.com/content/dam/www/ocms/assets/pdf/datasheets/sc_decode-thefacebook-auction.pdf |
| 99 | 892-3 | 75 ¶ 202, between "based on targeting" and "This strategy is depicted" | Old – from 2013<br><br>Public: *See, e.g.,* https://blogs.cornell.edu/info2040/2021/11/03/vcg-and-how-it-has-revolutionized-facebooks-advertising/<br><br>https://www.tws-partners.com/2019/12/16/how-facebook-ad-auctions-work-and-how-your-bidding-strategy-should-look/ |
| 100 | 892-3 | 75-77 ¶ 202, image between "REVENUE PER IMPRESSION" and "Source: PALM- | Old – from 2013 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | 005396091;" image between "FACEBOOK PRICING STRATEGY" and "Source: PALM-005396091;" and image between "DETERMINE TRUE VALUE" and "Source: PALM-005396091" | |
| 101 | 892-3 | 80-81 ¶ 207, image between "OVER TIME IN THE U.S." and "Source: PALM-014824975" | Old – from 2021 |
| 102 | 892-3 | 82-83 ¶ 210, after "It was found that" | Old – from 2014 |
| 103 | 892-3 | 82-83 ¶ 210 n.299, before "*See* PALM-006846145-154, at 147" | Old – from 2014 |
| 104 | 892-3 | 83 ¶ 211, between "prices, which was" and "Demand rose because advertisers were," and after "Demand rose because advertisers were" | Old – from 2013 |
| 105 | 892-3 | 83 ¶ 212, between "growth, stating that" and "The result was contrary;" between "increased prices, the business" and "Thus, the document concluded;" between "[t]his suggests that" and "Such drivers led to;" and after "a later 2018 document, since" | Old – from 2017 to 2018 |
| 106 | 892-3 | 85-86 ¶ 217, between "own data, more than" and of advertisers on Facebook;" between "purchases in no more than" and "of the available 138 months;" between "Figure 19, more than" and "of advertisers on Facebook;" and between "total ad spend of less than" and "in the entire data | Old – from 2022 at the latest |

Declaration of Brian J. Dunne - Case No. 3:20-cv-08570-JD

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | period" | |
| 107 | 892-3 | 85-86 ¶ 217, image between "THROUGH JUNE 2022" and "Source: Meta, 'RFP 78 Data,' PALM-017052724" | Old – from 2022 at the latest |
| 108 | 892-3 | 87 ¶ 217, image between "THROUGH JUNE 2022" and "*g. Specialized vendors*" | Old – from 2022 at the latest |
| 109 | 892-3 | 92-93 ¶ 235, image between "OVER TIME IN THE U.S." and "Source: PALM-014824975" | Old – from 2022 at the latest |
| 110 | 892-3 | 131 ¶ 312, between "social advertising were between" and "To calculate Facebook's revenue," and between "is expected to be at least" and "in the period 2017-2020" | Old – from 2017 and providing projections until 2020 |
| 111 | 892-3 | 131 ¶ 314, after "cap and explained that Facebook's" | Old – from 2019 |
| 112 | 892-3 | 152 ¶ 363 n.587, between "produced by Facebook, out of" and "advertisers that purchased ads;" between "in the Class Period, just" and "of those advertisers;" between "Facebook's stated goal was for the" and "As stated in a Facebook document;" and between "frequency ('RF')] is" and "PALM-015191749-754" | Old — from class period ending in December 2020 |
| 113 | 892-3 | 203 at TABLE A1, Row 11 of Column 1 (PALM-006480355), after "social advertising were between" | Old – from 2017 |
| 114 | 892-3 | 204 at TABLE A1, Row 17 of Column 1 (PALM-014096958-994), after "from February 2019 notes that" | Old – from 2019 |
| | | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for** | |

