**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
Priscilla Ghiță (*pro hac vice*)
pghita@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson (CA 328596)
awatson@bathaeedunne.com
3420 Bristol St, Ste 600
Costa Mesa, CA 92626-7133

*Interim Co-Lead Counsel for the
Advertiser Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (*pro hac vice*)
alawrence@scott-scott.com
Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Patrick J. Coughlin (CA 111070)
pcoughlin@scott-scott.com
Carmen A. Medici (CA 248417)
cmedici@scott-scott.com
Hal D. Cunningham (CA 243048)
hcunningham@scott-scott.com
Daniel J. Brockwell (CA 335983)
dbrockwell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAXIMILIAN KLEIN, et al.,

      Plaintiffs,

      v.

META PLATFORMS, INC.,

      Defendant.

Case No. 3:20-cv-08570-JD

Hon. James Donato

**[PROPOSED] ORDER REGARDING OMNIBUS MOTION TO SEAL MATERIALS SUBMITTED IN CONNECTION WITH SUMMARY JUDGMENT AND *DAUBERT* BRIEFING IN THE ADVERTISER CASE**

The Court having considered Meta Platforms, Inc.'s ("Meta") Omnibus Motion to Seal Materials Submitted in Connection with Summary Judgment and *Daubert* Briefing in the Advertiser Case, and materials submitted in support and in opposition thereto,

**IT IS HEREBY ORDERED:**

Meta's requests to seal the following portions of Meta's Motion for Summary Judgment and all relevant exhibits (Dkt. No. 874), Advertiser Plaintiffs' ("Advertisers") Opposition to Meta's Motion for Summary Judgement and all relevant exhibits (Dkt. No. 892), Meta's Reply In Support of Motion for Summary Judgment and all relevant exhibits (Dkt. 903), Meta's Motions to Exclude Testimony and Opinions of Michael Williams, Tilman Klumpp, and Markus Jakobsson and all relevant exhibits (Dkt. Nos. 876, 878, and 880, respectively), Advertisers' Oppositions to Meta's Motions to Exclude Testimony and Opinions of Michael Williams, Tilman Klumpp, and Markus Jakobsson (Dkt. Nos. 890, 888, 886, respectively), and Meta's Replies in Support of Motions to Exclude Testimony and Opinions of Michael Williams, Tilman Klumpp, and Markus Jakobsson and all relevant exhibits (Dkt. Nos. 897, 901, and 899, respectively) are **DENIED**, and such portions may not be filed under seal unless otherwise indicated as follows:

