UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation headquartered in California,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT META PLATFORM INC.'S RESPONSE TO ADVERTISER PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 910)**<br><br>Judge: Hon. James Donato |

Having considered Meta's Response to Advertiser Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed;

**IT IS HEREBY ORDERED**:

The following portions of Advertisers' Opposition to Omnibus Motion to Seal (Dkt. 910-3) may be filed under seal:

| Dkt. No. | Portion of Document Sought to Be Sealed | Designating Party | Ruling |
|---|---|---|---|
| **Advertisers' Opposition to Omnibus Motion to Seal (Dkt. 910-3)** | | | |
| 910-3 | 2:20-22, between "that restrict it from" and "Beyond age" | Meta (Acharya Decl. Row 1) | |
| 910-3 | 4:17-18, between "analysis?:'" and "Meta further" | Meta (Acharya Decl. Row 2) | |
| 910-3 | 4:23-26, between "technical details" and "and competitive importance" | Meta (Acharya Decl. Row 3) | |
| 910-3 | 5:5, between "iOS to" and "in order to" | Meta (Acharya Decl. Row 4) | |

Dated: _____, \_\_\_\_\_

                                      Honorable James Donato
                                      United States District Court Judge
                                      Northern District of California