UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No.  20-cv-08570-JD<br><br>**ORDER RE CONCURRENT EXPERT EVIDENCE PROCEEDING** |

A concurrent expert evidence proceeding, or "hot tub," is set for June 5, 2025, at 10:00 a.m.  The proceeding will be conducted as a conversation between the parties' designated expert witnesses, Michael Williams and Catherine Tucker, with the Court moderating the discussion.  The proceeding will be used in connection with the pending motion to exclude Williams' expert opinions.  *See* Dkt. No. 800.

The expert witnesses are directed to meet and confer in person or in a live video call to prepare a joint statement that lists by descending order of importance the top three (3) topics of disagreement between them.  Three is a limit, not a requirement.  For each topic, the experts will jointly present a short comment, not to exceed two paragraphs, that summarizes the nature of the disagreement.  Counsel will facilitate the logistics for the meet and confer, but the formulation of the joint statement is entirely up to the witnesses.  Counsel may not participate in determining or drafting the contents of the joint statement.  Counsel will file the joint statement by May 8, 2025.

The Court will use this joint statement as an agenda for the discussion.  The witnesses will be invited to comment on one another's remarks and to pose questions.  Counsel for the parties sponsoring the witnesses may be allowed to ask follow-up questions in the Court's discretion.  At the end of the proceeding, the Court will ask each witness to summarize his or her position on

selected issues, and to identify issues for which disagreement has been resolved. The witnesses will be put under oath, and the discussion will be reported.

**IT IS SO ORDERED.**

Dated: April 4, 2025

JAMES DONATO
United States District Judge