WILMERHALE

April 17, 2025

**Sonal N. Mehta**

+1 650 600 5051 (t)
+1 650 858 6100 (f)
sonal.mehta@wilmerhale.com

<u>VIA ECF</u>

The Honorable James Donato
United States District Judge for the Northern District of California
450 Golden Gate Avenue, Courtroom 11, 19th Floor
San Francisco, CA 94102

Re:   *Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD

Dear Judge Donato:

Meta Platforms, Inc. respectfully requests a brief continuance of the concurrent expert proceeding currently scheduled for June 5, 2025. Dkt. 919. Meta's class certification expert Dr. Catherine Tucker is expected to testify at trial in *FTC v. Meta Platforms, Inc.*, No. 20-cv-3590 (D.D.C.), in which trial has been scheduled since November 25, 2024, in the first week of June and may be unavailable on the date that the Court scheduled. Dr. Tucker is available at a later date in June convenient for the Court, such as the week of June 16. Dr. Tucker is also available in July, when Meta understands the Court is currently holding dates for trial in this case. Trial is scheduled to begin June 30, 2025, and last week Meta sought the Court's guidance as to whether it intended to proceed on that date in view of the posture of the case. Dkt. 920.

Respectfully submitted,

By: <u>/s/ Sonal N. Mehta</u>
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
*Attorney for Defendant Meta Platforms, Inc.*