| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (SBN 354631)<br>  Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br>  Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br>  Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br>  Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br>  Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br>  Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                     Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING CONSOLIDATED CONSUMER CLASS ACTION COMPLAINT**<br><br>Hearing Date: July 24, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

1  I, DAVID Z. GRINGER, declare as follows:

2      1.    I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Motion for Summary Judgment Regarding the Consolidated Consumer Class Action Complaint.

3      2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Abridged Expert Declaration of Nicholas Economides, Ph.D. in Support of Renewed Motion to Certify Consumer Class, dated May 24, 2024.

4      3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript from Sarah Lamdan's merits deposition held on March 21, 2024.

5      4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript from Nicholas Economides's merits deposition held on March 15, 2024.

6      5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript from Joseph Farrell's merits deposition held on March 15, 2024.

7      6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Merits Expert Report of Joseph Farrell, dated January 12, 2024.

8      7.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript from Nicholas Economides's class certification deposition held on September 14, 2023.

9      8.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the transcript from Maximilian Klein held on May 31, 2023.

10      9.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition held on April 24, 2023.

11      10.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition held on April 25, 2023.

12      11.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript from Rachel Banks Kupcho's deposition held on May 22, 2023.

13      12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the Expert Merits Report of Nicholas Economides, dated January 12, 2024.

1    13.  Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the transcript from Christopher DeWolfe's deposition in the matters *Federal Trade Commission v. Meta Platforms, Inc., et al.*, No. 3:22-cv-03590-JEB (D.D.C.) and *Maximilian Klein, et al., v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.), held on March 10, 2023.

14.  Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcript from Bradley Horowitz's deposition in the matters *Federal Trade Commission v. Meta Platforms, Inc., et al.*, No. 3:22-cv-03590-JEB (D.D.C.) and *Maximilian Klein, et al., v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.), held on May 17, 2023.

15.  Attached hereto as Exhibit 14 is a true and correct copy of excerpts of Consumer Plaintiffs' Second Supplemental Responses and Objections to Interrogatory Nos. 6, 7, and 8 of Defendant Meta Platforms, Inc.'s Second Set of Interrogatories, dated January 18, 2023.

16.  Attached hereto as Exhibit 15 is a true and correct copy of excerpts of Consumer Plaintiffs' Supplemental Responses and Objections to Interrogatory Nos. 15 and 16, dated February 15, 2023.

17.  Attached hereto as Exhibit 16 is a true and correct copy of excerpts of Consumer Plaintiffs' Third Supplemental Responses and Objections to Interrogatory No. 1 of Defendant Meta Platforms, Inc.'s First Set of Interrogatories, dated June 23, 2023.

18.  Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the Declaration of Dr. Nicholas Economides in Support of Consumer Plaintiffs' Motion for Class Certification Errata, dated July 27, 2023.

19.  Attached hereto as Exhibit 18 is a true and correct copy of excerpts of Consumer Plaintiffs' Responses and Objections to Defendant Meta Platforms, Inc.'s Fourth Set of Interrogatories, dated March 24, 2023.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 28th day of April, 2025, in New York, New York.

By: */s/ David Z. Gringer*
    David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:   */s/ Sonal N. Mehta*
       Sonal N. Mehta