| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (SBN 354631) Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) Sonal.Mehta@wilmerhale.com 2600 El Camino Real, Suite 400 Palo Alto, California 94306 Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) Molly.Jennings@wilmerhale.com 2100 Pennsylvania Ave NW Washington, DC 20037 Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) David.Gringer@wilmerhale.com ROSS E. FIRSENBAUM (*pro hac vice*) Ross.Firsenbaum@wilmerhale.com RYAN CHABOT (*pro hac vice*) Ryan.Chabot@wilmerhale.com PAUL VANDERSLICE (*pro hac vice*) Paul.Vanderslice@wilmerhale.com 7 World Trade Center 250 Greenwich Street New York, New York 10007 Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) Michaela.Sewall@wilmerhale.com 60 State Street Boston, Massachusetts 02109 Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF NICHOLAS ECONOMIDES**<br><br>Hearing Date: July 24, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Motion to Exclude the Testimony and Opinions of Nicholas Economides.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Abridged Expert Declaration of Nicholas Economides, Ph. D. in Support of Renewed Motion to Certify Consumer Class, dated May 24, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript from Nicholas Economides's merits deposition held on March 15, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript from Nicholas Economides's class certification deposition held on September 14, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Expert Merits Report of Nicholas Economides, dated January 12, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript from Rachel Banks Kupcho's deposition held on May 22, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition held on April 24, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition held on April 25, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript from Maximilian Klein's deposition held on May 31, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of a document produced in this litigation, bearing Bates number KLEIN-META_AMAZON_0007540.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of an article by Nicholas Economides, *Antitrust Issues In Network Industries* (May 2008).

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of Consumer Plaintiffs' Supplemental Responses and Objections to Interrogatory Nos. 15 and 16, dated February 15, 2023.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the Expert Merits Rebuttal Report of Dr. Nicholas Economides, dated February 9, 2024.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 28th day of April, 2025, in New York, New York.

By:   */s/ David Z. Gringer*
      David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:  /s/ Sonal N. Mehta
     Sonal N. Mehta