| | |
|---|---|
| WILMER CUTLER PICKERING<br> HALE AND DORR LLP | ARI HOLTZBLATT (SBN 354631)<br> Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086)<br> Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*)<br> Molly.Jennings@wilmerhale.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*)<br> David.Gringer@wilmerhale.com<br>ROSS E. FIRSENBAUM (*pro hac vice*)<br> Ross.Firsenbaum@wilmerhale.com<br>RYAN CHABOT (*pro hac vice*)<br> Ryan.Chabot@wilmerhale.com<br>PAUL VANDERSLICE (*pro hac vice*)<br> Paul.Vanderslice@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*)<br> Michaela.Sewall@wilmerhale.com<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1   Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify
2   sealing procedures for dispositive motions and merits *Daubert* briefing, Dkt. 745, Meta Platforms,
3   Inc. respectfully requests that the Court seal the attached Motion to Exclude the Expert Testimony
4   and Opinions of Joseph Farrell and accompanying exhibits. In accordance with the Court's Order,
5   the reasons for sealing will be discussed in a forthcoming omnibus sealing motion to be filed on
6   the schedule set forth in that Order. Meta anticipates additional review of the materials to ensure
7   that any requests for sealing are appropriately tailored. Redacted copies of the documents sought
8   to be sealed have been publicly filed on the docket.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. 3:20-cv-08570-JD                                                      META PLATFORMS, INC.'S
                                                                          INTERIM MOTION TO SEAL

| | | |
|---|---|---|
| 1 | Date: April 28, 2025 | Respectfully submitted, |
| 2 | | By: */s/  Sonal N. Mehta* |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | |  Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP<br>2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306<br>Telephone: (650) 858-6000 |
| 7 | | |
| 8 | | DAVID Z. GRINGER (*pro hac vice*)<br> David.Gringer@wilmerhale.com |
| 9 | | ROSS E. FIRSENBAUM (*pro hac vice*)<br> Ross.Firsenbaum@wilmerhale.com |
| 10 | | RYAN CHABOT (*pro hac vice*)<br> Ryan.Chabot@wilmerhale.com |
| 11 | | PAUL VANDERSLICE (*pro hac vice*)<br> Paul.Vanderslice@wilmerhale.com |
| 12 | | WILMER CUTLER PICKERING HALE |
| 13 | | AND DORR LLP<br>7 World Trade Center |
| 14 | | 250 Greenwich Street<br>New York, New York 10007 |
| 15 | | Telephone: (212) 230-8800 |
| 16 | | ARI HOLTZBLATT (SBN 354631) |
| 17 | |  Ari.Holtzblatt@wilmerhale.com<br>MOLLY M. JENNINGS (*pro hac vice*) |
| 18 | |  Molly.Jennings@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 19 | | AND DORR LLP |
| 20 | | 2100 Pennsylvania Avenue NW<br>Washington, DC 20037 |
| 21 | | Telephone: (202) 663-6000 |
| 22 | | MICHAELA P. SEWALL (*pro hac vice*) |
| 23 | |  Michaela.Sewall@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 24 | | AND DORR LLP<br>60 State Street |
| 25 | | Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |
| 26 | | |
| 27 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 28 | | |