1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Kevin Y. Teruya (Bar No. 235916)
2  kevinteruya@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, CA 90017
   (213) 443-3000
4
   **HAGENS BERMAN SOBOL SHAPIRO LLP**
5  Shana E. Scarlett (Bar No. 217895)
   shanas@hbsslaw.com
6  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
7  (510) 725-3000

8  *Attorneys for Plaintiffs Maximilian Klein,*
   *Rachel Banks Kupcho, and Sarah Grabert*
9

10 [Additional counsel listed on signature page]

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                        **SAN FRANCISCO DIVISION**

15 | MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
|---|---|
| Plaintiffs, | **CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL CONSUMER PLAINTIFFS' RENEWED MOTION TO EXCLUDE PORTIONS OF DR. JOHN LIST'S PROPOSED TESTIMONY AND SUPPORTING MATERIALS** |
| vs. | |
| META PLATFORMS, INC., | |
| Defendant. | |
| This Document Relates To: All Consumer Actions | The Hon. James Donato |

1   Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify the
2   sealing procedures applicable to *Daubert* and other briefing, Dkt. 745, Consumer Plaintiffs submit
3   this interim administrative motion to provisionally file under seal the unredacted versions of
4   Consumer Plaintiffs' Renewed Motion to Exclude Portions of Dr. John List's Proposed Testimony
5   and certain exhibits submitted as attachments to the declaration of Claire D. Hausman in support
6   thereof. Consistent with the Court's March 25, 2024 Order, Consumer Plaintiffs will coordinate with
7   Facebook and non-parties to file an omnibus sealing motion. In the interim, Consumers respectfully
8   request that the Court provisionally maintain under seal the requested materials.

DATED: April 28, 2025

By: */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
 shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
 steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
 wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
 rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
 bdclark@locklaw.com
Kyle Pozan (admitted *pro hac vice*)
 kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
 lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

By: */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
Scott L. Watson (Bar No. 219147)
 scottwatson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
 clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
 brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Michelle Schmit (admitted *pro hac vice*)
 michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Manisha M. Sheth (admitted *pro hac vice*)
 manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiffs Maximilian Klein,
Rachel Banks Kupcho, and Sarah Grabert*

## ATTESTATION OF KEVIN Y. TERUYA

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: April 28, 2025                             By   */s/ Kevin Y. Teruya*
                                                                     Kevin Y. Teruya

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By   */s/ Kevin Y. Teruya*
       Kevin Y. Teruya