1    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
       Claire D. Hausman (Bar No. 282091)
2      clairehausman@quinnemanuel.com
       865 South Figueroa Street, 10th Floor
3      Los Angeles, CA 90017
       (213) 443-3000
4
     *Attorneys for Plaintiffs Maximilian Klein,*
5    *Rachel Banks Kupcho, and Sarah Grabert*

6

7

8

9

10

11                    **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13                     **SAN FRANCISCO DIVISION**

14   MAXIMILIAN KLEIN, et al.,              Consolidated Case No. 3:20-cv-08570-JD

15              Plaintiffs,

16          vs.                             **DECLARATION    OF    CLAIRE    D.
                                            HAUSMAN IN SUPPORT OF CONSUMER
17   META PLATFORMS, INC.,                  PLAINTIFFS'   RENEWED   MOTION   TO
                                            EXCLUDE    PORTIONS    OF   DR.   JOHN
18                                          LIST'S PROPOSED TESTIMONY
                Defendant.
19                                          The Hon. James Donato
     This Document Relates To: All Actions
20                                          .

21

22

23

24

25

26

27

28

I, Claire D. Hausman, declare:

1.      I am of counsel at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). I have been actively involved in this action, am familiar with the proceedings, and have personal knowledge of the matters stated herein.

2.      I respectfully submit this declaration in support of Consumer Plaintiffs' Renewed Motion to Exclude Portions of Dr. John List's Proposed Testimony. Attached to this declaration are true and correct copies of **Exs. 1-16**, which are documents and deposition transcripts that Consumer Plaintiffs cite in their Motion. For the Court's convenience, the relevant portions of the documents and deposition transcripts have been excerpted where applicable.[1]

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---------|----------------------|-------------------------------|
| 1 | Excerpts from Merits Expert Report of Facebook Expert John A. List, Ph.D. | Yes |
| 2 | Excerpts from Appendices to Merits Expert Report of Facebook Expert John A. List, Ph.D. | Yes |
| 3 | Excerpts from Deposition of Dr. John List, taken in *Klein v. Meta Platforms* on March 1, 2024 | Yes |
| 4 | Excerpts from Merits Expert Rebuttal Report of Consumer Expert Joseph Farrell, D. Phil. | Yes |
| 5 | Excerpts from Merits Expert Report of Facebook Expert Dennis Carlton, Ph.D. | Yes |
| 6 | Excerpts from Deposition of Dr. Dennis Carlton, taken in *Klein v. Meta Platforms* on March 7, 2024 | Yes |
| 7 | Excerpts from FTC Rebuttal Expert Report of Facebook Expert Dennis W. Carlton, Ph.D. in *FTC v. Meta Platforms* Case | Yes |
| 8 | Excerpts from Hendel, Igal, and Aviv Nevo. "Measuring the implications of sales and consumer inventory behavior." Econometrica 74, no. 6 (2006). | No |
| 9 | Excerpts from 2023 Merger Guidelines from the U.S. Department of Justice and the Federal Trade Commission | No |

---

[1]   Should the Court find it helpful, Consumers can submit any cited materials in full.

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 10 | Excerpts from Facebook's January 23, 2023 Responses and Objections to Consumer Plaintiffs' Fifth Set of Requests for Production | No |
| 11 | Discovery Correspondence Between Facebook and Consumer Plaintiffs Regarding Structured Data Requests | No |
| 12 | Excerpts from *Antitrust in Attention Markets: Objections and Responses*, John M. Newman, 59 Santa Clara L. Rev. 743 (2020) | No |
| 13 | Excerpts from Natural Experiments, *Antitrust Law Developments* (Ninth Ed.), American Bar Association (2022) | No |
| 14 | Excerpts from Perloff and Carlton, *Industrial Organization*, 2d ed. | No |
| 15 | Excerpts from Besanko and Braeutigam, *Microeconomics*, 3d ed. | No |
| 16 | Excerpts from *Natural Experiments* (Ch. 31), Mary Coleman & James Langenfeld, Issues in Competition Law and Policy, American Bar Association (2008) | No |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of April, 2025 in Los Angeles, California.

By _____*/s/ Claire D. Hausman*_____

Claire D. Hausman