# EXHIBIT 15

# MICROECONOMICS

**THIRD EDITION**

**DAVID A. BESANKO**

Northwestern University, Kellogg School of Management

**RONALD R. BRAEUTIGAM**

Northwestern University, Department of Economics

**GE FOR GENERATIONS**

ions. When Charles Wiley first
an in 1807, it was a generation
And we were there, helping to
alf a century later, in the midst
eration focused on building the
ritical scientific, technical, and
world. Throughout the 20th
egan to reach out beyond their
 was born. Wiley was there,
ble a global exchange of ideas,

of each generation's journey,
g necessary to meet their needs
nologies are changing the way
you the must-have knowledge
, and new opportunities.

nt on Wiley to provide you the
!

**PETER BOOTH WILEY**
CHAIRMAN OF THE BOARD

| | |
|---|---|
| VP & EXECUTIVE PUBLISHER | Don Fowley |
| ASSOCIATE PUBLISHER | Judith R. Joseph |
| ASSOCIATE EDITOR | Jennifer Conklin |
| SENIOR PRODUCTION EDITOR | Valerie Vargas |
| MARKETING MANAGER | Amy Scholz |
| CREATIVE DIRECTOR | Harry Nolan |
| SENIOR DESIGNER | Madelyn Lesure |
| PRODUCTION MANAGEMENT SERVICES | Ingrao Associates |
| SENIOR ILLUSTRATION EDITOR | Anna Melhorn |
| PHOTO EDITOR | Tara Sanford |
| EDITORIAL ASSISTANT | Gillian Edgar |
| MEDIA EDITOR | Allison Morris |
| COVER PHOTO | Eastcott Momatiuk/Stone/Getty Images |

Bicentennial Logo Design: Richard J. Pacifico

This book was set in 10/12 Janson by GGS Book Services and printed and bound by RR Donnelley, Inc. The cover was printed by RR Donnelley, Inc.

This book is printed on acid free paper. ∞

Chapter Opener 1 Marianna Day Massey/Zuma/NewsCom; Chapter Opener 2 Ralph Pleasant/Foodpix/Jupiter Images; Chapter Opener 3 Getty Images, Inc.; Chapter Opener 4 Stock Food/Punchstock; Chapter Opener 5 ©Corbis; Chapter Opener 6 Glow Images/Punchstock; Chapter Opener 7 Dennis MacDonald/Alamy; Chapter Opener 8 Blend Images/Punchstock; Chapter Opener 9 Koichiro Shimauchi/Amana Images/Getty Images, Inc.; Chapter Opener 10 Photolibrary/Getty Images, Inc.; Chapter Opener 11 Photodisc/Punchstock; Chapter Opener 12 Paul J. Richards/AFP/Getty Images, Inc.; Chapter Opener 13 AFP/Getty Images, Inc.; Chapter Opener 14 AFP/Getty Images, Inc.; Chapter Opener 15 ImageState/Media Bakery; Chapter Opener 16 Associated Press; Chapter Opener 17 Juan Silva/Digital Vision/Getty Images, Inc.

Copyright © 2008 John Wiley & Sons, Inc. All rights reversed. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc. 222 Rosewood Drive, Danvers, MA 01923, website www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030-5774, (201)748-6011, fax (201)748-6008, website http://www.wiley.com/go/permissions.

To order books or for customer service, please call 1-800-CALL WILEY (225-5945).

ISBN: 13  978-0470-04924-2

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

**DAVID BESANKO** is the Alvin J. Hus[...] guished Professor of Management and Strate[...] Kellogg School of Management at Nort[...] University. He is currently Senior Associate [...] Academic Affairs: Planning and External [...] and from 2001 to 2003 served as Senior A[...] Dean for Academic Affairs: Curriculum and T[...] Professor Besanko received his AB in Polit[...] ence from Ohio University in 1977, his MS [...] agerial Economics and Decision Science[...] Northwestern University in 1980, and his [...] Managerial Economics and Decision Scien[...] Northwestern University in 1982. Before joi[...] Kellogg faculty in 1991, Professor Besank[...] member of the faculty of the School of Bu[...] Indiana University from 1982 to 1991. In add[...] 1985, he held a postdoctorate position [...] Economics Staff at Bell Communications R[...] Professor Besanko teaches courses in the [...] Management and Strategy, Competitive Strat[...] Managerial Economics. In 1995, the graduati[...] at Kellogg awarded Professor Besanko th[...] Lavengood Professor of the Year, the highest t[...] honor a faculty member at Kellogg can receiv[...] Kellogg School, he has also received the [...] Choice Teaching Award in 2006, the Sidney [...] Teaching Award (1998, 2000) and the Chai[...] Teaching Award (1999, 2001, 2003, 2005).

