UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. <br><br> This Document Relates To: All Consumer Actions | Consolidated Case No. 3:20-cv-08570-JD <br><br> **[PROPOSED] ORDER GRANTING CONSUMER PLAINTIFFS' RENEWED MOTION TO EXCLUDE PORTIONS OF DR. JOHN LIST'S PROPOSED TESTIMONY** <br><br> The Hon. James Donato |

1    Now before the Court is Consumer Plaintiffs' Renewed Motion to Exclude Portions of Dr.
2  John List's Proposed Testimony. Having reviewed the record, the arguments of counsel, and the
3  relevant authorities, the Court **GRANTS** Consumer Plaintiff's Motion and excludes Dr. List's
4  opinions regarding his: (1) pricing experiment, (2) de-merger model, (3) India Ban analysis, and (4)
5  switching analysis.

6

7    **IT IS SO ORDERED.**

8

9

10  Dated: _____, 2025

11                                                      _____
                                                        HONORABLE JAMES DONATO
12                                                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28