UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAXIMILIAN KLEIN; et al.,

      Plaintiffs - Petitioners,

 v.

META PLATFORMS, INC.,

      Defendant - Respondent,

-----------------------------------------

SNAP INC. and MICROSOFT
CORPORATION,

      Intervenors - Pending.

No. 25-983

D.C. No.
3:20-cv-08570-JD
Northern District of California,
San Francisco

ORDER

Before: TASHIMA and DESAI, Circuit Judges.

The motion (Docket Entry No. 18) for leave to file a reply in support of the

petition for permission to appeal is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f);

*Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing

factors this court considers in analyzing a Rule 23(f) petition).

Petitioners filed a notice (Docket Entry No. 1) of intent to file publicly the

petition and Volume 2 of the excerpts of record. *See* 9th Cir. R. 27-13(f). The

unopposed motions (Docket Entry Nos. 13, 16, and 25) to intervene and to

maintain portions of the petition and Volume 2 of the excerpts of record under seal are granted. Snap Inc.'s unopposed motions (Docket Entry No. 23) to seal its unredacted motions to intervene and to seal are also granted.

The clerk will file publicly respondent's motion to seal and supporting declarations (Docket Entry Nos. 25.1, 25.2, 25.3) and Snap Inc.'s motion to seal (Docket Entry No. 23.1). Volumes 1 and 3 of the excerpts of record are filed publicly at Docket Entry Nos. 4.2 and 4.4. The clerk will maintain the unredacted petition and Volume 2 of the excerpts of record under seal at Docket Entry Nos. 1.2, 1.3, 4.1, 4.3, 25.4, and 25.5. The clerk will also maintain under seal Snap Inc.'s unredacted motions to intervene and to seal at Docket Entry Nos. 23.2 and 24.

Within 21 days, petitioners must submit for public filing a redacted version of the petition that tracks the proposed redactions highlighted in Docket Entry No. 1.2. The page numbering and citations in the public version must remain the same as in the sealed version.

25-983