**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
 Kevin Y. Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
 865 South Figueroa Street, 10th Floor
 Los Angeles, CA 90017
 (213) 443-3000

*Attorneys for Plaintiffs Maximilian Klein,*
*Rachel Banks Kupcho, and Sarah Grabert*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
| Plaintiffs, | |
| vs. | **DECLARATION OF CLAIRE D. HAUSMAN IN SUPPORT OF CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANT FACEBOOK'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF JOSEPH FARRELL, D.PHIL** |
| META PLATFORMS, INC., | |
| Defendant. | |
| This Document Relates To: All Actions | The Hon. James Donato |

I, Claire D. Hausman, declare:

1. I am of counsel at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). I have been actively involved in this action, am familiar with the proceedings, and have personal knowledge of the matters stated herein.

2. I respectfully submit this declaration in support of Consumer Plaintiffs' Opposition to Defendant Facebook's Motion to Exclude Testimony and Opinions of Joseph Farrell, D.Phil. Attached to this declaration are true and correct copies of **Exs. 1-11**, which are documents and deposition transcripts that Consumer Plaintiffs cite in their Motion. For the Court's convenience, the relevant portions of the documents and deposition transcripts have been excerpted where applicable.[1]

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 1 | Merits Expert Report of Consumer Expert Joseph Farrell, D.Phil. | Yes |
| 2 | Excerpts from Merits Expert Rebuttal Report of Consumer Expert Joseph Farrell, D. Phil. | Yes |
| 3 | Excerpts from Merits Expert Report of Facebook Expert John A. List, Ph.D. | Yes |
| 4 | Excerpts from Deposition of Dr. John List, taken in *Klein v. Meta Platforms* on March 1, 2024 | Yes |
| 5 | Excerpts from Deposition of Joseph Farrell, D.Phil., taken in *Klein v. Meta Platforms* on March 15, 2024 | Yes |
| 6 | Excerpts from Deposition of Facebook, Inc through corporate designee Lars Backstrom, taken in *Klein v. Meta Platforms* on July 27, 2023 | Yes |
| 7 | PALM-003556066 | Yes |
| 8 | PALM-900000154 (Exhibit 2968) | No |
| 9 | CONSUMER-FB-0000002291 | No |
| 10 | Excerpts from 2023 Merger Guidelines from the U.S. Department of Justice and the Federal Trade Commission | No |

---

[1] Should the Court find it helpful, Consumers can submit any cited materials in full.

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 11 | Daniel P. O'Brien & Abraham L. Wickelgren, *A Critical Analysis of Critical Loss Analysis,* 71 Antitrust L.J. 161, 161 (2003) | No |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 12th day of May, 2025 in Los Angeles, California.

By   */s/ Claire D. Hausman*

Claire D. Hausman

**ATTESTATION**

I, Kevin Y. Teruya, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Claire D. Hausman has concurred in the filing of the above document.

By    */s/ Kevin Y. Teruya*

Kevin Y. Teruya