WILMER CUTLER PICKERING
HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF META PLATFORMS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF DR. DENNIS CARLTON'S PROPOSED TESTIMONY**<br><br>Hearing Date: TBD<br>Time: TBD<br>Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Opposition to Plaintiffs' Motion to Exclude Portions of Dr. Dennis Carlton's Proposed Testimony.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Expert Report of Dennis Carlton, dated January 12, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Merits Rebuttal Expert Report of Joseph Farrell, dated February 9, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript from the deposition of Dennis Carlton held on March 7, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Merits Expert Report of Joseph Farrell, dated January 12, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Expert Report of John A. List, dated January 12, 2024.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email exchange between Molly Jennings, Brantley Pepperman, and Claire Hausman regarding "No. 3:20-cv-08570-JD, Klein v. Meta Platforms, Inc. - Structured Data Requests," dated April 19-May 22, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Molly Jennings to Kevin Teruya regarding "*Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.)," dated June 23, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email exchange between Sonal Mehta and Kevin Teruya regarding "Potential Solution re Data Requests before CMC," dated April 26-27, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs' First Rule 30(b)(6) Notice of Deposition of Meta Platforms, Inc., dated May 18, 2022.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email from Laura Matson regarding "Klein v. Meta - Consumers' 30(b)(6) Deposition Notice," dated September 3, 2022.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter from Brantley Pepperman to Molly Jennings regarding "Facebook's Re-Production of Structured Data from *FTC v. Meta Platforms* Matter," dated June 16, 2023.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the transcript from the deposition of Joseph Farrell held on March 15, 2024.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcript from the deposition of John A. List held on March 1, 2024.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the transcript from the deposition of Maximilian Klein held on May 31, 2023.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the transcript from the deposition of Rachel Banks-Kupcho held on May 22, 2023.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the transcript from the deposition of Sarah Grabert held on April 24, 2023.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 12th day of May, 2025, in Waterbury, Connecticut.

By: */s/ David Z. Gringer*
David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By: *\/s/ Sonal N. Mehta*
Sonal N. Mehta