# EXHIBIT 3

# (FILED UNDER SEAL)