# EXHIBIT 5

# (FILED UNDER SEAL)