# EXHIBIT 6

## (FILED UNDER SEAL)