# EXHIBIT 7

## (FILED UNDER SEAL)