# EXHIBIT 9

## (FILED UNDER SEAL)