# EXHIBIT 10

# (FILED UNDER SEAL)