# EXHIBIT 12

## (FILED UNDER SEAL)