# EXHIBIT 13

## (FILED UNDER SEAL)