# EXHIBIT 14

## (FILED UNDER SEAL)