# EXHIBIT 15

## (FILED UNDER SEAL)