# EXHIBIT 16

## (FILED UNDER SEAL)