| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |

*Interim Co-Lead Consumer Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF NICHOLAS ECONOMIDES AND SARAH LAMDAN**<br><br>Hon. James Donato |
| This Document Relates To:<br><br>*All Consumer Actions* | |

I, Shana E. Scarlett, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), one of the attorneys of record for Consumer Plaintiffs in the above-titled action. I submit this declaration in support of Consumer Plaintiffs' renewed motion for class certification.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto are true and correct copies of the following Exhibits:

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 1 | Expert Report of Dr. Nicholas Economides, dated January 12, 2024. | |
| 2 | Excerpts of the Videotaped Virtual Deposition of Nichaolas Economides, Ph.D., taken in the above-referenced action on September 14, 2023 | Yes |
| 3 | PALM-003556066, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 4 | Expert Rebuttal Report of Dr. Nicholas Economides, dated February 9, 2024. | Yes |
| 5 | Excerpts of the Videotaped Deposition of Maximillian Klein, M.D., taken in the above-referenced action on May 31, 2023 by Tiffany M. Pietrzyk, CSR, RPR, CRR. | Yes |
| 6 | Excerpts from the Videotaped Deposition of Rachel Banks Kupcho, taken in the above-referenced action on May 22, 2023 by Alison C. Webster, CSR-6266, RPR, RMR, CRR, RDR | Yes |
| 7 | Excerpts of the Videotaped Deposition of Sarah Grabert (Vol. 1), taken in the above-referenced action on April 24, 2023 by Tiffany M. Pietrzyk, CSR, RPR, CRR. | Yes |
| 8 | Excerpts of the Videotaped Deposition of Sarah Grabert (Vol. 2), taken in the above-referenced action on April 25, 2023 by Tiffany M. Pietrzyk, CSR, RPR, CRR. | Yes |
| 9 | Excerpts of the Video Deposition via Zoom of Dr. Catherine Tucker, taken in the above-referenced action on September 7, 2023 by Julie Brown, RPR, CCR. | Yes |
| 10 | Abridged Expert Declaration of Nicholas Economides, Ph.D. in Support of Renewed Motion to Certify Consumer Class, dated May 24, 2024. | Yes |

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 11 | Excerpts of the Videotaped Deposition of Nicholas Economides, Ph.D., taken in the above-referenced action on March 15, 2024 by Theresa A. Vorkapic, CSR, RMR, CRR, RPR. | Yes |
| 12 | Excerpts of the 30(b)(1) Video Deposition via Zoom of Brian Action, taken in the above-referenced action on April 12, 2023 by Julie Brown, RPR, CCR. | Yes |
| 13 | Document Bates-numbered PALM-013176674-77, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 14 | Expert Merits Report of Sarah Lamdan, dated January 12, 2024. | Yes |
| 15 | Expert Merits Rebuttal Report of Sarah Lamdan, dated February 9, 2024. | Yes |
| 16 | Document Bates-numbered PALM-000277709-716, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 17 | Document Bates-numbered PALM-FTC-00202933-941, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 18 | Document Bates-numbered PALM-000277701-708, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 19 | Document Bates-numbered PALM-000277690-7700, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 20 | Document Bates-numbered PALM-001534880-890, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 21 | Document Bates-numbered PALM-FTC-00909820-24, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 22 | Document Bates-numbered PALM-ADI-0000682545, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 23 | Document Bates-numbered PALM-010644865, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 24 | Document Bates-numbered PALM-002420657-661, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 25 | document Bates-numbered PALM-006489548, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 26 | Document Bates-numbered PALM-002370637, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 27 | Document Bates-numbered PALM-FTC-00199013-16, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 28 | Excerpts of the Video Deposition via Zoom of D. Scott Baser, taken in the above-referenced action on June 14, 2023 by Angela Smith McGalliard, CCR, RPR, CRR, and Notary Public. | Yes |
| 29 | Document Bates-numbered PALM-014211416-424, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 30 | Document Bates-numbered PALM-007621636, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 31 | Document Bates-numbered PALM-006604510-512, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 32 | Document Bates-numbered PALM-005474710-712, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 33 | Document Bates-numbered PALM-004235532, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 34 | Document Bates-numbered PALM-010350030-30_0003, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 35 | Document Bates-numbered PALM-010595432, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 36 | Document Bates-numbered PALM-006489679-9715, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 37 | Document Bates-numbered PALM-006489549, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |

| Ex. No. | Description of Exhibit | Provisionally Filed Under Seal |
|---|---|---|
| 38 | Document Bates-numbered PALM-006002495, produced in the above-referenced action by Defendant Meta Platforms, Inc. | Yes |
| 39 | Excerpts from the Videotaped Deposition of Sarah Lamdan, taken in the above-referenced action on March 21, 2024 by Theresa A. Vorkapic, CSR, RMR, CRR, RPR. | Yes |
| 40 | Excerpts of the Merits Expert Report of Joseph Farrell, D.Phil., dated January 12, 2024. | Yes |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of May 2025 at Berkeley, California.

By  /s/ Shana E. Scarlett
SHANA E. SCARLETT