| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | ARI HOLTZBLATT (SBN 354631) Ari.Holtzblatt@wilmerhale.com |
| SONAL N. MEHTA (SBN 222086) Sonal.Mehta@wilmerhale.com 2600 El Camino Real, Suite 400 Palo Alto, California 94306 Telephone: (650) 858-6000 | MOLLY M. JENNINGS (*pro hac vice*) Molly.Jennings@wilmerhale.com 2100 Pennsylvania Ave NW Washington, DC 20037 Telephone: (202) 663-6000 |
| DAVID Z. GRINGER (*pro hac vice*) David.Gringer@wilmerhale.com ROSS E. FIRSENBAUM (*pro hac vice*) Ross.Firsenbaum@wilmerhale.com RYAN CHABOT (*pro hac vice*) Ryan.Chabot@wilmerhale.com PAUL VANDERSLICE (*pro hac vice*) Paul.Vanderslice@wilmerhale.com 7 World Trade Center 250 Greenwich Street New York, New York 10007 Telephone: (212) 230-8800 | MICHAELA P. SEWALL (*pro hac vice*) Michaela.Sewall@wilmerhale.com 60 State Street Boston, Massachusetts 02109 Telephone: (617) 526-6000 |

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated, <br><br>Plaintiffs,<br><br> v.<br><br> META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD <br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF META PLATFORMS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF DR. JOHN LIST'S PROPOSED TESTIMONY**<br><br>Hearing Date: TBD<br>Time: TBD<br>Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Opposition to Plaintiffs' Motion to Exclude Portions of Dr. John List's Proposed Testimony.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Expert Report of John A. List, dated January 12, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Merits Expert Report of Joseph Farrell, dated January 12, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript from the deposition of John A. List held on March 1, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Expert Report of Dennis Carlton, dated January 12, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Molly Jennings to Kevin Teruya regarding "User's Data Requests in *Klein v. Facebook, Case No. 3:20-cv-087970-JD*," dated March 17, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email exchange between Sonal Mehta and Kevin Teruya regarding "Potential Solution re Data Requests before CMC," dated April 26-27, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the Expert Reply Report of John A. List, dated February 9, 2024.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript from the deposition of Dennis Carlton held on March 7, 2024.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the transcript from the deposition of Joseph Farrell held on September 22, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript from the deposition of Joseph Farrell held on March 15, 2024.

1  I declare that the foregoing is true and correct under penalty of perjury.

2  Executed on this 12th day of May, 2025, in Waterbury, Connecticut.

By:    */s/ David Z. Gringer*<br>David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By: */s/ Sonal N. Mehta*
Sonal N. Mehta