# EXHIBIT 1

## (FILED UNDER SEAL)