# EXHIBIT 3

## (FILED UNDER SEAL)