# EXHIBIT 4

## (FILED UNDER SEAL)