# EXHIBIT 5

## (FILED UNDER SEAL)