# EXHIBIT 8

## (FILED UNDER SEAL)