# EXHIBIT 10

## (FILED UNDER SEAL)