| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |

*Attorneys for Plaintiffs Maximilian Klein,*
*Rachel Banks Kupcho, and Sarah Grabert*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>META PLATFORMS, INC.,<br><br>          Defendant.<br><br>This Document Relates To: All Consumer Actions | Consolidated Case No. 3:20-cv-08570-JD<br><br>**CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL CONSUMER PLAINTIFFS' OPPOSITION TO FACEBOOK'S MOTION FOR SUMMARY JUDGMENT REGARDING CONSOLIDATED CONSUMER CLASS ACTION COMPLAINT AND SUPPORTING MATERIALS**<br><br>The Hon. James Donato |

1  Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify the
2 sealing procedures applicable to dispositive, *Daubert*, and other briefing, Dkt. 745, Consumer
3 Plaintiffs submit this interim administrative motion to provisionally file under seal the unredacted
4 versions of Consumer Plaintiffs' Opposition to Facebook's Motion for Summary Judgment
5 Regarding Consumer Class Action Complaint and certain exhibits submitted as attachments to the
6 declaration of Kevin Y. Teruya in support thereof. Consistent with the Court's March 25, 2024 Order,
7 Consumer Plaintiffs will coordinate with Facebook and non-parties to file an omnibus sealing motion.
8 In the interim, Consumers respectfully request that the Court provisionally maintain under seal the
9 requested materials.

DATED: May 12, 2025

| | |
|---|---|
| By: */s/ Shana E. Scarlett* <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> Shana E. Scarlett (Bar No. 217895) <br>  shanas@hbsslaw.com <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> (510) 725-3000 <br><br> Steve W. Berman (admitted *pro hac vice*) <br>  steve@hbsslaw.com <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> (206) 623-7292 <br><br> **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** <br> W. Joseph Bruckner (admitted *pro hac vice*) <br>  wjbruckner@locklaw.com <br> Robert K. Shelquist (admitted *pro hac vice*) <br>  rkshelquist@locklaw.com <br> Brian D. Clark (admitted *pro hac vice*) <br>  bdclark@locklaw.com <br> Kyle Pozan (admitted *pro hac vice*) <br>  kjpozan@locklaw.com <br> Laura M. Matson (admitted *pro hac vice*) <br>  lmmatson@locklaw.com <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> (612) 339-6900 | By: */s/ Kevin Y. Teruya* <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> Kevin Y. Teruya (Bar No. 235916) <br>  kevinteruya@quinnemanuel.com <br> Adam B. Wolfson (Bar No. 262125) <br>  adamwolfson@quinnemanuel.com <br> Scott L. Watson (Bar No. 219147) <br>  scottwatson@quinnemanuel.com <br> Claire D. Hausman (Bar No. 282091) <br>  clairehausman@quinnemanuel.com <br> Brantley I. Pepperman (Bar No. 322057) <br>  brantleypepperman@quinnemanuel.com <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017-2543 <br> (213) 443-3000 <br><br> Michelle Schmit (admitted *pro hac vice*) <br>  michelleschmit@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606-1881 <br> (312) 705-7400 <br><br> Manisha M. Sheth (admitted *pro hac vice*) <br>  manishasheth@quinnemanuel.com <br> 295 5th Avenue, 9th Floor <br> New York, New York 10016 <br> (212) 849-7000 |

*Attorneys for Plaintiffs Maximilian Klein,*
*Rachel Banks Kupcho, and Sarah Grabert*

**ATTESTATION OF KEVIN Y. TERUYA**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: May 12, 2025          By  /s/ Kevin Y. Teruya
                                  Kevin Y. Teruya

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing it to be electronically served on all attorneys of record.

By  /s/ Kevin Y. Teruya
     Kevin Y. Teruya