WILMER CUTLER PICKERING
HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC., a Delaware Corporation,

Defendant.

Case No. 3:20-cv-08570-JD

**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING CONSOLIDATED CONSUMER CLASS ACTION COMPLAINT**

Hearing Date: July 24, 2025
Time: 10:00 a.m.
Judge: Hon. James Donato

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Reply in Support of Motion for Summary Judgment Regarding the Consolidated Consumer Class Action Complaint.

2. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the transcript from Nicholas Economides's class certification deposition held on September 14, 2023.

3. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the transcript from Joseph Farrell's merits deposition held on March 15, 2024.

4. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the Petition for Permission to Appeal Order Denying Class Certification, *Maximilian Klein, et al., v. Meta Platforms, Inc.*, No. 25-983 (9th Cir.), filed on February 14, 2025.

5. Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the Abridged Expert Declaration of Nicholas Economides, Ph.D. in Support of Renewed Motion to Certify Consumer Class, dated May 24, 2024.

6. Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the Expert Merits Report of Nicholas Economides, dated January 12, 2024.

7. Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the Merits Expert Report of Joseph Farrell, dated January 12, 2024.

8. Attached hereto as Exhibit 25 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition held on April 24, 2023.

9. Attached hereto as Exhibit 26 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition held on April 25, 2023.

10. Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the transcript from Maximilian Klein's deposition held on May 31, 2023.

11. Attached hereto as Exhibit 28 is a true and correct copy of excerpts of the transcript from Rachel Banks Kupcho's deposition held on May 22, 2023.

12. Attached hereto as Exhibit 29 is a true and correct copy of excerpts of Plaintiffs' Third Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated June 23, 2023.

13. Attached hereto as Exhibit 30 is a true and correct copy of exceprts of the transcript from Mark Weinstein's deposition in the matter *Maximilian Klein, et al., v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.), held on April 28, 2023.

14. Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the transcript from Sarah Lamdan's merits deposition held on March 21, 2024.

15. Attached hereto as Exhibit 32 is a true and correct copy of excerpts of the transcript from Nicholas Economides's merits deposition held on March 15, 2024.

16. Attached hereto as Exhibit 33 is a true and correct copy of excerpts of the transcript from Christopher DeWolfe's deposition in the matters *Federal Trade Commission v. Meta Platforms, Inc., et al.*, No. 3:22-cv-03590-JEB (D.D.C.) and *Maximilian Klein, et al., v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.), held on March 10, 2023.

17. Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the transcript from Bradley Horowitz's deposition in the matters *Federal Trade Commission v. Meta Platforms, Inc., et al.*, No. 3:22-cv-03590-JEB (D.D.C.) and *Maximilian Klein, et al., v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.), held on May 17, 2023.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 19th day of May, 2025, in New York, New York.

By: *_/s/ David Z. Gringer_*
David Z. Gringer

## SIGNATURE ATTESTATION

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By: *\/s\/ Sonal N. Mehta*
Sonal N. Mehta