WILMER CUTLER PICKERING
HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
Ross.Firsenbaum@wilmerhale.com
RYAN CHABOT (*pro hac vice*)
Ryan.Chabot@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354631)
Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC., a Delaware Corporation,

Defendant.

Case No. 3:20-cv-08570-JD

**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF META PLATFORMS, INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF NICHOLAS ECONOMIDES**

Hearing Date: July 24, 2025
Time: 10:00 a.m.
Judge: Hon. James Donato

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Reply in Support of Motion to Exclude Testimony and Opinions of Nicholas Economides.

2. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcript from Nicholas Economides's class certification deposition held on September 14, 2023.

3. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the Abridged Expert Declaration of Nicholas Economides, Ph.D. in Support of Renewed Motion to Certify Consumer Class, dated May 24, 2024.

4. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the transcript from Microsoft's 30(b)(6) deposition in *Maximilian Klein, et al., v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.), held on June 20, 2023.

5. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the Expert Merits Report of Dr. Nicholas Economides, dated January 12, 2024.

6. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the transcript from Sarah Grabert's deposition held on April 25, 2023.

7. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the transcript from Nicholas Economides's merits deposition held on March 15, 2024.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 19th day of May, 2025, in New York, New York.

By: */s/ David Z. Gringer*
David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By: *_/s/ Sonal N. Mehta_*
Sonal N. Mehta