WILMERHALE

May 20, 2025

**Sonal N. Mehta**

+1 650 600 5051 (t)
+1 650 858 6100 (f)
sonal.mehta@wilmerhale.com

<u>**VIA ECF**</u>

The Honorable James Donato
United States District Judge for the Northern District of California
450 Golden Gate Avenue, Courtroom 11, 19th Floor
San Francisco, CA 94102

Re:   *Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD

Dear Judge Donato:

      Meta Platforms, Inc. respectfully writes to update the Court regarding expert availability for the June 5, 2025 concurrent proceeding. Dkts. 919, 921-923. Meta previously advised the Court that Dr. Catherine Tucker was expected to testify during the first week of June in *FTC v. Meta Platforms, Inc.*, No. 20-cv-3590 (D.D.C.) and may have been unavailable on the date that the Court scheduled. *See* Dkt. 921. Since Meta's letter, the order of witnesses has changed, and as a result Dr. Tucker will be available for the concurrent proceeding on June 5. Accordingly, Dr. Tucker and Meta are prepared to proceed on that date if it remains convenient for the Court. Meta attempted to confer with Advertisers about this issue, and Advertisers informed Meta that "we do not authorize you to say anything about Plaintiffs' or Dr. Williams's availability."

      Respectfully submitted,

By: <u>*/s/ Sonal N. Mehta*</u>
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
*Attorney for Defendant Meta Platforms, Inc.*