# Bathaee :: Dunne :: LLP

Yavar Bathaee
Bathaee Dunne LLP
445 Park Avenue,
9th Floor
New York, New York 10022
(332) 322-8835 Tel

May 27, 2025
*Via ECF*

Hon. James Donato
United States District Judge
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, CA 94102

Re:   *Klein, et al. v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.)

Dear Judge Donato:

    I write on behalf of Advertiser Plaintiffs in response to the letter submitted by Meta Platforms, Inc., on May 20, 2025, regarding Dr. Tucker's availability for the June 5, 2025 concurrent expert evidence proceeding. *See* Dkt. No. 967; *see also* Dkt. No. 919. For the avoidance of doubt, Advertiser Plaintiffs confirm that their expert, Dr. Michael Williams, remains available for the scheduled concurrent proceeding.

                                                      Respectfully submitted,

                                                      Yavar Bathaee