# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    -------------------------------x
 5    MAXIMILIAN KLEIN, et al., on    :
 6    behalf of themselves and all    :
 7    others similarly situated,      :  Case No.
 8               Plaintiffs,          :  3:20-cv-08570-JD
 9          v.                        :
10    META PLATFORMS, INC., a         :
11    Delaware Corporation            :
12    headquartered in California,    :
13               Defendant.           :
14    -------------------------------x
15                  HIGHLY CONFIDENTIAL
16
17             Videotaped Deposition of
18             MICHAEL A. WILLIAMS, Ph.D.
19                Conducted Virtually
20             Wednesday, June 12, 2024
21                     8:03 a.m.
22
23    JOB NO.: 540700
24    PAGES 1 - 176
25    REPORTED BY: MARK SCHWEITZER, CSR #10514, RPR, CRR
```

| | | |
|---|---|---|
| 1 | here is -- is in revenues.  Um, so with the | 09:27:15 |
| 2 | understanding that in Tables 5 and 6, we're -- I'm | 09:27:18 |
| 3 | talking about a reduction in revenues of holding | 09:27:22 |
| 4 | output constant.  Then in Footnote 110, again, I'm | 09:27:26 |
| 5 | making the -- the correct comment that if there was | 09:27:30 |
| 6 | reduction in quantity that resulted in a | 09:27:33 |
| 7 | corresponding reduction in cost, that would leave the | 09:27:37 |
| 8 | damages analysis unchanged. | 09:27:39 |
| 9 |       But outside of that, there is no further | 09:27:40 |
| 10 | discussion of in the but-for world, other exogenous | 09:27:43 |
| 11 | cost changes that are perhaps not corresponding to -- | 09:27:55 |
| 12 | to a change in quantity.  (Inaudible cross talk.) | 09:27:58 |
| 13 |   Q.  Right.  And now I'm asking a different | 09:28:00 |
| 14 | question.  So I -- I understand that with respect to | 09:28:02 |
| 15 | costs and what you did and didn't do. | 09:28:04 |
| 16 |       Now I'm talking about prices.  My question | 09:28:06 |
| 17 | was you have not offered an opinion about whether in | 09:28:08 |
| 18 | the but-for world Meta's EPR could be brought down to | 09:28:12 |
| 19 | match the EPR of the yardstick firms based on factors | 09:28:16 |
| 20 | other than an increase in price. | 09:28:22 |
| 21 |   A.  Did you mean increase? | 09:28:25 |
| 22 |   Q.  I'm sorry.  Reduction in price. | 09:28:27 |
| 23 |   A.  Well, again, see, it's slightly confusing | 09:28:29 |
| 24 | when you talk about a reduction in price.  The | 09:28:33 |
| 25 | reduction is in revenue.  But certainly there's a | 09:28:36 |

HIGHLY CONFIDENTIAL
Transcript of Michael A. Williams, Ph.D.
Conducted on June 12, 2024

66

| | | |
|---|---|---|
| 1 | relationship, particularly since in Tables 5 and 6, | 09:28:39 |
| 2 | I'm holding the quantity constant.  Um, but yes, it | 09:28:42 |
| 3 | is correct that in Tables 5 and 6, Meta -- the excess | 09:28:45 |
| 4 | is eliminated by reducing Meta ads revenues. | 09:28:48 |
| 5 |     Q.   Right.  And the excess revenues or the -- | 09:28:52 |
| 6 | the revenues are reduced by -- only by reducing the | 09:28:55 |
| 7 | price, right? | 09:29:00 |
| 8 |     A.   That is correct.  Quantity is held | 09:29:00 |
| 9 | constant. | 09:29:04 |
| 10 |     Q.   And you have not offered any other opinion | 09:29:04 |
| 11 | or any other analysis of -- as to how Meta might | 09:29:06 |
| 12 | reduce revenues in that but-for world other than a | 09:29:09 |
| 13 | reduction in price? | 09:29:15 |
| 14 |     A.   Well, I'm not sure how Meta's revenues | 09:29:16 |
| 15 | would fall other than a reduction in -- in ad prices. | 09:29:20 |
| 16 | But I don't recall specifically talking about a | 09:29:23 |
| 17 | reduction in revenues other than -- other than a | 09:29:28 |
| 18 | reduction in -- in ad prices. | 09:29:33 |
| 19 |     Q.   Well, the other way you could do it is | 09:29:34 |
| 20 | through a quantity reduction, and you didn't analyze | 09:29:37 |
| 21 | what the impact would be if there were a quantity | 09:29:39 |
| 22 | reduction. | 09:29:42 |
| 23 |     A.   Well, no, that's not correct. | 09:29:42 |
| 24 |     MS. LAWRENCE:  Object to form.  That wasn't | 09:29:44 |
| 25 | a question. | 09:29:50 |

HIGHLY CONFIDENTIAL
Transcript of Michael A. Williams, Ph.D.
Conducted on June 12, 2024                         67

| | | |
|---|---|---|
| 1 | THE WITNESS: Yeah, that's true. That | 09:29:51 |
| 2 | wasn't a question. It was a statement. But I'll -- | 09:29:52 |
| 3 | I'll go ahead and assume it was a question. | 09:29:54 |
| 4 | It's not correct because of Footnote 110. | 09:29:56 |
| 5 | Q. BY MS. MEHTA: Okay. Fair enough. Other | 09:29:59 |
| 6 | than Footnote 110, you have not analyzed whether Meta | 09:30:00 |
| 7 | could've -- or whether there could be a reduction in | 09:30:04 |
| 8 | the revenues that would then reduce Meta's EPR to | 09:30:06 |
| 9 | match that of the yardstick firms other than through | 09:30:09 |
| 10 | a reduction in ad pricing. Correct? | 09:30:14 |
| 11 | THE WITNESS: Well, again, you just left | 09:30:17 |
| 12 | out Footnote 110 again. But it -- it is correct that | 09:30:20 |
| 13 | the -- that in Tables 5 and 6, the -- Meta's -- | 09:30:25 |
| 14 | Meta's EPR is decreased by the amount of the excess | 09:30:30 |
| 15 | through a reduction in Meta's revenues. It is also | 09:30:34 |
| 16 | correct that Footnote 110 explains that -- that if | 09:30:38 |
| 17 | there was a reduction in the quantity of ads told by | 09:30:42 |
| 18 | Meta in the but-for world, if that reduction in | 09:30:45 |
| 19 | quantity resulted in a corresponding reduction in its | 09:30:48 |
| 20 | costs, that would leave my damages analysis | 09:30:52 |
| 21 | unchanged. | 09:30:54 |
| 22 | Q. Your calculation of, um, EPRs does not | 09:30:55 |
| 23 | distinguish between social and nonsocial advertising | 09:30:59 |
| 24 | profits, correct? | 09:31:05 |
| 25 | A. The -- I believe that's correct. The -- my | 09:31:06 |