<u>VIA CM/ECF FILING</u>

August 6, 2025

The Honorable James Donato
United States District Judge for the Northern District of California
450 Golden Gate Avenue, Courtroom 11, 19th Floor
San Francisco, CA 94102

Re:  *Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD

Dear Judge Donato:

    User Plaintiffs and Meta Platforms, Inc. jointly seek the Court's guidance with respect to the upcoming September 11, 2025 pretrial filings, September 25, 2025 pretrial conference, and the November 17, 2025 trial date. Dkt. 896. On July 22, 2025, the Court vacated the July 24, 2025 hearing on Meta's motion for summary judgment and motions to exclude expert witness testimony, indicating that those motions were "suitable for decision without oral argument." Dkt. 976. In light of this posture, and understanding the Court's heavy docket, the parties seek the Court's guidance as to whether it intends to proceed with the pretrial and trial dates on the current calendar or whether the parties may be relieved from those deadlines pending the Court's ruling on the motion for summary judgment.

    Respectfully submitted,

By: */s/ Sonal N. Mehta*               By: */s/ Kevin Y. Teruya*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
*Counsel for Defendant Meta Platforms, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Counsel for the User Plaintiffs*

**SIGNATURE ATTESTATION**

    This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from the signatories.

By:  */s/ Sonal N. Mehta*
       Sonal N. Mehta

1