| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br><br>*Attorneys for Plaintiffs Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho*<br><br>[Additional counsel listed on signature page] | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>[Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>              Defendant. | Case No. 3:20-cv-08570-JD<br><br>**STIPULATED [PROPOSED] ORDER REGARDING CERTAIN PRETRIAL FILINGS**<br><br>Judge: Hon. James Donato |

1  WHEREAS, pursuant to this Court's Third Amended Scheduling Order for User Plaintiffs, Dkt. 896, a pretrial conference is set for September 25, 2025, and a jury trial is set for November 17, 2025.

WHEREAS, pursuant to this Court's Standing Order for Civil Jury Trials, the parties are due to file the following pretrial filings by September 11, 2025, fourteen days before the pretrial conference: (1) a Joint Pretrial Statement; (2) Trial Briefs; (3) Motions in Limine; (4) Proposed Jury Instructions and Verdict Forms; (5) a joint set of proposed voir dire questions, if any; (6) a joint Witness List; and (7) joint Exhibit Lists.

WHEREAS, the Court's forthcoming rulings on Meta's motion for summary judgment, Dkt. 926, motions to exclude expert witness testimony, Dkts. 928, 930, 932, the User Plaintiffs' proffer of expert Sarah Lamdan and Meta's corresponding conditional proffer of expert Dr. Anindya Ghose, Dkts. 821, 822, and User Plaintiffs' motions to exclude certain expert witness testimony, Dkts. 934, 936, may modify or narrow the issues to be decided at trial.

WHEREAS, the parties are mindful of the Court's instruction in its Standing Order for Civil Jury Trials to maximize trial efficiency, and agree that filing the Witness List and Exhibit Lists after the September 11, 2025 pretrial filings due date and closer in time to the November 17, 2025 commencement of trial will aid in streamlining the presentation of evidence.

WHEREAS, the parties expect that filing the Witness List and Exhibit Lists closer to the commencement of trial will reduce burden on the Court, as the parties anticipate that they will be able to make additional progress to resolve evidentiary objections in the intervening time.

NOW, THEREFORE, IT IS STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The parties may file their joint Witness List and joint Exhibit Lists, in the form specified in the Court's Standing Order for Civil Jury Trials, by October 30, 2025.
- The foregoing pretrial filings will not increase the estimate of the total length of the trial contained in the parties' September 11, 2025 Joint Pretrial Statement.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
| DATED: August 13, 2025 | Respectfully submitted, |
| By: */s/ Shana E. Scarlett* | By: */s/ Kevin Y. Teruya* |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000 | Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>  adamwolfson@quinnemanuel.com<br>Claire D. Hausman (Bar No. 282091)<br>  clairehausman@quinnemanuel.com |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Brantley I. Pepperman (Bar No. 322057)<br>  brantleypepperman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000 |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>W. Joseph Bruckner (*pro hac vice*)<br>  wjbruckner@locklaw.com<br>Robert K. Shelquist (*pro hac vice*)<br>  rkshelquist@locklaw.com<br>Brian D. Clark (*pro hac vice*)<br>  bdclark@locklaw.com<br>Rebecca A. Peterson (Bar No. 241858)<br>  rapeterson@locklaw.com<br>Arielle S. Wagner (*pro hac vice*)<br>  aswagner@locklaw.com<br>Kyle J. Pozan (admitted *pro hac vice*)<br>  kjpozan@locklaw.com<br>Laura M. Matson (admitted *pro hac vice*)<br>  lmmatson@locklaw.com<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900 | Michelle Schmit<br>  michelleschmit@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br><br>Manisha M. Sheth (admitted *pro hac vice*)<br>  manishasheth@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>*Attorneys for Plaintiffs Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho* |

1                                   By: */s/ Sonal N. Mehta*

2                                   SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By: /s/ *Sonal N. Mehta*
Sonal N. Mehta

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
JAMES DONATO
United States District Judge