WILMER CUTLER PICKERING
HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
ALEX W. MILLER (*pro hac vice*)
Alex.Miller@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTIONS *IN LIMINE***<br><br>Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Omnibus Motions *In Limine* and Plaintiffs' Responses Thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Consumer Plaintiffs' Second Supplemental Responses and Objections to Interrogatories Nos. 6, 7, and 8 of Defendant Meta Platforms, Inc.'s Second Set of Interrogatories dated January 18, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Consumer Plaintiffs' Responses and Objections to Defendant Meta Platforms, Inc.'s Fourth Set of Interrogatories dated March 24, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Consumer Plaintiffs' Objections and Responses to Defendant Meta Platforms, Inc.'s Fifth Set of Interrogatories to User Plaintiffs dated June 20, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript from Gregg Stefancik's 30(b)(6) deposition held on June 23, 2023.

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendant Meta Platforms, Inc.'s Amended Supplemental Objections and Responses to User Plaintiffs' Second Set of Interrogatories (No. 7) dated July 10, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Consumer Plaintiffs' First Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) dated August 24, 2021.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 11th day of September, 2025, in New York, New York.

By: */s/ David Z. Gringer*
David Z. Gringer

**SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal Mehta. By her signature, Ms. Mehta attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By: */s/ Sonal Mehta*
Sonal Mehta