WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ALEX MILLER (*pro hac vice*)
 alex.miller@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. James Donato |

1  Pursuant to the Court's March 25, 2024 Order granting the parties' stipulation to modify
2  sealing procedures, Dkt. 745, Meta Platforms, Inc. respectfully requests that the Court seal the
3  attached exhibits to Meta's Omnibus Motions *In Limine* and Plaintiffs' Responses Thereto.  In
4  accordance with the Court's Order, the reasons for sealing will be discussed in a forthcoming
5  omnibus sealing motion to be filed on the schedule set forth in that Order.  Meta anticipates
6  additional review of the materials to ensure that any requests for sealing are appropriately tailored.
7  Redacted copies of the documents sought to be sealed have been publicly filed on the docket.

| | | |
|---|---|---|
| 1 | Date: September 11, 2025 | Respectfully submitted, |
| 2 | | By: */s/ Sonal N. Mehta* |
| 3 | | SONAL N. MEHTA (SBN 222086) |
| 4 | | Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 5 | | AND DORR LLP<br>2600 El Camino Real, Suite 400 |
| 6 | | Palo Alto, California 94306<br>Telephone: (650) 858-6000 |
| 7 | | |
| 8 | | DAVID Z. GRINGER (*pro hac vice*)<br>David.Gringer@wilmerhale.com |
| 9 | | ALEX MILLER (*pro hac vice*)<br>alex.miller@wilmerhale.com |
| 10 | | PAUL VANDERSLICE (*pro hac vice*)<br>Paul.Vanderslice@wilmerhale.com |
| 11 | | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 12 | | 7 World Trade Center |
| 13 | | 250 Greenwich Street<br>New York, New York 10007 |
| 14 | | Telephone: (212) 230-8800 |
| 15 | | MOLLY M. JENNINGS (*pro hac vice*) |
| 16 | | Molly.Jennings@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |
| 17 | | AND DORR LLP<br>2100 Pennsylvania Avenue NW |
| 18 | | Washington, DC 20037<br>Telephone: (202) 663-6000 |
| 19 | | |
| 20 | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |