WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S OPPOSITIONS TO PLAINTIFFS' MOTIONS *IN LIMINE***<br><br>Judge: Hon. James Donato |

I, DAVID Z. GRINGER, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. in the above-captioned action. I submit this declaration in support of Meta's Oppositions to Plaintiffs' Motions *In Limine*.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript from Rachel Banks Kupcho's deposition held on May 22, 2023.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on this 7th day of September, 2025, in Brooklyn, New York.

By:  */s/ David Z. Gringer*
     David Z. Gringer

## **SIGNATURE ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Kevin Y. Teruya. By his signature, Mr. Teruya attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

By:  */s/ Kevin Y. Teruya*
     Kevin Y. Teruya