1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
     Kevin Teruya (Bar No. 235916)
2     kevinteruya@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, CA 90017
   (213) 443-3000
4

5  **HAGENS BERMAN SOBOL SHAPIRO LLP**
     Shana E. Scarlett (Bar No. 217895)
     shanas@hbsslaw.com
6  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
7  (510) 725-3000

8  *Counsel for Plaintiffs*

9  [Additional counsel listed on signature page]

10

11                       UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14  | MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD |
    |---|---|
    | Plaintiffs, | **CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE THE EXHIBIT LIST UNDER SEAL** |
    | vs. | |
    | META PLATFORMS, INC., | Judge: Hon. James Donato |
    | Defendant. | Date: September 25, 2025<br>Time: 1:30 p.m.<br>Courtroom: 11 |

Pursuant to Civil Local Rules 7-11 and 79-5, Consumer Plaintiffs respectfully submit this interim administrative motion to provisionally file under seal portions of the parties' Joint Exhibit List. Contemporaneous with this interim administrative motion to seal, Consumer Plaintiffs also file redacted versions of the Joint Exhibit List.

Portions of the exhibit list include descriptions of documents produced by non-parties. Meta Platforms, Inc. has taken the position that these titles must be filed under seal. Plaintiffs disagree. To proceed with the parties' pre-trial filings, plaintiffs file the exhibit lists under seal and will notify the non-parties of the use of the descriptions in the Court materials. Plaintiffs will inform non-parties they have four days to file declarations supporting the sealing of these materials.

DATED: September 11, 2025

By: */s/ Shana E. Scarlett*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000

Steve W. Berman (admitted *pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (admitted *pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (admitted *pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (admitted *pro hac vice*)
  bdclark@locklaw.com
Kyle Pozan (admitted *pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (admitted *pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

By: */s/ Kevin Y. Teruya*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Scott L. Watson (Bar No. 219147)
  scottwatson@quinnemanuel.com
Claire D. Hausman (Bar No. 282091)
  clairehausman@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

Michelle Schmit (admitted *pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Manisha M. Sheth (admitted *pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Counsel for Plaintiffs*