1  **HAGENS BERMAN SOBOL SHAPIRO LLP**
   Shana E. Scarlett (Bar No. 217895)
2  shanas@hbsslaw.com
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   (510) 725-3000
4

5  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Kevin Teruya (Bar No. 235916)
   kevinteruya@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
   Los Angeles, CA 90017
7  (213) 443-3000

8  *Counsel for Plaintiffs*

9  [Additional counsel listed on signature page]

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14 | MAXIMILIAN KLEIN, et al., | Consolidated Case No. 3:20-cv-08570-JD

15 | Plaintiffs, | **DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF CONSUMER PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO PROVISIONALLY FILE THE EXHIBIT LIST UNDER SEAL**

16 | vs.

17 | META PLATFORMS, INC.,

18 | Defendant.

19 | Judge: Hon. James Donato

20 | Date: September 25, 2025
21 | Time: 1:30 p.m.
   | Courtroom: 11

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP. I am counsel for plaintiffs in this litigation. I submit this declaration in support of the Consumer Plaintiffs' Interim Administrative Motion to Provisionally File the Exhibit List Under Seal.

2. Pursuant to this Court's standing order, Plaintiffs will provide notice to the following non-parties of the inclusion of the titles/descriptions of documents designated as confidential pursuant to the protective order in the parties' Joint Exhibit List. Plaintiffs do not believe that simple descriptions rise to the level of confidentiality required to be filed under seal, but Meta Platforms, Inc. would not agree to the finalization of the exhibit list unless the materials were filed provisionally under seal.

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| **FROM EXHIBIT A – UNDISPUTED EXHIBIT LIST** | | |
| 10669 | PIN - FTC – 0000002507 | Non-party designated as confidential |
| 10670 | PIN - FTC - 0000019220 | Non-party designated as confidential |
| 10671 | PIN - FTC - 0000021840 | Non-party designated as confidential |
| 10672 | PIN – FTC – 0000024268 | Non-party designated as confidential |
| 10674 | REDDIT_20cv3590-DDC_00000001 | Non-party designated as confidential |
| 10677 | REDDIT_20cv8570-NDCal_00000515 | Non-party designated as confidential |
| 10679 | REDDIT_20cv8570-NDCal_00001048 | Non-party designated as confidential |
| 10682 | SNAP – FTC – No. 191-0134 – 0000044932 | Non-party designated as confidential |
| 10683 | SNAP – FTC – No. 191-0134 – 0000050881 | Non-party designated as confidential |
| 10684 | SNAP – FTC – No. 191-0134 – 0000113220 | Non-party designated as confidential |
| 10685 | SNAP – FTC – No. 191-0134 – 0000115916 | Non-party designated as confidential |
| 10686 | SNAP – FTC – No. 191-0134 – 0000116009 | Non-party designated as confidential |
| 10691 | TIK-00001829 | Non-party designated as confidential |
| 10693 | TIK-00002440 | Non-party designated as confidential |
| 10696 | TIK-00345251 | Non-party designated as confidential |
| 10697 | TIK-00345929 | Non-party designated as confidential |
| 10698 | TIK-00346120 | Non-party designated as confidential |
| 10700 | TWTR-KLEIN00001186 | Non-party designated as confidential |

