| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br><br>*Attorneys for Plaintiffs Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho*<br><br>[additional counsel information listed on the signature page] | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>[additional counsel information listed on the signature page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 3:20-cv-08570-JD<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>Judge: Hon. James Donato<br><br>Date: September 25, 2025<br>Time: 1:30 p.m.<br>Courtroom: 11 |

1  In accordance with the Standing Order for Civil Trials Before Judge James Donato, the
2  Parties submit the following Joint Trial Exhibit List. The Parties' Joint Undisputed Trial Exhibit
3  List and Disputed Trial Exhibit List are attached here as Exhibits A and B, respectively.
4  The Joint Undisputed Trial Exhibit List includes exhibits that the Parties agree are
5  admissible subject to establishing a proper foundation (FRE 602) and provided that they are
6  offered for an appropriate purpose. The Parties reserve the right to introduce for any appropriate
7  purpose any admissible exhibits contained herein through any trial witness subject to establishing
8  a proper foundation, including but not limited to the identified sponsoring witness(es) on the
9  Undisputed Trial Exhibit List and Disputed Trial Exhibit List. The Parties will continue to meet
10 and confer regarding the exhibits in an effort to resolve as many disputes as possible ahead of trial.

11 DATED: September 11, 2025                           Respectfully submitted,

12 By: /s/ Shana E. Scarlett                           By: /s/ Kevin Y. Teruya
13 **HAGENS BERMAN SOBOL SHAPIRO LLP**                 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Shana E. Scarlett (Bar No. 217895)
14   shanas@hbsslaw.com                                Kevin Y. Teruya (Bar No. 235916)
   715 Hearst Avenue, Suite 202                         kevinteruya@quinnemanuel.com
15 Berkeley, CA 94710                                  Adam B. Wolfson (Bar No. 262125)
   Telephone: (510) 725-3000                            adamwolfson@quinnemanuel.com
16                                                     Brantley I. Pepperman (Bar No. 322057)
   Steve W. Berman (*pro hac vice*)                     brantleypepperman@quinnemanuel.com
17   steve@hbsslaw.com                                 865 South Figueroa Street, 10th Floor
   1301 Second Avenue, Suite 2000                      Los Angeles, CA 90017-2543
18 Seattle, WA 98101                                   Telephone: (213) 443-3000
   Telephone: (206) 623-7292
19                                                     Michelle Schmit (*pro hac vice*)
                                                         michelleschmit@quinnemanuel.com
20                                                     191 N. Wacker Drive, Suite 2700
   **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**                Chicago, IL 60606-1881
21 W. Joseph Bruckner (*pro hac vice*)                 Telephone: (312) 705-7400
     wjbruckner@locklaw.com
22 Robert K. Shelquist (*pro hac vice*)                Manisha M. Sheth (*pro hac vice*)
     rkshelquist@locklaw.com                             manishasheth@quinnemanuel.com
23 Brian D. Clark (*pro hac vice*)                     51 Madison Avenue, 22nd Floor
     bdclark@locklaw.com                               New York, New York 10010
24 Rebecca A. Peterson (Bar No. 241858)                Telephone: (212) 849-7000
     rapeterson@locklaw.com
25 Arielle S. Wagner (*pro hac vice*)
     aswagner@locklaw.com                              *Attorneys for Plaintiffs Maximilian Klein,*
26 Kyle J. Pozan (*pro hac vice*)                      *Sarah Grabert, and Rachel Banks Kupcho*
     kjpozan@locklaw.com
27 Laura M. Matson (*pro hac vice*)
     lmmatson@locklaw.com                              By: /s/ Sonal N. Mehta
   100 Washington Avenue South, Suite 2200             **WILMER CUTLER PICKERING HALE**
28 Minneapolis, MN 55401                               **AND DORR LLP**

| | | |
|---|---|---|
| 1 | Telephone: (612) 339-6900 | SONAL N. MEHTA (Bar No. 222086) |
| 2 | | Sonal.Mehta@wilmerhale.com |
| | | 2600 El Camino Real, Suite 400 |
| 3 | | Palo Alto, California 94306 |
| | | Telephone: (650) 858-6000 |
| 4 | | |
| | | DAVID Z. GRINGER (*pro hac vice*) |
| 5 | | David.Gringer@wilmerhale.com |
| | | ALEX W. MILLER (*pro hac vice*) |
| 6 | | Alex.Miller@wilmerhale.com |
| | | PAUL VANDERSLICE (*pro hac vice*) |
| 7 | | Paul.Vanderslice@wilmerhale.com |
| | | 7 World Trade Center |
| 8 | | 250 Greenwich Street |
| | | New York, New York 10007 |
| 9 | | Telephone: (212) 230-8800 |
| 10 | | |
| | | MOLLY M. JENNINGS (*pro hac vice*) |
| 11 | | Molly.Jennings@wilmerhale.com |
| | | 2100 Pennsylvania Avenue NW |
| 12 | | Washington, DC 20037 |
| | | Telephone: (202) 663-6000 |
| 13 | | |
| 14 | | |
| | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 15 | | |