| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Kevin Y. Teruya (Bar No. 235916)<br>  kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Shana E. Scarlett (Bar No. 217895)<br>  shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br><br>*Attorneys for Plaintiffs Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho*<br><br>[additional counsel information listed on the signature page] | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>SONAL N. MEHTA (SBN 222086)<br>  Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br><br>DAVID Z. GRINGER (*pro hac vice*)<br>  David.Gringer@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>[additional counsel information listed on the signature page] |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br><br>                            Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                            Defendant. | Case No. 3:20-cv-08570-JD<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>Judge: Hon. James Donato<br><br>Date: September 25, 2025<br>Time: 1:30 p.m.<br>Courtroom: 11 |

1  In accordance with the Standing Order for Civil Trials Before Judge James Donato, the
2  Parties submit the following Joint Trial Exhibit List. The Parties' Joint Undisputed Trial Exhibit
3  List and Disputed Trial Exhibit List are attached here as Exhibits A and B, respectively.

4  The Joint Undisputed Trial Exhibit List includes exhibits that the Parties agree are
5  admissible subject to establishing a proper foundation (FRE 602) and provided that they are
6  offered for an appropriate purpose. The Parties reserve the right to introduce for any appropriate
7  purpose any admissible exhibits contained herein through any trial witness subject to establishing
8  a proper foundation, including but not limited to the identified sponsoring witness(es) on the
9  Undisputed Trial Exhibit List and Disputed Trial Exhibit List. The Parties will continue to meet
10 and confer regarding the exhibits in an effort to resolve as many disputes as possible ahead of trial.

11 DATED: September 11, 2025

Respectfully submitted,

By: /s/ Shana E. Scarlett
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Steve W. Berman (*pro hac vice*)
  steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292


**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (*pro hac vice*)
  wjbruckner@locklaw.com
Robert K. Shelquist (*pro hac vice*)
  rkshelquist@locklaw.com
Brian D. Clark (*pro hac vice*)
  bdclark@locklaw.com
Rebecca A. Peterson (Bar No. 241858)
  rapeterson@locklaw.com
Arielle S. Wagner (*pro hac vice*)
  aswagner@locklaw.com
Kyle J. Pozan (*pro hac vice*)
  kjpozan@locklaw.com
Laura M. Matson (*pro hac vice*)
  lmmatson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

By: /s/ Kevin Y. Teruya
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
  brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000

Michelle Schmit (*pro hac vice*)
  michelleschmit@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400

Manisha M. Sheth (*pro hac vice*)
  manishasheth@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000


*Attorneys for Plaintiffs Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho*

By: /s/ Sonal N. Mehta
**WILMER CUTLER PICKERING HALE AND DORR LLP**

| | | |
|---|---|---|
| 1 | Telephone: (612) 339-6900 | SONAL N. MEHTA (Bar No. 222086) |
| | | Sonal.Mehta@wilmerhale.com |
| 2 | | 2600 El Camino Real, Suite 400 |
| | | Palo Alto, California 94306 |
| 3 | | Telephone: (650) 858-6000 |

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ALEX W. MILLER (*pro hac vice*)
  Alex.Miller@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
  Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms, Inc.*