# Exhibit B

## [UNDER SEAL]

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1/13/2017 document Bates-numbered PALM-011376717-719 (Patel Dep. Ex. 0001) | PALM-011376717 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2 | | 2/7/2017 Email Bates-numbered PALM-004969460-62 (Patel Dep. Ex. 0002) | PALM-004969460 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 3 | | 2/17/2017 Email Bates-numbered PALM-008485370-73 (Patel Dep. Ex. 0003) | PALM-008485370 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 4 | | 3/16/2017 Email and attachment Bates-numbered PALM-005012973-75 (Patel Dep. Ex. 0004) | PALM-005012973 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 5 | | 2/6/2017 Email Bates-numbered PALM-004982696-2700 (Patel Dep. Ex. 0005) | PALM-004982696 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 6 | | 9/15/2017 document Bates-numbered PALM-011373077-3090 (Patel Dep. Ex. 0006) | PALM-011373077 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 7 | | 11/2/2017 Email and attachment Bates-numbered -PALM-004975985-86 (Patel Dep. Ex. 0007) | PALM-004975985 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 8 | | 10/29/2019 Presentation Deck Bates-numbered PALM-015233266-3323 (Patel Dep. Ex. 0008) | PALM-015233266 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 404—Exhibit appears to contain improper character evidence; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Motion in Limine is opposed. This is not character evidence (FRE 404). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | 2/10/2017 document Bates-numbered PALM-015594626-645 (Patel Dep. Ex. 0009) | PALM-015594626 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. No limiting instruction is needed (FRE 105). |
| 10 | | 6/6/2018 Email and attachment Bates-numbered PALM-004284543-44 (Patel Dep. Ex. 0010) | PALM-004284543 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 11 | | Undated Presentation Deck and attachments Bates-numbered PALM-016416597-6656 (Patel Dep. Ex. 0011) | PALM-016416597 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 12 | | 2/7/2020 Email an attachment Bates-numbered PALM-012185162-5207 (Patel Dep. Ex. 0012) | PALM-012185162 | Patel | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose; Javier Olivan; Keval Patel; Alex Schultz | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 13 | | 1/13/2020 Email Bates-numbered PALM-011949362 (Patel Dep. Ex. 0013) | PALM-011949362 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 14 | | 9/17/2020 Email string Bates-numbered PALM-013561947-952 (Patel Dep. Ex. 0014) | PALM-013561947 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 15 | | 10/19/2018 Email Bates-numbered PALM-002104916-924 (Patel Dep. Ex. 0015) | PALM-002104916 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105).. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | 12/17/2017 document Bates-numbered PALM-011377454-475 (Patel Dep. Ex. 0016) | PALM-011377454 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 17 | | 12/31/2019 Email and attachments Bates numbered PALM-011987916-933 (Patel Dep. Ex. 0017) | PALM-011987916 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). |
| 18 | | 8/8/2020 Email Bates-numbered PALM-013557509-510 (Patel Dep. Ex. 0018) | PALM-013557509 | Patel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 34 | | 3/24/2014 Email and attachment Bates-numbered PALM-002447238-39 (Fernandes Dep. Ex. 0034) | PALM-002447238 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to a pending Motion in Limine No. 4 Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807) |
| 35 | | 7/28/2014 Email Bates-numbered PALM-014211409-415 (Fernandes Dep. Ex. 0035) | PALM-014211409 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807) |
| 36 | | 5/4/2014 Email Bates-numbered PALM-006543817-18 (Fernandes Dep. Ex. 0036) | PALM-006543817 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 37 | | 10/25/2017 Email and attachment Bates-numbered PALM-00927820-23 (Fernandes Dep. Ex. 0037) | PALM-009278820 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | | 4/26/2018 Email Bates-numbered PALM-003543936-944 (Fernandes Dep. Ex. 0038) | PALM-003543936 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Exhibit is complete (FRE 106) No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). |
| 39 | | 6/28/2018 Email Bates-numbered PALM-005940721-23 (Fernandes Dep. Ex. 0039) | PALM-005940721 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402).           Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807) |
| 40 | | 5/7/2014 Email and attachment Bates-numbered PALM-006008412-16 (Fernandes Dep. Ex. 0040) | PALM-006008412 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |
| 41 | | 7/31/2015 Email Bates-numbered PALM-013417695-98 (Fernandes Dep. Ex. 0041) | PALM-013417695 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed.Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit is not improper evidence of a compromise. (FRE 408) |
| 42 | | 10/29/2018 Email and attachments Bates-numbered PALM-004235531-542 (Fernandes Dep. Ex. 0042) | PALM-004235531 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |
| 43 | | 3/25/2018 Email Bates-numbered PALM-003542014 | PALM-003542014 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | | 3/28/2018 Email Bates-numbered PALM-003572238-240 (Fernandes Dep. Ex. 0044) | PALM-003572238 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402).      Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 45 | | 4/4/2018 Email Bates-numbered PALM-012921947-952 (Fernandes Dep. Ex. 0045) | PALM-012921947 | Fernandes | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). |
| 95 | | 12/9/2014 Email and attachment Bates-numbered PALM-005186974-981 (Rosen Dep. Ex. 0095) | PALM-005186974 | Rosen | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed.Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 96 | | 2/23/2016 Email and attachments Bates-numbered PALM-014494865-4900 (Rosen Dep. Ex. 0096) | PALM-014494865 | Rosen | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed.Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 97 | | 2/14/2018 Email and attachment Bates-numbered PALM-002467820-824 (Rosen Dep. Ex. 0097) | PALM-002467820 | Rosen | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed.Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98 | | 1/25/2017 Email Bates-numbered PALM-016578628-29 (Rosen Dep. Ex. 0098) | PALM-016578628 | Rosen | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed.Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 100 | | 4/24/2013 Email Bates-numbered PALM-008515760 (Rosen Dep. Ex. 0100) | PALM-008515760 | Rosen | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 101 | | 12/5/2014 Email and attachment Bates-numbered PALM-102974930-960 (Grossnickle Dep. Ex. 0101) | PALM-102974930 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105).Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 102 | | 7/28/2014 Email Bates-numbered PALM-012897716-723 (Grossnickle Dep. Ex. 0102) | PALM-012897716 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 103 | | 8/24/2016 Email and attachments Bates-numbered PALM-013443353-368 (Grossnickle Dep. Ex. 0103) | PALM-013443353 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | | 5/1/2018 document Bates-numbered PALM-016604882-85 (Grossnickle Dep. Ex. 0104) | PALM-016604882 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is not legible; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motion in Limine is opposed. |
| 105 | | Undated document Bates-numbered PALM-015875046-5069 (Grossnickle Dep. Ex. 0105) | PALM-015875046 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 106 | | PALM-012921794-96 (Grossnickle Dep. Ex. 0106) | PALM-012921794 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 107 | | 4/24/2018 Email Bates-numbered PALM-003543813-14 (Grossnickle Dep. Ex. 0107) | PALM-003543813 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 108 | | 4/27/2018 Email Bates-numbered PALM-003566580-88 (Grossnickle Dep. Ex. 0108) | PALM-003566580 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). The exhibit is complete (FRE 106). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | | 7/11/2016 Email and attachment Bates-numbered PALM-013096042-013096042-6050 (Grossnickle Dep. Ex. 0109) | PALM-013096042 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 110 | | 11/3/2016 Email and attachment Bates-numbered PALM-012913494-3533 (Grossnickle Dep. Ex. 0110) | PALM-012913494 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. |
| 111 | | 3/14/2016 Email and attachment Bates-numbered PALM-013432089-013432089-2094 (Grossnickle Dep. Ex. 0111) | PALM-013432089 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 112 | | 9/7/2016 Email and attachment Bates-numbered PALM-013445564-013445564-580 (Grossnickle Dep. Ex. 0112) | PALM-013445564 | Grossnickle | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. |
| 126 | | 4/24/2018 Email Bates-numbered PALM-006759661-62 (Parikh Dep. Ex. 0126) | PALM-006759661 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 127 | | 6/14/2018 Email Bates-numbered PALM-003272607-608 (Parikh Dep. Ex. 0127) | PALM-003272607 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | | 10/7/2018 Email Bates-numbered PALM-006771553-58 (Parikh Dep. Ex. 0128) | PALM-006771553 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 129 | | 10/9/2018 Email Bates-numbered PALM-002426343-44 (Parikh Dep. Ex. 0129) | PALM-002426343 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 130 | | 2/11/2019 Email and attachment Bates-numbered PALM-010619836-37 (Parikh Dep. Ex. 0130) | PALM-010619836 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 131 | | 2/12/2019 Email Bates-numbered PALM-004257464-66 (Parikh Dep. Ex. 0131) | PALM-004257464 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 132 | | 4/8/2019 Email Bates-numbered PALM-009872876-78 (Parikh Dep. Ex. 0132) | PALM-009872876 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Exhibit is not evidence of an inadmissible compromise. (FRE 408) |
| 133 | | 5/30/2019 Email Bates-numbered PALM-014679993-96 (Parikh Dep. Ex. 0133) | PALM-014679993 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Exhibit is not evidence of an inadmissible compromise. (FRE 408) |
| 134 | | 8/27/2020 Investigational Hearing Testimony of Jay Parikh, *In the Matter of Facebook Inc* ., Bates-numbered PALM-DEP-00002615-2705 (Parikh Dep. Ex. 0134) | PALM-DEP-00002615 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | | 2/11/2020 Presentation Deck Bates-numbered PALM-DEP-00002706-2730 (Parikh Dep. Ex. 0135) | PALM-DEP-00002706 | Parikh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 196 | | 1/22/2009 Email string Bates-numbered PALM-DEP-00003313-16 (Rose Dep. Ex. 0196) | PALM-DEP-00003313 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |
| 197 | | 4/3/2009 Email string Bates-numbered PALM-003221219-222 (Rose Dep. Ex. 0197) | PALM-003221219 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |
| 198 | | 7/28/209 Email string Bates-numbered PALM-DEP-00003317-325 (Rose Dep. Ex. 0198) | PALM-DEP-00003317 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |
| 199 | | 8/25/2009 Email string Bates-numbered PALM-DEP-00003326-29 (Rose Dep. Ex. 0199) | PALM-DEP-00003326 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |
| 200 | | 12/2/2007 Email string Bates-numbered PALM-003194577-79 (Rose Dep. Ex. 0200) | PALM-003194577 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |
| 201 | | 9/6/2009 Email string Bates-numbered PALM-008824789-794 (Rose Dep. Ex. 0201) | PALM-008824789 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 6; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 202 | | 6/30/2009 Email string Bates-numbered PALM-003281995 (Rose Dep. Ex. 0202) | PALM-003281995 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 203 | | 8/16/2010 Email string Bates-numbered PALM-006207325-28 (Rose Dep. Ex. 0203) | PALM-006207325 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 204 | | 8/9/2010 Email string Bates-numbered PALM-010338313-16 (Rose Dep. Ex. 0204) | PALM-010338313 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 205 | | 1/31/2011 Email string Bates-numbered PALM-006220826 (Rose Dep. Ex. 0205) | PALM-006220826 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 206 | | 4/16/2011 Email string Bates-numbered PALM-003248696 (Rose Dep. Ex. 0206) | PALM-003248696 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 207 | | 7/13/2011 Email Bates-numbered PALM-004549888 (Rose Dep. Ex. 0207) | PALM-004549888 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 208 | | 12/10/2014 Email string and attachment Bates-numbered PALM-006048719-720 (Rose Dep. Ex. 0208) | PALM-006048719 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 209 | | 3/18/2015 Email string Bates-numbered PALM-006445278-79 (Rose Dep. Ex. 0209) | PALM-006445278 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 210 | | 2/14/2017 Email and attachment Bates-numbered PALM-003167997-68001 (Rose Dep. Ex. 0210) | PALM-003167997 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | | 4/13/2018 Email string Bates-numbered PALM-0082600013-16 (Rose Dep. Ex. 0211) | PALM-008260013 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 212 | | 3/17/2018 Email string Bates-numbered PALM-003203077-78 (Rose Dep. Ex. 0212) | PALM-003203077 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 213 | | 3/26/2018 Email string Bates-numbered PALM-008503221-29 (Rose Dep. Ex. 0213) | PALM-008503221 | Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |
| 214 | | 6/13/2018 Email string Bates-numbered PALM-DEP-00003360-68 (Rose Dep. Ex. 0214) | PALM-DEP-00003360 | | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. |
| 376 | | 5/10/2023 Article "Meta is Creating A Decentralized Twitter Alternative Reportedly Codenamed 'P92'" (Forbes) | None | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 377 | | 12/8/2016 Email string and attachment Bates-numbered PALM-008607821-28 (Wehner Dep. Ex. 0377) | PALM-008607821 | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 378 | | SEC Form 10-K, Facebook Annual Report 2013 (Wehner Dep. Ex. 0378) | None | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 379 | 12/31/2018 | Document Bates-numbered PALM-008872301-388 (Wehner Dep. Ex. 0379) | PALM-008872301 | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 380 | | SEC Form 10-K, Facebook Annual Report 2019 (Wehner Dep. Ex. 0280) | None | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 381 | | Tables  Facebook, Instagram App Totals FY13 - FY22 (No Bates numbers) (Wehner Dep. Ex. 0381) | None | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 382 | 5/13/2013 | Email string Bates-numbered PALM-006024787-89 (Wehner Dep. Ex. 0382) | PALM-006024787 | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 383 | | Fourth Quarter 2021 Results Conference Call (20 pages, no Bates numbers) (Wehner Dep. Ex. 0383) | | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 384 | 4/17/2018 | Email and attachment Bates-numbered PALM-011552572-587 (Wehner Dep. Ex. 0384) | PALM-011552572 | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 385 | | Undated document titled "Appendix D profitability of Google and Facebook" (No Bates numbers, 41 pages) (Wehner Dep. Ex. 0385) | | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 386 | | 5/24/2019 Email string Bates-numbered PALM-004028729-731 (Wehner Dep. Ex. 0386) | PALM-004028729 | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 387 | | 5/21/2021 Email string Bates-numbered PALM-013931611 (Wehner Dep. Ex. 0387) | PALM-013931611 | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously); Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 388 | | May, 2021 Presentation Deck Bates-numbered PALM-013931645-658 (Wehner Dep. Ex. 0388) | PALM-013931645 | Wehner | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 3; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 395 | | 9/12/2016 Email string and attachment Bates-numbered PALM-010633477-79 (Olivan Dep. Ex. 0395) | PALM-010633477 | Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 396 | | 1/23/2018 Email string Bates-numbered PALM-016517685-694 (Olivan Dep. Ex. 0396) | PALM-016517685 | Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motion in Limine is opposed. |
| 397 | | 3/23/2018 Email string Bates-numbered PALM-004295415-18 (Olivan Dep. Ex. 0297) | PALM-004295415 | Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 398 | | 3/25/2018 Email string Bates-numbered PALM-010027628-632 (Olivan Dep. Ex. 0398) | PALM-010027628 | Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 399 | | 6/6/2018 Email string and attachment Bates-numbered PALM-016565174-79 (Olivan Dep. Ex. 0399) | PALM-016565174 | Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 401 | | 6/1/2019 Email sting and attachments Bates numbered PALM-009936117-126 (Olivan Dep. Ex. 0401) | PALM-009936117 | Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 402 | | 10/11/2019 Email string and attachment Bates-numbered PALM-012930702-743 (Olivan Dep. Ex. 0402) | PALM-012930702 | Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 403 | | 7/22/2019 document Bates-numbered PALM-010644772-73 (Olivan Dep. Ex. 0403) | PALM-010644772 | Olivan | Will be used to provide Facebook's liability, impact and damages | Javier Olivan; Catherine Tucker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a subject matter that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 404 | | 1/14/2013 Email string Bates-numbered PALM-008844304-312 (Olivan Dep. Ex. 0404) | PALM-008844304 | Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 521 | | Bret Taylor LinkedIn profile (No Bates, 2 pages) (Taylor Dep. Ex. 0521) | | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 522 | | 8/10/2009 Email and attachment Bates-numbered PALM-009007099-7203 (Taylor Dep. Ex. 0522) | PALM-009007099 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 523 | | 9/3/2009 Email string Bates-numbered PALM-009830443-44 (Taylor Dep. Ex. 0523) | PALM-009830443 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 524 | | 5/20/2010 Email Bates-numbered PALM-006002522-23 (Taylor Dep. Ex. 0524) | PALM-006002522 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 525 | | 10/23/2018 U.S. Patent No. 10,110,413 B2, Bates-numbered CONSUMER-FB-0000058718 | CONSUMER-FB-0000058718 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. No limiting instruction is needed (FRE 105) |
| 526 | | 5/17/2011 Email string Bates-numbered PALM-016493706-713 (Taylor Dep. Ex. 0526) | PALM-016493706 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 527 | | 2/1/2010 Email string Bates-numbered PALM-001284138-140 (Taylor Dep. Ex. 0527) | PALM-001284138 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 528 | | 2/4/2010 Email string Bates-numbered PALM-003024676-78 (Taylor Dep. Ex. 0528) | PALM-003024676 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 529 | | 2/16/2010 Email string Bates-numbered PALM-003013258-59 (Taylor Dep. Ex. 0529) | PALM-003013258 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 530 | | 2019 Article "The Antitrust Case Against Facebook" (Berkeley Business Law Journal, 63 pages, no Bates) (Taylor Dep. Ex. 0530) | | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 531 | | 5/18/2011 Article "'Like' Button Follows Web Users" (WSJ.com, 3 pages, no Bates) (Taylor Dep. Ex. 0531) | | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MILs are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 532 | | 7/27/2010 Testimony of Bret Taylor, Chief Technology Officer, Facebook,, Inc., Before the U.S. Senate Committee on Commerce, Science, and Transportation, Bates-numbered PALM-010562129-141 (Taylor Dep. Ex. 0532) | PALM-010562129 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception, e.g., Rules 402, 403, 802; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 533 | | 4/11/2012 Email string Bates-numbered PALM-009750635-37 (Taylor Dep. Ex. 0533) | PALM-009750635 | Taylor, Bret | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 534 | | 10/22/2011 Email string Bates-numbered PALM-010072241 (Schultz Dep. Ex. 0534) | PALM-010072241 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 535 | 5/22/2010 Email string Bates-numbered PALM-016563229-232 (Schultz Dep. Ex. 0535) | | PALM-016563229 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 536 | 4/12/2011 Email string Bates-numbered PALM-005149059-9065 (Schultz Dep. Ex. 0536) | | PALM-005149059 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 537 | 7/14/2011 Email string Bates-numbered PALM-007762275-78 (Schultz Dep. Ex. 0537) | | PALM-007762275 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed |
| 538 | 8/6/2015 Email string Bates-numbered PALM-009639417 (Schultz Dep. Ex. 0538) | | PALM-009639417 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 539 | 10/21/2011 Email string Bates-numbered PALM-016565092-95 (Schultz Dep. Ex. 0539) | | PALM-016565092 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |
| 540 | 10/25/2014 Email string Bates-numbered PALM-005089960-63 (Schultz Dep. Ex. 0540) | | PALM-005089960 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 541 | 3/5/2015 Email string Bates-numbered PALM-016564122-25 (Schultz Dep. Ex. 0541) | | PALM-016564122 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is not legible; Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motion in Limine is opposed. Document produced by Defendant. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 542 | | 3/26/2018 Email string Bates-numbered PALM-016563424-28 (Schultz Dep. Ex. 0542) | PALM-016563424 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 543 | | 10/1/2018 Email string Bates-numbered PALM-009633971-72 (Schultz Dep. Ex. 0543) | PALM-009633971 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 544 | | 7/30/2018 document Bates-numbered PALM-006750583-50601 (Schultz Dep. Ex. 0544) | PALM-006750583 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 545 | | 12/12/2018 Email string Bates-numbered PALM-005329415-424 (Schultz Dep. Ex. 0545) | PALM-005329415 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 546 | | 12/30/2018 Email string Bates-numbered PALM-005285332-36 (Schultz Dep. Ex. 0546) | PALM-005285332 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 547 | | Undated document Bates-numbered PALM-016107498-7559 (Schultz Dep. Ex. 0547) | PALM-016107498 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit improperly combines multiple documents and is likely to confuse or mislead the jury; Rule 602—Proponent cannot la personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 563 | | 8/14/2018 Email string Bates-numbered PALM-003077009-7010 (Cox Dep. Ex. 0563) | PALM-003077009 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 564 | | 2/8/2015 Email string Bates-numbered PALM-006334909-911 (Cox Dep. Ex. 0564) | PALM-006334909 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 565 | | 2/1/2009 Email string Bates-numbered PALM-002436979-981 (Cox Dep. Ex. 0565) | PALM-002436979 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 566 | | 5/19/2011 Email and attachment Bates-numbered PALM-009299991 (Cox Dep. Ex. 0566) | PALM-009299991 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 567 | | 6/29/2011 Email string Bates-numbered PALM-010349725-26 (Cox Dep. Ex. 0567) | PALM-010349725 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 568 | | 3/25/2014 Email string Bates-numbered PALM-002457155-56 (Cox Dep. Ex. 0568) | PALM-002457155 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 569 | | 10/2/2018 Email Bates-numbered PALM-009299205-207 (Cox Dep. Ex. 0569) | PALM-009299205 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 570 | | 10/2/2018 Message Summary Bates-numbered PALM-003079073 (Cox Dep. Ex. 0570) | PALM-003079073 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 571 | | 3/10/2019 Email string Bates-numbered PALM-002439011-15 (Cox Dep. Ex. 0571) | PALM-002439011 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 572 | | 3/3/2019 Email string Bates-numbered PALM-016564731-34 (Cox Dep. Ex. 0572) | PALM-016564731 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 573 | | 3/27/2018 Email string Bates-numbered PALM-006022461 (Cox Dep. Ex. 0573) | PALM-006022461 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 574 | | 3/30/2018 Email string Bates-numbered PALM-005411439-440 (Cox Dep. Ex. 0574) | PALM-005411439 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 575 | | Undated document Bates-numbered PALM-015775584-5641 (Cox Dep. Ex. 0575) | PALM-015775584 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 576 | | 11/13/2018 Email string Bates-numbered PALM-016786082-85 (Cox Dep. Ex. 0576) | PALM-016786082 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 603 | | 3/23/2018 Email string Bates-numbered PALM-010429448-452 (Eide Dep. Ex. 0603) | PALM-010429448 | Eide, Jon | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 604 | | 3/25/2018 Message Summary Bates-numbered PALM-005598281-84 (Eide Dep. Ex. 0604) | PALM-005598281 | Eide, Jon | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is neede |
| 605 | | | NFLX-001583 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105).Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 606 | | Undated document Bates-numbered PALM-003207836-37 (Hastings Dep. Ex. 0606) | PALM-003207836 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 607 | | | NFLX-001590 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 8; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 608 | | 1/9/2014 Email string Bates-numbered PALM-008174450-51 (Hastings Dep. Ex. 0608) | PALM-008174450 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motions in Limine are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 609 | | 2/13/2015 Email Bates-numbered PALM-009797163 (Hastings Dep. Ex. 0609) | PALM-009797163 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 610 | | 8/30/2013 Email string Bates-numbered PALM-014736295 (Hastings Dep. Ex. 0610) | PALM-014736295 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent ha not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 611 | | | NFLX-001582 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 612 | 10/16/2019 Email Bates-numbered PALM-012195125-26 (Hastings Dep. Ex. 0612) | | PALM-012195125 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed |
| 614 | | | NFLX-001586 | Hastings, Reed | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 667 | | | PIN - FTC - 0000000700 | Roberts, Julia | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 672 | | | PIN – FTC - 0000019220 | Roberts, Julia | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 673 | | | PIN – FTC - 0000002507 | Roberts, Julia | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 675 | | 4/5/2018 Email string Bates-numbered PALM-012922033-38 (Fischer Dep. Ex. 0675) | PALM-012922033 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 676 | | 5/19/2010 Email string Bates-numbered PALM-003972765-66 (Fischer Dep. Ex. 0676) | PALM-003972765 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 677 | | 8/9/2010 Email string Bates-numbered PALM-010338312-16 (Fischer Dep. Ex. 0677) | PALM-010338312 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta's pending Motion in Limine No. 1; Rule 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 677 | | | PIN – FTC – 0000005167 | Roberts, Julia | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 678 | | 9/23/2010 Email string Bates-numbered PALM-004024343-45 (Fischer Dep. Ex. 678) | PALM-004024343 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 679 | | 4/27/2012 Email string Bates-stamped PALM-011822357-59 (Fischer Dep. Ex. 0679) | PALM-011822357 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 679 | | | PIN – FTC – 0000005086 | Roberts, Julia | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plf' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 680 | | 1/21/2013 Email Bates-numbered PALM-009257332-34 (Fischer Dep. Ex. 0680) | PALM-009257332 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 681 | | 4/20/2014 Email string Bates-numbered PALM-006152749-755 (Fischer Dep. Ex. 0681) | PALM-006152749 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 682 | | 11/6/2017 Email string Bates-numbered PALM-003033069-3073 (Fischer Dep. Ex. 0682) | PALM-003033069 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 683 | | 11/26/2014 Email string Bates-numbered PALM-003862757-761 (Fischer Dep. Ex. 0683) | PALM-003862757 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 684 | | 3/16/2016 Email and attachment Bates-numbered PALM-016555658-669 (Fischer Dep. Ex. 0684) | PALM-016555658 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 685 | | 2/3/2018 Email string Bates-numbered PALM-004003944-46 (Fischer Dep. Ex. 0685) | PALM-004003944 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 686 | | 11/29/2018 Email Bates-numbered PALM-008981692-99 (Fischer Dep. Ex. 0686) | PALM-008981692 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 687 | | 5/28/2019 Email string Bates-numbered PALM-008830096-30105 (Fischer Dep. Ex. 0687) | PALM-008830096 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 688 | | 5/1/2018 Article "Mark Zuckerberg Speaks At Facebook F8, Announces Clear History Option" (CBSNews) | | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 689 | | 3/10/2019 Email string Bates-numbered PALM-011819037-39 (Fischer Dep. Ex. 0689) | PALM-011819037 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 690 | | 12/4/2019 Email string and attachment Bates-numbered PALM-014789823-844 (Fischer Dep. Ex. 0690) | PALM-014789823 | Fischer, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 709 | | | PIN – FTC - 0000001042 | Roberts, Julia | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 750 | | 2/23/2023 Subpoena to Testify at a Deposition in a Civil Action - Microsoft Corporation (35 pages, No Bates) (Maker Dep. Ex. 0750) | | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 751 | | | MS-LIT_00000065760 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 7; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 402). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 752 | | | MS-LIT_0000049964 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Reid Maker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 753 | | | MS-LIT_0000052626 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Catherine Tucker; Reid Maker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 783 | | Undated document Bates-numbered PALM-015762843-869 (Rodgers Dep. Ex. 0783) | PALM-015762843 | Rodgers, Emma | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 784 | | 3/20/2018 Email string Bates-numbered PALM-013908915-16 (Rodgers Dep. Ex. 0784) | PALM-013908915 | Rodgers, Emma | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 821 | | 6/18/2012 WhatsApp Blog Entry "Why we don't sell ads" (1 page, No Bates) (Acton Dep. Ex. 0821) | | Acton, Brian | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 822 | | 3/17/2014 WhatsApp Blog Entry "Setting the record straight" (1 page, no Bates) (Acton Dep. Ex. 0822) | | Acton, Brian | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 823 | | 3/20/2018 Brian Acton on Twitter thread "It is time. #deletefacebook" (2 pages, no Bates) (Acton Dep. Ex. 0823) | | Acton, Brian | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 404—Exhibit appears to contain improper character evidence; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 888 | | 12/31/2021 SEC Form 10-K, Nextdoor Holdings, Inc. FY 2021 (124 pages, no Bates) (Hsu Dep. no. 888) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 889 | | Nextdoor Help Center, "About mobile contact sync" (4 pages, no Bates) (Hsu Dep. Ex. 0889) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 890 | | 12/31/2022 SEC Form 10-K, Nextdoor Holdings, Inc. FY 2022 (115 pages, no Bates) (Hsu Dep. Ex. 0890) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 891 | | Nextdoor Help Center, "Reach more people with posts to Anyone" (3 pages, no Bates) (Hsu Dep. Ex. 0891) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 892 | | 9/16/2019 Excel Spreadsheet, "Nextdoor Help Center, "Nextdoor Competitors) (Hsu Dep. Ex. 0891) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 893 | | | ND-001973 | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 894 | | | ND-000421 | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 895 | | | ND-000215 | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 896 | | | ND-001693 | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 897 | | Nextdoor Help Center, "About Nextdoor Connections" (6 pages, no Bates) (Hsu Dep. Ex. 0897) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 898 | 10/26/2011 | Press Release, "Nextdoor launches the first private social network for neighborhoods" (4 pages, no Bates) (Hsu Dep. Ex. 0898) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 899 | | | ND-000426 | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta's pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). MIL is opposed. |
| 900 | 8/21/2015 | Article "What makes a good neighborhood Facebook group?" (7 pages, no Bates) (Hsu Dep. Ex. 0900) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta's pending Motion in Limine No 4; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plf's Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 901 | | 8/9/2022 Nextdoor Q2 2022 Earnings Call Transcript (9 pages, no Bates) (Hsu Dep. Ex. 0901) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent has not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 902 | | | ND-001572 | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 903 | | Nextdoor App Store screenshot (1 page, no Bates) (Hsu Dep. Ex. 0903) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 904 | | App Store screenshot, "Top Free Apps" (1 page, no Bates) (Hsu Dep. Ex. 0904) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 905 | | NextDoor Web Page, "Nextdoor is where you connect to the neighborhoods that matter to you so you can belong." (3 pages, no Bates) (Hsu Dep. Ex. 0905) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 906 | | 3/14/2023 Deposition Subpoena issued to Nextdoor Holdings, Inc. (11 pages, no Bates) (Hsu Dep. Ex. 0906) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 907 | | Nextdoor Publication, "Transparency Report 2022" (9 pages, no Bates) (Hsu Dep. Ex. 0907) | | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 910 | | ████ | ND-FTC-0000125 | Hsu, Flora | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1089 | | 1/8/2012 Email Bates-numbered FB_FTC_CID_0266 8438-440 (Levy Dep. Ex. 1089) | FB_FTC_CID_0266843 8-440 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1090 | | 9/27/2018 Email Bates-numbered FB_FTC_CID_0270 4 943-45 (Levy Dep. Ex. 1090) | FB_FTC_CID_0270494 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1091 | | 4/27/2020 Email and attachments Bates-numbered FB_FTC_CID_1214 6021-6046 (Levy Dep. Ex. 1091) | FB_FTC_CID_1214602 1 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1092 | | 4/12/2021 Email string and attachments Bates-numbered FTC-META-002368 572-580 (Levy Dep. Ex. 1092) | PX13199-001 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plf' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1093 | | 9/10/2020 Message Summary Bates-numbered PALM-012999836-38 (Levy Dep. Ex. 1093) | PALM-012999836 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1094 | | 2/3/2022 Article "A Change by Apple is Tormenting Internet Companies, Especially Meta" (3 pages, no Bates) (Levy Dep. Ex. 1094 | | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation: exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 1095 | | Meta Platforms, Inc. Fourth Quarter 2021 Results Conference Call Transcript (20 pages, no Bates) (Levy Dep. Ex. 1095) | | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1096 | | Undated document Bates-numbered PALM-013003886-897 (Levy Dep. Ex. 1096) | PALM-013003886 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. Daubert is opposed |
| 1097 | | 9/14/2019 Message Summary Bates-numbered PALM-013785714-16 (Levy Dep. Ex. 1097) | PALM-013785714 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1098 | | Undated Presentation Deck Bates-numbered PALM-014154292-4312 (Levy Dep. Ex. 1098) | PALM-014154292 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1099 | | 2/8/2021 Email Bates-numbered PALM-014714077-4080 (Levy Dep. Ex. 1099) | PALM-014714077 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1109 | | 8/9/2021 Email string Bates-numbered PALM-014331963-66 (Levy Dep. Ex. 1109) | PALM-014331963 | Levy, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1190 | | | TIK-00002173 | Presser, Adam | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1195 | | 6/11/2019 Meta Newsroom Release "Introducing Study from Facebook" (7 pages, no Bates) (Ben Zedeff Dep. Ex. 1195) | | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | Catherine Tucker | Defense to Plaintiffs' claims | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1196 | | 6/23/2019 Email sting Bates-numbered PALM-013176645 (Ben-Zedeff Dep. Ex. 1196) | PALM-013176645 | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1197 | | 3/6/2019 Email string PALM-009533431-34 (Ben-Zedeff Dep. Ex. 1197) | PALM-009533431 | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1198 | | 2/25 Message Summary Bates-numbered PALM-010720853 (Ben-Zedeff Dep. Ex. 1198) | PALM-010720853 | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 2; Rule 404—Exhibit appears to contain improper character evidence; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Motion in Limine is opposed. This is not character evidence (FRE 404) No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199 | | Undated document Bates-numbered PALM-ADI-0000387058-7073 (Ben-Zedeff Dep. Ex. 1199) | PALM-ADI-0000387058 | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). MIL is opposed. |
| 1200 | | 10/28/2019 Email string Bates-numbered PALM-012859843-47 (Ben-Zedeff Dep. Ex. 1200) | PALM-012859843 | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | Sagee Ben-Zedeff; Catherine Tucker | Defense to Plaintiffs' claims | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1201 | | Undated document Bates-numbered PALM-015376033-39 (Ben-Zedeff Dep. Ex. 1201) | PALM-015376033 | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1202 | | 10/16/2021 Message Summary Bates-numbered PALM-014376547 (Ben-Zedeff Dep. Ex. 1202) | PALM-014376547 | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1203 | | Meta Device Insights, "Mapping trends in how people use technology" (2 pages, no Bates) (Ben-Zedeff Dep. Ex. 1203) | | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 2; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1204 | | 1/2/2019 Email Bates-numbered PALM-005005740-41 (Ben-Zedeff Dep. Ex. 1204) | PALM-005005740 | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1215 | | | TWTR-KLEIN00107766 | Perzyk, Tim | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1216 | | | TWTR-KLEIN00029430 | Perzyk, Tim | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1296 | | 3/12/2015 string Email Bates-numbered PALM-003449972-73 (Jakubowski Dep. Ex. 1296) | PALM-003449972 | Jakubowski, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1297 | | 8/19/2013 Email string Bates-numbered PALM-000775452-54 (Chang Dep. Ex. 1297) | PALM-000775452 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1298 | | 8/22/2013 Email string Bates-numbered PALM-000045138-141 (Chang Dep. Ex. 1298) | PALM-000045138 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1299 | | 9/3/2013 Email string and attachment Bates-numbered PALM-000774935-948 (Chang Dep. Ex. 1299) | PALM-000774935 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | Ime Archibong | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300 | | 11/25/2013 Email string Bates-numbered PALM-ADI-0000326630-34 (Chang Dep. Ex. 1300) | PALM-ADI-0000326630 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1301 | | 8/12/2013 Message Summary Bates-numbered PALM-003404820 (Chang Dep. Ex. 1301) | PALM-003404820 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1302 | | 4/30/2014 Facebook CEO Mark Zuckerberg F8 2014 Keynote (Full Transcript), Bates-numbered CONSUMER-FB-0000044232-37 (Chang Dep. Ex. 1302) | CONSUMER-FB-0000044232 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 802) and/or hearsay exception applies (FRE 803, 804, 807). |
| 1303 | | 12/22/2022 Declaration of Steven Elia in Support of Settlement, *In Re Facebook Inc. Consumer Privacy User Profile Litigation*, No. 18-md-2843-VC (N.D. Cal.) (Chang Dep. Ex. 1303) | | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1304 | | 3/21/2018 Mark Zuckerberg (Facebook) update on Cambridge Analytica Situation (1 page, no Bates) (Chang Dep. Ex. 1304) | | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1305 | | 5/22/2019 Email Bates-numbered PALM-ADI-0000787994-95 (Chang Dep. Ex. 1305) | PALM-ADI-0000787994 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 802) and/or hearsay exception applies (FRE 803, 804, 807). |
| 1306 | | 5/22/2019 Email Bates-numbered PALM-ADI-0000052181-82 (Chang Dep. Ex. 1306) | PALM-ADI-0000052181 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1307 | | 7/11/2018 Investigative Memorandum Bates-numbered FB-CA-MDL-02221179-196 (Chang Dep. Ex. 1307) | FB-CA-MDL-02221179 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 501—Exhibit contains privileged information; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 1002—Exhibit is not the original; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit does not reflect settlement subsequent remedial measures (FRE 407). Original is not required under FRE 1002. Motion in Limine is opposed. Exhibit is complete (FRE 106). Exhibit is not protected under any privilege for trial use. (FRE 501) |
| 1308 | | 5/28/2019 Email string Bates-numbered PALM-ADI-0000817677-683 (Chang Dep. Ex. 1308 | PALM-ADI-0000817677 | Chang, Jacqueline | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1493 | | 4/11/2017 Email string Bates-numbered PALM-013711778 (Jhaveri Dep. Ex. 1493) | PALM-013711778 | Jhaveri, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1494 | 6/28/2018 | Email and attachment Bates-numbered PALM-014503706-723 (Jhaveri Dep. Ex. 1494) | PALM-014503706 | Jhaveri, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 404—Exhibit appears to contain improper character evidence; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Exhibit is not character evidence (FRE 404). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1495 | | Native Powerpoint File PALM-014503708 (Jhaveri Dep. Ex. 1495) | PALM-014503708 | Jhaveri, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 404—Exhibit appears to contain improper character evidence; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | MILs are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 1496 | 12/7/2018 | Email string Bates-numbered PALM-017003817-822 (Jhaveri Dep. Ex. 1496) | PALM-017003817 | Jhaveri, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 404—Exhibit appears to contain improper character evidence; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Exhibit is not character evidence (FRE 404). MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1497 | | 2/15/2018 Email Bates-numbered PALM-003248029 (Jhaveri Dep. Ex. 1497) | PALM-003248029 | Jhaveri, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 404—Exhibit appears to contain improper character evidence; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit is not character evidence (FRE 404). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1498 | | 6/20/2018 Email string and attachment Bates-numbered PALM-010343037-3040 (Jhaveri Dep. Ex. 1498) | PALM-010343037 | Jhaveri, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 404—Exhibit appears to contain improper character evidence; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit is not character evidence (FRE 404). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1499 | | 8/21/2018 Email string Bates-numbered PALM-012989826-27 (Jhaveri Dep. Ex. 1499) | PALM-012989826 | Jhaveri, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 404—Exhibit appears to contain improper character evidence; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Exhibit is not character evidence (FRE 404). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1500 | | 4/12/2021 Email string Bates-numbered PALM-013202412-14 (Jhaveri Dep. Ex. 1500) | PALM-013202412 | Jhaveri, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 1511 | | 3/4/2014 Email and attachment Bates-numbered PALM-003521959-981 (Bosworth Dep. Ex. 1511) | PALM-003521959 | Bosworth, Andrew | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1512 | | 7/1/2015 Email string Bates-numbered PALM-004023854-56 (Bosworth Dep. Ex. 1512) | PALM-004023854 | Bosworth, Andrew | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1513 | | 4/18/2014 Email string Bates-numbered PALM-017030700 (Bosworth Dep. Ex. 1513) | PALM-017030700 | Bosworth, Andrew | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 1514 | | 3/29/2018 Article "Growth At Any Cost Top Facebook Executive Defended Data Collection In 2016 Memo - And Warned That Facebook Could Get People Killed" (8 pages, no Bates) (Bosworth Dep. Ex. 1514) | | Bosworth, Andrew | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 5; Rule 404—Exhibit appears to contain improper character evidence; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit is not character evidence (FRE 404). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1515 | | 3/17/2016 Email string Bates-numbered PALM-015010005-10008 (Bosworth Dep. Ex. 1515) | PALM-015010005 | Bosworth, Andrew | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1561 | | | TWTR-KLEIN00132048 | Coleman, Keith | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1562 | | | TWTR-KLEIN00059002 | Coleman, Keith | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1563 | | | TWTR-KLEIN00133537 | Coleman, Keith | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 1697 | | 6/25/2019 Email Bates-numbered PALM-010469163-65 (Crum Dep. Ex. 1697) | PALM-010469163 | Crum, Henry | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1698 | | 7/9/2019 Email Bates-numbered PALM-010474433-35 (Crum Dep. Ex. 1698) | PALM-010474433 | Crum, Henry | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1699 | | 8/15/2019 Email Bates-numbered PALM-016739275-78 (Crum Dep. Ex. 1699) | PALM-016739275 | Crum, Henry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). . Motion in Limine is opposed. |
| 1700 | | 8/6/2019 Presentation Deck Bates-numbered PALM-014686610-6745 (Crum Dep. Ex. 1700) | PALM-014686610 | Crum, Henry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1701 | | 9/6/2019 Message Summary Bates-numbered PALM-013532945-47 (Crum Dep. Ex. 1701) | PALM-013532945 | Crum, Henry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1702 | | 11/2/2021 Presentation Deck Summary Bates-numbered PALM-017069195-9221 (Crum Dep. Ex. 1702) | PALM-017069195 | Crum, Henry | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton; Henry Crum | Defense to Plaintiffs' claims | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1703 | | 7/26/2019 Message Summary Bates-numbered PALM-013177700-710 (Crum Dep. Ex. 1703) | PALM-013177700 | Crum, Henry | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1717 | | 7/2/2015 Email Bates-numbered PALM-008420192-93 (Levinson Dep. Ex. 1717) | PALM-008420192 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1719 | | 5/27/2019 Email string Bates-numbered PALM-012292152-160 (Levinson Dep. Ex. 1719) | PALM-012292152 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 1720 | | 6/8/2015 Email string Bates-numbered PALM-013413932-34 (Levinson Dep. Ex. 1720) | PALM-013413932 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1721 | | 12/2021 Presentation Deck Bates-numbered PALM-015438977-39049 (Levinson Dep. Ex. 1721) | PALM-015438977 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1722 | | 11/21/2019 Email Bates-numbered PALM-013537885-88 (Levinson Dep. Ex. 1722) | PALM-013537885 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1723 | | 2/4/2020 Email string and attachment Bates-numbered PALM-013541313-329 (Levinson Dep. Ex. 1723) | PALM-013541313 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1724 | | 9/17/2015 Email string Bates-numbered PALM-006821235 (Levinson Dep. Ex. 1724) | PALM-006821235 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1725 | | 1/13/2016 Email Bates-numbered PALM-006236694-95 (Levinson Dep. Ex. 1725) | PALM-006236694 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1731 | | 4/30/2019 document Bates-numbered PALM-016884052-4091 (Savage Dep. Ex. 1731) | PALM-016884052 | Savage, Ben | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1732 | | 6/6/2019 document Bates-numbered PALM-010644853-57 (Savage Dep. Ex. 1732) | PALM-010644853 | Savage, Ben | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1733 | | 6/6/2019 document Bates-numbered PALM-010644873-75 (Savage Dep. Ex. 1733) | PALM-010644873 | Savage, Ben | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1734 | | 7/1/2019 document Bates-numbered PALM-008915876-884 (Savage Dep. Ex. 1734) | PALM-008915876 | Savage, Ben | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1735 | | 7/26/2019 Message Summary Bates-numbered PALM-017067994-98 (Savage Dep. Ex. 1735) | PALM-017067994 | Savage, Ben | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1736 | | 7/7/2020 Message Summary Bates-numbered PALM-012998610-621 (Savage Dep. Ex. 1736) | PALM-012998610 | Savage, Ben | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1737 | | 3/1/2021 document Bates-numbered PALM-015348470-76 (Savage Dep. Ex. 1737) | PALM-015348470 | Savage, Ben | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1753 | | 9/7/2018 FB workplace string Bates-numbered PALM-012284927-932 (Cunningham Dep. Ex. 1753) | PALM-012284927 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1754 | | 4/17/2018 Email string Bates-numbered PALM-003698126 (Cunningham Dep. Ex. 1754) | PALM-003698126 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1756 | | 10/12/2018 FB workplace string Bate numbered PALM-017043832-841 (Cunningham Dep. Ex. 1756) | PALM-017043832 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1757 | | 7/8/2019 Message Summary Bates-numbered PALM-011057154-56 (Cunningham Dep. Ex. 1757) | PALM-011057154 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1759 | | Undated document Bates-numbered PALM-006750169-174 (Cunningham Dep. Ex. 1759) | PALM-006750169 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1760 | | 5/3/2019 document Bates-numbered PALM-006750852-864 (Cunningham Dep. Ex. 1760) | PALM-006750852 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton; Tom Cunningham; John List | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1761 | | 3/17/2020 document Bates-numbered PALM-012150675-79 (Cunningham Dep. Ex. 1761) | PALM-012150675 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). No hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1762 | | Undated document Bates-numbered PALM-008242128-132 (Cunningham Dep. Ex. 1762) | PALM-008242128 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1763 | | Undated document Bates-stamped PALM 016444321-355 (Cunningham Dep. Ex. 1763) | PALM-016444321 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1764 | | 9/17/2018 FB workplace string Bates-numbered PALM-006470120-24 (Cunningham Dep. Ex. 1764) | PALM-006470120 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is not legible; Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1765 | | 9/20/2018 document Bates-numbered PALM-009052646-48 (Cunningham Dep. Ex. 1765) | PALM-009052646 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1766 | | Undated document Bates-numbered PALM-009048148-150 (Cunningham Dep. Ex. 1766) | PALM-009048148 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1767 | | 9/15/2022 document Bates-numbered PALM-017028116-18 (Cunningham Dep. Ex. 1767) | PALM-017028116 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1795 | | 4/21/2023 Apple letter to Consumer Plaintiffs regarding deposition and testimony (2 pages, no Bates) (Shah Dep. Ex. 1795) | | Shah, Ronak | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1796 | | 12/17/2020 Tim Cook Twitter feed capture (4 pages, no Bates) (Shah Dep. Ex. 1796) | | Shah, Ronak | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1797 | | | APL-KLEIN_00035769 | Shah, Ronak | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 4; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Motions in Limine are opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1798 | | 4/6/2018 Article "Read Tim Cook's interview with Chris Hayes and Kara Swisher" (28 pages, no Bates) (Shah Dep. Ex. 1798) | | Shah, Ronak | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 901—Proponent has not established authenticity of the document; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 4; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Motions in Limine are opposed. |
| 1799 | | Apple Webpage "Relive, edit, and share your picture-perfect moments" (http://www.apple.com/ios/photos/) (15 pages, no Bates) (Shah Dep. Ex. 1799) | | Shah, Ronak | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1800 | | Apple Webpage - "We're committed to protecting your data (https://www.apple.com/privacy/features/) (34 pages, no Bates) (Shah Dep. Ex. 1800_ | | Shah, Ronak | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1806 | | 10/20/2011 Article - "LinkedIn founder Facebook isn't competition" (3 pages, no Bates) (Pattabiraman Dep. Ex. 1806) | | Pattabiraman, Kumaresh | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1807 | | Undated LinkedIn-TNS Presentation Deck "The Mindset Divide" (8 pages, no Bates) (Pattabiraman Dep. Ex. 1807) | | Pattabiraman, Kumaresh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1808 | | LinkedIn Log In Form (8 pages, no Bates) (Pattabiraman Dep. Ex. 1808) | | Pattabiraman, Kumaresh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1809 | | 9/29/2020 LinkedIn Blog Post "Strengthening our Professional Community Policies to Keep Members Safe" (3 pages, no Bates) (Pattabiraman Dep. Ex. 1809) | | Pattabiraman, Kumaresh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1810 | | 12/31/2015 SEC Form 10-K, LinkedIn Corporation (66 pages, no Bates) (Pattabiraman Dep. Ex. 1810) | | Pattabiraman, Kumaresh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1811 | |  | LI_METALIT_00060579 | Pattabiraman, Kumaresh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1812 | |  | LI_METALIT_00002141 | Pattabiraman, Kumaresh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1813 | |  | LI_METALIT_00004424 | Pattabiraman, Kumaresh | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1896 | | Video clip of DLD Keynote Sandberg (Sandberg Dep. Ex. 1896) | | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1896 | |  | MEWE003100 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 404—Exhibit appears to contain improper character evidence; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1897 | | DLD Keynote Sheryl Sandberg, A Keynote by Sheryl Sandberg at DLD 2012 in Munich (Sandberg Dep. Ex. 1897) | | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | Mark Weinstein | Defense to Plaintiffs' claims | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1897 | | Declaration of Mark Weinstein (6 pages, no Bates) (Weinstein Dep. Ex. 1897) | | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 404—Exhibit appears to contain improper character evidence;  Exhibit is subject to Meta s pending Motion in Limine No 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit is not character evidence (FRE 404). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1898 | | DLD Keynote Sheryl Sandberg, A Keynote by Sheryl Sandberg at DLD 2012 in Munich (Sandberg Dep. Ex. 1898) | | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motion in Limine is opposed. |
| 1898 | | [redacted] | MEWE004922 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1898A | | [redacted] | MEWE004919 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1899 | | DLD Keynote Sheryl Sandberg, A Keynote by Sheryl Sandberg at DLD 2012 in Munich (Sandberg Dep. Ex. 1899) | | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1899 | | | MEWE042141 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1899A | | | MEWE042140 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1899B | | | MEWE042146 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |
| 1900 | | Facebook's Sheryl Sandberg on FTC Settlement screenshot (Sandberg Dep. Ex. 1900) | | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 901—Proponent has not established authenticity of the document; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1900 | | | MEWE017977 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). MIL is opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408).Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900A | | ███████ | MEWE017978 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 404—Exhibit appears to contain improper character evidence; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit is not character evidence (FRE 404). MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807).Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1901 | 7/30/2015 Email string Bates-numbered PALM-008883714-16 (Sandberg Dep. Ex. 1901) | | PALM-008883714 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1902 | 9/10/2012 Email string Bates-numbered PALM-008816198-6204 (Sandberg Dep. Ex. 1902) | | PALM-008816198 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1903 | 4/28/2008 Email string Bates-numbered PALM-006183422-24 (Sandberg Dep. Ex. 1903) | | PALM-006183422 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1904 | 7/15/2008 Email string Bates-numbered PALM-006152887-88 (Sandberg Dep. Ex. 1904) | | PALM-006152887 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 1905 | 8/25/2009 Email string Bates-numbered PALM-016918679-681 (Sandberg Dep. Ex. 1905) | | PALM-016918679 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1906 | 5/13/2010 Email string Bates-numbered PALM-008818148-154 (Sandberg Dep. Ex. 1906) | | PALM-008818148 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1907 | 5/22/2010 Email string Bates-numberedPALM-006124721-731 (Sandberg Dep. Ex. 1907) | | PALM-006124721 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1908 | 11/27/2011 Email string Bates-numbered PALM-008822532-37 (Sandberg Dep. Ex. 1908) | | PALM-008822532 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1909 | 3/17/2017 Email Bates-numbered PALM-004296845 (Sandberg Dep. Ex. 1909) | | PALM-004296845 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1910 | 3/22/2018 Transcript - "CNBC Exclusive CNBC Transcript Sheryl Sandberg Sits Down with CNBC's Julia Boorstin Today" (8 pages, no Bates) | | | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 1911 | 7/15/2011 Email string Bates-numbered PALM-008817887-88 (Sandberg Dep. Ex. 1911) | | PALM-008817887 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1912 | 9/1/2020 Investigational Hearing Testimony of Sheryl Sandberg, *In the Matter of Facebook Inc.*, FTC File No. 1910-0134, Bates-numbered PALM-DEP-00009768-9880 (Sandberg Dep. Ex. 1912) | | PALM-DEP-00009768 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 1931 | | | GOOG-META-00563251 | Horowitz, Bradley | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1932 | | | GOOG-META-00566317 | Horowitz, Bradley | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 1933 | | | GOOG-META-00644342 | Horowitz, Bradley | Will be used to provide Facebook's liability, impact and damages | Sagee Ben-Zedeff; Erez Naveh; Catherine Tucker | Defense to Plaintiffs' claims | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 1934 | | | GOOG-META-00585095 | Horowitz, Bradley | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Exhibit is subject to Meta's pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2099 | | Undated Reddit Thread titled "Why are some people complaining there's too many Star Wars movies /spinoffs... wasn't this George Lucas' dream?" (8 pages, no Bates) | | | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 2207 | 7/11/2018 | Email string and attachment Bates-numbered PALM-011312772-75 (Naveh Dep. Ex. 2207) | PALM-011312772 | Naveh, Erez | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 404—Exhibit appears to contain improper character evidence; Exhibit appears as a duplicate copy of another exhibit included on this exhibit list; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit is not character evidence (FRE 404). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402) No limiting instruction is needed (FRE 105). |
| 2214 | 7/15/2020 | Email string Bates-numbered PALM-013553009-3011 (Naveh Dep. Ex. 2214) | PALM-013553009 | Naveh, Erez | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2250 | 7/7/2010 | Email string Bates-numbered PALM-006006351-52 (Zuckerberg Dep. Ex. 2250) | PALM-006006351 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motions in Limine are opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2251 | | 5/24/2010 Article "From Facebook, answering privacy concerns with new settings" (2 pages, no Bates) (Zuckerberg Dep. Ex. 2251) | | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2252 | | 11/29/2011 Article "Our Commitment to the Facebook Community" Bates-numbered CONSUMER-FB-0000002257-264 (Zuckerberg Dep. Ex. 2252) | CONSUMER-FB-0000002257 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2253 | | 3/22/2018 Article "Here's the transcript of Recode's interview with Facebook CEO Mark Zuckerberg about the Cambridge Analytica controversy and more" (6 pages, no Bates) (Zuckerberg Dep. Ex. 2253) | | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |
| 2254 | | 9/15/2020 Calendar Invite, attachments Bates-numbered PALM-013818575-8630 (Zuckerberg Dep. Ex. 2254) | PALM-013818575 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2305 | | 3/21/2018 Transcript "Digital, Culture, Media and Sport Committee" House of Commons meeting (19 pages, no Bates) (Parakilas Dep. Ex. 2305) | | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). N Motion in Limine is opposed. |
| 2306 | | 5/1/2012 Message Summary Bates-numbered PALM-007779412-14 (Parakilas Dep. Ex. 2306) | PALM-007779412 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2307 | | 2/21/2012 Message Summary Bates-numbered PALM-016484631-37 (Parakilas Dep. Ex. 2307) | PALM-016484631 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2308 | | 3/20/2018 Article "Utterly horrifying ex Facebook insider says covert data harvesting was routine" (4 pages, no Bates) (Parakilas Dep. Ex. 2308) | | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 404—Exhibit appears to contain improper character evidence; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit is not character evidence (FRE 404). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2309 | | 7/12/2011 Email string Bates-numbered PALM-009582669-670 (Parakilas Dep. Ex. 2309) | PALM-009582669 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2310 | | 5/7/2012 Email string Bates-numbered PALM-010713883-85 (Parakilas Dep. Ex. 2310) | PALM-010713883 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2311 | | 5/9/2012 Email string Bates-numbered PALM-011371849-857 (Parakilas Dep. Ex. 2311) | PALM-011371849 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2312 | | 5/31/2012 Email string Bates-numbered PALM-007781221-26 (Parakilas Dep. Ex. 2312) | PALM-007781221 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2313 | | 6/7/2012 Email string Bates-numbered PALM-008866528-531 (Parakilas Dep. Ex. 2313) | PALM-008866528 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2314 | | 5/9/2012 Email and attachment Bates-numbered PALM-007779738-773 (Parakilas Dep. Ex. 2314) | PALM-007779738 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2315 | | 8/9/2011 Email string Bates-numbered PALM-ADI-0000421008-1014 (Parakilas Dep. Ex. 2315) | PALM-ADI-0000421008 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2316 | | 8/21/2012 Email string Bates-numbered PALM-010711659 (Parakilas Dep. Ex. 2316) | PALM-010711659 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevan purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2317 | | 4/5/2012 Email string Bates-numbered PALM-016912201-205 (Parakilas Dep. Ex. 2317) | PALM-016912201 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2318 | | 4/23/2012 Email and attachment Bates-numbered PALM-010714612-623 (Parakilas Dep. Ex. 2318) | PALM-010714612 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2319 | | 4/25/2012 Email and attachment Bates-numbered PALM-010705120-21 (Parakilas Dep. Ex. 2319) | PALM-010705120 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2320 | | 6/21/2012 Email and attachment Bates-numbered PALM-016913541-42 (Parakilas Dep. Ex. 2320) | PALM-016913541 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2321 | | 7/7/2011 Email string Bates-numbered PALM-009581450 (Parakilas Dep. Ex. 2321) | PALM-009581450 | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2322 | | 11/19/2017 Article "Opinion - We Can't Trust Facebook to Regulate Itself" by Sandy Parakilas (3 pages, no Bates) (Parakilas Dep. Ex. 2322) | | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |
| 2323 | | 3/20/2018 Transcript "Former Facebook Insider Says Company Cannot Be Trusted to Regulate Itself" (15 pages, no Bates) (Parakilas Dep. Ex. 2323) | | Parakilas, Sandy | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |
| 2351 | | 12/9/2009 Article "Facebook Asks More Than 350 Million Users Around the World to Personalize Their Privacy" (3 pages, no Bates) (Schrage Dep. Ex. 2351) | | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2352 | | 5/11/2010 Article "Facebook Executive Answers Reader Questions" (8 pages, no Bates) (Schrage Dep. Ex. 2352) | | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2353 | | 5/13/2010 Email string Bates-numbered PALM-010780971-75 (Schrage Dep. Ex. 2353) | PALM-010780971 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevan purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2355 | | 6/18/2010 Email and attachment Bates-numbered PALM-005210078-10115 (Schrage Dep. Ex. 2355) | PALM-005210078 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevan purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2356 | | 7/8/2011 Email Bates-numbered PALM-006175265 (Schrage Dep. Ex. 2356) | PALM-006175265 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2357 | | 11/27/2011 Email string Bates-numbered PALM-016467831-35 (Schrage Dep. Ex. 2357) | PALM-016467831 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2358 | | 3/19/2018 Email string Bates-numbered PALM-010063538-39 (Schrage Dep. Ex. 2358) | PALM-010063538 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2359 | | 7/30/2018 Email string and attachment Bates-numbered PALM-016921346-352 (Schrage Dep. Ex. 2359) | PALM-016921346 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2360 | | 9/7/2019 Email string Bates-numbered PALM-DEP-00012631-35 (Schrage Dep. Ex. 2360) | PALM-DEP-00012631 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2361 | | 11/15/2018 Elliot Schrage Testimony before Securities and Exchange Commission, Bates-numbered PALM-DEP-00011541-1750 (Schrage Dep. Ex. 2361) | PALM-DEP-00011541 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motion in Limine is opposed. |
| 2387 | | 3/1/2023 Article "Former Facebook Execs Launch Startup, Adding to Efforts to Improve Ad Measurement" (6 pages, no Bates) (Smallwood Dep. Ex. 2387) | | Smallwood, Brad | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 106—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MILs are opposed.Exhibit is complete (FRE 106). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2388 | | 2/21/2013 Email string and attachments Bates-numbered PALM-007951474-78 (Smallwood Dep. Ex. 2388) | PALM-007951474 | Smallwood, Brad | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2389 | | 3/5/2014 Email and attachment Bates-numbered PALM-007977902 (Smallwood Dep. Ex. 2389) | PALM-007977902 | Smallwood, Brad | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2391 | | 5/23/2019 Email string and attachment Bates-stamped PALM 008917908-910 (Smallwood Dep. Ex. 2391) | PALM-008917908 | Smallwood, Brad | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2392 | | 5/31/2019 Email Bates-numbered PALM-011649670-72 (Smallwood Dep. Ex. 2392) | PALM-011649670 | Smallwood, Brad | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2393 | | 3/25/2019 Email and attachments Bates-numbered PALM-007980438-442 (Smallwood Dep. Ex. 2393) | | Smallwood, Brad | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2395 | | 8/16/2019 Article "Fidji Simo Is the New Face of Facebook" (9 pages, no Bates) (Simo Dep. Ex. 2395) | | Simo, Fidji | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pl's' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2396 | | Undated document Bates-numbered PALM-016757437-440 (Simo Dep. Ex. 2396) | PALM-016757437 | Simo, Fidji | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2397 | | 3/23/2018 Email string Bates-numbered PALM-005475555-562 (Simo Dep. Ex. 2397) | PALM-005475555 | Simo, Fidji | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2398 | | 3/29/2018 Email string Bates-numbered PALM-005422684 (Simo Dep. Ex. 2398) | PALM-005422684 | Simo, Fidji | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2400 | | 6/27/2018 Email string Bates-numbered PALM-003577018-7020 (Simo Dep. Ex. 2400) | PALM-003577018 | Simo, Fidji | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2410 | | July 2020 document Bates-numbered PALM-DEP-00013221-249 (Egan Dep. Ex. 2410) | PALM-DEP-00013221 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2411 | | 5/8/2014 Email and attachments Bates-numbered PALM-000895215-232 (Egan Dep. Ex. 2411) | PALM-000895215 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2412 | | 10/21/2011 Email string Bates-numbered PALM-FTC-00001385-88 (Egan Dep. Ex. 2412) | PALM-FTC-00001385 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2413 | | 11/2/2011 Email string Bates-numbered PALM-008917709-711 (Egan Dep. Ex. 2413) | PALM-008917709 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2414 | | 11/27/2011 Email string Bates-numbered PALM-011850356-59 (Egan Dep. Ex. 2414) | PALM-011850356 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2415 | | 12/15/2011 Email Bates-numbered PALM-016881862-64 (Egan Dep. Ex. 2415) | PALM-016881862 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Exhibit is subject to Meta's pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2416 | | 10/24/2012 Email and attachment Bates-numbered PALM-016918734-35 (Egan Dep. Ex. 2416) | PALM-016918734 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2417 | | 4/15/2018 Email string Bates-numbered PALM-ADI-0000167002-7007 (Egan Dep. Ex. 2417) | PALM-ADI-0000167002 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta's pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Exhibit is complete (FRE 106). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2418 | | 10/11/2018 Email string Bates-numbered PALM-014398466 (Egan Dep. Ex. 2418) | PALM-014398466 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 5; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2419 | | 7/27/2018 Email string Bates-numbered PALM-ADI-0000164796-4801 (Egan Dep. Ex. 2419) | PALM-ADI-0000164796 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2420 | | 5/9/2018 Email string Bates-numbered PALM-016826683-88 (Egan Dep. Ex. 2420) | PALM-016826683 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2421 | | 3/25/2018 Email string Bates-numbered PALM-016903352-55 (Egan Dep. Ex. 2421) | PALM-016903352 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2422 | | Undated document Bates-numbered PALM-017043449-483 (Egan Dep. Ex. 2422) | PALM-017043449 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2423 | | 1010/2019 Email string Bates-numbered PALM-013788535-36 (Egan Dep. Ex. 2423) | PALM-013788535 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2424 | | 6/14/2019 Email string and attachments Bates-numbered PALM-011071549-584 (Egan Dep. Ex. 2424) | PALM-011071549 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2425 | | 10/22/2018 document Bates-numbered PALM-015903804-884 (Goldman Dep. Ex. 2425) | PALM-015903804 | Goldman, Rob | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is not legible; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 901—Proponent has not established authenticity of the document; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Document produced by Defendant. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2436 | | 5/14/2018 Meta Newsroom article "An Update on Our App Investigation and Audit" (2 pages, no Bates) (Chen Dep. Ex. 2436) | | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures no admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2438 | | 9/17/2018 Presentation Deck "App Developer Investigation & Enforcement (September 2018 Status and Re-scoped Approach)" (19 pages, no Bates) (Chen Dep. Ex. 2438) | | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures no admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2439 | | Letter to Mark Zuckerberg from United States Senate, Select Committee on Intelligence (3 pages, no Bates) (Chen Dep. Ex. 2439) | | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures no admissible to prove culpable conduct; Rule 404—Exhibit appears to contain improper character evidence; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). MIL is opposed. |
| 2440 | | Undated document Bates-numbered PALM-ADI-00000060905 (Chen Dep. Ex. 2440) | PALM-ADI-0000060905 | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures no admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2441 | | 8/2/2019 Email string Bates-numbered PALM-ADI-0000089682-83 (Chen Dep. Ex. 2441) | PALM-ADI-0000089682 | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2442 | | 2020 Presentation Deck Bates-numbered PALM-ADI-0000089885 (Chen Dep. Ex. 2442) | PALM-ADI-0000089885 | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2443 | | Undated Native Excel document, Final ADI Suspensions List (no Bates) (Chen Dep. Ex. 2443) | Excel document, Final ADI Suspensions List | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2444 | | Undated document titled "Meta's App Developer Investigation - Background for S. Chen 30(b)(6) Deposition" (1 page, no Bates) (Chen Dep. Ex. 2444) | | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2445 | | 3/6/2020 document Bates-numbered FB-CA-MDL-02851185-197 (Chen Dep. Ex. 2445) | FB-CA-MDL-02851185 | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2446 | | 6/12/2018 document Bates-numbered FE-CA-MDL-02014142-153 (Chen Dep. Ex. 2446) | FE-CA-MDL-02014142 | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2447 | | 8/15/2018 document Bates-numbered FB-CA-MDL-02552090-2135 (Chen Dep. Ex. 2447) | FB-CA-MDL-02552090 | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2448 | | 2/20/2019 document Bates-numberedFB-CA-MDL-02014206-241 (Chen Dep. Ex. 2448) | FB-CA-MDL-02014206 | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2449 | | 2/21/2019 document Bates-numbered FB-CA-MDL-02630229-30419 (Chen Dep. Ex. 2449) | FB-CA-MDL-02630229 | Chen, Stacey | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures no admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2451 | | 5/5/2022 document titled "Public Poll Findings and Methodology - A majority of Americans are concerned about the safey and privacy of their personal data" (16 pages, no Bates) (Fair Dep. Ex. 2451) | | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 801, 403). The exhibit is relevant (FRE 401, 403). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed |
| 2452 | | 8/19/2020 Article "Study finds 93% of US citizens would switch to privacy-conscious organization" (3 pages, no Bates) (Fair Dep. Ex. 2452) | | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 2453 | | Undated Presentation Deck titled "The Data Privacy Feedback Loop 2020" (27 pages, no Bates) (Fair Dep. Ex. 2453) | | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2454 | | 1/28/2022 Declaration of Rebecca Kirk Fair (10.15.2021), *Fishon et al v. Peloton Interactive Inc.* (SD NY 19-11711) (53 pages, no Bates) (Fair Dep. Ex. 2454) | | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception;  Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. Daubert is opposed |
| 2455 | | Document labeled Exhibit 1 from Case 19-cv-11711 (Dkt 245-1) filed 11/14/2022 (280 pages, no Bates) (Fair Dep. Ex. 2455) | | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception;  Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. Daubert is opposed |
| 2456 | | July 2016 Presentation Deck Bates-numbered PALM-ADI-0000261242-292 (Fair Dep. Ex. 2456) | PALM-ADI-0000261242 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Daubert is opposed (FRE 702). |
| 2457 | | June 2015 document titled "The Tradeoff Fallacy; How Marketers Are Misrepresenting American Consumers and Opening Them Up to Exploitation" (24 pages, no Bates) (Fair Dep. Ex. 2457) | | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2459 | | Undated Presentation Deck Bates-numbered PALM-013740957-994 (Fair Dep. Ex. 2459) | PALM-013740957 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 2; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 2460 | | Undated Presentation Deck Bates-numbered PALM-009947019-7133 (Fair Dep. Ex. 2460) | PALM-009947019 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Exhibit is not legible; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). The exhibit is complete (FRE 106). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit is not incomplete (FRE 106). Daubert is opposed. Defendant produced the document. |
| 2461 | | Undated Presentation Deck Bates-numbered PALM-016932709 (Fair Dep. Ex. 2461) | PALM-016932709 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object in support of inadmissible expert opinion(s) | Document is complete (FRE 106). MILs are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 2501 | | | KLEIN-META_AMAZON_0001537 | Amazon | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2503 | | December 2019 document titled "Privacy policy and competition" by Alex Marthews and Catherine Tucker (28 pages, no Bates) (Tucker Dep. Ex. 2503) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | Catherine Tucker | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2504 | | Document titled "MIT Open Access Articles  Social Networks, Personalized Advertising, and Privacy Controls" (48 pages, no Bates) (Tucker Dep. Ex. 2504) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2505 | | 6/10/2023 document titled "The Economics of Privacy  An Agenda" by Catherine Tucker (25 pages, no Bates) (Tucker Dep. Ex. 2505 | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2506 | | 10/14/2019 FB workplace document Bates-numbered PALM-016440640-651 (Tucker Dep. Ex. 2506) | PALM-016440640 | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2507 | | Undated FB workplace document Bates-numbered PALM-016440707-719 (Tucker Dep. Ex. 2507) | PALM-016440707 | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2527 | | "Appendix B Materials Relied Upon" to the opening report of John List (List Dep. Ex. 2527) | | List, John | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2528 | | Expert Report of John A. List, Ph.D., *FTC v. Meta Platforms Inc.*, original date 10/03/2023, corrected on 10/6/2023 (88 pages, no Bates) (List Dep. Ex. 2528) | | List, John | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Exhibit is subject to Meta's pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. |
| 2529 | | 1/12/2024 User Affirmative Merits Report of Catherine Tucker (Tucker Dep. Ex. 2529) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2530 | | 2/24/2016 Meta Newsroom Release titled "Reactions Now Available Globally" (6 pages, no Bates) (Tucker Dep. Ex. 2530) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2531 | | Reddit posts [deleted by user] (7 pages, no Bates) (Tucker Dep. Ex. 2531) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2532 | | Reddit thread re bots (6 pages, no Bates) (Tucker Dep. Ex. 2532) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2533 | | 8/14/2023 Article "The Increasing Danger of Fraudulent Claims in Class Action Settlements" (9 pages, no Bates) (Tucker Dep. Ex. 2533) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2534 | | Document titled "2020 Antitrust Annual Report" (40 pages, no Bates) (Tucker Dep. Ex. 2534) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 2535 | | 1/16/2024 Advertiser Merits Report of Catherine Tucker Errata (331 pages, no Bates) | | Tucker, Catherine | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). . Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 2601 | | 6/2/2020 Article "How Facebook Can Fix Itself" (7 pages, no Bates) (Schnitt Dep. Ex. 2601) | | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2602 | | 3/26/2021 Article "A Hearing That Should Have Been an Email" (5 pages, no Bates) (Schnitt Dep. Ex. 2602 | | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2603 | | 8/27/2009 Email and attachment Bates-numbered PALM-012853970-77 (Schnitt Dep. Ex. 2603) | PALM-012853970 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2604 | | 1/7/2009 Email Bates-numbered PALM-010067460 (Schnitt Dep. Ex. 2604) | PALM-010067460 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 4; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2605 | | 11/22/2011 Email string Bates-numbered PALM-014187604 (Schnitt Dep. Ex. 2605) | PALM-014187604 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2606 | | 5/17/2010 Email Bates-numbered PALM-005278255 (Schnitt Dep. Ex. 2606) | PALM-005278255 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2607 | | 10/21/2011 Email string Bates-numbered PALM-012885107 (Schnitt Dep. Ex. 2607) | PALM-012885107 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 2608 | | 11/16/2011 Email string Bates-numbered PALM-016629516 (Schnitt Dep. Ex. 2608) | PALM-016629516 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 4; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2609 | | 6/1/2010 Email string Bates-numbered PALM-016917426-28 (Schnitt Dep. Ex. 2609) | PALM-016917426 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2610 | | 6/1/2010 Email string Bates-numbered PALM-012854329-330 (Schnitt Dep. Ex. 2610) | PALM-012854329 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2611 | | 9/26/2011 Email string Bates-numbered PALM-010314937-951 (Schnitt Dep. Ex. 2611) | PALM-010314937 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2612 | | 9/26/2011 Email string Bates-numbered PALM-010313517-521 (Schnitt Dep. Ex. 2612) | PALM-010313517 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2613 | | 11/19/2011 Email string Bates-numbered PALM-012233396-3401 (Schnitt Dep. Ex. 2613) | PALM-012233396 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 404—Exhibit appears to contain improper character evidence; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit is not character evidence (FRE 404). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2614 | | 12/9/2011 Email string Bates-numbered PALM-010931410-16 (Schnitt Dep. Ex. 2614) | PALM-010931410 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2615 | | 6/2/2010 Email string Bates-numbered PALM-012231775-76 (Schnitt Dep. Ex. 2615) | PALM-012231775 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2616 | | 10/7/2011 Email string Bates-numbered PALM-004129906-919 (Schnitt Dep. Ex. 2616) | PALM-004129906 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2617 | | 10/21/2011 Email string Bates-numbered PALM-010630818-822 (Schnitt Dep. Ex. 2617) | PALM-010630818 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2618 | | 10/2/2011 Email string Bates-numbered PALM-012884637-640 (Schnitt Dep. Ex. 2618) | PALM-012884637 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2619 | | 10/4/2011 Email string and attachment Bates-numbered PALM-005260799-60816 (Schnitt Dep. Ex. 2619) | PALM-005260799 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2620 | | 11/19/2011 Email string and attachment Bates-numbered PALM-00002374-388 (Schnitt Dep. Ex. 2620) | PALM-00002374 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2621 | | 11/19/2011 Email string Bates-numbered PALM-012886204206 (Schnitt Dep. Ex. 2621) | PALM-012886204 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2622 | | 11/17/2011 Email Bates-numbered PALM-FTC-00003251 (Schnitt Dep. Ex. 2622) | PALM-FTC-00003251 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2623 | | 4/8/2010 Message and attachments Bates numbered PALM-012943009-012943009-3283 (Schnitt Dep. Ex. 2623) | PALM-012943009 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2624 | | 12/17/2009 Article "Privacy Group Files Complaint on Facebook Changes" (2 pages, no Bates) (Schnitt Dep. Ex. 2624) | | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2625 | | 12/4/2009 Email string Bates-numbered PALM-008213942-954 (Schnitt Dep. Ex. 2625) | PALM-008213942 | Schnitt, Barry | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2651 | | 3/26/2018 Message Summary Bates-numbered PALM-012988179-184 (Baser Dep. Ex. 2651) | PALM-012988179 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2652 | | 8/23/2018 Email string and attachment Bates-numbered PALM-014362572-590 (Baser Dep. Ex. 2652) | PALM-014362572 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2653 | | 6/8/20-18 Email string and attachment Bates-numbered PALM-008877414-18 (Baser Dep. Ex. 2653) | PALM-008877414 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2654 | | 6/5/2018 Email string Bates-numbered PALM-016559177-78 (Baser Dep. Ex. 2654) | PALM-016559177 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2655 | | 10/20/2018 Email string Bates-numbered PALM-016555802-803 (Baser Dep. Ex. 2655) | PALM-016555802 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2656 | | 2/7/2019 Message Summary and attachments Bates-numbered PALM-012991911-941 (Baser Dep. Ex. 2656) | PALM-012991911 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2657 | | 2/7/2019 Email string and attachments Bates numbered PALM-010069776-9826 (Baser Dep. Ex. 2657) | PALM-010069776 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is not legible; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Exhibit is not evidence of a compromise excludable under Rule 408. |
| 2658 | | 7/18/2020 Message Summary Bates-numbered PALM-012998729-738 (Baser Dep. Ex. 2658) | PALM-012998729 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2659 | | 7/19/2020 Email string Bates-numbered PALM-012998742-43 (Baser Dep. Ex. 2659) | PALM-012998742 | Baser, David | Will be used to provide Facebook's liability, impact and damages | Reid Maker | Defense to Plaintiffs' claims | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2660 | | Undated document Bates-numbered PALM-017014984-999 (Baser Dep. Ex. 2660) | PALM-017014984 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). The exhibit is relevant (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 2716 | | Document titled "Microsoft Rewards Programs Key Dates" (7 pages, no Bates) (Maker Dep. Ex. 2716) | | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Reid Maker | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 2717 | | | MS-LIT_0000000086 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Reid Maker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2718 | | | MS-LIT_0000000089 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2719 | | | MS-LIT_0000000003 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Reid Maker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2720 | | | MS-LIT_0000000005 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2721 | | | MS-LIT_0000000046 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Reid Maker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2722 | | | MS-LIT_0000000017 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Reid Maker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2723 | | | MS-LIT_0000000019 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Reid Maker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2724 | | | MS-LIT_0000006327 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2725 | | | MS-LIT_0000055829 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | Reid Maker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2726 | | | MS-LIT_0000014792 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2727 | | | MS-LIT_0000050361 | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2728 | | Undated document titled "Privacy - Microsoft Privacy" (6 pages, no Bates) (Maker Dep. Ex. 2728) | | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2729 | | August 2022 document titled "From privacy vulnerability to privacy resilience" (50 pages, no Bates) (Maker Dep. Ex. 2729) | | Maker, Reid | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s Pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2757 | | 9/26/2017 Email string Bates-numbered PALM-013122110-127 (Sancho Dep. Ex. 2757) | PALM-013122110 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2758 | | | Centercode_00001129 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2759 | | | Centercode_00000001 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2760 | | | Centercode_00000691 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2761 | | | Centercode_00000817 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2762 | | | Centercode_00000917 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2763 | | | Centercode_00000093 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2764 | | | Centercode_00000814 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2765 | | 1/29/2019 Article "Facebook pays teens to install VPN that spies on them" (Sancho Dep. Ex. 2765) | | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2766 | | | Centercode_00000862 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2767 | | | Centercode_00000104 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Exhibit cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2768 | | | Centercode_00000663 | Sancho, Mario | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 2769 | | 12/5/2007 Email string Bates-numbered PALM-003823269-271 (Gleit Dep. Ex. 2769) | PALM-003823269 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Exhibit is subject to Meta's pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2770 | | 9/22/2009 Email string Bates-numbed PALM-009873165-67 (Gleit Dep. Ex. 2770) | PALM-009873165 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2771 | | 12/11/2009 Email string Bates-numbered PALM-009797062-64d (Gleit Dep. Ex. 2771) | PALM-009797062 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2772 | | 9/9/2016 Message Summary Bates-numbered PALM-014055931-34 (Gleit Dep. Ex. 2772) | PALM-014055931 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2773 | | 8/14/2011 Email string Bates-numbered PALM-016900814-825 (Gleit Dep. Ex. 2773) | PALM-016900814 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2774 | | 10/23/2011 Email string Bates-numbered PALM-016902769-777 (Gleit Dep. Ex. 2774) | PALM-016902769 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2775 | | 7/31/2015 Email string and attachments Bates-numbered PALM-010350030-34 (Gleit Dep. Ex. 2775) | PALM-010350030 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2776 | | 8/10/2016 Email and attachment Bates-numbered PALM-003909057-9061 (Gleit Dep. Ex. 2776) | PALM-003909057 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is not legible; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Document is how Facebook produced it. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2777 | | 5/14/2019 Email string Bates-numbered PALM-003795179-182 (Gleit Dep. Ex. 2777) | PALM-003795179 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2778 | | 6/4/2019 Message Summary Bates-numbered PALM-003805062 (Gleit Dep. Ex. 2778) | PALM-003805062 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2779 | | 10/18/2021 Message Summary Bates-numbered PALM-013582349-350 (Gleit Dep. Ex. 2779) | PALM-013582349 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2780 | | 7/17/2019 Email string Bates-numbered PALM-003941487-490 (Gleit Dep. Ex. 2780) | PALM-003941487 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2781 | | 7/19/2019 Email string Bates-numbered PALM-008743874-79 (Gleit Dep. Ex. 2781) | PALM-008743874 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2782 | | 3/22/2018 Email string Bates-numbered PALM-016804517-521 (Gleit Dep. Ex. 2782) | PALM-016804517 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2783 | | 10/9/2018 Email string Bates-numbered PALM-002428334 (Gleit Dep. Ex. 2783) | PALM-002428334 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2784 | | Undated document Bates-numbered PALM-015896592-6611 (Gleit Dep. Ex. 2784) | PALM-015896592 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2785 | | 12/8/2016 Message Summary Bates-numbered PALM-009871424-29 (Gleit Dep. Ex. 2785) | PALM-009871424 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 404—Exhibit appears to contain improper character evidence; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit is not character evidence (FRE 404). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2874 | | 7/24/2019 Federal Trade Commission Release "FTC Imposes $5Billion Penalty and Sweeping New Privacy Restrictions on Facebook," Bates-numbered CONSUMER-FB-0000001261-65 (Protti Dep. Ex. 2874) | CONSUMER-FB-0000001261 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2875 | | 7/24/2019 Article "FTC Agreement Brings Rigorous New Standards for Protecting Your Privacy" (3 pages, no Bates) (Protti Dep. Ex. 2875) | | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2876 | | 7/24/2019 FB workplace document Bates-numbered PALM-017043905-910 (Protti Dep. Ex. 2876) | PALM-017043905 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2877 | | 7/9/2019 Email string Bates-numbered PALM-016590346-351 (Protti Dep. Ex. 2877) | PALM-016590346 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2878 | | 7/19/2019 Message Summary and attachment Bates-numbered PALM-012843981 (Protti Dep. Ex. 2878) | PALM-012843981 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2879 | | 7/12/2019 Email string and attachments Bates-numbered PALM-009847296-7309 (Protti Dep. Ex. 2879) | PALM-009847296 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2880 | | 11/27/2019 Email string Bates-numbered PALM-012003898-012003898-898_0001 (Protti Dep. Ex. 2880) | PALM-012003898 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2881 | | 12/4/2019 Presentation Deck Bates-numbered PALM-012003899 (Protti Dep. Ex. 2881) | PALM-012003899 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408).Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2882 | | 10/27/2020 document Bates-numbered PALM-015316076-6095 (Protti Dep. Ex. 2882) | PALM-015316076 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Document is complete (FRE 106). MIL is opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2883 | | 11/16/2020 Message Summary Bates-numbered PALM-016608924-931 (Protti Dep. Ex. 2883) | PALM-016608924 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2884 | | 1/15/2021 Email string Bates-numbered PALM-DEP-00010574-10605 (Protti Dep. Ex. 2884) | PALM-DEP-00010574 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2886 | | 6/5/2021 Email string and attachment Bates-numbered PALM-DEP-00010633-655 (Protti Dep. Ex. 2886) | PALM-DEP-00010633 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2888 | | 6/30/2021 Email and attachments Bates-numbered PALM-017028246-8488 (Protti Dep. Ex. 2888) | PALM-017028246 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2889 | | 11/11/2021 Email and attachments Bates numbered PALM-013207849-208276 (Protti Dep. Ex. 2889) | PALM-013207849 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2890 | | 12/8/2021 Message Report and attachments Bates-numbered PALM-016776325-6846 (Protti Dep. Ex. 2890) | PALM-016776325 | Protti, Michel | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2927 | | Undated document Bates-numbered PALM-012846445-452 (Stefancik Dep. Ex. 2927) | PALM-012846445 | Stefancik, Gregg | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions (FRE 407, 408). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2928 | | 3/27/2020 Facebook Group document Bates-numbered PALM-017043742-752 (Stefancik Dep. Ex. 2928) | PALM-017043742 | Stefancik, Gregg | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures no admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2929 | | 6/19/2020 Email and attachment Bates-numbered PALM-012846541-49 (Stefancik Dep. Ex. 2929) | PALM-012846541 | Stefancik, Gregg | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit appears as a duplicate copy of another exhibit included on this exhibit list; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2930 | | Undated Presentation Deck Bates-numbered PALM-017042708-754 (Stefancik Dep. Ex. 2930) | PALM-017042708 | Stefancik, Gregg | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2931 | | 1/27/2023 document Bates-numbered PALM-017042298-2302 (Stefancik Dep. Ex. 2931) | PALM-017042298 | Stefancik, Gregg | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2932 | | 3/31/2021 Presentation Deck Bates-numbered PALM-017036460-490 (Stefancik Dep. Ex. 2932) | PALM-017036460 | Stefancik, Gregg | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2933 | | 5/18/2022 Presentation Deck Bates-numbered PALM-017042366-381 (Stefancik Dep. Ex. 2933) | PALM-017042366 | Stefancik, Gregg | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 402). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2935 | | Undated flow chart Bates-numberedPALM-900000060 (Leach Dep. Ex. 2935) | PALM-900000060 | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2936 | | 2/6/2023 Update Report Bates-numberedPALM-900000061-101 (Leach Dep. Ex. 2936) | PALM-900000061 | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2937 | | Undated summary document Bates-numbered PALM-900000079-84 (Leach Dep. Ex. 2937) | PALM-900000079 | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | John List; Keval Patel | Defense to Plaintiffs' claims | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2938 | | Undated Presentation Deck Bates-numbered PALM-900000085-90 (Leach Dep. Ex. 2938) | PALM-900000085 | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2939 | | Undated working paper Bates-numbered PALM-900000091-130 (Leach Dep. Ex. 2939) | PALM-900000091 | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2940 | | 8/26/2020 FB Release  How We're Preparing Businesses for the Impact of iOS 14" (3 pages, no Bates) | How We're Preparing Businesses for the Impact of iOS 14 | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2941 | | 6/25/2021 Presentation Deck Bates-numbered PALM-015434434-451 (Leach Dep. Ex. 2941) | PALM-015434434 | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2942 | | 9/1/2021 Email string PALM-017030064 Bates-numbered PALM-017030064-30072 (Leach Dep. Ex. 2942) | | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2943 | | 10/25/2021 Facebook Third Quarter 2021 Results Conference (Leach Dep. Ex. 2943) (20 pages, no Bates) | | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2944 | | 2/2/2022 Meta's Fourth Quarter 2021 Results Conference Call Transcript (20 pages, no Bates) (Leach Dep. Ex. 2944) | | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 2945 | | 4/27/2022 Meta's First Quarter 2022 Results Conference Call Transcript (21 pages, no Bates) (Leach Dep. Ex. 2945) | | Leach, Frederick | Will be used to provide Facebook's liability, impact and damages | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2961 | | Document titled "Background for Sagee Ben-Zedeff 30(b)(6) Deposition" (2 pages, no Bates) (Ben-Zedeff Dep. Ex. 2961) | | Ben-Zedeff, Sagee | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2962 | | 5/24/2007 Article "Facebook Unveils Platform for Developers of Social Applications" (6 pages, no Bates) (Backstrom Dep. Ex. 2962) | | Backstrom, Lars | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2963 | 9/8/2006 | 9/8/2006 Article "Facebook Launches Additional Privacy Controls for News Feed and Mini-Feed, Bates-numbered CONSUMER-FB-0000002210-14 (Backstrom Dep. Ex. 2963) | CONSUMER-FB-0000002210 | Backstrom, Lars | Will be used to provide Facebook's liability, impact and damages | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2964 | | 6/29/2016 Article "Building a Better News Feed for You" (7 pages, no Bates) (Backstrom Dep. Ex. 2964) | | Backstrom, Lars | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2965 | | 1/11/2018 Article "Bringing People Closer Together" (4 pages, no Bates) (Backstrom Dep. Ex. 2965) | | Backstrom, Lars | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2966 | | 3/28/2017 Article "More Ways to Share With the Facebook Camera" (11 pages, no Bates) (Backstrom Dep. Ex. 2966) | | Backstrom, Lars | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 2967 | | 4/27/2022 Meta Platforms, Inc. First Quarter 2022 Follow Up Call Transcript (12 pages, no Bates) (Backstrom Dep. Ex. 2967) | | Backstrom, Lars | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 2968 | | Document titled "Background for L. Backstrom 30(b)(6) Deposition," Bates-numbered PALM-900000131 | PALM-900000131 | Backstrom, Lars | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5980 | | 6/8/2023 Article "This is what Instagram's upcoming Twitter competitor looks like" (5 pages, no Bates) (Dimauro Dep. Ex. 2680 | | DiMauro, Luca | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta's pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. No limiting instruction is needed (FRE 105) |
| 5000 | | ▓▓▓ | TWTR-META0002 5802 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5001 | | ▓▓▓ | TWTR-META0009 7187 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5002 | | Twitter, Inc. Form S-1 | Twitter, Inc. Form S-1 | Perzyk, Tim (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5003 | | Attachment 4(c)-6, 4/16/2012 | FB_FTC_CID_0152745 3 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motions in Limine are opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5004 | | Slide Deck  XCheck - Get Well Plan | FTC-META-006296857 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 7; Exhibit 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is neede |
| 5005 | | 2/11/2012 Email Subj  [Aquarium] I wonder if we should consider buying Instagram,... | FB_FTC_CID_01548247 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5006 | | 4/10/2012 Email Subj  Message summary... | FB_FTC_CID_06214279 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5007 | | ▮▮▮ | GOOG-FB-00005655 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5008 | | ▮▮▮ | GOOG-FB-00005680 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5009 | | ▮▮▮ | GOOG-META-00575787 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5010 | | ▮▮▮ | GOOG-META-00577035 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5011 | | | GOOG-META-00579946 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5012 | | | GOOG-META-00591539 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5013 | | | GOOG-META-00596153 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5014 | | | GOOG-META-01596793 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5015 | | | GOOG-META-02545342 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 404—Exhibit appears to contain improper character evidence; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5016 | | 4/7/2011 Article Larry Page Just Tied ALL Employees' Bonuses To The Success Of Google's Social Strategy | PX11319-001 | Horowitz, Bradley (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevan purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5017 | | | GOOG-META-01920025 | Slattery, Alastair (Alphabet) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5018 | | 6/16/2023 Article TikTok exec 'We're not a social network like Facebook, we're an entertainment platform | PX11521-001 | Chandlee, Blake (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5019 | | ▇▇▇▇▇▇ | TIK-00000515 | Chandlee, Blake (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motions in Limine are opposed. |
| 5020 | | ▇▇▇▇▇▇ | TIK-00029547 | Chandlee, Blake (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5021 | | App Store Preview Pinterest | PX12603-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902) |
| 5022 | | Pinterest, Inc. Form 10-K | PX12604-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5023 | | 6/12/2016 Article Pinterest chief Ben Silbermann 'we're not a social network' | PX12605-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5024 | | 5/16/2019 Pinterest, Inc. (PINS) CEO Ben Silverman on Q1 2019 Results - Earnings Call Transcript | PX12606-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5025 | | | PX12609-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. |
| 5026 | | | PX12610-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. |
| 5027 | | | PX12613-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5028 | | Pinterest App Sign Up Page | PX12620-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5029 | | Subpoena to Pinterest, Inc., 9/02/2022 | PX12621-0001 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 901—Proponent has not established authenticity of the document; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5030 | | ▮▮▮▮ | PIN - FTC - 0000033135 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5031 | | ▮▮▮▮ | PIN - FTC - 0000007724 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5032 | | ▮▮▮▮ | PIN - FTC - 0000007731 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5033 | | 9/19/2013 Article Pinterest Will Start Showing Ads As Traffic Keeps Growing But Shifts To Mobile | PX12634-001 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5034 | | 06/05/2014 Blog Post  New tools for businesses | PX12635-001 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta's pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed |
| 5035 | | ▮▮▮▮ | ND-000461 | Hsu, Flora (Nextdoor) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5036 | | | ND-001651 | Hsu, Flora (Nextdoor) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5038 | | | TWTR-META00022236 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5039 | 11/6/2013 Article How Twitter Slayed the Fail Whale | How Twitter Slayed the Fail Whale | | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5040 | | Reddit, Inc.'s Response to the Directorate-General for Competition's August 30, 2019, Request For Information | | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit, Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5041 | | COMP/AT.40684-Facebook-Marketplace-RFI 2 to Social Media Platforms | | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit, Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5042 | | Excerpt of Reddit, Inc.'s Form S-1 | Excerpt of S-1 | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5043 | | Reddit Transparency Report from 2020 | Reddit Transparency Report from 2020 | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). MIL is opposed. |
| 5044 | | Reddit Content Policy | Reddit Content Policy | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5045 | | 2020 Reddit Aurora case study study from the AWS Website | Reddit Aurora case study study from the AWS Website | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902) |
| 5046 | | Alphabet (GOOGL) Q4 2022 Earnings Call Transcript | Q4 Earnings Call Transcript | Filner, Aaron (Youtube); Kim, Thomas (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5047 | | 11/18/2022 Google ACCC Digital Platforms Services Inquiry | Google ACCC Digital Platforms Services Inquiry | Filner, Aaron (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5048 | | | GOOG-META-02175781 | Filner, Aaron (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5049 | | | GOOG-META-02209927 | Filner, Aaron (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5050 | | | GOOG-META-02248191 | Filner, Aaron (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5051 | | YouTube's Community Guidelines | YouTube's Community Guidelines | Kim, Thomas (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5052 | | ▮ | GOOG-META-0236927 | Filner, Aaron (Youtube); Kim, Thomas (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5053 | | Video A conversation with Sara Fischer and Neal Mohan | Video | Filner, Aaron (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5054 | | ▮ite | TIK-00000734 | Chandlee, Blake (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5055 | | ▮ | TIK-00002047 | Morrison, Eric (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5056 | | ▮ | TIK-00346176 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton | Defense to Plaintiffs' claims | | | Rule 403—Exhibit is not in English and there is no translation and is likely to confuse or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5057 | | | TIK-00000001 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5058 | | | TIK-00349364 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5059 | | | TIK-00349382 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5060 | | | TIK-00002145 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5061 | | 4/11/2023 Article TikTok considers ditching its 'Friends' tab for a new 'Explore' experience focused on discovery | TikTok considers ditching its 'Friends' tab for a new 'Explore' experience focused on discovery | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5062 | | Hector the choco labo Instagram page | Hector the choco labo | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5063 | | | TIK-00001668 | Morrison, Eric (TikTok) | Will be used to provide Facebook's liability, impact and damages | Debbie Weinstein | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5064 | | | TIK-00001869 | Morrison, Eric (TikTok) | Will be used to provide Facebook's liability, impact and damages | Debbie Weinstein | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5065 | | | TWTR-META00039601 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | Debbie Weinstein | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5066 | | | TIK-00358398 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | Debbie Weinstein | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5067 | 12/02/2010 TrueView video ads give viewers choice and control over ads | TrueView video ads give viewers choice and control over ads | | Weinstein, Debbie (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5068 | | 09/02/2015 Retrieving data. Wait a few seconds and try to cut or copy again. | The power of video meets the capabilities of AdWords - all TrueView campaigns now on AdWords | Weinstein, Debbie (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5069 | | | GOOG-META-02263337 | Weinstein, Debbie (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5070 | | | GOOG-META-02396609 | Weinstein, Debbie (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5071 | | Declaration of Mark Weinstein | PX14537-001 | Weinstein, Mark (MeWe) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is a made-fo litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5072 | | FTC v. Facebook, Inc., Substitute Amended Complaint for Injunctive and Other Equitable Relief | PX14541-001 | Weinstein, Mark (MeWe) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and 807). Balance favors admissibility not subject to any applicable hearsay exception; Exhibit is a made-fo litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plr' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5073 | | 10/01/2021 Article I Changed My Mind-- Facebook Is a Monopoly; I thought it was possible to compete fairly against the world's largest social media company. It isn't. | PX14543-001 | Weinstein, Mark (MeWe) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 404—Exhibit appears to contain improper character evidence; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 901—Proponent has not established authenticity of the document; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit fo a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit is not character evidence (FRE 404). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5074 | | 6/11/2019 Blog Introducing "A Brief History of Advertising on LinkedIn" (Infographic) | Introducing "A Brief History of Advertising on LinkedIn" (Infographic) | Shrivastava, Abhishek (LinkedIn) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5075 | | 4/21/2023 Letter from Evan Kreiner to Tim Slattery | April 21st, 2023 Letter from Evan Kreiner to Tim Slattery | Shah, Ronak (Apple) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motion in Limine is opposed. |
| 5076 | | | APL-FTCMETA_00021313 | Shah, Ronak (Apple) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5077 | | 04/13/2023 FTC v. Meta Platforms, Inc.,Subpoena to Snap, Inc. | PX14816-001 | Wahi, Ash (Snap, Inc.) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 402). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5078 | | Snapchat Ad Formats | PX14822-001 | Wahi, Ash (Snap, Inc.) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues and/or misleading to the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5079 | | | PX14835-0001 / SNAP-FTC-No. 191-0134-0000033619 | Wahi, Ash (Snap, Inc.) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevan purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5080 | | | PX14836-001 / SNAP-FTC-No. 191-0134-0000033760 | Wahi, Ash (Snap, Inc.) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5081 | | | PX14837-001 / SNAP-FTC- No. 191-0134 | Wahi, Ash (Snap, Inc.) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). N Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5082 | | | PX14839-001 | Wahi, Ash (Snap, Inc.) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 7; Exhibit is a made for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5083 | | Snapchat Available Ad Types by Objective | PX14841-001 | Wahi, Ash (Snap, Inc.) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902) |
| 5084 | | 8/8/2013 Email Subj Re game on! | FB_FTC_CID_0608619 5 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MTL s are 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5085 | | | LI_METALIT_0000752 | Pattabiraman, Kumaresh (LinkedIn) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5086 | | | LI_METALIT-00011295 | Pattabiraman, Kumaresh (LinkedIn) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5087 | | LinkedIn App Store Preview | LinkedIn App Store Preview Printout | Pattabiraman, Kumaresh (LinkedIn) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902) |
| 5088 | | YouTube Creator Playbook for Brands | Creator Playbook for Brands | Kim, Thomas (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5089 | | Create YouTube Stories | Create YouTube Stories Document | Kim, Thomas (Youtube) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 901—Proponent has not established authenticity of the document; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 402). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5090 | | ▮▮▮▮▮ | SNAP — FTC — No. 191-0134 — 0000029679 | Andreou, Jacob (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5091 | | ▮▮▮▮▮ | SNAP — FTC — No. 191-0134 — 0000114801 | Andreou, Jacob (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5092 | | ▮▮▮▮▮ | SNAP — FTC — No. 191-0134 — 0000113374 | Andreou, Jacob (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5093 | | ▮▮▮▮▮ | SNAP — FTC — No. 191-0134 — 0000101535 | Andreou, Jacob (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5094 | | ▮▮▮▮▮ | SNAP — FTC — No. 191-0134 — 0000059643 | Andreou, Jacob (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5095 | | FTC v. Meta Platforms, Inc., Subpoena to Testify at Deposition | PX14973-001 | Andreou, Jacob (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | Exhibit is subject to Meta's pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5096 | | ▮▮▮ | TWTR-METAFB0000003735 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5097 | | ▮▮▮ | TWTR-FB00001033 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5098 | | ▮▮▮ | TWTR-META00045941 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta's pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5099 | | 4/2/2014 Article Manhattan, our real-time, multi-tenant distributed database for Twitter scale | Twitter Engineering Article Manhattan, our real-time, multi-tenant distributed database for Twitter scale | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5100 | | 4/8/2019 Article Partly Cloudy  The start of a journey into the cloud | Twitter Engineering Article Partly Cloudy The start of a journey into the cloud | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5101 | | 8/16/2013 Article ""New Tweets per second record, and how" (10 pages, no Bates) | PX15090-001 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5102 | | App Store Screenshot of Twitter App | PX15091-001 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 901—Proponent has not established authenticity of the document; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5103 | | | TWTR-META00014649 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5104 | | | TWTR-META00012161 | Coleman, Keith (Twitter) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5105 | | 2/14/2019 Email Re "Messaging summary," Bates-numbered FB_FTC_CID_0599 1890-91 | FB_FTC_CID_0599189 0 | Zuckerberg, Mark; Cox, Chris; Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motions in Limine are opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5106 | 2/17/2012 Zuckerberg Email Re "[Aquarium] I'm getting a bit more worried about Path. Out of..." Bates-numbered FB_FTC_CID_0654 7651-53 | | FB_FTC_CID_0654765 1 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5107 | | Undated document titled, "Mark Zuckerberg - Board Update - Privileged and Confidential," Bates-numbered FB_FTC_CID_1095 8409-413 | FB_FTC_CID_1095840 9 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5108 | | Color image of word "Lockdown" (1 page, No Bates) | PX15151-001 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 901—Proponen has not established authenticity of the document; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5109 | 10/10/2012 Zuckerberg Email Re "Instagram Growth," Bates-numbered FB_FTC_CID_0599 6905-906 | | FB_FTC_CID_0599690 5 | Zuckerberg, Mark; Olivan, Javier; Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motions in Limine are opposed. |
| 5110 | 5/24/2013 Zuckergerg Email Re "Some thoughts," Bates-numbered PALM-014580573-75 | | PALM-014580573 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5111 | 10/15/2013 Zuckerberg Message summary with Sheryl Sandberg, Bates-numbered FB_FTC_CID_0860 9440 | | FB_FTC_CID_0860944 0 | Zuckerberg, Mark; Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5112 | 10/26/2013 Sandberg Message Summary with Zuckerberg, Bates-numbered FB_FTC_CID_0860 9556-57 | | FB_FTC_CID_0860955 6 | Zuckerberg, Mark; Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Motions in Limine are opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5113 | | 1-62-13 Systrom Email Re Instagram HPM," Bates-numbered FB_FTC_CID_0600 2247-49 | FB_FTC_CID_0600224 7 | Cox, Chris;Olivan, Javier | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5114 | | 10/3/2013 Systrom Message Summary with Zuckerberg, Bates-numbered FB_FTC_CID_0620 9881 | FB_FTC_CID_0620988 1 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5115 | | Undated document titled "Capitol Riots - BTG Response," Bates-numbered FTC-META-006284905-909 | FTC-META-006284905 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 7; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5116 | | Undated document titled, "Pages Are Disproportionately Responsible for the Distribution of Hateful Content in Priority Countries Joint work with Devra Moehler," Bates-numbered FTC-META-006293802-806 | FTC-META-006293802 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 7; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5117 | | ███████ | GOOG-META-01967914 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5118 | | | GOOG-META-01642075 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5119 | 5/9/2018 | Zuckerberg Email Re "Free on thurs?" Bates-numbered FB_FTC_CID_0621 0062-64 | FB_FTC_CID_0621006 2 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5120 | 4/16/2012 | Company Announcement, Bates numbered FB_FTC_CID_0152 7429-430 | FB_FTC_CID_0152742 9 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5121 | 9/7/2016 | Zuckerberg Email Re "Integration opportunity," Bates-numbered FB_FTC_CID_0608 6027-28 | FB_FTC_CID_0608602 7 | Zuckerberg, Mark; Olivan, Javier | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5122 | 6/16/2008 | Article "MySpace Next Big Web Portal? (3pages, no Bates) (DeWolfe Dep. Ex. 0007) | | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5123 | | Article titled "Well, These New Zuckerberg DMs Discuss Beacon Brouhaha," Won t Help Facebook s Privacy Problems" (2 pages, no Bates) | | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent can establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807).Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5124 | 11/29/2007 | Article "Facebook Executive Discusses Beacon Brouhaha," Bates-numbered CONSUMER-FB-0000044206-207 | CONSUMER-FB-0000044206 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent can establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5125 | | Article titled "'Like' Button Follows Web Users," Bates-numbered CONSUMER-FB-0000044208-210 | CONSUMER-FB-0000044208 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5126 | 9/26/2011 | Article titled "Facebook's New Privacy Bust Users Log In but They Can't Log Out [Update]," Bates-numberedCONSUMER-FB-0000044213-15 | CONSUMER-FB-0000044213 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent can establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5127 | | Post on Facebook Website regarding "Privacy Progress Update" (2 pages, no Bates) | | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5128 | | Post on Facebook Website entitled "An Update on Our Plans to Restrict Data Access on Facebook" (4 pages, no Bates) | | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5129 | | Article titled "Mark Zuckerberg Makes Facebook Privacy Sound So Easy" (3 pages, no Bates) | | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on a personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5130 | | Summary Exhibit of Illustrative Examples of Facebook s Deceptive Statements and Omissions Regarding Data Practices | | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5131 | | 11/6/2013 Presentation Deck titled "Mobile Network Operator Programs," Bates-numbered PALM-002469803 | PALM-002469803 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5132 | | 7/20/2019 Shedroff Email Re "Comms for MSFT," Bates-numbered PALM-003961720-21 | PALM-003961720 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5133 | | 3/21/2018 Gupta Email Re "FW Facebook Inc Our Thoughts on FB's Public Statement," Bates-numbered PALM-005598229-231 | PALM-005598229 | Wehner, David; Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5134 | | 4/1/2018 Kirkland Email Re "Pre-read 04/02 F8 keynote prep," Bates-numbered PALM-006273517-520 | PALM-006273517 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5135 | | 11/30/2007 Rosenstein Email Re "[beacon] If I decline to publish a purchase,does Facebook receive the information?" Bates-numbered PALM-008881801-803 | PALM-008881801 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 5136 | | 9/27/2011 Schnitt Email Re "Re Urgent Request re cookie issue," Bates-numbered PALM-010314434-441 | PALM-010314434 | Schnitt, Barry; Stefancik, Gregg | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5137 | | 4/26/2018 Kwon Email Re "Thanks," Bates-numbered PALM-010595431 | PALM-010595431 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5138 | | 9/26/2018 document titled "FB Security - Discussion," Bates-numbered PALM-012266626-29 | PALM-012266626 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5139 | | 4/23/2018 Stewart Email Re "Re Design Approach to Privacy & Data Use (First Draft)," Bates-numbered PALM-012841182-85 | PALM-012841182 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5140 | | 9/22/2015 Barnes Email Re "[tasks] #8469285 Clarify platform scraping for politics," Bates-numbered PALM-013086782-83 | PALM-013086782 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed (FRE 702). |
| 5141 | | Undated document titled "Data Narrative Discussion guide," Bates-numbered PALM-015654588 | PALM-015654588 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5142 | | Undated Presentation Deck titled "2FA & Phone Numbers - An update on phone numbers collected for integrity/security purposes, how they're used, and actions for mitigation," Bates-numbered PALM-016904790 | PALM-016904790 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed |
| 5143 | | 10/9/2019 Xifre Email Re "FW APP Week 2019 Presentation Submissions," Bates-numbered PALM-ADI-0000653883-84 | PALM-ADI-0000653883 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5144 | | 3/28/2019 document titled "[WIP] Intro to Ads X-out Ecosystem," Bates-numberedPALM-011140935-959 | PALM-011140935 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5145 | | 10/18/2018 Sharpe Message Summary, Bates-numbered PALM-FTC-00024133 | PALM-FTC-00024133 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105) |
| 5146 | | 1/6/2012 Erin Egan letter to members of US Congress, Bates-numbered PALM-012965558-568 | PALM-012965558 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5147 | | 11/23/2019 Presentation Deck titled "Upcoming improvements to privacy," Bates-numbered PALM-013008413-433 | PALM-013008413 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5148 | | 4/24/2019 Shen Message Summary, Bates-numbered PALM-008231320-21 | PALM-008231320 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on whether it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed (FRE 702). |
| 5149 | | 6/3/2018 Article titled "Facebook Gave Device Makers Deep Access to Data on Users and Friends," Bates-numbered CONSUMER-FB-0000001857-864 | CONSUMER-FB-0000001857 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5150 | | Undated Presentation Deck titled "2FA & Phone Numbers - An update on phone numbers collected for integrity/security purposes, how they're used, and actions for mitigation," Bates-numbered PALM-008451978-994 | PALM-008451978 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plf' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5151 | | Undated document titled "Offsite Signal Loss XFN (ITP/IDFA) [A/C Priv]," Bates-numbered PALM-010644865 | PALM-010644865 | Levinson, Michael | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5152 | | 11/11/2008 document titled "Facebook Secret Sauce," Bates-numbered PALM-003182426-430 | PALM-003182426 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5153 | | Unspecified excerpts from publication, Bates-numbered CONSUMER-FB-000000291-98 | CONSUMER-FB-000000291 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5154 | | 8/28/2017 Cunningham Message Summary, Bates-numbered PALM-003694642-46 | PALM-003694642 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5155 | | 6/24/2019 Quint Email Re "Re New bill expected from senators today, Bates-numbered PALM-013176674-77 | PALM-013176674 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5156 | | 12/6/2007 "Facebook Principles," Bates-numbered PALM-00277709-716 | PALM-000277709 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5157 | | Undated document titled "APPENDIX 1 - FACEBOOK PRIVACY POLICY," Bates-numbered PALM-FTC-00202933-941 | PALM-FTC-00202933 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5158 | | 11/26/2008 "Facebook Principles," Bates-numberedPALM-000277701-708 | PALM-000277701 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5159 | | 11/19/2009 document titled "Facebook Privacy Policy," Bates numberedPALM-000277690-7700 | PALM-000277690 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5160 | | 11/19/2009 document titled "Facebook Privacy Policy," Bates numberedPALM-001534880-890 | PALM-001534880 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5161 | | 12/9/2009 document titled "Facebook Privacy Policy," Bates numbered PALM-FTC-00909820-24 | PALM-FTC-00909820 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5162 | | Undated Presentation Deck titled "Overview of the 2021 Privacy Policy update & Privacy Center," Bates-numbered PALM-ADI-0000682545 | PALM-ADI-0000682545 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct;  Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MILs are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5163 | | Undated document titled "Privacy Usage & Perceptions," Bates-numbered PALM-002420657-661 | PALM-002420657 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed |
| 5164 | | Undated Presentation Deck titled "Deconstructing Trust," Bates-numbered PALM-006489548 | PALM-006489548 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5165 | | 10/5/2010 Grabler Email Re "[userinsights] [uo-privacy] [privacy] [uex] Privacy User Insights Report  Q3 2010," Bates-numbered PALM-002370637 | PALM-002370637 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5166 | 9/10/2012 Email re FBX | | PALM-FTC-00199013 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5167 | 7/28/2014 Email re some thoughts on the security / trust groups | | PALM-014211416 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed (FRE 702). |
| 5168 | 3/9/2016 Delivery Metric Updates | | PALM-007621636 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5169 | 8/20/2019 Email Off-Facebook Activity Rollout Begins Today | | PALM-006604510 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5170 | 8/20/2019 Email re Off-Facebook Activity Rollout Begins Today | | PALM-005474710 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5171 | | 7/31/2015 Privacy Defense | PALM-010595432 | Dr. Economides, Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed |
| 5172 | | 6/15/2010 The Language of Privacy | PALM-006489679 | Dr. Economides, Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5173 | | Undated Presentation on user sentiment across key measures | PALM-006489549 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5174 | | 6/14/2010 Privacy User Insights Report May/June 2010 | PALM-006002495 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5175 | | 3/21/2018 BBC Facebook's Zuckerberg speaks out over Cambridge Analytica 'breach' | | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5176 | | 5/9/2019 NYTimes It's Time to Break Up Facebook | CONSUMER-FB-0000002291 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5177 | | | MS-LIT_0000027675 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose; Naomi Gleit | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5178 | | 01/26/2012 Notes on Instagram | PALM-001552680 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5179 | | 12/18/2017 Notes on Core App FYI | PALM-002323203 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5180 | | 6/13/2016 Follow-up on Snapchat as threat | PALM-002345985 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5181 | | 12/5/2013 Notes on Board Discussion re Trust | PALM-003804550 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5182 | | 6/26/2018 Note re FB Family is doing better with teens because of IG and WA | PALM-012242227 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5183 | | 8/29/2014 Form Co Relating to the Notification of a Concentration Pursuant to Regulation (EC) | PALM-012368730 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 408—Exhibit contains information about a compromise or compromise negotiations: Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Exhibit is complete (FRE 106). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5184 | 2/25/2021 Message summary amongst various | | PALM-013570800 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5185 | 7/31/2019 Email re Quick thoughts on the workshop on improving ad | | PALM-FTC-00118192 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5186 | Omitted | | | | | | | | | | |
| 5187 | | | SNAP – FTC – No. 191-0134 – 0000121470 | Wahi, Ash | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5188 | Maximilian Klein Facebook Profile | | CONSUMER-FB-0000002626 | Klein, Maximilian | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5189 | Rachel Banks Kupcho Facebook Profile | | CONSUMER-FB-0000002627 | Banks Kupcho, Rachel | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5190 | | Sarah Grabert Facebook Profile | CONSUMER-FB-0000002628 | Grabert, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5191 | | 5/31/2018 Edited Transcript Facebook Inc Annual Shareholders Meeting | PALM-012927051 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 8; Rule 4; Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MILs are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5192 | | Undated Memorandum on Privacy - H2 2019 | PALM-012859879 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5193 | | **Omitted** | | | | | | | | | |
| 5194 | | 3/1/2016 Message Summary between Daniel Danker and Edward O Neil | PALM-004369960 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 402). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Responses | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5195 | | 10/18/2018 Email re As you know, Tim Cook is presenting at the Internat… | PALM-013512384 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5196 | | 8/29/2005 Email re MySpace in NYT Sunday | PALM-006370249 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5197 | | 2/6/2019 Decision under Section 32(1) German Competition Act in the administrative proceedings Facebook, Inc., et al.. | CONSUMER-FB-0000000120 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5198 | | 8/28/2005 Email re MySpace in NYT Sunday | PALM-006370245 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5199 | | ████ | VIANTKLEIN-0000126 | DeWolfe, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5200 | | 5/7/2008 Email string re friend connect | PALM-006258708 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 8; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5201 | | 5/16/2007 email chain with Jeff Hammerbacher, Matt Cohler, Dan Rose, Dustin Moskovitz, Jed Stremel and Jim Migdal, Subject RE Hi5 traffic growing fast - driven by T-Mobile deal? | PALM-007829147 | Dan Rose | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevan purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5202 | | Facebook Friendster presentation | PALM-004265698 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5203 | | Stealing MySpace by Julia Angwin, copyright 2009 by Julia Angwin | PALM-016611476 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 1002—Exhibit is not the original; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5204 | | May 5, 2008 Hi5 Overview presentation | PALM-008529740 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5205 | | Business Model Strategy Session, May 6, 2008 presentation | PALM-006134620 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5206 | | ███████ | DX-306 | Weinstein, Mark (MeWe) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). THIS IS ON DEFENDANT'S EXHIBIT LIST |
| 5207 | | Email chain with David Ginsberg and Chris Cox, 3/6/2018; Subject Re: Pre-Read for Brand Conversation | PALM-012921274 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Responses | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5208 | | | TIK-00000083 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5209 | | | TIK-00292215 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5210 | | | TIK-00000103 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5211 | | | TIK-00000143 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5212 | | | TIK-00000401 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5213 | | | TIK-00000025 | Presser, Adam (TikTok) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 8; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5214 | 11/5/2018 email chain with Fidji Simo, Bowen Pan and Vivek Sharma; Subject Re TikTok | | PALM-005441742 | Fidji, Simo | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5215 | 1/4/2019 email from Jamie Nicholson to Austin Bales, Sian Townsend, Robby Stein, Eddie Ruvinsky, Tamar Shapiro, Adam Mosseri, Vishal Shah, Matt Zitzmann; Subject TikTok Competitive User Research | | PALM-002881455 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5216 | Investigation of Competition in Digital Markets by Jerrold Nadler, Chairman, Committee on the Judiciary; David N. Cicilline, Chairman, Subcommittee on Antitrust, Commercial and Administrative Law. 2020. | | CONSUMER-FB-0000000641 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Exhibit is not character evidence (FRE 404). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plls' Objections | Def.'s Responses | Def.'s Objections | Plls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5217 | | 11/18/2022, Google, ACCC Digital Platforms Services Inquire - March 2023 Interim Report on the Provision of Social Media Services by Social Media Platforms | PX13494 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5218 | | Document titled YouTube Outage and App Substitutability Country-level Results | PALM-017028031 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5219 | | 2/5/2015 email from Fidji Simo to Melissa Goodell; Subject Please print out 6 of these - thanks! | PALM-005424464 | Fidji, Simo | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5220 | | | LI_METALIT_00000350 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5221 | | | PIN – FTC – 0000002395 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5222 | 10/09/2018 document titled Possible End States for the Family of Apps; by Tom Cunninham | | PALM-005350220 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5223 | 6/4/2012 email from Neha Jogani to Eva Hung and Laryn Hale; Subject  Sheryl Doc | | PALM-000478798 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5224 | 5/17/2012 document titled Facebook Brand Advertiser High LEvel FAQ | | PALM-000478799 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5225 | | | REDDIT_20cv8570-NDCal_00000035 | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5226 | | | REDDIT_20cv8570-NDCal_00000001 | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5227 | | | REDDIT_20cv8570-NDCal_00001222 | Raymond, Winter (Reddit) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5228 | | | PIN – FTC – 0000001064 (DX-28) | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 800—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5229 | | 4/26/2018 email chain with Keval Patel, Abita Wang, Robert Chen; Subject RE Updated forum community sizing deck; Attachment Forum-style communities sizing v4 KP.pptx | PALM-004975851 | Patel, Keval | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5230 | | Presentation titled Online Forum-style Community Sizing Preliminary High Level Findings, Market Strategy by Anita Wang, Rob Chen | PALM-004975853 | Patel, Keval | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5231 | | Document titled "Market Strategy POV Nextdoor" | PALM-011378672 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5232 | | Worksheet Revenue Exhibit 6(a)-01 | PALM-0164160805 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5233 | | White paper titled "Procedure for the Federal Cartel Office B6-22/16 - White Paper - Relevant Markets and Lack of Dominance | PALM-012338798 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5234 | | Presentation titled Competition for Users and Advertisers, Presentation to the Federal Trade Commission - dated 7/2/2020 | PALM-012824479 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5235 | | Omitted | | | | | | | | | |
| 5236 | | Omitted | | | | | | | | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5237 | | Omitted | | | | | | | | | |
| 5238 | | September 2020 Product Marketing Inbound Playbook | PALM-013195266 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5239 | | 4/25/2017 document titled "H2 2017 Instagram Stategy" | PALM-011504509 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5240 | | Document titled "Ads and Measurement" by Rob Sherman | PALM-014812470 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Responses | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5241 | | 4/5/2018 email from Oliver Raskin to JOel Kaplan; Subject Fwd Information, not data; Attachment PastedGraphic-1.png | PALM-012922041 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed |
| 5242 | | 4/5/2019 document titled "Competition Between Apps" by Tom Cunningham | PALM-012284460 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). . |
| 5243 | | 4/18/2012 email between Marci Vu, David Ebersman, Cipora Herman, Michael Grims; Subject RE Offensive themes | PALM-012391524 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5244 | | Document titled "Draft Note - Vignettes On Social App Declines" | PALM-006470236 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5245 | | 1/24/2011 document titled "Facebook Brand Advertiser HIgh Level FAQ" | PALM-006147006 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5246 | | Morgan Stanely document titled "Everything is better when it's social" | PALM-001538325 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5247 | | 4/26/2012 Top Investor Questions | PALM-012396215 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). |
| 5248 | | 2/16/2014 email between Javier Olivan and Colin Stretch; Subject  FW Quick question | PALM-000002270 | Olivan, Javier | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5249 | | 1/26/2012 email from mongoose@mongoose.thefacebook.com to Chris Cox; Subject  New messages from Amin and Mark | PALM-002431798 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5250 | | 4/13/2012 email from David Ebersman to Dave Kling; Subject Titan e-mail exchange | PALM-003703619 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 1002—Exhibit is not the original; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 402, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5251 | | Document titled "Announcement Facebook Users Can Now Opt-Out of Beacon Feature - About Facebook" by Mark | CONSUMER-FB-0000002185 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5252 | | 2/14/2019 House of Sommons Digital, Culture, Media and Sport Committee "Disinformation and 'fake news' Final Report" Eighth Report of SEssion 2017-19 | CONSUMER-FB-0000000009 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 404—Exhibit appears to contain improper character evidence; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Exhibit is not character evidence (FRE 404). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5253 | | 12/1/2009 email between Kasey Galang to Srimoyee Chakraborty and many others; Subject Re [ads-heads-up] [adsales] Floodgate Launch Communication - PLEASE READ | PALM-003335629 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5254 | | 4/10/2009 email between Kate Losse and Elliot Schrage; Subject Re DRAFT pre-Q&A email | PALM-010790875 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5255 | | 12/16/2009 presentation titled "Privace Concerns Report Bi-Weekly Dashboard - Floodgate Edition" produced by User Operations. | PALM-008835820 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5256 | | 3/22/2009 email between Dan Rose and Mark Zuckerberg; Subject Re Competing with Twitter | PALM-008844005 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5257 | | 9/20/2009 email between Sheryl Sandberg, Chamath Palihapitiya and Elliot Schrage; Subject Re Fwd [mteam] PPPMF | PALM-006203143 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5258 | | 6/2/2010 C/Net article titled "Facebook 'Like' button draws privacy scrutiny" | CONSUMER-FB-0000002215 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Exhibit is subject to Meta's pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5259 | | 9/25/2011 article titled "Facebook denies cookie tracking allegations" by Emil Protalinski | CONSUMER-FB-0000044211 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Exhibit is subject to Meta's pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5260 | | 12/11/2015 email between Bill Fusz and Don Seymour; Subject Re: [tasks] #8469285 Clarify policies around platform scraping for politics | PALM-009370309 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Responses | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5261 | | Settlement agreement dated 6/24/2016 between Facebook on one side and Global Science Research Ltd. and Dr. Aleksande Kogan on the other side. | PALM-013741905 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Exhibit is not character evidence (FRE 404). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5262 | | Alexander Nix certificaton regarding "thisisyourdigitallife" Facebook Application | PALM-013741899 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Exhibit is not character evidence (FRE 404). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5263 | | 3/22/2018 BBC article titled "Facebook's Zuckerberg speaks out over Cambridge Analytica 'breach'" | CONSUMER-FB-0000001355 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5264 | | 4/15/2011 email between Arturo Bejar, Nicky Jackson Colaco and David Sha; Subject  You're famous | PALM-006529800 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5265 | | Article by Craig Timberg and Tony Romm titled "Facebook may have violated FTC privacy deal, say former federal officials, triggering risk of massive fines" | CONSUMER-FB-0000044216 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Chris DeWolfe | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 404—Exhibit appears to contain improper character evidence; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807).Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5266 | | Transcription of audio notes between Kara Swisher and Mark Zuckerberg | PALM-012921668 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | Chris DeWolfe | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5267 | | 11/11/2018 email between Nick Clegg and Tim Colbourne; Subject  Re  Latest privacy note | PALM-012926122 | Clegg, Nick | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot establish foundation for the exhibit | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5268 | | | FLURRY_00029 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 7; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including persona knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed (FRE 702). |
| 5269 | | | VIANTKLEIN _000015 2 | DeWolfe, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5270 | | | DeWolfe FTC Dep. Exhibit 6 | DeWolfe, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5271 | | April 2008 Report of Findings - Executive Summary by Meenal Balar, "Facebook Brand Positioning Study" | PALM-012867454 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5272 | | 7/8/2008 memorandum to Elliot Scrage from Sean Garrett & Hani Durzy; Subject Facebook Policy Communicaitons Strategy | PALM-013934515 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5273 | | 8/5/2011 email between Sheryl Sandberg, Caryn Marooney, Elliot Schrage and mongoose@mongoose.thefacebook.com; Subject RE Google+ Platform Policy (A/C Priv). Marked with an exhibit sticker "PX2517" | PALM-DEP-00009927 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5274 | | | GOOG-META-00574872 | Weinstein, Debbie (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402) No limiting instruction is needed (FRE 105). |
| 5275 | | 12/14/2011 email from Sheila Normile to Mark Zuckerberg, Sheryl Sandberg and many others. | PALM-001538065 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5276 | | | PX11309 | Horowitz, Bradley (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5277 | | | MEWE006997 | Weinstein, Mark (MeWe) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta's pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5278 | | Messages, first titled "2018-11-15 / Admitting Mistakes", Conversation History Tom Cunningham edited 2/24/2020 | PALM-017028199 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 3; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Exhibit is not subject to exclusion as a remedial measure or culpable conduct (FRE 407) |
| 5279 | | Document titled "Ads Product Review" | PALM-003521665 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5280 | | 1/15/2014 presentation titled "Behavioral Advertising Pre-Launch" | PALM-FTC-00015573 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5281 | | Spreadsheet with tabs "Revenue, Monetization Metrics, Channel, Click Metrics, and FAN Rev Share" with figures from 2009 - 2019 | PALM-012438967 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plt' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5282 | | | MS-LIT_0000050344 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5284 | | 4/27/2018 email between Gary Briggs and Sheryl Sandberg; Subject Fwd Project Bluebird Research Part 2 | PALM-005941118 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Erez Naveh; Catherine Tucker | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5285 | | 10/18/2019, Online Platforms and Market Power, Part 3 The Role of Data and Privace in Competition, Hearing before the Subcommittee on Antitrust Commercial and Administrative Law of the Committee on the Judiciary House of Representatives" Serial No. 116-59 | CONSUMER-FB-0000000426 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 404—Exhibit appears to contain improper character evidence; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Exhibit is not character evidence (FRE 404). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5286 | | 6/8/2019 email from Caroline Nolan to Sheryl Sandberg and others; Subject WSJ Why Free Is Too High a Price for Facebook and Google | PALM-006082869 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception (FRE 803, 804, 807). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5287 | | March 2019 document titled "Unlocking digital competition, Report of the Digital Competition Expert Panel" | CONSUMER-FB-0000002429 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5288 | | 6/13/2018 message summary between Gordon Sutker and Erez Naveh | PALM-013147836 | Naveh, Erez | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5289 | | 6/1/2020 Facebook response to the August 27, 2019 Civil Investigative Demand Issued by the United States Federal Trade Commission. | PALM-012439242 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 401, 403). No limiting instruction is needed (FRE 105). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Motion in Limine is opposed. Daubert is opposed |
| 5290 | | Document titled "What is IAAP" | PALM-012927795 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Responses | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5291 | | 6/27/2016 Statement of Work for Facebook Metered Panel with Applause App Quality, Inc. | PALM-008496416 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent can establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5292 | | 1/29 MINT Data Users (Feedback and Q&A) | PALM-010721304 | Naveh, Erez | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5293 | | 5/6/2018 email between Erez Naveh, Robert Chen, Jim Hudson, Kat Li, Natalie Hazan and Keval Patel; Subject Re [MINTS only] Re Teens in IAAP | PALM-004980585 | Naveh, Erez | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5294 | | 2019 article by Kari Paul titled "Facebook launches app that will pay users for their data" | CONSUMER-FB-0000002418 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5295 | | 11/25/2019 article by Josh Constine titled "Facebook Viewpoints pays users for well-being surveys & tasks" | CONSUMER-FB-0000002623 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5296 | | Presentation titled "MINT Data Sources, Plan for review" | PALM-004244523 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues or misleading the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed |
| 5297 | | March 2024 presentation titled "Data Valuation What Type of Data about People is Most Valuable to Collect?" by Paul Kin, Garry Ma, Jason Wei, Michael Salem, Li Zhou, Leon Cho | PALM-003521960 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5298 | | | GOOG-META-00699155 | Weinstein, Debbie (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5299 | | 2/8/2012 article by Devin Coldewey titled "Google Offers To Pay People To Have Their Web Use Tracked Minutely" | CONSUMER-FB-0000002599 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5300 | | | GOOG-META-00698783 | Weinstein, Debbie (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5301 | | Embee Mobile document titled "Mobile Performance Meter" | CONSUMER-FB-0000002589 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5302 | | | SimilarWeb-Klein-00000005 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5303 | | | SNAP – FTC – No. 191-0134 – 0000123495 | Wahi, Ash (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5304 | | | Luth0000009 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Catherine Tucker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5305 | | | Luth0016138 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5306 | | | Luth0000001 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5307 | | | Luth0016155 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5308 | | | KLEIN-META_AMAZON_0001564 | Mead, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5309 | | | KLEIN-META_AMAZON_0007540 | Mead, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5310 | | | KLEIN-META_AMAZON_0007558 | Mead, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5311 | | 10/9/2009 "Why Mobile Could Reinvent Social Computing" by Thomas Husson for Consumer Product Strategy Professionals | PALM-010601865 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to a pending Motion in Limine No 4; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed |
| 5312 | | 5/24/2019 Message summary from Stan Chudnovsky, Will Cathcart, Asha Sharma | PALM-003046161 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5313 | | Bundeskartellamt decision in administrative proceedings | CONSUMER-FB-000000227 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5314 | | ██████████ | GOOG-META-/00015445 | Weinstein, Debbie (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5315 | | Forrester Consumer Forum 2007 presentation titled "Trends In Consumers' Use of Social Networking Sites" | PALM-003798473 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5316 | | 12/20/2019 Facebook Response to the August 27, 2019 Civil Investigative Demand Issued by the United States Federal Trace Commission | PALM-012438930 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Curtiss Cobb; Anindya Ghose; Alex Schultz | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5317 | 12/20/2019 Facebook Response to the August 27, 2019 Civil Investigative Demand Issued by the United States Federal Trace Commission - responses to certain specifications | | PALM-012438844 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Exhibit is complete (FRE 106). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5318 | 4/25/2017 presentation titled "Monitoring the Friend Graph" | | PALM-017081798 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5319 | 2/22/2008 email between Mike Vernal and Ami Vora; Subject RE speed and strategy | | PALM-001427470 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed (FRE 702). |
| 5320 | 9/4/2020 presentation titled "Facebook's Development and Operation of Its Platform" | | PALM-012824758 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5321 | | 3/24/2017 email between Javier Olivan, Arthur Gerigk, Pankaj Venugopal, Larry Weyer, Alex Schultz and Brian Hale; Subject RE A/C Priv - Policy Violations | PALM-016563420 | Olivan, Javier | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5322 | | 1/14/2013 email between Jud Hoffman, Mike Vernal, Justin Osofsky, Mark Zuckerberg, Javier Olivan and others; Subject Re Competive Mobiel App Install Ads | PALM-001409097 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5323 | | 1/13/2019 email between Keval Patel, Javier Olivan, Samarth Mohanty, Pankaj Venugopal, Danny Ferrante, Tom Cunningham, Fidji Simo; Subject RE Competive Ads Policy a/c priv - refresh 01.10.2019 | PALM-016487357 | Javier Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5324 | | List of beta clients, tabs on spreadsheet Power Editor, API | PALM-011617649 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5325 | | 1/6/2012 email between Blake Ross, Jud Hoffman, David Fischer, Javier Olivan, Alex Schultz; Subject RE Google Ads | PALM-014928960 | Javier Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5326 | | 1/6/2011 email between Sheryl Sandberg, Elliot Schrage, Brad Smallwood, Blake Chandlee, Jud Hoffman, David Fischer, BRandon McCormick; Subject Re Google IO | PALM-006198812 | Elliot Schrage | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5327 | | 3/12/2012 email between Brian Pipgrass, Alex Schultz, Michael Nowak, Javier Olivan, Collin Stretch, Aniraddha Kortkar; Tony Liu; Subject RE Google Ads Proposal (a/c priv) | PALM-009004154 | Javier Olivan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5328 | | 1/10/2019 Market Strategy Analysis | PALM-011689059 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5329 | | Powerpoint presentation titled "Ads API Access Changes GRM Review" by Supriya Gupta, Aditya Kulkarni, Lindsay Seefeldt, Patricia Lai | PALM-003446350 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5330 | | 11/15/2019 email between David Fischer, Nissa Anklesaria, Joe Osborne, and many others; Subject Re A/C Priv Re Flagging Reuters question on competitive ad practices | PALM-017009425 | David Fischer | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5331 | | 4/26 modified PowerPoint presentation titled "Competitors List Recruiting Talking Points" | PALM-007701100 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5332 | | 4/22/2012 message summary between Mike Schroepfer and Mark Zuckerberg | PALM-006217091 | Mark Zuckerberg | Will be used to provide Facebook's liability, impact and damages | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5333 | | 3/31/2017 email between David Zokhrabyan, Andrew Bocking, Sam Walsh and many others; Subject Re VK API | PALM-016566933 | Guy Rosen | Will be used to provide Facebook's liability, impact and damages | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5334 | | 11/26/2012 email between Justin Osofsky and Ellen Silver, Subject FW LINE x Facebook connect. A/C Priv | PALM-016514172 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5335 | | 8/17/2011 email between Don Graham and Mark Zuckerberg; Subject Re Thoughts for tonight's dinner | PALM-008878867 | Mark Zuckerberg | Will be used to provide Facebook's liability, impact and damages | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5336 | | 7/25/2011 email from Chris Cox to many others; Subject HPM (marked with PX2356 sticker) | PALM-DEP-00006453 | Chris Cox | Will be used to provide Facebook's liability, impact and damages | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5337 | | 7/25/2011 email from Chris Cox to many others; Subject HPM | PALM-006008679 | Chris Cox | Will be used to provide Facebook's liability, impact and damages | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5338 | | 7/15/2011 email between Blake Chandlee and Sheryl Sandberg; Subject Re HPM - a/c privileged | PALM-008822311 | Sandberg, Sheryl | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). |
| 5339 | | 12/11/2014 email between Brian Hale, Steve DeLucia, Matt Kelly, Core Growth Circle and others; Subject RE XFN communication | PALM-003832315 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5340 | | ███████ | SNAP – FTC – No. 191-0134 – 0000027960 | Wahi, Ash (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5341 | | October 2018 presentation titled "Insights on Data Privacy for PMM" by Rachel Kuller and Oliver Raskin | PALM-004235532 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5342 | | Presentation regarding the Cambridge Analytica situation | PALM-ADI-0000277151 | Landan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Exhibit is subject to Meta s pending Motion in Limine No. 3; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Exhibit is not subject to exclusion as a remedial measure or culpable conduct (FRE 407) |
| 5343 | 5/31/2018 | Board of Director meeting, Responsibility pivot document | PALM-FTC-00203566 | Landan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5344 | 11/1/2018 | email between John Hegeman, Jeff Huang Jordi Vallmitjana, David Baser, Tom Alison, Trevor Sagan; Subject Re Action items from privacy discussion [A/C PRIV] | PALM-009399022 | Baser, David | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). |
| 5345 | 10/28/2018 | email between Erin Egan and Rob Sherman; Subject Re Preview of Privacy Review materials [A/C PRIV] | PALM-016558352 | Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5346 | | 5/7/2018 draft of Privacy Legislation Workshop presentation | PALM-ADI-0000676087 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 407—Exhibit contains evidence of subsequent remedial measures no admissible to prove culpable conduct; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5347 | | Tracking chart of privacy locations and status updates | PALM-008193949 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed |
| 5348 | | Document titled "Privacy Off-Site - Template" | PALM-001742720 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Exhibit is not character evidence (FRE 404). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5349 | | Presentation with first page "AGENDA 1. What's shipping 2. Go to-market overview..." | PALM-FTC-00039432 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is improperly offered as evidence of a legal conclusion likely to confuse or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Exhibit is not character evidence (FRE 404). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5350 | | 3/27/2018 email from Lois Lesher to a Clips Distribution List; Subject MORNING NEWS CLIPS 3.27.2018 | PALM-005946783 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed |
| 5351 | | 3/2/2020 email between Nef Araia, Luchen Foster, Shavi Goel, Keval Patel; Subject Re: Privacy Landscape WIP Deck | PALM-012186654 | Patel, Keval | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plt' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5352 | | Presentation titled "FTC Assessment" | PALM-011568242 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5353 | | 11/28/2018 email between Shirley Sun and Chris Cox; Subject Re Board retreat | PALM-DEP-00007009 | Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5354 | | 4/9/2014 email between Paul Andre, Charlie Deets, Michael Nowak, Paddy Underwood; Subject privacy checkup studies | PALM-012174887 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed |
| 5355 | | Document titled "Understan Roadmap for Defining and Measuring Bad Ads Experiences" | PALM-016033883 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5356 | | 1/22/2018 email between Matt Steinfeld and Elliot Schrage; Subject Fwd Pre-approval for Data Privacy Plan Top-of-Feed Campaign | PALM-016480312 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5357 | | Presentation titled "Facebook's Advertising Principles. From 2014 Client Council in Cannes" | PALM-013903615 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5358 | 2/10/2009 | email between Ruchi Sanghvi, Ethan Beard, Mike Vernal, Julie Zhuo; Subject RE New data permission and authentication model for Platform | PALM-007500874 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5359 | 2/10/2010 | email between Alex Himel, Austin Haugen, Mike Vernal, Robyn Reiss, Ray He, Yariv Sadan, Kelly Winters, Allison Hendrix, Jordan Alperin, Travis Boettcher; Subject Re POP via the API | PALM-009879439 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed (FRE 702). |
| 5360 | 12/9/2010 | document titled "Pre-read materials Consumer Privacy Working Session" | PALM-001742727 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5361 | | Presentation titled "Enterprise Risk Management" by Mike Jenkins and Anna Tchernina | PALM-008607822 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5362 | | 12/07/2010 Email between Marne Levine, Elliot Schrage and many others; Subject Background Documents for the Privacy Offsite | PALM-001742700 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5363 | | December 2014 Presentation titled "Facebook Brand Recommendation" | PALM-014218963 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402) No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5364 | | 11/29/2011 article titled "Facebook Settles FTC Charges That It Deceived Consumers By Failing To Keep Privacy Promises | CONSUMER-FB-0000001219 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 404—Exhibit appears to contain improper character evidence; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Exhibit is not character evidence (FRE 404). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5365 | | October 2011 presentation titled "Global Brand Tracking Results from Q3 2011" | PALM-012375370 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5366 | | **Omitted** | | | | | | | | | |
| 5367 | | | SNAP – FTC – No. 191-0134 – 0000054283 | Andreou, Jacob (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5368 | | | SNAP – FTC – No. 191-0134 – 0000096663 | Andreou, Jacob (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 4; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5369 | | Undated Communications Song Sheet  A Guide to Explaining Meta and Defending its Reputation | PALM-017026349 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5370 | | Presentation Meta Financial Technologies Pre-read Payments Council, March 2022 | PALM-014339941 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5371 | | 11/28/2011 email from Paul Janzer to Alex Schultz; Brian Piepgrass; Naomi Gleit re 852MM (conversations regarding SI and follow ups) | PALM-010071135 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5372 | | 11/8/2010 email from Alex Schultz to Gokul Rajaram re State Resurrection - Top 15 notification emails | PALM-005334416 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5373 | | Email on 05/30/2009 From Ray Ko to "team updates" listserv re0iorth Ops -PPF Attachments Active Growth Breakdown.xls; Initial results from Confirmation Bypass launch | PALM-010308627 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5374 | | Email on 10/18/2017 from Caroline Gaffney to Kevin Systrom; Mike Krieger; Kevin Weil Robby Stein; Blake Barnes; Vishal Shah re % of growth from FB | PALM-002648344 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5375 | | Email on 03/07/2013 From Emily White to Kevin Systrom re 1 1 "re short term goals and headcount implications" | PALM-012209399 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5376 | | Active User Growth Breakdown Excel - native Doc | PALM-010308629 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5377 | | PYMK Update 2.4.10 | PALM-005349295 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5378 | | Email from Chamath Palihapitiya to Jonathan Heiliger re "are we really at 2%?!?!?!?!?!" | PALM-003814398 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5379 | | Facebook Powerpoint Resurrected User Analysis Leveraging Notifications to Resurrect Stale Users (August 21, 2009) | PALM-007861500 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5380 | | Facebook - Draft Survey  Stale v. Active v. Resurrected Users US Topline (Market Research July 21, 2009) | PALM-002417237 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5381 | | Powerpoint "What Matters Most - a crash course in our current understanding of what drives growth" | PALM-005349296 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5382 | | 11/13/2009 Email string re fake accounts | PALM-010073453 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 7; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5383 | | 09/02/2025 E-mail from Dave Steer and B. Schnitt Fwd "WSJ story on plugins and data tracking" | PALM-012950685 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5384 | | Facebook Schedule 14A from US Securities and Exchange Commission | PALM-014326841 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5385 | | 10/27/2017 Email from Vaness Chan to Kristina Nakanishi Le Fwd Message Re Potential New Stat on Fake Accounts from Elliot Schrage | PALM-010026808 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5386 | | Study over viewpoints - fraud prevention measures (Plan draft) | PALM-014364422 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 401, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5387 | | Fraud Prevention Page on Viewpints from Facebook | PALM-010617962 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5388 | | 'Facebook Viewpoints 1st Faceversary! Wins, learnings and future. | PALM-016229376 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 601, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5389 | | Project Bluejay Update (unfinalized) 09/11/2020 | PALM-016289636 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5390 | | 08/31/2010 email from Paul Jefferies to W. Cathcart and C. Pan Re fake account economics | PALM-016830735 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5391 | | Proposal for Principles and Best Practices of Market Research | PALM-016491856 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). A relevant and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5392 | | ▮▮▮ | KLEIN-META_AMAZON_0007566 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5393 | | ▮▮▮ | KLEIN-META_AMAZON_0001624 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose; Catherine Tucker; David Baser | Defense to Plaintiffs' claims | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 901—Proponent has not established authenticity of the document; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5394 | | "Fair Value exchange" for Market Research | PALM-016054555 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5395 | | Facebook Preference Topline Results -US only - (presentation) | PALM-014122914 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation: exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5396 | | Privacy & Data Use H1-2019 Review | PALM-016606673 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation: exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). Motion in Limine is opposed. |
| 5397 | | Privacy Research Overview Powerpoint | PALM-015241782 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation: exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 4; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring Witness | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5398 | | FB Privacy Policy (Full Redline) - Draft 06/28/2021 | PALM-014164527 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5399 | | Meta's April 1, 2022 Privacy Policy | PALM-ADI-0001009157 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5400 | | Meta's April 11, 2022 Privacy Policy | PALM-ADI-0001009142 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5401 | | Meta's July 26, 2022 Privacy Policy | PALM-012861359 | FRE 1006 Summary Witness | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5402 | | Undated. Americans Talk Privacy & Security  Our survey Analysis | PALM-004167019 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5403 | | 2019  Privacy & Data Use  H1-2019 Review | PALM-008877171 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). Motion in Limine is opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5404 | | 6/19/2014 Chat summary between Gary Briggs and Michael Nowak | PALM-003579330 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed |
| 5405 | | 5/8/2015 Facebook Privacy and Data Literacy Research - 2015 | PALM-012982582 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed |
| 5406 | | Ad perception Lit Review Detailed | PALM-016060249 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5407 | | July 2015 Facebook presentation regarding "Trust" | PALM-012978930 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5408 | | April 12 Presentation "Redefine Personalized Ads Research Share-out" | PALM-016982510 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5409 | | 5/1/2018  UK - DCMS Hearing Response Follow Up | PALM-FTC-00937617 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5410 | | 2/14/2019  Privacy & Data Use Presentation | PALM-FTC-00932774 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5411 | | 3/11/2008  Email re ads privacy | PALM-003805275 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5412 | | Draft speech notes | PALM-006273521 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 5; Exhibit is subject to Meta's pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5413 | | 2018 Proposal Restoring Trust in Facebook | PALM-012991914 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5414 | | Facebook internal presentation | PALM-015186131 | Lamdan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5415 | 11/9/2017 | Presentation "Walking Through the MINT Portal" | PALM-008498043 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5416 | | ▉ | SNAP – FTC – No. 191-0134 – 0000018315 | Wahi, Ash (Snap) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5417 | 9/5/2014 | Facebook presentation "Trust Research Findings DUP Deep Dive" | PALM-012830133 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5418 | 8/18/2020 | Investigational Hearing Testimony of Mark Zuckerberg | PALM-DEP-00012225 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5419 | | 2/19/2019 Facebook Presentation Privacy & Data Use | PALM-010069777 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose; Debbie Weinstein | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5420 | | 7/31/2019 Email re Loss XFN - Quick thoughts on workshop on improving ad experiences | PALM-008669080 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5421 | | Internal Update Duplicate & False Accounts | PALM-010630588 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 5; Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motions in Limine are opposed. Daubert is opposed |
| 5422 | | Internal Memorandum "The Five Families" | PALM-008957314 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5423 | | ▮▮▮▮ | GOOG-META-02537261 | Horowitz, Bradley (Google) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5424 | | 10/21/2011 Email re Techmeme | PALM-010062929 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting insbhit objection is needed (FRE 105). |
| 5425 | | 6/2021 Privacy Messaging Learnings | PALM-017015492 | Landan, Sarah | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 8; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5426 | | Announcement Plan Instagram Acquisition | PALM-012374692 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5427 | | ▓▓▓▓▓ | EVERCORE-000714 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5428 | | Omitted | | | | | | | | | |
| 5429 | | PIN – FTC – 0000001042 | | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5430 | | ▇▇▇ | PIN – FTC – 0000001007 | Roberts, Julia (Pinterest) | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 401, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5431 | | ▇▇▇ | FLURRY_00033 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 7; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5432 | | 2017 Kodiak Strategy Presentation | PALM-008797550 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5433 | | 2/2/2021 Summary of chat conversation between Georgina Kearney and Erez Naveh | PALM-013200172 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton; John List; Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5434 | | 9/21/2017 Meeting invitation re Connect on Growth Infra data spend (Onavo/Verto/Applause) | PALM-004246816 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5435 | | 10/3/2017 Email re Centercode deal | PALM-004962879 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5436 | | SavvyConnect Monthly Participation Requirements | CONSUMER-FB-0000002594 | Dr. Economides | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 901—Proponent has not established authenticity of the document; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5437 | | Data | PALM-017052280 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5438 | | 12/07/2020 FAST Signals - H1 2021 Plan | PALM-016225931 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5439 | | 8/6/2014 Case M.7217 Facebook/WhatsApp Responses to Questions of 6 August 2014 | PALM-000004788 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 1; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Exhibit is not character evidence (FRE 404). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5440 | | Undated Draft speech notes F8 event | PALM-006319031 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 5; Exhibit is subject to Meta's pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5441 | | 5/24/2007 Facebook Unveils Platform for Developers of Social Applications | PALM-014821239 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). MIL is opposed. No limiting instruction is needed (FRE 105). |
| 5442 | | ▅▅▅▅ | TWTR-KLEIN00051471 | Perzyk, Tim | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5443 | | Undated Family Strategy Research Ideas | PALM-009058695 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5444 | | 4/17/2015 Email chain re News Feed | PALM-009521918 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5445 | | 4/3/2017 Email chain re Overview of F8 Media Track | PALM-002858456 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5446 | | 10/2018 Differentiation between IG and FB use a summary | PALM-009075408 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection, Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5447 | | Gizmodo Why These Social Networks Failed So Badly | CONSUMER-FB-0000002275 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5448 | | ▮▮▮ | MEWE012897 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5449 | | | MEWE045573 | Weinstein, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5450 | | | REDDIT_20cv3590-DDC_00000001 | | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5451 | | | APL-FTCMETA_00005274 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed |
| 5452 | 7/23/2010 | Zuckerberg Email Re "Lockdown," Bates-numbered PALM-005999280-81 | PALM-005999280 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5453 | 2/7/2016 | Parikh Email string re "Live Lockdown," Bates-numbered PALM-006545411-16 | PALM-006545411 | Parikh, Jay; Sandberg, Sheryl; Zuckerberg, Mark; Cox, Chris; Simo, Fidji; Rose, Dan | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5454 | | Undated document titled "2019 Product Strategy," Bates-numbered PALM-012275452-490 | PALM-012275452 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5455 | | Undated document titled "H1 2020 Instagram Product Strategy," Bates-numbered PALM-012216263-272 | PALM-012216263 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5456 | | 10/16/2015 document titled "Scorecard for Mark s Townhall Q&A," Bates-numbered PALM-006282178-183 | PALM-006282178 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5457 | | 7/1/2016 document titled "Scorecard for Q&A with Mark," Bates-numbered PALM-006316890-6900 | PALM-006316890 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5458 | | 9/26/2018 Email string Re "Fw Exciting news Bytedance $300M JBP signed," Bates-numbered PALM-016526477-480 | PALM-016526477 | Sandberg, Sheryl; Fischer, David; Wehner, David; Goldman, Rob | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose; Alex Schultz; Fidji Simo; Mark Zuckerberg | Defense to Plaintiffs' claims | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5459 | | Undated document titled "# Big Projects," Bates-numbered PALM-014685921-24 | PALM-014685921 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5460 | | Undated document titled "# Peter," Bates-numbered PALM-014685891-93 | PALM-014685891 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5461 | | 1/13/2019 Patel email Re "Competitive Ads Policy a/c priv - refresh 01.10.2019," Bates-numbered PALM-016491929-943 | PALM-016491929 | Patel, Keval | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). |
| 5462 | | Undated document titled "The TikTok Threat," Bates-numbered PALM-014699255-262 | PALM-014699255 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5463 | | Undated document titled "H1 2020 Instagram Product Strategy," Bates-numbered PALM-012216410-19 | PALM-012216410 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | John List | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5464 | | 6/16/2020 Presentation Deck titled "Reels  What it will take to win," Bates-numbered PALM-014307413-456 | PALM-014307413 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5465 | | Undated document titled "Summary Inputs from Product Leaders," Bates-numbered PALM-012137202-217 | PALM-012137202 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5466 | | 7/29/2020 Presentation Deck titled, "Insights from Chinese App Ban in India," Bates-numbered PALM-013556745-761 | PALM-013556745 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5467 | | Undated document titled "Data Summaries from the July 2020 App Ban in India," Bates-numbered PALM-016197934-970 | PALM-016197934 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5468 | | Undated excel spreadsheet Bates-numbered PALM-008486457 | PALM-008486457 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5469 | | 12/22/2012 Osofsky Email Re "Dev messaging," Bates-numbered PALM-010655333 | PALM-010655333 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Tom Cunningham; John List | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5470 | | 1/9/20123 Osofsky Email Re "Duplicate Functionality Policy (a/c priv)," Bates-numbered PALM-011783980-82 | PALM-011783980 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5471 | | 9/28/2017 document titled "Family Incrementality Review," Bates-numbered PALM-017051857-1910 | PALM-017051857 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5472 | | 4/27/2018 Tom Cunningham doc titled "FB-IG Incrementality in 2013," Bates-numbered PALM-017043911 | PALM-017043911 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105) |
| 5473 | | July 2017 document titled, "IG Cannibalization of FB," Bates-numbered PALM-015645615 | PALM-015645615 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5474 | | Undated excel spreadsheet Bates-numbered PALM-004262217 | PALM-004262217 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5475 | | Undated excel spreadsheet Bates-numbered PALM-004321676 | PALM-004321676 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5476 | | Undated excel spreadsheet Bates-numbered PALM-004345132 | PALM-004345132 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5477 | | Undated excel spreadsheet Bates-numbered PALM-004346774 | PALM-004346774 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5478 | | Undated excel spreadsheet Bates-numbered PALM-005002210 | PALM-005002210 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5479 | | Undated excel spreadsheet Bates-numberedPALM-008486458 | PALM-008486458 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5480 | | Undated excel spreadsheet Bates-numberedPALM-008486459 | PALM-008486459 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5481 | | Undated excel spreadsheet Bates-numbered PALM-008486461 | PALM-008486461 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5482 | | Undated excel spreadsheet Bates-numbered PALM-008486462 | PALM-008486462 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5483 | | Undated excel spreadsheet Bates-numbered PALM-008486463 | PALM-008486463 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5484 | | Undated excel spreadsheet Bates-numbered PALM-008486464 | PALM-008486464 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5485 | | Undated excel spreadsheet Bates-numbered PALM-008486465 | PALM-008486465 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5486 | | Undated excel spreadsheet Bates-numbered PALM-008486466 | PALM-008486466 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5487 | 12/6/2018 | Email string Re "Competitive Ads Plicy a/c priv," Bates-numbered PALM-016487420-432 | PALM-016487420 | Olivan, Javier; Fischer, David; Goldman, Rob; Jhaveri, Ash; Patel, Keval | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5488 | | Undated document titled "PP2 Workstream Tracker Ads Competitive Policy," Bates-numbered PALM-017130019-30045 | PALM-017130019 | Patel, Keval | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5489 | | | TWTR-KLEIN00038017 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5490 | 2/7/2020 | Presentation Deck titled, "Twitter Understand, Growth Trends & Conversations Deep-dive," Bates-numbered PALM-012185166-5207 | PALM-012185166 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5491 | | | LI_METALIT_0000054 0 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5492 | 9/6/2019 | Patel email RE (FYI only) FW TikTok historical growth," Bates-numbered PALM-014106273-77 | PALM-014106273 | Patel, Keval | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5493 | | Undated document titled "H2 2020 XFN Work Summary TikTok & SFV," Bates-numbered FTC-META-010478102-146 | FTC-META-010478102 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5494 | 1/6/2020 | Presentation Deck titled, "Communities Reddit Product Review," Bates-numbered PALM-011987805-839 | PALM-011987805 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5495 | | | TWTR-KLEIN00020510 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5496 | | Undated Presentation Deck titled, "Summary of competitive landscape - French Fry," Bates-numbered PALM-FTC-00055317 | PALM-FTC-00055317 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5497 | | | SNAP – FTC – No. 191-0134 – 0000129738 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5498 | | 11/4/2018 document titled, "H1 2019 Instagram Product Strategy (for M-Team)," Bates-numbered PALM-FTC-00413316-360 | PALM-FTC-00413316 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5499 | | Undated Presentation Deck titled "Groups," Bates-numbered PALM-003055144 | PALM-003055144 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5500 | | 5/2/2012 document titled "Top Investor Questions," Bates-numbered PALM-006150176-188 | PALM-006150176 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5501 | | 4/2/2012 Message Summary Bates-numbered PALM-006215195-5200 | PALM-006215195 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |
| 5502 | | Undated document titled "Master Reference on Cross-App Competition," Bates-numbered PALM-017028079-8093 | PALM-017028079 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Witness is a qualified expert (FRE 701). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5503 | | 4/9/2019 document titled "Tom Cunningham Career Story," Bates-numberedPALM-011056759-769 | PALM-011056759 | Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5504 | | 2/17/2012 document Bates-numbered PALM-000479552-561 | PALM-000479552 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5505 | | December 2011 document Bates-numbered PALM-006486571-73 | PALM-006486571 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5506 | | | TWTR-KLEIN00029098 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5507 | | 1/8/2019 document PALM-FTC-00281521-542 | PALM-FTC-00281521 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motions in Limine are opposed. Daubert is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). |
| 5508 | | 3/25/2018 document Bates-stamped PALM FTC-00280261-271 | PALM-FTC-00280261 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant's personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta's pending Motion in Limine No. 2; Exhibit is subject to Meta's pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). MILs are opposed. |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5509 | | 3/25/2018 document Bates-numbered PALM-FTC-00852276-288 | PALM-FTC-00852276 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). MILs are opposed. |
| 5510 | | 11/13/2018 Email string Bates-numbered PALM-016823464-477 | PALM-016823464 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 802) and/or hearsay exception applies (FRE 803, 804, 807). |
| 5511 | | 7/17/2018 document Bates-numbered PALM-FTC-00251044-1098 | PALM-FTC-00251044 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Document is complete (FRE 106). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5512 | | FB Group discussion Bates-numbered PALM-FTC-00295174-181 | PALM-FTC-00295174 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5513 | 10/6/2017 | spreadsheet Bates-numbered PALM-FTC-00574177-194 | PALM-FTC-00574177 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Document is complete (FRE 106). MILs are opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5514 | 4/11/2018 | document Bates-numbered PALM-FTC-00937760-7820 | PALM-FTC-00937760 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed. MILs are opposed. |
| 5515 | 7/16/2018 | document Bates-numbered PALM-FTC-00279222-248 | PALM-FTC-00279222 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5516 | 7/20/2018 | Email string Bates-numbered PALM-FTC-00255423-29 | PALM-FTC-00255423 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 407—Exhibit contains evidence of subsequent remedial measures not admissible to prove culpable conduct; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5517 | | 9/15/2017 Email string Bates-numbered PALM-FTC-00753618-620 | PALM-FTC-00753618 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed |
| 5518 | | 11/4/2011 Email string Bates-numbered PALM-FTC-00203371-75 | PALM-FTC-00203371 | Schrage, Elliot; Egan, Erin | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5519 | | Undated document Bates-numbered PALM-016092372-392 | PALM-016092372 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Daubert is opposed |
| 5520 | | 7/16/2019 Message Summary Bates-numbered PALM-013211881 | PALM-013211881 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 408—Exhibit contains information about a compromise or compromise negotiations; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Exhibit does not reflect settlement discussions or remedial measures (FRE 407, 408). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5521 | | 7/4/2019 Email string Bates-numbered PALM-FTC-00763962-64 | PALM-FTC-00763962 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5523 | | 7/12/2016 document Bates-numbered PALM-FTC-00347815-840 | PALM-FTC-00347815 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert objection; Meta reserves the right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5524 | | Undated document Bates-numered PALM-FTC-00933497-3507 | PALM-FTC-00933497 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5525 | | Undated document Bates-numbered PALM-004130625-631 | PALM-004130625 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5526 | | 8/25/2016 Email string Bates-numbered PALM-FTC-00934857-59 | PALM-FTC-00934857 | Gleit, Naomi | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponen has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Not hearsay (FRE 802) and/or hearsay exception applies (FRE 803, 804, 807). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5527 | | 4/11/2019 document Bates-numbered PALM-017043663-673 | PALM-017043663 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5528 | | 4/11/2019 document Bates-numbered PALM-009050929-936 | PALM-009050929 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5529 | | 11/25/2019 Facebook Inc. Civil Investigative Demand Response Bates-numbered PALM-012438872-895 | PALM-012438872 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton | Defense to Plaintiffs' claims | | | Exhibit is subject to Meta s pending Motion in Limine No. 1; Exhibit 403, 802; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5530 | | November 2018 document Bates-numbered PALM-0089595749612 | PALM-008959574 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed. Motion in Limine is opposed |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5531 | | 10/15/2021 Email string Bates-numbered PALM-015409236-37 | PALM-015409236 | Eide, Jon | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Motion in Limine is opposed |
| 5532 | | 4/5/2019 Email Bates-numbered PALM-005318931 | PALM-005318931 | Schultz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Motion in Limine is opposed |
| 5533 | | 6/5/2023 Meta Discovery Responses Bates-numbered PALM-017135692-5719 | PALM-017135692 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5534 | | **Omitted** | | | | | | | | | |
| 5535 | | 4/22/2012 Message Summary Bates-numbered PALM-DEP-00012403-404 | PALM-DEP-00012403 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5536 | | 10/31/2018 Email string Bates-numbered PALM-008880492-93 | PALM-008880492 | Simo, Fidji, Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 2; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.'s Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5537 | | Undated Presentation Deck Bates-numbered PALM-005011638 | PALM-005011638 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert. Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5538 | | 7/17/2019 Email string Bates-numbered PALM-006224105-109 | PALM-006224105 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 1; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Exhibit is complete (FRE 106). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5539 | | Undated document Bates-numbered PALM-009063220-3248 | PALM-009063220 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5540 | | 6/17/2021 Email Bates-numbered PALM-015371515-16 | PALM-015371515 | Rosen, Guy | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5541 | | 4/1/2020 document Bates-numbered PALM-017095752-56 | PALM-017095752 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Catherine Tucker | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5542 | | Excel spreadsheet Bates-numbered PALM-017073378 | PALM-017073378 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5543 | | 5/17/2023 Meta Discovery Responses Bates-numbered PALM-017135729-5744 | PALM-017135729 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit fo a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5544 | | Undated Presentation Deck Bates-numbered PALM-014486378-6419 | PALM-014486378 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5545 | | 5/5/2023 Meta Discovery Responses Bates-numbered PALM-017135856-870 | PALM-017135856 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is a made-for-litigation document and is not evidence, e.g., Rules 402, 403, 802; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5546 | | 9/24/2011 Email Bates-numbered PALM-012414829-837 | PALM-012414829 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MIL is opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5547 | | 2/27/2012 Email Bates-numbered PALM-012389944 | PALM-012389944 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5548 | | 4/9/2012 Email String Bates-numbered PALM-DEP-00012355 | PALM-DEP-00012355 | Zuckerberg, Mark | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 2; Exhibit is subject to Meta s pending Motion in Limine No. 6; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). Motion in Limine is opposed. |
| 5549 | | 8/2/2011 Email string Bates-numbered PALM-012416190-95 | PALM-012416190 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Responses | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5550 | | Undated document Bates-numbered PALM-006470179-70201 | PALM-006470179 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105).Daubert is opposed (FRE 702). |
| 5551 | | Undated document Bates-numbered PALM-005998290-95 | PALM-005998290 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105).Daubert is opposed (FRE 702). |
| 5552 | 9/28/2017 | Email string Bates-numbered PALM-016547044-46 | PALM-016547044 | Schrage, Elliot; Fischer, David; Goldman, Rob | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 6; Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MILs are opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5553 | 7/24/2018 | Email string Bates-numbered PALM-005998285-89 | PALM-005998285 | Schultz, Alex; Zuckerberg, Mark, Cox, Chris, Olivan, Javier | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Exhibit appears as a duplicate copy of another exhibit included on the exhibit list; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5554 | | 3/20/2018 document Bates-numbered PALM-FTC-00457213-225 | PALM-FTC-00457213 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 5; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 7; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | MILs are opposed. Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 403). No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5555 | | August 2017 Presentation Deck Bates-numbered PALM-015039399-9430 | PALM-015039399 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit is complete (FRE 106). Document was produced by Defendant (legibility). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5556 | | 2/13/2018 Email Bates-numbered PALM-008617909-910 | PALM-008617909 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | John List; Fidji Simo | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit is complete (FRE 106). Document was produced by Defendant (legibility). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5557 | | 2/18/2017 Email string Bates-numbered PALM-013460479-481 | PALM-013460479 | Chin, Calvin; Cunningham, Tom | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered.; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit is based on witness perception and helpful to understanding witness testimony or determining fact in issue (FRE 701). In the alternative, witness qualifies as an expert (FRE 702). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5558 | | 8/30/2017 document Bates-numbered PALM-016481295-1347 | PALM-016481295 | Cunningham, Tom; Schutz, Alex | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 106—Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously; Exhibit is not legible; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Exhibit is complete (FRE 106). Document was produced by Defendant (legibility). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5559 | | 3/14/209 Email string Bates-numbered PALM-007480564-65 | PALM-007480564 | Cunningham, Tom; Patel, Keval | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No. 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5560 | | 6/13/2018 Email string Bates-numbered PALM-013501702-703 | PALM-013501702 | Simo, Fidji | Will be used to provide Facebook's liability, impact and damages | | | | | Exhibit is subject to Meta s pending Motion in Limine No. 7; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5561 | | Undated Presentation Deck Bates-numbered PALM-015410911 | PALM-015410911 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5562 | | Undated Presentation Deck Bates-numbered PALM-DEP-00001055-1104 | PALM-DEP-00001055 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5563 | | 1/24/2012 Email string Bates-numbered PALM-004471345-46 | PALM-004471345 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose; Keval Patel | Defense to Plaintiffs' claims | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5564 | | Excel spreadsheet Bates-numbered PALM-000057527 | PALM-000057527 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Anindya Ghose | Defense to Plaintiffs' claims | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5565 | | Undated document Bates-numbered PALM-003696592-6602 | PALM-003696592 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | | | Rule 701—Exhibit contains improper specialized opinion(s) by a lay witness; Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Witness is a qualified expert (FRE 701). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5566 | | ▮ | TIK-00347593 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Responses | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5567 | | 4/8/2020 Presentation Deck Bates-numbered PALM-015273104-184 | PALM-015273104 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Not hearsay (FRE 801) and/or hearsay exception applies (FRE 803, 804, 807). Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5568 | | ▬ | LI_METALIT_00008738 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5569 | | Excel spreadsheet Bates-numbered PALM-017063130 | PALM-017063130 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5570 | | Undated Presentation Deck Bates-numbered PALM-012214515 | PALM-012214515 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert Meta reserves right to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5571 | | 7/24/2018 Email string Bates-numbered PALM-013504987-992 | PALM-013504987 | Schultz, Alex; Olivan, Javier; Cox, Chris | Will be used to provide Facebook's liability, impact and damages | | | | | Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5572 | | Undated document Bates-numbered PALM-008915384-88 | PALM-008915384 | Dr. Farrell | Will be used to provide Facebook's liability, impact and damages | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered; Rule 702—Subject to Daubert, Meta reserves to object if offered in support of inadmissible expert opinion(s) | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402).No limiting instruction is needed (FRE 105). Daubert is opposed (FRE 702). |
| 5573 | | 2/14/2019 Email string Bates-numbered PALM-005209420-24 | PALM-005209420 | Schrage, Elliot | Will be used to provide Facebook's liability, impact and damages | | | | Rule 802—Exhibit contains inadmissible hearsay, offered for the truth of the matter asserted, and not subject to any applicable hearsay exception; Exhibit is subject to Meta s pending Motion in Limine No 4; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Not hearsay (FRE 801) and/or not subject to any applicable hearsay exception applies (FRE 803, 804, 807). MIL is opposed. Balance favors admissibility (FRE 401, 403). The exhibit is relevant (FRE 401, 402). No limiting instruction is needed (FRE 105). |
| 5574 | | 2/27/2019 Email string Bates-numbered PALM-004103261 | PALM-004103261 | Goldman, Rob | Will be used to provide Facebook's liability, impact and damages | | | | Rule 602—Proponent cannot lay foundation; exhibit contains statements not based on declarant s personal knowledge; Rule 602—Proponent cannot establish foundation for the exhibit; Rule 403—Exhibit is being offered for a statement that is speculative and likely to confuse the issues or mislead the jury; Rule 402—Proponent has not offered exhibit for a relevant purpose; Rule 403—Unfairly prejudicial, confusing the issues and/or misleading to the jury; probative value does not outweigh risk of prejudicial effect; presents needlessly cumulative evidence; Rule 105—Conditional objection; Meta reserves the right to object to this exhibit depending on the purpose for which it is offered | Authenticity and foundation, including personal knowledge if necessary, will be established at trial (FRE 602, 901, 902). The exhibit is relevant (FRE 401, 402). Balance favors admissibility (FRE 401, 403). No limiting instruction is needed (FRE 105). |
| 10003 | 00/00/0000 | Hulu Settings | CONSUMER-FB-0000002705 | | | Rachel Banks Kupcho | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | |
| 10004 | 00/00/0000 | Grabert Privacy Tracking - Allow Apps to Request to Track (ON) | CONSUMER-FB-0000002804 | | | Sarah Grabert | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | |
| 10005 | 00/00/0000 | Grabert Safari Settings | CONSUMER-FB-0000002810 | | | Sarah Grabert | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | |
| 10006 | 00/00/0000 | Grabert Profile Information | CONSUMER-FB-0000002817 | | | Sarah Grabert | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10007 | 00/00/0000 | Klein Hulu Settings | CONSUMER-FB-0000002935 | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10008 | 00/00/0000 | Klein Discord Settings | CONSUMER-FB-0000002962 | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10009 | 00/00/0000 | Klein Twitter Settings | CONSUMER-FB-0000002970 | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10012 | 1/00/2022 | Klein Screentime Overview | CONSUMER-FB-0000043573 | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10013 | 12/4/2020 | Text messages from M. Klein | CONSUMER-FB-0000043729 | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10014 | 00/00/0000 | Klein iPhone Third Party Apps with Access to Google | CONSUMER-FB-0000044255 | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10015 | 00/00/0000 | iOS Calendar Privacy settings | CONSUMER-FB-0000044724 | | | Rachel Banks Kupcho | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10016 | 00/00/0000 | iOS Location Settings | CONSUMER-FB-0000044737 | | | Rachel Banks Kupcho | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10017 | 00/00/0000 | Share Contacts with TikTok | CONSUMER-FB-0000045048 | | | Rachel Banks Kupcho | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10018 | 00/00/0000 | Klein iPhone Access to Contacts | CONSUMER-FB-0000045105 | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10019 | 00/00/0000 | Grabert Privacy Tracking - Contacts | CONSUMER-FB-0000045393 | | | Sarah Grabert | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10020 | 00/00/0000 | Grabert Privacy Tracking - Allow Apps to Request to Track (OFF) | CONSUMER-FB-0000045450 | | | Sarah Grabert | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10021 | 00/00/0000 | Screentime for Grabert YouTube | CONSUMER-FB-0000058831 | | | Sarah Grabert | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10022 | 00/00/0000 | Screenshots from Grabert iPhone Screen Time | CONSUMER-FB-0000058840 | | | Sarah Grabert | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10023 | 4/9/2023 | Screentime report for April 2-9 | CONSUMER-FB-0000058881 | | | Rachel Banks Kupcho | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10082 | 9/15/2011 | Email from B. Lee to J. Lee et al. re PLEASE REVIEW Updated Credits Landing Page with attachments | PALM-001639474 | | | Catherine Tucker | Defense to Plaintiffs' claims | Illegible | Sponsoring witness identified; Rule 703—expert was made aware of or personally observed the facts or data, the probative value helps the jury on balance; A legible copy will be provided or illegible sections will not be used; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10183 | 11/10/2021 | Klein Messages with Dave Guilino re Discord | PALM-012496633 | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10585 | 5/23/2023 | Meta's Fourth Set of Written Responses to Questions from Exhibits B, C, E, & G to Plaintiff Federal Trade Commission's April 3, 2023 Rule 30(b)(6) Notice Concerning Data Topics, *FTC v. Meta*, No. 1 20-cv-03590 | PALM-017135745 | | | Catherine Tucker | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10645 | 9/22/2023 | Meta's Amended Sixth Set of Written Responses to Questions from Exhibits B, C, E, G, & I to Plaintiff Federal Trade Commission's April 3, 2023 Rule 30(b)(6) Notice Concerning Data Topics, *FTC v. Meta*, No. 20-cv-03590 | PALM-017139586 | | | John List | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10656 | 7/7/2018 | Mobile Performance Meter, The Wayback Machine | PALM-017140953 | | | Catherine Tucker | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Sponsoring witness identified; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10658 | 7/17/2019 | MobileXpression, Privacy Policy | PALM-017140956 | | | Catherine Tucker | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—expert was made aware of or personally observed the facts or data, Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10659 | 10/20/2020 | Nielson Computer and Mobile Panel Review, The Wayback Machine (2020) | PALM-017140961 | | | Catherine Tucker | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—expert was made aware of or personally observed the facts or data, Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10660 | 8/8/2020 | About the Quora Pixel, The Wayback Machine | PALM-017140981 | | | Catherine Tucker | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—expert was made aware of or personally observed the facts or data, Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10661 | 12/31/2019 | Roku Privacy Policy, The Wayback Machine | PALM-017140984 | | | Catherine Tucker | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—expert was made aware of or personally observed the facts or data, Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10711 | 00/00/2015 | A. Colin Cameron and Douglas L. Miller (2015), "A Practitioner s Guide to Cluster-Robust Inference," Journal of Human Resources, 50(2) 317-372 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10712 | 00/00/2021 | Abadie, Alberto (2021) "Using Synthetic Controls Feasibility, Data Requirements, and Methodological Aspects," Journal of Economic Literature, 59(2) 391–425, https://www.aeaweb.org/articles?id=10.12 57/jel.20191450 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10713 | 3/00/2003 | Abadie, Alberto and Javier Gardezabal (2003) "The Economic Costs of Conflict A Case Study of the Basque Country," American Economic Review, 93(1) 113–132, https://www.aeaweb.org/articles?id=10.12 57/000282003321455188 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10714 | 06/00/2010 | Abadie, Alberto, Alexis Diamond, and Jens Hainmueller (2010) "Synthetic Control Methods for Comparative Case Studies  Estimating the Effect of California s Tobacco Control Program," Journal of the American Statistical Association, 105(490) 493–505, https://doi.org/10.1198/jasa.2009.ap08746 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10715 | 4/23/2014 | Abadie, Alberto, Alexis Diamond, and Jens Hainmueller (2014) "Comparative Politics and the Synthetic Control Method," American Journal of Political Science, 59(2) 495–510, https://doi.org/10.1111/ajps.12116 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10716 | 00/00/0000 | About X Premium, X Help Center, https://help.twitter.com/en/using-x/x-premium | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10717 | 9/29/2021 | Abram Brown, "Facebook Will Pay Creators to Put Their Knockoff TikTok Videos in Its Main News Feed," Forbes, https://www.forbes.com/sites/abrambrown/2021/09/29/facebook-reels-instagram-creators-influencers-tiktok/?sh=3595f907cef | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def's Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10718 | 00/00/2018 | Acemoğlu, Daron, David Laibson, and John List (2018) Microeconomics, 2nd edition, Pearson Education | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10719 | 8/00/2016 | Acemoğlu, Daron, Simon Johnson, Amir Kermani, James Kwak, and Todd Mitton (2016) "The value of connections in turbulent times Evidence from the United States," Journal of Financial Economics, 121(2) 368–391, https://doi.org/10.1016/j.jfineco.2015.10.001 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10720 | 00/00/2016 | Acquisti, Alessandro, Curtis Taylor, and Liad Wagman, "The Economics of Privacy," Journal of Economic Literature, Vol. 54, No. 2, 2016, pp. 442-492 | N/A | | | John List; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10721 | 12/30/2011 | Adam Gabbatt, "Myspace Tom to Google+ don't become a cesspool like my site," The Guardian, available at https://www.theguardian.com/technology/2011/dec/30/myspace-tom-google-censorship | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10722 | 00/00/2023 | Adbloom Performance Marketing + Partnerships (2023) https ://adbloom.com/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10723 | 00/00/2019 | Advances in Artificial Intelligence, Software Engineering and Systems Engineering (T. Ahram, ed.), AHFE 2019 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10724 | 8/21/2013 | Affeldt, Pauline, Lapo Filistrucchi, and Tobias J. Klein (2013) "Upward Pricing Pressure in Two-Sided Markets," The Economic Journal, 123(572) F505–F523 . https ://doi.org/10.111 1/ecoj.12050 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10725 | 4/00/2012 | Agata Kaczanowska, "IBISWorld Industry Report OD4574 Social Networking Sites in the US," April 2012 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10726 | 8/00/2013 | Aguiar, Mark, Erik Hurst, and Loukas Karabarbounis (2013) "Time Use During the Great Recession," American Economic Review, 103(5) 1664–1696, https ://www.aeaweb.org/articles?id=10.12 57/aer.103.5.1664 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10727 | 6/12/2023 | Ahmed, Arooj (2023) "Instagram and Facebook Are Catching Up to TikTok  A Battle for Social Media Dominance," Digital Information World, https ://www.digitalinf ormationworld.com/2 023/06/instagram-and -facebook-are-catching-up.html | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10728 | 11/21/2022 | Aisha Malik, "Meta rolls out new privacy updates for teens on Instagram and Facebook," TechCrunch, available at https ://techcrunch.co m/2022/11/21/meta-rolls-outnew-privacy-updates-teens-instagram-facebook/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10729 | 4/27/2022 | Aisha Malik, "Meta says Reels now makes up over 20% of the time users spend on Instagram," TechCrunch, available at https ://techcrunch.co m/2022/04/27/meta-says-reelsnow-makes-up-over-20-of-the-time-users-spend-on-instagram/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10730 | 11/7/2022 | Aisha Malik, "Signal is the latest app to roll out a Stories feature," TechCrunch, https ://techcrunch.co m/2022/11/07/signal-the-latest-platform-rollout-stories-feature | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10731 | 8/14/2023 | Aisha Malik, "Telegram rolls out its Stories feature to all users," TechCrunch, https ://techcrunch.co m/2023/08/14/telegra m-rolls-out-its-stories-feature-to-all-users | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10732 | 7/25/2016 | Akabas, Tal and Frederik Kemner, "Simplifying Conversion Measurement Saying Goodbye to 'Converted Clicks ," Google, https ://www.blog.goo gle/products/ads/simp lifying-conversionmeasurem ent?m=1 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10733 | 00/002003 | Alan F. Westin (2003) "Social and Political Dimensions of Privacy," Journal of Social Issues 59(2) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10734 | 12/27/2013 | Alan Henry, "How to Stop Google+ from Taking Over All of Your Google Apps," LifeHacker, available at https://lifehacker.com/how-to-stop-google-from-taking-over-all-of-your-google-1490228845. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10735 | 00/00/2019 | Alan Peslak, Lisa Kovalchick, and Mauri Conforti (2020) "A Longitudinal Study of Google Privacy Policies," Journal of Information Systems Applied Research 13(2) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10736 | 00/00/2012 | Alastair R. Beresford, Dorothea Kübler, and Sören Preibusch (2012), "Unwillingness to Pay for Privacy  A Field Experiment," Economics Letters, 117(1) 25-27 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10737 | 00/00/2016 | Alessandro Acquisti, Curtis Taylor, and Liad Wagman (2016) "The Economics of Privacy," Journal of Economic Literature 54(2) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10738 | 1/30/2015 | Alessandro Acquisti, Laura Brandimarte, and George Loewenstein (2015) "Privacy and human behavior in the age of information," Science | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10739 | 5/10/2021 | Alex Bauer, "ATT Opt-In Rates  The Picture So Far And The Ugly Truth Behind Why The Numbers Vary So Widely," AdExchanger, available at https://www.adexchanger.com/data-driven-thinking/att-opt-in-rates-the-picture-so-far-and-the-ugly-truth-behind-why-the-numbers-vary-so-widely/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10740 | 7/27/2022 | Alex Heath, "Facebook and Instagram are going to show even more posts from accounts you don t follow," The Verge, https://www.theverge.com/2022/7/27/2328 1451/facebook-instagram-metarecommendation-discovery-engine-ai | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10741 | 6/15/2022 | Alex Heath, "Facebook is changing its algorithm to take on TikTok, leaked memo reveals," The Verge, available at https://www.theverge.com/2022/6/15/2316 8887/facebook-discovery-engine-redesign-tiktok | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10742 | 10/4/2021 | Alex Heath, "Locked out and totally down Facebook s scramble to fix a massive outage," The Verge, https://www.theverge.com/2021/10/4/22709575/facebook-outage-instagram-whatsapp | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10743 | 6/6/2011 | Alex Wilhelm, "TwitchTV Justin.tv s killer new esports project," The Next Web, https://thenextweb.com/news/twitchtvjustin tvs-killer-new-esports project | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10744 | 00/00/2014 | Alexandra Michota and Sokratis Katsikas (2014) "The evolution of privacy-by-default in Social Networks," PCI '14 Proceedings of the 18th Panhellenic Conference on Informatics, | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10745 | 3/16/2023 | Alexandra Sternlicht, "Snap s 'insane monetization is making it a new creator favorite, attracting stars like David Dobrik and paying another creator more than $10,000 some days," Fortune, https://fortune.com/2023/03/16/snap-creators-revenueshare attracting-big-name-influencers/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10746 | 10/6/2010 | Alexia Tsotsis, "Facebook Now Allows You To 'Download Your Information '," TechCrunch, available at https://techcrunch.com/2010/10/06/facebook-now-allows-you-to/download-your-information/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10747 | 10/8/2011 | Alexia Tsotsis, "Tired Of Too Many Google+ Notifications? Now You Control Who Can Send Them To You," TechCrunch, available at https://techcrunch.com/2011/10/07/google-plus-plus/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10748 | 6/28/2011 | Alexis Tsotsis, "Sean Parker on Why Myspace Lost to Facebook," TechCrunch, available at https://techcrunch.com/2011/06/28/sean-parker-on-why-myspace-lost-to-facebook/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10749 | 06/00/2023 | Allan Shampine, "A Primer on the Economics of Intellectual Property Antitrust Claims," Antitrust Magazine Online, American Bar Association, June 2023 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10750 | 00/00/2020 | Allcott, Hunt, Luca Braghieri, Sarah Eichmeyer, and Matthew Gentzkow (2020) "The Welfare Effects of Social Media," American Economic Review, 110(3) 629–676, https //doi.org/10.125 7/aer.20190658 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10751 | 00/00/2022 | Allcott, Hunt, Matthew Gentzkow, and Lena Song (2022) "Digital Addiction," American Economic Review, 112(7) 2424–2463, https://www.aeaweb. org/articles?id=10.12 57/aer.20210867 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10752 | 12/31/2017 | Alphabet Inc., Form 10-K for the fiscal year ended December 31, 2017 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10753 | 12/31/2020 | Alphabet Inc., Form 10-K for the fiscal year ended December 31, 2020 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10754 | 12/31/2021 | Alphabet Inc., Form 10-K for the fiscal year ended December 31, 2021 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10755 | 3/17/2022 | Amanda Silberling, "TikTok is expanding the pilot of its Stories feature," TechCrunch, https://techcrunch.com/2022/03/17/tiktok-stories-expanded-pilot-feature | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10756 | 9/15/2022 | Amanda Silberling, "TikTok just launched a BeReal clone called TikTok Now," TechCrunch, available at https://techcrunch.com/2022/09/19/tiktoks-bereal-clone-is-nowavailable-as-standalone-app-outside-the-u-s/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10757 | 7/27/2022 | Amanda Silberling, "Twitter is testing a status feature," TechCrunch, available at https://techcrunch.com/2022/07/27/twitter-status-featuretest/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10758 | 5/10/2024 | Amazon Stats Growth, Sales, and More, Amazon, https://sell.amazon.com/blog/amazon-stats | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10759 | 4/6/2012 | Amazon.com Help Privacy Notice," Princeton-Leuven Longitudinal Corpus of Privacy Policies, available at https://github.com/citp/privacy-policy-historical/blob/0d15de7fe9/a/am/ama/amazon.com.md | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10760 | 4/7/2016 | Amir Efrati, "Facebook Struggles to Stop Decline in 'Original Sharing'," The Information, available at https://www.theinformation.com/articles/facebook-struggles-to-stopdecline-in-original-sharing?shared=eeb2ca | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10761 | 11/14/2022 | Amore, Samson, "A Breakdown of the Data Snapchat Collects on Users," dot.La, https://dot.la/what-data-does-snapchat-collect-2658631894.html/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10762 | 8/22/2019 | Amy He, "Facebook s Privacy Tool Is Here and Here s What Advertisers Need to Know," eMarketer, available at https://www.insiderintelligence.com/content/facebooks-clear-history-tool-what-advertisers-should-and-should-not-worry about | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10763 | 6/30/2011 | Amy Lee, "Myspace Collapse  How The Social Network Fell Apart," Huffington Post, available at https://www.huffpost.com/entry/how-myspace-fell-apart_n_887853. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10764 | 8/5/2022 | An incident impacting some accounts and private information on Twitter, X Privacy Center, available at https://privacy.twitter.com/en/blog/2022/an-issue-affecting-someanonymous-accounts | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10765 | 8/22/2018 | An Update on Our App Developer Investigation, available at https://about.fb.com/news/2018/08/update-on-app-investigation/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Curtiss Cobb; Erin Egan; Alex Schultz | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10766 | 9/20/2019 | An Update on Our App Developer Investigation, available at https://about.fb.com/news/2019/09/an-update-on-our-app-developer-investigation/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Curtiss Cobb; Erin Egan; Alex Schultz | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10767 | 5/14/2018 | An Update on Our App Investigation and Audit, available at https://about.fb.com/news/2018/05/update-on-app-audit/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Curtiss Cobb; Erin Egan; Alex Schultz | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10768 | 11/00/2018 | Andre Boik, Shane Greenstein, and Jeffrey Prince (2018) "The Persistence of Broadband User Behavior Implications for Universal Service and Competition Policy," Telecommunications Policy | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10769 | 7/13/2007 | Andrew 'Boz Bosworth, "What s the history of the Awesome Button (that eventually became the Like button) on Facebook?" (Answer), available at https://www.quora.com/Whats-the-history-of-the-Awesome-Button-that-eventually-became-the-Like-button-on-Facebook/answer/Andrew-Boz-Bosworth | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10770 | 00/00/1983 | Andrew B. Abel (1983), "Market Structure and the Durability of Goods," Review of Economic Studies, 50(4) 625-637 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10771 | 5/8/2012 | Andrew Chin and Anne Klinefelter (2012) "Differential Privacy as a Response to the Reidentification Threat  The Facebook Advertiser Case Study," North Carolina Law Review 90(5) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10772 | 6/30/2016 | Andrew Griffin, "Google My Activity shows everything that company knows about its users –and there s a lot," The Independent, available at https://www.independent.co.uk/tech/google-my-activity-shows-everything-that-company-knowsabout-its-users-and-there-s-a-lot-a7109256.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10773 | 4/12/2023 | Andrew Hutchinson, "Pinterest Rolls Out Enhanced Protections for Teen Users," Social Media Today, available at https://www.socialmediatoday.com/news/pinterest-rolls-outenhanced-protections-for-teen-users/647544/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10774 | 00/00/2012 | Andrew N. Smith, Eileen Fischer, and Chen Youngjian (2012) "How Does Brand-related Usergenerated Content Differ across YouTube, Facebook, and Twitter?" Journal of Interactive Marketing | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10775 | 4/10/2019 | Andrew Perrin and Monica Anderson, "Share of U.S. adults using social media, including Facebook, is mostly unchanged since 2018," Pew Research Center, available at https://www.pewresearch.org/short-reads/2019/04/10/share-of-u-s-adults-using-social-mediaincluding-facebook-is-mostly-unchanged-since-2018/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10776 | 9/5/2018 | Andrew Perrin, "Americans are changing their relationship with Facebook," Pew Research Center, available at https://www.pewresearch.org/short-reads/2018/09/05/americans-are-changing-their-relationshipwith-facebook/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10777 | 00/00/0000 | Android Developers, "Contacts Provider," https://developer.android.com/guide/topics/providers/contacts-provider#kotlin | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10778 | 00/00/2009 | Angrist, Joshua D. and Jörn-Steffen Pischke (2009) "Parallel Worlds Fixed Effects, Differences-in-Differences, and Panel Data," in Mostly Harmless Econometrics An Empiricist s Companion, Chapter 5, Princeton University Press | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10779 | 00/00/2017 | Anindya Ghose (2017), Tap Unlocking the Mobile Economy, The MIT Press | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10780 | 00/00/2014 | Anindya Ghose and Sang Pil Han (2014) "Estimating demand for mobile applications in the new economy," Management Science 60(6) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10781 | 00/00/0000 | Anindya Ghose, "author profile," Google Scholar, available at https://scholar.google.com/citations?user=oQHsB5kAAAAJ&hl=en | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10782 | 5/2/2017 | Anindya Ghose, "When push comes to shove, how quickly will you give up your data for convenience?" Quartz, available at https://qz.com/973578/data-privacy-doesn t-seem-to-be-a-concern-for-mobile-users-willing-to-swap-it-for-convenience. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10783 | 3/25/2019 | Anindya Ghose, Beibei Li, and Siyuan Liu (2019) "Mobile Targeting Using Customer Trajectory Patterns," Management Science 65(11) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10784 | 01/00/2022 | Anindya Ghose, Beibei Li, Meghanath Macha, Chenshuo Sun, and Natasha Zhang Foutz (2022) "Trading Privacy for the Public Good How Did America React During COVID 19?" NYU Stern School of Business, available at https://papers.ssm.com/sol3/papers.cfm?abstract_id=3624069. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10785 | 10/5/2021 | Annabelle Timsit and Sofia Diogo Mateus, "'Hello literally everyone' Twitter flooded with users during Facebook, Instagram outage," The Washington Post, https://www.washingtonpost.com/technology/2021/10/05/twitter-users-facebook-outage-instagram-whatsapp/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10786 | 4/26/2021 | Anthony Ha, "Apple s App Tracking Transparency feature has arrived – here s what you need to know," TechCrunch, available at https://techcrunch.com/2021/04/26/apples-apptracking-transparency-feature-has-arrived-heres-what-you-need-to-know/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10787 | 10/25/2019 | Anthony Ha, "Facebook starts testing News, its new section for journalism," TechCrunch, available at https://techcrunch.com/2019/10/25/facebook-news-tab/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10788 | 00/00/0000 | Antitrust Law  An Analysis of Antitrust Principles and Their Application, Herbert Hovenkamp & Phillip E. Areeda, (Fourth & Fifth Editions 2018-2022) | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10789 | 00/00/2019 | Antoine Jeri-Yabar, Alejandra Sanchez-Carbonel, Karen Tito, Jimena Ramirez-DelCastillo, Alessandra Torres-Alcantara, Daniela Denegri, and Yhuri Carreazo (2018) "Association between social media use (Twitter, Instagram, Facebook) and depressive symptoms Are Twitter users at higher risk?" International Journal of Social Psychiatry | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10790 | 12/13/2017 | App Annie Reaches One Million User Milestone, data.ai, https://www.data.ai/en/insights/data-ai-news/app-annieone-million-users/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10791 | 00/00/2021 | Apple (2021) "Upcoming AppTrackingTransparency Requirements," https://developer.apple.com/news/?id=eevrtzt2 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10792 | 00/00/0000 | Apple Developer, "Contacts," https://developer.apple.com/documentation/contacts | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10793 | 1/25/2023 | AppOptix, Google Play, https://play.google.com/store/apps/details?id=sa.appoptix.com&hl=en_US&gl=US&pli=1 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10794 | 00/00/0000 | AppsFlyer, "App Tracking Transparency (ATT)," https://www.appsflyer.com/glossary/app-tracking-transparency/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10795 | 00/00/2017 | Araujo, Theo, Anke Wonneberger, Peter Neijens, and Claes de Vreese (2017) "How Much Time Do You Spend Online? Understanding and Improving the Accuracy of Self-Reported Measures of Internet Use," Communication Methods and Measures, 11(3) 173–190, https://doi.org/10.1080/19312458.2017.1317337 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10796 | 10/9/2023 | Aridor, Guy (2023) "Market Definition in the Attention Economy  An Experimental Approach," https://dx.doi.org/10.2139/ssrn.4069567 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10797 | 11/30/2020 | Arielle Pardes, "All the Social Media Giants Are Becoming the Same," Wired, https://www.wired.com/story/social-media-giants-look-the-same-tiktok-twitterinstagram/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10798 | 7/28/2015 | Arjun Kharpal, "Look who s admitting that Google+ is 'confusing ," CNBC, available at https://www.cnbc.com/2015/07/28/google-plus-confusing-facebook-rival.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10799 | 3/27/2018 | Armstrong, Stephen, "Could Social Media Bring Cryptocurrencies Into the Mainstream?," Raconteur, https://www.raconteur.net/finance/social-media-bring-cryptocurrencies-mainstream | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10800 | 00/00/2021 | Arne Freya Zillich and Claudia Riesmeyer (2021) "Be Yourself The Relative Importance of Personal and Social Norms for Adolescents Self-Presentation on Instagram," Social Media + Society | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10801 | 6/24/2009 | Arrington, Michael, "MySpace Loses Its CyberSecuity Superman.  Who's Left to Fight the Bad Guys?" TechCrunch+ | N/A | | | Chris DeWolfe | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10802 | 2/1/2024 | As Facebook turns 20, politics is out; impersonal video feeds are in, The Economist, available at https://www.economist.com/briefing/2024/02/01/as-facebook-turns-20-politics-is-out-impersonal-video-feeds-are-in | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10803 | 00/00/2017 | Athey, Susan and Guido W. Imbens, "The State of Applied Econometrics Causality and Policy Evaluation," Journal of Economic Perspectives, Vol. 31, No. 2, 2017 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10804 | 06/00/2017 | Athey, Susan, Christian Catalini, and Catherine Tucker, "The Digital Privacy Paradox  Small Money, Small Costs, Small Talk," NBER Working Paper 23488, 2017 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10805 | 6/30/2023 | Atkins, Nicole, "Meet Nextdoor s Values Award Winners for Q2 2023!," Nextdoor, https://people.nextdoor.com/2023/06/30/meet-nextdoors-values-award-winners-for-q2-2023/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10806 | 9/1/2020 | August app download update; Social media a bright spot, Bank of America Securities | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10807 | 00/00/2020 | Bahiyah Omar and Wang Dequan (2020) "Watch, Share or Create  The Influence of Personality Traits and User Motivation on TikTok Mobile Video Usage," International Association of Online Engineering iJIM | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10808 | 8/1/2023 | Bajarin, Tim, "Is the Demise of X (Twitter) Inevitable?," Forbes, https://www.forbes.com/sites/timbajarin/2023/08/01/is-the-demise-of-x-twitter-inevitable/?sh=78ee1c3a7398 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10809 | 00/00/2021 | Balakumar, K (2021) "Instagram to integrate 'Reels  into Facebook in India," TechRadar, https://www.techradar.com/news/instagram-to-integrate-reels-into-facebook-in-india | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10810 | 12/19/2023 | Barry C. Harris, "Recent Observations About Critical Loss Analysis," https://www.justice.gov/archives/atr/recent-observationsabout-critical-lossanalysis# :~:text= The%20Critical%20Loss%20is%20equal,th e%20producers%20in%20the%20group | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10811 | 6/29/2020 | BBC (2020) "India bans TikTok, WeChat and dozens more Chinese apps," https://www.bbc.com/news/technology-53225720 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10812 | 9/1/1965 | Becker, Gary S. (1965) "A Theory of the Allocation of Time," The Economic Journal, 75(299) 493–517, https://doi.org/10.2307/2228949 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10813 | 5/18/2023 | Belle Wong, "Top Social Media Statistics and Trends," Forbes, available at https://www.forbes.com/advisor/business/social-media-statistics/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10814 | 1/12/2021 | Bernard Meyer, "Data collection cheat sheet how Parler, Twitter, Facebook, MeWe s data policies compare," cybernews, available at https ://cybernews.co m/privacy/how-parler-twitter-facebook-mewe-data-policies-compare/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10815 | 11/20/2007 | Betsy Schiffman, "Status Update Facebook Is Letting Users Drop the 'Is ,'" Wired, available at https ://www.wired.co m/2007/11/status-update-f/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10816 | 00/00/2015 | Beware MobileXpression is Scam!!, Reddit, https ://www.reddit.co m/r/beermoney/comm ents/437u11/beware_ mobilexpression_is_s cam/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10817 | 2/1/2023 | Billy Perrigo, "Why Your Twitter Feed Is Full of People You Don t Follow," Time, available at https ://time.com/6251 833/twitter-for-you-page-tiktok/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10818 | 9/29/2023 | Binder, Matt, "Twitter/X is Losing Daily Active Users. CEO Linda Yaccarino Confirmed It.," Mashable Middle East, https://me.mashable.com/tech/33015/twitter-x-is-losing-daily-active-users-ceo-lindayaccarino-confirmed-it | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10819 | 5/28/2016 | Biz Carson, "How a failed education startup turned into Musical.ly, the most popular app you've probably never heard of," Business Insider, https://www.businessinsider.com/what-is-musically-2016-5 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10820 | 00/00/2019 | Björkegren, Daniel, "The Adoption of Network Goods Evidence from the Spread of Mobile Phones in Rwanda," Review of Economics Studies, Vol. 86, 2019 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10821 | 6/4/2015 | Blair Hanley Frank, "Microsoft provides privacy dashboard ahead of Windows 10 launch," PCWorld, available at https://www.pcworld.com/article/427882/microsoft-provides-privacy-dashboard-ahead-of-windows-10 launch.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10822 | 00/00/1994 | Blair, Roger D. and Amanda Kay Esquibel, "Yardstick Damages in Lost Profit Cases  An Econometric Approach," Denver Law Review, Vol. 72, No. 1, 1994, pp. 113–136 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10823 | 00/00/2020 | Bleier, Alexander, Avi Goldfarb, and Catherine Tucker, "Consumer Privacy and the Future of Data-Based Innovation and Marketing," International Journal of Research in Marketing, Vol. 37, No. 3, 2020 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10824 | 07/00/2016 | Boik, Andre, Shane Greenstein, and Jeffrey Prince, "The Empirical Economics of Online Attention," NBER Working Paper 22427, 2016 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10825 | 7/26/2022 | Bond, Shannon (2022) "Facebook is making radical changes to keep up with TikTok," NPR, https://www.npr.org/2022/07/26/11137248 20/facebook-is-making-radical-changes-to-keep-up-with-tiktok | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10826 | 1/22/2021 | Bond, Shannon, "Fast Growing Alternative to Facebook And Twitter Finds Post-Trump Surge 'Messy ," National Public Radio, https ://www npr.org/2 021/01/22/95887768 2/fast-growing-alternative-to-facebook-twitter-finds right-wing-surge-messy | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10827 | 7/27/2015 | Bradley Horowitz, "Everything in its right place," Google Blog, available at https ://blog.google/pr oducts/google-plus/everything-in-its-right-place/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10829 | 00/00/0000 | Branded Content, Facebook, available at https ://www facebook .com/formedia/tools/b randedcontent | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10830 | 10/30/2007 | Bret Taylor, "I like it, I like it," FriendFeed blog, http ://blog friendfeed. com/2007/10/i-like-it-i-like-it.html | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10831 | 1/21/2008 | Brian Stelter, "From MySpace to YourSpace," New York Times, available at https ://www.nytimes.com/2008/01/21/technology/21myspace.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10832 | 2/00/2023 | Brigette Thomas, "Industry Report OD4574 Social Networking Sites in the US," February 2023 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10834 | 1/10/2018 | Broeder, Stein, "Announcing the Art and Science of Conversion Tracking on Bing Ads Webcast," Microsoft, https ://about.ads.microsoft.com/en-us/blog/post/january-2018/conversion-tracking-onbing-ads-webcast-art-and-science | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10835 | 4/7/2021 | Brooke Auxier and Monica Anderson, "Social Media Use in 2021," Pew Research Center, available at https ://www.pewresearch.org/internet/2021/04/07/social-media-use-in-2021/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Ph' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10836 | 11/12/2020 | Brown, Abram (2020) "Instagram Revamps Its App, Doubling Down On Its Competition With TikTok," Forbes, https://www.forbes.com/sites/abrambrown/2020/11/12/instagram-revamps-its-app-doubling-down-on-its-competition-with-tiktok/?sh=2f5f57291aa6 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10837 | 00/00/2016 | Browser Market Share United States of America, Statcounter, 2016, available at https://gs.statcounter.com/browser-market-share/all/united-states-of-america/2016 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10838 | 00/00/2012 | Brynjolfsson, Erik and Joo Hee Oh, "The Attention Economy Measuring the Value of Free Digital Services on the Internet," 33rd International Conference on Information Systems, 2012 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10839 | 4/9/2019 | Brynjolfsson, Erik, Avinash Collis, and Felix Eggers, "Using Massive Online Choice Experiments to Measure Changes in Well-Being," Proceedings of the National Academy of Sciences, Vol. 116, No. 15, 2019 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10840 | 11/25/2022 | Campbell, Casandra, "Meta Pixel Guide How To Set Up and Use It (2023)," Shopify, https://www.shopify.com/blog/72787269-relax-advertising-on-facebook-just-got-a-lot-easier | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10841 | 8/15/2015 | Campbell, James, Avi Goldfarb, and Catherine Tucker, "Privacy Regulation and Market Structure," Journal of Economics & Management Strategy, Vol. 24, No. 1, 2015 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10842 | 5/15/2013 | Carl Franzen, "YouTube Live streaming expands to all channels with at least 1,000 subscribers," The Verge, https://www.theverge.com/2013/5/15/4333704/youtube-live-expands-to-all-channels-with-at-least-1000-subscribers | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10843 | 5/28/2016 | Carlson, Biz, "How a Failed Education Startup Turned into Musical.ly, the Most Popular App You ve Probably Never Heard of," Business Insider, https://www.businessinsider.com/what-is-musically-2016-5 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10844 | 11/23/2020 | Carman, Ashley, "Snapchat Officially Launches Its-app TikTok Competitor Called Spotlight," The Verge, https://www.theverge.com/2020/11/23/21585513/snapchat-snap-spotlight-creators-app-update-tiktok | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10845 | 6/23/2008 | Caroline McCarthy, "Facebook Overtakes MySpace Globally," ZDNet, available at https://www.zdnet.com/article/facebook-overtakes-myspace-globally/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10846 | 5/16/2023 | Casey Newton and Zoe Schiffer, "Why you can t trust Twitter s encrypted DMs," The Verge, available at https://www.theverge.com/2023/5/16/23725247/twitter-encrypteddm-security-vulnerabilities-linda-yaccarino. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10847 | 8/30/2017 | Casey Newton, "How YouTube perfected the feed," The Verge, available at https://www.theverge.com/2017/8/30/16228350/youtube-google-brain-algorithm-videorecommendation-personalized-feed. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plf's Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10848 | 3/26/2015 | Casey Newton, "Periscope, Twitter s answer to Meerkat-style live streaming, is now available," The Verge, https://www.theverge.com/2015/3/26/8293353/periscope-live-streaming-twittermeerkat | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10849 | 11/3/2015 | Casey Newton, "Twitter officially kills off favorites and replaces them with likes," The Verge, https://www.theverge.com/2015/11/3/9661180/twitter-vine-favorite-fav-likeshearts | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10850 | 9/26/2018 | Castillo, Michelle, "Facebook is Burying Snap, as Facebook and Messenger Stories Hit 300 Million Daily Active Users," CNBC, https://www.cnbc.com/2018/09/26/facebook-messenger-stories-hit-300-million-daily-active-users.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10851 | 1/11/2023 | Cesar Cadenas, "MySpace  Why It Failed & When It All Went Wrong," Screen Rant, https://screenrant.com/why-when-myspace-failed/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10852 | 10/7/2010 | Charles Arthur, "Facebook Groups to offer users more control," The Guardian, available at https://www.theguardian.com/technology/2010/oct/07/facebook-groups. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10853 | 2/16/2012 | Charles Duhigg, "How Companies Learn Your Secrets," The New York Times Magazine, available at https://www.nytimes.com/2012/02/19/magazine/shopping-habits.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10854 | 00/00/2005 | Chellappa, Ramnath K. and Raymond G. Sin, "Personalization versus Privacy  An Empirical Examination of the Online Consumer s Dilemma," Information Technology and Management, Vol. 6, 2005 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10855 | 3/29/2015 | Chiappori, Pierre-André and Arthur Lewbel (2015) "Gary Becker s a Theory of the Allocation of Time," The Economic Journal, 125(583) 410–442, https://doi.org/10.1111/ecoj.12157 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10856 | 8/18/2023 | Chiarello, Elizabeth and Julie Becker, "Beware of Bots and AI Minimizing the Risk of Fraudulent Claims in Class Action Settlements," NutraIngredients USA, https://www.nutraingredients-usa.com/Article/2023/08/18/Minimizing-the-risk-of-fraudulent-claims-in-class-action settlements | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10858 | 4/2/2019 | Chris Welch, "Google begins shutting down its failed Google+ social network," The Verge, available at https://www.theverge.com/2019/4/2/18290637/google-plus-shutdownconsumer-personal-account-delete | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10859 | 11/9/2023 | Christian Zibreg, "One out of five iPhone users in the U.S. have Limit Ad Tracking turned on," iDB, https://www.idownloadblog.com/2016/10/17/one-out-of-five-iphone-users-in-the-u-s-have-limit-ad-tracking-turned-on/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10860 | 12/18/2019 | Christopher Zara, "How Facebook s 'like' button hijacked our attention and broke the 2010s," Fast Company, available at https://www.fastcompany.com/90443108/howfacebooks-like-button-hijacked-our-attention-and-broke-the-2010s | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10861 | 4/11/2019 | Cissy Chen, "Introducing LinkedIn Reactions  More Ways to Express Yourself," LinkedIn blog, https://blog.linkedin.com/2019/april-/11/introducing-linkedin-reactions-more-ways-to-express yourself | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10862 | 1/31/2019 | Class Action Complaint, Steve Hesse, on behalf of himself and all others similarly situated v. Godiva Chocolatier, Inc. and Does 1 through 50, No. 1 19-cv-00972-AJN | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10863 | 7/24/2019 | Cleaning Up Data Access for Partners, available at https://about.fb.com/news/2019/07/cleaning-up-data-access/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Curtiss Cobb; Erin Egan; Alex Schultz | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10864 | 11/15/2021 | Colleen McClain, Regina Widjaya, Gonzalo Rivero and Aaron Smith, "Views and experiences of U.S. adult Twitter users," Pew Research Center available at https://www.pewresearch.org/internet/2021/11/15/1-the-views-and-experiences-of-us adult-twitter-users/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10865 | 6/20/2013 | Colleen Taylor, "Instagram Launches 15-Second Video Sharing Feature, With 13 Filters And Editing," TechCrunch, https://techcrunch.com/2013/06/20/facebook-instagram-video/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10866 | 8/24/2022 | Collis, Avinash and Felix Eggers (2022) "Effects of restricting social media usage on wellbeing and performance  A randomized control trial among students," PLoS One, 17(8) e0272416, https://doi.org/10.1371/journal.pone | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10867 | 7/1/2020 | Competition and Markets Authority (2020) "Online platforms and digital advertising  Market study final report," https://www.gov.uk/cma-cases/online-platforms-and-digital-advertising-market-study#final-report | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10868 | 12/31/2022 | Comscore, Inc., Form 10-K for the fiscal year ended December 31, 2022 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10869 | 2/28/2020 | Comscore, Inc., Form 10-K, filed February 28, 2020, https://ir.comscore.com/static-files/b9acdbe5-5077-42cc-bd19-d69c6eedefe1 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10871 | 1/30/2017 | Constine, Josh (2017) "Instagram Stories is stealing Snapchat s users," TechCrunch, https://techcrunch.com/2017/01/30/attack-of-the-clone/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10872 | 9/12/2013 | Constine, Josh, "Facebook Sunsets Credits, Transitions To Local Currencies To Boost International Payments," TechCrunch, https://techcrunch.com/2013/09/12/goodbye-facebook-credit/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10873 | 3/24/2023 | Consumer Plaintiffs' Responses and Objections to Defendant Meta Platforms, Inc.'s Fourth Set of Interrogatories | N/A | | | Maximilian Klein; Sarah Grabert; Rachel Banks Kupcho | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10883 | 00/00/0000 | Conversion Tracking, Meta, https ://developers fac ebook.com/docs/meta pixel/implementation/ conversion-tracking | N/A | | | Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Curtiss Cobb; Erin Egan; Alex Schultz | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10884 | 12/19/2018 | Corrigan, Jay R., Saleem Alhabash, Matthew Rousu, and Sean B. Cash, "How Much is Social Media Worth? Estimating the Value of Facebook by Paying Users to Stop Using It," PLoS ONE, Vol. 13, No. 12, 2018, pp. 1–11 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10885 | 8/30/2011 | Cory Doctorow, "Google Plus forces us to discuss identity," The Guardian, available at https ://www.theguard ian.com/technology/bl og/2011/aug/30/googl e-plus-discussidentity. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10886 | 00/00/2020 | Cox, James C., Daniel Kreisman, and Susan Dynarski (2020) "Designed to fail  Effects of the default option and information complexity on student loan repayment," Journal of Public Economics, 192(2020) 104298 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10887 | 4/5/2022 | Cristina Criddle, "Instagram Cuts Influencer Payments for Short Videos," Financial Times, https://www.ft.com/content/df2d753d-4346-49d8-88d7-441156dc8dc3 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10888 | 00/00/2022 | D. Daniel Sokol and Feng Zhu (2022) "Harming Competition and Consumers under the Guise of Protecting Privacy An Analysis of Apple s iOS Policy Updates," Cornell Law Review Online | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10889 | 2/8/2012 | D Orazio, Dante, "Google Screenwise Pays Opt-in Users for Expanded Web Tracking," The Verge, https://www.theverge.com/2012/2/8/27857 51/google-screenwise-panel-web-monitoring-knowledge-networks | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10890 | 10/1/2020 | Dag, Hasan, "Privacy Matters The New Public Groups," Meta, https://about.fb.com/news/2020/10/privacy-matters-the-new-public-groups/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plf's Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10891 | 10/24/2018 | Dami Lee, "Facebook adds music features to profiles and Stores, expands Lip Sync Live to Pages," The Verge, available at https://www.theverge.com/2018/10/24/18018572/facebook-music-profile-stories-lip-sync-livelyrics. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10892 | 1/28/2020 | Dami Lee, "Facebook s Clear History tool is now available to everyone," The Verge, available at https://www.theverge.com/2020/1/28/21111981/facebooks-clear-history-toolnow-available-to-everyone. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10893 | 2/27/2007 | Dan Frommer, "My Space, Our Lag?," Forbes, https://www.forbes.com/2007/02/26/myspace-speed-facebook-tech-intelcx_df_0227myspace.html?sh=5a9c9c0c344d | N/A | | | Dennis Carlton  Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10894 | 4/12/2013 | Dan Olsen, "Product Lessons from the Early Days at Friendster," https://www.slideshare.net/dan_o/product-lessons-from-the-early-days-at-friendster-by-dan-olsen | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pltfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10895 | 00/00/2020 | Daniel J. Solove (2020) "The Myth of the Privacy Paradox," George Washington University Law School | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10896 | 1/1/2021 | Daniel Victor, "FarmVille Once Took Over Facebook. Now Everything Is FarmVille," New York Times, available at https://www.nytimes.com/2020/12/31/technology/farmvillezynga-facebook.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10897 | 8/31/2013 | Danielle Abril, "LinkedIn is getting weirdly personal and not everyone likes it," Washington Post, available at https://www.washingtonpost.com/technology/2023/08/31/linkedin-personal-posts/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10898 | 8/9/2017 | Danker, Daniel, "Introducing Watch, a New Platform for Shows on Facebook," Meta, https://about.fb.com/news/2017/08/introducing-watch-a-new-platform-for-shows-on-facebook/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10899 | 9/6/2012 | Darrell Etherington, "Facebook Closes Instagram Acquisition, Instagram Announces 5B Photos Shared," TechCrunch, available at https://techcrunch.com/2012/09/06/facebook-closes-instagram-acquisition-instagram-announces-5-billion-photos-shared/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10900 | 10/3/2013 | Darrell Etherington, "Snapchat Gets Its Own Timeline With Snapchat Stories, 24-Hour Photo & Video Tales," TechCrunch, available at https://techcrunch.com/2013/10/03/snapchat-gets-its-own-timeline-with-snapchat-stories-24-hour-photo-video-tales/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10901 | 10/16/2019 | Darstaru, Ana, "Advertising on Verizon Media Native  Does it Work? The $7,444 Experiment," Creatopy, https://www.creatopy.com/blog/advertising-verizon-media-native/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10902 | 7/3/2020 | Dash, Sanchita (2020) "EXCLUSIVE Instagram Reels is being quietly tested in India just days after the TikTok ban," Business Insider, https://www.businessinsider.in/tech/news/instagram-reels-is-being-quietly-tested-in-india-just-days-after-the-tiktok-ban/articleshow/76768337.cms | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10903 | 5/9/2008 | Dave Morin, "Announcing Facebook Connect," Press Release, available at https //developers fac ebook.com/blog/post/ 2008/05/09/announci ng-facebook-connect/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10904 | 8/19/2020 | Davey Winder, "235 Million Instagram, TikTok, and YouTube User Profiles Exposed in Massive Data Leak," Forbes, available at https //www.forbes.co m/sites/daveywinder/ 2020/08/19/massive-data-leak235-million-instagramtiktok-and-youtube-user-profiles-exposed/?sh=78ba01 7e1111 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10905 | 5/14/2013 | David S. Evans (2013) "Attention Rivalry Among Online Platforms and its Implications for Antitrust Analysis," Journal of Competition Law and Economics 9(2) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10906 | 4/15/2020 | David S. Evans (2020) "The Economics of Attention Markets," SSRN Working Paper | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plts' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10907 | 3/7/2023 | David Shepardson, "White House backs Senate bill to boost US ability to ban TikTok," Reuters, available at https://www.reuters.com/technology/twelve-us-senators-back-giving-commerce-secretary-newpowers-ban-tiktok-2023-03-07/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10908 | 02/00/2019 | David Soto Setzke, Markus Böhm, and Helmut Krcmar (2019) "Platform Openness A Systematic Literature Review and Avenues for Future Research" Proceedings of 14th International Conference on Wirtschaftsinformatik , https://www.researchgate.net/profile/David-Soto-Setzke/publication/331383281_Platform_Openness_A_Systematic_Literature_Review_and_Avenues_for_Future_Research/links/5c76b59da6fdcc4715a1208c/Platform-Openness-A-Systematic-Literature-Review-and-Avenues- | N/A | | | Dennis Carlton  Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10909 | 6/23/2017 | Deahl, Dani, "Snapchat s Newest Feature is Also Its Biggest Privacy Threat," The Verge, https://www.theverge.com/2017/6/23/15864552/snapchatsnap-map-privacy-threat | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10910 | 00/00/1980 | Deaton, Angus, and John Muellbauer (1980) Economics and Consumer Behavior, Cambridge University Press | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10912 | 2/3/2023 | Declaration of Rachel Banks-Kupcho in Support of Application for Appointment as Interim Lead Counsel by Shana E. Scarlett of Hagens Berman Sobol Shapiro LLP, or in the Alternative, Shana E. Scarlett and Rebecca A. Peterson of Lockridge Grindal Nauen P.L.L.P. | N/A | | | Rachel Banks Kupcho | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10913 | 9/22/2023 | Defendant Meta Platforms, Inc. s Amended Sixth Set of Written Responses to Questions From Exhibits B, C, E, G, & I to Plaintiff Federal Trade Commission s April 3, 2023 Rule 30(b)(6) Notice Concerning Data Topics, FTC v. Meta Platforms, Inc., U.S. District Court for the District of Columbia, Case No. 1 20-cv-03590-JEB | N/A | | | John List | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10914 | 5/15/2023 | Defendant Meta Platforms, Inc. s Objections and Responses to User Plaintiff s Second Set of Interrogatories, Maximilian Klein, et al. v. Meta Platforms, Inc., (Dist. N. Calif.) Case No. 3 20-cv-08570-JD | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10915 | 6/14/2023 | Defendant Meta Platforms, Inc. s Objections and Responses to User Plaintiffs Third Set of Interrogatories, No. 3 20-cv-08570-JD | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10916 | 6/23/2023 | Defendant Meta Platforms, Inc. s Supplemental Objections and Responses to Advertiser Plaintiffs Third Set of Interrogatories (Nos. 9-13) | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10917 | 00/00/2007 | Dennis W. Carlton (2007), "Market Definition  Use and Abuse," Competition Policy International, 3(1)  3-27 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10918 | 00/00/2005 | Dennis W. Carlton and Jeffrey M. Perloff (2005), Modern Industrial Organization, 4th ed., (Boston Pearson/Addison Wesley) | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10919 | 00/00/2018 | Dennis W. Carlton and Ralph A. Winter (2018), "Vertical Most-Favored-Nation Restraints and Credit Card No-Surcharge Rules," Journal of Law and Economics, University of Chicago Press, vol. 61(2) | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10920 | 6/2/2025 | Developer Policies - Meta for Developers, https ://developers fac ebook.com/devpolicy/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit is timely disclosed; and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10921 | 00/00/2022 | DeviceForensIQ Fraud Prevention (2022) https ://deviceforensiq .com/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10922 | 7/15/2014 | Devin Coldewey, "Google Plus Ends 'Real Name' Policy After Three Years," NBC News, available at https ://www nbcnews .com/tech/social-media/google-plus-ends-real-namepolicy-after-threeyears-n156841 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10923 | 1/20/2012 | Devin Coldewey, "New Google Accounts Require Gmail and G+ Account Creation," TechCrunch, available at https ://techcrunch.co m/2012/01/20/new-googleaccounts-require-gmail-and-g-accounts/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10924 | 9/19/2018 | Diane Lee, "TikTok app raises concerns for young users," WSPA News, available at https://www.wspa.com/news/tik-tok-app-raises-concerns-for-young-users/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10925 | 5/23/2019 | Dickson, EJ, "Inside MeWe, Where Anti-Vaxxers and Conspiracy Theorists Thrive," Rolling Stone, https://www.rollingstone.com/culture/culture-features/mewe-anti-vaxxersconspiracy-theorists-822746/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10926 | 3/28/2017 | Dillet, Romain (2017) "Facebook launches Stories in the main Facebook app," TechCrunch, https://techcrunch.com/2017/03/28/facebook-launches-stories-in-the-main-facebook-app/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10927 | 6/00/2020 | Dmitry Diment, "Industry Report OD4574 Social Networking Sites" | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10928 | 12/12/2012 | Doug Gross, "Facebook to overhaul its privacy controls," CNN, available at https://www.cnn.com/2012/12/12/tech/social-media/facebook-privacy-changes/index.html. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10929 | 10/14/2022 | Drew Harwell, "How TikTok ate the Internet," Washington Post, available at https://www.washingtonpost.com/technology/interactive/2022/tiktok-popularity/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10930 | 00/00/2016 | Eckles, Dean, René F. Kizilcec, and Eytan Baksby, "Estimating Peer Effects in Networks with Peer Encouragement Designs," Proceedings of the National Academy of Sciences of the United States of America, Vol. 113, No. 27, 2016 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10931 | 3/00/2023 | Economic Report of the President, available at https://www.whitehouse.gov/wp-content/uploads/2023/03/erp-2023.pdf | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10932 | 12/00/1994 | Economides, Nicholas and Charles Himmelberg, "Critical Mass and Network Evolution in Telecommunications," Toward a Competitive Telecommunication Industry, Routledge, 1995 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10933 | 00/00/2020 | Economides, Nicholas and Ioannis Lianos, "Data, Networks, and Platforms What Effects on Economic Development?," Concurrences Review, Vol. 2, 2020 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10934 | 00/00/2021 | Economides, Nicholas and Ioannis Lianos, "Restrictions on Privacy and Exploitation in the Digital Economy A Market Failure Perspective," Journal of Competition Law & Economics, Vol. 17, No. 4, 2021 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10935 | 00/00/2002 | Edwards, Steven M., Hairong Li, and Joo-Hyun Lee, "Forced Exposure and Psychological Reactance Antecedents and Consequences of the Perceived Intrusiveness of Pop-up Ads," Journal of Advertising, Vol. 31, No. 3, 2002 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10936 | 7/8/2020 | Effron, Oliver "Instagram pounces on India market after TikTok is banned," CNN, https://www.cnn.com/2020/07/08/tech/instagram-reels-india-tiktok-ban/index.html | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10937 | 11/17/2016 | Ekaterina Konovalova, "What Facebook Does with Your Email List When You Create a Custom Audience," SocialMediaToday, available at https://www.socialmediatoday.com/social-networks/what-facebook-does-your-email-list-whenyou-create-custom-audience-0 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10938 | 8/23/2012 | Ellis Hamburger, "Facebook for iOS goes native, waves goodbye to HTML 5," The Verge, available at https://www.theverge.com/2012/8/23/3262782/facebook-for-ios-native-app. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10939 | 6/20/2014 | Ellis Hamburger, "Surprise Snapchat s most popular feature isn t snaps anymore," The Verge, available at https://www.theverge.com/2014/6/20/5827666/snapchat-storiesbigger-than-snaps-electric-daisy-carnival | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10940 | 1/18/2022 | Eloise Barry, "These Countries Have Bans on Twitter, Facebook and TikTok," Time, available at https://time.com/6139988/countries-where-twitter-facebook-tiktok-banned/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10942 | 7/6/2020 | Emily Schmall, "India bans TikTok, other Chinese apps amid border standoff," AP News, available at https://apnews.com/article/bd02eed62ff9da6b1301868f0308e297. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10943 | 1/18/2022 | Epstein, Rachel, "The Competition for Creators," Marie Claire, https://www.marieclaire.com/career-advice/online-platforms-creators-2022/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10944 | 4/12/2021 | Eric Benjamin Seufert "ATT opt-in rates are irrelevant," Mobile Dev Memo, available at https://mobiledevmemo.com/att-opt-in-rates-are-irrelevant/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10945 | 12/18/2020 | Eric Benjamin Seufert, "App Tracking Transparency does not provide real consumer choice," Mobile Dev Memo, available at https //mobiledevmemo.com/att-does-not-represent-real-consumer-choice/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10946 | 12/12/2011 | Eric Eldon, "How Zynga Won the Facebook Platform in 2009," TechCrunch, available at https //techcrunch.com/2011/12/12/zynga2009/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10947 | 1/19/2012 | Eric Eldon, "Larry Page Is Super Excited To Announce That Google+ Has 90M Users [Update Engagement+?]," TechCrunch, available at https //techcrunch.com/2012/01/19/google-says-that-google-has-90-million-users/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10948 | 1/13/2021 | Eric Han, "Strengthening privacy and safety for youth on TikTok," TikTok, available at https //newsroom.tiktok.com/en-us/strengthening-privacy-and-safety-for youth. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10949 | 11/00/2012 | Ericsson, "Ericsson Mobility Report," https://www.ericsson.com/en/reports-and-papers/mobility-report/reports | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10950 | 3/28/2018 | Erin Egan and Ashlie Beringer, "It´s Time to Make Our Privacy Tools Easier to Find," About Facebook, available at https://about.fb.com/news/2018/03/privacy-shortcuts/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10951 | 8/20/2019 | Erin Egan and David Baser, "Now You Can See and Control the Data That Apps and Websites Share With Facebook," About Facebook, available at https://about.fb.com/news/2019/08/off-facebook-activity/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plf' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10952 | 1/28/2018 | Erin Egan, "Giving You More Control of Your Privacy on Facebook," Meta, available at https://about.fb.com/news/2018/01/control-privacy-principles/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10953 | 11/13/2014 | Erin Egan, "Updating our Terms and Policies  Helping You Understand How Facebook Works and How to Control Your Information," Meta, available at https://about.fb.com/news/2014/11/updating-our-terms-and-policies-helping-you-understand-how-facebook-works-and-how-to-control-your-information/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10954 | 3/28/2018 | Erin Egan, It's Time to Make Our Privacy Tools Easier to Find, available at https://about.fb.com/news/2018/03/privacy-shortcuts/ | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10955 | 4/25/2020 | Ernala, Sindhu K., Moira Burke, Alex Leavitt, and Nicole B. Ellison (2020) "How Well Do People Report Time Spent on Facebook? An Evaluation of Established Survey Questions with Recommendations," CHI '20 Proceedings of the 2020 CHI Conference on Human Factors in Computing Systems, https://doi.org/10.1145/3313831.3376435 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10956 | 10/3/2013 | Etherington, Darrell, "Snapchat Gets Its Own Timeline with Snapchat Stories, 24-Hour Photo & Video Tales," TechCrunch, https://techcrunch.com/2013/10/03/snapchat-gets-its-own-timeline-with-snapchat-stories-24-hour-photo-videotales/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10957 | 10/3/2014 | European Commission, Case No.COMP/M.7217 – Facebook/WhatsApp, Article 6(1)(b) Non-Opposition, https://ec.europa.eu/competition/mergers/cases/decisions/m7217_20141003_20310_3962132_EN.pdf | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10958 | 00/00/2008 | Evans, David S. and Michael D. Noel (2008) "The Analysis of Mergers that Involve Multisided Platform Businesses," Journal of Competition Law & Economics, 4(3) 663–695, https //dx.doi.org/nhn 017 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10959 | 2/24/2019 | Evans, David S., "Attention Platforms, the Value of Content, and Public Policy," Review of Industrial Organization, Vol. 54, 2019 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10960 | 00/00/2013 | Evans, David S., "Attention Rivalry Among Online Platforms," Journal of Competition Law & Economics, Vol. 9, No. 2, 2013, pp. 313–357 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10961 | 3/14/2013 | Evelyn M. Risli and Shira Ovide, "Facebook Working on Incorporating the Hashtag," Wall Street Journal, March 14, 2013, available at https //wsj.com/article s/SB1000142412788 7323393045736606 51345373308. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10962 | 4/9/2012 | Evelyn M. Rusli, "Facebook Buys Instagram for $1 Billion," New York Times, April 9, 2012, available at https://archive.nytimes.com/dealbook.nytimes.com/2012/04/09/facebook-buys-instagram-for-1-billion/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10963 | 1/12/2024 | Facebook Ads Manager, https://www.facebook.com/business/tools/ads-manager | N/A | | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schmitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10965 | 00/00/0000 | Facebook Help Center, https://www.facebook.com/help/200538509990389 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10966 | 9/29/2021 | Facebook press release, "Launching Reels on Facebook in the US," September 29, 2021, https://about.fb.com/news/2021/09/launching-reels-on-facebook-us | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10967 | 5/24/2007 | Facebook Unveils Platform for Developers of Social Applications, available at https://about.fb.com/news/2007/05/facebook-unveils-platform-for-developers-of-social-applications/#~:text=SAN%20FRANCISCO%20%E2%80%94%20Facebook%20f8%20Event,opportunity%20to%20build%20new%20businesses. | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10968 | 00/00/2023 | Facebook Viewpoints (2023) https://viewpoints.fb.com/; Facebook Help Center (2023) "Learn about the Study program," https://www.facebook.com/help/186267876719724l?ref=shareable | N/A | | | John List; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10969 | 00/00/0000 | Facebook, Company Timeline, https://web.archive.org/web/20071018164306/https://www.facebook.com/press/info.php?Timeline | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10970 | 1/27/2021 | Facebook, Inc. Fourth Quarter 2020 Results Conference Call | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10971 | 12/31/2019 | Facebook, Inc., Form 10-K for the fiscal year ended December 31, 2019 | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10972 | 12/31/2020 | Facebook, Inc., Form 10-K for the fiscal year ended December 31, 2020 | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10973 | 7/24/2019 | Facebook, Inc., Second Quarter 2019 Results Conference Call, July 24, 2019, https://s21.q4cdn.com/399680738/files/doc_financials/2019/Q2/Q2 19-Earnings-Call-Transcript.pdf | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10974 | 00/00/2014 | Facebook Expecting Strong 4Q Results Driven by Mobile and News Feed; FB Remains Our Favorite Idea in 2014, J.P. Morgan | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10975 | 4/26/2018 | Facing GDPR/Potential U.S. Regulations From A Position of Absolute Strength; PT To $225," Aegis Capital Corp. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10976 | 9/12/2013 | Farhad Manjoo, "Facebook News Feed Changed Everything," Slate.com, September 12, 2013, available at https://slate.com/technology/2013/09/facebook-news-feed-turns-7-why-its-the-mostinfluential-feature-on-the-internet.html | N/A | | | Anindya Ghose; John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10977 | 02/00/2008 | Farrell, Joseph and Carl Shapiro (2008) "Improving Critical Loss Analysis," Antitrust Source, February | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10978 | 6/22/2011 | Felix Gillette, "The Rise and Inglorious Fall of Myspace," Bloomberg, June 22, 2011, available at https://www.bloomberg.com/news/articles/2011-06-22/the-rise-and-inglorious-fall-ofmyspace#xj4y7vzkg | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10979 | 09/00/2010 | Fjell, Kenneth, Øystein Foros, and Frode Steen, "The Economics of Social Networks  The Winner Takes It All?," Institute for Research in Economics and Business Administration, 2010 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10980 | 00/00/0000 | Follow and Connect on LinkedIn, LinkedIn Help, available at https://www.linkedin.com/help/linkedin/answer/a702683 | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10981 | 00/00/0000 | Frequently Asked Questions, Nielsen Computer & Mobile Panel, https //computermobil epanel nielsen.com/ui /US/en/faqen html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10982 | 00/00/1992 | Froeb, Luke M.and Gregory J.Werden (1992 "The Reverse Cellophane Fallacy in Market Delineation," Review of Industrial Organization, 7 (1992) 241–274, https //www.jstor.org/ stable/41798721 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10983 | 5/25/2022 | FTC Charges Twitter with Deceptively Using Account Security Data to Sell Targeted Ads," Federal Trade Commission, May 25, 2022, available at https //www.ftc.gov/n ews/events/news/press releases/2022/05/ftc-charges-twitter-deceptively-using-account-security-data-sell-targeted-ads. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10984 | 5/6/2015 | Gallagher, Fergal, "How Many Users Does Google+ Really Have?," Tech Times, May 6, 2015, https //www.techtime s.com/articles/51205/ 20150506/many-users-google-really.htm | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10985 | 00/00/2022 | Gans, Joshua S., "The Specialness of Zero," Journal of Law and Economics, Vol. 65, No. 1, 2022, pp. 157–176 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10986 | 1/24/2005 | Gary Rivlin, "Friendster, Love and Money," The New York Times, January 24, 2005, https://www.nytimes.com/2005/01/24/technology/friendster-love-and-money.html | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10987 | 00/00/2022 | Gaurav Jakhu and Prabal Roy Chowdhury (2022) "Endogenous Data Collection in Platform Markets Privacy and Welfare," SSRN Working Paper 3867746 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10988 | 11/10/2010 | Gina Masullo Chen (2010) "Tweet this A uses and gratifications perspective on how active Twitter use gratifies a need to connect with others," Computers in Human Behavior 27 755-762 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10989 | 00/00/2021 | Ginger Zhe Jin and Liad Wagman, "Big data at the crossroads of antitrust and consumer protection," Information Economics and Policy 54 (2021) | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10990 | 00/00/2021 | Giuntella, Osea, Kelly Hyde, Silvia Saccardo, and Sally Sadoff (2021) "Lifestyle and mental health disruptions during COVID-19," Proceedings of the National Academy of Sciences, 118(9) e2016632118, https://doi.org/10.1073/pnas.2016632118 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10992 | 00/00/2011 | Goldfarb, Avi and Catherine Tucker, "Online Display Advertising Targeting and Obtrusiveness," Marketing Science, Vol. 30, No. 3, 2011 | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10993 | 00/00/2012 | Goldfarb, Avi and Catherine Tucker, "Shifts in Privacy Concerns," American Economic Review Papers and Proceedings, Vol. 102, No. 3, 2012, pp. 349–353 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10994 | 00/00/2023 | González-Bailón, Sandra et al. (2023) "Asymmetric ideological segregation in exposure to political news on Facebook," Science, 381(6656) 392–398, https://doi.org/10.1126/science.ade7138 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10995 | 00/00/0000 | Google Ads Help, "Shortform and longform videos", available at https://support.google.com/google-ads/answer/2382886?hl=en | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10996 | 6/28/2011 | Google Blog, "Introducing the Google+ project  Real life sharing, rethought for the web," June 28, 2011, available at https://googleblog.blogspot.com/2011/06/introducing-google-project-reallife.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 10997 | 00/00/0000 | Google Play Store, "Coin Master," https://play.google.com/store/apps/details?id=com.moonactive.coinmaster | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10998 | 00/00/0000 | Google support, "Add reactions to messages," https://support.google.com/messages/answer/9827088?hl=en | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11001 | 7/15/2020 | Graham, Megan, "Disney's Hulu is Trying to Make It Easier for Small Businesses to Buy Ads," CNBC, July 15, 2020, https://www.cnbc.com/2020/07/15/hulu-launches-self-serve-ad-platform-for-smallbusinesses.html | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11002 | 9/14/2009 | Grant Gross, "Heartland CEO Credit card encryption needed," Computer World, September 14, 2009, available at https://www.computerworld.com/article/2767764/heartland-ceo--credit-card-encryptionneeded.html | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11003 | 5/22/2014 | Greg Finn, "Facebook Defaults Posts from 'Public' to 'Friends & Introduces Comprehensive Privacy Checkup," Martech, May 22, 2014, available at https://martech.org/facebook-defaults-posts public-friends-introduces-comprehensive-privacy-checkup/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11004 | 6/1/2015 | Guemmy Kim, "Keeping your personal information private and safe—and putting you in control," Google, June 1, 2015, available at https://blog.google/technology/safetysecurity/privacy-security-tools-improvements/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11005 | 12/17/2022 | Guy Aridor (2022) "Drivers of Digital Attention  Evidence from a Social Media Experiment," Working Paper | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11006 | 00/00/2011 | Gwangjae Jung and Byungtae Lee (2011) "How Did Facebook Outspace Myspace with Open Innovation? An Analysis of Network Competition with Changes of Network Topology," Pacific Asia Conference on Information Systems | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11007 | 00/00/2023 | Haaland, Ingar, Christopher Roth, and Johannes Wohlfart (2023) "Designing Information Provision Experiments," Journal of Economic Literature, 61(1) 3–40, https://www.aeaweb.org/articles?id=10.1257/jel.20211658 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pfls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11008 | 12/1/2023 | Hachman, Mark, "Microsoft Guts Microsoft Rewards Points, and Its Fans are Outraged," PCWorld, December 1, 2023, https://www.pcworld.com/article/2160414/microsoft-guts-microsoft-rewards-points-and-its-fans-are-outraged.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11009 | 6/20/2014 | Hamburger, Ellis, "Surprise Snapchat s Most Popular Feature Isn t Snaps Anymore," The Verge, June 20, 2014, https://www.theverge.com/2014/6/20/5827666/snapchat-stories-bigger-than-snapselectric-daisy-carnival | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11010 | 3/14/2024 | Han Yuan "Competing for Time A Study of Mobile Applications," Working Paper | N/A | | | Dennis Carlton; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11011 | 11/18/2020 | Harris, Joshua and Sam Haveson, "Fleets a new way to join the conversation," Twitter, November 18, 2020, https://blog.twitter.com/en_us/topics/product/2020/introducing-fleets-new-way-to-jointhe-conversation | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11012 | 12/10/2008 | Harrison Hoffman, "Four reasons why Facebook is succeeding in social networking," CNET,December 10, 2008, available at https://www.cnet.com /culture/four-reasons-why-facebook-issucceeding-in-social networking/ | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11013 | 9/19/2010 | Hausman, Jerry, Serge Moresi, and MarkRainey (2011)"Unilateral effects of mergers with general linear demand," Economics Letters, 111(2) 119–121, https://doi.org/10.101 6/j.econlet.2010.10.0 15 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11014 | 5/3/2018 | Heather Kelly, "Twitter says all 336 million users should change their passwords," CNN, May 3, 2018, available at https://money.cnn.co m/2018/05/03/techno logy/twitter-passwordbug/index.ht ml | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11015 | 4/25/2011 | Helft, Miguel, "Facebook Is Latest Rival to Groupon and LivingSocial," The New York Times, April 25, 2011, https://archive.nytime s.com/bits.blogs.nyti mes.com/2011/04/25/ facebook-is-latest-rival-to-groupon-livingsocial-facebook/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11016 | 3/10/2019 | Herrman, John, "How TikTok Is Rewriting the World," The New York Times, March 10, 2019, https://www.nytimes.com/2019/03/10/style/what-is-tik-tok.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11017 | 00/00/0000 | History of ByteDance ByteDance, https://www.bytedance.com/en/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11018 | 00/00/0000 | Homepage, DuckDuckGo, available at https://duckduckgo.com/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11020 | 02/00/2011 | Hovenkamp, Herbert J., "A Primer on Antitrust Damages," Faculty Scholarship at Penn Carey Law, 2011 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11021 | 00/00/0000 | How to create engaging reels, Meta for Business, available at https://www.facebook.com/business/learn/lessons/fb-ig-reels-business-tips. | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11022 | 00/00/0000 | How to post photos or GIFs on X Help Center," available at https://help.twitter.com/en/usingx/posting-gifs-and-pictures | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11023 | 00/00/0000 | How to upload and manage your contacts," X Help Center, available at https://help.twitter.com/en/usingx/upload-your-contacts-to-search-for-friends | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11024 | 3/2/2011 | How to Safeguard Your Facebook User Information From Third-Party Apps And Websites, Business Insider, March 2, 2011, available at https://www.businessinsider.com/how-to-safeguard-your-facebook-user-information-from-third-party-apps-and-websites-2011-3 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plf's Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11025 | 9/29/2019 | Marshall Hargrave, "Follow-the-Leader Pricing  What it Means it Means, How it Works", available at https://www.investopedia.com/terms/f/follow-the-leader-pricing.asp | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11026 | 9/2/2021 | Ian Carlos Campbell, "Apple will ask before it targets you with its ads in iOS 15," The Verge, September 2, 2021, available at https://www.theverge.com/2021/9/2/22654121/applepersonalized-ads-ios-15-prompt-app-tracking. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11027 | 12/00/2023 | IDEAS RePEc (2023) "Top 10% Authors, as of December 2023," https://ideas.repec.org/top/top.person.all.html | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11028 | 8/30/2012 | In the Matter of MySpace LLC Complaint (FTC) | N/A | | | Chris DeWolfe | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11029 | 12/30/2020 | India TV News Desk (2020) "2020 Recap How India survived COVID-19 pandemic - a series of lockdowns, unlocks," India TV, https://www.indiatvnews.com/news/india/lockdown-unlock-in-india-covid19-pandemic-guidelines-restrictions-2020-coronavirus-lockdown-series-674925 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11030 | 8/27/2025 | Information for people who don't use Meta Products, https://www.facebook.com/help/637205020878504/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11031 | 2/11/2019 | Ingrid Lunden, "LinkedIn debuts LinkedIn Live, a new live video broadcast service," TechCrunch, February 11, 2019, https://techcrunch.com/2019/02/11/linkedin-debuts-linkedin-live-a-new-live-videobroadcast-service | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11032 | 10/8/2015 | Ingrid Lunden, "With Reactions, Facebook Supercharges The Like Button With 6 Empathetic Emoji," TechCrunch, https://techcrunch.com/2015/10/08/with-reactions-facebook-supercharges-the-like-button-with-6-empathetic-emoji | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11033 | 8/5/2020 | Instagram blog, "Introducing Instagram Reels," August 5, 2020, https://about.instagram.com/blog/announcements/introducing-instagram-reelsannouncement | N/A | | | Dennis Carlton; John List; Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11034 | 8/2/2016 | Instagram blog, "Introducing Instagram Stories," August 2, 2016, https://about.instagram.com/blog/announcements/introducing-instagramstories | N/A | | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11035 | 00/00/2024 | Instagram Stories (2024) https://about.instagram.com/features/stories | N/A | | | John List; Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11036 | 4/25/2018 | Internet Advertising Feb. 2018 DCR Trends – GOOGL Positive, FB Negative," Pivotal Research Group | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11037 | 8/24/2016 | Internet Chart of the Week Beliebe the TWTR Hype? FB May Have You Shake It Off, Citi Research | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11038 | 12/9/2016 | Internet media 2017 outlook; Rocky start, smooth ending," Bank of America Merrill Lynch | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11039 | 00/00/0000 | Introducing Hulu Ad Manager A Self-Service Advertising Solution for Streaming TV," Hulu, https //home.admanager hulu.com/blog/intr oducing-hulu-ad-manager-a-self-service-advertising-solutionfor-streaming-tv/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11040 | 8/5/2020 | Introducing Instagram Reels, Instagram, August 5, 2020, https://about.instagram.com/blog/announcements/introducing-instagram-reels-announcement | N/A | | | Anindya Ghose; Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11041 | 8/2/2016 | Introducing Instagram Stories, Instagram, August 2, 2016, https://about.instagram.com/blog/announcements/introducing-instagram-stories | N/A | | | Anindya Ghose; Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11042 | 6/2/2020 | Introducing Manage Activity," Facebook, June 2, 2020, available at https://about.fb.com/news/2020/06/introducing-manage-activity/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11043 | 8/22/2018 | Introducing New Requirements for Custom Audience Targeting," Facebook for Business, available at https://www.facebook.com/business/news/introducing-new-requirements-for-custom-audience-targeting | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11044 | 3/26/2015 | Introducing Periscope, X Blog, March 26, 2015, available at https://blog.twitter.com/en_au/a/2015/introducing-periscope-au. | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11045 | 1/7/2022 | Introducing Privacy Center," Meta, January 7, 2022, available at https://about.fb.com/news/2022/01/introducing-privacy-center/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11046 | 12/8/2021 | Introducing Professional Mode for Profiles," Facebook, December 8, 2021, available at https://creators.facebook.com/professional-mode-for-profiles/?locale=en_US. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11047 | 11/23/2020 | Introducing Spotlight on Snapchat," Snap, November 23, 2020, available at https://newsroom.snap.com/introducing-spotlight | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11049 | 1/12/2021 | Introducing the New Access Your Information," Facebook, January 12, 2021, available at https://about.fb.com/news/2021/01/introducing-the-new-access-your-information/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11050 | 00/00/2023 | Ipsos Screenwise Panel (2023) https://screenwisepanel.com/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11051 | 6/17/2019 | Iris.Content, "This Apps Pays You Just for Downloading It," Money Mommy, June 17, 2019, https://moneymommy.com/app-pays-you/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11052 | 00/00/2014 | Iryna Pentina, Oksana Basmanova, and Lixuan Zhang (2014) "A cross-national study of Twitter users motivations and continuance intentions," Journal of Marketing Communications | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11053 | 10/31/2020 | Is This The Official Subreddit?," Reddit, https://www.reddit.com/r/MicrosoftRewards/comments/jl9kn8/is_this_the_official_subreddit_i_made_a_bot_to_do/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11054 | 4/30/2019 | Issie Lapowsky, "Here s How Mark Zuckerberg Sees Facebook s New Era of Privacy," Wired, April 30, 2019, available at https://www.wired.com/story/f8-zuckerberg-future-is-private/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11055 | 6/17/2014 | It s Complicated Facebook s History of Tracking You," Propublica, June 17, 2014, https://www.propublica.org/article/its-complicated-facebooks-history-of-tracking-you | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11056 | 6/00/2023 | Iwona Drapala and Debra Aho Williamson, "Global Social Media Update 2023," eMarketer, June 2023 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11057 | 1/6/2014 | J.J. Colao, "The Inside Story Of Snapchat  The World s Hottest App Or A $3 Billion Disappearing Act?" Forbes, January 6, 2014, available at https://www.forbes.com/sites/jjcolao/2014/01/06/the-inside-story-of-snapchat-the-worlds-hottestapp-or-a-3-billion-disappearing-act/?sh=1061fb7b67d2 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11058 | 11/00/2013 | Jaffe, Sonia and E.Glen Weyl (2013) "Thefirst-orderapproachtomergeranalysis," AmericanEconomicJournal Microeconomics, 5(4)  188–218, https://www.aeaweb.org/articles?id=10.1257/mic.5.4.188 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11059 | 8/10/2021 | James Beser, "New safety and digital wellbeing options for younger people on YouTube and YouTube Kids," YouTube Official Blog, available at https://blog.youtube/news-and-events/new-safety-and-digital-wellbeing-options-younger-people-youtube-and-youtube-kids/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11060 | 00/00/2022 | James C. Cooper and John M. Yun (2022) "Antitrust & Privacy It s Complicated," Journal of Law, Technology & Policy, 343-397 | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11061 | 6/1/2015 | James Vincent, "Google shows what it knows about us in new privacy hub," The Verge, June 1, 2015, available at https://www.theverge.com/2015/6/1/86967 05/google-privacy-settings-hub-myaccount | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11062 | 2/26/2006 | Jane Gordon, "MySpace Draws a Questionable Crowd," New York Times, February 26, 2006, available at https://www.nytimes.com/2006/02/26/nyregion/nyregionspecial2/myspace-draws-a-questionable-crowd.html | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11063 | 4/19/2018 | Jared Newman, "The Dream of a Privacy-First Social Network 6 Alternatives to Facebook," Fast Company, April 19, 2018, available at https://www.fastcompany.com/40559106/the-privacy-first-social-network-a-great-idea-that-never-works. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11064 | 1/00/2019 | Jasmine Enberg, "Global Social Network Users 2019," eMarketer, January 2019 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11065 | 1/5/2017 | Jason Cipriani, "Messages on iOS 10  How to use all the crazy new features," CNET, January 5, 2017, available at https://www.cnet.com/tech/mobile/complete-guide-to-messages-imessage-ios-10/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11066 | 2/9/2009 | Jason Kincaid, "Facebook Activates 'Like' Button; FriendFeed Tires of Sincere Flattery," TechCrunch, February 9, 2009, https://techcrunch.com/2009/02/09/facebook-activates-like-button-friendfeed-tires-of-sincere-flattery | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11067 | 2/10/2023 | Jay Bonggolto, "Google Messages starts letting users react with any emoji," Android Police, February 10, 2023, available at https://www.androidpolice.com/google-messages-emojireactions-expanded/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11068 | 4/13/2023 | Jay Peters and Emma Roth, "Twitter is rebranding Super Follows to Subscriptions," The Verge, April 13, 2023, https://www.theverge.com/2023/4/13/2368 2184/twitter-superfollows-subscriptions-rebranding | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11069 | 00/00/1988 | Jean Tirole, The Theory of Industrial Organization, Cambridge, Mass MIT Press, 1988 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11070 | 6/5/2013 | Jefferson Graham, "Snapchat s young audience fuels a growth streak," USA Today, June 5, 2013, available at https://www.usatoday.com/story/tech/columnist/talkingtech/2013/06/05/snapchat-growthstreak/235912 9/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11071 | 9/24/2019 | Jeffrey Mervis, "Privacy concerns could derail unprecedented plan to use Facebook data to study elections," Science, September 24, 2019, available at https://www.science.org/content/article/privacy-concerns-could-derail-unprecedented-plan-usefacebook-data-study-elections | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11072 | 01/00/2020 | Jeffrey Prince and Scott Wallsten (2020) "How Much is Privacy Worth Around the World and Across Platforms?" Journal of Economics & Management Strategy 31 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11073 | 6/23/2009 | Jenna McWilliams, "How Facebook beats MySpace," The Guardian, June 23, 2009, available at https://www.theguardian.com/commentisfree/cifamerica/2009/jun/23/facebook-myspace-socialnetworks. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11074 | 10/20/2022 | Jerry Dischler, "Your ads, your choice, Get more control over your ad experience with My Ad Center," Google, October 20, 2022, available at https //blog.google/technology/safetysecurity/my-ad-center/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11075 | 00/00/2015 | Jessica Vitak (2015), "Balancing Privacy Concerns and Impression Management Strategies on Facebook," Symposium on Usable Privacy and Security (SOUPS) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11076 | 9/6/2016 | Jillian D Onfro, "10 years ago Facebook had 'the most inglorious launch moment in history but it changed everything," Business Insider, September 6, 2016, available at https://www.businessinsider.com/facebook-news-feed-launch-2016-9 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11077 | 9/9/2016 | Jillian D Onfro, "Facebook s News Feed is 10 years old. This is how the site has changed," World Economic Forum, September 9, 2016, available at https://www.weforum.org/agenda/2016/09/facebooks-news-feed-is-10-years-old-this-is how-thesite-has-changed/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11078 | 00/00/2008 | Joan DiMicco, David R. Millen, Werner Geyer, Casey Dugan, Beth Brownholtz, and Michael Muller (2008) "Motivations for Social Networking at Work," CSCW 08 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11079 | 00/00/2017 | Joe Phua, Seunga Venus Jin, and Jihoon (Jay) Kim (2017) "Uses and gratifications of social networking sites for bridging and bonding social capital  A comparison of Facebook, Twitter, Instagram, and Snapchat," Computers in Human Behavior 72 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11080 | 5/7/2006 | John Cassidy, "The Online Life  Me Media," The New Yorker, May 7, 2006, https://www.newyorker.com/magazine/2006/05/15/me-media | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11081 | 2/23/2011 | John Patrick Pullen, "How Vimeo became hipster YouTube," Fortune, February 23, 2011, https://fortune.com/2011/02/23/how-vimeo-became-hipsteryoutube | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11082 | 3/13/2015 | John Patrick Pullen, "You Asked  What Is the Meerkat App?" Time, March 13, 2015, https://time.com/3742746/meerkat | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11083 | 9/8/2006 | Join the Amazon Shopper Panel and Earn Monthly Rewards!," Amazon, https //panel.amazon.com | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11084 | 3/27/2023 | Jones, Jada, "Are You Meta Verified? Here s What It Is, How Much It Costs, And What Perks It Gets You," ZDNet, March 27, 2023, https://www.zdnet.com/article/are-you-meta-verified-heres-whatit-is-how-much-it-costs-and-what-perks-it-gets-you/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11085 | 1/24/2013 | Jordan Crook, "Twitter s 6-Second Video Sharing App, Vine, Goes Live In The App Store," TechCrunch, January 24, 2013, https //techcrunch.com/2013/01/24/twitter s-video-sharing-app-vine-goes-live-in-the-appstore | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11086 | 00/00/2013 | Jose van Dijck (2013) "'You have one identity performing the self on Facebook and LinkedIn," Media, Culture & Society 35(2) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11087 | 9/11/2019 | Joseph, "Facebook Credits Everything You Need To Know," Robots net, September 11, 2019, https //robots net/finte ch/facebook-credits/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11088 | 8/31/2018 | Joseph, Seb, "Amazon is Testing an Attribution Pixel, a Key Step in Rivaling the Duopoly," Digiday, August 31, 2018, https //digiday.com/m edia/amazon-tests-attribution-pixel-so-brands-can-compare-whether-itamazon-is-more-effective-than-its-rivals/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11089 | 12/21/2011 | Josh Constine, "45 Privacy Changes Facebook Will Make To Comply With Data Protection Law," TechCrunch, December 21, 2011, available at https //techcrunch.co m/2011/12/21/privac ychanges-audit/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11090 | 4/28/2015 | Josh Constine, "Facebook Is Shutting Down Its API For Giving Your Friends Data To Apps," TechCrunch, April 28, 2015, available at https //techcrunch.co m/2015/04/28/facebo ok-api-shutdown/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11091 | 8/5/2015 | Josh Constine, "Facebook Launches 'Live' Streaming Video Feature, But Only for Celebrities," TechCrunch, August 5, 2015, available at https://techcrunch.com/2015/08/05/facescope/. | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11092 | 10/3/2016 | Josh Constine, "Facebook launches Marketplace, a friendlier Craigslist," TechCrunch, October 3, 2016, available at https://techcrunch.com/2016/10/03/facebook-marketplace-2/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11093 | 6/27/2017 | Josh Constine, "Facebook now has 2 billion monthly users…and responsibility," TechCrunch, June 27, 2017, available at https://techcrunch.com/2017/06/27/facebook-2-billion-users/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11094 | 3/31/2018 | Josh Constine, "Facebook plans crackdown on ad targeting by email without consent," TechCrunch, available at https://techcrunch.com/2018/03/31/custom-audiences-certification/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11095 | 9/25/2013 | Josh Constine, "Google+ May Finally Matter Thanks To YouTube Comments," TechCrunch, September 25, 2013, available at https://techcrunch.com/2013/09/25/google-plus-youtube/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11096 | 8/2/2016 | Josh Constine, "Instagram launches 'Stories, a Snapchatty feature for imperfect sharing," TechCrunch, August 2, 2016, available at https://techcrunch.com/2016/08/02/instagram-stories/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11097 | 2/20/2017 | Josh Constine, "WhatsApp launches Status, an encrypted Snapchat Stories clone," TechCrunch, February 20, 2017, available at https://techcrunch.com/2017/02/20/whatsapp-status/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11098 | 3/31/2010 | Josh Lowensohn, "YouTube s big redesign goes live to everyone," CNET, March 31, 2010, https://www.cnet.com/culture/youtubes-big-redesigngoes-live-to-everyone | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11099 | 4/30/2014 | Josh Ong, "Facebook announces new granular permissions and anonymous logins for third-party apps," thenextweb, April 30, 2014, available at https://thenextweb.com/news/facebook-announces-new-granular-permissions-anonymous-logins-third-party-apps | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11100 | 7/7/2011 | Joshua Gans, "Google+ Comes Up Short," Harvard Business Review, July 7, 2011, available at https://hbr.org/2011/07/google-comes-up-short. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11101 | 4/8/2011 | Joshua Siegel and Christopher Hamilton, "YouTube is going LIVE," YouTube blog post, April 8, 2011, https://blog.youtube/news-and-events/youtube-isgoing-live | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11102 | 00/00/2009 | Julia Angwin (2009) Stealing Myspace The Battle to Control the Most Popular Website in America, Random House | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11103 | 00/00/2005 | Jullien, Bruno, "Two-Sided Markets and Electronic Intermediaries," CESifo Economic Studies, Vol. 51, No. 2–3, 2005, pp. 233–260 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11104 | 11/7/2021 | Jullien, Bruno, Alessandro Pavan,and Marc Rysman (2021) "Two-sided markets, pricing, and network effects," Handbook of Industrial Organization, 4(1) 485–592,https://doi.org/10.1016/bs.hesind.2021.11.007 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11105 | 4/7/2022 | Kaitie Frank, "What Is DuckDuckGo & Who Uses This Alternative Search Engine?," Search Engine Journal, April 7, 2022, https://www.searchenginejournal.com/duckduckgo-overview/443307/#close | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11106 | 10/23/2023 | Kantrowitz, Alex, "The Elon Effect," Slate, October 23, 2023, https://slate.com/technology/2023/10/twitter-users-decline-apptopia-elon-musk-x-rebrand.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11107 | 8/5/2020 | Kari Paul, "'I Don t Care' Young TikTokers Unfazed by US Furor Over Data Collection," The Guardian, August 5, 2020, available at https://www.theguardian.com/technology/2020/aug/05/tiktok-gen-z-millennials-data-privacy-trump-china | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11108 | 12/00/2020 | Karin von Abrams, "Global Social Network Users 2020," Insider Intelligence / eMarketer, December 2020 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11109 | 7/12/2023 | Katarina Betterton, "Video Strategies for Marketing Your Small Business  Short Form vs. Long-Form Videos," US Chamber of Commerce, July 12, 2023, available at https://www.uschamber.com/co/grow/marketing/areshort-form-or-long-form-videos-better-for-engagement | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11110 | 9/24/2020 | Kate Talbot, "5 Ways To Use LinkedIn Stories For Your Personal Brand," Forbes, September 24, 2020, https://www.forbes.com/sites/katetalbot/2020/09/24/5-ways-to-use-linkedin-stories-for-your-personal-brand/?sh=764fa7467a29 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11111 | 11/21/2016 | Kathleen Chaykowski, "Instagram Launches Live Video, Makes Messaging More Ephemeral," Forbes, November 21, 2016, https://www.forbes.com/sites/kathleenchaykowski/2016/11/21/instagram-launches-live-video-makes-messaging-more-ephemeral/?sh=27f0f629e2f2 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11112 | 12/14/2016 | Kathleen Chaykowski, "Live Video Can Now Be Broadcast Directly From Twitter," Forbes, December 14, 2016, https://www.forbes.com/sites/kathleenchaykowski/2016/12/14/live-video-can-now-be-broadcast-directly-from-twitter/?sh=5e0ef3a67c8d | N/A | | | Dennis Carlton Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11113 | 11/2/2022 | Katie Wedell, "Munk s Twitter takeover raises more questions than answers about data privacy," USA Today, November 2, 2022, available at https://www.usatoday.com/story/tech/2022/11/02/twitters-data-privacy-musk/8242592001/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11114 | 8/6/2015 | Katy Steinmetz, "These Companies Have the Best (And Worst) Privacy Policies," Time, August 6, 2015, available at https://time.com/3986016/google-facebook-twitter-privacy-policies/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11115 | 00/00/2003 | Katz, Michael L. and Carl Shapiro (2003) "Critical Loss Let s Tell the Whole Story," Antitrust, https://www.law.berkeley.edu/wp-content/uploads/2015/04/Katz-Shapiro-Critical-Loss-Lets-Tell-the-Whole-Story-2003.pdf | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11116 | 8/20/2019 | Kaya Yurieff, "Facebook finally rolls out privacy tool for your browsing history," CNN, August 20, 2019, available at https://www.cnn.com/2019/08/20/tech/facebook-clear-history/index.html. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11117 | 6/15/2022 | Kelly, Dylan (2022) "Facebook Is Revamping Its Algorithm to Compete With TikTok," Hypebeast, https://hypebeast.com/2022/6/facebook-feed-discovery-engine-feed algorithm-tiktok | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11118 | 8/2/2016 | Kelly, Heather (2016) "Instagram Stories is Facebook s latest Snapchat clone," CNNMoney, https://money.cnn.com/2016/08/02/technology/instagram-stories/?iid=EL%20Snapchat | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11119 | 10/27/2006 | Kelvin Beecroft, "You Must be Logged in to Do That!," Mashable, October 27, 2006, https://mashable.com/archive/myspace-phishing-attack-appears-on-3000-pages | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11120 | 7/6/2023 | Kelvin Chan, "Facebook parent company Meta launches Threads app as rival to Twitter," PBS, July 6, 2023, available at https://www.pbs.org/newshour/nation/facebook-parent-company metalaunches-threads-app-as-rival-to-twitter | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11121 | 11/19/2010 | Kevin Kelleher, "How Facebook learned from MySpace s mistakes," Fortune, November 19, 2010, https://fortune.com/2010/11/19/how-facebook-learned-from-myspacesmistakes/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11122 | 12/10/2014 | Kimberlee Morrison, "YouTube Offering Creators Contracts for Exclusive Content," Adweek, December 10, 2014, https://www.adweek.com/performance-marketing/youtube-creators-contracts-exclusive-content/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11123 | 00/00/0000 | kimkardashian, Instagram Profile, available at https://www.instagram.com/kimkardashian/?hl=en | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11124 | 00/00/2020 | Kirk Plangger and Matteo Montecchi (2020) "Thinking beyond Privacy Calculus Investigating Reactions to Customer Surveillance," Journal of Interactive Marketing 50(1) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11125 | 5/5/2015 | Kirsten Martin and Katie Shilton (2016) "Why Experience Matters to Privacy How Context Based Experience Moderates Consumer Privacy Expectations for Mobile Applications," Journal of the Association for Information Science and Technology 67(8) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11126 | 12/27/2013 | Kiss, Jemima, "Teenagers Migrate from Facebook as Parents Send Them Friend Requests," The Guardian, December 27, 2013, https://www.theguardian.com/technology/2013/dec/27/facebook-dead-andburied-to-teens-research-finds | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11128 | 6/30/2020 | Koetsier, John (2020) N/A "TikTok Just Lost 200 Million Users in 24 Hours," Forbes, https://www.forbes.com/sites/johnkoetsier/2020/06/30/tiktok-just-lost-200-million-users/?sh=4a3317cd346d | | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11129 | 1/13/2015 | Koetsier, John, "App Annie $55M Mo Money … and Massive New App Usage Intelligence Product," VentureBeat, January 13, 2015, https://venturebeat.com/marketing/app-annie-55m-mo-money-and-massive-new-app-usageintelligence-product/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11130 | 03/00/2012 | Korenblit, Claire M., "Quantifying Antitrust Damages—Convergence of Methods Recognized by U.S. Courts and the European Commission " CPI Antitrust Chronicle, 2012 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11131 | 2/15/2022 | Krantz, Ted, "App Annie is Now Data.ai – the 1st Unified Data AI Company," data.ai, February 15, 2022, https://www.data.ai/en/insights/dataai-news/appannie-is-now-dataai/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11132 | 1/7/2022 | Kris Holt, "Facebook s new Privacy Center explains how the company handles data collection," engadget, January 7, 2022, available at https://www.engadget.com/meta-privacy-centerfacebook-instagram-whatsapp-191520513.html. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11133 | 00/00/2021 | Kristen Barta and Nazanin Andalibi (2021) "Constructing Authenticity on TikTok Social Norms and Social Support on the 'Fun Platform,'" Proceedings of the ACM on Human-Computer Interaction | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11134 | 4/28/2015 | Kristin Burnham, "How the top social networks compare on privacy – in one handy chart," CSO, April 28, 2015, available at https://www.csoonline.com/article/551325/how-the-top-socialnetworks-compare-on-privacy-in-one-handy-chart.html. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11135 | 9/10/2014 | Kyle Wong, "The Explosive Growth Of Influencer Marketing And What It Means For You," Forbes, September 10, 2014, available at https://www.forbes.com/sites/kylewong/2014/09/10/the-explosive-growth-of-influencermarketing-and-what-it-means-for-you/?sh=7494808e52ac | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plf's Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11136 | 7/5/2023 | Lance Whitney, "Facebook and Instagram owner is launching Twitter rival called Threads," ZDNet, July 5, 2023, available at https://www.zdnet.com/article/facebook-and-instagram-owner-is-launching-twitter-rival-calledthreads/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11137 | 9/16/2023 | Lang, Heidi, "Instagram Inactive Account Effects and Tips for Consistency," Path Social, September 16, 2023, https://www.pathsocial.com/resources/instagram-inactive-account-effects-and-tips-forconsistency/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11138 | 6/13/2007 | Larry Dignan, "Widgets matter Now monetize them," ZDNet, June 13, 2007, available at https://www.zdnet.com/article/widgets-matter-now-monetize-them/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def's Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11139 | 2/22/2022 | Launching Facebook Reels Globally and New Ways for Creators to Make Money," Meta, February 22, 2022, available at https://about.fb.com/news/2022/02/launching-facebook-reels-globally/ | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11140 | 9/29/2021 | Launching Reels on Facebook in the US," Meta, September 29, 2021, https://about.fb.com/news/2021/09/launching-reels-on-facebook-us/ | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11141 | 4/24/2017 | Laura Stampler, "Facebook Rolls Out a New Plan to Crush Twitter," Time, April 24, 2017, available at https://time.com/4784578/facebook-twitter-storyful/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11142 | 2/25/2016 | Lauren Johnson, "Digital-Savvy Millennial Will Sacrifice Privacy for Personalization, Says Leo Burnett Exec," AdWeek, February 25, 2016, available at https://www.adweek.com/performancemarketing/digital-savvy-millennials-will-sacrifice-privacy-personalization-says-leo-burnett-exec-169869/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11143 | 2/5/2020 | Lavrinovičius, Aidaras, "TikTok The Power of User Generated Content," Medium, February 5, 2020, https://medium.com/digital-society/tiktok-the-power-of-user-generated-content-91972ee77ce5 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11144 | 8/5/2015 | Lavrusik, Vadim, "Connect with Public Figures Through Live," Meta, August 5, 2015, https://about.fb.com/news/2015/08/connect-with-public-figures-through-live/ | N/A | | | Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11145 | 00/00/0000 | Law and Requirements, Plain Language Action and Information Network, available at https://www.plainlanguage.gov/law/ | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11146 | 0/0/0000 | Learn About the Study Program, Meta, https://www.facebook.com/help/viewpoints/1862678767197241 | N/A | | | Anindya Ghose; Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11147 | 2/27/2014 | Lee Humphreys, Phillipa Gill, and Balachander Krishnamurthy (2014), "Twitter a content analysis of personal information," Information, Communication & Society 17(7) | N/A | | | Dennis Carlton  Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11148 | 00/00/2013 | Lee, Haein, Hyejin Park, and Jinwoo Kim (2013) "Why do people share their context information on Social Network Services? A qualitative study and an experimental study on users  behavior of balancing perceived benefit and risk," International Journal of Human-Computer Studies, 71(9) 862–877 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11149 | 00/00/2020 | Leskin, Paige (2020) "Instagram s rival to TikTok will come to the US in early August," Business Insider, https://www.businessinsider.com/instagram-reels-facebook-tiktok-rival-united-states-launch-2020-7 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11150 | 00/00/2020 | Leskin, Paige (2020) "Take a closer look at Instagram Reels, Facebook s TikTok rival launching today in the US," Business Insider, https://www.businessinsider.com/instagram-reels-tiktok-competitor-short-video-us-launch-explainer-2020-7 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11151 | 5/25/2022 | Lesley Fair, "Twitter to pay $150 million penalty for allegedly breaking its privacy promises – again," Federal Trade Commission Business Blog, May 25, 2022, available at https://www.ftc.gov/business-guidance/blog/2022/05/twitter-pay-150-million-penalty-allegedlybreaking-its-privacy-promises-again. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11152 | 9/23/2011 | Lessin, Sam, "Tell Your Story with Timeline," Meta, September 23, 2011, https://about.fb.com/news/2011/09/tell-your-story-with-timeline/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11153 | 4/21/2015 | Liam Tung, "Now you can download your entire search history from Google," ZD Net, April 21, 2015, available at https://www.zdnet.com/article/now-you-can-download-your-entire-searchhistory-from-google/. | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11154 | 11/9/2018 | Liao, Shannon, "Facebook Quietly Launches A TikTok Competitor App Called Lasso," The Verge, November 9, 2018, https://www.theverge.com/2018/11/9/18080280/facebook-lasso-tiktok-competitor-app | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11155 | 00/00/1994 | Liebowitz, S. J. and Stephen E. Margolis, "Network Externality An Uncommon Tragedy," Journal of Economic Perspectives, Vol. 8, No. 2, 1994, pp. 133–150 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11156 | 7/9/2023 | Lindsey Choo and Meghan Bobrowsky, "Snap s Push to Tempt Creators Seems to Be Working," The Wall Street Journal, July 9, 2023, https://www.wsj.com/articles/snapspush-to-tempt-creators-seems-to-be-working-13876f6 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11157 | 00/00/2021 | Lindström, Björn et al., "A Computational Reward Learning Account of Social Media Engagement," Nature Communications, Vol. 12, No. 1311, 2021 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11158 | 3/19/2019 | Line More Popular than Facebook with Japan s Social Media Users," Nippon.com, March 19, 2019, https://www.nippon.com/en/japan-data/h00414/line-more-popular-than-facebook-with-japan%E2%80%99s-social-media-users.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11159 | 00/00/0000 | LinkedIn Access to Email and Contact Lists – Overview," LinkedIn Help, available at https://www.linkedin.com/help/linkedin/answer/a569425/linkedin access-to-email-and-contactlists-overview | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11160 | 4/26/2015 | Lisa Eadicicco, "Why Google+ failed, according to Google insiders," Business Insider, April 26, 2015, available at https://www.businessinsider.com/what-happened-to-google-plus-2015-4. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11161 | 6/00/2009 | List, John A. (2009) "An introduction to field experiments in economics," Journal of Economic Behavior & Organization, 70(3) 439–442, https://doi.org/10.1016/j.jebo.2008.10.013 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11162 | 00/00/1998 | List, John A. and Jason F. Shogren (1998) "Calibration of the difference between actual and hypothetical valuations in a field experiment," Journal of Economic Behavior & Organization, 37(2) 193–205 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11163 | 3/18/2023 | List, John A., Azeem M. Shaikh, and Atom Vayalinkal (2023) "Multiple testing with covariate adjustment in experimental economics," Journal of Applied Econometrics, https://doi.org/10.1002/jae.2985 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11164 | 10/19/2018 | List, John A., Azeem M. Shaikh, and Yang Xu (2019) "Multiple hypothesis testing in experimental economics," Experimental Economics, 22(2019) 773–793, https://doi.org/10.1007/s10683-018-09597-5 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11165 | 7/11/2022 | Liu, Phoebe, "Social Media Platforms Compete For Creators Attention. Creators Choose Them All," Forbes, July 11, 2022, https://www.forbes.com/sites/phoebeliu/2022/07/11/social-media-platforms-compete-for-creatorsattention-creators-choose-them-all/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11166 | 10/19/2022 | Long-Term View," Netflix Investors, October 19, 2022, available at https://ir.netflix.net/ir overview/long-term-view/default.aspx | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11167 | 12/6/2023 | Loredana Crisan, "Launching Default End-to-End Encryption on Messenger," Meta, December 6, 2023, available at https://about.fb.com/news/2023/12/default-end-to-end-encryption-on-messenger/ | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11168 | 6/18/2023 | Lori Ioannou, "Talk of a U.S. TikTok Ban Is Shaking Up the Creator Economy; Influencers and Others Who Make Money on TikTok Are Looking to Hedge Their Bets by Diversifying Their Content Across Other Platforms," The Wall Street Journal Online, June 18, 2023, https://www.wsj.com/articles/talk-of-a-u-s-tiktok-ban-is-shaking-up-the-creator-economy-ac9cd718 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11169 | 11/12/2021 | Louise Matsakis, "The Sneaky Way TikTok Is Connecting You to Real-Life Friends," Wired, Nov. 12, 2021, https://www.wired.com/story/tiktok-friends-contacts-people-you-may-know/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11170 | 00/00/2004 | Lu, Yin, Bernard Tan, and Kai-Lung Hui, "Inducing Customers to Disclose Personal Information to Internet Businesses with Social Adjustment Benefits," ICIS 2004 Proceedings, 2004 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11171 | 7/11/2023 | Lucinda Southern, "PubMatic and Playground xyz Partner to Solve Scale Woes for Attention-Seeking Marketers," AdWeek, July 11, 2023, available at https://www.adweek.com/programmatic/pubmatic-playground-xyz-partnerscale-woes-attention-marketers/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11172 | 10/1/2022 | Luke Hughes, "Privacy-focused web browsers are stuck in a rut, but why?" Techradar, October 1, 2022, available at https://www.techradar.com/news/privacy-focused-web-browsers-are-stuck-in-a-rut-but-why | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11173 | 1/29/2010 | Luke Westaway, "35% of Facebook Users Updated Their Privacy Settings After Policy Change," thenextweb.com, January 29, 2010, available at https://thenextweb.com/news/facebook-userschanged-privacy-settings | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11174 | 3/30/2016 | Lull, Travis, "Website Conversion Tracking and Remarketing Made Easier and More Flexible," Twitter, March 30, 2016, https://blog.twitter.com/en_us/a/2016/website-conversion-tracking-and-remarketing-made-easier-and-more-flexible | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11175 | 9/00/2016 | Madeline LeClair, "Industry Report OD4574 Social Networking Sites in the US," September 2016 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11176 | 8/22/2023 | Makena Kelly, "Meta refreshes promise to roll out default end-to end encryption in Messenger this year," The Verge, August 22, 2023, available at https://www.theverge.com/2023/8/22/2384 1490/meta-facebook-messenger-instagram-encryption-default. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11177 | 6/12/2014 | Making Ads Better and Giving People More Control Over the Ads They See," Facebook, June 12, 2014, available at https://about.fb.com/n ews/2014/06/making-ads-better-and-giving-peoplemore-control-over-the-ads-they-see/ | N/A | | | Dennis Carlton; Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schmitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11178 | 5/22/2014 | Making It Easier to Share With Who You Want, Facebook, May 22, 2014, available at https://about.fb.com/n ews/2014/05/making-it-easier-to-share-with-who-you-want/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schmitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11179 | 00/00/2008 | Malcolm B. Coate and Jeffrey H. Fischer (2008), "A Practical Guide to the Hypothetical Monopolist Test for Market Definition," Journal of Competition Law and Economics, 4(4) 1031-1063 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11180 | 10/27/2023 | Malik, Aisha, "X is Launching Two New Subscription Tiers, Including a 'Premium+' Ad-Free Plan," TechCrunch, October 27, 2023, https://techcrunch.com/2023/10/27/x-is-launchingnew-premium-and-basic-subscription-tiers/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11181 | 3/8/2023 | Maloy, Sarah, "Introducing Clips Get Started with Short-Form Video on Spotify," Spotify for Artists, March 8, 2023, https://artists.spotify.com/en/blog/spotify-clips-get-started-short form-video-stream-on | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11182 | 1/8/2024 | Mansoor Iqbal, "Snapchat Revenue and Usage Statistics (2024)," BusinessofApps, January 8, 2024, available at https://www.businessofapps.com/data/snapchat-statistics/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11183 | 1/8/2024 | Mansoor Iqbal, "TikTok Revenue and Usage Statistics (2024)," BusinessofApps, January 8, 2024, available at https://www.businessofapps.com/data/tik-tok-statistics/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11184 | 10/31/2023 | Mansoor Iqbal, "TiTok Revenue and Usage Statistics (2023)," BusinessofApps, October 31, 2023, available at https://www.businessofapps.com/data/tik-tok-statistics/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11185 | 7/1/2022 | Marguerite Reardon, "TikTok National Security Concerns Resurface  What You Need to Know," CNET, July 1, 2022, available at https://www.cnet.com/news/tiktok-called-a-national-securitythreat-heres-what-you-need-to-know/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11186 | 9/27/2021 | Marisa Dellatto, "TikTok Hits 1 Billion Monthly Active Users," Forbes, September 27, 2021, available at https://www.forbes.com/sites/marisadellatto/2021/09/27/tiktok-hits-1-billionmonthly-active-users/?sh=730ce5e644b6 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11187 | 11/29/2011 | Mark Zuckerberg Facebook Post, November 29, 2011, available at https://www.facebook.com/notes/facebook/our-commitment-to-the-facebook-community/10150378701937131/ | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11188 | 9/5/2016 | Mark Zuckerberg Facebook post, September 5, 2016, available at https://www.facebook.com/zuck/posts/10103084921703971. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11189 | 7/27/2002 | Market Delineation Algorithms Based on the Hypothetical Monopolist Paradigm," (Economic Analysis Group, Discussion Paper No. 02-8), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=327282 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11190 | 00/00/2021 | Markus Rach and Marc K. Peter (2021) "How TikTok s Algorithm Beats Facebook & Co. for Attention Under the Theory of Escapism A Network Sample Analysis of Austrian, German and Swiss Users," School of Business, University of Applied Sciences and Arts Northwestern Switzerland FHNW, Olten, Switzerland | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pfs' Sponsoring | Pfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11191 | 00/00/2012 | Martin S. Gaynor, Muhammad Zia Hydari, and Rahul Telang (2012), "Is Patient Data Better Protected in Competitive Healthcare Markets?," Workshop on the Economics of Information Security Research Paper | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11192 | 9/20/2021 | Mason Walker and Katerina Eva Matsa, "News Consumption Across Social Media in 2021," Pew Research Center, at p. 4, available at https://www.pewresearch.org/journalism/2021/09/20/news-consumption-across-social-media-in-2021/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11193 | 8/12/2011 | Mat Honan, "Google s Real Names Policy is Evil," Gizmodo, August 12, 2011, available at https://gizmodo.com/googles-real-names-policy-is-evil-5830471. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11194 | 12/5/2012 | Mat Honan, "In Twitter s Fight with Instagram, You Take the Hit," Wired, December 5, 2012, available at https://www.wired.com/2012/12/is-instagram-vs-twitter-spat-you-are-the-loser/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plls' Objections | Def.'s Responses | Def.'s Objections | Plls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11195 | 12/17/2019 | Matt Binder, "TikTok got an 'F' in our data accessibility rankings. Facebook got an 'A'," Mashable, December 17, 2019, available at https://mashable.com/article/social-media-datarequest-report-card. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11196 | 1/16/2022 | Matt G. Southern, "DuckDuckGo Growth Drops As It Celebrates Milestone," Search Engine Journal, January 16, 2022, https://www.searchenginejournal.com/duckduckgo-reaches-100b-searches-but-growth-is-slowing-down/433267/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11197 | 9/5/2006 | Matt Marshall, "Facebook launches 'News Feed  and 'Mini Feed  as YouTube invades turf," VentureBeat, September 5, 2006, available at https://venturebeat.com/business/facebook launches-news-feed-and-mini-feed-as-youtube-invades-turf/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11198 | 8/23/2011 | Matt Rosoff, "Facebook Rolls Out Major, Sweeping Privacy Changes," Business Insider, August 23, 2011, available at https://www.businessinsider.com/facebook-gives-you-more-control-overwho-youre-sharing-with-just-like-google-2011-8 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Ps' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11199 | 10/11/2024 | Matt Southern, "How to Control Who Can See or Comment on Your LinkedIn Posts,", available at https://www.searchenginejournal.com/linkedin-users-can-now-control-who-sees-their-posts/393398/#close | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11200 | 2/19/2014 | Matthew Panzarino, "Facebook Buying WhatsApp For $19B, Will Keep The Messaging Service Independent," TechCrunch, February 19, 2014, available at https://techcrunch.com/2014/02/19/facebook-buying-whatsapp-for-16b-in-cash-and-stock-plus-3b-in-rsus/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11201 | 5/26/2011 | Matthew Panzarino, "Instagram updated to add 'double-tap' likes and improved comments," The Next Web, May 26, 2011, https://thenextweb.com/news/instagram-updates-to-add-double-tap-likes-and-improvedcomments | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11202 | 10/00/2015 | Matthew Quint and David Rogers (2015) "What Is the Future of Data Sharing?" Columbia Business School, | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11203 | 00/00/0000 | Maximilian Klein LinkedIn Profile | N/A | | | Maximilian Klein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11204 | 00/00/2014 | McCrary, Justin and Daniel L. Rubinfeld, "Measuring Benchmark Damages in Antitrust Litigation," Journal of Econometric Methods, Vol. 3, No. 1, 2014 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11205 | 12/1/2023 | Meera Navlakha, "Which countries have banned TikTok?," Mashable, December 1, 2023, https://mashable.com/article/tiktok-ban-countries | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11206 | 6/29/2011 | Megan Geuss and Mark Sullivan, "Google+ Social Network Hands-On First Impressions," PCWorld, June 29, 2011, https://www.pcworld.com/article/485810/googplus.html | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def's Objections | Plts' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11207 | 00/00/2023 | Meghanath Macha, Natasha Zhang Foutz, Beibei Li, and Anindya Ghose (2023) "Personalized Privacy Preservation in Consumer Mobile Trajectories," forthcoming in Information Systems Research | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11208 | 12/18/2023 | Merger Guidelines, Issued December 18, 2023, https://www.justice.gov/atr/2023-mergerguidelines | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11209 | 2/9/2021 | Mergers with Differentiated Products  Where Do We Stand? Review of Industrial Organization, 58 179–212, https://doi.org/10.1007/s11151-021-09810-5 | N/A | | | Dennis Carlton; John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11210 | 00/00/0000 | Meta Business Help Center, About Meta ads placements, https://www.facebook.com/business/help/4071085593931967id=369787570424415 | N/A | | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11211 | 12/12/2023 | Meta Cookies Policy, https://www.facebook.com/privacy/policies/cookies | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Sarah Grabert; Maximilian Klein; Rachel Banks Kupcho; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11213 | 8/2/2023 | Meta Platforms Inc. (META) Reels Deep Dive Reels Has Negative Value for META," Needham & Co. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11214 | 7/13/2023 | Meta Platforms Inc 2Q preview Expecting a solid quarter with 3Q upside potential to Street, Bank of America Global research | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11215 | 00/00/2022 | Meta Platforms, Inc. (FB) First Quarter 2022 Results Conference Call, | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11216 | 12/31/2022 | Meta Platforms, Inc., Form 10-K for the fiscal year ended December 31, 2021 | N/A | | | John List; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11217 | 12/31/2022 | Meta Platforms, Inc., Form 10-K for the fiscal year ended December 31, 2022 | N/A | | | John List; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11218 | 2/1/2023 | Meta Platforms, Inc., Form 10-K, filed February 1, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK0001326801/e57464 6c-c642-42d9-9229-3892b13aabfb.pdf | N/A | | | Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11219 | 10/28/2021 | Meta Platforms, Inc., Form 8-K, October 28, 2021 | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11220 | 4/27/2022 | Meta Platforms, Inc., FQ1 2022 Earnings Call Transcript, April 27, 2022 | N/A | | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11221 | 4/26/2023 | Meta Platforms, Inc., FQ1 2023 Earnings Call Transcript, April 26, 2023 | N/A | | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11222 | 7/26/2023 | Meta Platforms, Inc., FQ2 2023 Earnings Call Transcript, July 26, 2023 | N/A | | | Dennis Carlton  Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11223 | 6/16/2025 | Meta Privacy Policy, https://www.facebook.com/privacy/policy/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Sarah Grabert; Maximilian Klein; Rachel Banks Kupcho; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plts' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11224 | 1/1/2025 | Meta Terms of Service, https://www.facebook.com/legal/terms | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11225 | 8/21/2021 | Meta Transparency Center Companion Guide Widely Viewed Content Report – UPDATED AUG 18, 2021, available at https://meta.com/data/widely-viewed-content-report | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11226 | 8/22/2022 | Meta Transparency Center Widely Viewed Content Report Changes, corrections, and adjustments, August 22, 2022 available at https://transparency.meta.com/data/widely-viewed-content-report | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11227 | 8/22/2022 | Meta Transparency Center Widely Viewed Content Report Companion Guide, August 22, 2022 available at https://transparency.meta.com/data/widely-viewed-content-report | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11228 | 00/00/2025 | Meta Transparency Center  Widely Viewed Content Report  What People See on Facebook, available at https://transparency.meta.com/data/widely-viewed-content-report | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11229 | 00/00/2023 | Meta Transparency Center  Widely Viewed Content Report  What People See on Facebook, Q1 2023 report, available at https://transparency.meta.com/data/widely-viewed-content-report | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11230 | 5/19/2020 | Meta, "Introducing Facebook Shops Helping Small Businesses Sell Online," May 19, 2020, https://about.fb.com/news/2020/05/introducing-facebook-shops/ | N/A | | | Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11231 | 9/29/2021 | Meta, "Launching Reels on Facebook in the US," September 29, 2021, https://about.fb.com/news/2021/09/launching-reels-on-facebook-us/ | N/A | | | Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11232 | 00/00/0000 | Metrics, Pinterest, https://developers.pinterest.com/docs/ads/metrics/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11233 | 00/00/0000 | MeWe Premium, MeWe, available at https://support.mewe.com/hc/emus/articles/360053236493-MeWe-Premium | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11234 | 9/20/2010 | MG Siegler, "Distilled From Burbn, Instagram Makes Quick Beautiful Photos Social (Preview)," TechCrunch, September 20, 2010, https://techcrunch.com/2010/09/20/instagram | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11235 | 6/28/2011 | MG Siegler, "Google+ Project It s Social, It s Bold, It s Fun, And It Looks Good – Now For The Hard Part," TechCrunch, June 28, 2011, available at https ://techcrunch.com/2011/06/28/google plus/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11236 | 10/6/2010 | MG Siegler, "Instagram Launches With The Hope of Igniting Communication Through Images," TechCrunch, October 6, 2010, available at https ://techcrunch.com/2010/10/06/instagram-launch | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11237 | 7/22/2011 | MG Siegler, "Justin Bieber Takes A Picture of Traffic, Instagram Usage Explodes," TechCrunch, July 22, 2011, available at https ://techcrunch.com/2011/07/21/biebergram/. | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11238 | 3/7/2023 | Mia Sato, "Reddit s new features include a TikTok-style video feed," The Verge, March 7, 2023, available at https ://www.theverge.com/2023/3/7/23628130/reddits-video-watch-read-feedsupdate-tiktok | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11239 | 11/27/2007 | Michael Arrington, "Screenshots And Details On Upcoming MySpace 'News Feeds ,'' TechCrunch, November 27, 2007, available at https://techcrunch.com/2007/11/26/screenshotsand-details-on-upcoming-myspace-news-feeds/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11240 | 00/00/2019 | Michael L. Katz (2019), "Multisided Platforms, Big Data, and a Little Antitrust Policy," Review of Industrial Organization, 54 695 716 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11241 | 7/6/2023 | Michaels, Jason, "Panel App Review 2023  Legit Passive Income or a Scam?," Frugal For Less, July 6, 2023, https://www.frugalforless.com/panel-app-review/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11242 | 8/11/2017 | Michelle Castillo, "Here s what Facebook is asking from people making its new TV shows," CNBC, August 11, 2017, https://www.cnbc.com/2017/08/11/what-facebook-isasking-from-people-making-its-new-tv-shows html | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11243 | 3/6/2017 | Michelle Castillo, "Mark Zuckerberg put employees on 'lockdown' for two months to launch Facebook Live Report," CNBC, March 6, 2017, https://www.cnbc.com/2017/03/06/zuckerberg-put-employees-onlockdown-to-launch-facebook-live-wsj.html | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11244 | 11/6/2017 | Mijung Kim and Jiyoung Cha (2017) "A comparison of Facebook, Twitter, and LinkedIn Examining motivations and network externalities for the use of social networking sites," First Monday | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11245 | 11/00/2021 | Mobile App Monetization Survey," AdColony, November 2021, as reported by Statista, https://www.statista.com/statistics/1281050/apple-att-impact-ios-in-app-ad-revenues-global-publishers/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11246 | 00/00/2022 | Mobile ecosystems market study, Competition & Markets Authority, June 10, 2022, "Appendix J Apple s and Google s privacy changes," | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11247 | 4/27/2023 | Mobile Performance Meter Review - Is it Legit & Worth Using?," This Online World, April 27, 2023, https://thisonlineworld.com/mobile-performance-meter/ and https://web.archive.org/web/20200808210725/https://thisonlineworld.com/mobile-performance-meter/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11248 | 4/14/2020 | MobileXpression PSA  I ve Been Blocked Off From Redeeming Rewards After Being an Active Member for More Than 2 Weeks, Reddit, https://www.reddit.com/r/beermoney/comments/g151al/mobilexpression_psa_ive_been_blocked_off_from/ | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11249 | 12/11/2023 | Monica Anderson, Michelle Faverio, and Jeffrey Gottfried, "Teens, Social Media and Technology 2023," Pew Research Center, December 11, 2023, available at https://www.pewresearch.org/internet/2023/12/11/teens-social-media-and-technology-2023/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11250 | 12/5/2013 | More relevant ads with tailored audiences, X Blog, December 5, 2013, available at https://blog.twitter.com/en_us/a/2013/more-relevant-ads-with-tailored-audiences | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11251 | 12/29/2021 | Moreno, Johan, "TikTok Surpasses Google, Facebook as World s Most Popular Web Domain," Forbes, December 29, 2021, https://www.forbes.com/sites/johanmoreno/2021/12/29/tiktok-surpasses-google-facebookas-worlds-most-popular-web-destination/?sh=47a91b8843ef | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11252 | 05/00/2015 | Morey, Timothy, Theodore Forbath, and Allison Schoop, "Customer Data Designing for Transparency and Trust," Harvard Business Review, May 2015, https://hbr.org/2015/05/customer-data-designing-for-transparency-and-trust | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11253 | 00/00/1974 | Morton I. Kamien and Nancy L. Schwartz (1974), "Product Durability Under Monopoly and Competition," Econometrica, 42(2) 289-301 | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11254 | 00/00/2023 | Mummalaneni, Simha, Hema Yoganarasimhan, and Varad Pathak, "How Do Content Producers Respond to Engagement on Social Media Platforms?," Social Science Research Network, 2023 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11255 | 10/18/2023 | Murphy, Hannah, "Social Platform X Tests $1-a-year Subscription Model for New Users," Financial Times, October 18, 2023, https://www.ft.com/content/efa544e1-5b97-4011-b7c2-b75b7de9886b | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11256 | 3/11/2021 | Naomi Nix, "Facebook to Run More Ads on Shorter Videos to Chase TikTok," Bloomberg, March 11, 2021, https://www.bnnbloomberg.ca/facebook-to-run-more-adson-shorter-videos-to-chase-tiktok-1.1575606 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11257 | 6/23/2012 | Natasha Singer, "E-Tailer Customization Convenient or Creepy?" New York Times, June 23, 2012, available at https://www.nytimes.com/2012/06/24/technology/e-tailercustomization-whats-convenient-and-whats-just-plain-creepy.html | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11258 | 11/27/2011 | Nate Bolt, "Why Instagram is So Popular Quality, Audience, & Constraints," TechCrunch, November 27, 2011, available at https://techcrunch.com/2011/11/27/why-instagram-is-sopopular/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11259 | 00/00/2008 | Neil Malhotra (2008) "Completion Time and Response Order Effects in Web Surveys," Public Opinion Quarterly 72(5) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11260 | 00/00/2015 | Nelson,Philip(2015)" Monopoly Power, Market Definition, and the Cellophane Fallacy," https://www.justice.g ov/atr/monopoly-power-market-definition-and-cellophane-fallacy | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11261 | 9/24/2020 | New Design and Experiences Help Members Build Meaningful Relationships," LinkedIn Pressroom, September 24, 2020, https://news.linkedin. com/2020/september/ new-design-and-experiences-helpmembers-build-meaningful-relatio | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11262 | 6/15/2022 | New to TikTok Collections, Stories, Promote, and More," TikTok, https://www.tiktok.co m/creators/creator-portal/en-us/product-feature-updates/new-to-tiktok-collections-stories-promote-and-more/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11263 | 00/00/0000 | New user FAQ, X Help Center, available at https://help.twitter.com/en/resources/new-user-faq. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11264 | 7/7/2018 | Nicas, Jack, "Oprah, Is That You? On Social Media, the Answer Is Often No.," The New York Times, July 7, 2018, https://www.nytimes.com/2018/07/07/technology/facebook-instagram-twitter-celebrity-impostors.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11265 | 2/27/2020 | Nielsen Holdings plc, Form 10-K, filed February 27, 2020, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001492633/000156459020007004/nlsnnv-10k_20191231.htm | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11266 | 8/10/2022 | Nielsen s Industry-Leading U.S. National TV Panel Reaches Over 42,000 Households, Comprised of 101,000 Directly Measured Viewers," Nielsen, August 10, 2022, https://www.nielsen.com/news-center/2022/nielsens-industry-leading-u-s-national-tv-panel-reaches-over-42000-household/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def's Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11267 | 6/30/2020 | Nina Gerber, Paul Gerber, and Melanie Volkamer (2018) "Explaining the privacy paradox A systematic review of literature investigating privacy attitude and behavior," Computers & Security | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11268 | 8/20/2019 | Now You Can See and Control the Data That Apps and Websites Share With Facebook, available at https://about.fb.com/news/2019/08/off-facebook-activity/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11269 | 00/00/2022 | Number of apps available in leading app stores as of 3rd quarter 2022, Statista, available at https://www.statista.com/statistics/276623/number-ofapps-available-in-leading-app-stores/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11270 | 7/27/2023 | Nyhan, Brendan et al. (2023) "Like-minded sources on Facebook are prevalent but not polarizing," Nature, 620 137–144, https://doi.org/10.1038/s41586-023-06297-w | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11271 | 00/00/2003 | O Brien, Daniel and Abraham Wickelgren (2003) "A Critical Analysis of Critical Loss Analysis," AntitrustLawJournal, 71(1) 161–184 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11272 | 8/22/2012 | Office of Fair Trading, "Anticipated acquisition by Facebook Inc of Instagram Inc," ME/5525/12, August 22, 2012, https://assets.publishing.service.gov.uk/media/555de2e5ed915d7ae200003b/facebook.pdf | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11273 | 10/28/2010 | Oliver Chiang, "Report  Facebook Is The Fastest Social Network; Twitter And Myspace, Slowest," Forbes, October 28, 2010, https://www.forbes.com/sites/oliverchiang/2010/10/28/report-facebook-is-the-fastest-social-network-twitter-and-myspace-slowest/?sh=2e8d907461dd | N/A | | | Dennis Carlton  Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11274 | 7/29/2020 | Online Platforms and Market Power, Part 6  Examining the Dominance of Amazon, Apple, Facebook, and Google, Hearing Before the Subcommittee on Antitrust, Commercial and Administrative Law of the Committee on the Judiciary House of Representatives One Hundred Sixteenth Congress Second Session, July 29, 2020 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11275 | 6/1/2023 | Order Granting Facebook, Inc.'s Motion for Summary Judgment, District of Columbia v. Facebook, Inc., Civil Action No. 2018-CA-008715-B (D.C. Superior Court, June 1, 2023) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11276 | 4/14/2023 | Order, Regarding Motion to Intervene, Lindabeth Rivera, et al. v. Google LLC, No. 2019-CH-00990 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11277 | 00/00/2017 | Ozan Kuru, Joseph Bayer, Josh Pasek, and Scott W. Campbell (2017) "Understanding and measuring mobile Facebook use  Who, why, and how?" Mobile Media & Communication 5(1) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11278 | 12/6/2016 | P3, Strategy Analytics Team to Analyze Wireless Behavior, Light Reading, December 6, 2016, https://www.lightreading.com/operations/p3-strategy-analytics-team-to-analyze-wireless-behavior | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11279 | 9/4/2014 | Paddy Underwood, "Privacy Checkup is Now Rolling Out," Facebook, September 4, 2014, available at https://about.fb.com/n ews/2014/09/privacy-checkup-is-now-rolling-out/. | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11280 | 00/00/2023 | Panthera Network (2023) https://pantheranetwo rk.com/index.html | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11281 | 4/20/2017 | Parkinson, Gary., "How to Create Content for Facebook Stories," Shutterstock, April 20, 2017, https://www.shutterst ock.com/blog/how-to-create-content-for-facebook-stories | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11282 | 5/17/2021 | Parry, Douglas A., Brittany I. Davidson, Craig J. R. Sewall, Jacob T. Fisher, Hannah Mieczkowski, and Daniel S. Quintana (2021) "A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use," Nature Human Behavior, 5 1535–1547, https://doi.org/10.103 8/s41562-021-01117-5 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11283 | 00/00/2007 | Patricia A. Norberg, Daniel R. Horne, and David A. Horne (2007) "The Privacy Paradox  Personal Information Disclosure Intentions versus Behaviors," Journal of Consumer Affairs 41(1) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11284 | 2/14/2017 | Paul Armstrong, "Facebook Users Posted A Third Less Content In 2016 Than In 2015," Forbes, February 14, 2017, available at https://www.forbes.com/sites/paularmstrongtech/2017/02/14/facebook-users-posted-a-third-lesscontent-in-2016-than-in-2015/?sh=56fa4c68776d | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11285 | 6/30/2017 | Paul Bischoff, "Facebook is pushing Privacy Checkup, but does it go far enough?" Comparitech, June 30, 2017, available at https://www.comparitech.com/blog/vpn-privacy/facebook-is-pushing-privacy-checkup-but-doesit-go-far-enough/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11286 | 7/6/2020 | Perez, Sarah (2020) "Instagram Reels tested in India following TikTok s ban," TechCrunch, https //techcrunch.com/2020/07/06/instagram-reels-arrives-in-india-following-tiktoks-ban/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11287 | 2/10/2015 | Perez, Sarah, "Facebook Adds a New Way to Sell Items in Groups," TechCrunch, February 10, 2015, https://techcrunch.com/2015/02/10/facebook-adds-a-new-way-to-sell-items-in-groups/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11288 | 2/22/2022 | Perez, Sarah, "Facebook Reels Rolls Out Worldwide Along with New Creative Tools and Ads," TechCrunch, February 22, 2022, https://techcrunch.com/2022/02/22/facebook-reels-rolls-out-worldwide-along-with-new-ads-and-creative-tools/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11289 | 9/21/2023 | Perez, Sarah, "Snapchat Now Has Over 5M Paying Users for Snapchat," TechCrunch, September 21, 2023, https://techcrunch.com/2023/09/21/snapchat-now-has-over-5-million-paying-users-forsnapchat/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11290 | 7/27/2020 | Perez, Sarah, "Top Mobile Apps See Declines in Consumer Engagement Amid Increased Competition," TechCrunch, July 27, 2020, https://techcrunch.com/2020/07/27/top-mobile-apps-seedeclines-in-consumer-engagement-amid-increased-competition/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11291 | 00/00/2019 | Peri, Giovanni and Vasil Yasenov (2019) "The Labor Market Effects of a Refugee Wave  Synthetic Control Method Meets the Mariel Boatlift," Journal of Human Resources, 54(2) 267–309, https://ideas.repec.org/a/uwp/jhriss/v54y2019i2p267-309.html | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11292 | 00/00/2008 | Perloff, Jeffrey M., Microeconomics Theory & Applications With Calculus 1st Ed., Boston, Pearson, 2008 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11293 | 00/00/0000 | Permissions with Facebook Login, Facebook, available at https://developers.facebook.com/docs/facebook-login/permissions/overview/ | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11294 | 5/24/2007 | Pete Cashmore, "Facebook Video Launches  YouTube Beware!," Mashable, May 24, 2007, https://mashable.com/archive/facebook-video-launches | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plls' Objections | Def.'s Responses | Def.'s Objections | Plls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11295 | 2/14/2025 | Petition for Permission to Appeal Order Denying Class Certification | N/A | | | Sarah Grabert; Maximilian Klein; Rachel Banks Kupcho | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11296 | 00/00/0000 | Photo & Video Top Free Apps, Apple, available at https://apps.apple.com/us/charts/iphone/photo-video-apps/6008. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11297 | 6/29/2020 | PIB Delhi (2020) "Government Bans 59 mobile apps which are prejudicial to sovereignty and integrity of India, defence of India, security of state and public order," Press Information Bureau, Government of India, https://pib.gov.in/PressReleseDetailm.aspx?PRID=1635206 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11298 | 6/17/2019 | Pinterest Inc. (PINS) CORRECTION Initiating at OP; (Social) Media Platform w/ High Commercial Intent, Wedbush, June 17, 2019 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11299 | 5/18/2021 | Pinterest Introduces Idea Pins Globally and Launches New Creator Discovery Features, Pinterest Newsroom, May 18, 2021, https ://newsroom-archive.pinterest.com/pinterest-introduces-idea-pins-globally-and-launches-new-creator-discovery-features | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11300 | 3/6/2012 | Pinterest is Fun, But There Are Privacy Risks, Trend Micro, March 6, 2012, available at https ://news.trendmicro.com/2012/03/06/pinterest-is-fun-but-there-are-privacy-risks/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11301 | 12/31/2022 | Pinterest, Inc., Form 10-K for the fiscal year ended December 31, 2022 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11302 | 6/00/2021 | Pittman, Russell (2021) "Three Economist s Tools for Antitrust and Merger Analysis  Case Applications," U.S. Department of Justice, Economic Analysis Group Discussion Paper, EAG 21-2, https ://www.justice.gov/atr/page/file/1404436/download | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11303 | 1/18/2023 | Plaintiffs' Response in Opposition to Jodi White Jones' Motion to Intervene, Lindabeth Rivera, et al. v. Google LLC, No. 2019-CH-00990 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11304 | 1/18/2023 | Plaintiffs' Response in Opposition to Jodi White Jones' Motion to Intervene, Lindabeth Rivera, et al. v. Google LLC, No. 2019-CH-00990, Exhibit 3 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11305 | 8/22/2025 | Platform Terms - Meta for Developers, https ://developers fac ebook.com/terms/dfc _platform_terms/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11306 | 12/12/2012 | Platform Updates Operation Developer Love, Facebook, December 12, 2012, available at https ://developers fac ebook.com/blog/post/ 2012/12/12/platform-updates--operation-developerlove/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11307 | 7/27/2012 | Policies & Principles, Google, July 27, 2012, available at https://www.google.com/policies/privacy/archive/20120301-20120727/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11308 | 00/00/2005 | Ponnurangam Kumaraguru and Lorrie Faith Cranor (2005) "Privacy Indexes A Survey of Westin s Studies," Software Research International, Carnegie Mellon University, | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11309 | 00/00/2017 | Pravillika Devineni, Danai Koutra, Michalis Faloutsos, and Christos Faloutsos (2017) "Facebook wall posts a model of user behaviors," Social Network Analysis and Mining 7 6 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11311 | 4/17/2023 | Printout of Sarah Grabert Pinterest Account Page | N/A | | | Sarah Grabert | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11313 | 00/00/0000 | Privacy - Microsoft privacy wepage | N/A | | | Reid Maker | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11314 | 12/28/2015 | Privacy Policy – Privacy & Terms - Google, Princeton-Leuven Longitudinal Corpus of Privacy Policies, December 28, 2015, available at https ://github.com/cit p/privacy-policy-historical/blob/2da50 9ac3a/g/go/goo/googl e.com.md. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 402; 403; 802; 901; FRCP 37(c); | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11315 | 10/28/2015 | Privacy Policy - Snapchat, Princeton-Leuven Longitudinal Corpus of Privacy Policies, October 28, 2015, available at https ://github.com/cit p/privacy-policy-historical/blob/46c91 bafe0/s/sn/sna/snapch at.com.md | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 402; 403; 802; 901; FRCP 37(c); | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11316 | 12/29/2012 | Privacy Policy LinkedIn, Princeton-Leuven Longitudinal Corpus of Privacy Policies, archived on December 29, 2012, available at https ://github.com/cit p/privacy-policyhistorical/blob/ 49ea78c065/l/li/lin/li nkedin.com.md | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 402; 403; 802; 901; FRCP 37(c); | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11317 | 6/16/2011 | Privacy Policy, LinkedIn, June 16, 2011, available at https ://www.linkedin. com/legal/privacy-policy | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 402; 403; 802; 901; FRCP 37(c); | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11318 | 2/25/2005 | Privacy Policy, Myspace, February 25, 2005, available at https://web.archive.or g/web/20050404005 553/http://viewmorepi cs.myspace.com/misc /privacy.html. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 402; 403; 802; 901; FRCP 37(c); | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions that are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11319 | 6/15/2023 | Privacy Policy  What is the Privacy Policy and what does it cover? Meta Privacy Center, June 15, 2023, available at https://www.facebook .com/privacy/policy/. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established, Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11320 | 00/00/0000 | Privacy, Merriam-Webster Dictionary, available at https://www.merriam webster.com/dictionar y/privacy?utm_campa ign=sd&utm_medium =serp&utm_source=j sonld | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11321 | 11/00/2016 | Privacy-policy analysis, Center for Plain Language, available at https://centerforplainl anguage.org/wp-content/uploads/2016 /11/TIME-privacy-policyanalysisreport.p df | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11322 | 00/00/0000 | Profile photo guidelines and conditions, LinkedIn Help, available at https://www.linkedin.com/help/linkedin/answer/a1377087/profile-photo-guidelines-andconditions. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 402; 403; 802; 901; FRCP 37(c); | Rules 401, 402—Exhibit is evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11323 | 3/8/2012 | Protalinski, Emil, "15 Million Used Facebook Credits to Buy Virtual Goods in 2011," ZDNET, March 8, 2012, https://www.zdnet.com/article/15-million-used-facebook-credits-to-buy-virtual-goods-in-2011/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11324 | 6/2/2020 | Protecting privacy in Facebook mobility data during the COVID-19 response, June 2, 2020, available at https://research.facebook.com/blog/2020/06/protecting-privacy-in-facebookmobility-data-during-the-covid-19-response/ | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11325 | 6/30/2017 | Proving Antitrust Damages Legal and Economic Issues 3rd Ed., ABA Book Publishing, June 30, 2017 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11326 | 11/26/2020 | Purhar, Simran, "The 411 on MeWe, the Social Media Platform Gaining Traction From Banned Facebook Users," Popsugar, November 26, 2020, https://www.popsugar.com/tech/what-is-mewe-47980405 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11327 | 00/00/2021 | Snap Inc. Q4 2021 Transcript | N/A | | | Anindya Ghose; Jacob Andreou | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11328 | 8/22/2022 | Queenie Wong, "Instagram Copies 'Anti-Instagram App' BeReal in Latest Experiment," CNET, August 22, 2022, available at https://www.cnet.com/news/social-media/instagram-copies-anti-instagram-app-bereal-in-latestexperiment/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11329 | 9/28/2017 | Raising estimates on encouraging ad checks, Deutsche Bank | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def's Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11330 | 01/00/2015 | Ramon Casadesus-Masanell and Andres Hervas-Drane (2015) "Competing with Privacy," Management Science 61(1) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11331 | 00/00/2021 | Ramona Trestian, Guodong Xie, Pintu Lohar, Edoardo Celeste, Malika Bendechache, Rob Brennan, Evgeniia Jayasekera, Regina Connolly, and Irina Tal (2021) "Privacy in a Time of COVID-19  How Concerned Are You?" IEEE Security & Privacy | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11332 | 6/4/2018 | Reach People Where They re Already Shopping with Ads in Marketplace, Meta, June 4, 2018, https://www.facebook.com/business/news/reachpeople-where-theyre-already-shopping-with-ads-in-marketplace | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11333 | 2/24/2016 | Reactions Now Available Globally, Meta, February 24, 2016, https://about.fb.com/news/2016/02/reactionsnow-available-globally/ | N/A | | | Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11334 | 2/24/2016 | Reactions Now Available Globally, Meta, February 24, 2016, https://about.fb.com/news/2016/02/reactions-now-available-globally/ | N/A | | | Anindya Ghose; Catherine Tucker; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11335 | 5/12/2020 | RealityMine (2020) "Ipsos announces partnership with RealityMine to deliver 'Ipsos iris , the UKOM online audience measurement standard from January 2021,'" https://www.realitymine.com/ipsos-announces-partnership-with-realitymine-to-deliver-ipsos-iris/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11336 | 00/00/2021 | RealityMine (2021) https://www.realitymine.com | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11337 | 9/5/2019 | Reed Albergotti, "How Apple uses its App Store to copy the best ideas," Washington Post, September 5, 2019, available at https://www.washingtonpost.com/technology/2019/09/05/how-apple-uses-its-app-store-copy-best-ideas/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11338 | 06/00/2017 | Reich, Michael, Sylvia Allegretto, and Anna Godoey (2017) "Seattle s Minimum Wage Experience 2015-16," CWED Policy Brief, https://irle.berkeley.edu/files/2017/Seattles-Minimum-Wage-Experiences/2015-16.pdf | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11339 | 9/30/2012 | Relevant Ads That Protect Your Privacy, available at https://www.facebook.com/notes/37076696 52617786/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11340 | 9/28/2017 | Renae Merle, "Scrambling to manage hack backlash, Equifax says new service will give consumers more control of personal data," Washington Post, September 28, 2017, available at https://www.washingtonpost.com/news/business/wp/2017/09/28/scramblingto-manage-hack-backlash-equifax-says new-service-will-give consumers-more-control-of-personal-data/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11341 | 3/26/2015 | Responsibly Sourced Data, Sensor Tower, https://sensortower.com/responsibly-sourced-data | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11342 | 3/9/2021 | Reuters (2021) "Facebook tests feature in India to share Instagram reels on its news feed," https://www.reuters.com/article/us-facebook-instagram-india-idUSKBN2B10AV | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11343 | 12/8/2020 | Reyes, Mariel S. (2020) "Snapchat and Instagram s user growth in Asia-Pacific was aided by India s TikTok ban," Business Insider, https://web.archive.org/web/20230317201630/https://www.businessinsider.com/snapchat-instagram-asiapacific-user-growth-aided-by-india-tiktok-ban-2020 12 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11344 | 3/9/2020 | Ribeiro, Eduardo Pontual and Svetlana Golovanova (2020) "A Unified Presentation of Competition Analysis in Two-Sided Markets," Journal of Economic Surveys, 34(3) 548–571, https://doi.org/10.1111/joes.12362 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11345 | 10/13/2014 | Richard Byrne Reilly, "Peter Thiel Snapchat s photo hack is 'especially problematic ,'" VentureBeat, October 13, 2014, available at https://venturebeat.com/offbeat/peter-thielsnapchats-photo-hack-is-especially-problematic/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11346 | 2/4/2014 | Richard Nieva, "Remember Friendster? Thought so," CNET, February 4, 2014, https://www.cnet.com /tech/services-and-software/remember-friendster-thought-so | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11347 | 1/27/2022 | Richarde Lawler, "Messenger s end-to-end encrypted chats and calls are available to everyone," The Verge, January 27, 2022, available at https://www.theverge. com/2022/1/27/2290 4650/metafacebook-messenger-end-to-end encryption-chat-video call. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11348 | 12/24/2018 | Rita Liao, "China s WeChat is the latest to get Snap-like 'Stories ," TechCrunch, December 24, 2018, https //techcrunch.co m/2018/12/24/wechat-adds-snap-likestories | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11349 | 7/20/2023 | Roach, Tom, "Attention s the Problem, Creativity s the Answer – As Ever," Marketing Week, July 20, 2023, https //www marketin gweek.com/attentions the-problem-creativitys-theanswer-as-ever | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def's Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11350 | 1/9/2020 | Rob Leathern, "Expanded Transparency and More Controls for Political Ads," About Facebook, January 9, 2020, available at https://about.fb.com/news/2020/01/political-ads/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11351 | 00/00/2003 | Rochet, Jean-Charles and Jean Tirole (2003) "Platform Competition in Two-Sided Markets," Journal of the European Economic Association, 1(4) 990–1029 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11352 | 00/00/2006 | Rochet, Jean-Charles and Jean Tirole (2006) "Two-Sided Markets  A Progress Report," The RAND Journal of Economics, 37(3) 645–667, https://www.jstor.org/stable/25046265 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11353 | 2/22/2022 | Rodriguez, Salvador (2022) "Meta s Facebook Escalates TikTok Rivalry, Launches Reels Globally," The Wall Street Journal, https://www.wsj.com/articles/metas-facebook-escalates-tiktok-rivalry-launches-reels-globally-11645549200 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11354 | 11/23/2020 | Rodriguez, Salvador, "Snap is Launching a Competitor to TikTok and Instagram Reels," CNBC, November 23, 2020, https://www.cnbc.com/2020/11/23/snap-launching-acompetitor-to-tiktok-and-instagram-reels.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11355 | 4/9/2021 | Rogers, Bruce, "Sensor Tower Build the 'Nielsen' of the App World," Forbes, April 9, 2021, https://www.forbes.com/sites/brucerogers/2021/04/09/sensor-tower-builds-the-nielsen-of-the-app-world/?sh=6ce41788 2272. See also, "Responsibly Sourced Data," Sensor Tower, https://sensortower.com/responsibly-sourced-data | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11356 | 00/00/1974 | Rohlfs, Jeffrey, "A Theory of Interdependent Demand for a Communications Service," The Bell Journal of Economics and Management Science, Vol. 5, No. 1, 1974 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11357 | 3/28/2017 | Romain Dillet, "Facebook launches Stories in the main Facebook app," TechCrunch, March 28, 2017, available at https://techcrunch.com/2017/03/28/facebook-launches-stories-in-the-mainfacebook-app/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11358 | 7/00/2005 | Romano, Joseph P. and Michael Wolf (2005) "Stepwise Multiple Testing as Formalized Data Snooping," Econometrica, 73(4) 1237–1282, https://www.jstor.org/stable/3598821 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11359 | 2/00/2010 | Romano, Joseph P. and Michael Wolf (2010) "Balanced Control of Generalized Error Rates," The Annals of Statistics, (38)1 598–633, https://doi.org/10.1214/09-AOS734 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11360 | 5/5/2011 | Rosoff, Mark, "Facebook Will Pay Gamers To Watch Video Ads," Business Insider, May 5, 2011, https://www.businessinsider.com/facebook-will-let-users-earn-credits-by-watching-video-ads-in-games-2011-5 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11361 | 10/27/2023 | Roth, Emma, "X Launches Two New Subscriptions to Boost Your Replies," The Verge, October 27, 2023, https://www.theverge.com/2023/10/27/23935317/x-premium-basic-subscriptions-reply-boost-no-ads | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11362 | 7/18/2021 | Routley, Nick, "Timeline Looking Back at 10 Years of Snapchat," Visual Capitalist, July 18, 2021, https://www.visualca pitalist.com/timeline-looking-back-at-10-years-of-snapchat/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11363 | 11/29/2017 | Roy Livne, "Expanding Community on YouTube," YouTube press release, November 29, 2017, https://blog.youtube/n ews-and-events/expandingcom munity-on-youtube | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11364 | 12/9/2009 | Ryan Singel, "Public Posting Now the Default on Facebook," Wired, December 9, 2009, available at https://www.wired.co m/2009/12/facebook-privacy-update/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11365 | 00/00/2012 | Ryan, Stephen and Catherine Tucker, "Heterogeneity and the Dynamics of Technology Adoption," Quantitative Marketing and Economics, Vol. 10, 2012 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11366 | 01/00/2017 | Saleem Alhabash and Mengyan Ma (2017) "A Tale of Four Platforms Motivations and Uses of Facebook, Twitter, Instagram, and Snapchat Among College Students," Social Media + Society | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11367 | 6/13/2022 | Sam Singleton, "I switched from Google to DuckDuckGo s private search  5 big takeaways," PC World, June 13, 2022, https://www.pcworld.com/article/708188/switch-from-google-to-duckduckgo-private-search.html | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11368 | 2/24/2016 | Sammi Krug, "Reactions Now Available Globally," Facebook press release, February 24, 2016, https://about.fb.com/news/2016/02/reactions-now-availableglobally | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11369 | 11/30/2023 | Sanaz Ahari, "New features to celebrate Messages  1 billion RCS users," Google blog, November 30, 2023, https://blog.google/products/android/7-new-messages-features/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11370 | 00/00/2020 | Sang-Hee Kweon, Bo Young Kang, Liyao Ma, Wei Guo, Zaimin Tian, Se-jin Kim, and Heaji Kweon (2020) "Social Media Competition for User Satisfaction A Niche Analysis of Facebook, Instagram, YouTube, Pinterest, and Twitter" | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11371 | 10/26/2020 | Sarah E. Needleman, "Facebook Moves Into Cloud Gaming," Wall Street Journal, October 26, 2020, available at https://www.wsj.com/articles/facebook-moves-into-cloud-gaming-11603713612. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11372 | 00/00/2020 | Sarah Frier (2020) No Filter The Inside Story of Instagram, Simon & Schuster | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11373 | 4/7/2016 | Sarah Frier, "Facebook Wants You to Post More About Yourself," Bloomberg, April 7, 2016, available at https://www.bloomberg.com/news/articles/2016-04-07/facebook-said-to-face-decline-in-people-posting-personal-content | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11374 | 7/10/2016 | Sarah Jacobson Purewal, "Everything you need to know about Google's My Activity page," CNET, July 10, 2016, available at https://www.cnet.com/tech/services-and-software/everything-you-need-to-know-about-googlesmy-activity-page/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11375 | 4/12/2023 | Sarah Perez, "After an investigation exposes its dangers, Pinterest announces new safety tools and parental controls," TechCrunch, April 12, 2023, available at https://techcrunch.com/2023/04/12/after-an-investigation-exposes-its-dangerspinterest-announces-new-safety tools-and-parental-controls/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11376 | 6/29/2015 | Sarah Perez, "As Competition with YouTube Increases, Facebook Overhauls Its Video Analytics," TechCrunch, June 29, 2015, available at https://techcrunch.com/2015/06/29/as-competition-with-youtube-increases-facebook-overhauls-its-video-analytics/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11377 | 8/9/2018 | Sarah Perez, "Facebook is shutting down Friend List Feeds," TechCrunch, August 9, 2018, https://techcrunch.com/2018/08/09/facebook-is-shutting-down-friend-list-feedstoday/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11378 | 12/7/2021 | Sarah Perez, "Facebook s new website lets fans buy 'Stars' without paying the app stores commissions," TechCrunch, December 7, 2021, available at https://techcrunch.com/2021/12/07/facebooks-new-website-lets-fans-buy-stars-without-paying-the-app-stores-commissions/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11379 | 1/19/2022 | Sarah Perez, "Instagram launches early test of creator subscriptions in the US," TechCrunch, January 19, 2022, available at https://techcrunch.com/2022/01/19/instagram-launches-early-test-of-creator-subscriptions-in-the-us/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11380 | 10/8/2018 | Sarah Perez, "Looking back at Google+," TechCrunch, October 8, 2018, available at https://techcrunch.com/2018/10/08/looking-back-at-google/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11381 | 5/18/2021 | Sarah Perez, "Pinterest introduces Idea Pins, a video-first feature aimed at creators," TechCrunch, May 18, 2021, https://techcrunch.com/2021/05/18/pinterest-introduces-idea-pins-a-video-first-feature-aimed-at-creators | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11382 | 6/1/2017 | Sarah Perez, "Skype s Snapchat-inspired makeover puts the camera a swipe away, adds stories," TechCrunch, June 1, 2017, https://techcrunch.com/2017/06/01/skypes-snapchatinspired-makeover-puts-the-camera-a-swipe-away-adds-stories | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11383 | 11/23/2020 | Sarah Perez, "Snapchat launches a TikTok-like feed called Spotlight, kick-started by paying creators," TechCrunch, November 23, 2020, https://techcrunch.com/2020/11/23/snapchat-launches-a-tiktok-like-feed-called-spotlight-kick-started-by-paying-creators | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11384 | 6/21/2016 | Sarah Perez, "Tumblr launches live video support in partnership with YouTube, YouNow and others," TechCrunch, June 21, 2016, available at https://techcrunch.com/2016/06/21/tumblr-launches-live-video-support-in-partnership-with-youtube-younow-and-others/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11385 | 11/17/2020 | Sarah Perez, "Twitter rolls out Stories, aka 'Fleets,  to all users; will also test a Clubhouse rival," TechCrunch, November 17, 2020, https://techcrunch.com/2020/11/17/twitter-rolls-out-stories-aka-fleets-to-all-users-will-also-test-a-clubhouse-rival | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11386 | 10/30/2023 | Satariano, Adam and Christine Hauser, "In Europe, Meta Offers Ad-Free Versions of Facebook and Instagram for First Time," New York Times, October 30, 2023, https://www.nytimes.com/2023/10/30/technology/facebook-meta-subscription-europe.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11387 | 10/30/2023 | Satariano, Adam and Christine Hauser, "In Europe, Meta Offers Ad-Free Versions of Facebook and Instagram for First Time," New York Times, October 30, 2023, https://www.nytimes.com/2023/10/30/technology/facebook-meta-subscription-europe.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11388 | 8/23/2022 | Sato, Mia, "Snap Agrees to $35 Million Settlement Over Privacy Lawsuit," The Verge, August 23, 2022, https://www.theverge.com/2022/8/23/23318545/illinois-snapchat-biometric-privacy-lawsuit-settlement-facebook-location-tracking | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11389 | 00/00/2023 | SavvyConnect (2023) https://surveysavvy.com/savvyconnect/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11390 | 00/00/2014 | Schmalensee, Richard (2014) "An Instant Classic  Rochet & Tirole, Platform Competition in Two-Sided Markets," Competition Policy International, 10(2) 175–180 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11391 | 10/16/2013 | Scott J. Savage and Donald M. Waldman (2013) "The Value of Online Privacy," University of Colorado at Boulder Department of Economics | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11392 | 2/5/2020 | Scott Wallsten, "Competition Analysis in the Attention Economy It s About Time," Technology Policy Institute, February 5, 2020, available at https //techpolicyinstitute.org/publications/antitrust-and-competition/competition-analysis-in-the-attention-economy-its-about-time/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11393 | 1/7/2022 | Search Engine Market Share United States of America, Statcounter, available at https //gs.statcounter.com/search-engine-market-share/all/united-states-of-america. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11394 | 4/28/2011 | Segall, Laurie, "Facebook s $600 Million Virtual Economy," CNN, April 28, 2011, https://money.cnn.com/2011/04/28/technology/facebook_credits/index htm | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11395 | 00/00/0000 | Send a message to someone on Instagram, Instagram Help Center, available at https //help.instagram.com/795416058241092 | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11396 | 00/00/0000 | Send and reply to messages on iPhone, iPhone User Guide, available at https //support.apple.com/guide/iphone/send-and-reply-to-messages-iph82fb73ba3/ios | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11397 | 00/00/0000 | Send Messages, Facebook Help Center, available at https //www.facebook.com/help/487151698161671 | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11398 | 4/8/2011 | Sequoia Invests $8 Million in Messaging App Maker WhatsApp Sources, TechCrunch, April 8, 2011, available at https://techcrunch.com/2011/04/08/sequoia-whatsapp-funding/ | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11399 | 00/00/0000 | Setting up your profile, TikTok, available at https://support.tiktok.com/en/getting-started/setting-up-your-profile. | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11400 | 00/00/2011 | Shah Mahmood and Yvo Desmedt (2011) "Preliminary Analysis of Google+ s Privacy," CSS 11 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11401 | 3/29/2023 | Shani Rosenfelder, "Why app personalization is crucial for mobile app marketing and how to get it right," March 29, 2023, available at https://www.appsflyer.com/blog/mobile-marketing/apppersonalization/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11402 | 1/22/2021 | Shannon Bond, "Fast-Growing Alternative To Facebook And Twitter Finds Post-Trump Surge 'Messy'," NPR, January 22, 2021, available at https://www.npr.org/2021/01/22/958877682/fast-growing-alternative-to-facebook-twitter-finds-right-wing-surge-messy. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11403 | 00/00/2010 | Shapiro, Carl (2010) "The 2010 Horizontal Merger Guidelines From Hedgehog to Fox in Forty Years," Antitrust Law Journal, 77(1) 701–759 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11404 | 00/00/1996 | Shapiro,Carl (1996) "Mergers with DifferentiatedProducts," Antitrust, Spring 1996, https://faculty.haas.berkeley.edu/shapiro/diversion.pdf | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11405 | 00/00/0000 | Share a video on your MeWe page, MeWe, available at https://support.mewe.com/hc/emus/articles/360024834733-Share-a-video-on-your-MeWe-Page | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11406 | 10/4/2021 | Sharla, "Global Outage Affecting Facebook, Instagram and [WhatsApp]," Gravity Junction, October 4, 2021, https://gravityjunction.com/global-outage-affecting-facebook-instagram-and-whats-app/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11407 | 10/6/2021 | Sharma, Yashraj (2021) "Instagram has largely replaced TikTok in India, and erased working-class creators," Rest of World, https://restofworld.org/2021/instagram-and-class-in-india/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11408 | 1/24/2013 | Sharon Profis, "Five things to know as you get started with Vine," CNET, January 24, 2013, https://www.cnet.com/tech/mobile/five-things-to-know-as-you-get-started-withvine | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11409 | 1/24/2020 | Short Video Next Generation Content Creation & Consumption, Oppenheimer & Co., January 24, 2020 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11410 | 00/00/2022 | Shota Ichihashi and Byung-Cheol Kim (2022) "Addictive Platforms," Management Science | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11411 | 10/6/2010 | Siegler, MG, "A Quick First Look at the New Facebook Groups," TechCrunch, October 6, 2010, https://techcrunch.com/2010/10/06/new-facebook-groups/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11412 | 12/14/2021 | Silberling, Amanda (2021) "Snap paid $250 million to creators on its TikTok clone this year," TechCrunch, https://techcrunch.com/2021/12/14/snap-paid-250-million-to-creators-on-its-tiktok-clone-this-year/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11413 | 3/23/2023 | Simona Tolcheva, "Are All Social Media Platforms Becoming the Same?" Make Use Of (MUO), March 23, 2023, https://www.makeuseof.com/social-media-sites-becoming-thesame/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plf' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11414 | 00/00/2020 | Sinan Aral (2020) The Hype Machine How Social Media Disrupts Our Elections, Our Economy, and Our Health – And How We Must Adapt, Currency Press | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11415 | 5/11/2021 | Singer, Amy, "Introducing the YouTube Shorts Fund," YouTube Blog, May 11, 2021, https //blog.youtube/n ews-and-events/introducing-youtube-shorts-fund/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11416 | 6/26/2022 | Skulski, Matt, "Panel App  Get Free Money Just By Installing This App," My Millennial Guide, June 26, 2022, https //www mymillen nialguide.com/panel-app-review/ and https //web.archive.or g/web/20201028075 033/https //www.my millennialguide.com/ panel-app-review/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11417 | 10/8/2018 | Smith, Ben, "Project Strobe  Protecting Your Data, Improving Our Third-party APIs, and Sunsetting Consumer Google+," Google, October 8, 2018, https //blog.google/te chnology/safety-security/project-strobe/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11418 | 00/00/2011 | Smith, H. Jeff, Tamara Dinev, and Heng Xu, "Information Privacy Research An Interdisciplinary Review," MIS Quarterly, Vol. 35, No. 4, 2011 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11419 | 12/31/2022 | Snap Inc. Form 2022 10-K for the fiscal year ended December 31, 2022 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11420 | 11/23/2020 | Snap Inc. Launches Spotlight, a New Entertainment Platform for User Generated Content within Snapchat," Snap Inc., November 23, 2020, https://investor.snap.com/news/news-details/2020/Snap-Inc.-Launches-Spotlight-a-New-Entertainment-Platform-for-User-Generated-Content-within-Snapchat/default.aspx | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11421 | 12/31/2017 | Snap Inc., Form 10-K for the fiscal year ended December 31, 2017 | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def's Objections | Plf's Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11422 | 12/31/2020 | Snap Inc., Form 10-K for the fiscal year ended December 31, 2020 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11423 | 12/31/2022 | Snap Inc., Form 10-K for the fiscal year ended December 31, 2022 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11424 | 10/3/2013 | Snapchat Gets Its Own Timeline With Snapchat Stories, 24-Hour Photo & Video Tales, TechCrunch, October 3, 2013, https ://techcrunch.co m/2013/10/03/snapch at-gets-its-own-timeline-with-snapchat-stories-24-hour-photo-video-tales | N/A | | | Dennis Carlton; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11425 | 00/00/0000 | Snapchat Support, "How to Add Friends on Snapchat," https ://help.snapchat. com/hc/enus/articles/ 7012328615828-How-to-Add-Friends-on-Snapchat# -- text=Ad d%20Friends%20fro m%20Your%20Cont acts%20%F0%9F%9 3%94&text=You%20 can%20see%20which %20data,Snapchat"% 20to%20check%20it %20out! | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11426 | 1/00/2023 | Snapchat, Statista, January 2023 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11427 | 11/00/2023 | Social Media – Social Networking Apps by Total Unique Visitors/Viewers, Comscore, for the month of November 2023 | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11428 | 00/00/0000 | Social Media Political Influence & Lobbying excerpt | N/A | | | Chris DeWolfe | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c) | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11429 | 4/00/2023 | Social media usage worldwide, Statista, April 2023 | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11430 | 9/1/2010 | Social Media  An Interview With The CTO Of Facebook, Think Equity LLC, September 1, 2010 | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11431 | 00/00/0000 | Social Networking Top Free Apps, Apple, available at https://apps.apple.com/us/charts/iphone/social-networking-apps/6005 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11432 | 1/31/2023 | SocialSellinator, "Top 10 Snapchat Features in 2023," LinkedIn, January 31, 2023, https://www.linkedin.com/pulse/top-10-snapchat-features-2023-socialsellinator/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11433 | 3/12/2023 | song-i, "The 9 Most Popular Social Media Apps in Korea 2023 | SNS Apps in South Korea," Korea Truly, March 12, 2023, https://koreatruly.com/popular-social-media-apps-in-korea/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plls' Objections | Def.'s Responses | Def.'s Objections | Plls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11434 | 00/00/2021 | Sophie Veys, Daniel Serrano, Madison Stamos, Margot Herman, Nathan Reitinger, Michelle L. Mazurek, and Blase Ur (2021) "Pursuing Usable and Useful Data Downloads Under GDPR/CCPA Access Rights via Co-Design," Proceedings of Usenix Symposium on Usable Privacy and Security (SOUPS 2021), | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11435 | 00/00/2017 | Spyros Kokolakis (2017), "Privacy Attitudes and Privacy Behaviour  A Review of Current Research on the Privacy Paradox Phenomenon," Computers & Security, 64 122-134 | N/A | | | Dennis Carlton  Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11436 | 00/00/2023 | Srinivasan, Karthik, "Paying Attention," 2023 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11437 | 3/9/2017 | Stan Chudnovsky, "Share Your Day In Messenger," Messenger press release, March 9, 2017, https://about.fb.com/news/2017/03/share-yourday-in-messenger | N/A | | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11438 | 00/00/0000 | statcounter GlobalStats, "Search Engine Market Share United States of America," https //gs.statcounter. com/search-engine-market-share/all/united-states-of-america | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11440 | 00/00/2023 | Stephanie A. Smith and Brandi Watkins (2023) "Millennials Uses and Gratifications on LinkedIn Implications for Recruitment and Retention," International Journal of Business Communication 60(2) | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11441 | 8/00/2021 | Stephanie Chan, "U.S. Consumers Used an Average of 46 Apps Each Month in the First Half of 2021," SensorTower, August 2021, available at https //sensortower.co m/blog/apps-used-per-ussmartphone | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11442 | 6/24/2016 | Stephanie Mlot, "YouTube Launches Mobile Live Streaming," PC Magazine, June 24, 2016, available at https //www.pcmag.c om/news/youtube-launches-mobile-live-streaming | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def's Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11443 | 4/17/2015 | Steve Denning, "Five Reasons Why Google+ Died," Forbes, April 17, 2015, available at https://www.forbes.com/sites/stevedenning/2015/04/17/five-reasons-why-googledied/?sh=870bc5644741 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11444 | 00/00/2011 | Steven Ovadia (2011) "Internet Connection An Early Introduction to the Google+ Social Networking Project," Behavioral & Social Sciences Librarian | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11445 | 3/11/2021 | Stevenson, James (2021) "Application Names, Android Package Name, and ID," Android Software Internals Quick Reference, https://doi.org/10.1007/978-1-4842-6914-5_5 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11446 | 00/00/0000 | Stories, Facebook Messenger Help Center, available at https://www.facebook.com/help/messenger-app/1723687361292230. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11447 | 00/00/0000 | Stories, Signal Support, available at https://support.signal.org/hc/enus/articles/5008009166234-Stories | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11448 | 9/11/2018 | Strategy Analytics Introduces New Wall Street Service Analyzing Mobile Companies, Business Wire, September 11, 2018, https://www.businesswire.com/news/home/20180911005702/en/CORRECTING-and-REPLACING--Strategy-Analytics-Introduces-New-Wall-Street-Service-Analyzing-Mobile-Companies | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11449 | 8/31/2011 | Stuart Dredge, "Instagram boss on Justin Bieber, Android and why he doesn t fear Facebook filters," The Guardian, August 31, 2011, available at https://www.theguardian.com/technology/appsblog/2011/aug/31/instagram-justin-bieber-androidfacebook. | N/A | | | Dennis Carlton  Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11450 | 3/6/2015 | Stuart Dredge, "MySpace – what went wrong  'The site was a massive spaghetti-ball mess ,' The Guardian, March 6, 2015, available at https://www.theguardian.com/technology/2015/mar/06/myspace-what-went-wrong-sean-percival-spotify | N/A | | | Dennis Carlton  Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11451 | 00/00/000 | Suggested accounts, TikTok, available at https://support.tiktok.com/en/account-and-privacy/account-privacy-settings/suggested-accounts | N/A | | | Anindya Ghose; John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11452 | 00/00/2020 | Sunstein, Cass R., "Valuing Facebook," Behavioural Public Policy, Vol. 4, No. 3, 2020, pp. 370–381 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11453 | 9/13/2018 | Survey Aug. 18 US Social Engagement Trends Update, Cowen & Company | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11454 | 6/00/2017 | Susan Athey, Christian Catalini, and Catherine Tucker (June 2017), "The Digital Privacy Paradox  Small Money, Small Costs, Small Talk," NBER Working Paper No. 23488, https://www.nber.org/papers/w23488 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11455 | 7/18/2022 | Tabassum, Saira (2022) "Does Instagram Suggest Users Who Search For You? (Explained)," The Tech Wire, https://www.thetechwire.com/does-instagram-suggest-users-who-search-for-you/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11456 | 10/13/2010 | Takahashi, Dean, "Facebook Credits expands reach globally in deal with PlaySpan," VentureBeat, October 13, 2010, https://venturebeat.com/games/facebook-credits-expands-reach-globally-indeal-with-playspan/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11457 | 10/19/2021 | Talal Ansari, "Netflix Engagement Increased 14% During Facebook Outage," The Wall Street Journal, October 19, 2021, https://www.wsj.com/articles/netflix-engagement-increased-14-during-facebook-outage-11634682873 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11458 | 1/31/2020 | Taulli, Tom, "TikTok Why The Enormous Success?," Forbes, January 31, 2020, https://www.forbes.com/sites/tomtaulli/2020/01/31/tiktok-why-the-enormous-success/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11459 | 5/10/2017 | Taylor Lorenz, "The Facebook Wall is dead – and Facebook is struggling to get personal again," Mic, May 10, 2017, available at https://www.mic.com/articles/176599/the-facebook-wall-isdead-social-network-struggles-to-get-personal-again | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11460 | 9/16/2016 | Taylor, Spencer, "LinkedIn Conversion Tracking for Advertising Lands," LinkedIn, September 16, 2016, https://www.linkedin.com/pulse/linkedin-conversion-tracking-advertising-lands-spencer-taylor/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11461 | 00/00/0000 | Telegram Stories, Telegram, available at https://telegram.org/tour/stories | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11462 | 1/10/2017 | Terry Myerson, "Our continuing commitment to your privacy with Windows 10," Microsoft Blogs, January 10, 2017, available at https://blogs.windows.com/windowsexperience/2017/01/10/continuing-commitment-privacy-windows-10/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11463 | 6/29/2023 | The AI behind unconnected content recommendations on Facebook and Instagram, Meta, June 29, 2023, available at https://ai.meta.com/blog/ai-unconnected-content-recommendationsfacebook-instagram/ | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11464 | 10/00/2017 | The Employment Effects of Minimum Wages  Some Questions We Need to Answer, NBER Working Paper Series, 23584, https://www.nber.org/system/files/working_papers/w23584/w23584.pdf | N/A | | | Dennis Carlton; John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11465 | 00/00/0000 | The Impact of The Creator Economy, The Washington Post, https://www.washingtonpost.com/creativegroup/youtube/the-impact-of-the-creator-economy/ | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11466 | 00/00/2018 | The New and Improved Conversion Pixel (And Attribution Windows)!, Reddit, 2018, https://www.reddit.com/r/RedditforBusiness/comments/a33o6p/the_new_and_improved_conversion_pixel_and/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pl's Objections | Def.'s Responses | Def.'s Objections | Pl's Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11467 | 9/6/2016 | The Rise of Snapchat – Part V, SunTrust Robinson Humphrey | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11468 | 10/13/1992 | The Royal Swedish Academy of Sciences (1992) press release, https://www.nobelprize.org/prizes/economic-sciences/1992/press-release/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11469 | 00/00/2014 | The Royal Swedish Academy of Sciences (2014) "The Prize in Economic Sciences 2014," https://www.nobelprize.org/uploads/2018/06/popular-economicsciences2014.pdf | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11470 | 6/28/2005 | The facebook Privacy Policy, Facebook, via The Wayback Machine, June 28, 2005, available at http://web.archive.org/web/2005080923513 4/www.facebook.com/policy.php. | N/A | | | Anindya Ghose; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Sarah Grabert; Maximilian Klein; Rachel Banks Kupcho; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11471 | 7/5/2023 | Tiahn Wetzler, "ATT two years on  Opt-in rates keep climbing," Adjust, July 5, 2023, https://www.adjust.com/blog/app-tracking-transparency-opt-in-rates/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11472 | 8/5/2020 | Tidy, Joe and Sophia Smith Galer, "TikTok  The Story of a Social Media Giant," BBC News, August 5, 2020, https://www.bbc.com/news/technology-53640724 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11473 | 3/25/2021 | TikTok Creator Fund Your Questions Answered, TikTok, March 25, 2021, https://newsroom.tiktok.com/en-gb/tiktok-creator-fund-your-questions-answered | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11474 | 8/2/2018 | TikTok Press Release, "musical.ly and Tiktok unite to debut new worldwide short-form video platform upgraded app, titled TikTok, now available globally," August 2, 2018, https://newsroom.tiktok.com/en-us/musically-and | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11475 | 00/00/0000 | TikTok, "Finding friends from your contacts," https://support.tiktok.com/en/using-tiktok/followers-and-following/finding-friends-from-your-contacts | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11476 | 12/15/2022 | TikTok, "Turning Passion to Profit WAYS TO MAKE MONEY ON TIKTOK LIVE," December 15, 2022, https://www.tiktok.com/live/creators/en-US/article/turning-passion-to-profit-ways-to-make-money-on-tiktok-live_en-US | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11478 | 7/22/2011 | Tim Bradshaw, "Facebook users in iPhone app revolt," Financial Times, July 22, 2011, available at Https //www ft com/content/abb7b28c-b3b8-11e0-855b-00144feabdc0 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11479 | 00/00/2019 | Tim Wu (2019) "Blind Spot  The Attention Economy and the Law," Antitrust Law Journal | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11480 | 2/4/2014 | Timeline Key dates in Facebook s 10-year history, Associated Press, February 4, 2014, available at https://apnews.com/article/ac9ec5689b5b43509b925756e8549a43. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11481 | 4/5/2018 | Todd Haselton, "Here s how to find what Amazon knows about you," CNBC, April 5, 2018, available at https://www.cnbc.com/2018/04/05/what-does-amazon-know-about-me.html. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11482 | 3/18/2021 | Todd Sherman, "Bringing YouTube Shorts to the U.S.," YouTube blog, March 18, 2021, https://blog.youtube/news-and-events/youtubeshorts-united-states | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11483 | 11/29/2018 | Todd Sherman, "Introducing more ways to share your Stories on YouTube," YouTube blog, November 29, 2018, https://blog.youtube/news-and-events/introducing-more-ways-to-share-your | N/A | | | Dennis Carlton; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def's Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11484 | 8/2/2018 | Todd Spangler, "Musical.ly Is Going Away Users to Be Shifted to Bytedance s TikTok Video App," Variety, August 2, 2018, https ://variety.com/20 18/digital/news/music ally-shutdown-tiktok-bytedance-1202893205 | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11485 | 7/13/2021 | Todd Spangler, "YouTube Shorts, Video Giant s TikTok Copycat, is Rolling Out in 100-Plus Countries," Variety, July 13, 2021, available at https ://variety.com/20 21/digital/news/youtu be-shorts-global-launch-1235018403/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11486 | 00/00/2020 | Toluna (2020) "ESOMAR 37, 37 Questions to help buyers of online sample," https ://tolunacorporat e.com/wp-content/uploads/2020 /07/ESOMAR-37.pdf | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11487 | 3/7/2023 | Tom Alison, "Facebook Today and Tomorrow," Meta post, March 7, 2023, https ://about.fb.com/n ews/2023/03/faceboo k-today-and-tomorrow/ | N/A | | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pfls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Ph' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11488 | 3/12/2015 | Tom Chiarella, "Friendster The Trials and Errors of a Silicon Valley Visionary," Esquire, March 12, 2015, https://www.esquire.com/lifestyle/a33496/friendster-jonathanabrams/ | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11489 | 4/22/2022 | Tom Pritchard, "What is BeReal – and why is it exploding in popularity?" Tom s Guide, April 22, 2022, available at https://www.tomsguide.com/news/what-is-bereal | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11490 | 00/00/2017 | Tomas Chamorro-Premuzic and Nathalie Nahai (2017) "Why We re So Hypocritical About Online Privacy," Harvard Business Review, available at https://hbr.org/2017/05/why-were-so-hypocritical-about-online-privacy | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11491 | 1/3/2024 | Top Charts data, downloaded January 3, 2024, SensorTower | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11492 | 00/00/0000 | Top free social apps, Google Play, available at https://play.google.com/store/apps/category/SOCIAL/?hl=en_US&gl=US. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11493 | 00/00/2011 | Top, Seyfi, Serkan Dilek, and Nurdan Çolakoglu, "Perceptions of Network Effects Positive or Negative Externalities?," Procedia Social and Behavioral Sciences, Vol. 24, 2011 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11494 | 7/14/2011 | Townsville Social Media Marketing, "Google Plus – Setting Up Privacy Settings in Google+ - 2011," YouTube, July 14, 2011, available at https://www.youtube.com/watch?v=z9UgZaVnTOk | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11495 | 6/29/2004 | Troutgirl blog post, "Friendster goes PHP," June 29, 2004, https://web.archive.org/web/20041208100534/http://troutgirl.com/blog/index.php?/archives/22_Friendster_goes_PHP.html | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11496 | 00/00/2018 | Tucker, Catherine, "Network Effects and Market Power  What Have We Learned in the Last Decade?," Antitrust, 2018 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11497 | 00/00/2019 | Tucker, Catherine, "Online Advertising and Antitrust Network Effects, Switching Costs, and Data as an Essential Facility," CPI Antitrust Chronicle, 2019, pp. 1–7 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11498 | 00/00/2023 | Tucker, Catherine, "The Economics of Privacy  An Agenda," The Economics of Privacy, edited by Avi Goldfarb and Catherine Tucker, University of Chicago Press, 2023 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11499 | 00/00/2016 | Tun-Min (Catherine) Jai and Nancy J. King (2016) "Privacy versus reward  Do loyalty programs increase consumers willingness to share personal information with third-party advertisers and data brokers?" Journal of Retailing and Consumer Services | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11500 | 5/17/2012 | Twitter Privacy Policy, Twitter, May 17, 2012, available at https://twitter.com/en/privacy/previous/version_6 | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11501 | 9/8/2014 | Twitter Privacy Policy, Twitter, September 8, 2014, available at https://twitter.com/en/privacy/previous/version_9 | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11503 | 12/31/2020 | Twitter, Inc., Form 10 K for the fiscal year ended December 31, 2020 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11504 | 12/31/2021 | Twitter, Inc., Form 10 K for the fiscal year ended December 31, 2021 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11506 | 2/10/2016 | Twitter, Inc. Still Unclear Whether Twitter Can Fly Again, RBC Capital Markets | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11507 | 10/1/2013 | U.K. CMA press release, "New competition authority comes into existence," October 1, 2013, https://www.gov.uk/government/news/new-competition-authority-comes-into-existence | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11508 | 00/00/2021 | U.S. Bureau of Labor Statistics (2021) "American Time Use Survey," https://www.bls.gov/tus/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11509 | 00/00/2021 | U.S. Bureau of Labor Statistics (2021) "American Time Use Survey. Frequently Asked Questions (FAQs)," https://www.bls.gov/tus/atusfaqs.htm | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11510 | 00/00/2022 | U.S. Bureau of Labor Statistics (2022) "Table 11A. Time spent in leisure and sports activities for the civilian population by selected characteristics, averages per day, 2021 annual averages," https://www.bls.gov/n ews.release/atus.t11A.htm | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11511 | 8/19/2010 | U.S. Department of Justice and the Federal Trade Commission, Horizontal Merger Guidelines, Issued August 19, 2010, https://www.justice.g ov/atr/horizontal-merger-guidelines-08192010 | N/A | | | Dennis Carlton; John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11512 | 6/17/2019 | U.S. Dollars to Euro Spot Exchange Rate [DEXUSEU], The Federal Reserve Bank of St. Louis FRED, https://fred.stlouisfed.org/series/DEXUSEU | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11513 | 9/4/2014 | Underwood, Privacy Checkup is Now Rolling Out, available at https://about.fb.com/n ews/2014/09/privacy-checkup-is-now-rolling-out/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11514 | 8/4/2023 | User Class Rebuttal Report of Catherine Tucker, Maximilian Klein, et al. v. Meta Platforms, Inc., No. 3 20-CV-08570-JD | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11515 | 00/00/2020 | Van den Broeck, Evert, Karolien Poels, and Michel Walrave, "How Do Users Evaluate Personalized Facebook Advertising? An Analysis of Consumer and Advertiser Controlled Factors," Qualitative Market Research An International Journal, Vol. 23, No. 2, 2020, pp. 309–327 | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11516 | 00/00/2008 | van Dijk, Theon and Frank Verboven, "Quantification of Damages," Issues in Competition Law and Policy, Vol. 3, American Bar Association, 2008 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11517 | 00/00/2021 | Vance Wilson, Mark Srite, and Eleanor Loiacono (2021) "The Effects of Item Ordering on Reproducibility in Information Systems Online Survey Research," Communications of the Association for Information Systems 49 | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11518 | 00/00/2016 | Varian, Hal R., "Causal Inference in Economics and Marketing," Proceedings of the National Academy of Sciences, Vol. 113, No. 27, 2016 | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11519 | 1/26/2017 | Verto Analytics Launches Smart Poll to Combine Active Surveys with Passive Cross-Device Consumer Behavioral Measurement, PR Newswire, January 26, 2017, https://www.prnewswire.com/news-releases/verto-analytics-launches-smart-poll-to-combine-active-surveys-with-passive-cross-device-consumer-behavioralmeasurement-300397039.html | N/A | | | Anindya Ghose; Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11520 | 9/20/2011 | Vic Gundotra, "Google+  92, 93, 94, 95, 96, 97, 98, 99… 100," Google blog post, September 20, 2011, https://googleblog.blogspot.com/2011/09/google-92-93-94-95-96-97-98-99-100.html | N/A | | | Dennis Carlton | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11521 | 2/27/2019 | Video Social Networking App Musical.ly Agrees to Settle FTC Allegations That it Violated Children s Privacy Law," February 27, 2019, available at https://www.ftc.gov/news-events/news/press-releases/2019/02/video-social-networking-app-musically-agrees-settle-ftc-allegations-it-violated-childrens-privacy. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11522 | 6/12/2014 | Vindu Goel, "Facebook to Let Users Alter Their Ad Profiles," New York Times, June 12, 2014, available at https://www.nytimes.com/2014/06/13/technology/facebook-to-let-users-alter-their-ad-profiles.html. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11523 | | Withdrawn | | | | | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11524 | 4/00/2015 | Wallsten, Scott (2015) "What Are We Not Doing When We Are Online?" in Avi Goldfarb, Shane Greenstein, and Catherine Tucker, eds., Economic Analysis of the Digital Economy, Chapter 2, 55–82, University of Chicago Press, https://doi.org/10.7208/chicago/9780226069981.003.0002 | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11525 | 5/3/2017 | Ward, Tom, "Oh, Snap Instagram Stories is Killing the Competition," Forbes, May 3, 2017, https://www.forbes.com/sites/tomward/2017/05/03/oh-snap-instagram-stories-is-killing-the-competition/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11526 | 5/16/2018 | Warzel, Charlie, "Shady Marketplaces Selling Fake Facebook Profiles Operate in Plain Sight," Buzzfeed News, May 16, 2018, https://www.buzzfeednews.com/article/charliewarzel/heres-how-easy-itis-to-buy-fake-facebook-profiles | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11527 | 8/14/2023 | Weiner, Ross, "The Increasing Danger of Fraudulent Claims in Class Action Settlements," Certum Group, August 14, 2023, https://certumgroup.com/blog/litigation-news/the-increasing-danger-of-fraudulent-claims-in-class-action-settlements/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11528 | 3/12/2020 | Weir, Melanie, "How to Allow People to Share Your Post on Facebook without Changing Your Account Settings," Business Insider, March 12, 2020, https://www.businessinsider.com/guides/tech/how-to-allow-people-to-share-your-post-on-facebook | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11529 | 00/00/0000 | Weitz-Winer-O Dell Award, American Marketing Association, https://www.ama.org/weitz-winer-odellaward/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11530 | 6/23/2020 | Werner Geyser, "TikTok Live Video A Walkthrough for Marketers," InfluencerMarketing Hub, June 23, 2020, available at https://influencermark etinghub.com/tiktok-live-video/. | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11531 | 00/00/0000 | What is the 'For You feed? TikTok, available at https://support.tiktok.com/en/getting-started/for-you. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11532 | 00/00/2023 | What is This Does Anyone Know? Reddit, 2023, https://www.reddit.com/r/MicrosoftReward s/comments/14szbcr/what_is_this_does_an yone_know/ | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11533 | 10/30/2016 | Where Netflix Sees Potential – and Risks, Wall Street Journal, October 30, 2016, available at https://www.wsj.com/articles/where-netflix-sees-potential-and-risks-1477880280. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11534 | 00/00/0000 | Who can see your connections, LinkedIn Help, available at https://www.linkedin.com/help/linkedin/answer/a540663. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11535 | 10/14/2013 | Who Can View My Snaps and Stories, Snap Newsroom, October 14, 2013, https://newsroom.snap.com/viewing-snaps-stories | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11536 | 00/00/0000 | Why Didn't I Earn My Reward, MobileXpression, https://www.mobilexpression.com/faqanswer | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11537 | 00/00/2021 | Widely Viewed Content Report  What People See on Facebook  Q2 2021 Report, available at https://transparency.meta.com/data/widely-viewed-content-report | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established.; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11538 | 12/17/2014 | Williams, "Facebook is Testing an Official Way to Sell Goods in Groups," The Next Web, December 17, 2014, https://thenextweb.com/news/facebook-testing-official-way-sell-goods-groups | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11539 | 1/17/2022 | Wong, "A look back at Vine – the six-second video app that made us scream, laugh and cry," NBC News, January 17, 2022, available at https://www.nbcnews.com/pop-culture/pop-culture-news/look-back-vine-sixsecond-video-app-made-us-scream-laugh-cry-rcna10910. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11540 | 10/6/2021 | Wong, CK, "How Popular is Telegram in Malaysia (and the Rest of the World)?," Silver Mouse, October 6, 2021, https://www.silvermouse.com.my/blog/how-popular-is-telegram-in-malaysia | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies.; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11541 | 00/00/0000 | X Help Center, "How to share and watch videos on X", available at https://help.twitter.com/en/using-x/x-videos. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11542 | 8/17/2023 | Yaniv Vachtel, "The State of ATT Opt-in Rates in 2023," YouAppi, August 17, 2023, available at https://youappi.com/the-state-of-att-opt-in-rates-in-2023/. | N/A | | | Dennis Carlton; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11543 | 8/4/2023 | Yarkin Tepe, "Your App, Their Way Mobile App Personalization Explained," MobileAction, August 4, 2023, available at https://www.mobileaction.co/blog/app-strategy/your-app-their-way-mobile-app-personalization-explained/ | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11544 | 00/00/2022 | YouGov (2022) "Frequently Asked Questions (FAQs)," https://today.yougov.com/about/faq/ | N/A | | | John List | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11545 | 00/00/0000 | Your LinkedIn Profile, LinkedIn Help, available at https://www.linkedin.com/help/linkedin/answer/a564064. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11546 | 12/19/2012 | Your Twitter archive, Twitter, December 19, 2012, available at https://blog.twitter.com/en_us/a/2012/your-twitter-archive. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11547 | 00/00/0000 | YouTube Premium, YouTube, https://www.youtube.com/premium | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11548 | 12/12/2023 | Yurieff, Kaya, "Facebook Drops Video Rev Sharing in Bet Creators Will Like the Alternative," The Information, December 12, 2023, https://www.theinformation.com/articles/facebook-drops-video-rev-sharing-in-bet-creators-will-like-thealternative | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11549 | 10/17/2018 | Zack Whittaker, "Apple overhauls its privacy pages, and now lets U.S. customers download their own data," TechCrunch, October 17, 2018, available at https://techcrunch.com/2018/10/17/applep rivacy-pages-data-access-requests/. | N/A | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11550 | 2/28/2018 | Zeitlin, Minda, "Even YouTube Stars With 1.4 Million Monthly Viewers Earn Less Than $17,000 a Year, Research Shows," Inc., February 28, 2018, https://www.inc.com/minda-zeitlin/even-youtube-stars-with-14 million-monthly-viewers-earn-less-than-17000-a-year-research-shows.html | N/A | | | Catherine Tucker | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11551 | 9/5/2006 | Zuckerberg, Mark, "Calm down. Breathe. We hear you." Facebook, 5 Sep. 2006, https://www.facebook.com/notes/25648041 9099100/ | N/A | | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance, expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed in expert report(s) and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11552 | 9/25/2020 | ▮▮▮▮▮ | APL-FTCMETA_00005274 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 901; 402 ; 602 | Rules 401, 402—Exhibit is evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11553 | 1/16/2020 | | APL-FTCMETA_00005274 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 901; 402 ; 602 ; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11554 | 10/3/2019 | | APL-FTCMETA_00006817 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 901; 402 ; 602 ; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11555 | 3/19/2021 | | APL-FTCMETA_00007035 | | | Ronak Shah; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; 402 ; 602; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 201, 603—Foundation/personal knowledge will be established and/or Rule 703—expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11556 | 3/24/2021 | | APL-FTCMETA_00009510 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 901; 402 ; 602 ; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11557 | 8/6/2020 | | APL-FTCMETA_00013279 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 901; 402; 403; 602; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11558 | 5/4/2018 | | APL-FTCMETA_00016974 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 901; 402 ; 602 ; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11559 | 2/9/2018 | | APL-FTCMETA_00018459 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 901; 402 ; 403; 602; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11560 | 4/21/2020 | | APL-FTCMETA_00036592 | | | Ronak Shah; Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; 402 ; 403 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 201, 602—Foundation/personal knowledge will be established and/or Rule 703—expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11561 | 00/00/2022 | | APL-FTCMETA_00042353 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 403; 402 ; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11562 | | | APL-KLEIN_00003519 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 403; 402 ; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11563 | 9/25/2020 | ████ | APL-KLEIN_00005274 | | | Anindya Ghose; Ronak Shah | Defense to Plaintiffs' claims | 802; 403; 402 ; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 201, 602—Foundation/personal knowledge will be established and/or Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11564 | | ████ | APL-KLEIN_00012314 | | | Ronak Shah | Defense to Plaintiffs' claims | 802; 901; 402 ; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11565 | 12/10/2016 | ████ | APL-KLEIN_00016037 | | | Anindya Ghose | Defense to Plaintiffs' claims | 802; 901; 402 ; 602; 37(c) | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rule 703—expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, document was produced during discovery; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11566 | 12/31/2021 | ████ | GOOG-META-00041245 | | | Aaron Filner | Defense to Plaintiffs' claims | 802; 901; 402 ; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11567 | 1/21/2010 | | GOOG-META-00559886 | | | Bradley Horowitz | Defense to Plaintiffs' claims | 802; 901; 402; 805 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11568 | 9/25/2017 | | GOOG-META-00666832 | | | Aaron Filner | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, document was produced during discovery; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11569 | 2/9/2015 | | GOOG-META-00743172 | | | Aaron Filner | Defense to Plaintiffs' claims | 802; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, document was produced during discovery; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11570 | 06/05/0000 | | GOOG-META-01881849 | | | Alistair Slattery | Defense to Plaintiffs' claims | 802; 805; 901; FRCP 37(c); | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, document was produced during discovery; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11571 | 00/00/0000 | | GOOG-META-01885976 | | | Alistair Slattery | Defense to Plaintiffs' claims | 106; 802; 402; 901; FRCP 37(c); | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; FRCP 37(1)—Exhibit was timely disclosed, document was produced during discovery; Sponsoring witness identified; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11572 | 00/00/0000 | | GOOG-META-02161365 | | | Aaron Filner | Defense to Plaintiffs' claims | 402; 403; 802; 805; 701 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11573 | 8/26/2021 | | GOOG-META-02212296 | | | Aaron Filner | Defense to Plaintiffs' claims | 402; 403; 802; 805; 701; 901; 106 as underlying quoted surveys not included | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rules 201, 602—Foundation/personal knowledge will be established; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11574 | 9/22/2020 | | GOOG-META-02220875 | | | Aaron Filner | Defense to Plaintiffs' claims | 402; 403; 802; 805; 701; 901; 106 as underlying quoted surveys not included | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rules 201, 602—Foundation/personal knowledge will be established; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11575 | 1/4/2022 | | GOOG-META-02472942 | | | Thomas Kim | Defense to Plaintiffs' claims | 402; 106 as sruvey referenced is not included; 403; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11576 | 10/11/2019 | | GOOG-META-02536890 | | | Aaron Filner | Defense to Plaintiffs' claims | 402; 403; 802; 805; 701; 901; 106 as underlying quoted surveys not included | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rules 201, 602—Foundation/personal knowledge will be established; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11577 | 2/13/2018 | | GOOG-META-03246366 | | | Thomas Kim | Defense to Plaintiffs' claims | 402; 403; 802; 805; 701; 901; 106 as underlying quoted surveys not included and cannot play the embedded vidoes | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rules 201, 602—Foundation/personal knowledge will be established; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11578 | 1/00/2015 | | GOOG-META-03246369 | | | Thomas Kim | Defense to Plaintiffs' claims | 402; 403; 802; 805; 701; 901; 106 as underlying quoted surveys not included | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rules 201, 602—Foundation/personal knowledge will be established; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11579 | 00/00/0000 | | MEWE000080 | | | Mark Weinstein | Defense to Plaintiffs' claims | 403; 701; 802; 805 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plts' Sponsoring | Pltfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plts' Objections | Def.'s Responses | Def.'s Objections | Plts' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11580 | 00/00/0000 | | MEWE000115 | | | Mark Weinstein | Defense to Plaintiffs' claims | 106; 802; 805; 403; 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11581 | 9/29/2020 | | MEWE000570 | | | Mark Weinstein | Defense to Plaintiffs' claims | 403; 701; 802; 805; 106 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11582 | 7/16/2020 | | MEWE001670 | | | Mark Weinstein | Defense to Plaintiffs' claims | 403; 701; 802; 805; 106 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11583 | 1/20/2021 | | MEWE001910 | | | Mark Weinstein | Defense to Plaintiffs' claims | 403; 701; 802; 805; | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11584 | 7/10/2021 | | MEWE005284 | | | Mark Weinstein | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11585 | 7/7/2020 | | MEWE006997 | | | Mark Weinstein | Defense to Plaintiffs' claims | 402; 403; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11586 | 7/2/2019 | | MEWE009330 | | | Mark Weinstein | Defense to Plaintiffs' claims | 402; 403; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11587 | 7/14/2019 | | MEWE009332 | | | Mark Weinstein | Defense to Plaintiffs' claims | 402; 802; 805; 701 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11588 | 12/23/2020 | | MEWE012897 | | | Mark Weinstein | Defense to Plaintiffs' claims | 403; 701; 106 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11589 | 9/28/2018 | | MEWE034695 | | | Mark Weinstein | Defense to Plaintiffs' claims | 402; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11590 | 4/5/2020 | | MEWE038315 | | | Mark Weinstein | Defense to Plaintiffs' claims | 701; 805; 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plts' Sponsoring | Plts' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plts' Objections | Def.'s Responses | Def.'s Objections | Plts' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11591 | 3/25/2018 | | MEWE039432 | | | Mark Weinstein | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11592 | 6/15/2022 | | MEWE045573 | | | Mark Weinstein | Defense to Plaintiffs' claims | 402; 106 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11593 | 10/7/2019 | | PIN - FTC - 0000001064 | | | Julia Roberts | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11594 | 6/29/2017 | | PIN - FTC - 0000001660 | | | Julia Roberts; Anindya Ghose | Defense to Plaintiffs' claims | 701; 403; 802; 805 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rule 701—Not an opinion; or opinion is rationally based on author's perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702 and/or Rules 702, 703—sponsoring witness is qualified to give admissible expert opinion based on facts or data presented and/or expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11595 | 2/25/2019 | | PIN - FTC - 0000005085 | | | Julia Roberts | Defense to Plaintiffs' claims | 701; 403; 802; 805 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author's perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11596 | 00/00/2019 | | PIN - FTC - 0000005086 | | | Julia Roberts | Defense to Plaintiffs' claims | 701; 403; 802; 805 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author's perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11597 | 00/00/2020 | | PIN - FTC - 000005091 | | | Julia Roberts | Defense to Plaintiffs' claims | 701; 403; 802; 805 and cumulative | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11598 | 05/00/2019 | | PIN - FTC - 000005095 | | | Julia Roberts; Anindya Ghose | Defense to Plaintiffs' claims | 701; 403; 802; 805 and 106 for the survey summary | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702 and/or Rules 702, 703—sponsoring witness is qualified to give admissible expert opinion based on facts or data presented and/or expert was made aware of or personally observed the facts or data; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11599 | 5/6/2020 | | PIN - FTC - 000005114 | | | Anindya Ghose | Defense to Plaintiffs' claims | 701; 403; 802; 805; 901; 602 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 702, 703—sponsoring witness is qualified to give admissible expert opinion based on facts or data presented and/or expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11600 | 08/00/2019 | | PIN - FTC - 0000005167 | | | Julia Roberts; Anindya Ghose | Defense to Plaintiffs' claims | 403; 802; 805; 701; 106 and cumulative | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702 and/or Rules 702, 703—sponsoring witness is qualified to give admissible expert opinion based on facts or data presented and/or expert was made aware of or personally observed the facts or data; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11601 | 8/3/2020 | | PIN - FTC - 0000005189 | | | Anindya Ghose | Defense to Plaintiffs' claims | 701; 403; 802; 805; 901 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 702, 703—sponsoring witness is qualified to give admissible expert opinion based on facts or data presented and/or expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11602 | 11/2/2018 | | PIN - FTC - 0000005220 | | | Anindya Ghose | Defense to Plaintiffs' claims | 701; 403; 802; 805; 901 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 702, 703—sponsoring witness is qualified to give admissible expert opinion based on facts or data presented and/or expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plts' Sponsoring | Pltfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pltfs' Objections | Def.'s Responses | Def.'s Objections | Pltfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11603 | 10/20/2020 | | PIN - FTC - 0000005270 | | | Anindya Ghose | Defense to Plaintiffs' claims | 701; 403; 802; 805; 901 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 702, 703—sponsoring witness is qualified to give admissible expert opinion based on facts or data presented and/or expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11604 | 2/00/2018 | | PIN - FTC - 0000005292 | | | Anindya Ghose | Defense to Plaintiffs' claims | 701; 403; 802; 805; 901 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 702, 703—sponsoring witness is qualified to give admissible expert opinion based on facts or data presented and/or expert was made aware of or personally observed the facts or data; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11605 | 08/00/2021 | | PIN - FTC - 0000005863 | | | Julia Roberts | Defense to Plaintiffs' claims | 901; 403; 802; 805 and 106 for the survey summary | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11606 | 00/00/0000 | | PIN - FTC - 0000038196 | | | Julia Roberts | Defense to Plaintiffs' claims | 403; 803; 805 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11607 | 4/21/2021 | | PIN - FTC - 0000047801 | | | Julia Roberts | Defense to Plaintiffs' claims | 402; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11608 | 1/26/2022 | | PIN - FTC - 0000060075 | | | Julia Roberts | Defense to Plaintiffs' claims | 402; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11609 | 01/00/2022 | | PIN - FTC - 0000075001 | | | Julia Roberts | Defense to Plaintiffs' claims | 403; 802; 901; 701; 106 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11610 | 04/00/2021 | | PIN - FTC - 0000076985 | | | Julia Roberts | Defense to Plaintiffs' claims | 602; 802; 901; 106 - draft not final | Rules 201, 602—Foundation/personal knowledge will be established; Rule 801—Is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11611 | 06/00/2021 | | PIN - FTC - 0000085734 | | | Julia Roberts; Anindya Ghose | Defense to Plaintiffs' claims | 602; 802; 901; 701 | Rules 201, 602—Foundation/personal knowledge will be established; Rule 801—Is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11612 | 00/00/2019 | | REDDIT_20cv3590-DDC_00000649 | | | Winter Raymond | Defense to Plaintiffs' claims | 805; 901 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11613 | 9/1/2020 | | REDDIT_20cv3590-DDC_00000838 | | | Winter Raymond | Defense to Plaintiffs' claims | 901; 602; 701; 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11615 | 11/1/2016 | | SNAP – FTC – No. 191-0134 – 0000045828 | | | David Levenson | Defense to Plaintiffs' claims | 402; 802; 805 | Rules 401, 402—Exhibit evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11616 | 9/28/2020 | | SNAP – FTC – No. 191-0134 – 0000050280 | | | David Levenson | Defense to Plaintiffs' claims | 403; 802; 805 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11617 | 9/7/2022 | | SNAP – FTC – No. 191-0134 – 0000050903 | | | David Levenson | Defense to Plaintiffs' claims | 403; 802 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11618 | 8/2/2016 | | SNAP – FTC – No. 191-0134 – 0000068191 | | | Jacob Andreou | Defense to Plaintiffs' claims | 403; 802 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11619 | 11/11/2019 | | SNAP – FTC – No. 191-0134 – 0000083156 | | | David Levenson | Defense to Plaintiffs' claims | 106- cannot access link; 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11620 | 10/8/2020 | | SNAP – FTC – No. 191-0134 – 0000111678 | | | Jacob Andreou | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11621 | 00/00/2021 | | SNAP – FTC – No. 191-0134 – 0000112853 | | | David Levenson | Defense to Plaintiffs' claims | 402; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11622 | 00/00/0000 | | SNAP – FTC – No. 191-0134 – 0000114342 | | | Jacob Andreou | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11623 | 06/00/2022 | | SNAP – FTC – No. 191-0134 – 0000114688 | | | David Levenson | Defense to Plaintiffs' claims | 402; 802; 805; 901 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11624 | 00/00/0000 | | SNAP – FTC – No. 191-0134 – 0000115662 | | | Jacob Andreou; Ash Wahi | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11625 | 10/00/2022 | | SNAP – FTC – No. 191-0134 – 0000116219 | | | Jacob Andreou | Defense to Plaintiffs' claims | 106; 802; 805; 602 | Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together Rules 201, 602—Foundation/personal knowledge will be established; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11626 | 12/00/2021 | | SNAP – FTC – No. 191-0134 – 0000117380 | | | Jacob Andreou; David Levenson | Defense to Plaintiffs' claims | 403; 701 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 701—Not an opinion; or opinion is rationally based on author's perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11627 | 7/16/2021 | | SNAP – FTC – No. 191-0134 – 0000120845 | | | David Levenson | Defense to Plaintiffs' claims | 402; 901 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11628 | 9/8/2022 | | SNAP – FTC – No. 191-0134 – 0000121462 | | | David Levenson | Defense to Plaintiffs' claims | 402; 802; 901; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11629 | 00/00/2021 | | SNAP – FTC – No. 191-0134 – 0000125834 | | | David Levenson | Defense to Plaintiffs' claims | 403; 802; 701 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author's perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11630 | 5/12/2021 | | SNAP – FTC – No. 191-0134 – 0000126300 | | | David Levenson | Defense to Plaintiffs' claims | 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11631 | 00/00/0000 | | SNAP – FTC – No. 191-0134 – 0000129506 | | | David Levenson | Defense to Plaintiffs' claims | 901; 602; 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11632 | 6/2/2020 | | SNAP – FTC – No. 191-0134 – 0000132328 | | | David Levenson | Defense to Plaintiffs' claims | 403; 802 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11633 | 9/15/2021 | | SNAP – FTC – No. 191-0134 – 0000133923 | | | David Levenson | Defense to Plaintiffs' claims | 403; 802 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11634 | 00/00/0000 | | SNAP – FTC – No. 191-0134 – 0000137081 | | | Jacob Andreou | Defense to Plaintiffs' claims | 402; 106 - looks to be a draft | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11635 | 8/19/2020 | | SNAP – FTC – No. 191-0134 – 0000137196 | | | David Levenson | Defense to Plaintiffs' claims | 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11636 | 4/14/2020 | | TIK-00000714 | | | Blake Chandlee | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11637 | 0/00/2020 | | TIK-00000828.001 | | | Vanessa Pappas | Defense to Plaintiffs' claims | 402; 901 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11638 | 7/00/2020 | | TIK-00001808 | | | Adam Presser | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11639 | 00/00/0000 | | TIK-00002127 | | | Adam Presser; Anindya Ghose | Defense to Plaintiffs' claims | 402; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11640 | 00/00/2021 | | TIK-00002173 | | | Adam Presser | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11641 | 8/6/2021 | | TIK-00002233 | | | Adam Presser | Defense to Plaintiffs' claims | 403; 802 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11642 | 00/00/0000 | | TIK-00002566 | | | Adam Presser | Defense to Plaintiffs' claims | 701; 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author's perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11643 | 10/18/2019 | | TIK-00002755 | | | Blake Chandlee | Defense to Plaintiffs' claims | 402; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11644 | 6/21/2020 | | TIK-00193210 | | | Blake Chandlee | Defense to Plaintiffs' claims | 402; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11645 | 1/26/2021 | | TIK-00202672 | | | Vanessa Pappas | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11646 | 00/00/2022 | | TIK-00344066 | | | Blake Chandlee | Defense to Plaintiffs' claims | 802; 805 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plts' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses the | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11647 | 00/00/0000 | | TIK-00345110 | | | Adam Presser; Anindya Ghose | Defense to Plaintiffs' claims | 402; 802; 602 | Rules 401, 402—Exhibit is evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; and Rule 703—Exhibit is the type of facts or data an expert in the field typically relies on and/or the probative value helps the jury on balance; Rules 201, 602—Foundation/personal knowledge will be established and/or Rule 703—expert was made aware of or personally observed the facts or data; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11648 | 03/00/2022 | | TIK-00345206 | | | Adam Presser | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11649 | 01/00/2022 | | TIK-00345349 | | | Blake Chandlee | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11650 | 07/00/2021 | | TIK-00345606 | | | Adam Presser | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11651 | 00/00/2021 | | TIK-00345751 | | | Vanessa Pappas | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11652 | 7/1/2021 | | TIK-00346221 | | | Vanessa Pappas | Defense to Plaintiffs' claims | 402; 802; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11653 | 7/00/2016 | | TWTR-FB00009451 | | | Keith Coleman | Defense to Plaintiffs' claims | 701; 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 701—Not an opinion; or opinion is rationally based on author's perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11654 | 00/00/0000 | | TWTR-FB00020294 | | | Keith Coleman | Defense to Plaintiffs' claims | 802; 805 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11655 | 12/00/2015 | | TWTR-FB00023700 | | | Keith Coleman | Defense to Plaintiffs' claims | 701; 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 701—Not an opinion; or opinion is rationally based on author's perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11656 | 12/00/2015 | | TWTR-KLEIN00024958 | | | Keith Coleman | Defense to Plaintiffs' claims | 701; 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11657 | 2/17/2022 | | TWTR-KLEIN00039976 | | | Keith Coleman | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11658 | 00/00/2020 | | TWTR-KLEIN00048858 | | | Tim Perzyk | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11659 | 1/26/2010 | | TWTR-KLEIN00132045 | | | Coleman, Keith | Defense to Plaintiffs' claims | 602; 402; 802; 805 | Rules 401, 403—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11660 | 11/18/2019 | | TWTR-KLEIN00058347 | | | Tim Perzyk | Defense to Plaintiffs' claims | 802; 805; 602; 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11661 | 9/2/2011 | | TWTR-META00002358 | | | Tim Perzyk | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11662 | 4/00/2020 | | TWTR-META00006381 | | | Keith Coleman | Defense to Plaintiffs' claims | 701; 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11663 | 00/00/2021 | | TWTR-META00010651 | | | Keith Coleman; Tim Perzyk | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11664 | 00/00/0000 | | TWTR-META00011163 | | | Tim Perzyk | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11665 | 8/17/2021 | | TWTR-META00011647 | | | Tim Perzyk | Defense to Plaintiffs' claims | 403; 701 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11666 | 9/10/2020 | | TWTR-META00012398 | | | Keith Coleman | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11667 | 10/00/2017 | | TWTR-META00023707 | | | Keith Coleman | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11668 | 08/00/2021 | | TWTR-META00025786 | | | Keith Coleman | Defense to Plaintiffs' claims | 403; 701; 602; 901; 802 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Rule 901—Exhibit will be properly authenticated by witness and/or Rule 902—Exhibit is self-authenticating; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11670 | 00/00/2022 | | TWTR-META00112632 | | | Tim Perzyk | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11671 | 00/00/0000 | | TWTR-META00118441 | | | Keith Coleman | Defense to Plaintiffs' claims | 402; 802; 106-looks to be a script but not video | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11672 | 8/12/2016 | | TWTR-META00123187 | | | Keith Coleman | Defense to Plaintiffs' claims | 802; 805; 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11673 | 00/00/2016 | | TWTR-META00128370 | | | Tim Perzyk | Defense to Plaintiffs' claims | 403; 701; 901 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 701—Not an opinion; or opinion is rationally based on author s perception, is helpful to clearly understand testimony or determine a fact in issue, and/or is not based on knowledge within the scope of Rule 702; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11674 | 00/00/0000 | | TWTR-META00230998 | | | Keith Coleman | Defense to Plaintiffs' claims | 802; 403 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11675 | 00/00/0000 | Example Snap Screen | N/A | | | Jacob Andreou | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11676 | 00/00/0000 | How We Rank Content on Discovery - Snapchat Support | N/A | | | Jacob Andreou | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11677 | 12/31/2022 | Snap Inc. 2022 Annual Report | N/A | | | Jacob Andreou; David Levenson; Ash Wahi | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11678 | 12/9/2020 | Kantrowitz, Gary Vaynerchuk and TikTok's Blake Chandlee Discuss the 'Ban' | N/A | | | Blake Chandlee | Defense to Plaintiffs' claims | 402; 403; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11679 | 8/4/2020 | Bienaime, TikTok's Blake Chandlee on Working with U.S. Brands Despite Conflict with the White House | N/A | | | Blake Chandlee | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11680 | 10/3/2013 | Twitter, Inc., Registration Statement (Form S-1) (Oct. 3, 2013) | N/A | | | Coleman, Keith | Defense to Plaintiffs' claims | 402; 403; 802; 805; 602 •FRCP 37(c) Failure to disclose in Rule 26(a) or Rule 26(e), or during discovery. | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11681 | 00/00/2021 | Twitter Annual Report for 2021 | N/A | | | Keith Coleman; Tim Perzyk | Defense to Plaintiffs' claims | 402; 403; 802; 805; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11682 | 00/00/2021 | Presentation re Creators & Twitter Opportunities & Insights | N/A | | | Keith Coleman | Defense to Plaintiffs' claims | 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11683 | 3/2/2011 | Complaint, *In the Matter of Twitter Inc.*, Docket No. C-4316, United States Federal Trade Commission | N/A | | | Keith Coleman | Defense to Plaintiffs' claims | 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11684 | 00/00/2020 | Agreement Containing Consent Order, *In the Matter of Twitter Inc.*, Docket No. C-4316, United States Federal Trade Commission | N/A | | | Keith Coleman | Defense to Plaintiffs' claims | 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11685 | 5/26/2022 | Decision and Order, *In the Matter of Twitter Inc.*, Docket No. C-4316, United States Federal Trade Commission | N/A | | | Keith Coleman | Defense to Plaintiffs' claims | 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11686 | 00/00/0000 | Current State Assessment with notes | N/A | | | Keith Coleman | Defense to Plaintiffs' claims | 402; 403; 802; 805; 602 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11687 | 00/00/2021 | Q4 2021 Privacy & Data Protection | N/A | | | Keith Coleman | Defense to Plaintiffs' claims | 402; 403; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pltfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def's Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11688 | 8/25/2016 | WhatsApp Privacy Policy | N/A | | | Brian Acton | Defense to Plaintiffs' claims | 402; 403; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11689 | 6/4/2014 | WhatsApp at StartX with Brian Acton Transcripts from https://www.youtube.com/watch?v=v6PbymjXsto | N/A | | | Brian Acton | Defense to Plaintiffs' claims | Best Evidence Rule- should be video; 106; 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 106—Exhibit is properly complete and contains all parts that in fairness ought to be considered together; Rule 1002—Original will be provided and/or contents of the original not sought to be proved; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason fo objection(s) and supporting authority | | |
| 11691 | 00/00/2020 | Presentation re Industry Stats Staples YouTube Market & Competitive Intelligence | N/A | | | Thomas Kim | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11692 | 10/27/2022 | Tweet from E. Musk re Dear Twitter Advertisers | N/A | | | Tim Perzyk | Defense to Plaintiffs' claims | 402; 901; 602; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11693 | 00/00/0000 | Twitter Help  Your privacy controls for personalized ads | N/A | | | Tim Perzyk | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11694 | 11/26/2022 | Tweet from E. Musk re Slides from my Twitter company talk | N/A | | | Tim Perzyk | Defense to Plaintiffs' claims | 402; 901; 602; 802; 805 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11695 | 9/29/2022 | New video products make it easier to watch what's happening on Twitter | N/A | | | Tim Perzyk | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11696 | 4/12/0000 | Six things we learned from Elon Musk Interview | N/A | | | Tim Perzyk | Defense to Plaintiffs' claims | 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting | | |
| 11697 | 10/5/2021 | Timsit and Mateus, Hello literally everyone Twitter flooded with users during Facebook, Instagram outage | N/A | | | Tim Perzyk | Defense to Plaintiffs' claims | 402; 901; 602; 802; 805; 901; Best Evidence Rule | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Rule 1002—Original will be provided and/or contents of the original not sought to be proved; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11698 | 00/00/0000 | Hector the choco labo TikTok Post | N/A | | | Adam Presser | Defense to Plaintiffs' claims | 402; Best Evidence Rule- actual video post | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 1002—Original will be provided and/or contents of the original not sought to be proved; Standing Order ¶ 15—certain or all objections contain inadequate summary for objection(s) and supporting authority | | |
| 11699 | 9/15/2022 | Introducing more ways to create and connect with TikTok Now | N/A | | | Adam Presser | Defense to Plaintiffs' claims | 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11700 | 00/00/0000 | Edit profile screenshot | N/A | | | Adam Presser | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11701 | 08/00/2022 | ACCC Digital Platform Services Inquiry - March 2023 Report on social media services issues paper | N/A | | | Adam Presser | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11702 | 00/00/0000 | Instagram profile Hector the Choco Labo | N/A | | | Adam Presser | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11703 | 00/00/0000 | Facebook profile Hector the Choco Labo | N/A | | | Adam Presser | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11704 | 3/4/2025 | TikTok, TikTok s Submission to the Australian Government's Exposure Draft Online Safety (Age-Restricted Social Media Platforms) Rules | N/A | | | Adam Presser | Defense to Plaintiffs' claims | 402; 802· FRCP 37(c) Failure to disclose in Rule 26(a) or Rule 26(c), or during discovery. | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11705 | 3/7/2023 | Reddit's new features include a TikTok-style video feed | N/A | | | Winter Raymond | Defense to Plaintiffs' claims | 402; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11706 | 00/00/0000 | Pintrest Help Center Connect, collaborate and share | N/A | | | Julia Roberts | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11707 | 12/31/2020 | Pinterest, Inc. Form 10-K for year ending December 31, 2020 | N/A | | | Julia Roberts | Defense to Plaintiffs' claims | 402; 802; 805; 602; 901 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11708 | 12/31/2021 | Pinterest, Inc. Form 10-K for year ending December 31, 2021 | N/A | | | Julia Roberts | Defense to Plaintiffs' claims | 402; 802; 805; 6 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11709 | 6/16/2014 | Linshi, Pinterest Hacked for Second Time in Four Months | N/A | | | Julia Roberts | Defense to Plaintiffs' claims | 402; 802; 805; 6 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rules 201, 602—Foundation/personal knowledge will be established; Rule 901—Exhibit will be properly authenticated by witness, and/or Rule 902—Exhibit is self-authenticating; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11713 | 5/8/2014 | FTC Press Release Snapchat Settles FTC Charges That Promises of Disappearing Messages Were False | N/A | | | David Levenson | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11715 | 2/4/2025 | Snap Inc., 2024 Annual Report (Form 10-K) | N/A | | | David Levenson | Defense to Plaintiffs' claims | 402; 802· FRCP 37(c) Failure to disclose in Rule 26(a) or Rule 26(e), or during discovery. | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11716 | 9/23/2020 | Declaration of Vanessa Pappas, *TikTok v. Dept. of Commerce*, 20-cv-2658 | N/A | | | Vanessa Pappas | Defense to Plaintiffs' claims | 402 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11717 | 8/19/2021 | Weisholtz, TikTok exec doesn't fear Instagram's competing feature 'You can't copy a community | N/A | | | Vanessa Pappas | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11718 | 7/27/2021 | Apple Says There Are Now Over a Billion Active iPhones | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11719 | 00/00/2022 | Active Users by Month  May 2018 to Sep 2022 (Active Usage - MAU) | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11720 | 00/00/2022 | Active handles by day  Oct 2012 to Sep 2022 (Active Usage - DAU) | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11721 | 00/00/2022 | iMessage Traffic April 2015 to Sep 2022 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11722 | 00/00/2022 | Histogram Handles and Messages from May 2015 to Sept 2022 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11723 | 00/00/2022 | Conversion Type - Handles Type May 2015 to Sep 2022 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11724 | 00/00/2022 | Conversation Type - Message Count May 2015 to Sep 2022 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11725 | 00/00/2022 | Groups Interaaction March 2018 to Sep 2022 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11726 | 00/00/2022 | Groups Sizes March 2018 to Sep 2022 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11727 | 00/00/2023 | Short Table of Users by Sender and Receiver 2015 to 2023 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Plv' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11728 | 00/00/2023 | Long Table of Users by Sender and Receiver 2014 to 2023 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11729 | 00/00/2023 | Long Table of Users by Sender and Receiver 2014 to 2023 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11730 | 00/00/2023 | ShortTable of Users by Sender and Receiver 2014 to 2023 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11731 | 00/00/0000 | Meta, About Conversions API, available at https //www facebook .com/business/help/2 04114870265296575 d=818859032317965 | N/A | | | Chris Cox; Henry Crum; Fred Leach; Dan Levy; Javier Olivan; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 802 FRCP 37(c) Failure to disclose in Rule 26(a) or Rule 26(c), or during discovery. | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11732 | 6/21/2013 | Meta, Important Message from Facebook's White Hat Program, available at https //www facebook .com/notes/10157814 525211886/ | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 402; FRCP 37(c) Failure to disclose in Rule 26(a) or Rule 26(c), or during discovery. | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def' Ex. Purpose | Pls' Objections | Def.'s Responses | Def's Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11733 | 12/4/2007 | Facebook Admits Ad Service Tracks Logged-Off Users, PC World, available at https://abcnews.go.com/amp/Technology/PCWorld/story?id=3946534 | N/A | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 802· FRCP 37(c) Failure to disclose in Rule 26(a) or Rule 26(e), or during discovery. | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11734 | 9/5/2025 | Social Networking 101 | N/A | | | Ronak Shah | Defense to Plaintiffs' claims | 402; 802· FRCP 37(c) Failure to disclose in Rule 26(a) or Rule 26(e), or during discovery. | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; FRCP 37(1)—Exhibit was timely disclosed, and/or substantial justification and/or no harm to Plaintiff will be shown; Document is publicly available; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11735 | 3/28/2018 | Facebook Newsroom It's Time ot Make Our Privacy Tools Easier to Find | PALM-000051313 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11736 | 07/00/2019 | Presentation re Benchmarking Meaningful Connections Across Competitor Platforms Topline Analysis | PALM-000054183 | | | Tom Alison; Chris Cox; Javier Olivan; Alex Schultz; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11738 | 5/24/2018 | Email form T. Kosolcharoen to Market Strategy Updates re Market Strategy Industry Update - May 2018 with attachment | PALM-002257352 | | | Chris Cox; Jon Eide; Naomi Gleit; Erez Naveh; Javier Olivan; Keval Patel; Alex Schultz; Fidji Simo | Defense to Plaintiffs' claims | 802; 805 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11739 | 2/2/2016 | Email from F. Simo to A. Besmehn and W. Cathcart re Video press m-team offsite with attachment | PALM-002318445 | | | Fidji Simo | Defense to Plaintiffs' claims | 802; 805 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11740 | 1/31/2019 | Email from J. Rooney to C. Cox, A. Besmehn et al re Company All Hands 2/5 - draft script/deck with attachment | PALM-002415171 | | | Chris Cox | Defense to Plaintiffs' claims | 802; 805 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11741 | 9/9/2018 | Email from R. Bradley to C. Cox, S. Narasimhan et al re Pew Research | PALM-002438068 | | | Chris Cox; Fidji Simo | Defense to Plaintiffs' claims | 802; 805 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11742 | 12/22/2017 | Email from R. Goodwin to A. Sumner, A. Vora et al re Inform - Industry Headlines + Industry EOY Briefing (12.22) | PALM-002574864 | | | Andrew Bosworth; David Fischer; Rob Goldman; Dan Levy | Defense to Plaintiffs' claims | 802; 805 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11743 | 9/6/2016 | Email from B. Acton to M. Joosse and J. Koum | PALM-002601404 | | | Brian Acton | Defense to Plaintiffs' claims | 403; 805 | Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11744 | 10/28/2009 | Email from K. Hansen to P. Bratach, J. Migdal et al re [BLOG] Mark Kinsey Extending Facebook Share | PALM-003033137 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11745 | 10/28/2009 | Email from K. Hansen to P. Bratach, J. Migdal et al re [BLOG] Mark Kinsey Extending Facebook Share | PALM-003034009 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11746 | 6/27/2014 | Email from M. Nowak from W. Cathcart re Ship Love notes for Ad Preferences / Jake Brill | PALM-003056359 | | | Chris Cox | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11747 | 4/16/2014 | Email from M. Kim to S. Li, D. Wehner et al re MTG Ad Breaks / Video Content investment review with attachment | PALM-003282900 | | | Dan Rose; Fidji Simo; David Wehner | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11748 | 5/6/2013 | Email from M. Hudlack to A. Bosworth re Thoughts on Twitter | PALM-003518548 | | | Andrew Bosworth | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11749 | 10/17/2013 | Email from R. Sim to R. Goldman, Y. Talmor et al re discuss pixel growth with attachment | PALM-004061781 | | | Rob Goldman | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11750 | 6/11/2014 | Email from T. Rathschmidt to M. Steinfeld et al re Announcement of New Interest-Based Advertising and Ad Preferences | PALM-004192926 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11753 | 10/3/2017 | Email from N. Priell to K. Patel, L. Weyer et al re Centercode deal with attachment | PALM-004962879 | | | Erez Naveh; Keval Patel | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11754 | 3/19/2018 | Email from C. Hatfield to M. Smith, F. Simo et al re Creator data | PALM-005526389 | | | Fidji Simo | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11755 | 5/2/2014 | Email from M. Hudack to D. Wehner re HPM May 2 | PALM-005655637 | | | David Wehner | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11756 | 2/23/2019 | Email from F. Simo to M. Zuckerberg, W. Cathcart et al re Influencers | PALM-005943971 | | | Chris Cox; Fidji Simo; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11757 | 2/9/2013 | Email from M. Zuckerberg to W. Cathcart, A. Garg et al re Public Content vs. Twitter | PALM-005944273 | | | Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11758 | 5/30/2018 | Email from F. Simo to M. Zuckerberg, S. Sandberg et al re 2019 video content budget | PALM-005950959 | | | Chris Cox; Dan Rose; Sheryl Sandberg; Fidji Simo; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11759 | 12/17/2010 | Email from P. Rha re FBX Profile Rollout | PALM-005954890 | | | Andrew Bosworth; Chris Cox; Naomi Gleit; Sheryl Sandberg; Alex Schultz; Bret Taylor; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11760 | 5/20/2010 | Email from B. Taylor to B. Schnitt, E. Schrage et al re Cookies for non-FB users with Social Plugins? (AC/priv) | PALM-006002522 | | | Chris Cox; David Fischer; Dan Rose; Sheryl Sandberg; Elliot Schrage; Bret Taylor | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11761 | 10/26/2009 | Email from K. Hansen to F. Delisle, A. Kramer et al re [heads-up] [DEVELOPER BLOG] Mark Kinsey Extending Facebook Share | PALM-006005464 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11762 | 8/2/2017 | Email from K. Anand to C. Cox, D. Danker et al re Core App Live Gaming Strategy with attachment | PALM-006006083 | | | Andrew Bosworth; Chris Cox; Dan Rose; Fidji Simo; Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs' claims or Meta's Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11763 | 7/13/2016 | Email from M. O'Connor, C. Cox et al re REVISED  MZ All-Hands script | PALM-006007829 | | | Chris Cox; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11764 | 4/11/2018 | Email from C. Cox to M. Zuckerberg and A. Besmehn re Airplane Reading - Stories and FB engagement with attachment | PALM-006013191 | | | Chris Cox; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.' Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11765 | 4/26/2010 | Email from M. Hicks re [heads-up] Answers to Your Questions on Personalized Web Tools—now live on Facebook Blog | PALM-006022513 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11766 | 2/20/2018 | Email from B. Acton to M. Zuckerberg et al. re news about me with attachment | PALM-006081772 | | | Brian Acton | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11767 | 3/6/2017 | Email from S. Shum to D. Liu, M. Zuckerberg et al re Platform and Marketplace - Games with attachment | PALM-006243283 | | | Andrew Bosworth; Dan Rose; Fidji Simo; Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11768 | 10/17/2015 | Email from C. Marooney to M. Zuckerberg, A. Besmehn et al re Friday's Q&A feedback with attachment | PALM-006282177 | | | Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11769 | 7/6/2016 | Email from J. Thaw to M. Zuckerberg, C. Marooney et al re Q&A scorecard-July 1 with attachment | PALM-006316887 | | | Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11770 | 1/8/2009 | Email from G. Yu to M. Zuckerberg re Compete says we've passed MySpace | PALM-006316907 | | | Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11771 | 6/19/2018 | Email from C. Cox to R. Sherman, E. Egan et al re DC PREP Shadow Profiles | PALM-006335014 | | | Chris Cox; Erin Egan | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11772 | 10/25/2017 | Email from S. Watt to F. Simo, D. Daniker and L. Wang re Video industry background / watch strategy with attachments | PALM-007910856 | | | Fidji Simo | Defense to Plaintiffs' claims | 802; Best Evidence Rule | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Rule 1002—Original will be provided or contents of the original not sought to be proved; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11774 | 2/22/2018 | Email from A. Mosseri to K. Weil re [Core App FYI] # Meaningful Social Interactions | PALM-008611776 | | | Fidji Simo | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11775 | 10/31/2013 | Email from F. Simo to M. Zuckerberg re TikTok with attachment | PALM-008880492 | | | Fidji Simo; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11776 | 10/6/2018 | Email from P. Rajwat to Media re Video Monthly Update - September 2018 | PALM-009828395 | | | Andrew Bosworth; Chris Cox; Jon Eide; David Fischer Naomi Gleit; Rob Goldman; Dan Rose; Sheryl Sandberg; Fidji Simo; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11777 | 10/15/2013 | Email from D. Ebersman to D. Wehner re Twitter Q3 Earnings Highlights | PALM-009837240 | | | David Wehner | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11778 | 8/12/2019 | Email from J. Lin to A. Howard, J. Lin et al re [Privacy Decisions] Off-Facebook Activity Control [L20216PRV] | PALM-009843385 | | | Erin Egan | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11779 | 12/5/2010 | Email from P. Deng re [heads-up] FBX Profile has launched | PALM-010072694 | | | Chris Cox; Naomi Gleit; Bret Taylor; Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11780 | 2/9/2015 | Email from J. Parikh to C. Cox re HPM | PALM-010360357 | | | Chris Cox; Jay Parikh | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11781 | 00/00/0000 | Presentation re Ads Supply Dynamics | PALM-011098161 | | | Chris Cox; Erin Egan; Michel Protti; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11782 | 10/23/2013 | Email from S. Mellon to R. Goldman re OBA Question | PALM-011144801 | | | Rob Goldman | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11783 | 7/13/2017 | Email from S. Satterfield to M. Perault, S. Kretschmer et al re Global Policy Issues Meeting  Yesterday's Presentation on the Value of Data with attachment | PALM-011562148 | | | Erin Egan; Elliot Schrage | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11784 | 8/20/2019 | Facebook, Now You Can See and Control the Data That Apps and Website Share with Facebook | PALM-011751458 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11785 | 4/20/2015 | Email from R. MacDonald to S. Sher and K. Papamiltiadis re Extension from FB Graph API V2.0 with attachments | PALM-011874271 | | | Ime Archibong | Defense to Plaintiffs' claims | 402; 403; 802 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs  claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11786 | 2/5/2020 | Email from M. Protti re [Privacy FYI] Eight Expectations of the Privacy Community | PALM-011965144 | | | Michel Protti; Dan Levy | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11787 | 2/2/2020 | Email from V. Raji to F. Simo, J. Hegeman and P. Monga re Lasso talking points for Fidji | PALM-012010137 | | | Fidji Simo | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11788 | 4/6/2020 | Email from C. Sutton to F. Simo, M. Hull et al re Creation Strategy | PALM-012011859 | | | Fidji Simo | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11789 | 00/00/0000 | Presentation re FB BOD 3.28 | PALM-012224301 | | | Andrew Bosworth; Chris Cox; Erin Egan; Michel Protti; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11790 | 11/24/2009 | Email from S. Axten to T. Sparapani, R. Allan and B. Schnitt re Action Plan for Floodgate Pre-Launch Briefings with attachment | PALM-012941676 | | | Barry Schnitt | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11791 | 12/18/2009 | Email from A. Noyes to B. Schnitt re privacy-eWeek | PALM-012941967 | | | Barry Schnitt | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11792 | 9/13/2011 | Email from A. Noyes to B. Schnitt and K. O'Neil re Corrections-NYT OpEd | PALM-012952321 | | | Barry Schnitt | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11793 | 2/21/2012 | Email from T. Kulow to B. Schnitt et al re Cokies, IE and P3P | PALM-012955575 | | | Barry Schnitt | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11794 | 5/3/2012 | Email from J. Schopfin to B. Schnitt and D. Frost re Updated  DUP press plan with attachment | PALM-012956513 | | | Barry Schnitt; Erin Egan | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11795 | 10/16/2020 | Email from S. Martin to Directors Globael, et al re LEADERSHIP BRIEFING  Building a Privacy Foundation For Now and for the Future | PALM-013000498 | | | Tom Alison; David Baser; Andrew Bosworth; Curtiss Cobb; Erin Egan; Jon Eide; David Fischer; Naomi Gleit; Dan Levy; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Sheryl Sandberg; Ben Savage; Alex Schultz; Gregg Stefancik; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11796 | 9/20/2019 | Email from R. Dadlani to G. Dance and T. Bounds re Advance heads up | PALM-013786570 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11797 | 8/23/2018 | Email from K. Waddell to D. Fischer re Heads Up myPersonality | PALM-014087610 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11798 | 9/10/2020 | Presentation re Facebook Board of Directors Meeting Materials | PALM-014346030 | | | Andrew Bosworth; Chris Cox; Erin Egan; Michel Protti; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11799 | 5/27/2021 | Presentation re Facebook Board of Directors Meeting Materials | PALM-014346123 | | | Andrew Bosworth; Chris Cox; Erin Egan; Michel Protti; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11800 | 8/29/2011 | Email from E. Schrage to C. Cox, E. Antonow et al re Privacy Policy with attachment | PALM-014349343 | | | Chris Cox; Barry Schnitt; Elliot Schrage | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11801 | 4/22/2020 | Email from C. Hilton to E. Naveh, S. Ben-Zedoff et al re LaMa Training Summary with attachment | PALM-014365583 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11802 | 00/00/0000 | Presentation re Product Director, Video and Ads in News Feed by Fidji Simo | PALM-014539401 | | | Fidji Simo | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11803 | 2/11/2021 | Presentation re Instagram Update Facebook Board of Directors | PALM-014715445 | | | Andrew Bosworth; Chris Cox; Erin Egan; Michel Protti; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11804 | 00/00/0000 | Presentation re Reels and Creators on Instagram | PALM-014719387 | | | Andrew Bosworth; Chris Cox; Erin Egan; Michel Protti; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11805 | 9/2/2021 | Presentation re Reels Update | PALM-014720316 | | | Andrew Bosworth; Chris Cox; Erin Egan; Michel Protti; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11806 | 00/00/0000 | Presentation re Reels Summary | PALM-014723834 | | | Andrew Bosworth; Chris Cox; Erin Egan; Michel Protti; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11807 | 8/20/2020 | Email from N. Mathur to M. Schroepfer, R. Srinivasan et al re Reels and ranking with attachment | PALM-014797681 | | | Chris Cox | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plfs' Objections | Def.'s Responses | Def.'s Objections | Plfs' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11808 | 10/23/2020 | User Data Deletion Policy | PALM-014818302 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11809 | 9/8/2006 | Meta, Facebook Launches Additional Privacy Controls for the News Feed and Mini-Feed | PALM-014821234 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11810 | 5/24/2007 | Meta, Facebook Unveils Platform for Developers of Social Applications | PALM-014821239 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11811 | 12/6/2007 | Meta, Announcement Facebook Users Can Now Opt-Out of Beacon Feature, available at https://about.fb.com/news/2007/12/announcement-facebook-users-can-now-opt-out-of-beacon-feature/ | PALM-014821264 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11812 | 11/29/2011 | Meta, Our Commitment to the Facebook Community | PALM-014821350 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11813 | 5/11/2012 | Meta, Enhancing Transparency In Our Data Use Policy | PALM-014821426 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11814 | 9/30/2012 | Meta, Relevant Ads That Protect Your Privacy | PALM-014821453 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11815 | 5/24/2018 | Meta, Pardon the Interruption It's About Your Privacy | PALM-014821646 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plts' Sponsoring | Plts' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Plts' Objections | Def.'s Responses | Def.'s Objections | Plts' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11816 | 12/18/2018 | Meta, Let's Clear Up a Few Things About Facebook's Partners | PALM-014821929 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11817 | 1/27/2019 | Meta, Marking Data Privacy Day 2019 | PALM-014821937 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11818 | 6/27/2019 | Meta, We're Updating Our Terms of Service to Better Explain How Facebook Works | PALM-014822145 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11819 | 7/24/2019 | Meta, Cleaning Up Data Access for Partners | PALM-014822157 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Plfs' Sponsoring | Plfs' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11820 | 9/3/2019 | Meta, An Update About Face Recognition on Facebook | PALM-014822184 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11821 | 1/28/2021 | Meta, Recapping Our Privacy Controls on Data Privacy Day | PALM-014822332 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11822 | 11/2/2021 | Meta, An Update On Our Use of Face Recognition | PALM-014822697 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11823 | 4/4/2018 | Meta, An Update on Our Plans to Restrict Data Access on Facebook | PALM-014823964 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11825 | 4/23/2018 | Meta, Hard Questions  What Information Do Facebook Advertisers Know About Me? | PALM-014824041 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11826 | 5/1/2018 | Meta, F8 2018 Sharing to Stories, AR Camera Effects, Oculus Go and More Highlights From Day 1 | PALM-014824049 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11827 | 5/1/2018 | Meta, Getting Feedback on New Tools to Protect People's Privacy | PALM-014824064 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11829 | 8/29/2018 | Meta, Facebook Watch is Going Global | PALM-014824190 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plts' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11831 | 1/28/2020 | Meta, Starting the Decade by Giving You More Control Over Your Privacy | PALM-014824389 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11833 | 7/1/2020 | Meta, Improving Data Limits for Infrequently Used Apps, Simplifying Platform Terms and Developer Policies | PALM-014824460 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11834 | 10/2/2020 | Meta, A Path Forward for Privacy and Online Advertising | PALM-014824539 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11836 | 6/8/2013 | Meta, Personal Response from Mark Zuckerberg About PRISM | PALM-014824590 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Plls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11837 | 6/12/2014 | Meta, Making Ads Better and Giving People More Control Over the Ads They See | PALM-014824759 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11841 | 00/00/0000 | Shops & Business Messaging | PALM-016410733 | | | Chris Cox; Fred Leach; Dan Levy; Sheryl Sandberg; Alex Schultz; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 402; 403 | Rules 401, 402—Exhibit contains evidence relevant to Plaintiffs claims or Meta s Defenses; Rules 401, 403—Not prejudicial or otherwise subject to Rule 403 and/or balance favors admissibility; not cumulative; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11846 | 6/2/2010 | Email from D. McCullagh to B. Schnitt re Facebook / privacy groups | PALM-016440890 | | | Barry Schnitt | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11847 | 00/00/0000 | iOS/Android long term plans - for 1st party data collection (WIP) | PALM-016611329 | | | Erez Naveh; Keval Patel | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11848 | 11/11/2009 | Email from B. Schnitt to J. Sullivan re question re. new privacy TOS commenting period, and notification of said period | PALM-016613700 | | | Barry Schnitt | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11849 | 11/7/2013 | Email from S. Rajaram to R. Goldman, H. Cheng et al re Offsite conversion data and Ranking | PALM-016653828 | | | Rob Goldman | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11850 | 7/6/2015 | Email from S. Kleinert to E. Israel et al re FYI  Movile Privacy Checkup starts testing today 7/6 with attachment | PALM-016679334 | | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |

| Trial Ex. No. | Date | Name/Description | Begin Bates No. | Pls' Sponsoring | Pls' Ex. Purpose | Def.'s Sponsoring Witness | Def.' Ex. Purpose | Pls' Objections | Def.'s Responses | Def.'s Objections | Pls' Responses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11851 | 00/00/2021 | Reels and Creators 2021H2/2022H1 | PALM-017017569 | | | Chris Cox | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |
| 11852 | 12/22/2020 | Presentation re Lookback Commitments Historical Commitments Deep Dive | PALM-017035398 | | | David Baser; Erin Egan; Michel Protti; Gregg Stefancik | Defense to Plaintiffs' claims | 802 | Rule 801—Exhibit is not hearsay and/or contains portions which are not hearsay; and/or Rules 803, 804, 805, 807—hearsay exception applies; Standing Order ¶ 15—certain or all objections contain inadequate summary of reason for objection(s) and supporting authority | | |