**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (Bar No. 217895)
  shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

*Attorneys for Plaintiffs Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho*

[additional counsel information listed on the signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

*Attorneys for Defendant Meta Platforms, Inc.*

[additional counsel information listed on the signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., | Case No. 3:20-cv-08570-JD |
| Plaintiffs, | |
| v. | **ERRATA TO JOINT TRIAL EXHIBIT LIST** |
| META PLATFORMS, INC., a Delaware Corporation, | Judge: Hon. James Donato |
| Defendant. | Pretrial Conference Date: September 25, 2025<br>Time: 1:30 p.m.<br>Courtroom: 11 |

The Parties respectfully submit this errata to the Joint Trial Exhibit List filed on September 11, 2025. The trial exhibit lists filed at Dkt. 987 inadvertently included incorrect identifications of sponsoring witness(es) for certain of the exhibits listed. The table below lists the exhibit numbers at issue, the previously listed sponsoring witness(es) information, and corrections to the sponsoring witness(es) information for those exhibits.

The Parties continue to reserve the right to introduce for any appropriate purpose any admissible exhibits contained in the Joint Trial Exhibit List through any trial witness subject to establishing a proper foundation, including but not limited to the identified sponsoring witness(es) on the Undisputed Trial Exhibit List, Disputed Trial Exhibit List, and this errata. *See* Dkt. 987-3.

| Trial Ex. No. | Original Def's Sponsoring Witness | Corrected Def's Sponsoring Witness |
|---|---|---|
| 1897 | Mark Weinstein | |
| 1897.1 | | Mark Weinstein |
| 1933 | Sagee Ben-Zedeff; Erez Naveh; Catherine Tucker | |
| 2214 | | Sagee Ben-Zedeff; Erez Naveh; Catherine Tucker |
| 2501 | Dennis Carlton; Anindya Ghose | |
| 2503 | Catherine Tucker | |
| 2506 | | Dennis Carlton; Anindya Ghose |
| 2507 | | Catherine Tucker |
| 2659 | Reid Maker | |
| 2716 | Reid Maker | |
| 2717 | Reid Maker | |
| 2718 | | Reid Maker |
| 2719 | Reid Maker | |
| 2720 | | Reid Maker |
| 2721 | | Reid Maker |
| 2722 | Reid Maker | |
| 2726 | | Reid Maker |
| 2727 | | Reid Maker |
| 2729 | | Reid Maker |
| 2937 | John List; Keval Patel | |
| 2941 | | John List; Keval Patel |

| Trial Ex. No. | Original Def's Sponsoring Witness | Corrected Def's Sponsoring Witness |
|---|---|---|
| 2944 | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | |
| 2945 | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | |
| 2964 | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg |

| Trial Ex. No. | Original Def's Sponsoring Witness | Corrected Def's Sponsoring Witness |
|---|---|---|
| 2967 | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg |
| 2968 | Anindya Ghose | |
| 5002 | | Anindya Ghose |
| 5056 | Dennis Carlton | |
| 5060 | | Dennis Carlton |
| 5063 | Debbie Weinstein | |
| 5064 | Debbie Weinstein | |
| 5065 | Debbie Weinstein | |
| 5066 | Debbie Weinstein | |
| 5067 | | Debbie Weinstein |
| 5068 | | Debbie Weinstein |
| 5069 | | Debbie Weinstein |
| 5070 | | Debbie Weinstein |
| 5158 | Anindya Ghose | |
| 5162 | | Anindya Ghose |
| 5176 | Anindya Ghose | |
| 5177 | Anindya Ghose; Naomi Gleit | |
| 5180 | | Anindya Ghose |
| 5181 | | Anindya Ghose; Naomi Gleit |
| 5183 | Dennis Carlton | |
| 5187 | | Dennis Carlton |
| 5221 | Anindya Ghose | |
| 5222 | Anindya Ghose | |
| 5225 | | Anindya Ghose |
| 5226 | | Anindya Ghose |
| 5240 | | Catherine Tucker |
| 5265 | Chris DeWolfe | |
| 5266 | Chris DeWolfe | |
| 5269 | | Chris DeWolfe |
| 5270 | Chris DeWolfe | Anindya Ghose; Chris DeWolfe |
| 5278 | Anindya Ghose | |
| 5282 | | Anindya Ghose |
| 5284 | Erez Naveh; Catherine Tucker | |

| Trial Ex. No. | Original Def's Sponsoring Witness | Corrected Def's Sponsoring Witness |
|---|---|---|
| 5288 | | Erez Naveh; Catherine Tucker |
| 5304 | Catherine Tucker | |
| 5308 | | Catherine Tucker |
| 5316 | Curtiss Cobb; Anindya Ghose; Alex Schultz | |
| 5320 | | Curtiss Cobb; Anindya Ghose; Alex Schultz |
| 5393 | Anindya Ghose; Catherine Tucker; David Baser | |
| 5397 | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew; Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | Anindya Ghose; Catherine Tucker; David Baser |
| 5401 | | Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Sarah Grabert; Maximilian Klein; Rachel Banks Kupcho; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg |
| 5419 | Anindya Ghose; Debbie Weinstein | |
| 5423 | | Anindya Ghose; Debbie Weinstein |

