UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>META PLATFORMS, INC.,<br>　　　　Defendant. | Case No. 20-cv-08570-JD<br><br>**JUDGMENT** |

　　　Pursuant to the summary judgment order, Dkt. No. 1000, and Federal Rule of Civil Procedure 58, judgment is entered in favor of defendant Meta Platforms, Inc.

　　　**IT IS SO ORDERED.**

Dated: September 29, 2025

_____
JAMES DONATO
United States District Judge