17

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
|  | | Summary Judgment, Exhibit 2, Expert Report of Michael A. Williams, Ph.D., May 24, 2024 | |
| 115 | 892-3 | 8 ¶ 17, between "which accounted for" and "of Facebook's ad revenue" | Old — from class period ending in December 2020 |
| 116 | 892-3 | 8 ¶ 17, between "ranging from" and "Projections suggested it;" and between "would remain above" and "from 2017-2020" | Old – from 2017 and providing projections until 2020 |
| 117 | 892-3 | 31 ¶ 66 n.64, between "Facebook, out of" and "advertisers that purchased;" between "the Class Period, just" and "of those advertisers;" between "Facebook's stated goal was for the" and "As stated in a Facebook document;" and between "margin on [reach and frequency ('RF')] is" and "PALM-015191749-754" | Old — from class period ending in December 2020 |
|  | | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 3, Expert Reply Report of Michael A. Williams, Ph.D., dated July 8, 2024 | |
| 118 | 892-3 | 8-9 ¶ 28 n.24, between "Meta was associated with" and "of the ad spend;" between "targeting is associated with over" and "of ad spend;" between "geographic targeting is associated with over" and "of ad spend;" and between "There is" and "ad spend associated only" | Old — from class period ending in December 2020 |
| 119 | 892-3 | 9 ¶ 30, between "age targeting was associated with over" and "of ad spend;" and between "geographic targeting was associated with over" and "of ad spend" | Old — from class period ending in December 2020 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 120 | 892-3 | 17-18 ¶ 48, image between "FACEBOOK'S COST AND CAPITAL" and "Source: PALM-014824975" | Old – from 2016 |
| 121 | 892-3 | 19 ¶ 50, between "in order to meet our financial goals," and "Plaintiffs have not alleged;" and between "evidence indicating) that Meta's" and "across-the-board cut" | Old – from 2018 |
| 122 | 892-3 | 19 ¶ 51, between "e-mailed Fidji Simo, cutting nearly" and "from Watch's budget for;" and between "programming, while adding" and "towards creators and gaming" | Old – from 2018 |
| 123 | 892-3 | 23 ¶ 51 n.53, between "we suggested considering cutting" and "from originals + sports;" and between "next year and adding" and "towards creators and gaming" | Old – from 2018 |
| 124 | 892-3 | 34 ¶ 90 n.99, between "FAN ads accounted for" and "of Facebook's ad revenue" | Old — from class period ending in December 2020 |
| 125 | 892-3 | 44-45 ¶ 114, image between "CTR INDEX FOR META ADS" and "Source: PALM-014347024" | Old – from 2022 at the latest |
| 126 | 892-3 | 55 ¶ 142, between "Class Period is nearly" and ". In addition;" between ". In addition" and "of advertisers purchased at least;" between "of advertisers purchased at least" and "Facebook impressions in;" between "chance that an advertiser that purchased" and | Old — from class period ending in December 2020 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | "Facebook impressions purchased;" between "by the alleged conduct is over" and ". That is, at least;" between ". That is, at least" and "of advertisers have a more than;" and between "of advertisers have a more than" and "chance of being injured" | |
| 127 | 892-3 | 60 ¶ 154, between "points out that Meta budgeted" and "in 2018 for ad coupons;" between "investigation reveals that only" and "was earmarked;" between "Parties' while" and "was alloated to;" and between "members were less than" and "of Meta's advertising revenue" | Old – from 2018 |
| 128 | 892-3 | 60 ¶ 155, between "buying reached as high as" and "during the class period;" between "by Facebook, out of" and "advertisers that purchased ads;" and between "in the Class Period, just" and "of those advertisers only" | Old — from class period ending in December 2020 |
| 129 | 892-3 | 60 ¶ 155 n.191, between "just stick with staying at" and "of total ad revenue" | Old – from 2015 |
| 130 | 892-3 | 61 ¶ 157, between "Facebook's stated goal is" and "Indeed some advertisers use" | Old – from 2018 |
| 131 | 892-3 | 61 ¶ 157 n.195, between "[reach and frequency ('RF')] is" and "PALM-015191749-754" | Old — from class period ending in December 2020 |