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint |
| 874-1 | Ex. B1 | 17:20-21, between "in the premium video streaming segment" and "Ex. 6, Klumpp Rep. ¶125" | Netflix (Celedonia Decl. ¶ 7) | |
| 874-1 | Ex. B1 | 18:8-9, between "quid pro-quo—were" and "and that he had 'no basis to believe that'" | Meta (Acharya Decl. Row 1) | |
| 874-1 | Ex. B1 | 18:9, between "pulling back from its" and "investment in premium" | Meta (Acharya Decl. Row 2) | |
| 874-1 | Ex. B1 | 18:13-14, between "Advertisers' theory of harm is that" and "if provided to a rival" | Netflix (Celedonia Decl. ¶ 7) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| 874-1 | Ex. B1 | 18:25, between "own analysis shows that the" and "allegedly at issue in this agreement" | Meta (Acharya Decl. Row 3) | |
| 874-1 | Ex. B1 | 18:25, between "own analysis shows that the" and "allegedly at issue in this agreement" | Netflix (Celedonia Decl. ¶ 7) | |
| 874-1 | Ex. B1 | 19:28, between "claim accounted for just" and "of Meta's Class Period" | Meta (Acharya Decl. Row 4) | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 1, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024** | | | | |
| 874-2 | Ex. B2 | 874-2 26 ¶ 59, between "FAN accounts for" and "of Facebook's advertising Revenues" | Meta (Acharya Decl. Row 5) | |
| 874-2 | Ex. B2 | 28 ¶ 66, after "recent ad revenue growth was" | X Corp. (Birkenfeld-Malpass Decl. ¶ 6) | |
| 874-2 | Ex. B2 | 38 ¶ 94, between "2013 presentation notes that the" and "was generated from local;" between "unsophisticated brands" and "developers and sophisticated brands;" between "developers and sophisticated brands" and "marketers requiring advanced features;" between "marketers requiring advanced features" and "local business;" and after "local business" | Meta (Acharya Decl. Row 6) | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 5, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024** | | | | |
| 874-6 | Ex. B3 | 289:7, between "irrational for Facebook to" and "in -- to make that decision" | Meta (Acharya Decl. Row 7) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
|  | **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 6, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024** |
| 874-7 | Ex. B4 | 77 ¶ 151, between "others at Facebook, writing:" and "In the same e-mail, Ms. Chang advised that;" between "In the same e-mail, Ms. Chang advised that" and "Ms. Chang testified that;" and after "Zuckerberg on April 30, 2014" | Meta (Acharya Decl. Row 8) | |
| 874-7 | Ex. B4 | 79-80 ¶ 157, after "— expressly addresses" | Apple (Spevak Decl. ¶ 6) | |
| 874-7 | Ex. B4 | 79-80 ¶ 157, after "— expressly addresses" | Meta (Acharya Decl. Row 9) | |
| 874-7 | Ex. B4 | 80 ¶ 157 n.345, after "See PALM-009577689-690" | Apple (Spevak Decl. ¶ 6) | |
| 874-7 | Ex. B4 | 80 ¶ 158, after "Microsoft agreed as follows:" | Meta (Acharya Decl. Row 10) | |
| 874-7 | Ex. B4 | 80 ¶ 158 n.353, before "PALM-008914036-056" | Meta (Acharya Decl. Row 11) | |
| 874-7 | Ex. B4 | 81 ¶ 159, between "Microsoft agreed to" and "With this agreement in place" | Meta (Acharya Decl. Row 12) | |
| 874-7 | Ex. B4 | 82 ¶ 164 n.357, between "a January 28, 2015" and "(See PALM-007633377-379.)" | Meta (Acharya Decl. Row 13) | |
| 874-7 | Ex. B4 | 82-83 ¶ 165 n.358, between "following termination provision:" and "(*See* PALM-002014487-535" | Meta (Acharya Decl. Row 14) | |
| 874-7 | Ex. B4 | 84 ¶ 167 n.360, between "at 266" and "PALM-ADI-0001000836-837" | Meta (Acharya Decl. Row 15) | |
| 874-7 | Ex. B4 | 84-85 ¶ 169 n. 361, | Meta (Acharya Decl. Row | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | between "internal Facebook email describing" and "Bell, K. (January 25;" and after "PALM-FTC-00968368" | 16) | |
| 874-7 | Ex. B4 | 85-86 ¶ 170, between "Directors presentation noted that" and image of "2019 Product Strategy" | Meta (Acharya Decl. Row 17) | |
| 874-7 | Ex. B4 | 85-86 ¶ 170, image snip between "and social infrastructure." and "Source: PALM-FTC-00968366-404" | Meta (Acharya Decl. Row 18) | |
| 874-7 | Ex. B4 | 85-86 ¶ 170 n.364, after "*see* PALM-FTC-00967935), at 366" | Meta (Acharya Decl. Row 19) | |
| 874-7 | Ex. B4 | 87-88 ¶ 173, image between "MARCH 2019" and "Source: PALM-006189416-420" | Meta (Acharya Decl. Row 20) | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion For Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 10, Excerpts of Transcript of Deposition of Markus Jakobsson, held on Feb. 22, 2024** | | | | |
| 874-11 | Ex. B5 | 239:15-18, between "he would like to get." and "These are things that" | Meta (Acharya Decl. Row 21) | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Michael Williams, Exhibit 1, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024** | | | | |
| 876-2 | Ex. C1 | 28 ¶ 66, after "recent ad revenue growth was" | X Corp. (Birkenfeld-Malpass Decl. ¶ 6) | |
| 876-2 | Ex. C1 | 38 ¶ 94, between "2013 presentation notes that the" and "was generated from local;" between "unsophisticated brands" and "developers and sophisticated brands;" between "developers and sophisticated brands" and "marketers requiring advanced features;" | Meta (Acharya Decl. Row 22) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | between "marketers requiring advanced features" and "local business;" and after "local business" | | |
| Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Michael Williams, Exhibit 4, Excerpts of Transcript of Deposition of Scott Fasser, held on Sept. 7, 2023 ||||| 
| 876-5 | Ex. C2 | 181:9, between "I only reviewed the" and "agreements." | Meta (Acharya Decl. Row 23) | |
| Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 1, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024 ||||| 
| 878-2 | Ex. D1 | 77 ¶ 151, between "others at Facebook, writing:" and "In the same e-mail, Ms. Chang advised that;" between "In the same e-mail, Ms. Chang advised that" and "Ms. Chang testified that;" and after "Zuckerberg on April 30, 2014" | Meta (Acharya Decl. Row 24) | |
| 878-2 | Ex. D1 | 79-80 ¶ 157, after "— expressly addresses" | Apple (Spevak Decl. ¶ 6) | |
| 878-2 | Ex. D1 | 79-80 ¶ 157, after "— expressly addresses" | Meta (Acharya Decl. Row 25) | |
| 878-2 | Ex. D1 | *79-80 ¶ 157 n.345, after "See PALM-009577689-690"* | Apple (Spevak Decl. ¶ 6) | |
| 878-2 | Ex. D1 | 80 ¶ 158, after "Microsoft agreed as follows:" | Meta (Acharya Decl. Row 26) | |
| 878-2 | Ex. D1 | 80 ¶ 158 n.353, before "PALM-008914036-056" | Meta (Acharya Decl. Row 27) | |
| 878-2 | Ex. D1 | 81 ¶ 159, between "Microsoft agreed to" and "With this agreement in place" | Meta (Acharya Decl. Row 28) | |
| 878-2 | Ex. D1 | 82 ¶ 164 n.357, between "a January 28, 2015" and | Meta (Acharya Decl. Row 29) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | "(See PALM-007633377-379.)" | | |
| 878-2 | Ex. D1 | 82-83 ¶ 165 n.358, between "following termination provision:" and "(*See* PALM-002014487-535" | Meta (Acharya Decl. Row 30) | |
| 878-2 | Ex. D1 | 84 ¶ 167 n.360, between "at 266" and "PALM-ADI-0001000836-837" | Meta (Acharya Decl. Row 31) | |
| 878-2 | Ex. D1 | 84-85 ¶ 169 n. 361, between "internal Facebook email describing" and "Bell, K. (January 25;" and after "PALM-FTC-00968368" | Meta (Acharya Decl. Row 32) | |
| 878-2 | Ex. D1 | 85-86 ¶ 170, between "Directors presentation noted that" and image of "2019 Product Strategy" | Meta (Acharya Decl. Row 33) | |
| 878-2 | Ex. D1 | 85-86 ¶ 170, image snip between "and social infrastructure." and "Source: PALM-FTC-00968366-404" | Meta (Acharya Decl. Row 34) | |
| 878-2 | Ex. D1 | 85-86 ¶ 170 n.364, after "*see* PALM-FTC-00967935), at 366" | Meta (Acharya Decl. Row 35) | |
| 878-2 | Ex. D1 | 87-88 ¶ 173, image between "MARCH 2019" and "Source: PALM-006189416-420" | Meta (Acharya Decl. Row 36) | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 2, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024** | | | | |
| 878-3 | Ex. D2 | 289:7, between "irrational for Facebook to" and "in -- to make that decision" | Meta (Acharya Decl. Row 37) | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 1, Excerpts of Expert Merits Report of Markus Jakobsson, Ph.D., dated Jan. 12, 2024** | | | | |
| 880-2 | Ex. E1 | 20-21 ¶ 57, between | Meta (Acharya Decl. Row | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | "had developed a so-called" and "architecture in which Onovo-installed;" between "so that Onovo's" and "As a Facebook engineer explained;" and after "and Ken Rudin:" | 38) | |
| 880-2 | Ex. E1 | 22 ¶ 60, after "behavioral information such as" | Meta (Acharya Decl. Row 39) | |
| 880-2 | Ex. E1 | 24 ¶ 68, between "specific in-app analytics—" and "—that he believed would" | Meta (Acharya Decl. Row 40) | |
| 880-2 | Ex. E1 | 24-25 ¶ 68, image snip between "figure out how to do this" and "PX 2255 at PALM-016564836" | Meta (Acharya Decl. Row 41) | |
| 880-2 | Ex. E1 | 25-26 ¶ 70, between "URLs are unfortunately uninformative." and "That said—we are" | Meta (Acharya Decl. Row 42) | |
| 880-2 | Ex. E1 | 35 ¶ 94, image between "companies' valuable analytics." and "PX 414 at 6" | Meta (Acharya Decl. Row 43) | |
| 880-2 | Ex. E1 | 48 ¶ 125, image snip between ""a good job there." and "PX 1747 at PALM-017114236" | Meta (Acharya Decl. Row 44) | |