Professor Besanko does research on topi[...] ing to competitive strategy, industrial organ[...] the theory of the firm, and economics of reg[...] He has published two books and over 40 ar[...] leading professional journals in economics a[...] ness, including the *American Economic Revi[...] Quarterly Journal of Economics*, the *RAND Jo[...] Economics*, the *Review of Economic Studies*, and *M[...] ment Science*. Professor Besanko is a co-au[...] *Economics of Strategy* with David Dranove[...] Shanley, and Scott Schaefer.

48    CHAPTER 2  DEMAND AND SUPPLY ANALYSIS

**TABLE 2.5    Cross-Price Elasticities of Demand for Selected Meat Products***

|  | Price of Beef | Price of Pork | Price of Chicken |
|---|---|---|---|
| Demand for beef | −0.65** | 0.01*** | 0.20 |
| Demand for pork | 0.25 | −0.45 | 0.16 |
| Demand for chicken | 0.12 | 0.20 | −0.65 |

*Sources:* Table 1–4 in Daniel B. Suits, "Agriculture," Chapter 1 in *The Structure of American Industry*, 8th ed., Walter Adams and James Brock, eds. (Englewood Cliffs, NJ: Prentice-Hall, 1990).

**This is the price elasticity of demand for beef.

***This is the cross-price elasticity of demand for beef with respect to the price of pork.

**demand substitutes** Two goods related in such a way that if the price of one increases, demand for the other increases.

where $P_j$ denotes the initial price of good $j$ and $Q_i$ denotes the initial quantity of good $i$ demanded. Table 2.5 shows cross-price elasticities of demand for selected meat products.

Cross-price elasticities can be positive or negative. If $\epsilon_{Q_i, P_j} > 0$, a higher price for good $j$ increases the demand for good $i$. In this case, goods $i$ and $j$ are **demand substitutes**. Table 2.5 shows examples of demand substitutes. For example, the fact

### APPLICATION 2.4

### How People Buy Cars: The Importance of Price

Table 2.6 presents estimates of the cross-price elasticities of demand for some of the makes of automobiles shown in Table 2.3. (The table contains the price elasticities of demand for these makes as well.) The table shows, for example, that the cross-price elasticity of demand for Ford Escort with respect to the price of a Nissan Sentra is 0.054, indicating that the demand for Ford Escorts goes up at a rate of 0.054 percent for each 1 percent increase in the price of a Nissan Sentra. Although all of the cross-price elasticities are fairly small, note that the cross-price elasticities between compact cars (Sentra, Escort) and luxury cars (Lexus LS400, BMW 735i) are zero or close to zero. This makes sense: Compacts and luxury cars are distinct market segments. Different people buy BMWs than buy Ford Escorts, so the demand for one should not be much affected by the price of the other. By contrast, the cross-price elasticities within the compact segment are relatively higher. This suggests that consumers within this segment view Sentras and Escorts as substitutes for one another.

**TABLE 2.6    Cross-Price Elasticities of Demand for Selected Makes of Automobiles***

|  | Price of Sentra | Price of Escort | Price of LS400 | Price of 735i |
|---|---|---|---|---|
| Demand for Sentra | −6.528** | 0.078*** | 0.000 | 0.000 |
| Demand for Escort | 0.054 | −6.031 | 0.001 | 0.000 |
| Demand for LS400 | 0.000 | 0.001 | −3.085 | 0.093 |
| Demand for 735i | 0.000 | 0.001 | 0.032 | −3.515 |

*Sources:* Adapted from Table VI in S. Berry, J. Levinsohn, and A. Pakes, "Automobile Prices in Market Equilibrium," *Econometrica*, 63 (July 1995): 841–890.

**This is the price elasticity of demand for a Sentra.

***This is the cross-price elasticity of demand for a Sentra with respect to the price of an Escort.