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 10701 | TWTR-KLEIN00023190 | Non-party designated as confidential |
| 10707 | VIANTKLEIN_0000001 | Non-party designated as confidential |
| 10708 | VIANTKLEIN_0000126 | Non-party designated as confidential |
| 10710 | VIANTKLEIN_0000175 | Non-party designated as confidential |
| 11614 | SNAP – FTC – No. 191-0134 – 0000009475 | Non-party designated as confidential |
| 11669 | TWTR-META00033076 | Non-party designated as confidential |
| 10025 | GOOG-META-00013272 | Non-party designated as confidential |
| 10026 | GOOG-META-00021727 | Non-party designated as confidential |
| 10027 | GOOG-META-00950911 | Non-party designated as confidential |
| 10028 | GOOG-META-00962140 | Non-party designated as confidential |
| 10029 | GOOG-META-01251954 | Non-party designated as confidential |
| 10032 | GOOG-META-01950579 | Non-party designated as confidential |
| 10034 | GOOG-META-02160035 | Non-party designated as confidential |
| 10035 | GOOG-META-02193254 | Non-party designated as confidential |
| 10038 | GOOG-META-02344048 | Non-party designated as confidential |
| 10045 | GOOG-META-02798848 | Non-party designated as confidential |
| 10047 | KLEIN-META_AMAZON_0006468 | Non-party designated as confidential |
| 10049 | KLEIN-META_AMAZON_0006743 | Non-party designated as confidential |
| 10052 | Luth0016153 | Non-party designated as confidential |
| 10058 | MS-LIT_0000005849 | Non-party designated as confidential |
| 10069 | ND-000001 | Non-party designated as confidential |
| 10070 | ND-001974 | Non-party designated as confidential |
| 10071 | ND-FTC-REDESIGNATED-0000112 | Non-party designated as confidential |
| 10666 | PIN - FTC - 0000000281 | Non-party designated as confidential |
| 10667 | PIN - FTC - 0000000496 | Non-party designated as confidential |
| 10673 | PIN – FTC – 0000057901 | Non-party designated as confidential |
| 10678 | REDDIT_20cv8570-NDCal_00000838 | Non-party designated as confidential |
| 10680 | SimilarWeb-Klein-00000020 | Non-party designated as confidential |
| 10681 | SNAP – FTC – No. 191-0134 – 0000031820 | Non-party designated as confidential |
| 10688 | SNAP – FTC – No. 191-0134 – 0000123986 | Non-party designated as confidential |
| 10689 | SNAP – FTC – No. 191-0134 – 0000128293 | Non-party designated as confidential |
| 10690 | TIK−00000831 | Non-party designated as confidential |
| 10694 | TIK-00002759 | Non-party designated as confidential |
| 10695 | TIK-00287760 | Non-party designated as confidential |

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 10702 | TWTR-KLEIN00024958 | Non-party designated as confidential |
| 10703 | TWTR-KLEIN00024986 | Non-party designated as confidential |
| 10704 | TWTR-KLEIN00033770 | Non-party designated as confidential |
| 10705 | TWTR-KLEIN00039976 | Non-party designated as confidential |
| 10706 | TWTR-KLEIN00048971 | Non-party designated as confidential |
| FROM EXHIBIT B (DISPUTED EXHIBIT LIST) | | |
| 605 | NFLX-001583 | Non-party designated as confidential |
| 607 | NFLX-001590 | Non-party designated as confidential |
| 611 | NFLX-001582 | Non-party designated as confidential |
| 614 | NFLX-001586 | Non-party designated as confidential |
| 667 | PIN - FTC - 0000000700 | Non-party designated as confidential |
| 672 | PIN – FTC - 0000019220 | Non-party designated as confidential |
| 673 | PIN – FTC - 0000002507 | Non-party designated as confidential |
| 677 | PIN – FTC - 0000005167 | Non-party designated as confidential |
| 679 | PIN – FTC - 0000005086 | Non-party designated as confidential |
| 709 | PIN – FTC - 0000001042 | Non-party designated as confidential |
| 751 | MS-LIT_00000065760 | Non-party designated as confidential |
| 752 | MS-LIT_0000049964 | Non-party designated as confidential |
| 753 | MS-LIT_0000052626 | Non-party designated as confidential |
| 893 | ND-001973 | Non-party designated as confidential |
| 894 | ND-000421 | Non-party designated as confidential |
| 895 | ND-000215 | Non-party designated as confidential |
| 896 | ND-001693 | Non-party designated as confidential |
| 899 | ND-000426 | Non-party designated as confidential |
| 902 | ND-001572 | Non-party designated as confidential |
| 910 | ND-FTC-0000125 | Non-party designated as confidential |
| 1190 | TIK-00002173 | Non-party designated as confidential |
| 1215 | TWTR-KLEIN00107766 | Non-party designated as confidential |
| 1216 | TWTR-KLEIN00029430 | Non-party designated as confidential |
| 1561 | TWTR-KLEIN00132048 | Non-party designated as confidential |
| 1562 | TWTR-KLEIN00059002 | Non-party designated as confidential |
| 1563 | TWTR-KLEIN00133537 | Non-party designated as confidential |
| 1797 | APL-KLEIN_00035769 | Non-party designated as confidential |
| 1811 | LI_METALIT_00060579 | Non-party designated as confidential |
| 1812 | LI_METALIT_00002141 | Non-party designated as confidential |
| 1813 | LI_METALIT_00004424 | Non-party designated as confidential |
| 1896 | MEWE003100 | Non-party designated as confidential |
| 1898 | MEWE004922 | Non-party designated as confidential |
| 1899 | MEWE042141 | Non-party designated as confidential |