| Trial Ex. No. | Original Def's Sponsoring Witness | Corrected Def's Sponsoring Witness |
|---|---|---|
| 5433 | Dennis Carlton; John List; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | |
| 5437 | | Dennis Carlton; John List; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg |
| 5446 | Anindya Ghose | |
| 5450 | | Anindya Ghose |
| 5458 | Anindya Ghose; Alex Schultz; Fidji Simo; Mark Zuckerberg | |
| 5462 | | Anindya Ghose; Alex Schultz; Fidji Simo; Mark Zuckerberg |
| 5463 | John List | |
| 5467 | | John List |
| 5469 | Tom Cunningham; John List | |
| 5473 | | Tom Cunningham; John List |
| 5529 | Dennis Carlton | |
| 5533 | | Dennis Carlton |

| Trial Ex. No. | Original Def's Sponsoring Witness | Corrected Def's Sponsoring Witness |
|---|---|---|
| 5537 | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | |
| 5541 | Catherine Tucker | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg |
| 5545 | | Catherine Tucker |
| 5556 | John List; Fidji Simo | |
| 5560 | | John List; Fidji Simo |
| 5562 | Anindya Ghose | |
| 5563 | Anindya Ghose; Keval Patel | |
| 5564 | Anindya Ghose | |

| Trial Ex. No. | Original Def's Sponsoring Witness | Corrected Def's Sponsoring Witness |
|---|---|---|
| 5565 | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg | |
| 5566 | | Anindya Ghose |
| 5567 | | Anindya Ghose; Keval Patel |
| 5568 | | Anindya Ghose |
| 5569 | | Dennis Carlton; Tom Alison; Ime Archibong; Lars Backstrom; David Baser; Sagee Ben-Zedeff; Andrew Bosworth; Stacy Chen; Curtiss Cobb; Chris Cox; Henry Crum; Tom Cunningham; Erin Egan; Jon Eide; John Fernandes; David Fischer; Naomi Gleit; Rob Goldman; Fred Leach; Dan Levy; Erez Naveh; Javier Olivan; Jay Parikh; Keval Patel; Michel Protti; Dan Rose; Sheryl Sandberg; Ben Savage; Ben Schnitt; Elliot Schrage; Alex Schultz; Fidji Simo; Gregg Stefancik; Bret Taylor; David Wehner; Mark Zuckerberg |

1   DATED:  September 16, 2025                    Respectfully submitted,

2   By:  */s/ Shana E. Scarlett*                   By:  */s/ Kevin Y. Teruya*

3   **HAGENS BERMAN SOBOL SHAPIRO LLP**           **QUINN EMANUEL URQUHART & SULLIVAN,**
    Shana E. Scarlett (Bar No. 217895)            **LLP**
4     shanas@hbsslaw.com                          Kevin Y. Teruya (Bar No. 235916)
    715 Hearst Avenue, Suite 202                    kevinteruya@quinnemanuel.com
5   Berkeley, CA 94710                            Adam B. Wolfson (Bar No. 262125)
    Telephone:  (510) 725-3000                      adamwolfson@quinnemanuel.com
6                                                 Brantley I. Pepperman (Bar No. 322057)
    Steve W. Berman (*pro hac vice*)                brantleypepperman@quinnemanuel.com
7     steve@hbsslaw.com                           865 South Figueroa Street, 10th Floor
    1301 Second Avenue, Suite 2000                Los Angeles, CA 90017-2543
8   Seattle, WA 98101                             Telephone:  (213) 443-3000
    Telephone:  (206) 623-7292
9                                                 Michelle Schmit (*pro hac vice*)
                                                    michelleschmit@quinnemanuel.com
10  **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**          191 N. Wacker Drive, Suite 2700
    W. Joseph Bruckner (*pro hac vice*)           Chicago, IL 60606-1881
11    wjbruckner@locklaw.com                      Telephone:  (312) 705-7400
    Robert K. Shelquist (*pro hac vice*)
12    rkshelquist@locklaw.com                     Manisha M. Sheth (*pro hac vice*)
    Brian D. Clark (*pro hac vice*)                 manishasheth@quinnemanuel.com
13    bdclark@locklaw.com                         51 Madison Avenue, 22nd Floor
    Rebecca A. Peterson (Bar No. 241858)          New York, New York 10010
14    rapeterson@locklaw.com                      Telephone:  (212) 849-7000
    Arielle S. Wagner (*pro hac vice*)
15    aswagner@locklaw.com
    Kyle J. Pozan (*pro hac vice*)                *Attorneys for Plaintiffs Maximilian Klein,*
16    kjpozan@locklaw.com                         *Sarah Grabert, and Rachel Banks Kupcho*
    Laura M. Matson (*pro hac vice*)
17    lmmatson@locklaw.com
    100 Washington Avenue South, Suite 2200
18  Minneapolis, MN 55401
    Telephone:  (612) 339-6900
19

20

21

22

23

24

25

26

27

28

By:  /s/ Sonal N. Mehta
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
SONAL N. MEHTA (Bar No. 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ALEX W. MILLER (*pro hac vice*)
  Alex.Miller@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
  Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Meta Platforms,
Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTESTATION OF SONAL N. MEHTA

This document is being filed through the Electronic Case Filing (ECF) system by attorney Sonal N. Mehta. By her signature, Ms. Mehta attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated:  September 16, 2025              By:  */s/ Sonal N. Mehta*
                                                        Sonal N. Mehta