| 132 | 892-3 | 72-75 at Appendix II, all images between "SUPPLEMENTAL | Old – from 2022 at the latest |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | TABLES AND FIGURES" and "Source: Tucker Report" | |
|  | Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 4, Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024 | | |
| 133 | 892-5 | 17-18 ¶ 42, between "In a January 2018" and "In late 2018" | Old – from 2018 |
| 134 | 892-5 | 17-18 ¶ 42, after "In a 2018 self-review," | Old – from 2018 |
| 135 | 892-5 | 41-42 ¶ 87, between "EBDA. And:" and "On June 18 2018" | Old – from 2017 |
| 136 | 892-5 | 48-49 ¶ 103 n.178, between "Dec. 6, 2016 presentation identifying" and "PALM-005452186-195;" between "Nov. 27, 2017 emails:" and "PALM-005487488-495;" and after "May 25, 2018 Zuckerberg email:" | Old – from 2016 to 2018 |
| 137 | 892-5 | 49-50 ¶ 105 n.183, between "Dec. 6, 2016 presentation identifying" and "PALM-005452186-195;" and after "Nov. 27, 2017 emails:" | Old – from 2016 to 2018 |
| 138 | 892-5 | 59-60 ¶ 119, between "Facebook planned to spend nearly" and "in the first part-year;" and after "competitive analysis concluded that" | Old – from 2017 |
| 139 | 892-5 | 60-61 ¶ 120 n.239, after "PALM-003130978" | Old – from 2018 |
| 140 | 892-5 | 61-62 ¶ 122, between "Mr. Hastings explained that" and "The same notes advised" | Old – from 2019 |
| 141 | 892-5 | 73 ¶ 142, after "Microsoft informed Facebook that" | Old – from 2013 |
| 142 | 892-5 | 73-74 ¶ 143, after "Mr. Vernal agreed, e-mailing:" | Old – from 2013 |
| 143 | 892-5 | 74 ¶ 144, after "Mr. Daniels | Old – from 2013 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | confirmed that" | |
| 144 | 892-5 | 74 ¶ 145, between "Facebook that Microsoft wanted" and ", and that a user's Facebppk;" between "at Facebook that it was" and "Ms. White replied later;" and after "the same e-mail chain that" | Old – from 2013 |
| 145 | 892-5 | 76-77 ¶ 151, between "Facebook executives" and "For example, on July 9;" between "others at Facebook, writing:" and "In the same e-mail, Ms. Chang advised that;" between "In the same e-mail, Ms. Chang advised that" and "Ms. Chang testified that;" and after "Zuckerberg on April 30, 2014" | Old – from 2013 and 2014 |
| 146 | 892-5 | 79-80 ¶ 157, after "— expressly addresses" | Old – the effective date of the agreement being discussed was January 15, 2012 and it was later amended in July 2017 |
| 147 | 892-5 | 80 ¶ 158, after "Microsoft agreed as follows:" | Old – the effective date of the agreement being discussed is May 2012 |
| 148 | 892-5 | 80 ¶ 158 n.353, before "PALM-008914036-056" | Old – the effective date of the agreement being discussed is May 2012 |
| 149 | 892-5 | 81 ¶ 159, between "Microsoft agreed to" and "With this agreement in place" | Old – the effective date of the agreement being discussed is May 2012 |
| 150 | 892-5 | 82 ¶ 164 n.357, between "a January 28, 2015" and "(See PALM-007633377-379.)" | Old – the effective date of the agreement being discussed is in 2015 |
| 151 | 892-5 | 82-83 ¶ 165 n.358, between "following termination provision:" and "(See PALM-002014487-535" | Old – the effective date of the agreement being discussed is in 2015 |
| 152 | 892-5 | 84 ¶ 167 n.360, between "at 266" and "PALM-ADI-0001000836-837" | Old – the effective date of the agreement being discussed is in 2013 |
| 153 | 892-5 | 84-85 ¶ 169 n. 361, between "internal Facebook email | Old – from 2019 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | describing" and "Bell, K. (January 25;" and after "PALM-FTC-00968368" | Public: https://www.nytimes.com/2019/01/25/technology/facebook-instagram-whatsapp-messenger.html |
| 154 | 892-5 | 85-86 ¶ 170, between "Directors presentation noted that" and image of "2019 Product Strategy" | Old – from 2018 |
| 155 | 892-5 | 85-86 ¶ 170, image snip between "and social infrastructure." and "Source: PALM-FTC-00968366-404" | Old – from 2018 discussing 2019 strategy |
| 156 | 892-5 | 85-86 ¶ 170 n.364, after "*see* PALM-FTC-00967935), at 366" | Old – from 2018 |
| 157 | 892-5 | 87-88 ¶ 173, image between "MARCH 2019" and "Source: PALM-006189416-420" | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 5, Expert Rebuttal Report of Tilman Klumpp, Ph.D., Feb. 9, 2024** | | | |