| 880-2 | Ex. E1 | 50 ¶ 129, image snip between "Sending message" and "We used it to measure" | Meta (Acharya Decl. Row 45) | |
| 880-2 | Ex. E1 | 52-53 ¶ 133, between "Amazon Ads metrics including" and "PX 2256 at PALM-012863801 (Jan. 2019 IAAP Technical Analysis)," encompassing image; and image between "PX | Meta (Acharya Decl. Row 46) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | 2256 at PALM-012863801 (Jan. 2019 IAAP Technical Analysis)" and "PX 1208 at PALM-014364032-33" | | |
| 880-2 | Ex. E1 | 53 ¶ 134, between "YouTube, including" and image beginning "YouTube what data is sent back;" and image snip between "video_type (ad or content)" and "PX 2256 at PALM-012863800 (Jan. 2019 IAAP Technical Analysis)" | Meta (Acharya Decl. Row 47) | |
| 880-2 | Ex. E1 | 54-55 ¶ 138, image between "PALM-016895582 at 5584-85" and "Id. at PALM-016895585" | Meta (Acharya Decl. Row 48) | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 2, Excerpts of Rebuttal Expert Merits Report of Markus Jakobsson, Ph.D., dated Feb. 9, 2024** | | | | |
| 880-3 | Ex. E2 | 23 ¶ 62 n.25, after "(Zuckerberg, Jun. 2016:" | Meta (Acharya Decl. Row 49) | |
| 880-3 | Ex. E2 | 24 ¶ 63, between "You should figure out how to do this." and "This seems like an important" | Meta (Acharya Decl. Row 50) | |
| 880-3 | Ex. E2 | 25-26 ¶ 66, between "unfortunately uninformative." and "That said—we are" | Meta (Acharya Decl. Row 51) | |
| 880-3 | Ex. E2 | 27-28 ¶ 71, image after "this at enough detail . . .'" | Meta (Acharya Decl. Row 52) | |
| 880-3 | Ex. E2 | 33-34 ¶ 77, image after "of IAAP-derived data" | Meta (Acharya Decl. Row 53) | |
| 880-3 | Ex. E2 | 34-35 ¶ 78, after "Patel, and others, explained:" | Meta (Acharya Decl. Row 54) | |
| 880-3 | Ex. E2 | 35-36 ¶ 79, between | Meta (Acharya Decl. Row | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | "propose that Facebook" and "The second option is;" and between "The second option is" and "by Naveh, Priell," | 55) | |
| 880-3 | Ex. E2 | 36-37 ¶ 80, between "In particular, the first option—" and "—is something that no legitimate" | Meta (Acharya Decl. Row 56) | |
| 880-3 | Ex. E2 | 37 ¶ 81, between "option—the one" and "by Erez Naveh;" and after "team recommends that Facebook" | Meta (Acharya Decl. Row 57) | |
| 880-3 | Ex. E2 | 37 ¶ 82, between "I refer to" and "that Facebook's Erez Naveh;" between "'zero day' because a" and "that would allow a developer like Facebook to;" and between "that would allow a developer like Facebook to" and "to avoid certificate pinning" | Meta (Acharya Decl. Row 58) | |
| 880-3 | Ex. E2 | 38 ¶ 84, between "Naveh and Priell" and "that if Snapchat implements;" and between "its analytics, Facebook" and ", all so that Facebook can continue" | Meta (Acharya Decl. Row 59) | |
| 880-3 | Ex. E2 | 38 ¶ 85, between "their recommended option—" and "However, as a 'Con,' they recognize that;" and after ""However, as a 'Con,' they recognize that" | Meta (Acharya Decl. Row 60) | |
| 880-3 | Ex. E2 | 38-39 ¶ 86, between "involv[ing]' in the" and "in their August 29" | Meta (Acharya Decl. Row 61) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| 880-3 | Ex. E2 | 39-40 ¶ 87, between "Priell about 30 days prior:" and "The fact that Facebook would" | Meta (Acharya Decl. Row 62) | |
| 880-3 | Ex. E2 | 40 ¶ 88, after "discussion that included the following:" | Meta (Acharya Decl. Row 63) | |
| 880-3 | Ex. E2 | 41 ¶ 90, between "suspect acts, including" and "in order to continue Facebook's" | Meta (Acharya Decl. Row 64) | |
| 880-3 | Ex. E2 | 48 ¶ 108, between "dollars to deploy it, and then" and "when this bespoke technical" | Meta (Acharya Decl. Row 65) | |
| 880-3 | Ex. E2 | 52 ¶ 115, between "the Snapchat app, including" and "—was, according to the" | Meta (Acharya Decl. Row 66) | |
| 880-3 | Ex. E2 | 53 ¶ 117, image after "in the same document:" | Meta (Acharya Decl. Row 67) | |
| 880-3 | Ex. E2 | 59-60 ¶ 139, between "recommended that Facebook" and "as a response to potential certificate" | Meta (Acharya Decl. Row 68) | |
| **Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson, Exhibit 3, Excerpts of Advertiser Plaintiffs' Responses and Objections to Meta Platforms, Inc.'s Fifth Set of Interrogatories to Advertiser Plaintiffs** | | | | |
| 880-4 | Ex. E3 | 935:23, between "Role" and "acted as a lead" | Meta (Acharya Decl. Row 69) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion to Exclude Expert Testimony and Opinions of Markus Jakobsson** | | | | |
| 886-1 | Ex. F | 8:9-11, between "Jakobsson Reb. ¶¶ 57-120." and "Ex. 36. Dr. Jakobsson" | Meta (Acharya Decl. Row 70) | |
| 886-1 | Ex. F | 8:12-14, between "jury and the Court—" and ", during the Class Period" | Meta (Acharya Decl. Row 71) | |
| 886-1 | Ex. F | 8:18-19, between "program leads recommended" and "to | Meta (Acharya Decl. Row 72) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | continue the" | | |
| 886-1 | Ex. F | 8:21, between "capabilities of Pegasus,'" and "*Id.* ¶¶ 86-91" | Meta (Acharya Decl. Row 73) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion to Exclude Testimony of Dr. Tilman Klumpp** | | | | |
| 888-1 | Ex. G | 13:18-22, between "end-to-end encryption. ¶173." and "Id. As part of this" | Meta (Acharya Decl. Row 74) | |
| 888-1 | Ex. G | 14:2, between "succeeded in making" and "¶173. The finder-of-fact" | Meta (Acharya Decl. Row 75) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment** | | | | |
| 892-1 | Ex. H1 | 1:12, between "restricts Apple's" and "Ex. 10. And they will" | Apple (Spevak Decl. ¶ 5) | |
| 892-1 | Ex. H1 | 1:12, between "restricts Apple's" and "Ex. 10. And they will" | Meta (Acharya Decl. Row 76) | |
| 892-1 | Ex. H1 | 2:10, between "expressly restricted Apple's" and "Ex. 10. The jury will" | Apple (Spevak Decl. ¶ 5) | |
| 892-1 | Ex. H1 | 2:10, between "expressly restricted Apple's" and "Ex. 10. The jury will" | Meta (Acharya Decl. Row 77) | |
| 892-1 | Ex. H1 | 9:15-16, between "(limiting Apple's" and "Others, too, acknowledged" | Apple (Spevak Decl. ¶ 5) | |
| 892-1 | Ex. H1 | 9:15-16, between "(limiting Apple's" and "Others, too, acknowledged" | Meta (Acharya Decl. Row 78) | |
| 892-1 | Ex. H1 | 13:25-26 n.5, between "competitively important" and "Exs. 35, 36 at 8435-36, followed by" | Meta (Acharya Decl. Row 79) | |
| 892-1 | Ex. H1 | 17:10-13, between "Apple was restricted | Apple (Spevak Decl. ¶ 5) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | from" and "Ex. 10 at 9817; *see* Ex. 40" | | |
| 892-1 | Ex. H1 | 17:10-13, between "Apple was restricted from" and "Ex. 10 at 9817; *see* Ex. 40" | Meta (Acharya Decl. Row 80) | |
| 892-1 | Ex. H1 | 20:16-17, between "delivered Oct. 2018, showing" and "budget reduction across;" between "content, with a" and "and an additional;" and between "and an additional" and "In 2018, Netflix increased" | Meta (Acharya Decl. Row 81) | |
| 892-1 | Ex. H1 | 20:18-19, between "Meta ad spend to a record" and ", Ex. 94 at 0031;" | Meta (Acharya Decl. Row 82) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 1, Expert Merits Report of Michael A. Williams, dated Aug. 5, 2024** | | | | |
| 892-3 | Ex. H2 | 13-14 ¶ 29 n.26, between "an internal email that Facebook" and "(PX 594). On December 3, 2019;" and between "Stephanie Wang wrote that" and "(PALM-016888726-727, at 727)" | Meta (Acharya Decl. Row 83) | |
| 892-3 | Ex. H2 | 16 ¶ 34, after "The logs are then processed for:" | Meta (Acharya Decl. Row 84) | |
| 892-3 | Ex. H2 | 18-19 ¶ 40, between "Facebook's advertising strategy of" and "Mr. Jakubowski confirmed" | Meta (Acharya Decl. Row 85) | |
| 892-3 | Ex. H2 | 23-24 ¶ 53, after "a 2020 Facebook document states:" | Meta (Acharya Decl. Row 86) | |
| 892-3 | Ex. H2 | 28 ¶ 66, after "recent ad revenue growth was" | X Corp. (Birkenfeld-Malpass Decl. ¶ 6) | |
| 892-3 | Ex. H2 | 38 ¶ 94, between "2013 | Meta (Acharya Decl. Row | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | presentation notes that the" and "was generated from local;" between "unsophisticated brands" and "developers and sophisticated brands;" between "developers and sophisticated brands" and "marketers requiring advanced features;" between "marketers requiring advanced features" and "local business;" and after "local business" | 87) | |
| 892-3 | Ex. H2 | 26 ¶ 59, between "FAN accounts for" and "of Facebook's advertising revenues" | Meta (Acharya Decl. Row 88) | |
| 892-3 | Ex. H2 | 69 ¶ 186, between "the meeting brief states:" and "Similarly, in another email exchange" | Meta (Acharya Decl. Row 89) | |
| 892-3 | Ex. H2 | 69-70 ¶ 187, after "these business segments as:" | Meta (Acharya Decl. Row 90) | |
| 892-3 | Ex. H2 | 69-70 ¶ 187 n.263, between "customers into type," and "(PALM-008265252, pp. 86-89)" | Meta (Acharya Decl. Row 91) | |
| 892-3 | Ex. H2 | 71-72 ¶ 192, between "relevant ads by" and "This means that advertisers can" | Meta (Acharya Decl. Row 92) | |
| 892-3 | Ex. H2 | 72 ¶ 193, after "and under it," | Meta (Acharya Decl. Row 93) | |
| 892-3 | Ex. H2 | 72-73 ¶ 195, after "of bids is calculated by" | Meta (Acharya Decl. Row 94) | |
| 892-3 | Ex. H2 | 73 ¶ 196, entire paragraph | Meta (Acharya Decl. Row 95) | |
| 892-3 | Ex. H2 | 73 ¶ 197, entire paragraph | Meta (Acharya Decl. Row 96) | |
| 892-3 | Ex. H2 | 73 ¶ 198, image between "EQUATION TO ASCERTAIN ROI" and | Meta (Acharya Decl. Row 97) | |