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 1900 | MEWE017977 | Non-party designated as confidential |
| 1931 | GOOG-META-00563251 | Non-party designated as confidential |
| 1932 | GOOG-META-00566317 | Non-party designated as confidential |
| 1933 | GOOG-META-00644342 | Non-party designated as confidential |
| 1934 | GOOG-META-00585095 | Non-party designated as confidential |
| 2501 | KLEIN-META_AMAZON_0001537 | Non-party designated as confidential |
| 2717 | MS-LIT_0000000086 | Non-party designated as confidential |
| 2718 | MS-LIT_0000000089 | Non-party designated as confidential |
| 2719 | MS-LIT_0000000003 | Non-party designated as confidential |
| 2720 | MS-LIT_0000000005 | Non-party designated as confidential |
| 2721 | MS-LIT_0000000046 | Non-party designated as confidential |
| 2722 | MS-LIT_0000000017 | Non-party designated as confidential |
| 2723 | MS-LIT_0000000019 | Non-party designated as confidential |
| 2724 | MS-LIT_0000006327 | Non-party designated as confidential |
| 2725 | MS-LIT_0000055829 | Non-party designated as confidential |
| 2726 | MS-LIT_0000014792 | Non-party designated as confidential |
| 2727 | MS-LIT_0000050361 | Non-party designated as confidential |
| 2758 | Centercode_00001129 | Non-party designated as confidential |
| 2759 | Centercode_00000001 | Non-party designated as confidential |
| 2760 | Centercode_00000691 | Non-party designated as confidential |
| 2761 | Centercode_00000817 | Non-party designated as confidential |
| 2762 | Centercode_00000917 | Non-party designated as confidential |
| 2763 | Centercode_00000093 | Non-party designated as confidential |
| 2764 | Centercode_00000814 | Non-party designated as confidential |
| 2766 | Centercode_00000862 | Non-party designated as confidential |
| 2767 | Centercode_00000104 | Non-party designated as confidential |
| 2768 | Centercode_00000663 | Non-party designated as confidential |
| 5000 | TWTR-META00025802 | Non-party designated as confidential |
| 5001 | TWTR-META00097187 | Non-party designated as confidential |
| 5007 | GOOG-FB-00005655 | Non-party designated as confidential |
| 5008 | GOOG-FB-00005680 | Non-party designated as confidential |
| 5009 | GOOG-META-00575787 | Non-party designated as confidential |
| 5010 | GOOG-META-00577035 | Non-party designated as confidential |
| 5011 | GOOG-META-00579946 | Non-party designated as confidential |
| 5012 | GOOG-META-00591539 | Non-party designated as confidential |
| 5013 | GOOG-META-00596153 | Non-party designated as confidential |
| 5014 | GOOG-META-01596793 | Non-party designated as confidential |
| 5015 | GOOG-META-02545342 | Non-party designated as confidential |