| 158 | 892-5 | 31-32 ¶ 76, between "own internal documents recognize that" and "It is also true that, in economics" | Old – from 2016 and 2017 |
| 159 | 892-5 | 31-32 ¶ 76 n.79, between "'CRD update' presentation stating" and "PALM-005484912 at 921" | Old – from 2016 |
| 160 | 892-5 | 49 ¶ 119, between "Stories ads increased from" and "in 2017 to;" between "in 2017 to" and "in 2020' and that;" between "Stories ads increased from" and "in 2017 to;" and between "in 2017 to" and "in 2020.' He then" | Old – from 2017 to 2020 |
| 161 | 892-5 | 50 ¶ 122, between "indicates that Facebook was" and "during the Class Period" | Old – from 2016 and 2018 |
| 162 | 892-5 | 50 ¶ 122 n.143, between | Old – from 2016 and 2018 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | "PALM-010815939 at 940" and "PALM-002996507 at slide 20;" and after "PALM-002996507 at slide 20" | |
| 163 | 892-5 | 50-51 ¶ 123, between "CPM for these advertisers and ads" and "Dr. Tadelis' Exhibit 4 does" | Old – from 2018 |
| 164 | 892-5 | 71 ¶ 170, between "Meta AN contributed" and "of Facebook's total ad inventory" | Old – from before 2018 |
| 165 | 892-5 | 71-72 ¶ 171, between "fluctuated between approximately" and "(roughly consistent with the figure;" between "continued to fall, reaching" and "of Facebook's total impressions;" and image between "TOTAL FACEBOOK AD IMPRESSIONS" and "Source: PALM-017138970" | Old – from 2022 at the latest |
| 166 | 892-5 | 72-73 ¶ 172, between "it still fell from approximately" and "in the months leading up;" between "to the GNBA to about" and "in the months after;" and image between "TOTAL FACEBOOK AD REVENUE" and "Source: PALM-017138970" | Old – from 2022 at the latest |
| 167 | 892-5 | 73-74 ¶ 173, between "this share was below" and "while it had not been;" between "while it had not been" and "in at any time within;" and between "TOTAL FACEBOOK AD CLICKS" and "Source: PALM-017138970" | Old – from 2022 at the latest |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 168 | 892-5 | 81 ¶ 189 n.258, after "PALM-016717997 (5/24/2018)" | Old – from 2018 |
| 169 | 892-5 | 81-82 ¶ 190, between "Facebook would have needed" and "Google's documents further indicate" | Old – last edited in 2019 |
| 170 | 892-5 | 81-82 ¶ 190 n.262, between "See PALM-015703568 at 71-72" and "Emphasis in original" | Old – last edited in 2019 |
| 171 | 892-5 | 87-88 ¶ 202, after "June 14, 2018 Facebook document" | Old – from 2018 |
| 172 | 892-5 | 88 ¶ 204, after "tax on transactions—in fact," | Old – from 2018 |
| 173 | 892-5 | 91 ¶ 210, between "eventually signing the GNBA," and "With the GNBA" | Old – from 2016 |
| 174 | 892-5 | 93-94 ¶ 215, between "Facebook's internal documents make clear" and "Third, when Facebook signed" | Old – from 2019 |
| 175 | 892-5 | 93-94 ¶ 215 n.301, between "PALM-013771480 (4/15/2019)" and "emphasis added); PALM-013541405;" and after "emphasis added); PALM-013541405" | Old – from 2019 |
| 176 | 892-5 | 96 ¶ 220, after "strategy at the time) reply as follows:" | Old – from 2018 |
| 177 | 892-5 | 96 ¶ 221, between "quote provided by Dr. Tadelis:" and "Ms. Simo further explains that;" and after "Ms. Simo further explains that" | Old – from 2018 |
| 178 | 892-5 | 96 ¶ 221 n.314, between "PALM-005950959-966 at 963" and "See also" | Old – from 2018 |
| 179 | 892-5 | 97 ¶ 222, between "*less likely for Facebook to*" and | Old – from 2018 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | "I interpret Ms. Simo's response" | |
| 180 | 892-5 | 97 ¶ 223, between "Sandberg, stating that" and "Dr. Tadelis puts forth no" | Old – from 2018 |
| 181 | 892-5 | 98 ¶ 225, after "that's where the demand was," | Old – from 2018 |
| 182 | 892-5 | 98 ¶ 226, after "belying Mr. Edie's claim that" | Old – from 2018 |
| 183 | 892-5 | 98-99 ¶ 227, after "This belies Mr. Eide's claim that" | Old – from 2018 |
| 184 | 892-5 | 99 ¶ 229, between "reduce the budget for original content and" and "improved user engagement;" and between "document suggesting that such" and "Moreover, as discussed in Section III" | Old – from 2018 |