13

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | "Source: PALM-010596417" | | |
| 892-3 | Ex. H2 | 73 ¶ 198 n.274, between "it states that" and "(*See* PALM-007648629," | Meta (Acharya Decl. Row 98) | |
| 892-3 | Ex. H2 | 75 ¶ 202, between "based on targeting" and "This strategy is depicted" | Meta (Acharya Decl. Row 99) | |
| 892-3 | Ex. H2 | 75-77 ¶ 202, image between "REVENUE PER IMPRESSION" and "Source: PALM-005396091;" image between "FACEBOOK PRICING STRATEGY" and "Source: PALM-005396091;" and image between "DETERMINE TRUE VALUE" and "Source: PALM-005396091" | Meta (Acharya Decl. Row 100) | |
| 892-3 | Ex. H2 | 80-81 ¶ 207, image between "OVER TIME IN THE U.S." and "Source: PALM-014824975" | Meta (Acharya Decl. Row 101) | |
| 892-3 | Ex. H2 | 82-83 ¶ 210, after "It was found that" | Meta (Acharya Decl. Row 102) | |
| 892-3 | Ex. H2 | 82-83 ¶ 210 n.299, before "*See* PALM-006846145-154, at 147" | Meta (Acharya Decl. Row 103) | |
| 892-3 | Ex. H2 | 83 ¶ 211, between "prices, which was" and "Demand rose because advertisers were," and after "Demand rose because advertisers were" | Meta (Acharya Decl. Row 104) | |
| 892-3 | Ex. H2 | 83 ¶ 212, between "growth, stating that" and "The result was contrary;" between "increased prices, the | Meta (Acharya Decl. Row 105) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | business" and "Thus, the document concluded;" between "[t]his suggests that" and "Such drivers led to;" and after "a later 2018 document, since" | | |
| 892-3 | Ex. H2 | 85-86 ¶ 217, between "own data, more than" and of advertisers on Facebook;" between "purchases in no more than" and "of the available 138 months;" between "Figure 19, more than" and "of advertisers on Facebook;" and between "total ad spend of less than" and "in the entire data period" | Meta (Acharya Decl. Row 106) | |
| 892-3 | Ex. H2 | 85-86 ¶ 217, image between "THROUGH JUNE 2022" and "Source: Meta, 'RFP 78 Data,' PALM-017052724" | Meta (Acharya Decl. Row 107) | |
| 892-3 | Ex. H2 | 87 ¶ 217, image between "THROUGH JUNE 2022" and "g. Specialized vendors" | Meta (Acharya Decl. Row 108) | |
| 892-3 | Ex. H2 | 92-93 ¶ 235, image between "OVER TIME IN THE U.S." and "Source: PALM-014824975" | Meta (Acharya Decl. Row 109) | |
| 892-3 | Ex. H2 | 108 ¶ 270, after "analyzing competition noted that" | X Corp. (Birkenfeld-Malpass Decl. ¶ 6) | |
| 892-3 | Ex. H2 | 109 ¶ 270, image between "AD FUNNEL AND AD CAMPAIGN OBJECTIVES" and "Source: TWTRKLEIN00026498, p. 11" | X Corp. (Birkenfeld-Malpass Decl. ¶ 6) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| 892-3 | Ex. H2 | 131 ¶ 312, between "social advertising were between" and "To calculate Facebook's revenue," and between "is expected to be at least" and "in the period 2017-2020" | Meta (Acharya Decl. Row 110) | |
| 892-3 | Ex. H2 | 131 ¶ 314, after "cap and explained that Facebook's" | Meta (Acharya Decl. Row 111) | |
| 892-3 | Ex. H2 | 152 ¶ 363 n.587, between "produced by Facebook, out of" and "advertisers that purchased ads;" between "in the Class Period, just" and "of those advertisers;" between "Facebook's stated goal was for the" and "As stated in a Facebook document;" and between "frequency ('RF')] is" and "PALM-015191749-754" | Meta (Acharya Decl. Row 112) | |
| 892-3 | Ex. H2 | 203 at TABLE A1, Row 11 of Column 1 (PALM-006480355), after "social advertising were between" | Meta (Acharya Decl. Row 113) | |
| 892-3 | Ex. H2 | 204 at TABLE A1, Row 17 of Column 1 (PALM-014096958-994), after "from February 2019 notes that" | Meta (Acharya Decl. Row 114) | |
| 892-3 | Ex. H2 | 204 at TABLE A1, Row 15 of Column 1 (TWTRKLEIN00048858-862), after "An internal Twitter report" | X Corp. (Birkenfeld-Malpass Decl. ¶ 6) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 2, Expert Report of Michael A. Williams, Ph.D., May 24, 2024** | | | | |
| 892-3 | Ex. H3 | 8 ¶ 17, between "which | Meta (Acharya Decl. Row | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | accounted for" and "of Facebook's ad revenue" | 115) | |
| 892-3 | Ex. H3 | 8 ¶ 17, between "ranging from" and "Projections suggested it;" and between "would remain above" and "from 2017-2020" | Meta (Acharya Decl. Row 116) | |
| 892-3 | Ex. H3 | 31 ¶ 66 n.64, between "Facebook, out of" and "advertisers that purchased;" between "the Class Period, just" and "of those advertisers;" between "Facebook's stated goal was for the" and "As stated in a Facebook document;" and between "margin on [reach and frequency ('RF')] is" and "PALM-015191749-754" | Meta (Acharya Decl. Row 117) | |
|  | **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 3, Expert Reply Report of Michael A. Williams, Ph.D., dated July 8, 2024** | | | |
| 892-3 | Ex. H4 | 8-9 ¶ 28 n.24, between "Meta was associated with" and "of the ad spend;" between "targeting is associated with over" and "of ad spend;" between "geographic targeting is associated with over" and "of ad spend;" and between "There is" and "ad spend associated only" | Meta (Acharya Decl. Row 118) | |
| 892-3 | Ex. H4 | 9 ¶ 30, between "age targeting was associated with over" and "of ad spend;" and between "geographic targeting | Meta (Acharya Decl. Row 119) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | was associated with over" and "of ad spend" | | |
| 892-3 | Ex. H4 | 17-18 ¶ 48, image between "FACEBOOK'S COST AND CAPITAL" and "Source: PALM-014824975" | Meta (Acharya Decl. Row 120) | |
| 892-3 | Ex. H4 | 19 ¶ 50, between "in order to meet our financial goals," and "Plaintiffs have not alleged;" and between "evidence indicating) that Meta's and "across-the-board cut" | Meta (Acharya Decl. Row 121) | |
| 892-3 | Ex. H4 | 19 ¶ 51, between "e-mailed Fidji Simo, cutting nearly" and "from Watch's budget for;" and between "programming, while adding" and "towards creators and gaming" | Meta (Acharya Decl. Row 122) | |
| 892-3 | Ex. H4 | 23 ¶ 51 n.53, between "we suggested considering cutting" and "from originals + sports;" and between "next year and adding" and "towards creators and gaming" | Meta (Acharya Decl. Row 123) | |
| 892-3 | Ex. H4 | 34 ¶ 90 n.99, between "FAN ads accounted for" and "of Facebook's ad revenue" | Meta (Acharya Decl. Row 124) | |
| 892-3 | Ex. H4 | 44-45 ¶ 114, image between "CTR INDEX FOR META ADS" and "Source: PALM-014347024" | Meta (Acharya Decl. Row 125) | |
| 892-3 | Ex. H4 | 55 ¶ 142, between "Class Period is nearly" and ". In addition;" | Meta (Acharya Decl. Row 126) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | between ". In addition" and "of advertisers purchased at least;" between "of advertisers purchased at least" and "Facebook impressions in;" between "chance that an advertiser that purchased" and "Facebook impressions purchased;" between "by the alleged conduct is over" and ". That is, at least;" between ". That is, at least" and "of advertisers have a more than;" and between "of advertisers have a more than" and "chance of being injured" | | |
| 892-3 | Ex. H4 | 60 ¶ 154, between "points out that Meta budgeted" and "in 2018 for ad coupons;" between "investigation reveals that only" and "was earmarked;" between "Parties' while" and "was alloated to;" and between "members were less than" and "of Meta's advertising revenue" | Meta (Acharya Decl. Row 127) | |
| 892-3 | Ex. H4 | 60 ¶ 155, between "buying reached as high as" and "during the class period;" between "by Facebook, out of" and "advertisers that purchased ads;" and between "in the Class Period, just" and "of those advertisers only" | Meta (Acharya Decl. Row 128) | |
| 892-3 | Ex. H4 | 60 ¶ 155 n.191, between | Meta (Acharya Decl. Row |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | "just stick with staying at" and "of total ad revenue" | 129) | |
| 892-3 | Ex. H4 | 61 ¶ 157, between "Facebook's stated goal is" and "Indeed some advertisers use" | Meta (Acharya Decl. Row 130) | |
| 892-3 | Ex. H4 | 61 ¶ 157 n.195, between "[reach and frequency ('RF')] is" and "PALM-015191749-754" | Meta (Acharya Decl. Row 131) | |
| 892-3 | Ex. H4 | 72-75 at Appendix II, all images between "SUPPLEMENTAL TABLES AND FIGURES" and "Source: Tucker Report" | Meta (Acharya Decl. Row 132) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 4, Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024** | | | | |
| 892-5 | Ex. H5 | 17-18 ¶ 42, between "In a January 2018" and "In late 2018" | Meta (Acharya Decl. Row 133) | |
| 892-5 | Ex. H5 | 17-18 ¶ 42, after "In a 2018 self-review," | Meta (Acharya Decl. Row 134) | |
| 892-5 | Ex. H5 | 41-42 ¶ 87, between "EBDA. And:" and "On June 18 2018" | Meta (Acharya Decl. Row 135) | |
| 892-5 | Ex. H5 | 48-49 ¶ 103 n.178, between "Dec. 6, 2016 presentation identifying" and "PALM-005452186-195;" between "Nov. 27, 2017 emails:" and "PALM-005487488-495;" and after "May 25, 2018 Zuckerberg email:" | Meta (Acharya Decl. Row 136) | |
| 892-5 | Ex. H5 | 49-50 ¶ 105 n.183, between "Dec. 6, 2016 presentation identifying" and "PALM-005452186-195;" and after "Nov. | Meta (Acharya Decl. Row 137) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | 27, 2017 emails:" | | |
| 892-5 | Ex. H5 | 59-60 ¶ 119, between "Facebook planned to spend nearly" and "in the first part-year;" and after "competitive analysis concluded that" | Meta (Acharya Decl. Row 138) | |
| 892-5 | Ex. H5 | 60-61 ¶ 120 n.239, after "PALM-003130978" | Meta (Acharya Decl. Row 139) | |
| 892-5 | Ex. H5 | 61-62 ¶ 122, between "Mr. Hastings explained that" and "The same notes advised" | Meta (Acharya Decl. Row 140) | |
| 892-5 | Ex. H5 | 73 ¶ 142, after "Microsoft informed Facebook that" | Meta (Acharya Decl. Row 141) | |
| 892-5 | Ex. H5 | 73-74 ¶ 143, after "Mr. Vernal agreed, e-mailing:" | Meta (Acharya Decl. Row 142) | |
| 892-5 | Ex. H5 | 74 ¶ 144, after "Mr. Daniels confirmed that" | Meta (Acharya Decl. Row 143) | |
| 892-5 | Ex. H5 | 74 ¶ 145, between "Facebook that Microsoft wanted" and ", and that a user's Facebppk;" between "at Facebook that it was" and "Ms. White replied later;" and after "the same e-mail chain that" | Meta (Acharya Decl. Row 144) | |
| 892-5 | Ex. H5 | 76-77 ¶ 151, between "Facebook executives" and "For example, on July 9;" between "others at Facebook, writing:" and "In the same e-mail, Ms. Chang advised that;" between "In the same e-mail, Ms. Chang advised that" and "Ms. Chang testified that;" and after "Zuckerberg on April 30, 2014" | Meta (Acharya Decl. Row 145) | |
| 892-5 | Ex. H5 | 79-80 ¶ 157, after "— | Apple (Spevak Decl. ¶ 6) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | expressly addresses" | | |
| 892-5 | Ex. H5 | 79-80 ¶ 157, after "— expressly addresses" | Meta (Acharya Decl. Row 146) | |
| 892-5 | Ex. H5 | *79-80 ¶ 157 n.345, after "See PALM-009577689-690"* | Apple (Spevak Decl. ¶ 6) | |
| 892-5 | Ex. H5 | 80 ¶ 158, after "Microsoft agreed as follows:" | Meta (Acharya Decl. Row 147) | |
| 892-5 | Ex. H5 | 80 ¶ 158 n.353, before "PALM-008914036-056" | Meta (Acharya Decl. Row 148) | |
| 892-5 | Ex. H5 | 81 ¶ 159, between "Microsoft agreed to" and "With this agreement in place" | Meta (Acharya Decl. Row 149) | |
| 892-5 | Ex. H5 | 82 ¶ 164 n.357, between "a January 28, 2015" and "(See PALM-007633377-379.)" | Meta (Acharya Decl. Row 150) | |
| 892-5 | Ex. H5 | 82-83 ¶ 165 n.358, between "following termination provision:" and "(*See* PALM-002014487-535" | Meta (Acharya Decl. Row 151) | |
| 892-5 | Ex. H5 | 84 ¶ 167 n.360, between "at 266" and "PALM-ADI-0001000836-837" | Meta (Acharya Decl. Row 152) | |
| 892-5 | Ex. H5 | 84-85 ¶ 169 n. 361, between "internal Facebook email describing" and "Bell, K. (January 25;" and after "PALM-FTC-00968368" | Meta (Acharya Decl. Row 153) | |
| 892-5 | Ex. H5 | 85-86 ¶ 170, between "Directors presentation noted that" and image of "2019 Product Strategy" | Meta (Acharya Decl. Row 154) | |
| 892-5 | Ex. H5 | 85-86 ¶ 170, image snip between "and social infrastructure." and "Source: PALM-FTC- | Meta (Acharya Decl. Row 155) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | 00968366-404" | | |
| 892-5 | Ex. H5 | 85-86 ¶ 170 n.364, after "*see* PALM-FTC-00967935), at 366" | Meta (Acharya Decl. Row 156) | |
| 892-5 | Ex. H5 | 87-88 ¶ 173, image between "MARCH 2019" and "Source: PALM-006189416-420" | Meta (Acharya Decl. Row 157) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 5, Expert Rebuttal Report of Tilman Klumpp, Ph.D., Feb. 9, 2024** | | | | |
| 892-5 | Ex. H6 | 31-32 ¶ 76, between "own internal documents recognize that" and "It is also true that, in economics" | Meta (Acharya Decl. Row 158) | |
| 892-5 | Ex. H6 | 31-32 ¶ 76 n.79, between "'CRD update' presentation stating" and "PALM-005484912 at 921" | Meta (Acharya Decl. Row 159) | |
| 892-5 | Ex. H6 | 49 ¶ 119, between "Stories ads increased from" and "in 2017 to;" between "in 2017 to" and "in 2020' and that;" between "Stories ads increased from" and "in 2017 to;" and between "in 2017 to" and "in 2020.' He then" | Meta (Acharya Decl. Row 160) | |
| 892-5 | Ex. H6 | 50 ¶ 122, between "indicates that Facebook was" and "during the Class Period" | Meta (Acharya Decl. Row 161) | |
| 892-5 | Ex. H6 | 50 ¶ 122 n.143, between "PALM-010815939 at 940" and "PALM-002996507 at slide 20;" and after "PALM-002996507 at slide 20" | Meta (Acharya Decl. Row 162) | |
| 892-5 | Ex. H6 | 50-51 ¶ 123, between "CPM for these advertisers and ads" and | Meta (Acharya Decl. Row 163) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | "Dr. Tadelis' Exhibit 4 does" | | |
| 892-5 | Ex. H6 | 71 ¶ 170, between "Meta AN contributed" and "of Facebook's total ad inventory" | Meta (Acharya Decl. Row 164) | |
| 892-5 | Ex. H6 | 71-72 ¶ 171, between "fluctuated between approximately" and "(roughly consistent with the figure;" between "continued to fall, reaching" and "of Facebook's total impressions;" and image between "TOTAL FACEBOOK AD IMPRESSIONS" and "Source: PALM-017138970" | Meta (Acharya Decl. Row 165) | |
| 892-5 | Ex. H6 | 72-73 ¶ 172, between "it still fell from approximately" and "in the months leading up;" between "to the GNBA to about" and "in the months after;" and image between "TOTAL FACEBOOK AD REVENUE" and "Source: PALM-017138970" | Meta (Acharya Decl. Row 166) | |
| 892-5 | Ex. H6 | 73-74 ¶ 173, between "this share was below" and "while it had not been;" between "while it had not been" and "in at any time within;" and between "TOTAL FACEBOOK AD CLICKS" and "Source: PALM-017138970" | Meta (Acharya Decl. Row 167) | |
| 892-5 | Ex. H6 | 79-80 ¶ 185, between "August 2019 e-mail | Google (Verma Decl. ¶ 8, 9) | |