-5-   Case No. 3:20-cv-08570-JD
SCARLETT DECL. ISO CONSUMERS' INTERIM MOTION TO PROVISIONALLY SEAL

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 5017 | GOOG-META-01920025 | Non-party designated as confidential |
| 5019 | TIK-00000515 | Non-party designated as confidential |
| 5020 | TIK-00029547 | Non-party designated as confidential |
| 5030 | PIN - FTC - 0000033135 | Non-party designated as confidential |
| 5031 | PIN - FTC - 0000007724 | Non-party designated as confidential |
| 5032 | PIN - FTC - 0000007731 | Non-party designated as confidential |
| 5035 | ND-000461 | Non-party designated as confidential |
| 5036 | ND-001651 | Non-party designated as confidential |
| 5038 | TWTR-META00022236 | Non-party designated as confidential |
| 5048 | GOOG-META-02175781 | Non-party designated as confidential |
| 5049 | GOOG-META-02209927 | Non-party designated as confidential |
| 5050 | GOOG-META-02248191 | Non-party designated as confidential |
| 5052 | GOOG-META-0236927 | Non-party designated as confidential |
| 5054 | TIK-00000734 | Non-party designated as confidential |
| 5055 | TIK-00002047 | Non-party designated as confidential |
| 5056 | TIK-00346176 | Non-party designated as confidential |
| 5057 | TIK-00000001 | Non-party designated as confidential |
| 5058 | TIK-00349364 | Non-party designated as confidential |
| 5059 | TIK-00349382 | Non-party designated as confidential |
| 5060 | TIK-00002145 | Non-party designated as confidential |
| 5063 | TIK-00001668 | Non-party designated as confidential |
| 5064 | TIK-00001869 | Non-party designated as confidential |
| 5065 | TWTR-META00039601 | Non-party designated as confidential |
| 5066 | TIK-00358398 | Non-party designated as confidential |
| 5069 | GOOG-META-02263337 | Non-party designated as confidential |
| 5070 | GOOG-META-02396609 | Non-party designated as confidential |
| 5076 | APL-FTCMETA_00021313 | Non-party designated as confidential |
| 5085 | LI_METALIT_0000752 | Non-party designated as confidential |
| 5086 | LI_METALIT-00011295 | Non-party designated as confidential |
| 5090 | SNAP — FTC — No. 191-0134 — 0000029679 | Non-party designated as confidential |
| 5091 | SNAP — FTC — No. 191-0134 — 0000114801 | Non-party designated as confidential |
| 5092 | SNAP — FTC — No. 191-0134 — 0000113374 | Non-party designated as confidential |
| 5093 | SNAP — FTC — No. 191-0134 — 0000101535 | Non-party designated as confidential |
| 5094 | SNAP — FTC — No. 191-0134 — 0000059643 | Non-party designated as confidential |

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 5096 | TWTR-METAFB0000003735 | Non-party designated as confidential |
| 5097 | TWTR-FB00001033 | Non-party designated as confidential |
| 5098 | TWTR-META00045941 | Non-party designated as confidential |
| 5103 | TWTR-META00014649 | Non-party designated as confidential |
| 5104 | TWTR-META00012161 | Non-party designated as confidential |
| 5117 | GOOG-META-01967914 | Non-party designated as confidential |
| 5118 | GOOG-META-01642075 | Non-party designated as confidential |
| 5177 | MS-LIT_0000027675 | Non-party designated as confidential |
| 5187 | SNAP – FTC – No. 191-0134 – 0000121470 | Non-party designated as confidential |
| 5199 | VIANTKLEIN-0000126 | Non-party designated as confidential |
| 5206 | DX-306 | Non-party designated as confidential |
| 5208 | TIK-00000083 | Non-party designated as confidential |
| 5209 | TIK-00292215 | Non-party designated as confidential |
| 5210 | TIK-00000103 | Non-party designated as confidential |
| 5211 | TIK-00000143 | Non-party designated as confidential |
| 5212 | TIK-00000401 | Non-party designated as confidential |
| 5213 | TIK-00000025 | Non-party designated as confidential |
| 5220 | LI_METALIT_00000350 | Non-party designated as confidential |
| 5221 | PIN – FTC – 0000002395 | Non-party designated as confidential |
| 5225 | REDDIT_20cv8570-NDCal_00000035 | Non-party designated as confidential |
| 5226 | REDDIT_20cv8570-NDCal_00000001 | Non-party designated as confidential |
| 5227 | REDDIT_20cv8570-NDCal_00001222 | Non-party designated as confidential |
| 5228 | PIN – FTC – 0000001064 (DX-28) | Non-party designated as confidential |
| 5269 | VIANTKLEIN__0000152 | Non-party designated as confidential |
| 5270 | DeWolfe FTC Dep. Exhibit 6 | Non-party designated as confidential |
| 5274 | GOOG-META-00574872 | Non-party designated as confidential |
| 5277 | MEWE006997 | Non-party designated as confidential |
| 5282 | MS-LIT_0000050344 | Non-party designated as confidential |
| 5298 | GOOG-META-00699155 | Non-party designated as confidential |
| 5300 | GOOG-META-00698783 | Non-party designated as confidential |
| 5302 | SimilarWeb-Klein-00000005 | Non-party designated as confidential |
| 5303 | SNAP – FTC – No. 191-0134 – 0000123495 | Non-party designated as confidential |
| 5304 | Luth0000009 | Non-party designated as confidential |