| 185 | 892-5 | 110 ¶ 254, between "to 2017 represents only" and "of 2017 ad spend;" and between "2018 represents only" and "of 2018 ad spend on" | Old – from 2016 to 2018 |
| 186 | 892-5 | 110 ¶ 255, between "data and calculations, the" and "figures he discusses are based on a;" between "figures he discusses are based on a" and "increase in Netflix ad spend;" between "from 2016 to 2017 and a" and "increase in Netflix ad spend;" between "Facebook in 2017 and 2018—" and "respectively—shows;" between "Netflix's ad spend accounted for" and "of the total spend on ad venues;" between "market in 2017, and for" and "in 2018. Moreover, if the;" between | Old – from 2016 to 2018 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | "in 2018. Moreover, if the" and "Netflix spent on advertising;" and between "would have amounted to between" and "of revenue increase" | |
| 187 | 892-5 | 116-17 ¶ 270, between "A January 28, 2015" and "All of these features would" | Old – from 2015 |
| 188 | 892-5 | 128 ¶ 303, between "injected by F3 for CTR_MBL_FEED" and "Dr. Tadelis cites a second;" between "which explains that" and "I do not know if ;" between "I do not know if" and "whether 'features backfilled;" between "most features of F3, or what" and "refers to;" between "as measured by Meta's" and "they only support a finding of a;" between "they only support a finding of a" and "and only for;" and after "and only for" | Old – from 2018 |
| 189 | 892-5 | 129 ¶ 306 n.431, after "removing duplicative features'," | Old – from 2018 |
| 190 | 892-5 | 135-36 ¶ 319 n.450, after "*See* PALM-FTC-00967935), at 366" | Old – from 2018 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---------|----------|--------------------------------------------------------|------------------------|
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 6, Expert Merits Report of Markus Jakobsson, Ph.D., dated Jan. 12, 2024 ||||
| 191 | 892-7 | 20-21 ¶ 57, between "had developed a socalled" and "architecture in which Onavo-installed;" between "so that Onavo's" and "As a Facebook engineer explained;" and after "and Ken Rudin:" | Old – from 2017<br><br>Public: https://en.wikipedia.org/wiki/Man-in-the-middle_attack<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 192 | 892-7 | 22 ¶ 60, after "behavioral information such as" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 193 | 892-7 | 24 ¶ 68, between "specific in-app analytics—" and "—that he believed would" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 194 | 892-7 | 24-25 ¶ 68, image snip between "figure out how to do this" and "PX 2255 at PALM-016564836" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 195 | 892-7 | 25-26 ¶ 70, between "URLs are unfortunately uninformative." and "That said—we are" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 196 | 892-7 | 35 ¶ 94, image between "companies' valuable analytics." and "PX 414 at 6" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | | competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 197 | 892-7 | 48 ¶ 125, image snip between ""a good job there." and "PX 1747 at PALM-017114236" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 198 | 892-7 | 50 ¶ 129, image snip between "Sending message" and "We used it to measure" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 199 | 892-7 | 52-53 ¶ 133, between "Amazon Ads metrics including" and "PX 2256 at PALM-012863801 (Jan. 2019 IAAP Technical Analysis)," encompassing image; and image between "PX 2256 at PALM-012863801 (Jan. 2019 IAAP Technical Analysis)" and "PX 1208 at PALM-014364032-33" | Old – from 2018 and 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 200 | 892-7 | 53 ¶ 134, between "YouTube, including" and image beginning "YouTube what data is sent back;" and image snip between "video_type (ad or content)" and "PX 2256 at PALM-012863800 (Jan. 2019 IAAP Technical Analysis)" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 201 | 892-7 | 54-55 ¶ 138, image between "PALM-016895582 at 5584-85" and "Id. at PALM-016895585" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---------|----------|--------------------------------------------------------|----------------------|
|  |  |  | wiretapping laws |

**Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 7, Rebuttal Expert Merits Report of Markus Jakobsson, Ph.D., Feb. 9, 2024**

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---------|----------|--------------------------------------------------------|----------------------|
| 202 | 892-7 | 23 ¶ 62 n.25, after "(Zuckerberg, Jun. 2016:)" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 203 | 892-7 | 24 ¶ 63, between "You should figure out how to do this." and "This seems like an important" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 204 | 892-7 | 25-26 ¶ 66, between "unfortunately uninformative." and "That said—we are" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 205 | 892-7 | 27-28 ¶ 71, image after "this at enough detail . . . .'" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 206 | 892-7 | 33-34 ¶ 77, image after "of IAAP-derived data" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 207 | 892-7 | 34-35 ¶ 78, after "Patel, and others, explained:" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 208 | 892-7 | 35-36 ¶ 79, between "propose that Facebook" and "The second option is;" | Old – from 2017 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | and between "The second option is" and "by Naveh, Priell," | There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 209 | 892-7 | 36-37 ¶ 80, between "In particular, the first option—" and "—is something that no legitimate" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 210 | 892-7 | 37 ¶ 81, between "option—the one" and "by Erez Naveh;" and after "team recommends that Facebook" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 211 | 892-7 | 37 ¶ 82, between "I refer to" and "that Facebook's Erez Naveh;" between "'zero day' because a" and "that would allow a developer like Facebook to;" and between "that would allow a developer like Facebook to" and "to avoid certificate pinning" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 212 | 892-7 | 38 ¶ 84, between "Naveh and Priell" and "that if Snapchat implements;" and between "its analytics, Facebook" and ", all so that Facebook can continue" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 213 | 892-7 | 38 ¶ 85, between "their recommended option—" and "However, as a 'Con,' they recognize that;" and after ""However, as a 'Con,' they recognize that" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 214 | 892-7 | 38-39 ¶ 86, between "involv[ing]' in the" and "in their August 29" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | | monopolist and potentially violates criminal wiretapping laws |
| 215 | 892-7 | 39-40 ¶ 87, between "Priell about 30 days prior:" and "The fact that Facebook would" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 216 | 892-7 | 40 ¶ 88, after "discussion that included the following:" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 217 | 892-7 | 41 ¶ 90, between "suspect acts, including" and "in order to continue Facebook's" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 218 | 892-7 | 48 ¶ 108, between "dollars to deploy it, and then" and "when this bespoke technical" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 219 | 892-7 | 52 ¶ 115, between "the Snapchat app, including" and "—was, according to the" | Old – from the class period ending in 2020<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 220 | 892-7 | 53 ¶ 117, image after "in the same document:" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 221 | 892-7 | 59-60 ¶ 139, between "recommended that Facebook" and "as a response to potential certificate" | Old – from 2017<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | | monopolist and potentially violates criminal wiretapping laws |
|  | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 10** |
| 222 | 892-9 | Entire document | Old – the effective date of the agreement is 2012 |
|  | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 11** |
| 223 | 892-9 | Entire document | Old – from 2019 |
|  | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 13, PX-2857 Priell Deposition** |
| 224 | 892-9 | Entire document | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
|  | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 14, PX-414 Olivan Deposition** |
| 225 | 892-9 | PALM-010629831-832, content of "Friday, July 22, 2016 8:33 AM" email below subject line "A/C Priv - Onavo Research Taskforce Status Update" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 226 | 892-9 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| 227 | 892-9 | 1-6, entire slides with notes following "Document produced only in native format." | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
|  | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 15, PX-2256 Zuckerberg Deposition** |
| 228 | 892-9 | PALM-012863800 between "everything we collected is still there" and "Per App/Dataset Info" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 229 | 892-9 | PALM-012863800 between "video_type (ad or content)" and "Snapchat" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | | monopolist and potentially violates criminal wiretapping laws |
| 230 | 892-9 | PALM-012863801 before "We used it to measure" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 231 | 892-9 | PALM-012863801 between "raw form by MS team and others" and "Summary of types of analyses conducted" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 232 | 892-9 | PALM-012863802-823, everything after "Appendix: VPNLess - VPNLess.key Contact Support" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 16** | | | |
| 233 | 892-9 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 18, PX-2255 Zuckerberg Deposition** | | | |
| 234 | 892-9 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 19, PX-2984 Zervas Deposition** | | | |
| 235 | 892-9 | Entire document | Old – from 2017 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 20, PX-2861 Priell Deposition** | | | |
| 236 | 892-9 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 21** | | | |
| 237 | 892-10 | Entire document | Old – from 2017 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 24, PX-557 Schultz Deposition** | | | |
| 238 | 892-10 | PALM-014640333-338, between "DAVOS - GOVERNMENT | Old – from 2016 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | MEETINGS" and "Other Meetings" | |
|  | | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 26** | |
| 239 | 892-10 | Entire document | Old – from 2018, goals for 2020 |
| | | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 28** | |
| 240 | 892-10 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| | | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 29, PX-116 Parikh Deposition** | |
| 241 | 892-10 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| 242 | 892-10 | PALM-012927516, between "Pedro Canahuati (1/30/2019 11:38:19 PST):" and "Pedro Canahuati (1/30/2019 11:38:32 PST);" between "Pedro Canahuati (1/30/2019 11:38:32 PST):" and "Jay Parikh (1/30/2019 11:39:13 PST);" and between "Pedro Canahuati (1/30/2019 11:39:15 PST):" and "Jay Parikh (1/30/2019 11:39:30 PST):" | Old – from 2019 |
| 243 | 892-10 | PALM-012927516, between "Jay Parikh (1/30/2019 11:39:40 PST):" and "Jay Parikh (1/30/2019 11:40:18 PST):" | Old – from 2019 |
| | | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 32, PX-2215 Naveh Deposition** | |
| 244 | 892-10 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| | | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 34 PX-1747 Wei Deposition** | |
| 245 | 892-10 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| | | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 36** | |
| 246 | 892-10 | Entire document | Old – from 2017 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 40** | | | |
| 247 | 892-10 | Entire document | Old – the effective date of the agreement is in 2017 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 41** | | | |
| 248 | 892-11 | Entire document | Old – the effective date of the agreement is in 2015 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 42** | | | |
| 249 | 892-11 | Entire document | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 43** | | | |
| 250 | 892-11 | Entire document | Old – from 2018 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 44** | | | |
| 251 | 892-11 | Entire document | Old – the effective date of the agreement is in 2013 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 45** | | | |
| 252 | 892-11 | Entire document | Old – the effective date of the agreement is in 2014 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 46** | | | |
| 253 | 892-11 | Entire document | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 47** | | | |
| 254 | 892-11 | Entire document | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 48** | | | |
| 255 | 892-11 | Entire document | Old – from 2018 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 49** | | | |
| 256 | 892-11 | Entire document | Old – from 2015 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 50** | | | |
| 257 | 892-11 | Entire document | Old – the effective date of the agreement is in 2016 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 51** | | | |
| 258 | 892-11 | Entire document | Old – the effective date of the agreement is in 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 52** | | | |
| 259 | 892-11 | Entire document | Old – the effective date of the agreement is in 2016 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 53** | | | |