24

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | chain, Google's and "described a conversation;" and between "with Open Bidding partner" and "as follows:" | | |
| 892-5 | Ex. H6 | 81 ¶ 189 n.258, after "PALM-016717997 (5/24/2018)" | Meta (Acharya Decl. Row 168) | |
| 892-5 | Ex. H6 | 81-82 ¶ 190, between "Facebook would have needed" and "Google's documents further indicate" | Meta (Acharya Decl. Row 169) | |
| 892-5 | Ex. H6 | 81-82 ¶ 190 n.262, between "See PALM-015703568 at 71-72" and "Emphasis in original" | Meta (Acharya Decl. Row 170) | |
| 892-5 | Ex. H6 | 84 ¶ 195, between "August 2019 internal email chain at Google," and "described conversations with technology firm;" between "described conversations with technology firm" and "(which she referred to;" between "'one of our largest buyers')." And "wrote: 'I asked;" between "wrote: 'I asked" and "for more details;" between "and relayed" and "desire to 'understand;" between "the same e-mail chain, Google's" and "replied;" and between "replied:" and "definitely should not" | Google (Verma Decl. ¶ 10,11) | |
| 892-5 | Ex. H6 | 87-88 ¶ 202, after "June 14, 2018 Facebook document" | Meta (Acharya Decl. Row 171) | |
| 892-5 | Ex. H6 | 88 ¶ 204, after "tax on transactions—in fact," | Meta (Acharya Decl. Row 172) | |
| 892-5 | Ex. H6 | 91 ¶ 210, between "eventually signing the GNBA," and "With the GNBA" | Meta (Acharya Decl. Row 173) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| 892-5 | Ex. H6 | 93-94 ¶ 215, between "Facebook's internal documents make clear" and "Third, when Facebook signed" | Meta (Acharya Decl. Row 174) | |
| 892-5 | Ex. H6 | 93-94 ¶ 215 n.301, between "PALM-013771480 (4/15/2019)" and "emphasis added); PALM-013541405;" and after "emphasis added); PALM-013541405" | Meta (Acharya Decl. Row 175) | |
| 892-5 | Ex. H6 | 96 ¶ 220, after "strategy at the time) reply as follows:" | Meta (Acharya Decl. Row 176) | |
| 892-5 | Ex. H6 | 96 ¶ 221, between "quote provided by Dr. Tadelis:" and "Ms. Simo further explains that;" and after "Ms. Simo further explains that" | Meta (Acharya Decl. Row 177) | |
| 892-5 | Ex. H6 | 96 ¶ 221 n.314, between "PALM-005950959-966 at 963" and "See also" | Meta (Acharya Decl. Row 178) | |
| 892-5 | Ex. H6 | 97 ¶ 222, between "*less* likely for Facebook to" and "I interpret Ms. Simo's response" | Meta (Acharya Decl. Row 179) | |
| 892-5 | Ex. H6 | 97 ¶ 223, between "Sandberg, stating that" and "Dr. Tadelis puts forth no" | Meta (Acharya Decl. Row 180) | |
| 892-5 | Ex. H6 | 98 ¶ 225, after "that's where the demand was," | Meta (Acharya Decl. Row 181) | |
| 892-5 | Ex. H6 | 98 ¶ 226, after "belying Mr. Edie's claim that" | Meta (Acharya Decl. Row 182) | |
| 892-5 | Ex. H6 | 98-99 ¶ 227, after "This belies Mr. Eide's claim that" | Meta (Acharya Decl. Row 183) | |
| 892-5 | Ex. H6 | 99 ¶ 229, between "reduce the budget for original content and" and "improved user engagement;" and | Meta (Acharya Decl. Row 184) | |