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 5305 | Luth0016138 | Non-party designated as confidential |
| 5306 | Luth0000001 | Non-party designated as confidential |
| 5307 | Luth0016155 | Non-party designated as confidential |
| 5308 | KLEIN-META_AMAZON_0001564 | Non-party designated as confidential |
| 5309 | KLEIN-META_AMAZON_0007540 | Non-party designated as confidential |
| 5310 | KLEIN-META_AMAZON_0007558 | Non-party designated as confidential |
| 5314 | GOOG-META-00015445 | Non-party designated as confidential |
| 5340 | SNAP – FTC – No. 191-0134 – 0000027960 | Non-party designated as confidential |
| 5367 | SNAP – FTC – No. 191-0134 – 0000054283 | Non-party designated as confidential |
| 5368 | SNAP – FTC – No. 191-0134 – 0000096663 | Non-party designated as confidential |
| 5392 | KLEIN-META_AMAZON_0007566 | Non-party designated as confidential |
| 5393 | KLEIN-META_AMAZON_0001624 | Non-party designated as confidential |
| 5416 | SNAP – FTC – No. 191-0134 – 0000018315 | Non-party designated as confidential |
| 5423 | GOOG-META-02537261 | Non-party designated as confidential |
| 5427 | EVERCORE-000714 | Non-party designated as confidential |
| 5429 | PIN – FTC – 0000001042 | Non-party designated as confidential |
| 5430 | PIN – FTC – 0000001007 | Non-party designated as confidential |
| 5431 | FLURRY_00033 | Non-party designated as confidential |
| 5442 | TWTR-KLEIN00051471 | Non-party designated as confidential |
| 5448 | MEWE012897 | Non-party designated as confidential |
| 5449 | MEWE045573 | Non-party designated as confidential |
| 5450 | REDDIT_20cv3590-DDC_00000001 | Non-party designated as confidential |
| 5451 | APL-FTCMETA_00005274 | Non-party designated as confidential |
| 5489 | TWTR-KLEIN00038017 | Non-party designated as confidential |
| 5491 | LI_METALIT_00000540 | Non-party designated as confidential |
| 5495 | TWTR-KLEIN00020510 | Non-party designated as confidential |
| 5497 | SNAP – FTC – No. 191-0134 – 0000129738 | Non-party designated as confidential |
| 5506 | TWTR-KLEIN00029098 | Non-party designated as confidential |
| 5566 | TIK-00347593 | Non-party designated as confidential |
| 5568 | LI_METALIT_00008738 | Non-party designated as confidential |

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 11552 | APL-FTCMETA_00005274 | Non-party designated as confidential |
| 11553 | APL-FTCMETA_00005274 | Non-party designated as confidential |
| 11554 | APL-FTCMETA_00006817 | Non-party designated as confidential |
| 11555 | APL-FTCMETA_00007035 | Non-party designated as confidential |
| 11556 | APL-FTCMETA_00009510 | Non-party designated as confidential |
| 11557 | APL-FTCMETA_00013279 | Non-party designated as confidential |
| 11558 | APL-FTCMETA_00016974 | Non-party designated as confidential |
| 11559 | APL-FTCMETA_00018459 | Non-party designated as confidential |
| 11560 | APL-FTCMETA_00036592 | Non-party designated as confidential |
| 11561 | APL-FTCMETA_00042353 | Non-party designated as confidential |
| 11562 | APL-KLEIN_00003519 | Non-party designated as confidential |
| 11563 | APL-KLEIN_00005274 | Non-party designated as confidential |
| 11564 | APL-KLEIN_00012314 | Non-party designated as confidential |
| 11565 | APL-KLEIN_00016037 | Non-party designated as confidential |
| 11566 | GOOG-META-00041245 | Non-party designated as confidential |
| 11567 | GOOG-META-00559886 | Non-party designated as confidential |
| 11568 | GOOG-META-00666832 | Non-party designated as confidential |
| 11569 | GOOG-META-00743172 | Non-party designated as confidential |
| 11570 | GOOG-META-01881849 | Non-party designated as confidential |
| 11571 | GOOG-META-01885976 | Non-party designated as confidential |
| 11572 | GOOG-META-02161365 | Non-party designated as confidential |
| 11573 | GOOG-META-02212296 | Non-party designated as confidential |
| 11574 | GOOG-META-02220875 | Non-party designated as confidential |
| 11575 | GOOG-META-02472942 | Non-party designated as confidential |
| 11576 | GOOG-META-02536890 | Non-party designated as confidential |
| 11579 | MEWE000080 | Non-party designated as confidential |
| 11580 | MEWE000115 | Non-party designated as confidential |
| 11581 | MEWE000570 | Non-party designated as confidential |
| 11582 | MEWE001670 | Non-party designated as confidential |
| 11583 | MEWE001910 | Non-party designated as confidential |
| 11584 | MEWE005284 | Non-party designated as confidential |
| 11585 | MEWE006997 | Non-party designated as confidential |
| 11586 | MEWE009330 | Non-party designated as confidential |
| 11587 | MEWE009332 | Non-party designated as confidential |
| 11588 | MEWE012897 | Non-party designated as confidential |
| 11589 | MEWE034695 | Non-party designated as confidential |
| 11590 | MEWE038315 | Non-party designated as confidential |
| 11591 | MEWE039432 | Non-party designated as confidential |
| 11592 | MEWE045573 | Non-party designated as confidential |