Declaration of Brian J. Dunne - Case No. 3:20-cv-08570-JD

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 260 | 892-11 | Entire document | Old – the effective date of the agreement is in 2018 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 54 | | | |
| 261 | 892-11 | Entire document | Old – the effective date of the agreement is in 2019 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 55 | | | |
| 262 | 892-11 | Entire document | Old – the effective date of the agreement is in 2019 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 56 | | | |
| 263 | 892-11 | Entire document | Old – the effective date of the agreement is in 2017 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 57 | | | |
| 264 | 892-11 | Entire document | Old – the effective date of the agreement is in 2015 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 58 | | | |
| 265 | 892-11 | Entire document | Old – the effective date of the agreement is in 2015 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 59 | | | |
| 266 | 892-11 | Entire document | Old – the effective date of the agreement is in 2013 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 61 PX-1322 Chang Deposition | | | |
| 267 | 892-12 | Entire document | Old – from 2017 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 63 | | | |
| 268 | 892-12 | PALM-012438856-858, between "Section 2: The Standard Terms of the Company's Agreements or licenses with Application Developers" and "Section 3: Integration Partnerships" | No proprietary and confidential business information and contains necessary background for any member of the public seeking to read and understand the Court's orders. |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 64 | | | |
| 269 | 892-12 | Entire document | Old – from 2013 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 65 | | | |
| 270 | 892-12 | Entire document | Old – from 2015 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 67 | | | |
| 271 | 892-12 | Entire document | Old – from 2017 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 68 | | | |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| 272 | 892-12 | Entire document | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 70 PX-1295 Jakubowski Deposition** | | | |
| 273 | 892-12 | Entire document | Old – from 2017 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 71** | | | |
| 274 | 892-12 | Entire document | Old – from 2017 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 72, PX-1711 Crum Deposition** | | | |
| 275 | 892-12 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 73, PX-1712 Crum Deposition** | | | |
| 276 | 892-12 | Entire document | Old – from 2017 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 74, PX-1922 Sandberg Deposition** | | | |
| 277 | 892-12 | Entire document | Old – from 2018 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 75, PX-1921 Sandberg Deposition** | | | |
| 278 | 892-12 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| 279 | 892-12 | PALM-006209593, between "We've negotiated a partnership with" and "We're nearly ready to sign;" and between "Here's a high-level summary" and "-Dan" of "March 16, 2018 12:34 PM" email | Old – from 2018 |
| 280 | 892-12 | PALM-006209594, between "Today" and "AN is sub scale because it;" and between "Future" and "How do we sclae to achieve goal" of "February 27, 2018 at 4:33 AM" email | Old – from 2018 |
| 281 | 892-12 | PALM-006209594, between "(and get our fair share of publisher ecosystem)" and "of the $52B publisher ecosystem" of "February 27, 2018 at 4:33 AM" email | Old – from 2018 |
| 282 | 892-12 | PALM-006209595, between "Criteo and MediaNet | Old – from 2018, projections for 2020 |

Declaration of Brian J. Dunne - Case No. 3:20-cv-08570-JD

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | would be launch partners." and "What happens if we don't follow recommendation to partner with ad tech" of "February 27, 2018 at 4:33 AM" email | |
| 283 | 892-12 | PALM-006209595-596, between "tax at the end of the first term (3.5 yrs)" and "Partners renege on their contractual obligations;" between "training data for their ad systems." and "Optics of partnering with Google in market;" between "Optics of partnering with Google in market" and "Contracted payments to Google;" and between "Contracted payments to Google" and "From: Henry Erskine Crum" of "February 27, 2018 at 4:33 AM" email | Old – from 2018 |
| 284 | 892-12 | PALM-006209596-597, between "(where the market is growing)," and "of the $52B publisher ecosystem;" and between "and the monetary investment required for (2)." and "Thanks! -- Henry" of "February 26, 2018 at 23:42" email | Old – from 2018 |
| 285 | 892-12 | PALM-006209600-613, entire slides | Old – from 2018 |
| Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 81 | | | |
| 286 | 892-13 | PALM-011831167-168 ¶ 6, after "Re-Authorization of Equity Subcommittee Delegation" | Old – from 2016 |
| 287 | 892-13 | PALM-011831168-169 ¶ 7, after "Equity Pool Evergreen Increase" | Old – from 2016 |
| 288 | 892-13 | PALM-011831171 at | Old – from 2016 |