26

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | between "document suggesting that such" and "Moreover, as discussed in Section III" | | |
| 892-5 | Ex. H6 | 110 ¶ 254, between "to 2017 represents only" and "of 2017 ad spend;" and between "2018 represents only" and "of 2018 ad spend on" | Meta (Acharya Decl. Row 185) | |
| 892-5 | Ex. H6 | 110 ¶ 255, between "data and calculations, the" and "figures he discusses are based on a;" between "figures he discusses are based on a" and "increase in Netflix ad spend;" between "from 2016 to 2017 and a" and "increase in Netflix ad spend;" between "Facebook in 2017 and 2018—" and "respectively—shows;" between "Netflix's ad spend accounted for" and "of the total spend on ad venues;" between "market in 2017, and for" and "in 2018. Moreover, if the;" between "in 2018. Moreover, if the" and "Netflix spent on advertising;" and between "would have amounted to between" and "of revenue increase" | Meta (Acharya Decl. Row 186) | |
| 892-5 | Ex. H6 | 116-17 ¶ 270, between "A January 28, 2015" and "All of these features would" | Meta (Acharya Decl. Row 187) | |

27

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| 892-5 | Ex. H6 | 128 ¶ 303, between "injected by F3 for CTR_MBL_FEED" and "Dr. Tadelis cites a second;" between "which explains that" and "I do not know if ;" between "I do not know if" and "whether 'features backfilled;" between "most features of F3, or what" and "refers to;" between "as measured by Meta's" and "they only support a finding of a;" between "they only support a finding of a" and "and only for;" and after "and only for" | Meta (Acharya Decl. Row 188) | |
| 892-5 | Ex. H6 | 129 ¶ 306 n.431, after "removing duplicative features'," | Meta (Acharya Decl. Row 189) | |
| 892-5 | Ex. H6 | 135-36 ¶ 319 n.450, after "*See* PALM-FTC-00967935), at 366" | Meta (Acharya Decl. Row 190) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 6, Expert Merits Report of Markus Jakobsson, Ph.D., dated Jan. 12, 2024** | | | | |
| 892-7 | Ex. H7 | 20-21 ¶ 57, between "had developed a socalled" and "architecture in which Onavo-installed;" between "so that Onavo's" and "As a Facebook engineer explained;" and after "and Ken Rudin:" | Meta (Acharya Decl. Row 191) | |
| 892-7 | Ex. H7 | 22 ¶ 60, after "behavioral information such as" | Meta (Acharya Decl. Row 192) | |
| 892-7 | Ex. H7 | 24 ¶ 68, between "specific in-app | Meta (Acharya Decl. Row 193) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | analytics—" and "—that he believed would" | | |
| 892-7 | Ex. H7 | 24-25 ¶ 68, image snip between "figure out how to do this" and "PX 2255 at PALM-016564836" | Meta (Acharya Decl. Row 194) | |
| 892-7 | Ex. H7 | 25-26 ¶ 70, between "URLs are unfortunately uninformative." and "That said—we are" | Meta (Acharya Decl. Row 195) | |
| 892-7 | Ex. H7 | 35 ¶ 94, image between "companies' valuable analytics." and "PX 414 at 6" | Meta (Acharya Decl. Row 196) | |
| 892-7 | Ex. H7 | 48 ¶ 125, image snip between ""a good job there." and "PX 1747 at PALM-017114236" | Meta (Acharya Decl. Row 197) | |
| 892-7 | Ex. H7 | 50 ¶ 129, image snip between "Sending message" and "We used it to measure" | Meta (Acharya Decl. Row 198) | |
| 892-7 | Ex. H7 | 52-53 ¶ 133, between "Amazon Ads metrics including" and "PX 2256 at PALM-012863801 (Jan. 2019 IAAP Technical Analysis)," encompassing image; and image between "PX 2256 at PALM-012863801 (Jan. 2019 IAAP Technical Analysis)" and "PX 1208 at PALM-014364032-33" | Meta (Acharya Decl. Row 199) | |
| 892-7 | Ex. H7 | 53 ¶ 134, between "YouTube, including" and image beginning "YouTube what data is sent back;" and image snip between "video_type (ad or | Meta (Acharya Decl. Row 200) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | content)" and "PX 2256 at PALM-012863800 (Jan. 2019 IAAP Technical Analysis)" | | |
| 892-7 | Ex. H7 | 54-55 ¶ 138, image between "PALM-016895582 at 5584-85" and "Id. at PALM-016895585" | Meta (Acharya Decl. Row 201) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 7, Rebuttal Expert Merits Report of Markus Jakobsson, Ph.D., Feb. 9, 2024** | | | | |
| 892-7 | Ex. H8 | 23 ¶ 62 n.25, after "(Zuckerberg, Jun. 2016:" | Meta (Acharya Decl. Row 202) | |
| 892-7 | Ex. H8 | 24 ¶ 63, between "You should figure out how to do this." and "This seems like an important" | Meta (Acharya Decl. Row 203) | |
| 892-7 | Ex. H8 | 25-26 ¶ 66, between "unfortunately uninformative." and "That said—we are" | Meta (Acharya Decl. Row 204) | |
| 892-7 | Ex. H8 | 27-28 ¶ 71, image after "this at enough detail . . .'" | Meta (Acharya Decl. Row 205) | |
| 892-7 | Ex. H8 | 33-34 ¶ 77, image after "of IAAP-derived data" | Meta (Acharya Decl. Row 206) | |
| 892-7 | Ex. H8 | 34-35 ¶ 78, after "Patel, and others, explained:" | Meta (Acharya Decl. Row 207) | |
| 892-7 | Ex. H8 | 35-36 ¶ 79, between "propose that Facebook" and "The second option is;" and between "The second option is" and "by Naveh, Priell," | Meta (Acharya Decl. Row 208) | |
| 892-7 | Ex. H8 | 36-37 ¶ 80, between "In particular, the first option—" and "—is something that no legitimate" | Meta (Acharya Decl. Row 209) | |
| 892-7 | Ex. H8 | 37 ¶ 81, between "option—the one" and "by Erez Naveh;" and | Meta (Acharya Decl. Row 210) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | after "team recommends that Facebook" | | |
| 892-7 | Ex. H8 | 37 ¶ 82, between "I refer to" and "that Facebook's Erez Naveh;" between "'zero day' because a" and "that would allow a developer like Facebook to;" and between "that would allow a developer like Facebook to" and "to avoid certificate pinning" | Meta (Acharya Decl. Row 211) | |
| 892-7 | Ex. H8 | 38 ¶ 84, between "Naveh and Priell" and "that if Snapchat implements;" and between "its analytics, Facebook" and ", all so that Facebook can continue" | Meta (Acharya Decl. Row 212) | |
| 892-7 | Ex. H8 | 38 ¶ 85, between "their recommended option—" and "However, as a 'Con,' they recognize that;" and after ""However, as a 'Con,' they recognize that" | Meta (Acharya Decl. Row 213) | |
| 892-7 | Ex. H8 | 38-39 ¶ 86, between "involv[ing]' in the" and "in their August 29" | Meta (Acharya Decl. Row 214) | |
| 892-7 | Ex. H8 | 39-40 ¶ 87, between "Priell about 30 days prior:" and "The fact that Facebook would" | Meta (Acharya Decl. Row 215) | |
| 892-7 | Ex. H8 | 40 ¶ 88, after "discussion that included the following:" | Meta (Acharya Decl. Row 216) | |
| 892-7 | Ex. H8 | 41 ¶ 90, between "suspect acts, including" and "in order to continue Facebook's" | Meta (Acharya Decl. Row 217) | |
| 892-7 | Ex. H8 | 48 ¶ 108, between "dollars to deploy it, and | Meta (Acharya Decl. Row 218) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | then" and "when this bespoke technical" | | |
| 892-7 | Ex. H8 | 52 ¶ 115, between "the Snapchat app, including" and "—was, according to the" | Meta (Acharya Decl. Row 219) | |
| 892-7 | Ex. H8 | 53 ¶ 117, image after "in the same document:" | Meta (Acharya Decl. Row 220) | |
| 892-7 | Ex. H8 | 59-60 ¶ 139, between "recommended that Facebook" and "as a response to potential certificate" | Meta (Acharya Decl. Row 221) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 10** | | | | |
| 892-9 | Ex. H9 | Entire document | Meta (Acharya Decl. Row 222) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 11** | | | | |
| 892-9 | Ex. H10 | Entire document | Meta (Acharya Decl. Row 223) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 13, PX-2857 Priell Deposition** | | | | |
| 892-9 | Ex. H11 | Entire document | Meta (Acharya Decl. Row 224) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 14, PX-414 Olivan Deposition** | | | | |
| 892-9 | Ex. H12 | PALM-010629831-832, content of "Friday, July 22, 2016 8:33 AM" email below subject line "A/C Priv - Onavo Research Taskforce Status Update" | Meta (Acharya Decl. Row 225) | |
| 892-9 | Ex. H12 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 226) | |
| 892-9 | Ex. H12 | 1-6, entire slides with notes following "Document produced only in native format." | Meta (Acharya Decl. Row 227) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 15, PX-2256 Zuckerberg Deposition** | | | | |
| 892-9 | Ex. H13 | PALM-012863800 between "everything we collected is still there" | Meta (Acharya Decl. Row 228) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | and "Per App/Dataset Info" | | |
| 892-9 | Ex. H13 | PALM-012863800 between "video_type (ad or content)" and "Snapchat" | Meta (Acharya Decl. Row 229) | |
| 892-9 | Ex. H13 | PALM-012863801 before "We used it to measure" | Meta (Acharya Decl. Row 230) | |
| 892-9 | Ex. H13 | PALM-012863801 between "raw form by MS team and others" and "Summary of types of analyses conducted" | Meta (Acharya Decl. Row 231) | |
| 892-9 | Ex. H13 | PALM-012863802-823, everything after "Appendix: VPNLess - VPNLess.key Contact Support" | Meta (Acharya Decl. Row 232) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 16** | | | | |
| 892-9 | Ex. H14 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 233) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 18, PX-2255 Zuckerberg Deposition** | | | | |
| 892-9 | Ex. H15 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 234) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 19, PX-2984 Zervas Deposition** | | | | |
| 892-9 | Ex. H16 | Entire document | Meta (Acharya Decl. Row 235) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 20, PX-2861 Priell Deposition** | | | | |
| 892-9 | Ex. H17 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 236) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 21** | | | | |
| 892-10 | Ex. H18 | Entire document | Meta (Acharya Decl. Row 237) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 24, PX-557 Schultz Deposition** | | | | |
| 892-10 | Ex. H19 | PALM-014640333-338, between "DAVOS - | Meta (Acharya Decl. Row 238) | |