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 11593 | PIN - FTC - 0000001064 | Non-party designated as confidential |
| 11594 | PIN - FTC - 0000001660 | Non-party designated as confidential |
| 11595 | PIN - FTC - 0000005085 | Non-party designated as confidential |
| 11596 | PIN - FTC - 0000005086 | Non-party designated as confidential |
| 11597 | PIN - FTC - 0000005091 | Non-party designated as confidential |
| 11598 | PIN - FTC - 0000005095 | Non-party designated as confidential |
| 11599 | PIN - FTC - 0000005114 | Non-party designated as confidential |
| 11600 | PIN - FTC - 0000005167 | Non-party designated as confidential |
| 11601 | PIN - FTC - 0000005189 | Non-party designated as confidential |
| 11602 | PIN - FTC - 0000005220 | Non-party designated as confidential |
| 11603 | PIN - FTC - 0000005270 | Non-party designated as confidential |
| 11604 | PIN - FTC - 0000005292 | Non-party designated as confidential |
| 11605 | PIN - FTC - 0000005863 | Non-party designated as confidential |
| 11606 | PIN - FTC - 0000038196 | Non-party designated as confidential |
| 11607 | PIN - FTC - 0000047801 | Non-party designated as confidential |
| 11608 | PIN - FTC - 0000060075 | Non-party designated as confidential |
| 11609 | PIN - FTC - 0000075001 | Non-party designated as confidential |
| 11610 | PIN - FTC - 0000076985 | Non-party designated as confidential |
| 11611 | PIN - FTC - 0000085734 | Non-party designated as confidential |
| 11612 | REDDIT_20cv3590-DDC_00000649 | Non-party designated as confidential |
| 11613 | REDDIT_20cv3590-DDC_00000838 | Non-party designated as confidential |
| 11615 | SNAP – FTC – No. 191-0134 – 0000045828 | Non-party designated as confidential |
| 11616 | SNAP – FTC – No. 191-0134 – 0000050280 | Non-party designated as confidential |
| 11617 | SNAP – FTC – No. 191-0134 – 0000050903 | Non-party designated as confidential |
| 11618 | SNAP – FTC – No. 191-0134 – 0000068191 | Non-party designated as confidential |
| 11619 | SNAP – FTC – No. 191-0134 – 0000083156 | Non-party designated as confidential |
| 11620 | SNAP – FTC – No. 191-0134 – 0000111678 | Non-party designated as confidential |
| 11621 | SNAP – FTC – No. 191-0134 – 0000112853 | Non-party designated as confidential |
| 11622 | SNAP – FTC – No. 191-0134 – 0000114342 | Non-party designated as confidential |