Declaration of Brian J. Dunne - Case No. 3:20-cv-08570-JD

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | Exhibit A, after "Approved Expenditures" | |
| 289 | 892-13 | PALM-011831190, row 4 of column 5 (Reed Hastings), below "Netflix" | Old – from 2016 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 83** | | | |
| 290 | 892-13 | PALM-016986654-655, between "here's what they want from us," and "Susan" of "February 18, 2015 at 7:04 PM" email | Old – from 2015 |
| 291 | 892-13 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 92** | | | |
| 292 | 892-13 | Entire document | Old – from 2018 regarding 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 93** | | | |
| 293 | 892-13 | Entire document | Old – from 2018 regarding 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 94** | | | |
| 294 | 892-13 | Entire document | Old – from 2016 to 2018 regarding 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 95, PX-412 Olivan Deposition** | | | |
| 295 | 892-13 | Email addresses of Meta employees as highlighted in exhibit | Unopposed |
| 296 | 892-13 | PALM-014546138, between "we learned of two key blockers:" and "We believe that the majority of" of "January 30, 2019 at 10:10 PM" email | Old – from 2019 |
| 297 | 892-13 | PALM-014546139, between "From my side, I think the main issues are:" and "In terms of performance" of "January 30, 2019 at 1:37 PM" email | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 96, PX-1926 Sandberg Deposition** | | | |
| 298 | 892-13 | Entire document | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 97** | | | |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---------|----------|--------------------------------------------------------|------------------------|
| 299 | 892-12 | Entire document | Old – from 2017 to 2018 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 99** | | | |
| 300 | 892-13 | Entire document | Old – from 2019 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 100, PX-119 Parikh Deposition** | | | |
| 301 | 892-13 | Entire document | Old – from 2020 |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 105** | | | |
| 302 | 892-14 | 2, between "specific in-app analytics—" and "—that he believed it would be" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 303 | 892-14 | 3, image snip between "You should figure out how to do this" and "PALM-016564836" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 304 | 892-14 | 3, image snip between "This is really important" and "/ or let us install a really heavy" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 305 | 892-14 | 6, image snip between "specialized tools (like Wireshark)" and "PX 414 at 1" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 306 | 892-14 | 7, image between "companies' valuable analytics. *Id.*" and "PX 414 at 6" | Old – from 2016<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 307 | 892-14 | 11, left image snip between "Sending message" and "We used it to measure" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | | monopolist and potentially violates criminal wiretapping laws |
| 308 | 892-14 | 11, right image snip between "video_type (ad or content)" and "PX 1205 at 2-3 (Snapchat); id. at 2 (YouTube)" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 309 | 892-14 | 11, image between "PX 1205 at 2-3 (Snapchat); id. at 2 (YouTube)" and "PX 1205 at 3" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| 310 | 892-14 | 14, image above "Id. at 3" | Old – from 2019<br><br>There is a significant public interest in this conduct, which involves direct targeting of competition through illegitimate means by a monopolist and potentially violates criminal wiretapping laws |
| **Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 3, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024** | | | |
| 311 | 901-2 | 77 ¶ 151, between "others at Facebook, writing:" and "In the same e-mail, Ms. Chang advised that;" between "In the same e-mail, Ms. Chang advised that" and "Ms. Chang testified that;" and after "Zuckerberg on April 30, 2014" | Old – from 2013 and 2014 |
| 312 | 901-2 | 84 ¶ 167 n.360, between "at 266" and "PALM-ADI-0001000836-837" | Old – the effective date of the agreement is in 2013 |
| **Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 4, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024** | | | |
| 313 | 901-3 | 289:7, between "irrational for Facebook to" and "in -- to make that decision" | Old – from 2018 |
| **Defendant Meta Platforms, Inc.'s Reply in Support of Motion for Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 12, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024** | | | |
| 314 | 903-2 | 92-93 ¶ 235, image between | Old – from 2021 |

| Row No. | Dkt. No. | Portion of Document Sought to Be Sealed, If Applicable | Basis for Not Sealing |
|---|---|---|---|
| | | "OVER TIME IN THE U.S." and "Source: PALM-014824975" | |
| **Defendant Meta Platforms, Inc.'s Reply in Support of Motion for Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 15, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024** | | | |
| 315 | 903-5 | 277:16-18, between "Microsoft agreement that says that" and " Well, there is -- so this" | Old – the effective date of the agreement is in 2012 |
| 316 | 903-5 | 289:7, between "irrational for Facebook to" and "in -- to make that decision" | Old – from 2018 |

     I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2025, in Austin, Texas.

                          */s/ Brian J. Dunne*
                          Brian J. Dunne