33

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | GOVERNMENT MEETINGS" and "Other Meetings" | | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 26** | | | | |
| 892-10 | Ex. H20 | Entire document | Meta (Acharya Decl. Row 239) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 28** | | | | |
| 892-10 | Ex. H21 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 240) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 29, PX-116 Parikh Deposition** | | | | |
| 892-10 | Ex. H22 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 241) | |
| 892-10 | Ex. H22 | PALM-012927516, between "Pedro Canahuati (1/30/2019 11:38:19 PST):" and "Pedro Canahuati (1/30/2019 11:38:32 PST);" between "Pedro Canahuati (1/30/2019 11:38:32 PST):" and "Jay Parikh (1/30/2019 11:39:13 PST);" and between "Pedro Canahuati (1/30/2019 11:39:15 PST):" and "Jay Parikh (1/30/2019 11:39:30 PST):" | Meta (Acharya Decl. Row 242) | |
| 892-10 | Ex. H22 | PALM-012927516, between "Jay Parikh (1/30/2019 11:39:40 PST):" and "Jay Parikh (1/30/2019 11:40:18 PST):" | Meta (Acharya Decl. Row 243) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 32, PX-2215 Naveh Deposition** | | | | |
| 892-10 | Ex. H23 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 244) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for** | | | | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| **Summary Judgment, Exhibit 34 PX-1747 Wei Deposition** | | | | |
| 892-10 | Ex. H24 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 245) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 36** | | | | |
| 892-10 | Ex. H25 | Entire document | Meta (Acharya Decl. Row 246) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 40** | | | | |
| 892-10 | Ex. H26 | Entire document | Meta (Acharya Decl. Row 247) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 41** | | | | |
| 892-11 | Ex. H27 | Entire document | Meta (Acharya Decl. Row 248) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 42** | | | | |
| 892-11 | Ex. H28 | Entire document | Meta (Acharya Decl. Row 249) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 43** | | | | |
| 892-11 | Ex. H29 | Entire document | Meta (Acharya Decl. Row 250) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 44** | | | | |
| 892-11 | Ex. H30 | Entire document | Meta (Acharya Decl. Row 251) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 45** | | | | |
| 892-11 | Ex. H31 | Entire document | Meta (Acharya Decl. Row 252) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 46** | | | | |
| 892-11 | Ex. H32 | Entire document | Meta (Acharya Decl. Row 253) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 47** | | | | |
| 892-11 | Ex. H33 | Entire document | Meta (Acharya Decl. Row 254) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 48** | | | | |
| 892-11 | Ex. H34 | Entire document | Meta (Acharya Decl. Row 255) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 49** | | | | |
| 892-11 | Ex. H35 | Entire document | Meta (Acharya Decl. Row 256) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for** | | | | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| Summary Judgment, Exhibit 50 | | | | |
| 892-11 | Ex. H36 | Entire document | Meta (Acharya Decl. Row 257) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 51** | | | | |
| 892-11 | Ex. H37 | Entire document | Meta (Acharya Decl. Row 258) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 52** | | | | |
| 892-11 | Ex. H38 | Entire document | Meta (Acharya Decl. Row 259) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 53** | | | | |
| 892-11 | Ex. H39 | Entire document | Meta (Acharya Decl. Row 260) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 54** | | | | |
| 892-11 | Ex. H40 | Entire document | Meta (Acharya Decl. Row 261) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 55** | | | | |
| 892-11 | Ex. H41 | Entire document | Meta (Acharya Decl. Row 262) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 56** | | | | |
| 892-11 | Ex. H42 | Entire document | Meta (Acharya Decl. Row 263) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 57** | | | | |
| 892-11 | Ex. H43 | Entire document | Meta (Acharya Decl. Row 264) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 58** | | | | |
| 892-11 | Ex. H44 | Entire document | Meta (Acharya Decl. Row 265) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 59** | | | | |
| 892-11 | Ex. H45 | Entire document | Meta (Acharya Decl. Row 266) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 61 PX-1322 Chang Deposition** | | | | |
| 892-12 | Ex. H46 | Entire document | Meta (Acharya Decl. Row 267) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 63** | | | | |
| 892-12 | Ex. H47 | PALM-012438856-858, between "Section 2: The Standard Terms of the Company's Agreements | Meta (Acharya Decl. Row 268) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | or licenses with Application Developers" and "Section 3: Integration Partnerships" | | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 64** | | | | |
| 892-12 | Ex. H48 | Entire document | Meta (Acharya Decl. Row 269) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 65** | | | | |
| 892-12 | Ex. H49 | Entire document | Meta (Acharya Decl. Row 270) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 67** | | | | |
| 892-12 | Ex. H50 | Entire document | Meta (Acharya Decl. Row 271) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 68** | | | | |
| 892-12 | Ex. H51 | Entire document | Meta (Acharya Decl. Row 272) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 70 PX-1295 Jakubowski Deposition** | | | | |
| 892-12 | Ex. H52 | Entire document | Meta (Acharya Decl. Row 273) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 71** | | | | |
| 892-12 | Ex. H53 | Entire document | Meta (Acharya Decl. Row 274) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 72, PX-1711 Crum Deposition** | | | | |
| 892-12 | Ex. H54 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 275) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 73, PX-1712 Crum Deposition** | | | | |
| 892-12 | Ex. H55 | Entire document | Meta (Acharya Decl. Row 276) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 74, PX-1922 Sandberg Deposition** | | | | |
| 892-12 | Ex. H56 | Entire document | Meta (Acharya Decl. Row 277) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 75, PX-1921 Sandberg Deposition** | | | | |
| 892-12 | Ex. H57 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 278) | |
| 892-12 | Ex. H57 | PALM-006209593, between "We've | Meta (Acharya Decl. Row 279) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | negotiated a partnership with" and "We're nearly ready to sign;" and between "Here's a high-level summary" and "-Dan" of "March 16, 2018 12:34 PM" email | | |
| 892-12 | Ex. H57 | PALM-006209594, between "Today" and "AN is sub scale because it;" and between "Future" and "How do we sclae to achieve goal" of "February 27, 2018 at 4:33 AM" email | Meta (Acharya Decl. Row 280) | |
| 892-12 | Ex. H57 | PALM-006209594, between "(and get our fair share of publisher ecosystem)" and "of the $52B publisher ecosystem" of "February 27, 2018 at 4:33 AM" email | Meta (Acharya Decl. Row 281) | |
| 892-12 | Ex. H57 | PALM-006209595, between "Criteo and MediaNet would be launch partners." and "What happens if we don't follow recommendation to partner with ad tech" of "February 27, 2018 at 4:33 AM" email | Meta (Acharya Decl. Row 282) | |
| 892-12 | Ex. H57 | PALM-006209595-596, between "tax at the end of the first term (3.5 yrs)" and "Partners renege on their contractual obligations;" between "training data for their ad systems." and "Optics of partnering with Google in market;" between | Meta (Acharya Decl. Row 283) | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | "Optics of partnering with Google in market" and "Contracted payments to Google;" and between "Contracted payments to Google" and "From: Henry Erskine Crum" of "February 27, 2018 at 4:33 AM" email | | |
| 892-12 | Ex. H57 | PALM-006209596-597, between "(where the market is growing)," and "of the $52B publisher ecosystem;" and between "and the monetary investment required for (2)." and "Thanks! -- Henry" of "February 26, 2018 at 23:42" email | Meta (Acharya Decl. Row 284) | |
| 892-12 | Ex. H57 | PALM-006209600-613, entire slides | Meta (Acharya Decl. Row 285) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 81** | | | | |
| 892-13 | Ex. H58 | PALM-011831167-168 ¶ 6, after "Re-Authorization of Equity Subcommittee Delegation" | Meta (Acharya Decl. Row 286) | |
| 892-13 | Ex. H58 | PALM-011831168-169 ¶ 7, after "Equity Pool Evergreen Increase" | Meta (Acharya Decl. Row 287) | |
| 892-13 | Ex. H58 | PALM-011831171 at Exhibit A, after "Approved Expenditures" | Meta (Acharya Decl. Row 288) | |
| 892-13 | Ex. H58 | PALM-011831190, row 4 of column 5 (Reed Hastings), below "Netflix" | Meta (Acharya Decl. Row 289) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 83** | | | | |
| 892-13 | Ex. H59 | PALM-016986654-655, | Meta (Acharya Decl. Row 290) | |