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 11623 | SNAP – FTC – No. 191-0134 – 0000114688 | Non-party designated as confidential |
| 11624 | SNAP – FTC – No. 191-0134 – 0000115662 | Non-party designated as confidential |
| 11625 | SNAP – FTC – No. 191-0134 – 0000116219 | Non-party designated as confidential |
| 11626 | SNAP – FTC – No. 191-0134 – 0000117380 | Non-party designated as confidential |
| 11627 | SNAP – FTC – No. 191-0134 – 0000120845 | Non-party designated as confidential |
| 11628 | SNAP – FTC – No. 191-0134 – 0000121462 | Non-party designated as confidential |
| 11629 | SNAP – FTC – No. 191-0134 – 0000125834 | Non-party designated as confidential |
| 11630 | SNAP – FTC – No. 191-0134 – 0000126300 | Non-party designated as confidential |
| 11631 | SNAP – FTC – No. 191-0134 – 0000129506 | Non-party designated as confidential |
| 11632 | SNAP – FTC – No. 191-0134 – 0000132328 | Non-party designated as confidential |
| 11633 | SNAP – FTC – No. 191-0134 – 0000133923 | Non-party designated as confidential |
| 11634 | SNAP – FTC – No. 191-0134 – 0000137081 | Non-party designated as confidential |
| 11635 | SNAP – FTC – No. 191-0134 – 0000137196 | Non-party designated as confidential |
| 11636 | TIK-00000714 | Non-party designated as confidential |
| 11637 | TIK-00000828.001 | Non-party designated as confidential |
| 11638 | TIK-00001808 | Non-party designated as confidential |
| 11639 | TIK-00002127 | Non-party designated as confidential |
| 11640 | TIK-00002173 | Non-party designated as confidential |
| 11641 | TIK-00002233 | Non-party designated as confidential |
| 11642 | TIK-00002566 | Non-party designated as confidential |
| 11643 | TIK-00002755 | Non-party designated as confidential |
| 11644 | TIK-00193210 | Non-party designated as confidential |
| 11645 | TIK-00202672 | Non-party designated as confidential |
| 11646 | TIK-00344066 | Non-party designated as confidential |
| 11647 | TIK-00345110 | Non-party designated as confidential |
| 11648 | TIK-00345206 | Non-party designated as confidential |

-11-   Case No. 3:20-cv-08570-JD
SCARLETT DECL. ISO CONSUMERS' INTERIM MOTION TO PROVISIONALLY SEAL

| Trial Ex. No. | Bates-Number | Reason for requested sealing |
|---|---|---|
| 11649 | TIK-00345349 | Non-party designated as confidential |
| 11650 | TIK-00345606 | Non-party designated as confidential |
| 11651 | TIK-00345751 | Non-party designated as confidential |
| 11652 | TIK-00346221 | Non-party designated as confidential |
| 11653 | TWTR-FB00009451 | Non-party designated as confidential |
| 11654 | TWTR-FB00020294 | Non-party designated as confidential |
| 11655 | TWTR-FB00023700 | Non-party designated as confidential |
| 11656 | TWTR-KLEIN00024958 | Non-party designated as confidential |
| 11657 | TWTR-KLEIN00039976 | Non-party designated as confidential |
| 11658 | TWTR-KLEIN00048858 | Non-party designated as confidential |
| 11659 | TWTR-KLEIN00132045 | Non-party designated as confidential |
| 11660 | TWTR-KLIEN00058347 | Non-party designated as confidential |
| 11661 | TWTR-META00002358 | Non-party designated as confidential |
| 11662 | TWTR-META00006381 | Non-party designated as confidential |
| 11663 | TWTR-META00010651 | Non-party designated as confidential |
| 11664 | TWTR-META00011163 | Non-party designated as confidential |
| 11665 | TWTR-META00011647 | Non-party designated as confidential |
| 11666 | TWTR-META00012398 | Non-party designated as confidential |
| 11667 | TWTR-META00023707 | Non-party designated as confidential |
| 11668 | TWTR-META00025786 | Non-party designated as confidential |
| 11670 | TWTR-META00112632 | Non-party designated as confidential |
| 11671 | TWTR-META00118441 | Non-party designated as confidential |
| 11672 | TWTR-META00123187 | Non-party designated as confidential |
| 11673 | TWTR-META00128370 | Non-party designated as confidential |
| 11674 | TWTR-META00230998 | Non-party designated as confidential |
| 1898A | MEWE004919 | Non-party designated as confidential |
| 1899A | MEWE042140 | Non-party designated as confidential |
| 1899B | MEWE042146 | Non-party designated as confidential |
| 1900A | MEWE017978 | Non-party designated as confidential |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of September 2025, at Berkeley, California.

*/s/ Shana E. Scarlett*
SHANA E. SCARLETT