[Proposed] Order Regarding Omnibus Motion to Seal

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| | | between "here's what they want from us," and "Susan" of "February 18, 2015 at 7:04 PM" email | | |
| 892-13 | Ex. H59 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 291) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 92** | | | | |
| 892-13 | Ex. H60 | Entire document | Meta (Acharya Decl. Row 292) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 93** | | | | |
| 892-13 | Ex. H61 | Entire document | Meta (Acharya Decl. Row 293) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 94** | | | | |
| 892-13 | Ex. H62 | Entire document | Meta (Acharya Decl. Row 294) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 95, PX-412 Olivan Deposition** | | | | |
| 892-13 | Ex. H63 | Email addresses of Meta employees as highlighted in exhibit | Meta (Acharya Decl. Row 295) | |
| 892-13 | Ex. H63 | PALM-014546138, between "we learned of two key blockers:" and "We believe that the majority of" of "January 30, 2019 at 10:10 PM" email | Meta (Acharya Decl. Row 296) | |
| 892-13 | Ex. H63 | PALM-014546139, between "From my side, I think the main issues are:" and "In terms of performance" of "January 30, 2019 at 1:37 PM" email | Meta (Acharya Decl. Row 297) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 96, PX-1926 Sandberg Deposition** | | | | |
| 892-13 | Ex. H64 | Entire document | Meta (Acharya Decl. Row 298) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 97** | | | | |

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| 892-12 | Ex. H65 | Entire document | Meta (Acharya Decl. Row 299) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 99** | | | | |
| 892-13 | Ex. H66 | Entire document | Meta (Acharya Decl. Row 300) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 100, PX-119 Parikh Deposition** | | | | |
| 892-13 | Ex. H67 | Entire document | Meta (Acharya Decl. Row 301) | |
| **Advertiser Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment, Exhibit 105** | | | | |
| 892-14 | Ex. H68 | 2, between "specific in-app analytics—" and "—that he believed it would be" | Meta (Acharya Decl. Row 302) | |
| 892-14 | Ex. H68 | 3, image snip between "You should figure out how to do this" and "PALM-016564836" | Meta (Acharya Decl. Row 303) | |
| 892-14 | Ex. H68 | 3, image snip between "This is really important" and "/ or let us install a really heavy" | Meta (Acharya Decl. Row 304) | |
| 892-14 | Ex. H68 | 6, image snip between "specialized tools (like Wireshark)" and "PX 414 at 1" | Meta (Acharya Decl. Row 305) | |
| 892-14 | Ex. H68 | 7, image between "companies' valuable analytics. *Id.*" and "PX 414 at 6" | Meta (Acharya Decl. Row 306) | |
| 892-14 | Ex. H68 | 11, left image snip between "Sending message" and "We used it to measure" | Meta (Acharya Decl. Row 307) | |
| 892-14 | Ex. H68 | 11, right image snip between "video_type (ad or content)" and "PX 1205 at 2-3 (Snapchat); id. at 2 (YouTube)" | Meta (Acharya Decl. Row 308) | |
| 892-14 | Ex. H68 | 11, image between "PX 1205 at 2-3 (Snapchat); id. at 2 (YouTube)" and "PX 1205 at 3" | Meta (Acharya Decl. Row 309) | |

41

| Dkt. No. | Vanderslice Decl. Exhibit | Portion of Document Sought to Be Sealed, If Applicable | Designating Party | Ruling |
|---|---|---|---|---|
| 892-14 | Ex. H68 | 14, image above "Id. at 3" | Meta (Acharya Decl. Row 310) | |
| **Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 3, Excerpts of Expert Merits Report of Tilman Klumpp, Ph.D., dated Jan. 12, 2024** | | | | |
| 901-2 | Ex. I1 | 77 ¶ 151, between "others at Facebook, writing;" and "In the same e-mail, Ms. Chang advised that;" between "In the same e-mail, Ms. Chang advised that" and "Ms. Chang testified that;" and after "Zuckerberg on April 30, 2014" | Meta (Acharya Decl. Row 311) | |
| 901-2 | Ex. I1 | 84 ¶ 167 n.360, between "at 266" and "PALM-ADI-0001000836-837" | Meta (Acharya Decl. Row 312) | |
| **Defendant Meta Platforms, Inc.'s Reply in Support of Motion to Exclude Expert Testimony and Opinions of Tilman Klumpp, Exhibit 4, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024** | | | | |
| 901-3 | Ex. I2 | 289:7, between "irrational for Facebook to" and "in -- to make that decision" | Meta (Acharya Decl. Row 313) | |
| **Defendant Meta Platforms, Inc.'s Reply in Support of Motion for Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 12, Excerpts of Expert Merits Report of Michael A. Williams, Ph.D., dated Aug. 5, 2024** | | | | |
| 903-2 | Ex. J1 | 92-93 ¶ 235, image between "OVER TIME IN THE U.S." and "Source: PALM-014824975" | Meta (Acharya Decl. Row 314) | |
| **Defendant Meta Platforms, Inc.'s Reply in Support of Motion for Summary Judgment Regarding First Amended Consolidated Advertiser Class Action Complaint, Exhibit 15, Excerpts of Transcript of Deposition of Tilman Klumpp, held on Mar. 5, 2024** | | | | |
| 903-5 | Ex. J2 | 277:16-18, between "Microsoft agreement that says that" and " Well, there is -- so this" | Meta (Acharya Decl. Row 315) | |
| 903-5 | Ex. J2 | 289:7, between "irrational for Facebook to" and "in -- to make that decision" | Meta (Acharya Decl. Row 316) | |

1

2

3  Dated: _____                    _____

4                                                   JAMES DONATO
                                                    United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28